1  DANIEL P. ALBERS
   JEFFREY A. RUPPEL
2  BARNES & THORNBURG LLP
3  One N. Wacker Drive, Suite 4400
   Chicago, IL 60606
4  Phone No.: (312) 357-1313
5  Fax No.: (312) 357-1313
   Email: dalbers@btlaw.com
6  Email: jruppel@btlaw.com

7  CHRISTINE H. MCCARTHY
8  BARNES & THORNBURG LLP
   750 17th Street N.W., Suite 900
9  Washington, D.C. 20006-4675
   Phone No.: (202) 289-1313
10 Fax No.: (202) 289-1330
11 Email: cmccarthy@btlaw.com

12 JEFFREY K. LEE, CA Bar No. 212465
   KIMBERLY A. DONOVAN, CA Bar No. 160729
13 GCA LAW PARTNERS LLP
   1891 Landings Drive
14 Mountain View, CA 94043
   Phone No.: (650) 428-3900
15 Fax No.: (650) 428-3901
   Email: jlee@gcalaw.com
16 Email: kdonovan@gcalaw.com

17 Attorneys for Plaintiff
18 STAR NAVIGATION SYSTEMS GROUP LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STAR NAVIGATION SYSTEMS GROUP LTD.,<br><br>Plaintiff,<br><br>v.<br><br>AEROMECHANICAL SERVICES LTD.,<br><br>Defendant. | Case No.<br><br>**C 07 4820 BZ**<br><br>**CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED PARTIES BY PLAINTIFF STAR NAVIGATION SYSTEMS GROUP LTD.**<br><br>**DEMAND FOR JURY TRIAL** |

- 1 -

Case No. _____.
Plaintiff's Corporate Disclosure Statement

Pursuant to Civil Local Rule 3-16 Plaintiff, STAR NAVIGATION SYSTEMS GROUP LTD, through its counsel, certifies that the following listed persons may have a financial interest in the subject matter in controversy:

    Viraf S. Kapadia

    4117 Mississauga Road

    Mississauga, Ontario, Canada L5L2S5

    and

    Hilary Viera

    3846 Trelawny Circle

    Mississauga, Ontario, Canada L5N5J5

Viraf S. Kapadia and Hilary Viera are the inventors and licensors of United States Patent No. 7,113,852 at issue in this proceeding.

Further, Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-16, Plaintiff, STAR NAVIGATION SYSTEMS GROUP LTD avers that there is no parent corporation or publicly held corporation owning ten percent (10%) or more of Plaintiff, STAR NAVIGATION SYSTEMS GROUP LTD.

Dated: September 19, 2007        Respectfully submitted,

Daniel P. Albers
Jeffrey A. Ruppel
Christine H. McCarthy
BARNES & THORNBURG LLP

*Local Counsel*:

Jeffrey K. Lee, State Bar No. 212465
Kimberly A. Donovan, State Bar No. 160729
GCA LAW PARTNERS LLP

By: _Jeffrey K. Lee_
Attorneys for Plaintiff STAR NAVIGATION SYSTEMS GROUP LTD.

- 2 -

Case No. _____.
Plaintiff's Corporate Disclosure Statement