1  DANIEL P. ALBERS (admission *pro hac vice* pending)
2  JEFFREY A. RUPPEL (admission *pro hac vice* pending)
   BARNES & THORNBURG LLP
3  One N. Wacker Drive, Suite 4400
   Chicago, IL  60606
4  Phone No.: (312) 357-1313
5  Fax No.:  (312) 357-1313
   Email:  dalbers@btlaw.com
6  Email: jruppel@btlaw.com

7  CHRISTINE H. MCCARTHY (admission *pro hac vice* pending)
8  BARNES & THORNBURG LLP
   750 17th Street N.W., Suite 900
9  Washington, D.C. 20006-4675
   Phone No.: (202) 289-1313
10 Fax No.:  (202) 289-1330
11 Email:  cmccarthy@btlaw.com

12 JEFFREY K. LEE, CA Bar No. 212465
   KIMBERLY A. DONOVAN, CA Bar No. 160729
13 GCA LAW PARTNERS LLP
   1891 Landings Drive
14 Mountain View, CA  94043
   Phone No.: (650) 428-3900
15 Fax No.: (650) 428-3901
   Email:  jlee@gcalaw.com
16 Email: kdonovan@gcalaw.com

17
   Attorneys for Plaintiff
18 STAR NAVIGATION SYSTEMS GROUP LTD.

19
                    UNITED STATES DISTRICT COURT
20
                   NORTHERN DISTRICT OF CALIFORNIA
21
                        SAN FRANCISCO DIVISION
22

| | |
|---|---|
| STAR NAVIGATION SYSTEMS GROUP LTD., | Case No.  C-07-4820 BZ |
| Plaintiff, | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND** |
| v. | |
| AEROMECHANICAL SERVICES LTD., | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| Defendant. | |

Case No. C-07-4820 BZ
Declination to Proceed and Request for Reassignment

1   REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

2   The undersigned party hereby declines to consent to the assignment of this case to a
3   United States Magistrate Judge for trial and disposition and hereby requests reassignment of this
4   case to a United States District Judge.

6   Dated: October 11, 2007                    Respectfully submitted,

                                               Daniel P. Albers (admission *pro hac vice* pending)
                                               Jeffrey A. Ruppel (admission *pro hac vice* pending)
                                               Christine H. McCarthy (admission *pro hac vice* pending)
                                               BARNES & THORNBURG LLP

                                               Local Counsel:

                                               Jeffrey K. Lee, CA Bar No. 212465
                                               Kimberly A. Donovan, CA Bar No. 160729
                                               GCA LAW PARTNERS LLP

                                               By:   /S/ Jeffrey K. Lee
                                                     Attorneys for Plaintiff STAR NAVIGATION
                                                     SYSTEMS GROUP LTD.

Case No. C-07-4820 BZ
Declination to Proceed and Request for Reassignment