UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Star Navigation Systems Group Ltd.,

       Plaintiff(s).                         No. C07-4820 BZ

  v.                                    NOTICE OF IMPENDING REASSIGNMENT TO A UNITED <u>STATES DISTRICT COURT JUDGE</u>

Aeromechanical Services Ltd.,

       Defendant(s).
_____/

     The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

     (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or,

     (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

     The Case Management Conference set for **February 25, 2008** at **4:00 p.m.** is hereby **VACATED**.

Dated: October 12, 2007

                                                           Richard W. Wieking, Clerk
                                                            United States District Court

                                                            *Lashanda Scott*
                                                            By: Lashanda Scott - Deputy Clerk to Magistrate Judge Bernard Zimmerman

reassign.DCT