IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR NAVIGATION SYSTEMS GROUP LTD., | No. 07-4820 MMC |
| Plaintiff, | **ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE** |
| v. | |
| AEROMECHANICAL SERVICES LTD., | |
| Defendant / | |

Christine Hoeft McCarthy, an active member in good standing of the bar of the District of Columbia, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing plaintiff,

IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance pro hac vice. Service of papers upon and communication with co-counsel designated in the application shall constitute notice to the party.

**IT IS SO ORDERED.**

Dated: October 24, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
MAXINE M. CHESNEY
United States District Judge