**CERTIFICATE OF SERVICE**

The following documents:

1. Complaint
2. Summons
3. ADR Scheduling Order
4. ADR Blue Book
5. Welcome Information
6. Civil Cover Sheet
7. Corporate Disclosure Statement and Certification
8. Public Notice
9. ECF Registration Information
10. Notice of Assignment
11. Report on the Filing or Determination of an Action Regarding Patent Infringement
12. Motion to Appear in Pro Hac Vice for Christine Hoeft McCarthy
13. Motion to Appear in Pro Hac Vice for Jeffrey A. Ruppel
14. Motion to Appear in Pro Hac Vice for Daniel P. Albers
15. Declination to Proceed Before a U.S. Magistrate Judge
16. Clerk's Notice of Impending Reassignment to U.S. District Judge
17. Order Reassigning Case
18. Waiver of Service
19. Case Management Scheduling Order
20. Order Granting Application for Admission Pro Hac Vice for Christine Hoeft McCarthy
21. Order Granting Application for Admission Pro Hac Vice for Jeffrey A. Ruppel
22. Order Granting Application for Admission Pro Hac Vice for Daniel P. Albers

have been served via e-mail on the following:

Robert M. Masters (robertmasters@paulhastings.com)
Paul Hastings
875 15th Street, N.W.
Washington, DC 20005
 Tel: (202) 551-1700
Fax: (202) 551-1705

Case No.: 3:07-CV-04820

-1-

1  Tim P. Cremen (timothycremen@paulhastings.com)
2  Paul Hastings
   875 15th Street, N.W.
3  Washington, DC 20005
    Tel: (202) 551-1700
4  Fax: (202) 551-1705

5

6  Dated: October 25, 2007

   */s/ Jeffrey A. Ruppel*
   Jeffrey A. Ruppel

28  CHDS01 JRUPPEL 425919v1