Kevin C. McCann (SB# 120874)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105
United States of America
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
Email: kevinmccann@paulhastings.com

Robert M. Masters (Bar No. 435623)
(*pro hac vice* application pending)
Timothy P. Cremen (Bar No. 478705)
(*pro hac vice* application pending)
Bhaskar Kakarla (Bar No. 488976)
(*pro hac vice* application pending)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th St., N.W.
Washington, DC 20005
Telephone:  (202) 551-1700
Facsimile:  (202) 551-1705
Email: robertmasters@paulhastings.com
Email: timothycremen@paulhastings.com
Email: bhaskarkakarla@paulhastings.com

Attorneys for Defendant
AEROMECHANICAL SERVICES LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STAR NAVIGATION SYSTEMS GROUP LTD., <br><br> Plaintiff, <br><br> v. <br><br> AEROMECHANICAL SERVICES LTD., <br><br> Defendant. | CASE NO. C 07-4820 (MMC) <br><br> **NOTICE OF APPEARANCE OF COUNSEL FOR AEROMECHANICAL SERVICES LTD.** <br><br> Honorable Maxine M. Chesney <br> Courtroom 7, 19th Floor |

1    PLEASE TAKE NOTICE that Kevin C. McCann of Paul, Hastings, Janofsky &

2    Walker LLP enters his appearance on behalf of Defendant AeroMechanical Services Ltd.  Kevin

3    C. McCann hereby requests that copies of all pleadings, orders and other documents be served

4    upon him.

5

6    DATED:  December 3, 2007         KEVIN C. McCANN
                                      PAUL, HASTINGS, JANOFSKY & WALKER LLP
7

8                                     By:            /s/ Kevin C. McCann
9                                                   KEVIN C. McCANN

10                                    Attorneys for Defendant
                                      AEROMECHANICAL SERVICES LTD.
11

12

13   LEGAL_US_E # 77416037.1

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28