Kevin C. McCann (SB# 120874)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105
United States of America
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
Email: kevinmccann@paulhastings.com

Robert M. Masters (Bar No. 435623)
(*pro hac vice* application pending)
Timothy P. Cremen (Bar No. 478705)
(*pro hac vice* application pending)
Bhaskar Kakarla (Bar No. 488976)
(*pro hac vice* application pending)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th St., N.W.
Washington, DC 20005
Telephone: (202) 551-1700
Facsimile: (202) 551-1705
Email: robertmasters@paulhastings.com
Email: timothycremen@paulhastings.com
Email: bhaskarkakarla@paulhastings.com

Attorneys for Defendant
AEROMECHANICAL SERVICES LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STAR NAVIGATION SYSTEMS GROUP LTD.,<br><br>Plaintiff,<br><br>v.<br><br>AEROMECHANICAL SERVICES LTD.,<br><br>Defendant. | CASE NO. C 07-4820 (MMC)<br><br>**DECLARATION OF DARRYL JACOBS IN SUPPORT OF AERO MECHANICAL SERVICES, LTD.'S MOTION TO DISMISS**<br><br>Date: January 11, 2008<br>Time: 9:00 am<br>Place: Courtroom 7, 19th Floor<br>Honorable Maxine M. Chesney |

**DECLARATION OF DARRYL JACOBS IN SUPPORT OF AEROMECHANICAL SERVICES, LTD.'S MOTION TO DISMISS**

I, Darryl Jacobs, hereby declare:

Kevin C. Mccann (SB# 120874)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105
United States of America
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
Email: kevinmccann@paulhastings.com

Robert M. Masters (*pro hac vice* applications pending)
Timothy P. Cremen (*pro hac vice* applications pending)
Bhaskar Kakarla (*pro hac vice* applications pending)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th St., N.W.
Washington, DC 20005
Telephone:  (202) 551-1700
Facsimile:  (202) 551-1705
Email: robertmasters@paulhastings.com
Email: timothycremen@paulhastings.com
Email: bhaskarkakarla@paulhastings.com

Attorneys for Defendant and Counterclaim Plaintiff
AEROMECHANICAL SERVICES LTD.,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STAR NAVIGATION SYSTEMS GROUP LTD., <br>     *Plaintiffs*, <br><br> v. <br><br> AEROMECHANICAL SERVICES LTD., <br>     *Defendant.* | Case No. C 07-4820 (BZ) |

**DECLARATION OF DARRYL JACOBS IN SUPPORT OF AEROMECHANICAL SERVICES, LTD.'S MOTION TO DISMISS**

I, Darryl Jacobs, hereby declare:

1. I have been the President of Aeromechanical Services, Ltd. ("AMS") since September 1998.

2. I make this declaration in support of AMS's Motion to Dismiss.

3. AMS is a Canadian corporation, with its principal place of business (and only offices) in Calgary, Alberta, Canada.

4. AMS provides an airplane performance monitoring system, named AFIRS/UPTIME, from Calgary and Toronto, Canada.

5. AMS leases server space in separate buildings in Calgary and Toronto, Canada, but does not have offices there.

6. Almost all of AMS's 16 clients are outside of the United States.

7. AMS has two U.S. clients - Aloha Airlines in Hawaii and North American Airlines in New York.

8. AMS does not have an office in California.

9. AMS is not, and has never been, licensed or registered to do business in California.

10. AMS does not pay any tax to California.

11. AMS does not employ anyone in California.

12. AMS does not own property or maintain any bank accounts in California.

13. AMS does not maintain any mailing address or telephone listing in California.

14. AMS has not entered into, or solicited entry into, any business or contract with a California business.

15. No AMS employee has traveled to California to do business on behalf of AMS.

16. AMS has not directed any business communications into California.

17. AMS's website does not allow direct purchases.

18. Neither of AMS's U.S. clients, Aloha Airlines and North American Airlines, are based in California.

19. AMS does not manufacture goods or distribute products in California.

20. AMS leases its AFIRS/UPTIME monitoring system to its U.S. clients, and neither of these transactions took place in California.

21. The AFIRS/UPTIME system monitors airplane performance conditions (wherever the airplane might be), and communicates results via satellite and internet to AMS's servers in Canada.

I declare under penalty of perjury that the foregoing is true and correct to the best of my ability.

Dated: December 3, 2007

By: _____
Darryl Jacobs
President
AeroMechanical Services Ltd.
300, 2421 - 37 Ave NE
Calgary, AB Canada T2E 6Y7

700030 / 28946