Kevin C. McCann (SB# 120874)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105
United States of America
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
Email: kevinmccann@paulhastings.com

Robert M. Masters (Bar No. 435623)
(*pro hac vice* application pending)
Timothy P. Cremen (Bar No. 478705)
(*pro hac vice* application pending)
Bhaskar Kakarla (Bar No. 488976)
(*pro hac vice* application pending)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th St., N.W.
Washington, DC 20005
Telephone: (202) 551-1700
Facsimile: (202) 551-1705
Email: robertmasters@paulhastings.com
Email: timothycremen@paulhastings.com
Email: bhaskarkakarla@paulhastings.com

Attorneys for Defendant
AEROMECHANICAL SERVICES LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STAR NAVIGATION SYSTEMS GROUP LTD., <br><br> Plaintiff, <br><br> v. <br><br> AEROMECHANICAL SERVICES LTD., <br><br> Defendant. | CASE NO. C 07-4820 (MMC) <br><br> **DECLARATION OF TIMOTHY P. CREMEN IN SUPPORT OF AEROMECHANICAL SERVICES, LTD.'S MOTION TO DISMISS** <br><br> Date: January 11, 2008 <br> Time: 9:00 am <br> Place: Courtroom 7, 19th Floor <br> Honorable Maxine M. Chesney |

**DECLARATION OF TIMOTHY P. CREMEN IN SUPPORT OF AEROMECHANICAL SERVICES, LTD.'S MOTION TO DISMISS**

1  I, Timothy Cremen, hereby declare:

2  1. I am an attorney with the law firm of Paul, Hastings, Janofsky and Walker, LLP, and have been retained by Aeromechanical Services, Ltd. ("AMS") in this matter.

3  2. I make this declaration in support of AMS's Motion to Dismiss.

4  3. Attached as Exhibit A to this Declaration is a true and correct copy of United States Patent No. 7,113,852 ("the '852 Patent").

5  4. I performed an electronic search of the Patent Office Assignment database (at http://assignments.uspto.gov/assignments/?db=pat), and found that there are no assignment records in this database for the '852 Patent.

6  5. Attached as Exhibit B to this Declaration is a true and correct copy of a screen print-out from the search described in paragraph 4.

7  6. Attached as Exhibit C to this Declaration is an April 22, 2002 license from Viraf Kapadia and Hilary Vieira to Star Navigation Systems Group, Ltd. ("Star") that was filed in a European Patent Application corresponding to the '852 Patent.

8  7. Attached as Exhibit D to this Declaration is a true and correct copy of a May 3, 2007 Complaint filed by Mr. Hilary Vieira against Star in the Ontario Superior Court of Justice.

I declare under penalty of perjury that the foregoing is true and correct to the best of my ability.

Dated: December 3, 2007

By: _____
Timothy P. Cremen (Bar No. 478705)
(*pro hac vice* application pending)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th St., N.W.
Washington, DC 20005
Telephone: (202) 551-1700
Facsimile: (202) 551-1705
Email: timothycremen@paulhastings.com

Case No. C 07-4820 (MMC)   -1-   DECLARATION OF TIMOTHY P. CREMEN IN SUPPORT OF AEROMECHANICAL SERVICES LTD.'S MOTION TO DISMISS