**EXHIBIT B**



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | *e*Business | eBiz alerts | News | Help



**Assignments on the Web** > Patent Query

## Assignment Data Not Available

### For Patent Number: 7113852

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .**HOME** | **INDEX**| **SEARCH** | *e***BUSINESS** | **CONTACT US** | **PRIVACY STATEMENT**