UNITED STATES  DISTRICT COURT  DEC -3 AM 11: 2

Northern District of California

E-Filing

STAR NAVIGATION SYSTEMS
GROUP LTD.,

**CASE NO.  C 07-4820 MMC**

Plaintiff(s),

v.

~~(Proposed)~~
**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE***

AEROMECHNICAL SERVICES LTD.,

Defendant(s).

Timothy P. Cremen          , an active member in good standing of the bar of

the District of Columbia          whose business address and telephone number

(particular court to which applicant is admitted)

is   PAUL, HASTINGS, JANOFSKY & WALKER LLP
     875 15th Street, NW
     Washington, DC  20005
     Telephone:  (202) 551-1838

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing AEROMECHANICAL SERVICES LTD.

IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated:  DEC X 6 2007

MAXINE M.  CHESNEY
United States District     Judge