UNITED STATES DISTRICT COURT

Northern District of California

DEC - 3 ... ...

... U. DISTRICT COURT
... DISTRICT OF CALIFORNIA

**E-Filing**

STAR NAVIGATION SYSTEMS
GROUP LTD.,

          **CASE NO.  C 07-4820 MMC**

                    Plaintiff(s),

          ~~(Proposed)~~
          **ORDER GRANTING APPLICATION**
          **FOR ADMISSION OF ATTORNEY**
          ***PRO HAC VICE***

     v.

AEROMECHNICAL SERVICES LTD.,

                    Defendant(s).

_____/

Bhaskar Kakarla                     , an active member in good standing of the bar of

the District of Columbia             whose business address and telephone number

(particular court to which applicant is admitted)

is   PAUL, HASTINGS, JANOFSKY & WALKER LLP
      875 15th Street, NW
      Washington, DC  20005
      Telephone:  (202) 551-1700

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing AEROMECHANICAL SERVICES LTD.

     IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated:    **DEC X 6 2007**

                              MAXINE M. CHESNEY
                      United States District    Judge

UNITED STATES DISTRICT COURT
For the Northern District of California