UNITED STATES DISTRICT COURT

Northern District of California

**E-Filing**

STAR NAVIGATION SYSTEMS
GROUP LTD.,

**CASE NO. C 07-4820 MMC**

Plaintiff(s),

(Proposed)
**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE***

v.

AEROMECHNICAL SERVICES LTD.,

Defendant(s).

Robert M. Masters                    , an active member in good standing of the bar of

the District of Columbia                    whose business address and telephone number

(particular court to which applicant is admitted)

is    PAUL, HASTINGS, JANOFSKY & WALKER LLP
     875 15th Street, NW
     Washington, DC 20005
     Telephone: (202) 551-1763

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing AEROMECHANICAL SERVICES LTD.

     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated: **DEC X 6 2007**

MAXINE M. CHESNEY
United States District    Judge