Kevin C. McCann (SB# 120874)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105
United States of America
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
Email: kevinmccann@paulhastings.com

Robert M. Masters (DC Bar No. 435623)
(*pro hac vice*)
Timothy P. Cremen (DC Bar No. 478705)
(*pro hac vice*)
Bhaskar Kakarla (DC Bar No. 488976)
(*pro hac vice*)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th St., N.W.
Washington, DC 20005
Telephone: (202) 551-1700
Facsimile: (202) 551-1705
Email: robertmasters@paulhastings.com
Email: timothycremen@paulhastings.com
Email: bhaskarkakarla@paulhastings.com

Attorneys for Defendant
AEROMECHANICAL SERVICES LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STAR NAVIGATION SYSTEMS GROUP LTD., <br><br> Plaintiff, <br><br> v. <br><br> AEROMECHANICAL SERVICES LTD., <br><br> Defendant. | CASE NO. C 07-4820 (MMC) <br><br> **DEFENDANT AEROMECHANICAL SERVICES, LTD.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16 AND RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE** <br><br> Honorable Maxine M. Chesney <br> Courtroom 7, 19th Floor |

1  Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Aeromechanical
2  Services, Ltd. ("AMS") states that it has no parent company and that no publicly held corporation
3  owns 10% or more of its stock.  Further, pursuant to Civil L.R. 3-16, the undersigned certifies
4  that as of this date, other than the named parties and those parties identified in the certification of
5  Star Navigation System Group, Ltd., there is no such interest to report.

7  DATED:  December 17, 2007          KEVIN C. McCANN
                                       PAUL, HASTINGS, JANOFSKY & WALKER LLP

                                       By:        /s/ Kevin C. McCann
                                                  KEVIN C. McCANN

                                       Attorneys for Defendant
                                       AEROMECHANICAL SERVICES LTD.

Case No. C 07-4820 (MMC)                    -1-         AEROMECHANICAL SERVICES LTD.'S
                                                        CERTIFICATION OF INTERESTED ENTITIES