DANIEL P. ALBERS (admitted *pro hac vice*)
JEFFREY A. RUPPEL (admitted *pro hac vice*)
BARNES & THORNBURG LLP
One N. Wacker Drive, Suite 4400
Chicago, IL  60606
Phone No.: (312) 357-1313
Fax No.:  (312) 357-1313
Email:  dalbers@btlaw.com
Email: jruppel@btlaw.com

CHRISTINE H. MCCARTHY (admitted *pro hac vice*)
BARNES & THORNBURG LLP
750 17th Street N.W., Suite 900
Washington, D.C. 20006-4675
Phone No.: (202) 289-1313
Fax No.:  (202) 289-1330
Email:  cmccarthy@btlaw.com

JEFFREY K. LEE, CA Bar No. 212465
KIMBERLY A. DONOVAN, CA Bar No. 160729
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA  94043
Phone No.: (650) 428-3900
Fax No.: (650) 428-3901
Email:  jlee@gcalaw.com
Email: kdonovan@gcalaw.com

Attorneys for Plaintiff
STAR NAVIGATION SYSTEMS GROUP LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| STAR NAVIGATION SYSTEMS GROUP LTD., | ) | Case No.  C 07-4820 (MMC) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **FIRST AMENDED COMPLAINT** |
| v. | ) | |
| | ) | **DEMAND FOR JURY TRIAL** |
| AEROMECHANICAL SERVICES LTD., | ) | |
| | ) | Honorable Maxine M. Chesney |
| Defendant. | ) | |

Case No. C 07-4820 (MMC)
FIRST AMENDED COMPLAINT

1

Plaintiff, STAR NAVIGATION SYSTEMS GROUP LTD., ("Star Navigation") for its First Amended Complaint against Defendant, AEROMECHANICAL SERVICES LTD., ("AMS") alleges and states:

## PARTIES

1. Star Navigation is a Canadian corporation, with its principal place of business in Toronto, Ontario Canada.

2. AMS is a Canadian corporation with its principal place of business in Calgary, Alberta Canada.

## JURISDICTION AND VENUE

3. This is a complaint for patent infringement pursuant to 35 U.S.C. § 271 *et seq*. This court has subject matter jurisdiction over Star Navigation's claims pursuant to 28 U.S.C. §§ 1331 and 1338.

4. AMS is doing business and has committed acts of infringement, including those alleged herein, within the State of California and/or this judicial district, subjecting it to the jurisdiction of this Court and making venue proper in this district pursuant to 28 U.S.C. §§ 1391 and 1400.

## INTRADISTRICT ASSIGNMENT

5. This is an Intellectual Property Action within the meaning of Civil Local Rule 3-2(c), and is to be assigned on a district-wide basis.

## STAR NAVIGATION'S PATENT

6. On September 26, 2006 United States Patent No. 7,113,852 ("the '852 patent") entitled "System and Method for Transportation Vehicle Monitoring, Feedback

and Control" was duly and legally issued to Viraf S. Kapadia and Hilary Viera and assigned to Star Navigation. A true and correct copy of the '852 patent is attached as Exhibit A.

7. Inventors Viraf S. Kapadia and Hilary Viera have entered into an agreement providing Star Navigation an exclusive license to the '852 patent.

## DEFENDANT'S INFRINGEMENT

8. AMS has been and still is infringing the '852 patent by importing, making, selling, using, operating, supporting, and/or offering to sell devices and/or systems embodying one or more claims of the '852 patent, or inducing or contributing to the infringement by others of the '852 patent, and will continue to do so unless enjoined by this Court.

9. AMS has been, and still is infringing, at least claim 23 of Star Navigation's '852 patent by importing, making, selling, using, operating, supporting, and/or offering to sell devices and/or systems including at least AMS's Automated Flight Information Reporting System model 200, (hereinafter referred to as the "Infringing System"). AMS is also inducing or contributing to the infringement by others of the '852 patent, including at least claim 23, by selling or offering to sell to third parties, with the intent to induce infringement, at least the Infringing System.

## THE HARM TO STAR NAVIGATION

10. AMS, by its infringing conduct and/or its inducement of infringement by others, has caused Star Navigation irreparable harm for which there is no adequate remedy at law.

11. AMS has engaged in its conduct wilfully and in complete disregard of,

and/or with indifference to, Star Navigation's rights and interests.

12. Star Navigation has suffered and will suffer damage as a result of defendant's infringement.

13. This is an exceptional case as that term is defined in 35 U.S.C. §285.

WHEREFORE, Star Navigation prays that this Court:

1. Enjoin AMS and its officers, agents, servants, employees and attorneys, and those in active concert or participation with them, who receive actual notice of the Order, from importing, manufacturing, using, selling, operating, supporting, and/or offering for sale, devices and/or systems which infringe the '852 patent.

2. Issue an order directing AMS and its officers, agents, servants, employees and attorneys and those in active concert or participation with them who receive actual notice of the Order, to destroy all molds, machines, tooling, or other equipment used in the manufacture, operation, and support of devices and/or systems infringing the '852 patent.

3. Award Star Navigation monetary damages adequate to compensate Star Navigation for past infringement consistent with 35 U.S.C. § 284, up to and including treble the amount of actual damages assessed, together with costs and prejudgment interest.

4. Award Star Navigation its reasonable attorneys' fees pursuant to 35 U.S.C. § 285.

5. Grant and award any and all relief found necessary and proper under these circumstances.

## JURY DEMAND

Star Navigation requests a trial by jury on all its claims.

| | | |
|---|---|---|
| 1 | Dated: December 18, 2007 | Respectfully submitted, |
| 2 | | |
| 3 | | Daniel P. Albers<br>Jeffrey A. Ruppel |
| 4 | | Christine H. McCarthy<br>BARNES & THORNBURG LLP |
| 5 | | |
| 6 | | *Local Counsel*: |
| 7 | | Jeffrey K. Lee, State Bar No. 212465<br>Kimberly A. Donovan, State Bar No. 160729 |
| 8 | | GCA LAW PARTNERS LLP |
| 9 | | By:   /s/ Jeffrey K. Lee                . |
| 10 | | Attorneys for Plaintiff STAR NAVIGATION SYSTEMS GROUP |
| 11 | | LTD. |

Case No. C 07-4820 (MMC)
FIRST AMENDED COMPLAINT

5

# CERTIFICATE OF SERVICE

The foregoing document has been electronically filed with the Clerk of the Court this day through the Court's ECF system, which will provide electronic mail notice and service to all counsel of record, as listed below:

    Kevin C. McCann
    Paul, Hastings, Janofsky & Walker LLP
    55 Second Street
    Twenty-Fourth Floor
    San Francisco, CA 94105
    Telephone: (415) 856-7000
    Facsimile: (415) 856-7100
    E-mail: kevinmccann@paulhastings.com

    Robert M. Masters
    Timothy P. Cremen
    Bhaskar Kakarla
    Paul, Hastings, Janofsky & Walker LLP
    875 15th Street, N.W.
    Washington, DC 20005
    Tel: (202) 551-1700
    Fax: (202) 551-1705
    E-mail: robertmasters@paulhastings.com,
    timothycremen@paulhastings.com, bhaskarkakarla@paulhastings.com

Dated: December 18, 2007          /s/ Jeffrey K. Lee
                                                     Jeffrey K. Lee

CHDS01 JRUPPEL 439354v1

Case No. C 07-4820 (MMC)
FIRST AMENDED COMPLAINT