```
 1  Kevin C. McCann (SB# 120874)
    PAUL, HASTINGS, JANOFSKY & WALKER LLP
 2  55 Second Street
    Twenty-Fourth Floor
 3  San Francisco, CA 94105
    United States of America
 4  Telephone: (415) 856-7000
    Facsimile: (415) 856-7100
 5  Email: kevinmccann@paulhastings.com

 6  Robert M. Masters (admitted pro hac vice)
    Timothy P. Cremen (admitted pro hac vice)
 7  Bhaskar Kakarla (admitted pro hac vice)
    PAUL, HASTINGS, JANOFSKY & WALKER LLP
 8  875 15th St., N.W.
    Washington, DC 20005
 9  Telephone: (202) 551-1700
    Facsimile: (202) 551-1705
10  Email: robertmasters@paulhastings.com
    Email: timothycremen@paulhastings.com
11  Email: bhaskarkakarla@paulhastings.com

12  Attorneys for Defendant
    AEROMECHANICAL SERVICES LTD.
13
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STAR NAVIGATION SYSTEMS GROUP LTD., <br><br> Plaintiff, <br><br> v. <br><br> AEROMECHANICAL SERVICES LTD., <br><br> Defendant. | CASE NO. C 07-4820 (MMC) <br><br> **DECLARATION OF DARRYL JACOBS IN SUPPORT OF AEROMECHANICAL SERVICES, LTD.'S MOTION TO DISMISS** <br><br> Date: January 25, 2008 <br> Time: 9:00 am <br> Place: Courtroom 7, 19th Floor <br> Honorable Maxine M. Chesney |

**DECLARATION OF DARRYL JACOBS IN SUPPORT OF AEROMECHANICAL SERVICES, LTD.'S MOTION TO DISMISS**

I, Darryl Jacobs, hereby declare:

1. I have been the President of Aeromechanical Services, Ltd. ("AMS") since September 1998.

2. I make this declaration in support of AMS's Motion to Dismiss.

3. AMS is a Canadian corporation, with its principal place of business (and only offices) in Calgary, Alberta, Canada.

4. AMS provides an airplane performance monitoring system, named AFIRS/UPTIME, from Calgary and Toronto, Canada.

5. AFIRS units monitor airplane performance (wherever the airplane might be), and communicate via satellite to UPTIME servers in Canada, which in turn store, analyze, and summarize the data.

6. AMS leases server space for the UPTIME servers in separate buildings in Calgary and Toronto, Canada, but does not have offices there.

7. Almost all of AMS's 16 clients are outside of the United States.

8. AMS has two U.S. clients - Aloha Airlines in Hawaii and North American Airlines in New York.

9. AMS does not have an office in California.

10. AMS is not, and has never been, licensed or registered to do business in California.

11. AMS does not pay any tax to California.

12. AMS has no employees, sales representatives, vendors, contractors, partners, service providers or associates in California.

13. AMS does not own property or other assets, or maintain any bank accounts, in California.

14. AMS does not maintain any mailing address or telephone listing in California.

15. AMS has not entered into, or solicited entry into, any business or contract with a California customer.

16. No AMS employee, sales representative, vendor, contractor, partner, service provider or associate has traveled to California to do business with customers on behalf of AMS.

17. AMS has not directed any customer communications into or out of California.

18. AMS has not solicited business or customers in California via advertising, presentations, or sales pitches.

19. AMS's website does not allow direct purchases.

20. Neither of AMS's U.S. clients, Aloha Airlines and North American Airlines, are based in California.

21. AMS has conducted no research, testing, or development regarding its systems in California.

22. AMS has not provided any service, repairs or support of its systems in California.

23. AMS has not provided services or support to customers in California.

24. AMS has no ground-based equipment, monitors, transmitters, receivers, computers, base-stations, facilities, distribution centers, or offices in California.

25. All of AMS's FAA-related testing and certification took place outside of California.

26. AMS does not manufacture goods or distribute products in California.

27. AMS leases its AFIRS/UPTIME monitoring system to its U.S. clients, and neither of these transactions took place in California.

I declare under penalty of perjury that the foregoing is true and correct to the best of my ability.

Dated: December 21, 2007

By: _____
Darryl Jacobs
President
AeroMechanical Services Ltd.
300, 2421 - 37 Ave NE
Calgary, AB Canada T2E 6Y7

Case No. C 07-4820 (MMC)  -2-  DECLARATION OF DARRYL JACOBS IN SUPPORT OF AEROMECHANICAL SERVICES LTD.'S MOTION TO DISMISS