```
 1  Kevin C. McCann (SB# 120874)
    PAUL, HASTINGS, JANOFSKY & WALKER LLP
 2  55 Second Street
    Twenty-Fourth Floor
 3  San Francisco, CA 94105
    United States of America
 4  Telephone: (415) 856-7000
    Facsimile: (415) 856-7100
 5  Email:  kevinmccann@paulhastings.com

 6  Robert M. Masters (Bar No. 435623)
    (pro hac vice application pending)
 7  Timothy P. Cremen (Bar No. 478705)
    (pro hac vice application pending)
 8  Bhaskar Kakarla (Bar No. 488976)
    (pro hac vice application pending)
 9  PAUL, HASTINGS, JANOFSKY & WALKER LLP
    875 15th St., N.W.
10  Washington, DC 20005
    Telephone:  (202) 551-1700
11  Facsimile:  (202) 551-1705
    Email:  robertmasters@paulhastings.com
12  Email:  timothycremen@paulhastings.com
    Email:  bhaskarkakarla@paulhastings.com
13
    Attorneys for Defendant
14  AEROMECHANICAL SERVICES LTD.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STAR NAVIGATION SYSTEMS GROUP LTD., <br><br> Plaintiff, <br><br> v. <br><br> AEROMECHANICAL SERVICES LTD., <br><br> Defendant. | CASE NO. C 07-4820 (MMC) <br><br> **DECLARATION OF TIMOTHY P. CREMEN IN SUPPORT OF AEROMECHANICAL SERVICES, LTD.'S MOTION TO DISMISS** <br><br> Date: January 25, 2008 <br> Time: 9:00 am <br> Place: Courtroom 7, 19th Floor <br> Honorable Maxine M. Chesney |

**DECLARATION OF TIMOTHY P. CREMEN IN SUPPORT OF AEROMECHANICAL SERVICES, LTD.'S MOTION TO DISMISS**

I, Timothy Cremen, hereby declare:

1. I am an attorney with the law firm of Paul, Hastings, Janofsky and Walker, LLP, and have been retained by Aeromechanical Services, Ltd. ("AMS") in this matter.

2. I make this declaration in support of AMS's Motion to Dismiss.

3. Attached as Exhibit A to this Declaration is a true and correct copy of United States Patent No. 7,113,852 ("the '852 Patent").

4. I performed an electronic search of the Patent Office Assignment database (at http://assignments.uspto.gov/assignments/?db=pat), and found that there are no assignment records in this database for the '852 Patent.

5. Attached as Exhibit B to this Declaration is a true and correct copy of a screen print-out from the search described in paragraph 4.

6. Attached as Exhibit C to this Declaration is an April 22, 2002 license from Viraf Kapadia and Hilary Vieira to Star Navigation Systems Group, Ltd. ("Star") that was filed in a European Patent Application corresponding to the '852 Patent.

7. Attached as Exhibit D to this Declaration is a true and correct copy of a May 3, 2007 Complaint filed by Mr. Hilary Vieira against Star in the Ontario Superior Court of Justice.

8. Attached as Exhibit E to this Declaration is a true and correct copy of a December 10, 2007 e-mail, with a timestamp of 11:33 AM, from Daniel Albers to Robert Masters, including an attached word document containing proposed discovery requests.

9. Attached as Exhibit F to this Declaration is a true and correct copy of a December 14, 2007 letter from Robert Masters and me to Daniel Albers.

10. Attached as Exhibit G to this Declaration is a true and correct copy of a December 18, 2007 e-mail, with a timestamp of 11:36 AM, from Daniel Albers to Robert Masters and me.

Case No. C 07-4820 (MMC)   -1-   DECLARATION OF TIMOTHY P. CREMEN IN SUPPORT OF AEROMECHANICAL SERVICES LTD.'S MOTION TO DISMISS

11. Attached as Exhibit H to this Declaration is a true and correct copy of a December 18, 2007 email, with a timestamp of 4:35 PM, from Daniel Albers to Robert Masters and me.

I declare under penalty of perjury that the foregoing is true and correct to the best of my ability.

Dated: December 21, 2007

By: _____
Timothy R. Cremen (Bar No. 478705)
(*pro hac vice* application pending)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th St., N.W.
Washington, DC 20005
Telephone: (202) 551-1700
Facsimile: (202) 551-1705
Email: timothycremen@paulhastings.com

Case No. C 07-4820 (MMC)

-2-

DECLARATION OF TIMOTHY P. CREMEN IN SUPPORT OF AEROMECHANICAL SERVICES LTD.'S MOTION TO DISMISS