# EXHIBIT G

**Cremen, Timothy P.**

| | |
|---|---|
| **From:** | Daniel Albers [Daniel.Albers@BTLaw.com] |
| **Sent:** | Tuesday, December 18, 2007 11:36 AM |
| **To:** | Cremen, Timothy P. |
| **Cc:** | Masters, Robert M. |
| **Subject:** | Re: |

12/18/07

Tim and Rob-I expect to be back to you shortly re your letter and motion. In the meantime, please be advised that we do not plan to go forward with the limited deposition you offered for 12/20 as we believe we are entitled to the discovery we requested without the limitations you suggested.
Dan Albers

>>> "Cremen, Timothy P." <timothycremen@paulhastings.com> 12/14/2007 11:53 AM >>>
Dear Mr. Albers:

Please find attached our response to your Dec. 10 e-mail.

Best,

Tim

_____
_____

Timothy P. Cremen | Paul, Hastings, Janofsky & Walker LLP | 875 15th Street, N.W., Washington, D.C. 20005 | direct: 202 551 1838| main: 202 551 1700 | direct fax: 202 551 0238| timothycremen@paulhastings.com | www.paulhastings.com <http://www.paulhastings.com/>


_____
************************************************************
IRS Circular 230 Disclosure:    As required by U.S.
Treasury Regulations governing tax practice, you are
hereby advised that any written tax advice contained
herein was not written or intended to be used (and cannot
be used) by any taxpayer for the purpose of avoiding
penalties that may  be imposed under the U.S. Internal
Revenue Code.
************************************************************

This message is sent by a law firm and may contain
information that is privileged or confidential.  If you
received this transmission in error, please notify the
sender by reply e-mail and delete the message and any
attachments.

For additional information, please visit our website at
www.paulhastings.com.


-----------------------------------------
CONFIDENTIALITY NOTICE:  This email and any attachments are for the exclusive and confidential use of the intended recipient.  If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received

1

this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system.  We do not waive attorney-client or work product privilege by the transmission of this message.

TAX ADVICE NOTICE:  Tax advice, if any, contained in this e-mail does not constitute a "reliance opinion" as defined in IRS Circular 230 and may not be used to establish reasonable reliance on the opinion of counsel for the purpose of avoiding the penalty imposed by Section 6662A of the Internal Revenue Code.  The firm provides reliance opinions only in formal opinion letters containing the signature of a partner.