**EXHIBIT 3**



March 8, 2007

<u>**VIA TELEFAX 905-824-5312 AND REGISTERED MAIL**</u>

<u>**CONFIDENTIAL-POTENTIAL LITIGATION**</u>

Mr. Hilary Vieira
3846 Trelawny Circle
Mississauga
Ontario L5N 5J5

Dear Mr. Vieira,

Pursuant to Paragraph 10.1 of the License Agreement between you and Star Navigation Systems Group Inc. ("Star"), dated April 22, 2002, Star Navigation Systems Group Ltd. believes that AeroMechnical Services Ltd. of Calgary, Alberta ("AMS") may be infringing on US Patent 7,113,852 as well as corresponding intellectual property rights in Great Britain, Hong Kong, Australia and Canada. Star Navigation Systems Group Ltd. would like to institute suit against AMS. Please advise that you, as Licensor, under paragraph 10.2 of the License Agreement, choose not to commence proceedings against AMS, so that Star Navigation Systems Group Ltd. may do so.

As this matter involves potential litigation, please do not discuss it with anyone outside of Star Navigation Systems Group Ltd., other than your counsel. Also, we believe time is important and, therefore, would appreciate your advice on this matter within seven (7) days. If Star Navigation Systems Group Ltd. does not receive your response within seven (7) days, we will institute suit without your involvement and consider your silence to be assent to our proposed course of action.

Sincerely,

Viraf S. Kapadia
CEO

USING TECHNOLOGY TO BUILD SAFER SKIES™

HEAD OFFICE: 300-2970 Lakeshore Blvd. West, Toronto, Ontario M8V 1J7 Canada
Tel: (416) 252 2889  Fax: (416) 252 3963  www.star-navigation.com