**EXHIBIT 4**

# McClelland Law
A Professional Corporation
## Lawyers

J. Carman McClelland
 carman@mcclellandlaw.com
Frances M. Wood
 frankie@mcclellandlaw.com
Corrine M. van der Burg
 corrine@mcclellandlaw.com

202 Main Street North
Brampton, Ontario
L6V 1P1

tel: 905 793 3026
fax: 905 793 2446
www.mcclellandlaw.com

---

April 5, 2007

SENT VIA FAX ONLY TO: (416) 252-3963

Star Navigation Systems Group Ltd.
300 - 2970 Lakeshore Boulevard West
Toronto, Ontario
M8V 1J7

Attention: Viraf Kapadia

Dear Mr. Kapadia;

Re: Vieira v. Star Navigation Systems Inc.
    Our File No. 07-53

Thank you for yours of April 3, 2007. My client does not object to your proceeding against AMS on your own behalf. I would ask for the courtesy of being kept apprised of significant developments in that matter and look forward to hearing from you.

Yours truly,
McClelland Law
Per:

Frances M. Wood
FMW/ks

cc.   client