**EXHIBIT 7**



## Other Solutions

In addition to our afirs UpTime solution, AMS also provides storage, cabin cleaning, and safety solutions for the airline industry including:

**Underfloor Stowage Unit | AeroQ™ Cabin Cleaning System**