**EXHIBIT 8**



AeroMechanical News Updates

Please click on the news item name for the full story or search by keyword or date

**Search News**

◉ By Keywords

○ By Publish Date

(dd-mm-yyyy)

Go

**Read News**

**RSS Reader**

**Categories**

☒ ALL
No Categories

Next

**AEROMECHANICAL SERVICES LTD.
ANNOUNCES ADDITIONAL A320 CONTRACT**
Published on 17-12-2007               Print Version

# NEWS RELEASE

**AEROMECHANICAL SERVICES LTD.
ANNOUNCES ADDITIONAL A320
CONTRACT**

## *For Immediate Release*
## *DECEMBER 17, 2007*

**AeroMechanical Services Ltd.**    TSX-V
**Trading Symbol "AMA"**

**A Tier 2 Industrial Issuer**

**Calgary 12/17/2007** – AeroMechanical Services Ltd. (AMA on TSX-V) is pleased to announce it has signed a contract to provide its patented solution with an eastern hemisphere airline that has a growing fleet of Airbus A320 aircraft, in addition to the contract announced December 14th with a significant European carrier. The initial contract with this second airline is for four aircraft with further additions as the fleet size increases.

"We are very excited to add this carrier to our growing list of over 25 customers" AeroMechanical CEO Bill Tempany said.

Due to the competitive nature of the marketplace, AMA will not disclose the airline's name and specific location.

The addition of this airline with brings the number of aircraft under contract this year to 504. Those aircraft are owned by 16 different airlines. These four additions increase the total aircraft under contract to 681 from 25 different carriers. There are currently 90 aircraft that are equipped with the afirs™ UpTime™ solution.

"Our customers are seeing a substantial rate of return on investment in the use of our technological solutions," Mr. Tempany added. Our clients are giving us strong references about how well our solutions work and the operational savings they realize. All of that makes it much easier for future customers to take advantage of our proven track record,." Mr. Tempany concluded.

**About AeroMechanical Services Ltd.**

AeroMechanical Services Ltd. provides proprietary technological solutions and services designed to reduce costs and improve efficiencies in the airline industry. The company has successfully commercialized three products and associated services currently marketed to airlines, manufacturers and maintenance organizations around the world. Its premier technology afirs™ UpTime™ allows airlines to monitor and manage aircraft operations anywhere, anytime, in real-time.

**For more information on AMS contact:**

Tom French , CFO

AeroMechanical Services Ltd

(403) 291-7427

tfrench@amscanada.com

Bob Beaty

The Howard Group Inc.

Toll Free: 1-888-221-0915

**Info@howardgroupinc.com**

**www.howardgroupinc.com**

*afirs, UpTime, FLYHT and aeroQ are Trade Marks of AeroMechanical Services Ltd.*

The TSX Venture Exchange has not reviewed and does

not accept responsibility for the adequacy or accuracy of this press release.

**NOT FOR DISTRIBUTION TO UNITED STATES NEWSWIRE SERVICES OR FOR DISSEMINATION IN THE UNITED STATES**

# NEWS RELEASE

Powered by Comdev News Publisher