**EXHIBIT 9**




## Support & Service

At AMS, we pride ourselves on outstanding customer service, efficient installation, and exceptional technical support.

**Customer Service**

Our business is grounded in providing the absolute best in client service. Our dedicated sales and client service staff are committed to assisting airlines to get the most of the afirs UpTime system. Our team trains airline staff in all aspects of the afirs UpTime solution, enabling you to customize the data, triggers, and reporting to your specific needs and goals.

**Efficient Installation**

Working within the airlines' schedules, AMS provides on-site installation anywhere in the world.

**Technical Support**

Our easy-to-use web-based client interface allows airline staff to produce reports and access data quickly and easily without relying on technical staff. Our UpTime servers are housed off-site and managed by IBM – reducing the risk of any downtime while ensuring data security. If necessary, AMS retains a remote-access technician available 24/7.

## Our Sales Team:

**Michael Fang, MBA**
Vice President of China Operations
Calgary, Alberta

Michael graduated from the Civil Aviation University of China, after which he completed his MBA at the University of Calgary. He has been working for airlines in China for more than 12 years. He offers a wealth of experience in engineering, business management, and business relationships.

---

**Derek Taylor**
Director of Technical Sales
Calgary, Alberta

Derek's role is to provide technical support to the Sales team, as well as support the implementation requirements of the various airlines utilizing afirs UpTime capabilities. Mr. Taylor has more than 10 years of experience in sales and mechanical and certification engineering in and around the aviation industry.

---

**Gilles Landry**
Sales Director
Cornwall, Ontario

Gilles heads up sales of strategic airline accounts. Mr. Landry has more than 20 years of experience in sales management in sales and sales management in and around the aviation industry. He is also an avid GA pilot.

---

**Carlos A. Gonzalez**
Sales Director
Miami, Florida

Carlos has over 17 years of diverse aviation experience, which have enabled him to build strong global airline relationships. Prior to joining AMS, Mr. Gonzalez spent more than 7 years focused in avionics sales, where he introduced and developed a customer base in the US, Latin America, and Asia/South Pacific. Carlos is focused on opportunities in the United States, as well as Central and South America.

**Peter Bernhardsgruetter**
Sales Director
Europe

Peter is a Swiss native with more than 30 years of experience in aircraft electrical systems in the commercial aircraft industry, bringing extensive technical, marketing, customer relations, and sales knowledge to AMS. Prior to joining AMS, Mr. Bernhardsgruetter worked for Swissair, leading customer support and sales activities for a US system manufacturer in Europe. Peter is focused on opportunities in Europe and the Middle East.