Case 3:07-cv-04820-MMC    Document 35    Filed 12/21/2007    Page 1 of 5

**EXHIBIT 11**



# Agoracom

The Small Cap Epicenter

Request a new Forum

- Home
- Sign In
- Register

Search by Company Name or Stock Symbol

Search | Search

- Metals & Minerals
- Energy & Environment
- Technology & Medical
- Bricks & Mortar

- For Investors
- Public Company Services
- About Us
- Contact Us

 AeroMechanical Services Ltd.

Focused on Supplying Industry Needs with Accelerated end-to-end Business and Technology Solutions
Develops, Tests, Manufactures and Certifies Value Added Solutions for the Aerospace Industry
Close Window

- Hub Home
- Profile
- Discussion Forum
- Off-Topic Forum
- Stock Quotes
- Photos
- Press Releases
- Link Library
- WebCasts

- Agoracom Posts
- Events Calendar
- Management
- Media
- Disclaimer

Hub Controls
> Log In

- Control Panel Demo
- Upload Photo
- Edit Company Profile
- Add a Link
- Update Fast Facts
- Add Management Bios
- Add President Video
- Edit Your Profile

# Email Updates

Email Address    Subscribe    Search

AeroMechanical > Press Release

- < Previous Message
- Back to Forum
- Post a New Message
- Next Message >



Agoracom Admin

## NEWS - Aeromechanical Services Announces Gino Ferronato as Chief Operating Officer and adds Key Personnel to Sales Force

Posted by: AGORACOM on February 07, 2007 11:11AM

**Calgary, Alberta CANADA, February 07, 2007 - AeroMechanical Services Ltd. (TSX - VX: AMA)**, is pleased to announce that Mr. Gino Ferronato has joined AMS as Chief Operating Officer; Mr. Gilles Landry, has been appointed to Director of OEM Sales, and Mr. Carlos A. Gonzalez has been appointed as the Director of U.S. Sales.

Mr. Ferronato brings a wealth of experience and knowledge to AMS focused in the areas of organizational management

and leadership within the Aviation and Telecommunications industries.

Prior to joining AMS, Mr. Ferronato spent two years as a VP of Sales and Marketing within the Aerospace Industry. During this tenure he was instrumental in developing the business model of the organization, as well as the sales and marketing structures, processes, strategies and tools for the company. Mr. Ferronato was also responsible for all advertising and marketing initiatives worldwide and acted as a liaison between the manufacturers and the company in the supply chain, ensuring smooth and productive relationships.

Preceding entry into the Aerospace Industry, Mr. Ferronato spent 15 years in the Communications Industry in various senior executive and management roles, with a background focused on strong operations, sales and marketing.

In addition to Mr. Ferronato's appointment, Gilles Landry, has been appointed to the position of Director of OEM Sales with AeroMechanical. Mr. Landry will head up OEM (Original Equipment Manufacturer) sales along with strategic airline accounts. Mr. Landry brings more than 20 years of experience in sales management in the aviation industry.

Mr. Carlos A. Gonzalez was also appointed as the Director of U.S. Sales of AeroMechanical Services, and will be based at of Miami, Florida USA. Mr. Gonzalez, brings over 16 years of aviation experience in the area of domestic and international sales and marketing with extensive relationships throughout the industry.

"We are pleased to bring Gino, Gilles and Carlos to the AMS team." Stated Bill Tempany, CEO of AMS. "The enthusiasm and strong industry expertise of these individuals will give us the additional resources we need to drive our sales forward."

Mr. Ferronato has been granted, under the formal stock option plan approved at the Annual General Meeting held on June 6, 2006, incentive stock options for a total of 50,000 common shares of the Corporation at a price of $0.385 per share for a period of three years, subject to regulatory approval. The options vest immediately and expire equally at the third (1/3) each year on December 31, 2007, 2009, and 2010. A maximum of 10% of the issued shares are reserved for the issuance of the Corporation's Stock Option Policy.

**About AeroMechanical Services Ltd.** www.amscanada.com/

AeroMechanical Services Ltd. provides proprietary technologies and services designed to reduce costs and improve efficiencies in the airline industry. The company has successfully commercialized three products and associated services currently marketed to airlines, manufacturers and maintenance organizations around the world. Its premier technology Automated Flight Information Reporting System (AFIRS(tm)) and UpTime(tm) allows airlines to monitor and manage aircraft operations in real time, all the time, anywhere on the planet.

**For more information on AMS contact:**

David Gordon / Grant Howard
The Howard Group Inc.
Toll Free: 1-888-221-0915
Info@howardgroupinc.com
www.howardgroupinc.com

*AFIRS, UpTime, AeroQ and Smart Box are Trade Marks of AeroMechanical Services Ltd.*

**The TSX Venture Exchange has not reviewed and does not accept responsibility for the adequacy or accuracy of this press release.**
Did You Know?

AGORACOM has implemented a voting system to let you vote on the value of fellow members. Please vote now by selecting 1-5 green stars for each member. This is the start of putting forum leaders in control of quality.

Log in to Recommend 
0 members recommend this.

- < Previous Message
- Back to Forum
- Post a New Message
- Next Message >

Report this message as a violation.
Post a Reply

Please login to reply to this message.

Executive Address

Bill Tempany
CEO
June 28, 2007

Bill Tempany provides an update on the current status and new Company initiatives in the latest edition of the AOL Small Cap Show.

View Broadcast

Stock Quote
LastChangeBid0  .900.070.90
AskVolume 555.520.92
k



- Privacy Policy |
- Terms and Conditions |
- Contact |
- Help |
- Home