**EXHIBIT 12**

# California Business Portal
Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of DEC 07, 2007 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| ALOHA AIRLINES, INC. | | |
| Number: C2002252 | Date Filed: 2/18/1997 | Status: active |
| Jurisdiction: DELAWARE | | |
| Address | | |
| 371 AOKEA PL | | |
| HONOLULU, HI 96819 | | |
| Agent for Service of Process | | |
| C T CORPORATION SYSTEM | | |
| 818 WEST SEVENTH ST | | |
| LOS ANGELES, CA 90017 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.