**EXHIBIT 14**



# Agoracom

The Small Cap Epicenter

Request a new Forum

- Home
- Sign In
- Register

Search by Company Name or Stock Symbol

Search | Search

- Metals & Minerals
- Energy & Environment
- Technology & Medical
- Bricks & Mortar

- For Investors
- Public Company Services
- About Us
- Contact Us

 AeroMechanical Services Ltd.

Focused on Supplying Industry Needs with Accelerated end-to-end Business and Technology Solutions
Develops, Tests, Manufactures and Certifies Value Added Solutions for the Aerospace Industry
Close Window

- Hub Home
- Profile
- Discussion Forum
- Off-Topic Forum
- Stock Quotes
- Photos
- Press Releases
- Link Library
- WebCasts

- Agoracom Posts
- Events Calendar
- Management
- Media
- Disclaimer

Hub Controls
> Log In

- Control Panel Demo
- Upload Photo
- Edit Company Profile
- Add a Link
- Update Fast Facts
- Add Management Bios
- Add President Video
- Edit Your Profile

# Email Updates

Email Address    Subscribe | Search

AeroMechanical > Press Release

- < Previous Message
- Back to Forum
- Post a New Message
- Next Message >



Agoracom Admin

## NEWS - AeroMechanical Commences Shipments to China Eastern Airlines

Posted by: AGORACOM on February 27, 2006 09:14AM

**Calgary, Alberta CANADA, February 27, 2006 - AeroMechanical Services Ltd. (AMA - TSX Venture)**, a Company that specializes in providing economical products that enhance the profitability and safety of airlines around the world, is pleased to announce that it has shipped 5 AFIRS(tm) Global Communication Systems and supporting technology under its contract for aircraft of China Eastern Airlines. The terms of the contract calls for AeroMechanical to ship a minimum of 65 AFIRS(tm) Global Communication Systems to China Eastern Airlines by August of this year.

The 65 units are expected to generate initial revenues in excess of $350,000 USD. Once installed, AMS expects minimum annual recurring revenues of $230,000 USD.

The initial order is scheduled to be installed on Boeing 737 Series 300, 700 and 800 aircraft during February and March 2006.

``We are pleased to begin shipping product to China Eastern Airlines demonstrating the traction we are gaining in the massive Asian market. With our product adoption rates increasing, we expect to become the defacto standard for real time aircraft communications in the Far East markets'', stated Darryl Jacobs, President of AMS.

This press release is available on the AeroMechanical IR HUB for investor questions, commentary and feedback at: http://www.agoracom.com/ir/aeromechanical Alternatively, investors can e-mail their questions or comments directly to AMA@agoracom.com or asked to be placed on the AeroMechanical investor e-mail list to receive all future press releases directly.

**About AeroMechanical Services Ltd.**

AeroMechanical Services Ltd. provides proprietary technologies and services designed to reduce costs and improve efficiencies in the airline industry. The company has successfully commercialized three products and associated services currently marketed to airlines, manufacturers and maintenance organizations around the world. Its premier technology Automated Flight Information Reporting System (AFIRS(tm)) and UpTime(tm) allows airlines to monitor and manage aircraft operations in real time, all the time, anywhere on the planet.

Certain statements contained in this News Release constitute forward-looking statements. When used in this document, the words ``may'', ``would'', ``could'', ``will'' and similar expressions, as they relate to AMS or its management are intended to identify forward-looking statements. Such statements reflect AMS`s current views with respect to future events and are subject to certain risks, uncertainties and assumptions. Many factors could cause AMS`s actual performance or achievements to vary from those described herein. Should one or more of these factors or uncertainties materialize, or should assumptions underlying forward-looking statements prove incorrect, actual results may vary materially from those described herein as intended, planned, anticipated, believed, estimated or expected. AMS does not assume any obligation to update these forward-looking statements.

**For further information:**

Darryl Jacobs, President

AeroMechanical Services Ltd

(403) 291-7434

djacobs@amscanada.com

Murray Malley, VP Finance and CFO

AeroMechanical Services Ltd

(403) 291-7427

mmalley@amscanada.com

David Gordon / Grant Howard

The Howard Group Inc.

Toll Free: 1-888-221-0915

Info@howardgroupinc.com

AGORA Investor Relations

http://www.agoracom.com/ir/aeromechanical

AMA@agoracom.com

AFIRS, UpTime, AeroQ and Smart Box are Trade Marks of AeroMechanical Services Ltd.

The TSX Venture Exchange does not accept responsibility for the adequacy or accuracy of this release.

Did You Know?

AGORACOM has implemented a voting system to let you vote on the value of fellow members. Please vote now by selecting 1-5 green stars for each member. This is the start of putting forum leaders in control of quality.

Log in to Recommend
0 members recommend this.

- ≤ Previous Message
- Back to Forum
- Post a New Message
- Next Message ≥

Report this message as a violation.
Post a Reply

Please login to reply to this message.

Executive Address



Bill Tempany
CEO
June 28, 2007

Bill Tempany provides an update on the current status and new Company initiatives in the latest edition of the AOL Small Cap Show.

View Broadcast

Stock Quote
LastChangeBid   0.800.000.83
    AskVolume  237.20.82
              k



**TIME & SALES**

- Privacy Policy |
- Terms and Conditions |
- Contact |
- Help |
- Home