**EXHIBIT 15**

# California Business Portal

Secretary of State DEBRA BOWEN

| SECRETARY OF STATE | ELECTIONS & VOTER INFO | POLITICAL REFORM | CA BUSINESS PORTAL | ARCHIVES & MUSEUM | OTHER SERVICES |

**Business Search Corporations**

- Printer Friendly Page
- New Search
- Search Tips
- Field Definitions
- Status Definitions
- Name Availability
- Corporate Records
- Business Entities Records Order Form
  - Certificates
  - Copies
  - Status Reports
- FAQS
- Corporations Main Page
- Site Search

## Corporations

The information displayed here is current as of "DEC 07, 2007" and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |
|---|
| CHINA EASTERN AIRLINES CO. LTD. |
| **Number:** C2089428  **Date Filed:** 6/24/1998  **Status:** active |
| **Jurisdiction:** CHINA |
| **Address** |
| 55 S LAKE AVE STE 120 |
| PASADENA, CA 91101 |
| **Agent for Service of Process** |
| QIAOYI QIAN |
| 55 S LAKE AVE STE 120 |
| PASADENA, CA 91101 |

Printer Friendly

**New Search**

- For information about certification of corporate records or for additional corporate information, please refer to **Corporate Records**.
- Blank fields indicate the information is not contained in the computer file.
- If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code **Section 2114** for information relating to service upon corporations that have surrendered.

Copyright ©2001 California Secretary of State. **Privacy Statement**.