**EXHIBIT 16**





If your anti-virus software is not up to date, you could be open to dangerous infection!

FLIGHTS   ARTICLES   ALMANAC   MY TRIPS        E-Mail        Password           LOGIN

FARECOMPARE        HELPS YOU GET THE BEST DEALS ON AIRFARES

FareCompare.com > Cities > Airports > Airlines > Non-Stop Flights Los Angeles, California (LAX)

**Grumpy Santa's Excellent Adventure!**
Grumpy Santa highlights the good, the bad, and the ugly of air travel. And you can win a free flight.
PLAY NOW TO WIN

## China Eastern Airlines - Non-Stop Flights From Los Angeles, California (LAX)



Fare Compare has compiled a non-stop destination flight listing for all cities served by China Eastern Airlines. This page lists all direct non-stop flights from Los Angeles, California (LAX) to every city and airport served directly by China Eastern Airlines.

From:
To:
   Roundtrip   One-way
Depart:        Return:

Passengers: 1

FIND FARES

On This Page
➤ Interesting Facts
➤ Nonstop Flights

 Articles

Almanac

Sign up to create, manage, and track trips online
E-mail
SIGN UP



Flights                                                          Sponsored Ads
**AA.com - Holiday Fare Sale**   **Los Angeles Travel Deals**   **Flight to Los Angeles**   **Los Angeles Flights**
Fares Starting at $112 Round-   Cruises, Beaches and           Book Los Angeles Flights    Save Up To 70% On Los
Trip. Taxes, Fees, &..          Honeymoons. Create the         Dire..                       Angeles Fli...
www.AA.com                      Ultima..                       www.alaskaair.com            www.ShermansTravel.com/losai
                                www.travel.latimes.com



**Did You Know?**
- The longest flight on China Eastern Airlines is 16:20 hours from New York to Shanghai.
- China Eastern Airlines largest plane has 328 seats.
- China Eastern Airlines has 63 flights each week from Ningbo, China.
- The shortest flight on China Eastern Airlines is 71 miles from Kunming to Luxi.

**Non Stop Flights on Other Airlines Departing from Los Angeles, California (LAX)**
To display the non-stop direct flights for all airlines serving Los Angeles, California (LAX), click the city link to the left and then click the airline name from the list in the "Airlines Serving Los Angeles" section.

China Eastern Airlines non stop direct flights departing Los Angeles International (LAX) airport

| Code | Destination Airport | Destination City | State/Country |
|------|--------------------|-----------------| --------------|
| PVG  | Pu Dong            | **Shanghai**    | China         |

Airline Name Starts With   A B C D E F G H I J K L M N O P Q R S T U V W Y Z



FAQ | Terms & Conditions | Privacy Policy | Contact Us | Feedback | Credits

© 2007 FareCompare.com LP