**EXHIBIT 17**



**News Release**  January 29, 2007

**AeroMechanical Services Ltd.**  (TSX-V -AMA)

### Initiative to Expand Focus On Aircraft Manufacturers

CALGARY January 29, 2007:

AeroMechanical Services Ltd. (AMA:TSX.V) announced today that it has completed a long-term agreement with a highly respected FTSE 150 aerospace systems supplier, Meggitt, PLC. (MGGT.L) Financial terms were not disclosed.

The companies will integrate AeroMechanical's products and services with Meggitt's industry leading aircraft on-board condition monitoring systems, and cooperatively market the product and service portfolio to airframe and engine manufacturers, as well as airlines and other end users. The combination will enable the timely fully-automated delivery of critical on board diagnostic and trend information to operators and Original Equipment Manufacturer's (OEMs) to improve dispatch reliability, optimize logistics, and minimize maintenance costs.

"This is an enormous window of opportunity for us to install our cutting-edge technology at the factory level," said AeroMechanical CEO Bill Tempany. "Everyone is familiar with an aircraft's black box (even though it is orange) that records voice and flight data that investigators use to determine why an aircraft crashed. AeroMechanical invented a lightweight (blue box) system that continuously reports an aircraft's status and gives pilots optional communication systems from wherever they are flying around the globe. Currently, the land-based system of radios between the pilot and a host of air traffic control centres leaves enormous gaps in parts of the world where pilots can't stay in constant contact."

AeroMechanical's equipment, called an Automated Flight Information Reporting System (AFIRS™), monitors as many as 2,000 functions of an aircraft and transmits any anomalies so operators and OEMs can instantly detect mechanical or maintenance issues. Airlines can also use AFIRS™ data to meticulously manage the aircraft's operation for maximum efficiency. In addition, AeroMechanical's AFIRS Global Voice satellite phone system allows pilots to have both voice or e-mail contact from any point in the world.

Under the terms of the contract with Meggitt, AeroMechanical's data collection technology (AFIRS™) and information delivery tools (UpTimeTM) will also be integrated with Meggitt's condition-monitoring sensors. "Collecting select data on an aircraft's functions can easily save an airline company with a fleet of 10 aircraft around one million dollars per year," Tempany said. "Then there is the immeasurable factor of saving lives because airlines can now use the data our equipment provides to pinpoint mechanical problem earlier. We have been working with Meggitt's staff for the last six months and have defined and captured opportunities around the world that would not ordinarily be available to us." Tempany said "This acceptance at the factory level makes our marketing to global airline companies that much easier," he added.

Meggitt provides "sensor-to answer" systems for a host of aircraft functions, such as monitors for engines. Richard Hayden, Senior Vice President of Meggitt stated: "Meggitt expects great things to come as a result of this agreement. This puts Meggitt at the forefront of automated delivery of data and immediately actionable information from our superior lineup of condition monitoring and navigation instrument systems."

AeroMechanical trades on the TSX Venture Exchange under the symbol 'AMA.'
Meggitt trades on the London Stock Exchange under the symbol 'MGGT.'

About AeroMechanical Services Ltd. http://www.amscanada.com/

AeroMechanical Services Ltd. (AMA:TSX.V) provides proprietary technologies and services designed to reduce costs and improve efficiencies in the airline industry. The company has successfully commercialized three products and associated services currently marketed to airlines, manufacturers and maintenance organizations around the world. Its premier technology Automated Flight Information Reporting System (AFIRS™) and UpTime™ allows airlines to monitor and manage aircraft operations in real time, all the time, anywhere on the planet.

### About Meggitt http://www.meggitt.com

Meggitt PLC (MGGT:L) is an international aerospace, defence and electronics group with a consistent record of strong financial performance. Meggitt specializes in a range highly reliable components and systems that operate in severe environments. Meggitt's goal is to increase its presence in long term growth markets through proprietary product development reinforced by strategic acquisitions and investment in people and facilities. Meggitt's well-balanced portfolio offsets variation in demand from the market niches within which it operates.

For further information contact:

| The Howard Group Inc. | Meggitt Contact | AeroMechanical Services |
|---|---|---|
| Investor Relations | Richard Hayden | Bill Tempany |
| Grant Howard/ David Gordon | Meggitt Aerospace Systems | AeroMechanical Services Ltd. |
| Ph: (888) 221-0915 | (978)-440-7803 | (403) 250-9956 |
| Email: info@howardgroupinc.com | richard.hayden@meggitt.com | |
| www.howardgroupinc.com | | |

*AFIRS, UpTime, AeroQ and Smart Box are Trade Marks of AeroMechanical Services Ltd.*

*The TSX Venture Exchange has not reviewed and does not accept responsibility for the adequacy or accuracy of this press release.*

Not for Distribution to United States Newswire Services or for Dissemination in the United States.