**EXHIBIT 18**

Insight Newsletter: AeroMechanical And Meggitt Go Big Game Hunting! Page 1 of 4

Case 3:07-cv-04820-MMC Document 55-8 Filed 12/21/2007 Page 2 of 5

SEARCH BLOG | FLAG BLOG Next Blog» Create Blog | Sign In

Thursday, February 8, 2007
## AeroMechanical And Meggitt Go Big Game Hunting!


AeroMechanical Services Ltd.

AMA has finalized a long-term agreement with Meggitt, PLC. (MGGT.L). The two companies will integrate AMS's products with Meggitt's monitoring systems, and cooperatively market the offering to airframe and engine manufacturers (Boeing, Airbus etc.), as well as airlines and other end users.

The combined product will enable timely, fully automated delivery of critical onboard diagnostic information to operators and aircraft manufacturers, which will improve dispatch reliability, optimize logistics, and minimize maintenance costs. Click here to read the release.

Of interest to investors, Richard Hayden, Senior Vice President of Meggitt stated: "Meggitt expects great things to come as a result of this agreement. This [agreement] puts Meggitt at the forefront of automated delivery of data and immediately actionable information from our superior lineup of condition monitoring and navigation instrument systems."

Ask yourself, why would a mammoth worldwide corporation want to sign an agreement with a small company like AMS? In our opinion, logic dictates that there must be something in it for Meggitt! According to Hayden, it "puts Meggitt at the forefront…". Exciting? We think so. We also know that large companies usually look for projects that can produce significant returns and are not interested in arrangements that will produce marginal returns.

Astute investors will notice that AMS announced a relationship with Meggitt during the summer of 2006. Click here to read. The initial relationship had a trial period which has now concluded. The new agreement is long-term in nature and included an undisclosed amount of cash paid to AMS. Although the amount wasn't disclosed, we encourage investors to use their keen wit when viewing the Q1 financials (which unfortunately will not be released until May).

Posted by Bob Beaty at 4:17 PM

Labels: AeroMechanical Services

**Client Commentaries**

Aeromechanical Services (25)

Anglo Swiss Resources Inc. (10)

Asia Now Resources Corp. (8)

Brainhunter (17)

LMS Medical Systems (21)

Med BioGene (11)

Neptune Technologies and Bioressources (27)

Planet Organic Health Corp. (7)

Pure Nickel (21)

Serenic (3)

Webcasts and Special Investor Events (2)

**Blog Archive**

December 2007 (11)

November 2007 (23)

October 2007 (17)

September 2007 (19)

August 2007 (22)

July 2007 (9)

June 2007 (17)

May 2007 (31)

April 2007 (23)

March 2007 (40)

February 2007 (42)

January 2007 (7)

December 2006 (1)

Insight Newsletter: AeroMechanical And Meggitt Go Big Game Hunting! Page 3 of 5

Case 3:07-cv-04826-MMC Document 36-3 Filed 12/21/2007 Page 2 of 4

**0 comments:**

Post a Comment

Newer Post         Home         Older Post

Subscribe to: Post Comments (Atom)

Subscribe for Updates via RSS Feeds or Email

 RSS Feed

Click here to register for updates or email us at info@howardgroupinc.com.

Terms of Use for the LIVE Newsletter

Please click here to read the terms of use and disclaimer for the live newsletter.

Clients of The Howard Group

Click on the logo to view their detailed client page on the Howard Group website:



AeroMechanical Services

(AMA: TSX-V)



Asia Now Resources Corp.

(NOW: TSX-V)



Brainhunter Inc.

(BH -TSX)



Icron Technologies Corp.

Insight Newsletter: Aero Mechanical And Meggitt Go Big Game Hunting! Page 4 of 5

Page 3 of 4

(IT - TSX-V)



LMS Medical Systems Inc.

(LMZ -TSX & AMEX)



Med BioGene Inc.

(MBI - TSX-V)



Neptune Technologies & Bioressources Inc.

(NTB - TSX-V)



OneMove Technologies Inc.

(OM -TSX Venture)



Planet Organic Health Corp.

(POH - TSX-V)



Pure Nickel Inc.

(NIC -TSX)

**Disclaimer:** The Howard Group is not a registered investment advisor and as such, individuals should consult a registered investment advisor prior to making investment decisions in relation to the companies discussed in this site. The information presented in these website pages was obtained from sources believed to be reliable but is not guaranteed, is not all conclusive and should not be relied upon as the sole source of information/opinion for making an investment decision. The Howard Group or its employees may own securities in the companies presented in this site. The Howard Group receives remuneration for Investor Relations activities from the companies presented in this site.