**EXHIBIT 19**

# California Business Portal

Secretary of State DEBRA BOWEN

| SECRETARY OF STATE | ELECTIONS & VOTER INFO | POLITICAL REFORM | CA BUSINESS PORTAL | ARCHIVES & MUSEUM | OTHER SERVICES |

**Business Search Corporations**

- New Search
- Search Tips
- Field Definitions
- Status Definitions
- Name Availability
- Corporate Records
- Business Entities Records Order Form
  - Certificates
  - Copies
  - Status Reports
- FAQs
- Corporations Main Page
- Site Search

## Corporations

The information displayed here is current as of "DEC 07, 2007" and is updated weekly. It is not a complete or certified record of the Corporation.

For information about certification of corporate records or for additional corporate information, please refer to **Corporate Records**. If you are unable to locate a record, you may request a more extensive search by ordering a status report. Fees and instructions for ordering a status report are included on the **Business Entities Records Order Form**. Certificates and/or certified copies can also be requested using the order form.

Results of search for " **meggitt** "

*Click on the name of the corporation for additional information.*

| Corp Number | Date Filed | Status | Corporation Name | Agent for Service of Process |
|---|---|---|---|---|
| C1286235 | 9/16/1985 | merged out | **MEGGITT AIRDYNAMICS, INC.** | ERIC G LARDIERE |
| C1774611 | 12/19/1995 | dissolved | **MEGGITT CALIFORNIA, INC.** | MYRON G. COHN |
| C2132867 | 2/4/1999 | active | **MEGGITT DEFENSE SYSTEMS, INC.** | ROGER BRUM |
| C2566538 | 11/7/2003 | active | **MEGGITT FINANCE (CALIFORNIA) INC.** | ERIC G LARDIERE |
| C2566536 | 11/7/2003 | active | **MEGGITT GP INC.** | ERIC G LARDIERE |
| C2566535 | 11/7/2003 | active | **MEGGITT HOLDINGS (CALIFORNIA) INC.** | ERIC G LARDIERE |
| C2566537 | 11/7/2003 | active | **MEGGITT HOLDINGS (USA) INC.** | ERIC G LARDIERE |
| C2169596 | 7/13/1999 | active | **MEGGITT SAFETY SYSTEMS, INC.** | ISRAEL M SANCHEZ |
| C1099906 | 12/31/1981 | active | **MEGGITT THERMAL SYSTEMS, INC.** | ERIC G LARDIERE |
| C0862244 | 3/15/1978 | merged out | **MEGGITT WESTERN DESIGN, INC.** | C T CORPORATION SYSTEM |
| C1617999 | 7/13/1988 | surrender | **MEGGITT-USA, INC.** | DENIS KOMAI |
| C2178373 | 10/5/1999 | active | **MEGGITT-USA, INC.** | ERIC G LARDIERE |

Copyright ©2001 California Secretary of State. **Privacy Statement**.



## California Business Portal
### Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of DEC 07, 2007 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| MEGGITT HOLDINGS (CALIFORNIA) INC. | | |
| Number: C2566535 | Date Filed: 11/7/2003 | Status: active |
| Jurisdiction: DELAWARE | | |
| Address | | |
| C/O MEGGITT-USA, INC. | | |
| 1955 SURVEYOR AVENUE | | |
| SIMI VALLEY, CA 93063-3369 | | |
| Agent for Service of Process | | |
| ERIC G LARDIERE | | |
| C/O MEGGITT-USA, INC. | | |
| 1955 SURVEYOR AVENUE | | |
| SIMI VALLEY, CA 93063-3369 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

# California Business Portal

Secretary of State DEBRA BOWEN

| SECRETARY OF STATE | ELECTIONS & VOTER INFO | POLITICAL REFORM | CA BUSINESS PORTAL | ARCHIVES & MUSEUM | OTHER SERVICES |

**Business Search Corporations**

- Printer Friendly Page
- New Search
- Search Tips
- Field Definitions
- Status Definitions
- Name Availability
- Corporate Records
- Business Entities Records Order Form
  - Certificates
  - Copies
  - Status Reports
- FAQS
- Corporations Main Page
- Site Search

## Corporations

The information displayed here is current as of "DEC 07, 2007" and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| MEGGITT GP INC. | | |
| **Number:** C2566536 | **Date Filed:** 11/7/2003 | **Status:** active |
| **Jurisdiction:** DELAWARE | | |
| **Address** | | |
| C/O MEGGITT-USA, INC. | | |
| 1955 SURVEYOR AVENUE | | |
| SIMI VALLEY, CA 93063-3369 | | |
| **Agent for Service of Process** | | |
| ERIC G LARDIERE | | |
| C/O MEGGITT-USA, INC. | | |
| 1955 SURVEYOR AVENUE | | |
| SIMI VALLEY, CA 93063-3369 | | |

Printer Friendly

**New Search**

- For information about certification of corporate records or for additional corporate information, please refer to **Corporate Records**.
- Blank fields indicate the information is not contained in the computer file.
- If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code **Section 2114** for information relating to service upon corporations that have surrendered.

