**EXHIBIT 21**

Life in USA | English | 日本語 | 한국

Reservations / Shopping | Business Bridge | Information Exchange | USA Guide
Search | Register Your Business | Client Logon

Business Bridge >> California >> Transportation >> Airlines    English | 한국

# California Airlines

Select a different state: Nevada, New Jersey, New York

Find businesses related to Airlines in California.

Show all or filter by city: Burbank, Long Beach, Los Angeles, San Francisco, South San Francisco

**Featured Businesses**

**Planes**
Save up to 50% on Planes. Search over 15,000 sites with one click. Your source for everything under the sun!.

**Find What Is A Plane At Ask**
Whatever you're searching for, find it with Ask.com..

**RC Plane and Helicopter Hang Out**
Get the latest reviews on the newest RC planes and Helicoptors. Also get great info about what keeps your RC plane in the air.

**Shop Plane**
Browse and compare a great selection of plane.

**Looking for an Aircraft For Sale?**
Brokerage service for buyers of small airplanes to large aircraft of all kinds. We will help you fill that empty spot in your hangar.

---

**ASIANA AIRLINE**
88 Kearny St.  San Francisco, CA 94108
Tel: (415) 249-4230 [MAP] [RATE THIS BUSINESS] RATING: (not rated)
Languages Spoken: English, Korean

**ASIANA AIRLINES CARGO DEPT.**
5758 W. Century Blvd.  Los Angeles, CA 90045
Tel: (310) 642-0311 [MAP] [RATE THIS BUSINESS] RATING: (not rated)
Languages Spoken: English, Korean

**ASIANA AIRLINES LAX AIRPORT**
380 World Way  Los Angeles, CA 90045
Tel: (310) 642-0300 [MAP] [RATE THIS BUSINESS] RATING: (not rated)
Languages Spoken: English, Korean

**ASIANA AIRLINES RESERVATIONS**
3530 Wilshire Blvd., #1700  Los Angeles, CA 90010
Tel: (213) 365-2000 [MAP] [RATE THIS BUSINESS] RATING: (not rated)
Languages Spoken: English, Korean

**BURBANK AIRPORT**
2627 N. Hollywood Way  Burbank, CA 91505
Tel: (818) 840-8840 [MAP] [RATE THIS BUSINESS] RATING: (not rated)
Languages Spoken: English, Korean

**CHINA AIRLINES**
6053 W. Century Blvd., #800  Los Angeles, CA 90045
Tel: (310) 641-8888 [MAP] [RATE THIS BUSINESS] RATING: (not rated)
Languages Spoken: English, Korean

**KOREAN AIR**
1813 Wilshire Blvd.  Los Angeles, CA 90057

Tel: (213) 484-1900 [MAP] [RATE THIS BUSINESS] RATING: (not rated)
Languages Spoken: English, Korean

### KOREAN AIR IMPORT CARGO INFORMATION
6101 W. Imperial Hwy.  Los Angeles, CA 90045
Tel: (310) 417-5284 [MAP] [RATE THIS BUSINESS] RATING: (not rated)
Languages Spoken: English, Korean

### KOREAN AIR LA PASSENGER TRAFFIC OFFICE
380 World Way.  Los Angeles, CA 90045
Tel: (310) 646-4866 [MAP] [RATE THIS BUSINESS] RATING: (not rated)
Languages Spoken: English, Korean

### KOREAN AIR REGIONAL HEADQUARTERS
6101 W. Imperial Hwy.  Los Angeles, CA 90045
Tel: (310) 417-5200 [MAP] [RATE THIS BUSINESS] RATING: (not rated)
Languages Spoken: English, Korean

### KOREAN AIR WILSHIRE GRAND TICKETING OFFICE
655 S. Figueroa St.  Los Angeles, CA 90017
Tel: (213) 629-0705 [MAP] [RATE THIS BUSINESS] RATING: (not rated)
Languages Spoken: English, Korean

### KOREAN AIRL REGIONAL PASSENGER SALES OFFICE (L.A.)
1813 Wilshire Blvd.  Los Angeles, CA 90057
Tel: (213) 484-5700 [MAP] [RATE THIS BUSINESS] RATING: (not rated)
Languages Spoken: English, Korean

### KOREAN AIRLINES
240 Stockton St.  San Francisco, CA 94108
Tel: (415) 433-4290 [MAP] [RATE THIS BUSINESS] RATING: (not rated)
Languages Spoken: English, Korean

### KOREAN AIRLINES AIRPORT CENTER
P.O. Box  San Francisco, CA 94125
Tel: (650) 821-0600 [RATE THIS BUSINESS] RATING: (not rated)
Languages Spoken: English, Korean

