**EXHIBIT 22**



AeroMechanical Services Ltd.

Ph: 1.866.250.9956
support@amscar



Do you know where your aircraft is and how well it is operating?

| Why afirs? | Our Clients | Support | Other Solutions | Our Team | About Us | Investors |

# Indian Airforce - Round the Globe Expedition



75 Years — IAF — FLIGHT — INDIAN AIR FORCE Platinum Jubilee 1932-2007

Circumnavigating the globe in a microlight is the ultimate flying adventure.

The planning and engineering required for the airplane is challenging and interesting. Studying the weather systems enroute and dealing with worldwide bureaucracies and regulations are quite daunting. No other single aviation event is this rich in content and equally multi-faceted. The flight will prove to be mentally and physically grueling, flying on average six hours a day in climatic extremes, placing high demands on the pilots and their aircraft.

The two Indian Air Force fighter pilots flying this record-breaking mircolight aircraft may be facing their greatest aviation dangers yet.

That's because the most dangerous part of flying this quick but quirky airplane is in landing. And there will be hundreds of landings while circumnavigating the globe.

Chief pilot Rahul Monga, a 37-year-old IAF Wing Commander, who normally flies fighter helicopters, said the microlight will bounce around with just a slight breeze so the plane can land very hard even on a clear day.

As a result, the aircraft slammed into one runway while his co-pilot, IAF Wing Commander Anil Kumar, 38, and was training on it, causing the landing gear to break along with the engine mounts.

Since they left New Delhi, India on the expedition, they have faced winds that would deter a 747 but they still

**Quick Facts Abo**

Both pilots are r

Rahul has two b
years old and hi
Puru, is five.

Rahul's wife, Va
pilot, she flies a
private Indian a

Rahul said his w
supportive of th
the world micro
the dangers.

Rahul added tha
young to realize
facing.

Anil's wife's nan
their four-year-c
Ayush.

---

**About the Aircra**

Speed, safety, r
reliability were 
Indian Air Force
built microlight

managed to land it safely on the tarmac.

The two also declared an emergency when they tried but could not land at a remote Chinese airport.



Critically low on fuel, they did manage to safely touch down at a nearby airstrip.

After landing this ultralight plane and navigating it through thunderclouds, Rahul said the next greatest dangers are fatigue on long flights and navigating in unfamiliar territory.

To combat fatigue, he has a lightweight MP3 player aboard and when he feels tired he selects music he hates – heavy metal.

The aircraft is equipped with an autopilot, but it is not sophisticated and must be constantly checked because it frequently veers off course, he said of the navigation problems.

To prepare for the distance required, Rahul said he lost some weight because each kilogram lost equates into an extra 13 kilometers in flight distance.



attempt to brea[k]
for ultralight fli[ght]
globe.

The plane mode[l]
manufactured b[y]

The total weigh[t]
one pilot, fuel a[nd]
than 500 kilogr[ams]

The plane cruis[es]
at 240 km/h.
Its maximum sp[eed]
and its maximu[m]
kilometers.

The aircraft is p[owered]
Austrian built R[otax]
is famed for its [reliability]
premium, unlea[ded]

In addition, it h[as a]
parachute rescu[e]
the aircraft is g[oing down]
pilot can deploy
into the airplan[e]
shoots the para[chute]
plane should lan[d]
at about the sa[me speed]
parachutist wou[ld]

It has strengthe[ned]
that give the pil[ot]
it on short and r[ough]

It also features
glass cockpit, tv[o]
SATCOM, 'Tru T[rak]
Mode S transpo[nder]

CLICK HERE to learn more about their journey.