**EXHIBIT 23**

 भारतीय वायु सेना
**INDIAN AIR FORCE**

Search Area	Search Keyword
◉ Within Site	○ On the Web

    

IAF MWO
WELFARE
CAREER
FLIGHT SAFETY
AID TO CIVIL POWER
DOWNLOADS
E MAGAZINES
PLACEMENT
AFWWA
TENDERS

## ROUND THE GLOBE EXPEDITION

EXPEDITION ◄ SERVICES ◄ HOM

- Introduction
- Route
- Crew
- Aircraft
- Preparation
- History
- Updates
- News/Media
- Voyage Photos
- Photos - Team
- Executed Itinerary
- Support



Check out the Latest Location of Microlight at
www.websentinel.net
Login using iaf_guest & password !demotracker

**INDIAN AIR FORCE**
Platinum Jubilee
1932-2007



## Microlight Voyage

**01 Jun 2007** - Microlight expedition was flagged off from the Hindon Air Base near Delhi by the Chief of the Air Staff, **Air Chief Marshal FH Major AVSM PVSM SC VM ADC**.

    



**DAY-1** (01 Jun 07) : Hindon/India to Allahabad/India and Allahabad/India to Baghdogra/India.



**DAY-2** (02 Jun 07): Baghdogra/India to Guwahati/India and Guwahat/India to Mandalay/Myanmar.



**DAY-3** (03 Jun 07) : Mandalay/Myanmar to Yangon//Myanmar (Started from Yangon to Bangkok, due to ba( weather at Bangkok returned back to Yangon).



**DAY-4** (04 Jun 07) : Yangon/Myanmar to Bangkok/Thailand.



**DAY-5** (05 Jun 07) : Bangkok/Thailand to Danang/Vietnam.



**DAY-6** (06 Jun 07) : Danang/Vietnam to Haikou/China.



**DAY-7** (07 Jun 07) : Haikou/China returned back to Haikou/China (Due to Bad weather).



**DAY-8** (08 Jun 07) : Haikou/China returned back to Haikou/China (Due to Bad weather).



**DAY-9 & Day-10** (09 to 10 Jun 07) : Remain at Haikou/China due to Bad Weather.

**DAY-11** (11 Jun 07) :Haikou/China to Guangzhou/China .



**DAY-12 to Day 14** (12 to 14 Jun 07) : Remain at Guangzhou/China due to Bad Weather (Heavy Rainfall).

**DAY-15** (15 Jun 07) : Guangzhou/China to Fuzhou/China (Rather than landing in Xiamen, flew past Xiamen and landed in Fuzhou thereby saving a day).



**DAY-16** (16 Jun 07) : Remain at Fuzhou/China due to Bad Weather.

**DAY-17** (17 Jun 07) : Fuzhou/China to Shanghai/China.



**DAY-18** (18 Jun 07) : Shanghai/China to Qingdao/China.



**DAY-19** (19 Jun 07) : Qingdao/China to Dalian/China.



**DAY- 20** (20 Jun 07) : Dalian/China to Shenyang/China (Microlight diverted to Shenyang, China after flying for about 7 hrs due to strong winds at Changchun (Destination)) .



**DAY- 21** (21 Jun 07) : Remain at Shenyang/China due to Bad Weather.



**DAY- 22** (22 Jun 07) : Shenyang/China to Jiamusi/China (via Changchun) .



**DAY- 23** (23 Jun 07) : Jiamusi/China to Khabarovsk/Russia (With only, pilot Wing Commander Rahul Mong; on-board, co-pilot Wing Commander Anil Kumar left for Alaska, USA from China).



**DAY- 24** (24 Jun 07) : Khabarovsk/Russia to Nikolaevsk/Russia (With only, pilot Wing Commander Rahu Monga on-board as the Russian Air Traffic Control converse only in Russian and therefore it is mandatory t have a Russian navigator in the machine).



**DAY- 25** (25 Jun 07) : Remain at Nikolaevsk/Russia due to bad weather at Okhotsk (Destination).



**DAY - 26** (26 Jun 07) : Remain at Nilolaevsk, Russia due to Bad Weather.

**DAY - 27** (27 Jun 07) : Nikolaevsk/Russia to Ajan/Russia.
The Microlight was airborne from Nikolaevsk airport at 0920 H and landed at Ajan, Russia at 1142 H. Win; Commander Rahul Monga is flying along with a Russian Navigator. Wing Commander Anil Kumar will joi him in USA.



