Case 3:07-cv-04820-MMC    Document 36-4    Filed 12/21/2007    Page 1 of 5

**EXHIBIT 24**

SEARCH BLOG   FLAG BLOG   Next Blog»                                      Create Blog | Sign In

Tuesday, July 17, 2007
# INDIAN AIR FORCE SKITTERS OVER CALIFORNIA



Micro light beside mid-sized 737 passenger jet.

The record-breaking Indian Air Force (IAF) micro light aircraft flight that has AeroMechanical's tracking and communication's technology on board is scheduled to land at a small airport outside Los Angeles July 17th.

The two IAF fighter pilots flying this quick but quirky aircraft took off from Delhi, India on June 1st, hoping to circle the globe in 64 days in order to beat the current world record of 98 days.

They have battled monsoons throughout China's eastern coast and the remote, frozen landscape over eastern Russia to get this far.

The single-prop aircraft weighs less than 500 kilograms - fully loaded with one pilot on takeoff - and it cruises at 240 kms per hour. But because of it's light weight and configuration, it frequently gets blown around like a fluffy Dandelion seed.

At one remote Chinese airfield, the craft was just about to touch down when a gust of wind rocketed it 50 feet back up into the air. It took three harrowing attempts before it was solidly on ground.

**Client Commentaries**

Aeromechanical Services (25)

Anglo Swiss Resources Inc. (10)

Asia Now Resources Corp. (8)

Brainhunter (17)

LMS Medical Systems (21)

Med BioGene (11)

Neptune Technologies and Bioressources (27)

Planet Organic Health Corp. (7)

Pure Nickel (21)

Serenic (3)

Webcasts and Special Investor Events (2)

**Blog Archive**

December 2007 (11)

November 2007 (23)

October 2007 (17)

September 2007 (19)

August 2007 (22)

July 2007 (9)

June 2007 (17)

May 2007 (31)

April 2007 (23)

March 2007 (40)

February 2007 (42)

January 2007 (7)

December 2006 (1)


Pilot Rahul Monga (right) Co-pilot Anil Kumar (left)

Pilot Rahul Monga, 37, a father of two young boys, normally flies attack helicopters while his co-pilot Anil Kumar, 38, a father of one young boy, handles supersonic jet fighters.

The two have taken this dangerous mission on for two reasons: to cut 34 days off the current record for a micro light weighing between 300-500 kilograms; and, as a goodwill mission to celebrate the IAF's 75th Anniversary.

From the Santa Paula airport, located about 50 miles east of Los Angeles, they are scheduled to head northeast to Colorado Springs, southeast to Jacksonville, Florida, than due north to Toronto, Canada. They hope to exit North America from Canada's frozen north, hop over to Greenland, Iceland, Europe and then home to India.


Planned Route Around The World

The most dangerous passage to date was crossing the Bering Sea on July 5th.

Monga was the only one flying the craft as it crossed over those frigid waters because Kumar was replaced on the Russian leg by a local navigator, a mandatory requirement when that country's air controllers speak only Russian.

If engine troubles had forced Monga to ditch the plane, he would have had only six minutes to three hours to survive, depending on whether he was able to get an immersion survival suit on in time.

 RSS Feed

Subscribe for Updates via RSS Feeds or Email

Click here to register for updates or email us at info@howardgroupinc.com.

Terms of Use for the LIVE Newsletter

Please click here to read the terms of use and disclaimer for the live newsletter.

Clients of The Howard Group

Click on the logo to view their detailed client page on the Howard Group website:



AeroMechanical Services

(AMA: TSX-V)



Asia Now Resources Corp.

(NOW: TSX-V)



Brainhunter Inc.

(BH -TSX)



Icron Technologies Corp.

That is where AeroMechanical's breakthrough tracking and communications technology called the Automated Flight Information Reporting System (AFIRS) could have saved his life.
The equipment allows IAF officers sitting in a control room in north central India to constantly track where the micro light is.

It also allows controllers to talk to the pilot by satellite phone, whether over the Bering Sea or over some remote jungle.

Had Monga ditched the aircraft, IAF controllers could have called in rescue teams and pinpointed exactly where in the Bering Sea to look.

Ironically, this micro light is better equipped than most modern-day passenger jets that used a land-based radio system. That latter system suffers from blackout zones in large patches of the world. In addition, airlines can't track their craft in many regions of the globe.

Posted by Bob Beaty at 9:33 AM

Labels: AeroMechanical Services

## 1 comments:

smashingidol said...

Congrats to Rahul & Anil! What a feat, what an adventure, it must've been for the two... having braved severe weather conditions over unknown territories, flown through unmarked routes, serviced & repaired their own flying machine, interacted with people from various nationalities and most recently, having completed the journey to set a new world record!!! 79 days for the world and a lifetime of memories for themselves - congatulations to the two mavericks! BRAVO
August 18, 2007 7:04:00 MDT PM

Post a Comment

Newer Post                    Home                    Older Post
Subscribe to: Post Comments (Atom)

(IT - TSX-V)



LMS Medical Systems Inc.

(LMZ -TSX & AMEX)



Med BioGene Inc.

(MBI - TSX-V)



Neptune Technologies & Bioressources Inc.

(NTB - TSX-V)



OneMove Technologies Inc.

(OM -TSX Venture)



Planet Organic Health Corp.

(POH - TSX-V)



Pure Nickel Inc.

(NIC -TSX)

Disclaimer: The Howard Group is not a registered investment advisor and as such, individuals should consult a registered investment advisor prior to making investment decisions in relation to the companies discussed in this site. The information presented in these website pages was obtained from sources believed to be reliable but is not guaranteed, is not all conclusive and should not be relied upon as the sole source of information/opinion for making an investment decision. The Howard Group or its employees may own securities in the companies presented in this site. The Howard Group receives remuneration for Investor Relations activities from the companies presented in this site.