**EXHIBIT 26**



## Flight Safety Foundation

Flight Safety Foundation (FSF) is the world's premier international aviation safety organization. As it has done each year for more than half a century, the Foundation, at its International Air Safety Seminar (IASS), will bring together specialists to discuss pressing issues in aviation safety and to share information and developments that can contribute to improving the industry's already outstanding safety record.

Adding to the breadth of the event, the International Federation of Airworthiness (IFA) and the International Air Transport Association (IATA) are part of the joint meeting that includes the IASS.

## International Federation of Airworthiness

The International Federation of Airworthiness (IFA), whose 35th International Conference is part of the joint meeting, is composed of airworthiness authorities, professional aeronautic societies, air transport operators, aerospace manufacturers and service-and-repair organizations. Continuing airworthiness in all of its aspects, including personnel licensing of aircraft-maintenance engineers, is the focus of this nonprofit, independent organization.

## International Air Transport Association

The International Air Transport Association (IATA) is the world trade organization of scheduled airlines. IATA's nearly 270 members carry more than 95 percent of the world's scheduled international air traffic under the flags of more than 120 nations. IATA's mission is to ensure that worldwide airline traffic moves with the greatest possible speed, safety, security, convenience and efficiency for passengers and cargo shippers — and with the utmost economy and financial viability for the airlines.

### AGENDA DEVELOPMENT COMMITTEE

**Joanne Anderson**, technical programs specialist, Flight Safety Foundation
**George B. Finelli**, director, Aviation Safety and Security Division, U.S. National Aeronautics and Space Administration, Langley Research Center
**Charles K. Bergman**, manager, air safety and operations, Engineering and Air Safety Department, Air Line Pilots Association, International
**James M. Burin**, director of technical programs, Flight Safety Foundation
**Michel Trémaud**, senior director, safety and security, customer services, Airbus
**H. Keith Hagy**, associate director, Engineering and Air Safety Department, Air Line Pilots Association, International
**Graham P. Harris**, director of membership and publicity, International Federation of Airworthiness
**Ho Ching-Sheng (Danny C. Ho)**, executive vice president, EVA Airways Corp.
**Robert MacIntosh**, chief advisor for international safety affairs, U.S. National Transportation Safety Board
**Brian L. Perry**, vice president–technical and technical committee chairman, International Federation of Airworthiness
**Paul D. Russell**, chief engineer, aviation system safety, Boeing Commercial Airplanes
**John W. Saull**, executive director, International Federation of Airworthiness
**Douglas Schwartz**, aviation director, AT&T Aviation
**Dr. Ron Yates** (retired CEO, Qantas Airways), vice president, Australasia, International Federation of Airworthiness
**Andrew McClymont**, vice president, Europe, International Federation of Airworthiness
**Jim Rainbow**, chairman of trustees, International Federation of Airworthiness
**H. Al-Shayji Bader**, vice president, Middle East, International Federation of Airworthiness
**Paul Mingler**, commercial flight safety director, GE Aircraft Engines

## PRELIMINARY AGENDA

### Sunday, November 6

| | |
|---|---|
| 1300–1700 | IFA Technical Committee Meeting |

### Monday, November 7

| | |
|---|---|
| 0830–1200 | FSF International Advisory Committee Meeting |
| 0900–1200 | IFA Executive Council Meeting |
| 0930 | FSF Executive Committee Meeting |
| 1200 | FSF Board of Governors Lunch, Board meeting immediately following lunch |
| 1200–1300 | IFA Scholarship Committee Meeting |
| 1200–1700 | **Registration** |
| 1400–1700 | IFA Workshop on Safety Management Systems |
| 1400–1700 | IFA Workshop — Commercial Aviation Safety Initiatives |
| 1600–1700 | Chairmen and Speakers Meeting for Tuesday presentations |
| 1900–2100 | **Opening Reception** |

