**EXHIBIT 27**

**Jeffrey Lee**

| | |
|---|---|
| From: | Daniel Albers [Daniel.Albers@BTLaw.com] |
| Sent: | Monday, December 10, 2007 8:34 AM |
| To: | robertmasters@paulhastings.com |
| Cc: | Jeffrey Ruppel; Jeffrey Lee |
| Subject: | Star Nav v. AMS |



437686.DOC (106 KB)

```
                12/10/07
Robert-as discussed in our phone call this morning, attached are Star Navigation's
proposed 30b6 and individual deposition notices and document riders for jurisdiction
discovery relating to your motion to dismiss. We have arbitrarily selected December 20 and
27,2007 for the deposition dates but , of course, will reschedule based on mutually
agreeable dates.
     Please advise if you will agree to jurisdiction discovery and to continue the date
for our response to your motion from December 21,2007 until 14 days after we complete the
discovery and to reschedule the hearing date of 1/11/08.
     I also suggested we agree to ask the court to continue the initial CMC and all
related dates until after disposition of your motion. Please advise on that as well.
     As to the merits of your motion, I have to say I am somewhat surprised. The license
covers all transportation uses of the patent in issue. All the claims include a
transportation vehicle as an element so even if you are correct that it is a field of use
license, the field of use covers the entire patent and there is no danger to AMS of
multiple suits as your motion suggests. I respectfully request that you withdraw the
motion re standing.
     As for personal jurisdiction, again I am surprised by the motion. AMS has sold or
leased its AFIRS technology to Aloha Airlines that runs daily flights in and out of a
number of California cities, including Oakland. AMS must be receiving and processing data
from Aloha airplanes while they are in California and then sending it back to Aloha. Thus,
there is daily and repeated "contact" with California with respect to the specific alleged
acts of infringement in this matter, regardless of whether there is general jurisdiction.
We believe there is jurisdiction in California, and San Francisco is a much more
convenient and a less expensive place to litigate than Hawaii or New York--as both parties
are in Canada. I again respectfully request you withdraw the personal jurisduction motion
and file an answer.
     In any event, please advise re the discovery so we can bring a motion to get it
should you not agree.

Very Truly Yours
Dan Albers
```

```
------------------------------------------
CONFIDENTIALITY NOTICE:  This email and any attachments are for the exclusive and
confidential use of the intended recipient.  If you are not the intended recipient, please
do not read, distribute or take action in reliance upon this message. If you have received
this in error, please notify us immediately by return email and promptly delete this
message and its attachments from your computer system.  We do not waive attorney-client or
work product privilege by the transmission of this message.

TAX ADVICE NOTICE:  Tax advice, if any, contained in this e-mail does not constitute a
"reliance opinion" as defined in IRS Circular 230 and may not be used to establish
reasonable reliance on the opinion of counsel for the purpose of avoiding the penalty
imposed by Section 6662A of the Internal Revenue Code.  The firm provides reliance
opinions only in formal opinion letters containing the signature of a partner.
```

1  DANIEL P. ALBERS
2  JEFFREY A. RUPPEL
   BARNES & THORNBURG LLP
3  One N. Wacker Drive, Suite 4400
   Chicago, IL 60606
4  Phone No.: (312) 357-1313
5  Fax No.: (312) 357-1313
   Email: dalbers@btlaw.com
6  Email: jruppel@btlaw.com

7  CHRISTINE H. MCCARTHY
8  BARNES & THORNBURG LLP
   750 17th Street N.W., Suite 900
9  Washington, D.C. 20006-4675
   Phone No.: (202) 289-1313
10 Fax No.: (202) 289-1330
11 Email: cmccarthy@btlaw.com

12 JEFFREY K. LEE, CA Bar No. 212465
   KIMBERLY A. DONOVAN, CA Bar No. 160729
13 GCA LAW PARTNERS LLP
   1891 Landings Drive
14 Mountain View, CA 94043
   Phone No.: (650) 428-3900
15 Fax No.: (650) 428-3901
   Email: jlee@gcalaw.com
16 Email: kdonovan@gcalaw.com

