**EXHIBIT 30**



2006 Annual Report



# Table of Contents

| | |
|---|---|
| Letter to the Shareholders | 1 |
| Industry Trends and News | 3 |
| Message from the President | 7 |
| Our Products | 10 |
| Management Discussion & Analysis | 14 |
| A Look Ahead | 32 |
| Auditors Report | 33 |
| Consolidated Balance Sheets | 34 |
| Consolidated Statements of Loss and Deficit | 35 |
| Consolidated Statements of Cash Flow | 36 |
| Notes to the Consolidated Financial Statements | 37 |
| Corporate Information | 53 |



**Skyward with AMS solutions...**
*Innovative products designed to meet your standards of safety and cost-effectiveness*

## Letter to the Shareholders

To say that 2006 was an exciting year would be an understatement. To say that we faced challenges like never before would also minimize the rollercoaster ride that was 2006. We are pleased to say that we have met the challenges and ridden the rollercoaster of doing business in the aviation world and come out a stronger, more focused and better organization for having met the challenges as they were thrown at us. While 2006 was a year of investment and groundwork building, it has prepared us for 2007 which we see as being our watershed year.

One thing that I am sure our loyal investors will note is the change in our look. We have been aware for some time that our corporate name no longer reflected our products. So after starting to receive requests for plumbing and mechanical contacts, we decided that the time had come to change our name and appearance. To that end, we have a new company, 100% owned by Aero Mechanical Services Ltd. called Flyht Corp. Flyht is the original spelling of what we all now take for granted in aviation. The new company will be the exclusive marketer's of the products AeroMechanical Services has developed over the last 7 years but Aero Mechanical Services Ltd. will maintain ownership of all intellectual property, patents and STCs. The marketing company will be responsible for all relationships around the world to deliver the products and services of Aero Mechanical Services Ltd.

In March of 2007 AMS attended a conference in Geneva on Aircraft Finance and Commercial Aviation. This conference was attended by all the major aircraft manufacturers, leasing companies, industrial banks from around the world, and most of the leading airlines in the world. Some of the facts that we were given at this conference confirmed to us that we invested money and talent in completing our product suite at the ideal time. The speakers at the conference were all convinced that the downward trend in aviation is at an end and the growth cycle is just beginning. In presentations from both Boeing and Airbus, orders are at all-time high, delivery slots are sold out for the next 2 to 3 years, and customers have used up the supply of parked aircraft to meet demand. Presentations by Bombardier, Embraer, and Sukhoi show that the trend to smaller, more efficient jet aircraft will continue as airlines right-size their equipment to their routes and increase frequency to attract more customers and increase load factors. The improvements in technology between the current models of aircraft and the older aircraft have helped reduce the Cost per Passenger Mile (CPM), while increased load factors help increase the Revenue per Passenger Mile (RPM). AMS' products continue to prove that we help control costs of maintenance and operations through the provision of accurate and timely information when the airline needs it, wherever they need it on plant, or to whomever in the organization needs it.

The following facts, presented by Boeing and Airbus show that our focus and financial investment on parts of the world outside of North America to enable us to get a foothold in those markets is well founded. The shift in absorption of aircraft from Europe and North America to China, India, and the developing world is dramatic and rapid.

*Skyward with AMS solutions...*
*Innovative products designed to meet your standards of safety and cost-effectiveness*

## Letter to the Shareholders

Our penetration in the market in China, and our agreements with Agents in India and Brasil are going to pay dividends in the years and decades to come. As shown in the graphs below, China and India are forecast to lead the way in GDP growth until 2010. We have been there first, delivered what we promised and have partnered with the right local companies to ensure our success. We are confident that 2007 will be the year in which we turn the corner and our shareholders' begin to be rewarded for their patience.



Market Segment

GDP Growth 2006 – 2010
Source: Aircraft lease and finance conference Geneva, Mar 07

I want to personally thank the staff, shareholders' and most importantly our loyal customer base for getting our company, products and procedures to a world class standard. It is through the support of all three groups that a major investment in an exciting ground breaking technology is going to help redefine the aviation business in the years to come.

