# Management Discussion & Analysis

2006 continues the strides made in 2005 to move revenues to AFIRS UpTime, which furthers defines AMS as an aerospace aviation telecommunications company. The research and development of our leading edge technology and service is being transformed into a continuous telecommunications revenue stream. To further this initiative, AMS continued to add Supplemental Type Certificates (STC) therefore broadening the aircraft types and jurisdictions in which AFIRS UpTime can be implemented. The STC process is always slower than we would like. This has slowed the installations but it is a requirement that cannot be shortcut by any potential competitors. The installation schedules of customers have been slower than anticipated as well. The customer installation schedule is determined by the C Check schedules. C Checks are the regular inspections made on all commercial aircraft after a set number of hours of operation of an aircraft and allows for the installation of AMS's products. The Company now obtains this schedule from customers upon the signing of a contract and manages the planned versus actual installations. In addition, our new service agreements with our clients provide for billing the customer if the schedule is not met by them.

**Trends and Economic Factors**

The Company continues to capitalize on the need for timely flight and sensor data from the aircraft to the ground operations and maintenance facilities. Airlines are increasingly looking for methods to reduce costs and more efficiently operate their aircraft. Margins are extremely thin in the airline industry. After labour, jet fuel is the second largest operating expense for airlines, making up 10 to 25 percent of an airline's annual operating costs. The slightest decrease in fuel consumption can turn into big savings. Some of the fuel saving methods currently used by airlines are: using one engine instead of two while taxiing, tankering extra fuel to avoid refueling at expensive locations, removing unnecessary equipment, to name only a few. AFIRS and UpTime provide airlines the data and system to save fuel costs and to monitor operational efficiency, supplying the most valuable tool in managing aircraft operations. AMS customers are showing significant return on investment over the costs of AFIRS and UpTime.

## Management Discussion & Analysis

**System Approved**

AFIRS is currently STC approved on the following aircraft:
> Boeing B737-200, 300, 400
> Boeing B737-500, 600, 700
> Boeing B737-800
> Boeing B757-200, 300
> Bombardier DHC-8-100
> Bombardier DHC-8-200
> Bombardier DHC-8-300
> Bombardier CRJ200 & CRJ700
> Airbus A319, A320, A321

AFIRS is pending approval, expected in 2007, on the following aircraft:
> Boeing B767
> Airbus A330
> ATR 42
> ATR 72

AFIRS applications in process and expected to be submitted in 2007, on the following aircraft:
> Boeing B747-100
> Boeing B747-200
> Boeing B747-300
> Boeing B747-400
> Boeing B747-800

**Liquidity and Capital Resources**

During 2006, the Company issued common shares and repaid convertible debentures and term loans via share conversion. This has improved the financial position of the Company.

16

## Management Discussion & Analysis

The Company issued 8,543,959 units at $0.26 per unit for gross proceeds of $2,221,430 and net cash proceeds, net of all issuance costs, of $1,993,437. Each unit consisted of one common share and one-half warrant. One whole warrant may be exercised into one common share at a price of $0.40 and the warrants expire on February 9, 2008. The warrants are subject to an acceleration clause, whereby if the Company's common share price is equal to or greater than $0.50 for a period of 10 consecutive trading days, the Company may notify all warrant holders and issue a press release causing the warrants to be exercised within 30 days of the date of the press release, failing which the warrants expire.

The Company issued 5,350,227 common shares to officers, directors, and vendors of the Company at a weighted average price of $0.31 per share in satisfaction of debt for proceeds of $1,633,193.

On September 1, 2006 the Company issued 16,250,000 units at $0.40 per unit for gross proceeds of $6,500,000 and net cash proceeds, net of all issuance costs, of $5,942,031. Each unit consisted of one common share and one-half of one purchase warrant. One whole warrant may be exercised into one common share at a price of $0.60 if exercised on or before September 1, 2007, or at a price of $0.75 if exercised subsequent to September 1, 2008.

The Company issued 320,630 common shares to directors, officers, and employees at a weighted average price of $0.32 for cash proceeds of $94,293 for the exercise of stock options.

The Company issued 75,000 common shares at $0.40 per share for cash proceeds of $30,000 for the exercise of warrants.

The company issued 100,000 common shares to a former employee at $0.396 per share in satisfaction of accrued claims for proceeds of $39,600.

The successful equity offerings throughout the year created sufficient capital to continue to operate and to provide capital for inventory to be deployed to expand our customer base.