Copyright ©2001 California Secretary of State. **Privacy Statement**.

# California Business Portal
### Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of DEC 07, 2007 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |||
|---|---|---|
| MEGGITT HOLDINGS (USA) INC. |||
| **Number:** C2566537 | **Date Filed:** 11/7/2003 | **Status:** active |
| **Jurisdiction:** DELAWARE |||
| Address |||
| C/O MEGGITT-USA, INC. |||
| 1955 SURVEYOR AVENUE |||
| SIMI VALLEY, CA 93063-3369 |||
| Agent for Service of Process |||
| ERIC G LARDIERE |||
| C/O MEGGITT-USA, INC. |||
| 1955 SURVEYOR AVENUE |||
| SIMI VALLEY, CA 93063-3369 |||

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.



# California Business Portal
### Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of DEC 07, 2007 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |||
|---|---|---|
| MEGGITT SAFETY SYSTEMS, INC. |||
| **Number:** C2169596 | **Date Filed:** 7/13/1999 | **Status:** active |
| **Jurisdiction:** California |||
| Address |||
| 1955 SURVEYOR AVENUE |||
| SIMI VALLEY, CA 93063-3369 |||
| Agent for Service of Process |||
| ISRAEL M SANCHEZ |||
| 1955 SURVEYOR AVENUE |||
| SIMI VALLEY, CA 93063-3369 |||

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

# California Business Portal
## Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of DEC 07, 2007 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |||
|---|---|---|
| MEGGITT-USA, INC. |||
| **Number:** C2178373 | **Date Filed:** 10/5/1999 | **Status:** active |
| **Jurisdiction:** DELAWARE |||
| Address |||
| 1955 SURVEYOR AVENUE |||
| SIMI VALLEY, CA 93063-3369 |||
| Agent for Service of Process |||
| ERIC G LARDIERE |||
| C/O MEGGITT-USA, INC. |||
| 1955 SURVEYOR AVENUE |||
| SIMI VALLEY, CA 93063-3369 |||

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

# California Business Portal
## Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of DEC 14, 2007 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation ||
|---|---|
| MEGGITT DEFENSE SYSTEMS, INC. ||
| **Number:** C2132867 | **Date Filed:** 2/4/1999 | **Status:** active |
| **Jurisdiction:** DELAWARE ||
| Address ||
| C/O MEGGITT-USA, INC. ||
| 1955 SURVEYOR AVENUE ||
| SIMI VALLEY, CA 93063-3369 ||
| Agent for Service of Process ||
| ROGER BRUM ||
| 2672 DOW AVENUE ||
| TUSTIN, CA 92780 ||

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

# California Business Portal
### Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of DEC 14, 2007 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| MEGGITT FINANCE (CALIFORNIA) INC. | | |
| **Number:** C2566538 | **Date Filed:** 11/7/2003 | **Status:** active |
| **Jurisdiction:** DELAWARE | | |
| Address | | |
| C/O MEGGITT-USA, INC. | | |
| 1955 SURVEYOR AVENUE | | |
| SIMI VALLEY, CA 93063-3369 | | |
| Agent for Service of Process | | |
| ERIC G LARDIERE | | |
| C/O MEGGITT-USA, INC. | | |
| 1955 SURVEYOR AVENUE | | |
| SIMI VALLEY, CA 93063-3369 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

# California Business Portal
### Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of DEC 14, 2007 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| MEGGITT THERMAL SYSTEMS, INC. | | |
| **Number:** C1099906 | **Date Filed:** 12/31/1981 | **Status:** active |
| **Jurisdiction:** TEXAS | | |
| **Address** | | |
| 1915 VOYAGER AVENUE | | |
| SIMI VALLEY, CA 93063-3369 | | |
| **Agent for Service of Process** | | |
| ERIC G LARDIERE | | |
| C/O MEGGITT-USA, INC. | | |
| 1955 SURVEYOR AVENUE | | |
| SIMI VALLEY, CA 93063-3369 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.