### KOREAN AIRLINES CARGO CENTER
501 S.Airport Blvd.  South San Francisco, CA 94080
Tel: (650) 742-9850 [MAP] [RATE THIS BUSINESS] RATING: (not rated)
Languages Spoken: English, Korean

### LONG BEACH AIRPORT
4100 E. Donald Douglas Dr.  Long Beach, CA 90808
Tel: (562) 570-2600 [MAP] [RATE THIS BUSINESS] RATING: (not rated)
Languages Spoken: English, Korean

### LOS ANGELES WORLD AIRPORT (LAX)
1 World Way  Los Angeles, CA 90045
Tel: (310) 646-5252 [MAP] [RATE THIS BUSINESS] RATING: (not rated)
Languages Spoken: English, Korean

### MALAYSIAN AIRLINES
380 World Way  Los Angeles, CA 90045
Tel: (310) 535-9288 [MAP] [RATE THIS BUSINESS] RATING: (not rated)
Languages Spoken: English, Korean

### NORTHWEST AIRLINES
11101 Aviation Blvd.  Los Angeles, CA 90045
Tel: (310) 646-7700 [MAP] [RATE THIS BUSINESS] RATING: (not rated)
Languages Spoken: English, Korean

### QANTAS AIRLINES
380 World Way., #4214  Los Angeles, CA 90045

Tel: (310) 215-4400 [MAP] [RATE THIS BUSINESS] RATING: (not rated)
Languages Spoken: English, Korean

### SF INTERNATIONAL AIRPORT
P.O. Box   South San Francisco, CA 94080
Tel: (650) 877-3010 [RATE THIS BUSINESS] RATING: (not rated)
Languages Spoken: English, Korean

### SINGAPORE AIRLINES
380 World Way   Los Angeles, CA 90045
Tel: (323) 934-8171 [MAP] [RATE THIS BUSINESS] RATING: (not rated)
Languages Spoken: English, Korean

### SINGAPORE AIRLINES
333 Bush St.   San Francisco, CA 94104
Tel: (415) 951-4236 [MAP] [RATE THIS BUSINESS] RATING: (not rated)
Languages Spoken: English, Korean

### THAI AIRLINES
88 Kearny St.   San Francisco, CA 94108
Tel: (415) 397-8300 [MAP] [RATE THIS BUSINESS] RATING: (not rated)
Languages Spoken: English, Korean

### UNITED AIRLINES
United Airlines-SFOQJ Bulg.   San Francisco, CA 94128
Tel: (650) 634-3528 [RATE THIS BUSINESS] RATING: (not rated)
Languages Spoken: English, Korean

[1]   [2]

Ads by Google   DBA Airlines   Go Airlines   Airline Rate   Thai Airline   Airline Deal

## Register your Business

**Search by Keyword or Business Name:**

○ Business Name: [          ]          ○ Keyword: [          ]
Filter by City: [          ] (optional)    Search

Copyright 2006-2007 Life in Asia, Inc. All Rights Reserved.

**Life in USA**

English | 日本語 | 한글

| Reservations / Shopping | Business Bridge | Information Exchange | USA Guide |

Search | Register Your Business | Client Logon

Business Bridge >> California >> Transportation >> Airlines           English | 한글

# California Airlines

Select a different state: Nevada, New Jersey, New York

Show all or filter by city: Burbank, Long Beach, Los Angeles, San Francisco, South San Francisco

**Featured Businesses**

**RC Plane and Helicopter Hang Out**
Get the latest reviews on the newest RC planes and Helicoptors. Also get great info about what keeps your RC plane in the air.

**Shop Plane**
Browse and compare a great selection of plane.

**Looking for an Aircraft For Sale?**
Brokerage service for buyers of small airplanes to large aircraft of all kinds. We will help you fill that empty spot in your hangar.

**plane Websites**
Search for plane at UTN and get results.

**VASP BRAZIL AIRLINES (VP)**
40 Grant Ave.  San Francisco, CA 94108
Tel: (415) 399-1046 [MAP] [RATE THIS BUSINESS] RATING: (not rated)
Languages Spoken: English, Korean

[1]  [2]

· Ads by Google·   Jet Airlines   Nok Airlines   Ual Airlines   WWW Airlines   XLA Airlines

**Register your Business**

**Search by Keyword or Business Name:**
◉ Business Name: [          ]        ○ Keyword: [          ]
   Filter by City: [          ] (optional)    [Search]

Copyright 2006-2007 Life in Asia, Inc. All Rights Reserved.

(Sidebar: California... Calc Savi of Q www.  /  TAM Disc Braz 1800 www.  /  TAM Save Airli Braz Trave  /  Cali Visit Save Wee www.  /  Sea Find com and www.)