**DAY - 28** (28 Jun 07) : Ajan/Russia to Magadan/Russia (Ohotsk).
The Microlight took off from Ajan at 0357 H and landed at Ohotsk at 0638 H. On the same day microligh flew to Magadan, Russia. Wing Commander Rahul Monga flew with a Russuan Navigator (as Air Traffi Controllers converse only in Russian). Wing Commander Anil Kumar will join in Alaska.



**DAY- 29** (29 Jun 07) : Magadan/Russia back to Magadan/Russia.

The Microlight took off for the next destination Chaybukha, Russia. Due to blinding snow it returned back to Magadan.

**DAY-30** (30 Jun 07) : Remain at Magadan, Russia due to Bad Weather.

**DAY-31** (01 Jul 07) : Due to bad weather the Microlight remains for the third day at Magadan, Russia.

**DAY-32** (02 Jul 07) : Remain at Magadan, Russia for the fourth day due to Bad Weather.

**DAY- 33** (03 Jul 07) : Magadan/Russia to Chaybukha/Russia (With only, pilot Wing Commander Rahul Monga on-board ).

 

**DAY- 34** (04 Jul 07) : Chaybukha/Russia to Markovo/Russia (With only, pilot Wing Commander Rahul Monga on-board ).

 

**DAY- 35** (05 Jul 07) : Mictolight took off at 0256 H IST from Markovo, Russia and landed at Anadyr, Russia at 0443 H IST.

**DAY- 35** (05 Jul 07) : Mictolight took off at 0632 H IST from Anadyr, Russia and landed at Buhta Provideniya, Russia at 0918 H IST.

  

**DAY- 36** (06 Jul 07) : Mictolight took off at 0327 H IST from Buhta Provideniya, Russia and landed at Nome United States at 0521 H IST

 

**DAY- 36** (06 Jul 07) : Mictolight took off at 2248 H IST from Nome, United States and landed at Mc Grath United States at 0118 H IST on 07 Jul 07.

**DAY- 37** (07 Jul 07) : Mictolight took off at 0558 H IST from Mc Grath, United States and landed at Anchorage, United States at 0751 H IST. Today and tomorrow is the servicing day for the Microlight Aircraft.



**DAY-38** (08 Jul 07) : Remain at Anchorage, United States. This is the servicing day for the Microlight Aircraft.

**DAY- 39** (09 Jul 07) : Mictolight took off for Juneau, United States at 2213 H IST from Anchorage, United States and landed back at Anchorage, United States at 2230H IST due to bad weather.

**DAY- 40** (10 Jul 07) : Mictolight again took off for Juneau, United States at 0448 H IST from Anchorage, United States and landed back at Anchorage, United States at 0555H IST due to bad weather.



**DAY-41** (11 Jul 07) : Bad Weather - Microlight anchored at Anchorage, United States.

**DAY- 42** (12 Jul 07) : Mictolight took off from Anchorage at 2243H IST(11 Jul 07) and landed back at Anchorage. Again it took off at 0500IST and landed at Northway, Unites States at 0728H IST. There is a change of route, as per the itinerary due to bad weather. Now the route will be Northway - Beaver Creek Whitehorse - Prince George - Snohomish.

 

**DAY- 42** (12 Jul 07) : The Microlight took off from Northway, United States at 2305 H IST and landed a Beaver Creek, Yukon Territory, Canada at 2330 H IST. Tomorrow they will take off for Whitehorse, Canada.

**DAY- 43** (13 Jul 07) : The Microlight took off from Beaver Creek, Yukon Territory, Canada at 0032 H IST and landed at Whitehorse, Canada at 0247 H ISTafter fluing of 02 Hr 15 Min. Again the Microlight took off from Whitehorse, Canada at 0420H IST and landed at Watson Lake, Canada at 0628 H IST after flying of 02 H 08 Min.

 

**DAY- 44** (14 Jul 07) : The Microlight reached at Snohomish, United Stated. It has flown Watson Lake Prince George - Bellingham - Snohomish.

 

**DAY- 45** (15 Jul 07) : Bad Weather - Microlight remains at Snohomish, United States.

**DAY- 46** (16 Jul 07) : Bad Weather - Microlight remains at Snohomish, United States for the second day.

**DAY- 47** (17 Jul 07) : The Microlight reached at Stockten, United Stated. It has flown Snohomish - Salem Arcata - Stockten. Due to bad weather at Tracy, United States it was diverted to Stockten, United States.

 

**DAY- 48** (18 Jul 07) : The Microlight reached at Santa Paula, United Stated. It has flown from Stockten

Santa Paula.