### Tuesday, November 8

| | |
|---|---|
| 0730–1700 | **Registration** |
| 0730–0830 | **Continental Breakfast in Exhibit Hall** |

OPENING CEREMONIES

| | |
|---|---|
| 0830–1000 | "Seminar Opening" — Capt. Alex de Silva, chairman, FSF International Advisory Committee |
| | "International Federation of Airworthiness" — Ahmad Faisal Al Zabin, president, IFA |
| | "International Air Transport Association" — Günther Matschnigg, vice president, operations and infrastructure, IATA, and member, FSF Board of Governors |
| | "Flight Safety Foundation" — Stuart Matthews, president and CEO, Flight Safety Foundation |
| | "Keynote Address" |
| 1000–1030 | **Refreshments in Exhibit Hall** |
| SESSION I | GLOBAL OVERVIEW
*Session Chairman: David Mawdsley, director, safety, IATA* |
| 1030–1100 | "2005: The Year in Review" — James M. Burin, director of technical programs, Flight Safety Foundation |
| 1100–1130 | "Regional Safety Activities Update" — Kyle Olsen, manager, continued operational safety, U.S. Federal Aviation Administration |
| 1130–1200 | "Flight Safety Comparative Analysis of Russian and Western Jet and Turboprop Aircraft" — Vladimir Kofman, chairman, Accident Investigation Commission, Interstate Aviation Committee; Rudolf Teimurazov, deputy chairman flight safety, Interstate Aviation Committee; and Vladimir Poltavets, head of the Flight Safety Laboratory, M. Gromov Flight Research Institute |
| 1200–1230 | Questions and Answers |
| 1230–1400 | **Lunch** |
| SESSION II | MANAGEMENT OF SAFETY
*Session Chairman: John Saull, executive director, IFA* |
| 1400–1430 | "Implementing an Annual Accident Prevention Plan in an Airline" — Capt. Bertrand de Courville, head of safety, Air France |
| 1430–1500 | "Flight Safety Management System in Volga-Dnepr Airlines" — Yury Malevinsky, director, aviation accident prevention, Volga-Dnepr Moscow |
| 1500–1530 | **Refreshments in Exhibit Hall** |
| 1530–1600 | "Survey on Cultural Factors Affecting Safety Management Systems Implementation in Latin America" — Michael Masson, senior human factors analyst, Boeing Research and Technology, Europe; William L. Rankin, Ph.D., leader, maintenance human factors team, and Mike M. Moodi, senior Boeing airline operations representative, Boeing Commercial Airplanes |
| 1600–1630 | "Maintenance Error Management: The Next Step at Continental Airlines" — Randy Ramdass, managing director, aircraft maintenance, IAH/South Central Region, Continental Airlines |

Cover: The Onion Domes of St. Basil's Cathedral, Red Square

| Time | Session |
|---|---|
| 1630–1700 | "Evacuation Commands for Optimal Passenger Management" — Lauren J. Thomas and Helen C. Muir, Human Factors Department, School of Engineering, Cranfield University, and Sophie O'Ferrall, Virgin Blue Airlines |
| 1700–1730 | Questions and Answers |
| 1800–1900 | Chairmen and Speakers Meeting for Wednesday presentations |

## Wednesday, November 9

| Time | Session |
|---|---|
| 0730–1700 | **Registration** |
| 0730–0830 | **Continental Breakfast in Exhibit Hall** |