17 Attorneys for Plaintiff
18 STAR NAVIGATION SYSTEMS GROUP LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STAR NAVIGATION SYSTEMS GROUP LTD., | Case No. C 07-4820 (MMC) |
| Plaintiff, | **NOTICE OF DEPOSITIONS AND REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS BY PLAINTIFF STAR NAVIGATION SYSTEMS GROUP LTD.** |
| v. | |
| AEROMECHANICAL SERVICES LTD., | |
| Defendant. | Honorable Maxine M. Chesney |

- 1 -

Case No. C 07-4820 (MMC)
Plaintiff's Notice of Deposition and Request
for Production of Documents and Things

To: Kevin C. McCann
Paul, Hastings, Janofsky & Walker LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105

Courtroom 7, 19th Floor
Robert M. Masters
Timothy P. Cremen
Bhaskar Kakarla
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Washington, D.C. 20005

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, the Plaintiff Star Navigation Services Group Ltd. ("Star"), hereby gives notice of its intent to take the deposition upon oral examination before an officer authorized by law to administer oaths of the following named persons at the place and times indicated:

| DEPONENT | DATE AND TIME | PLACE |
|---|---|---|
| Aeromechanical Services Ltd. 30 (b)(6) Designated Witness | December 20, 2007 9:00 A.M. | Aeromechanical Services Ltd. 300, 2421-37 Ave NE Calgary, AB Canada T2E 6Y7 |
| Carlos A. Gonzalez, Director of U.S. Sales | December 27, 2007 9:00 A.M. | Aeromechanical Services Ltd. USA Miami Florida |

Pursuant to Rule 30(b)(6) of the Federal Rules, the corporate deponent, Aeromechanical Services Ltd. ("AMS"), is required to designate one or more of its officers, directors, managing agents, or other persons who will consent to testify on its behalf as to the subject matters set forth on the attached Exhibit "A." The person or persons designated by AMS shall testify as to matters known or reasonably available to the corporation.

Pursuant to Rules 34(a) and (b) of the Federal Rules, Plaintiff hereby requests that AMS produce the documents and things set forth and described on the attached Exhibit "B" for Plaintiff to inspect and copy, at last seven days prior to times as indicated for the depositions *supra*.

- 2 -

Case No. C 07-4820 (MMC)
Plaintiff's Notice of Deposition and Request
for Production of Documents and Things

1  The depositions shall continue as necessary from day-to-day thereafter, or at such other
2  place and time as may be agreed upon by counsel, until completed, with such adjournments as to
3  time and place as may be reasonably necessary. To the extent that the officers, directors,
4  
5  managing agents or other persons designated by AMS are unfamiliar with any of the topics listed
6  in this Notice of Corporate Deposition, they should make a diligent effort to acquaint themselves
7  with such matters prior to the deposition. The deposition testimony may be recorded by
8  stenographic means, by videotape and by instant visual display of the testimony. You are invited
9  
10 to attend and take such part as is appropriate.

11  Dated: December 11, 2007          Respectfully submitted,
12
13                                     Daniel P. Albers
                                       Jeffrey A. Ruppel
14                                     Christine H. McCarthy
                                       BARNES & THORNBURG LLP
15
16                                     *Local Counsel*:

17                                     Jeffrey K. Lee, State Bar No. 212465
                                       Kimberly A. Donovan, State Bar No. 160729
18                                     GCA LAW PARTNERS LLP

19                                     By: _____
20                                         Attorneys for Plaintiff STAR NAVIGATION
                                           SYSTEMS GROUP LTD.
21
22
23
24
25
26
27
28

- 3 -

Case No. C 07-4820 (MMC)
Plaintiff's Notice of Deposition and Request
for Production of Documents and Things

**EXHIBIT A - SUBJECT MATTERS FOR CORPORATE DEPOSITIONS**

1. All facts relating to AMS's relationship with ALOHA Airlines as related to the use of AMS's Automated Flight Information Reporting System ("AFIRS") system, including aircraft that has been equipped, routes flown, demonstrations conducted, support services provided, repairs made, and sales made.

2. All facts relating to transportation vehicles equipped with the AFIRS system that pass through, are located in, or originate from the State of California.

3. All facts relating to the monitoring, use, review, comparison, storage, transmission, formulation, and receipt of data, information, or signals originating from, passing through, or sent to the State of California as related to the AFIRS system.