Yours truly,

Bill Tempany
CEO

2

## Industry Trends and News

AMS has become a significant player in the Airline market for Iridium based, flight data monitoring products. In order to continue to grow and be successful on a world wide basis, we need to maintain and enhance the AFIRS UpTime delivery mechanism to properly support our products worldwide.

AMS is pleased to say that this has been achieved by investing in the people, relationships, and products that we have in place today. In the Message to the Shareholders section of this document, we detail the progress we have made with the regulatory bodies in the jurisdictions in which we sell and service our products. We also discuss the progress we have made in each of these areas.

The requirements for AFIRS UpTime products and services in the aircraft marketplace can be broken down into individual operating sectors as follows:

| Airlines | General Aviation | Military/Government |
|---|---|---|
| > International Carriers | > Business Aircraft | > Transport |
| > Low Cost Carriers | > Fractional Ownership | > Trainers |
| > Regional Carriers | > Helicopters | > Special Operations |
| > Charter Carriers |  | > Helicopters |
| > Cargo Carriers |  |  |

3

## Industry Trends and News

AeroMechanical Services (AMS) continues to view the airline market place as the company's key area for growth for 2007 and beyond. While AMS is seeing increased interest with aircraft manufacturers directly, largely due to the involvement of our relationship with Meggitt PLC, the sales and marketing efforts are focused on airline clients.

The outlook for the future of the aviation sectors of interest to AMS is best shown by the forecast of the Original Equipment Manufacturers (OEM): Boeing Aircraft Company, Airbus Industries, Embraer, Bombardier Aerospace, and ATR.

The manufacturers of business and general aviation aircraft, as well as helicopter OEMs, are quickly coming up on AMS' radar as well. New OEMs are appearing in the industry as the needs of the world wide market continue to grow. We will pursue these as they emerge; however, it should be noted that in 1990, there were fourteen manufactures of turboprop aircraft in the airline marketplace, while today there are only two.



4

## Industry Trends and News

**OEM Aircraft Production Backlog – Total 6513 Aircraft**
In general, the geographical break down of the aviation community can be shown as several distinct markets around the globe. Each of these regions has their own distinct sales requirements and processes, product specifics and required features, but all of them have the common needs of enhancing communications, increasing safety and reducing costs associated to either their operating conditions or competition, and of meeting government mandates.



North America, Europe, China, India, Pakistan, Middle East, South and Central America, Africa, and Australasia

### Growing Fast
The two fastest growing aviation markets in the world are China and, not far behind, India. Domestic traffic increased in India at a rate of 25 percent this past year, and overseas air travel by 16.5 percent. The newly deregulated airline industry in India has sparked a bow wave of domestic and low-cost airlines. Indian aviation companies have placed orders in excess of $31 Billion US dollars since last year for planes, engines, simulators, and services.

China continues to be the second largest market for commercial aviation next to the United States. These country's appetite for passenger air travel has doubled in the past five years and is expected to double again in the next five years (The London Financial Times, 29 Aug, 2006).

### Cargo, Cargo, Everywhere!
If we look at the outlook for the world air cargo industry, we see that the average annual growth forecast is 6.1 percent over the next 20 years. China now accounts for nearly one-third of the trans-Pacific air cargo market. Domestic China markets will see a growth of 10.8 percent per year in the same 20-year time span. Intra-Asia markets will see a growth of 8.6 percent per year.