Working capital at December 31, 2006 was $3,176,579 compared to a deficit in 2005 of $909,942. The increase in working capital is primarily attributed to the operating loss for the year of $4,539,706 less the net funds generated from the raising of capital equity of $8,059,251. The Company currently has no bank debt and during 2006 secured an operating line of $250,000 which bears an interest rate of Canadian chartered bank prime plus 1.0%, and is secured by assignment of cash collateral and a general security agreement.



## Management Discussion & Analysis

The achievement of positive earnings before interest and depreciation is necessary before the Company can improve liquidity. The Company has continued to expand its cash flow potential through its continued marketing drive to clients around the world.

As at December 31, 2006, AMS's outstanding shares, options and warrants were as follows:

|  | 2006 | 2005 |
|---|---|---|
| Common shares outstanding | 58,488,823 | 27,849,007 |
| Options (weighted average exercise price 2006- $0.33, 2005 $0.42) | 2,426,995 | 1,333,720 |
| Warrants (weighted average exercise price 2005- $0.51, 2004 $0.45) | 17,136,016 | 3,046,457 |

### Contractual Obligations

The Company has entered into various leases for its operating premises and equipment. Future minimum annual payments under these operating leases are as follows:

|  | Premises | Equipment | Total |
|---|---|---|---|
| 2007 | $ 191,033 | $ 33,551 | $ 224,584 |
| 2008 | 191,033 | 8,400 | 199,433 |
| 2009 | 44,801 | 4,200 | 49,001 |
|  | $ 426,867 | $ 46,151 | $ 473,018 |

The Company has repayment obligations related to two Government of Canada loan programs. Under the Industrial Research Assistance Program (IRAP), the Company has received $349,066 (2005 - 362,377), which is to be repaid, as a percentage of gross revenues, over a five to ten year period commencing in October 2005. Under the Technology Partnerships Canada (TPC) program, the Company has received $123,635 to be repaid over a ten year period commencing in April 2006.

## Management Discussion & Analysis

In addition, the Company leased computer equipment during the year totaling $44,956 which was accounted for as capital leases that expire in 2009. The minimum lease payments are as follows:

| | |
|---|---|
| 2007 | $23,202 |
| 2008 | 21,801 |
| 2009 | 8,780 |
| Total | $53,873 |

The imputed interest is $10,650, leaving a total obligation under capital lease of $43,223.

### Off-Balance Sheet Arrangements

The Company does not have any transactions, arrangements, or other relationships with unconsolidated entities that are likely to affect its operating results, its liquidity, or capital resources. The Company has no special purpose or limited purpose entities that provide off balance sheet financing, liquidity, or market or credit risk support, engage in leasing, hedging, research and development services, or other relationships that expose the Company to liability that is not reflected on the face of the consolidated financial statements.

### Results of Operations – Three Months Ended October 31, 2006

#### Revenues

In accordance with the Company's revenue recognition policy, initial network access fees are capitalized as unearned revenue, and revenue is recognized over the initial term of the contracts. This has the effect of normalizing the revenue through the life of the contract, which in the early stages of the Company's growth will show less booked revenue than cash received. The effect in the quarter is we received $468,114 (2005 - $213,661) in cash revenue with $318,473 (2005 - $132,669) reported as revenue and $149,641 (2005 - $80,992) being included in unearned revenue.

Recognized revenue increased $185,774 in the fourth quarter compared to the fourth quarter of last year. AFIRS UpTime revenues increased by $121,940 over the fourth quarter of 2005. Sales revenue increased $63,864 over the same quarter of the previous year. The increase in AFIRS UpTime revenue is the result of the increased number of installed and revenue generating AFIRS boxes, and these revenues are expected to grow at a significantly higher rate because the Company has the infrastructure, sales people, and support organization in place to support revenue growth.

## Management Discussion & Analysis

### Gross Margin and Cost of Sales

Cost of sales in the fourth quarter of 2006 is $167,382 compared to $290,982 in 2005. This is a result of year end adjustments in the 4th quarter of 2005 that were not repeated in 2006. When compared to the third quarter of 2006 at 75% of sales, the difference is the result of increased volume of installations and product mix variations. Included in cost of sales are costs of non-routable parts and travel expenses of engineers on initial installations of aircraft. As part of our service we assist new customers with engineering support on their initial installations. Non-routable parts are parts involved in the installation process that are non-reusable (such as cables) and do not form part of the rental asset. They would remain on the aircraft if the AFIRS unit was extracted. The travel and support costs form part of the non-routable parts and are expenses in the period. As we move forward with more clients, less initial installations and increased recurring revenue streams, we will see cost of sales decline and margins increase.