**DAY- 49** (19 Jul 07) : The Microlight reached at Goodyear, United Stated.

**DAY- 50** (20 Jul 07) : The Microlight reached at San Angelo, Texas, United Stated.



**DAY- 51** (21 Jul 07) : The Microlight reached at Memphis, United Stated. It has flown San Angelo - Burleso - Texar Kana - Memphis.

**DAY- 52** (22 Jul 07) : The Microlight reached at Pittsburg, Texas, United Stated. It has flown Memphis Lexington-Fayette - Pittsburg.

**DAY- 53** (23 Jul 07) : The Microlight reached at Providence, United Stated. It has flown Pittsburg Providence.



**DAY- 54** (24 Jul 07) : Bad Weather - Microlight remains at Providence, United States.

**DAY- 55** (25 Jul 07) : The Microlight reached at Brampton, Canada. It has flown Providence - Springfield Albany - Toronto - Brampton.



**DAY- 56** (26 Jul 07) : The Microlight reached at Matagami, Canada. It has flown Brampton - Matagami.



**DAY- 56** (26 Jul 07) : The Microlight reached at La Grande Riviere, Canada. It has flown Matagami - L Grande Riviere.



**DAY- 57** (27 Jul 07) : Bad Weather - Microlight remains at La Grande Riviere, Canada.

**DAY- 58** (28 Jul 07) : The Microlight reached at Inukjuak, Canada.



**DAY- 59** (29 Jul 07) : The Microlight reached at Kangiqsujuaq, Canada.

**DAY- 60** (30 Jul 07) : Bad Weather - Microlight remains at Kangiqsujuaq, Canada.

**DAY- 61** (31 Jul 07) : The Microlight reached at Iqaluit, Canada.



**DAY- 62** (01 Aug 07) : Bad Weather - Microlight remains at Iqaluit, Canada.

**DAY- 63** (02 Aug 07) : The Microlight reached at Nuuk, Greenland after flying of 04 Hr 15 Min.

**DAY- 64** (03 Aug 07) : The Microlight reached at Reykjavik, Iceland.It has flown Nuuk - Kulusuk - Reykjavik.



**DAY- 65** (04 Aug07) : The Microlight reached at Hosn, Iceland after flying of 02 Hr 05 Min.

**DAY- 66** (05 Aug 07) : The Microlight reached at Aberdeen, England.It has flown Hosn - Aberdeen.

**DAY- 67** (06 Aug 07) : The Microlight reached at Houghton, England.It has flown Aberdeen - Houghton.



**DAY- 67** (06 Aug 07) : The Microlight reached at Eggersdrof, Germany.It has flown Houghton Munsterohnabruck - Eggersdrof.



**DAY- 68** (07 Aug07) : Servicing Day - The Microlight at Eggersdrof, Germany.

**DAY- 69** (08 Aug 07) : Bad Weather - Microlight remains at Eggersdrof, Germany.

**DAY- 70** (09 Aug 07) : Bad Weather - Microlight remains at Eggersdrof, Germany.

**DAY- 71** (10 Aug 07) : Bad Weather - Microlight remains at Eggersdrof, Germany

**DAY- 72** (11 Aug 07) : Bad Weather - Microlight remains at Eggersdrof, Germany

**DAY- 73** (12 Aug 07) : The Microlight reached at Friedrichshafen, Germany.It has flown Eggersdrof Friedrichshafen.



**DAY- 74** (13 Aug 07) : The Microlight reached at Rome, Italy.It has flown Friedrichshafen - Rome.



**DAY- 75** (14 Aug 07) : The Microlight reached at Kerkyra, Greece.It has flown Rome - Latino - Karkyra.

**DAY- 76** (15 Aug 07) : The Microlight reached at Kayseri, Turkey.It has flown Karkyra - Istanbul - Kayseri.



**DAY- 77** (16 Aug 07) : The Microlight reached at Tabriz, Iran.It has flown Kayseri - Van - Tabriz.



**DAY- 78** (17 Aug 07) : The Microlight reached at Banadar Abbas, Iran.It has flown Tabriz - Ahwaz - Banada Abbas.

**DAY- 79** (18 Aug 07) : The Microlight reached at Bhuj, IIndia.It has flown Banadar Abbas - Karachi - Bhuj.

**DAY- 80** (19 Aug 07) : The Microlight reached at Hindon, India.It has flown Bhuj - Ahmedabad - Hindon.I has completed the Round the World Expedition in 80 Days.




TOP

  

Right to Information Act | Related Site | Sitemap | Feedback | Contact Us | Site Credits | Newsletter | Opinion Poll | Downloads