**SESSION III  OPERATIONAL ISSUES**
*Session Chairman: Robert MacIntosh, chief advisor for international safety affairs, U.S. National Transportation Safety Board*

| Time | Session |
|---|---|
| 0830–0900 | "Center, We Have a Fire on Board and Need to Land Immediately: A Pilot's Perspective on Dealing With Fire in Flight" — Capt. H.G. "Boomer" Bombardi, Delta Air Lines, and in-flight fire project chairman, Air Line Pilots Association, International |
| 0900–0930 | "Rejected Takeoffs Won't Go Away" — Capt. Bill de Groh, American Eagle Airlines, and director, aircraft performance programs, Air Line Pilots Association, International |
| 0930–1000 | "Running Out of Runway: Analysis of 35 Years of Landing Overrun Accidents" — Gerard van Es, senior research engineer, National Aerospace Laboratory (NLR)–Netherlands |
| 1000–1030 | **Refreshments in Exhibit Hall** |
| 1030–1100 | "Runway Incursion Update: Innovative Training With Promising Results" — Charles K. Bergman, manager, air safety and operations, Air Line Pilots Association, International, and William S. Davis, vice president, safety, Air Traffic Organization, U.S. Federal Aviation Administration |
| 1100–1130 | "CFIT Accidents in Helicopters: When and Where" — Yasuo Ishihara, senior principal engineer, Honeywell |
| 1130–1200 | Questions and Answers |
| 1200–1330 | **Lunch** |

**SESSION IV  CONTINUING AIRWORTHINESS**
*Session Chairman: Andrew McClymont, vice president, Europe, IFA*

| Time | Session |
|---|---|
| 1330–1400 | "Outsourcing Component Support: The Component Solution Provider's Input Into Improving Aircraft Safety" — Michael John Humphreys, chief executive officer, SR Technics, UK |
| 1400–1430 | "Fatigue Management in Canadian Aviation Maintenance Operations" — Jacqueline Booth-Bourdeau, chief, technical and national programs, Aircraft Maintenance and Manufacturing Branch, Transport Canada; Isabelle Marcil, Ph.D., senior ergonomist, and Howard Posluns, chief, advanced technology, Transportation Development Centre |
| 1430–1500 | "Capturing Lessons Learned From Maintenance Errors" — Uwe Eggerling, deputy vice president, maintenance engineering and service bulletins, customer services, Airbus |
| 1500–1530 | **Refreshments in Exhibit Hall** |
| 1530–1600 | "Managing Procedural Error in Maintenance" — Barbara G. Kanki, Ph.D., research psychologist, U.S. National Aeronautics and Space Administration, Ames Research Center |
| 1600–1630 | "Role of Human Factors Training and Error Management in the Aviation Maintenance Safety System" — David John Hall, aviation regulatory and safety consultant |
| 1630–1700 | Questions and Answers |
| 1700–1800 | Chairmen and Speakers Meeting for Thursday presentations |
| 1900–2100 | **Awards Ceremony and Reception** — Radisson SAS Slavyanskaya Hotel and Business Center |

## Thursday, November 10

| Time | Session |
|---|---|
| 0730–1700 | **Registration** |
| 0730–0830 | **Continental Breakfast in Exhibit Hall** |

**SESSION V  INFRASTRUCTURE AND TECHNOLOGY DEVELOPMENT**
*Session Chairman: James Terpstra, former senior corporate vice president, Jeppesen*

| Time | Session |
|---|---|
| 0830–0900 | "WGS-84 Implementation in CIS: Problems and Opportunities" —Valery Sharov, leading specialist, head of working group aeronautical information provision, Interstate Aviation Committee |
| 0900–0930 | "Benefits of RNP-RNAV in Commercial Operations" — Capt. Frank M. Hankins, senior instructor pilot, and David Jones, manager, RNP-RNAV, Boeing Commercial Airplanes |
| 0930–1000 | "ATM as Fourth Automation Loop in Aircraft Systems Architecture" — Etienne Tarnowski, experimental test pilot, Airbus |
| 1000–1030 | **Refreshments in Exhibit Hall** |
| 1030–1100 | "New Capabilities for Weather Accident Prevention" — H. Paul Stough III, James F. Watson Jr., Taumi S. Daniels, Konstantinos S. Martzaklis, Michael A. Jarrell and Rodney K. Bogue, U.S. National Aeronautics and Space Administration |
| 1100–1130 | To be determined |
| 1130–1200 | Questions and Answers |
| 1200–1330 | **Lunch** |