4. All facts relating to employees, sales representatives, vendors, contractors, partners, service providers, associates, services, repairs, support provided, business conducted, communications made into or out of, business trips into and out of, assets owned, and research conducted in the State of California related to the AFIRS system.

5. All facts relating to services and support provided to customers in the State of California related to the AFIRS system.

6. All facts relating to the solicitation of business and customers, including advertising, presentations, and sales pitches, conducted in the State of California or to customers located in the State of California related to the AFIRS system.

7. All facts relating to testing and development conducted in the State of California related to the AFIRS system.

8. All facts relating to equipment, monitors, transmitters, receivers, computers, base-stations, facilities, distribution centers, or offices located in the State of California or analyzing or compiling data to or from associated with AMS.

9. All facts relating to the United States Federal Aviation Administration ("FAA") Certification and Supplemental Type Certificate for the AFIRS System, including testing locations.

- 4 -

Case No. C 07-4820 (MMC)
Plaintiff's Notice of Deposition and Request
for Production of Documents and Things

10. All facts relating to the AMS's sales and other activities conducted from its offices based in Miami Florida and elsewhere in the United States.

- 5 -

Case No. C 07-4820 (MMC)
Plaintiff's Notice of Deposition and Request
for Production of Documents and Things

**EXHIBIT B - ITEMS TO BE INSPECTED AND COPIED**

1. All documents or things concerning AMS's relationship with ALOHA Airlines as related to the use of AFIRS system, including aircraft that has been equipped, routes flown, demonstrations conducted, support services provided, repairs made, and sales made.

2. All documents or things concerning transportation vehicles equipped with the AFIRS system that pass through, are located in, or originate from the State of California.

3. All documents or things concerning the monitoring, use, review, comparison, storage, transmission, formulation, and receipt of data, information, or signals originating from, passing through, or sent to the State of California as related to the AFIRS system.

4. All documents or things concerning employees, sales representatives, vendors, contractors, partners, service providers, associates, services, repairs, support provided, business conducted, communications made into or out of, business trips into and out of, assets owned, and research conducted in the State of California related to the AFIRS system.

5. All documents or things concerning services and support provided to customers in the State of California related to the AFIRS system.

6. All documents or things concerning the solicitation of business and customers, including advertising, presentations, and sales pitches, conducted in the State of California or to customers located in the State of California related to the AFIRS system.

7. All documents or things concerning testing and development conducted in the State of California related to the AFIRS system.

8. All documents or things concerning equipment, monitors, transmitters, receivers, computers, base-stations, facilities, distribution centers, or offices located in the State of California associated with AMS.

9. All documents or things concerning the United States Federal Aviation Administration ("FAA") Certification and Supplemental Type Certificate for the AFIRS System, including testing and review locations.

- 6 -

Case No. C 07-4820 (MMC)
Plaintiff's Notice of Deposition and Request
for Production of Documents and Things

10. All documents or things concerning AMS's sales and other activities conducted from its offices based in Miami Florida and elsewhere in the United States.

- 7 -

Case No. C 07-4820 (MMC)
Plaintiff's Notice of Deposition and Request
for Production of Documents and Things

## CERTIFICATE OF SERVICE

The foregoing document has been filed with the Clerk of the Court this day, and has been emailed to the parties listed below:

>Kevin C. McCann
>Paul, Hastings, Janofsky & Walker LLP
>55 Second Street
>Twenty-Fourth Floor
>San Francisco, CA 94105
>Telephone: (415) 856-7000
>Facsimile: (415) 856-7100
>E-mail: kevinmccann@paulhastings.com
>
>Robert M. Masters
>Timothy P. Cremen
>Bhaskar Kakarla
>Paul Hastings
>875 15th Street, N.W.
>Washington, DC 20005
>Tel: (202) 551-1700
>Fax: (202) 551-1705
>E-mail: robertmasters@paulhastings.com, timothycremen@paulhastings.com, bhaskarkakarla@paulhastings.com

Dated: December 11, 2007                          BARNES & THORNBURG LLP

                                                  By: _____

437686v1

- 8 -

Case No. C 07-4820 (MMC)
Plaintiff's Notice of Deposition and Request
for Production of Documents and Things