*(Source: Boeing Market Outlook 2006)*

## Industry Trends and News

With Supplemental Type Certificates (STCs) in place or nearly in place for Boeing 737, 757, and 767, Airbus 319, 320 and 321, Bombardier DHC-8 and CRJ aircraft, and STCs being developed for ATR 42 and 72, in addition to customers inquiring about the Embraer 175 and 190, we are in an enviable position to take advantage of these new deliveries and own a significant part of the market share. If we look at the Boeing 737 and Airbus 320 opportunity, alone it represents over 5000 aircraft operated by over 400 airline worldwide (RATI, 2007).



deliveries by manufactures (2004 - 2006)

At a recent conference, all of the manufacturers presented their views on the growth in their sectors. While 9/11 saw large numbers of relatively new aircraft parked, that supply has been used up with global growth of the sector and replacements of aging fleets. 9/11 actually stalled fleet replacement programs for many if not most of the major players in the world. This has caused aging fleets approaching mandatory retirement to put pressure on the OEMs to deliver more and more aircraft.

### SBAC Report, 2007

The management of fleet aircraft size to route demands has also caused the larger carriers to go to more diverse fleets than they have had in the past, and high fuel costs have made many operators rethink the operating costs of turbo prop aircraft vs. jet aircraft for short-haul trips, normally less than 500 miles or 1.5 hours in duration. This makes a particularly good market for AMS' products, since we work best in the small airport market and with varied fleet types, because AFIRS is one common box from a Boeing 747 to a Hawker / Beech King Air 350. The software and data integration for our customers is accomplished by AMS, so the airline does not have to add extra personnel and skill sets to manage their entire data and communications strategies. This is particularly true in the developing parts of the world where infrastructure and experience do not exist for the legacy systems we are seeing our clients switch from to work with AMS products.

AMS has a very strong plan as well as resources in place to address all markets identified above, and is working closely with our new partner, Meggitt PLC., to address the OEM, Business Aircraft, Rotary, and Military markets. We will be addressing the many opportunities in the general aviation and the helicopter market in 2007, which will give AMS exposure in the full spectrum of aviation worldwide.



## Message from the President

This past year has seen significant progress in the ongoing delivery of our products and services at AMS. The team has grown in response to the delivery requirements of our clients, enhancements to our products have been completed because of changes to the Iridium network, aircraft product certifications have been completed in accordance to those changes, and client installations have been keeping pace with existing and new sales contracts.

### Enhancements

Iridium stopped production of the Sebring modem, is an integral part of the AFIRS 220 system, and a replacement modem entered production. AMS responded early to this change and used the opportunity to incorporate the replacement modem and advance the capabilities onboard the AFIRS 220 unit at the same time. The AMS team accomplished these changes in record time and reduced the number of components to the overall AFIRS installation, which proved again that AMS has the ability to respond to the needs of the industry and maintain the high standard of service that the industry demands. The added benefits of the revised AFIRS 220 unit now include full integrated voice and additional handsets in the same Line Replaceable Unit (LRU).

Continuous improvements are always underway with capabilities enhancements of AFIRS and UpTime in conjunction with client requirements. As clients need more capabilities in the way of reports, IT systems integration, or turning on more capabilities of the AFIRS 220 unit, the team at AMS has worked provided enhancements as required. From making it much easier for clients to get their raw data files contained on the AFIRS unit Flash Memory Card automatically into the UpTime data storage system; to exceedence and monitoring reports; to programming AFIRS to send flight following reports directly to reporting systems such as Flight Explorer, SARS, Capsat Manager, or even Google Earth. Each year brings more and more capabilities directly to the hands of the clients.

### Certifications

The modem change and subsequent AFIRS 220 revision caused the engineering and airworthiness certification team at AMS to revise the Supplemental Type Certificates (STCs) for the Boeing 737 and the Bombardier DHC-8 aircraft fleet to take advantage of the new capabilities of the system. These revised STCs were completed and certified by Transport Canada and the FAA late in the year and into early 2007. Additionally, certifications, flight tests and initial installations were completed for AFIRS Global Voice on Chinese registered 737 aircraft. The process to gain approval for AMS' products in China have included Canadian, United States,



## Message from the President

and Chinese regulatory bodies working together to approve AFIRS UpTime. In the latter half of 2006, the certification package for the Airbus A319, 320, and 321 as well as the Boeing 757 was developed and has since been certified in early 2007.