### Net Loss, General and Administrative and Marketing Expenses

The net loss for the quarter ended December 31, 2006 was $1,231,842 (2005 - $1,157,992). Included in general and administrative expenses are increased marketing costs. Marketing expenses increased by $150,575 to $198,783 over the fourth quarter of 2005. The Company is focused on generating new customers and will continue to engage resources in marketing.

Interest and bank charges were significantly lower in the fourth quarter of 2006 compared to the same quarter of 2005 as the Company had no debt in the 2006 year. Office expenses increased by $173,451 in the fourth quarter over 2005 primarily due to a $41,169 increase in investor relations costs, increased depreciation of $53,704, computer services increased $61,222 and stock exchange fees increased $8,931. The increased investor relations costs were the result of the Company working with the investment community to inform them of the Company, provide shareholder value in the stock price, and increased communications with both customers and the investment community. The increased computer services are related to the implementation of a new relationship management system and contract management system in the fourth quarter of 2006 with a cost of $50,000. The increased depreciation and stock exchange fees were the result of one time adjustments in the fourth quarter of 2005 that were not repeated in 2006.

Salaries continue to be the main cost of doing business for the Company. We are hiring good qualified personnel on an ongoing basis as our customer base grows and the Company is preparing for growth as the result of our strategic business alliances that are opening opportunities.

## Management Discussion & Analysis

### Research and Development

Research and development costs are being expensed as incurred. The fourth quarter development costs for 2006 were $173,905 as compared to $36,330 in the same quarter of 2005. The majority of R&D costs are salaries, consulting expenses, testing and certification, and other expenses related to ongoing design, testing and certification of AFIRS and UpTime. This development and certification was the result of modem changes by Iridium and deployment on a wider range of aircraft types and models. There is also a minor amount of expense associated with the preliminary phases of AeroQ.

### Results of Operations – Year Ended December 31, 2006
### Revenues

As shown in the following table, the AFIRS UpTime Revenue and Unearned Revenue are showing the results forecasted. The Company's long term investment in marketing and building relationships has resulted in a strong pipeline of prospective customers around the world. The ongoing revenue streams from our existing customer base will continue to expand throughout future years.

In accordance with the Company's revenue recognition policy, initial network access fees are capitalized as unearned revenue and revenue is recognized over the initial term of the contracts. This has the effect of smoothing the revenue through the life of the contract, which in the early stages of the Company's growth will show less booked revenue than cash received. The effect in the year is we received $1,395,908 (2005 - $620,672) in cash revenue with $1,094,466 (2005 - $511,532) reported as revenue and $301,442 (2005 - $109,140) being included in unearned revenue.

In 2006, revenue for the Company began to reflect the benefit of the Research and Development efforts that have been invested over the past 6 years. AMS now has products tested, certified, and installed on aircraft to generate revenue as well as inventory to continue the roll out to our new customers. Revenues are expected to grow at a significantly higher rate than our costs because the Company has the infrastructure, sales people, and support organization in place to grow.

Total revenues were $1,094,466 and $511,532 for fiscal 2006 and 2005 respectively. In 2006, the Company saw a continued shift in our revenues to our core business of AFIRS UpTime of $604,784 from $342,767 in 2005. Our 2006 quarterly results show a steady increase in the AFIRS revenue stream. Our revenue source continues to shift from individual sale items to a continuous evergreen telecommunications model.

## Management Discussion & Analysis

|  | 2006 | | | 2005 | | |
|---|---|---|---|---|---|---|
|  | AFIRS UpTime | Other | Total | AFIRS UpTime | Other | Total |
| Q1 | $ 93,901 | $ 124,427 | $ 218,328 | $ 61,068 | $ 94,942 | $ 156,010 |
| Q2 | 140,304 | 158,548 | 298,852 | 67,292 | 48,290 | 115,582 |
| Q3 | 134,397 | 124,416 | 258,813 | 100,165 | 7,106 | 107,271 |
| Q4 | 236,182 | 82,291 | 318,473 | 114,242 | 18,427 | 132,669 |
| Total | $ 604,784 | $ 489,682 | $ 1,094,466 | $ 342,767 | $ 168,765 | $ 511,532 |

Other revenue is derived from Underfloor Stowage Units, licensing fees, interest, and consulting. During 2006 Underfloor Stowage Units were $290,810 (2005 - 84,040) due to a significant order by one airline, licensing fees were $116,730 (2005 - Nil), other revenue of $35,045 (2005 - $83,927), and interest revenue was $47,097 (2005 - $798).