**SESSION VI  PROACTIVE USE OF INFORMATION**
*Session Chairman: Paul Mingler, commercial flight safety director, GE Aircraft Engines*

| Time | Session |
|---|---|
| 1330–1400 | "Sharing Safety Data: An Example of Cooperative Industry-regulatory Data Analysis, Including a Review of the Prevalence and Severity of Propulsion-related Events" — Ann Azevedo, chief scientist and technical advisor, aircraft safety analysis, U.S. Federal Aviation Administration, and Sarah M. Knife, Ph.D., principal engineer for airplane and regulatory safety, chief engineer's office, General Electric Transportation Systems |
| 1400–1430 | "Changing National Safety Culture Through Data Sharing" — Capt. Terry McVenes, US Airways, and executive air safety chairman, Air Line Pilots Association, International, and Thomas R. Chidester, Ph.D., U.S. National Aeronautics and Space Administration |
| 1430–1500 | "Ground Accident Prevention: Status Report" — Robert H. Vandel, executive vice president, Flight Safety Foundation |
| 1500–1530 | **Refreshments in Exhibit Hall** |
| 1530–1600 | "Aircraft Flight Safety in Air Transport System Based on Reliability and Flight Safety" — M.S. Neymark, deputy of the chief designer, and L.G. Thesarsky, senior designer, Ilyushin Aviation Complex |
| 1600–1630 | "Structural Integrity Challenges" — Kay Yong, Ph.D., former chairman, and Thomas Wang, aviation safety investigator, Aviation Safety Council, Taiwan, China |
| 1630–1700 | Questions and Answers |
| 1700–1730 | Closing — Ahmad Faisal Al Zabin, president, IFA |

# Hotel Accommodation Request Form

### FSF 58th International Air Safety Seminar   November 7–10, 2005

RETURN THIS FORM TO HOTEL

Special room rates have been negotiated with the Radisson SAS Slavyanskaya Hotel. (The hotel is headquarters for all meeting activities, including registration, general sessions and exhibits.) Specify "Flight Safety Foundation International Air Safety Seminar" for special rate. Telephone: +7 095 941 8020; Fax: +7 095 240 3217; E-mail: reservations.moscow@radissonSAS.com.

**Accommodation request form (or photocopy) must be completed and faxed to hotel not later than Sept. 20, 2005.**

## Accommodation Request:

❏ Single Occupancy   US$199.00       ❏ Double Occupancy   US$217.00      November 5, 11, 12, 2005

❏ Single Occupancy   US$249.00       ❏ Double Occupancy   US$267.00      November 6, 7, 8, 9, 10, 13, 2005

**Room rates include breakfast**, complimentary access to the hotel fitness center, pool, whirlpool, and steam and dry saunas.
Rates are per room per night, do not include 18% VAT and are payable in rubles by credit card or cash at the hotel's internal exchange rate.

❏ Smoking Room    ❏ Non-smoking Room    ❏ King Bed    ❏ Twin Bed

Please contact hotel for rates and information regarding Business Class Rooms and Suites as required.

Guest's First Name _____ Guest's Family Name _____

Arrival Date _____ Departure Date _____

Address _____

Telephone _____ Fax _____ E-mail _____

**All room reservations must be guaranteed for arrival with completed credit card information below.**

## Visa Support Documents: Please clearly print the following information if you require visa support documents.

Passport Number _____ Date of Birth (dd/mm/yy) _____

Country of Citizenship _____ Gender (male/female) _____

If this guest arrives and stays in our hotel within the arrival and departure dates indicated above, then there is no charge for this Visa Support Service. However, if this reservation is cancelled, or the guest does not check in on the date of arrival, then the nonrefundable amount of US$75 (including VAT) will be charged to the credit card indicated below.