**Customers**

2006 also saw the addition of several new clients and set the path for a number of new clients who have since been signed in early 2007. Focus continued to be on Boeing 737, Bombardier DHC-8 and Airbus 320 aircraft, but growing needs were established for the ATR 42/72, Boeing 757, 767, and 747 aircraft. Based on past experience, the typical sales process for these airline clients has proven to be 12 to 18 months. Much of the work done on prospective clients in 2006 is expected to be rewarded in 2007. To assist in the rate of closure on contracts and delivery, we added to the sales team, and acquired talent to solidly approach the requirements of the US marketplace and the OEM work with Meggitt. In addition, AMS and Meggitt have combined marketing forces to tackle the long-term drive with the aircraft OEMs.

At the end of 2006, AMS had installed a total of 50 AFIRS 220 systems and AFIRS Global Voice and had total contracts for 177 aircraft worldwide. The dedicated staff at AMS has deployed AFIRS UpTime and Underfloor Stowage product to clients in Canada, Continental USA, the Caribbean, Hawaii, and Europe. In anticipation of the promised sales of 2007 and beyond, additions have been made in the area of AFIRS UpTime and the Client Satisfaction Group with two new Customer Satisfaction Managers (CSM).

**Research and Development**

The company has had the ability to work with the industry to determine the needs of the aviation sector continuously for the past 7 years and this continued in 2006. The AeroQ aircraft interior sanitization product line continued development and product testing with Boeing and the University of Calgary. Once Boeing has completed the testing, initially expected in 2006 and now estimated in the first half of 2007, AMS will introduce this revolutionary cleansing system to the aviation community. Also, evaluation of the next generation of AFIRS UpTime product line was initiated to capture the growth that is expected from the aviation industry's acceptance of technology advancements in Electronic Flight Bags (EFBs), Future Air Navigation System (FANS), Satellite Voice Communications, Aircraft Cabin Services, and enhanced fleet monitoring.



## Message from the President

**Success**

2007 is shaping up to be a defining year for AMS, and our ability to deliver the growing backlog of client contracts and installations continues. In order to maintain an industry leadership role, AMS is building the delivery machine to take this company forward for the next 10 to 20 years which is the timespan which we should see many of our contracts extend to in keeping with our clients' present and future requirements. To keep ahead of the curve, we have recently added a Chief of Operations to our staff to ensure that we continue to build and deliver products that exceed our clients' expectations. This includes redefining our delivery mechanisms to handle the anticipated workload and planned expansions in order to maximize our shareholders' and clients' value. The tools are in place, the product has been developed and accepted by the industry, and the sales and support teams are proving very capable of delivering to the market. The stage has been set, and the curtain is going up on 2007, which is showing to be a fantastic year for us all.

Sincerely,

Darryl Jacobs,
President

9

## Our Products


uptime afirs detailed data handling

The automated flight information reporting system (AFIRS) captures and processes all relevant flight, operation, and performance data on an aircraft. AFIRS is a lightweight blue box but, unlike any other aviation box, this box delivers. AFIRS not only captures relevant flight data on board the aircraft, it also makes it useful to airlines by communicating the data, via the iridium satellite, to UpTime.



**afirs**
Captures aircraft data

iridium

(Pole-to-Pole)

**Airline Decision Maker**
Dispatch Operations
and Maintenance

**Uptime Server**
(2 off-sites)
Stores & sends
data in real time

UpTime is a secure, ground-based facility that automatically delivers this data as key client-defined reports to authorized customer subscribers via email or ftp. This information is available over the web in real-time or as historical data.