**Gross Margin and Cost of Sales**

Gross margins before general and administrative expenses was $365,254 for 2006 (2005- $92,061). The Company continue to see the effects of the AFIRS - UpTime on the margins of our Company.

In 2004 at the early stages of AFIRS market penetration, AMS management made the decision to install AFIRS onto a fleet of aircraft to prove out the benefits of AFIRS UpTime to the industry. Since that time, these strategic customer relationships have provided AMS and the customers with valuable real-time data, resulting in significant cost savings to the clients. Testimonials from these customers have assisted AMS in attracting new clients and the signing of new contracts. The results have been positive from this strategic decision.

Cost of sales for AFIRS was $518,360 on revenues of $604,784 representing a gross margin of $86,424 in 2006. This compares to 2005's $370,528 cost of sales on revenues of $342,767 or a loss of $27,761 on AFIRS sales. The increase in 2006 gross margin over 2005, on AFIRS is primarily due to an increased number of installed AFIRS units at non-introductory rates. As the number of installed units grows, the effect of the introductory units on the gross margin will decrease and, therefore, the Company will see its gross margin increase at a faster rate.

**Management Discussion & Analysis**

### 2006

|              | Revenue      | Cost of Sales | Gross Margin |
|--------------|--------------|---------------|--------------|
| AFIRS UpTime | $ 604,784    | $ 518,360     | $ 86,424     |
| Other        | $ 489,682    | 210,852       | 278,830      |
| Total        | $ 1,094,466  | $ 729,212     | $ 365,254    |

### 2005

|              | Revenue    | Cost of Sales | Gross Margin |
|--------------|------------|---------------|--------------|
| AFIRS UpTime | $ 342,767  | $ 370,528     | $ (27,761)   |
| Other        | $ 168,765  | 48,944        | 119,821      |
| Total        | $ 511,532  | $ 419,471     | $ 92,061     |

Gross Margins on other revenue was $278,830 or 57% of other revenues in 2006 compared to $119,821 or 71% in 2005 which is the result of a large order placed by a major regional carrier for Underfloor Stowage Units at a volume discount.

**Net Loss, General and Administrative and Marketing Expenses**

In 2006 the key driver of our performance was the timely receipt of STC approval from multiple regulators, the timely closing of contracts with potential customers, and the airline schedules for installation of AFIRS on contracted aircraft due to their maintenance schedules. Delays in these areas were experienced in 2006. As a result, the net loss for the twelve months ended December 31, 2006 was $4,539,706 compared with $3,133,818 for the same period in 2005.

Our expense categories are not broken into departments for this year as the entire Company was and is focused on getting our main product, AFIRS UpTime, out to our customers. For the twelve months ended December 31, 2006 total general and administrative expenses were $4,904,960 compared with $3,225,879 for the same period in 2005.