## Taxi Transfer From Airport to Hotel:

If guest requires taxi transfer service from airport to hotel, please fax the following information to our concierge at +7 095 941 8000: airline, flight number, arriving from, arrival date/time and airport. Note: Request is not considered made and confirmed until a written confirmation is received by the client.

## Terms and Conditions:

1. Accommodation at the above rates is available only to registered conference delegates requesting rooms with this form.
2. Accommodation requests are not considered as definite bookings until a written hotel confirmation is received by the guest.
3. Please note that any changes made to your reservation must be notified by fax to the hotel.
4. The deadline for making reservations is Sept. 20, 2005, after which rooms are subject to availability at prevailing rates.
5. Method of guarantee — credit card or cash — for all charges must be provided by guest upon check-in.
6. Check-in time is 1500, and room assignment prior to this time is subject to availability. Check-out time is 1200.
7. Reservation cancellations made at least 72 hours prior to 1800 on the date of arrival will not be charged a cancellation penalty. In case of "no-show" or cancellation made less than 72 hours before date of arrival, we will charge for one room night and tax, as your reservation is guaranteed until 0700.

## Payment Method:

**I hereby authorize Radisson SAS Slavyanskaya Hotel to charge my credit card account for accommodation and visa charges in accordance with the rates, terms and conditions indicated in this document.**

Cardholder Name _____ Credit Card Type _____

Credit Card Number _____ Expiration Date _____

Signature _____ Date _____

# Flight Safety Foundation 58th IASS Registration Form

**Register Online!**   http://www.flightsafety.org/seminars.html

RETURN THIS FORM TO FLIGHT SAFETY FOUNDATION

Mail or fax completed registration form (or photocopy) to Namratha Apparao, membership services coordinator, Flight Safety Foundation, Suite 300, 601 Madison Street, Alexandria, VA 22314-1756 U.S.A. Telephone: +1 (703) 739-6700, ext. 101; Fax: +1 (703) 739-6708.

❏ **First-time Attendee**

Given Name _____ Family Name _____

Job Title _____ Name for Badge _____

Company _____

Address _____

City _____ State/Province _____

ZIP/Postal Code _____ Country _____

Telephone _____ Fax _____ E-mail _____

Guest/Spouse (if attending) _____

❏ Yes, my guest/spouse will attend the guest program on Nov. 8.   ❏ Yes, my guest/spouse will attend the guest program on Nov. 9.
❏ Yes, I will require vegetarian meals.

**Tickets for breakfast and lunch for spouses/guests may be purchased at the registration desk.**

### Please Indicate Fee:

|  | Early Registration (if payment is received by Sept. 9, 2005) | After Sept. 9, 2005 |
|---|---|---|
| FSF/IATA/IFA Member | US$700 _____ | US$800 _____ |
| Nonmember | $875 _____ | $975 _____ |
| Spouse/Guest Opening Reception | $50 _____ | $50 _____ |
| Spouse/Guest Program (one-day) | $75 _____ | $75 _____ |
| Spouse/Guest Program (both days) | $150 _____ | $150 _____ |
| Total Enclosed | US$ _____ | US$ _____ |

FSF nonmembers can apply US$200 of the registration fee toward a membership in Flight Safety Foundation. Membership fees start at $2,000. For more information about the Foundation, contact Ann Hill, director, membership and development, e-mail: hill@flightsafety.org, or visit the Foundation's Internet site: www.flightsafety.org. ❏ Send Flight Safety Foundation membership information by mail.

Return seminar registration form with credit card information or a check (in U.S. currency drawn on a U.S. bank) payable to Flight Safety Foundation. Wire transfer payment to: Bank of America, Account Number: 001920258070. Routing Number: 054001204, 1501 Pennsylvania Avenue NW, Washington, DC 20013 U.S.A. For account of: Flight Safety Foundation. Sender must pay bank transfer fee(s).