## Our Products

# afirs

The Automated Flight Information Reporting System (AFIRS) is an airborne autonomous flight information collection and reporting system for the commercial aircraft industry. The AFIRS model 220 records data from a number of data sources on-board the aircraft, stores the input data, and transmits selected information to the secure UpTime data management and client reporting system. The AFIRS unit is capable of monitoring the input data for pre-defined events and triggers. AFIRS and UpTime then provide accurate operational and performance data to any designated recipient or IT system in the Flight Operation, Dispatch, Safety, or Maintenance organizations within the airline. AFIRS can also monitor limit and boundary values, making it an important tool for applications like Flight Operations Quality Assurance (FOQA) or for troubleshooting. The AFIRS unit offers the capability of two-way text messaging and displays the messages in the aircraft on a connected Personal Digital Assistant (PDA) or Electronic Flight Bag (EFB). Additionally, AFIRS provides full satellite telephone capabilities from the flight deck and flight cabin for airline personnel to communicate to and from the aircraft anywhere on the planet.



11

## Our Products

# uptime

UpTime is the service portion of the AFIRS UpTime solution. UpTime is a secure, ground-based facility that automatically delivers flight data as key client-defined reports to authorized customer subscribers via email or ftp, and is available over the web in real-time or as historical data.

UpTime can also provide time-based reports. These reports can be sent at pre-determined schedules or intervals, and can contain information that has been previously stored by the UpTime facility.

The information can be sorted and filtered by criteria such as date, event, aircraft type, model, or registration. The only limit is your imagination… we fulfill your reporting requirements in order to simplify your airline's daily requirements, enabling you to make better decisions based on accurate, real-time data.



# global following afirs
asset tracking
fleet management

AFIRS global following is your asset tracking solution. With an embedded GPS receiver located in every AFIRS unit, we can track your aircraft in real-time, all the time, anywhere on the planet.

UpTime feeds flight following information to various flight following applications, enabling users to view aircraft flight paths from any computer with internet access. Information is provided on a time based interval or time and altitude based interval. This feature is included in all of our AFIRS UpTime solutions.

12

## Our Products

### global voice afirs
satellite voice communication

AFIRS global voice enables in-flight satellite phone communication between aircraft crew and ground based users ensuring clear, seamless communication. With this service, we can support the use of up to three telephone devices (wired handset, cordless handset, or audio system integration) on the aircraft, in various cockpit or cabin configurations, each including intercom or conference capabilities.



### global text afirs
text messaging • file transfer



The AFIRS global text component allows for automatic completion of an electronic logbook. This feature also enables in-flight text messaging or custom report communication between aircraft crew and ground based users.



# Management Discussion & Analysis

This management discussion and analysis ("MD&A") should be read in conjunction with the audited annual consolidated financial statements of AeroMechanical Services Ltd. ("AMS" or the "Company") as at and for the years ended December 31, 2006 and 2005. The consolidated financial statements have been prepared in accordance with Canadian generally accepted accounting principles (GAAP). Additional information with respect to AMS can be found on SEDAR at **www.sedar.com**.

This MD&A is dated April 20, 2007.

**Forward-Looking Statements**
Except for historical statements made herein, this document contains forward-looking statements that involve risks and uncertainties, including risks associated with the effect of changing economic conditions, trends in the development of the aviation and aerospace industries, market acceptance risks, and realizing expected revenue. Risk factors also include the Company's ability to compete successfully in the future against existing and new competitors; the Company's ability to execute its business plan and generate an overall profit. Due to these factors, actual results could differ materially from those expressed in forward-looking statements by the Company. Forward-looking statements are based on the estimates and opinions of AMSs' management at the time the statements were made. AMS assumes no obligation to update forward looking statements, should circumstances or management's estimates change.

**Overview**
AeroMechanical Services Ltd. is a designer, developer, and service provider of innovative solutions to the global aerospace business. The Company's solutions are designed to improve the productivity and profitability of our customers.

The major products of the Company are Automated Flight Information Reporting System, (AFIRS), UpTime and Underfloor Stowage Unit. These products are marketed globally by a team of several individuals: five based in Calgary, one in Switzerland, one in Florida, and one in Ontario. One of the Calgary staff is currently spending more than 80% of his time in China dealing with opportunities there. AMS has sales in several countries around the world.

14