## Management Discussion & Analysis

| Major Expense Categories | 2006 | 2005 | Variance | Explanation |
|---|---|---|---|---|
| Salaries and benefits, third party consulting, and share compensation | 2,761,622 | 1,839,488 | 922,134 | Staff levels increased in 2006 with employee costs increasing by $574,129 over 2005. Third party consultants were used less resulting in reduced costs of $87,478 from 2005. Share based compensation increased by $376,332 over 2005. 2006 saw AMS continue shifting focus from research and development of AFIRS UpTime to the marketing and sales of these products worldwide. This shift and increased number of customers created the need to increase staffing levels in customer support, marketing/sales, and engineering. In addition, staff took salary reductions to ensure the longevity of the Company in 2005 and during 2006 staff salaries have been returned to their original levels.. |
| Research and development costs | 391,201 | 185,058 | 206,143 | Development costs increased by $206,143 from 2005 because of the development of the AFIRS 220. |
| Office, computer services, insurance, depreciation stock exchange fees and bad debts | 682,136 | 396,428 | 285,708 | Investor relations costs were $149,361 versus $16,896 in 2005, an increase of $132,465. Staff training costs increased $18,557 primarily due to the attendance of technical staff at training sessions to ensure they stay abreast of technology changes. Placement fees totalling $17,254 were incurred in 2006 to locate 5 key technical staff. Computer services costs increased to $177,014 from $107,866 in 2005, an increase of $69,148. The increase was the result of the development of both a customer relationship management system and a contract management system at a cost of $50,000 and increase in the need for hardware leases and maintenance to accommodate both staffing and out of date equipment totaling $21,267. Depreciation expenses increased $28,118 due to the addition of fixed assets to meet the needs of increased staffing, marketing, customer support, and engineering. |
| Interest and bank charges | 33,878 | 301,465 | (267,587) | In the first quarter of 2006 the issued debt and convertible debt were repaid. |
| Rent | 193,819 | 202,752 | (8,933) | Decreased due to the amortization of leasehold incentive of $7,984 in 2006. |
| Marketing | 602,693 | 192,458 | 410,235 | Sales and marketing expenses increased to $602,693 from $92,458, or $410,235. In 2006 AMS increased its sales activities including its attendance at international trade shows. During 2005 the financial position of the Company curtailed making the investment in sales and marketing that was required to move the Company forward. This increased investment in sales and marketing is expected to pay dividends in the years to come. The Company expects that expenses in marketing will increase over the next year as the Company will be participating in various trade shows and sales/marketing opportunities by our partners. Marketing costs do not include salaries. |
| Damaged rental assets | - | 21,600 | (21,600) | During management's evaluation of rental assets in 2006, it was determined that there were no AFIRS units damaged and therefore no write off. |
| Professional fees | 239,611 | 86,630 | 152,981 | Accounting and audit fees were $197,721 in 2006 compared to $57,500 in 2005 an increase of $140,221. This is due to accounting consulting increase of $43,750, the final audit fee for 2005 was $66,971 over the 2005 accrual, and the 2006 audit fee accrual is $42,000 higher than the 2005 accrual. Legal fees were higher in 2006 by $12,759 because of additional legal work to review potential financing vehicles. |
| Total | 4,904,960 | 3,225,879 | 1,679,081 | |

24

## Management Discussion & Analysis

|  | 2006 | | | | 2005 | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | 4th Q | 3rd Q | 2nd Q | 1st Q | 4th Q | 3rd Q | 2nd Q | 1st Q |
|  | $ | $ | $ | $ | $ | $ | $ | $ |
| Revenue | 318,473 | 258,813 | 298,852 | 218,328 | 132,669 | 107,271 | 115,582 | 156,001 |
| Loss | 1,231,842 | 1,176,113 | 965,349 | 1,166,402 | 1,127,856 | 600,000 | 687,659 | 718,303 |
| Loss/Share | .02 | .03 | .03 | .04 | .05 | .03 | .04 | .04 |

### Comments on Quarterly Statistics

Quarterly revenue streams have been shifting to monthly repeating UpTime revenues from specific sales of goods and consulting revenue streams over 2006. The monthly and annual UpTime fees will increase over time as more aircraft are installed with AFIRS.

### Research and Development

Research and development costs are being expensed as incurred. The majority of R&D costs are salaries and consulting expenses related to the design, testing, and manufacture of AFIRS, and the design and testing of UpTime. There are also expenses being incurred in the preliminary phases of AeroQ development.

### Foreign Exchange

All international sales of the Company's products and services are denominated in US dollars. Accordingly, the Company is susceptible to foreign exchange fluctuations. In 2006, nearly 97% of the Company's gross sales were made in US dollars compared to nearly 90% in 2004.

### Transactions with Related Parties

During the year, the Company had the following transactions with related parties. These transactions were measured at the exchange amounts that were the amount of consideration established and agreed upon by the related parties and approximated fair market value.

a) The Company issued 3,532,899 common shares to officers and directors of the Company at $0.30 per share in satisfaction of debt for proceeds of $1,059,870.

**Management Discussion & Analysis**

b) The Company issued 617,500 units to officers and directors of the Company at $0.26 per unit for cash proceeds of $160,550. Each unit consisted of one common share and one-half of one purchase warrant. One whole warrant may be exercised into one common share at a price of $0.40 and the warrants expire on February 9, 2008. The warrants are subject to an acceleration clause whereby if the Company's common share prices equal to or greater than $0.50 for a period of 10 consecutive trading days, the Company may notify all warrant holders and issue a press release causing the warrants to be exercised within 30 days of the date of the press release, failing which the warrants expire.

### Financial Instruments

The Company is exposed to fluctuations in the exchange rates between the Canadian dollar, and other currencies with respect to assets, sales, and purchases. The Company monitors fluctuations and may take action, if deemed necessary to mitigate its risk.