Refund or credit (less $25 administrative fee) will be given for cancellation by Oct. 21, 2005. Credit (less $25 administrative fee) for a future Flight Safety Foundation meeting, seminar or workshop will be given for cancellation by Oct. 31, 2005. No refund or credit will be given for cancellation after Oct. 31, 2005.

**Once you have registered, Flight Safety Foundation will send more information on visa requirements and a letter of invitation.**

**Payment Method:**   ❏ check  ❏ postal money order  ❏ wire transfer  ❏ credit card (circle one)  VISA   American Express   MasterCard
(The Foundation accepts only these credit cards.)

Cardholder Name _____

Credit Card Number _____ Expiration Date _____

Billing Address _____

City _____ State/Province _____

ZIP/Postal Code _____ Country _____

Signature _____ Date _____

### Organization Profile:

| | | | |
|---|---|---|---|
| ❏ Airline | ❏ Association | ❏ Charter Operation | ❏ Other _____ |
| ❏ Corporate Operator | ❏ Education/Training | ❏ Government | Fleet size, if applicable _____ |
| ❏ Helicopter | ❏ Manufacturer | ❏ Regional Carrier | Number of employees involved in aircraft operations _____ |

## Sponsor/Exhibitor Opportunities

Excellent opportunities are available for you to promote your company's products or services by exhibiting or by sponsoring a seminar activity. For information, contact Ann Hill, director, membership and development, e-mail: hill@flightsafety.org, telephone: +1 (703) 739-6700, ext. 105 or Ahlam Wahdan, membership services coordinator, e-mail: wahdan@flightsafety.org, telephone: +1 (703) 739-6700, ext. 102. Only a few exhibit spaces remain! **Visit our Internet site: www.flightsafety.org**

## 2004 IASS Attendees/Sponsors/Exhibitors

### ATTENDEES

Aero Mechanical Services
Aerobytes
Aeroflot–Russian Airlines
AfriJet Airlines
Air Atlanta Icelandic
Air Canada Pilots Association
Air China Southwest Co.
Air Japan Co.
Air Line Pilots Association, International
Air New Zealand
Air Nippon Co.
Air Tahiti Nui
Air Traffic Control–The Netherlands
Airbus
Airbus North America Customer Services
Airbus S.A.S.
Airclaims
All Nippon Airways
Allied Pilots Association
Alteon
Alteon Training Asia
American Eagle–ALPA
Antonov Design Bureau
Asiana Airlines
ASPA de México
Associação dos Pilotos Portugueses de Linha Aérea
Association of Air Transport Engineering & Research–Japan
Association of Asia Pacific Airlines
Australian Licenced Aircraft Engineers Association
Australian Transport Safety Bureau
Aviation Safety Alliance
Aviation Safety Council
Aviation Weather Associates
Avicos Insurance Co.
BAE Systems (Operations)
BEA France
Blue1
Boeing Commercial Airplanes
Bombardier Aerospace
Britannia Airways
British Airport Authority
British Airways
British Mediterranean Airways
Budapest Airport
Cathay Pacific Airways
CEFA Aviation
China Airlines
China Southern Airlines
City University London
Continental Airlines

CTC Services Aviation (LAD)
Dassault Aviation
Delta Air Lines
DHL Air
Directorate Flying Safety–Australian Defense Force (DFS-ADF)
Dragonair
DuPont
Dutch Transport Safety Board
easyJet Airlines
Embraer
Emirates
Engenuity Technologies
ETPS
Eurocontrol
European Air Transport
European Aviation Safety Agency
European Regions Airline Association
EVA Airways Corp.
Far Eastern Air Transport Corp.
FedEx Express
Finnair
Flight Safety Foundation–Taiwan, China
FlightSafety International
Flightscape Incorporated
FMV
Freedom Air
General Administration of Civil Aviation of China. Center Aviation Safety Technology
Global Aerospace
Hall and Associates
Honeywell
Hong Kong Civil Aviation Department
IATA
Icelandair
ICTSD
IHS Aviation Information
INAC–Portuguese Civil Aviation Authority
Indal Technologies
Institut Français de Sécurité Aérienne (DCI-AIRCO)
Inter Hannover Scandinavian Branch
International Civil Aviation Organization
International Federation of Air Line Pilots' Associations
International Federation of Airworthiness
Italian Air Force
Japan Aircraft Pilots Association
Japan Airlines Domestic
Japan Airlines International
Jeppesen
Jeppesen GmbH
JetBlue Airways Corp.
Kawasaki Heavy Industries
KLM Royal Dutch Airlines
Kuwait Airways