The Company is exposed to changes in interest rates as a result of the operating loan, bearing interest based on the Company's lenders' prime rate.

There is a credit risk associated with accounts receivable where the customer fails to pay invoices. The Company extends credit generally to credit worthy or well established customers. In the case of network access fees or product sales the invoiced amount is generally payable before the AFIRS or product is shipped to the customer. As well, for monthly recurring revenue the Company has the ability to disable the AFIRS and/or supply data in cases where the customer has not fulfilled its financial obligations.

### Subsequent events

The Company further solidified its position in the Original Equipment Manufacturer (OEM) market with the finalization of the licensing agreement with Vibro-Meter, SA a division of Meggitt Aerospace on January 17, 2007. The fees from this agreement are payable upon the Company obtaining certain Federal Aviation Administration Supplemental Type Certificates of which $500,000 US dollars of potential $1.0 million US dollars was invoiced and paid in the first quarter of 2007.

## Management Discussion & Analysis

### Critical Accounting Policies and Estimates
### General

The preparation of the consolidated financial statements requires management to make estimates and assumptions that affect the reported amounts of assets, liabilities, revenues, and expenses. These estimates and assumptions are based upon management's historical experience and are believed by management to be reasonable under the circumstances. Such estimates and assumptions are evaluated on an ongoing basis and form the basis for making judgments about the carrying value of assets and liabilities that are not readily apparent from other sources. Actual results could differ significantly from these estimates.

### Depreciation - Rental Assets

The depreciation of rental assets is based on management's estimate of the expected useful life of the related item. Management has determined that the expected useful life is approximately 6 years. This determination was based on the average terms of the lease contracts.

### Stock - based Compensation

The Company has a stock option plan that is described in the consolidated financial statements. The fair value of any stock options granted is recorded as an expense over the vesting period with a corresponding increase recorded to contributed surplus. The fair value of the stock-based compensation is determined using the Black-Scholes option pricing model and management's assumptions. Upon exercise of the stock options, consideration paid by the option holder together with the amount previously recognized in contributed surplus is recorded as an increase to share capital.

### Warranty Accrual

Provisions for estimated expenses related to product warranties are made at the time products are leased. These estimates are established using historical information relating to nature, frequency, and average cost of warranty claims.

### Current Portion of Loans Payable

The current portion of loans payable is based on management's estimate of future 2007 revenues from sales. Actual sales may defer from these initial estimates.

# Management Discussion & Analysis

### Income Taxes

The Company uses the liability method of accounting for income taxes. Under the liability method the future income taxes are calculated based on temporary differences arising between the financial statement carrying values and tax bases of assets and liabilities. Future income tax assets and liabilities are measured using substantively enacted income tax rates expected to apply in the years in which the temporary differences are expected to be recovered or settled. Changes in income tax rates that are substantively enacted are reflected in the accumulated future tax balances in the period the change occurs. The future income tax asset is being reduced by a corresponding valuation allowance adjustment. A valuation adjustment is currently being used because the criteria of it being "more likely than not", that these future income tax assets will be used to shelter current income taxes in the future, does not exist.

### Internal Control Reporting
### Multilateral Instrument 52-109

In December 2005, Canadian Securities Administrator ("CSA") Staff Notice 52-111 was issued to assist certifying officers in determining the appropriate form of certificate required under MI 52-109 for various interim and annual filings. In March 2006, the CSA issued Notice 52-313 that it will not proceed with the proposed MI 52-111. Rather, CSA has expanded MI 52-109 to require all reporting issuers to certify in their annual CEO and CFO certifications that they have evaluated the effectiveness of the issuer's internal control over financial reporting. Issuers will be required to disclose, in their annual MD&A, their conclusions about the effectiveness of internal controls over financial reporting as of the end of the financial year based on such evaluation. However, issuers will not be required to have management's assessment of the effectiveness of internal controls over financial reporting audited.

For years ended on or after June 29, 2006, issuers are required to certify that the issuer has designed internal controls over financial reporting (versus evaluating the effectiveness of them) and disclose in the MD&A material changes in internal controls over financial reporting that have occurred in the last quarter. On February 9, 2007, the CSA issued notice 52-317 proposing that the certification regarding the evaluation of effectiveness of internal controls over financial reporting would apply in respect to financial years ended on or before June 30, 2008.