Kuwait Directorate General of Civil Aviation
Line Up Aviation Personnel
Linhas Aéreas de Moçambique
LOT Polish Airlines
Malaysia Airlines
Malév Hungarian Airlines
Malmo Aviation
MasAir Cargo Airline
MedAire
Mercator
Morgunbladid
National Aerospace Laboratory (NLR)–Netherlands
National Air Transportation Association
National Cheng Kung University
Netherlands Ministry of Transport–Director General Civil Aviation
New Zealand Civil Aviation Authority
New Zealand Transport Accident Investigation Commission
Noordzee Helikopters Vlaanderen
Norway Civil Aviation Authority
Omanair
Pillsbury & Winthrop
Qinetiq
Rubybird Aviation Japan Co.
Saab Aircraft AB
Sagem Avionics
SAS Braathens
Saudi Arabian Airlines
Shanghai International Airport
Shell Aircraft
Siberia Airlines
Sierra Flight Operations
SilkAir
Singapore Airlines
Singapore Ministry of Transport
Smiths Industries Aerospace
South African Airways
South African Civil Aviation Authority
Spanair
Statens Haverikommission
STK Skandinavisk Tilsynskontor
Swedish Accident Investigation Board
Swiss International Air Lines
Taikoo (Xiamen) Aircraft Engineering
Taiwan, China, Civil Aeronautics Administration
TAM Brazilian Airlines
TAP Air Portugal
Tavlin Training
Teledyne Controls
Teledyne Controls Beijing Office
Teledyne Controls Flight Data Company
Thai Airports Ground Services

TransAsia Airways
Transport Canada
Transportation Safety Board of Canada
U.K. Air Accidents Investigation Branch
U.K. Civil Aviation Authority
U.S. Federal Aviation Administration
U.S. National Aeronautics and Space Administration
U.S. National Transportation Safety Board
U.S. Naval Research Laboratory
UNI Air
United Airlines
University of Southern California
UPS Airlines
VARIG Airlines
Vereinigung Cockpit–German Air Line Pilots' Association
Vienna International Airport
Wideroe's Flyveselskap
Wollsewinkel Aviation Consultancy

### SPONSORS

Airbus
AT&T Wireless
The Boeing Co.
Dassault Falcon
DHL
Embraer
FlightSafety International
The Friendship Fund
GE Aircraft Engines
Global Aerospace
Honeywell
SH&E

### EXHIBITORS

Aerobytes
Airbus
Airclaims
Alteon
The Boeing Co.
CEFA Aviation
EVASWorldwide
Flight Safety Foundation
Flightscape
General Administration of Civil Aviation of China (CAAC)
IHS Aviation Information
Indal Technologies
International Air Transport Association
International Federation of Airworthiness
MedAire
Mercator
On Line Up Aviation Personnel
Sagem
Teledyne Controls

## Preliminary Guest Program

TUESDAY, NOVEMBER 8 AND WEDNESDAY, NOVEMBER 9

Join us for a full-day tour as we visit the most popular sights of Moscow. Please register early as space is limited. US$150 ($75 each day) cost includes transportation, English-speaking tour guides and lunch. Motor coaches will depart the Radisson Hotel at 1100 and will return by 1700 both days. For more information, contact Ahlam Wahdan, telephone: +1 (703) 739-6700, ext. 102, or e-mail: wahdan@flightsafety.org.