## Management Discussion & Analysis

**Disclosure Controls and Procedures Related to Financial Reporting**

Disclosure controls and procedures have been designed to ensure that information required to be disclosed by the Company is accumulated and communicated to our management as appropriate to allow timely disclosure. The Company's Chief Executive Officer and Chief Financial Officer have concluded that the Company's disclosure controls and procedures are effective to provide reasonable assurance that material information related to the Company are made known to them by others within the Company. It should be noted that while the Company's Chief Executive Officer and Chief Financial Officer believe that the disclosure controls and procedures provide reasonable level of assurance and that they are effective, they do not expect that the disclosure controls and procedures will prevent fraud and error. A control system, no matter how well conceived or operated, can provide only reasonable, not absolute, assurance that the objectives of the control system are met.

**Internal Control Over Financial Reporting**

The Chief Executive Officer and Chief Financial Officer of the Company are responsible for designing internal controls over financial reporting or causing them to be designed under their supervision in order to provide reasonable assurance regarding the reliability of financial reporting and the presentation of financial statements for external purposes in accordance with Canadian GAAP. The Chief Executive Officer and Chief Financial Officer are in the process of assessing the design of internal control over financial reporting as at December 31, 2006 and during the process have identified weaknesses in internal control over financial reporting, discussed below, that result in more than a remote likelihood that a material misstatement may not be prevented or detected on a timely basis.

Management and the Board of Directors, including the Audit Committee thereof, work to mitigate the risk of any potential material misstatement in the Company's financial reporting, however, there can be no assurance that the risk can be reduced to less than a remote likelihood of potential material misstatement.

### 1) Financial Reporting System

The Company's financial reporting system is not currently fully integrated and the original database setup was not fully completed to create a seamless system. There are several spreadsheets and manual data entry that are required to input information into the financial reporting system. This could lead to potential material misstatement on the financial statements.

## Management Discussion & Analysis

Management identified the issues in 2006 and is in the process of implementing various processes and systems to improve the setup and integration. As of January 1, 2007 a new database was created within the existing ERP system to correct the original set up. As well, a Contract/Billing system is in the process of being developed to integrate AFIRS Uptime billings to the ERP. This system is anticipated to be fully functional in the third quarter.

### 2) Segregation of Duties

Segregation of duties is a basic, key control and one of the most difficult to achieve. It is used to ensure that errors or irregularities are prevented or detected on a timely basis by employees in the normal course of business.

Due to limited resources within the accounting group, adequate segregation of duties was not achieved. This creates risk that inaccurate journal entries could be made and not corrected on a timely basis. The result is that the Company is highly reliant on the performance of mitigating procedures during its financial close processes in order to ensure the financial statements present fairly in all material respects.

With the addition of a new Chief Financial Officer in the last quarter of 2006 who has extensive experience with financial control and process implementation there was an overall review started in 2006 that will continue into 2007. This review will encompass the current assignment of responsibilities and where possible improve segregation. In addition, Management will identify and hire additional accounting resources where cost effective and required. Where it is not cost effective to obtain additional accounting resources, management will review existing mitigating controls, and if appropriate implement changes to ICFR whereby more effective mitigating controls will be adopted. In the last quarter of 2006 the Company contracted the services of an experienced accountant to assist with the planning and implementation of a revised accounting database effective January 1, 2007. This revised database will incorporate check points to improve segregation of duties where possible. As well, the individual is tasked with assisting the Chief Financial Officer in identifying, developing, and implementing internal controls.

# Management Discussion & Analysis

Also, the Company has mitigated the risks arising from these weaknesses, through a combination of extensive and detailed review by the Chief Financial Officer of the financial reports and data that gives rise to the financial reports. There is also review by other senior staff as well as the Audit Committee and Board of Directors before financial information is reported. The result is the Company is highly reliant on the performance of mitigating procedures during its financial close process in order to ensure the financial statements present fairly in all material aspects.

### 3) Control Over Information Systems

Internal control processes over information systems were not comprehensively documented, creating the risk that such activities are not performed consistently. The responsibility for information systems was realigned to the Chief Financial Officer in the last quarter of 2006. The intention is to undertake a review of the financial information systems in 2007 and implement documentation of control activities over information technology where feasible and cost effective.

The Company has not formalized and implemented a comprehensive back up and recovery strategy, although it does undertake regular backups the procedure is not formalized in writing. Without a documented disaster recovery plan, the organization runs the risk of having an inability to recover computer services in a timely fashion. These comments do not apply to UpTime data, which is hosted by both IBM and Q9 networks. In fiscal 2007, as resources allow, management will look into documenting a disaster recovery program and document current practice where data is backed up on a periodic basis and stored in a secure location.

Monitoring activities were not designed to ensure that the control procedures over information systems were being performed or functioning as intended. In fiscal 2007 and where cost effective, the Company intends to introduce more ongoing internal control monitoring activities.

## A Look Ahead



REDEFINING AERO SPACE

AeroMechanical Services Ltd. takes pride in announcing it has incorporated a wholly owned subsidiary called Flyht Corp. Effective May 18th, 2007, all new service agreements, product sales, and part supply will be done through Flyht Corp.

Flyht Corp. will be the sales and marketing identity for AeroMechanical Services' products and services. AeroMechanical Services felt that to better serve its stakeholders, it was necessary to create a strong sales and marketing drive and a corporate identity that better reflects what we have to offer the aerospace industry. Our original name was creating confusion over the types of products and services we provide, and to what industry we cater.

The sales and marketing identity does not change the ownership of any assets, intellectual property, patents and STCs. And most importantly, it does not change the content for AeroMechanical shareholders.

Flyht Corp., an AeroMechanical Services Ltd. Company encourages all of you to visit www.flyht.com. Click on the Flyht Corp. logo to see our new look.

32

## Auditors Report

To the Shareholders of

AeroMechanical Services Ltd.

We have audited the consolidated balance sheets of AeroMechanical Services Ltd. as at December 31, 2006 and 2005 and the consolidated statements of loss and deficit and cash flows for the years then ended. These consolidated financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these consolidated financial statements based on our audits.

We conducted our audits in accordance with Canadian generally accepted auditing standards. Those standards require that we plan and perform an audit to obtain reasonable assurance whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation.

In our opinion, these consolidated financial statements present fairly, in all material respects, the financial position of the Company as at December 31, 2006 and 2005 and the results of its operations and its cash flows for the years then ended in accordance with Canadian generally accepted accounting principles.

Calgary, Alberta
April 9, 2007

Grant Thornton LLP
Chartered Accountants

33



# CONSOLIDATED BALANCE SHEETS
## AS AT DECEMBER 31,

|  | 2006 | 2005 |
|---|---:|---:|
| **ASSETS** | | |
| CURRENT | | |
| Cash and cash equivalents | $ 2,688,389 | $ 84,009 |
| Restricted cash - Note 9 | 284,500 | - |
| Accounts receivable | 291,603 | 177,282 |
| Prepaid expenses | 233,040 | 52,308 |
| Inventory | 428,886 | 283,885 |
|  | 3,926,418 | 597,484 |
| CAPITAL ASSETS - Note 3 | 224,644 | 120,628 |
| RENTAL ASSETS - Note 4 | 768,696 | 669,301 |
| INTANGIBLE ASSET - Note 5 | 34,992 | - |
|  | $ 4,954,750 | $ 1,387,413 |
| **LIABILITIES** | | |
| CURRENT | | |
| Accounts payable and accrued liabilities | $ 497,531 | $ 1,392,017 |
| Current portion unearned revenue | 101,774 | 33,146 |
| Current portion of deferred lease inducement - Note 6 | 13,687 | - |
| Current portion of loans payable - Note 8 | 120,742 | 82,263 |
| Current portion of obligation under capital lease - Note 10 | 16,105 | - |
|  | 749,839 | 1,507,426 |
| **UNEARNED REVENUE** | 292,920 | 217,313 |
| DEFERRED LEASE INDUCEMENT - Note 6 | 15,968 | - |
| LOANS PAYABLE - Note 8 | 351,959 | 403,749 |
| TERM LOANS - Note 7 | - | 990,000 |
| OBLIGATION UNDER CAPITAL LEASE - Note 10 | 27,028 | - |
| WARRANTY | 12,016 | 12,240 |
|  | 1,449,730 | 3,130,728 |
| **SHAREHOLDERS' EQUITY** | | |
| SHARE CAPITAL - Note 11 | 17,052,282 | 8,375,377 |
| CONTRIBUTED SURPLUS - Note 11 | 1,379,323 | 268,187 |
| DEFICIT | (14,926,585) | (10,386,879) |
|  | 3,505,020 | (1,743,315) |
|  | $ 4,954,750 | $ 1,387,413 |

Nature of business and going concern - Note 1
Commitments - Note 12
Subsequent event - Note 19

On behalf of the board

(Signed) "William Tempany"                    (Signed) "Douglas Marlin"
Director                                                        Director

See accompanying notes to the consolidated financial statements