

## CONSOLIDATED STATEMENTS OF LOSS AND DEFICIT
## FOR THE YEARS ENDED DECEMBER 31,

|  | 2006 | 2005 |
|---|---:|---:|
| **REVENUE** | | |
| Rental revenue | $ 604,784 | $ 342,767 |
| Sales revenue | 489,682 | 168,765 |
|  | 1,094,466 | 511,532 |
| COST OF SALES – Note 14 | 729,212 | 419,471 |
| GROSS MARGIN | 365,254 | 92,061 |
| **EXPENSES** | | |
| Salaries and benefits | 2,191,485 | 1,617,356 |
| Marketing | 602,693 | 192,458 |
| Stock based compensation | 455,985 | 79,653 |
| Research and development | 391,201 | 185,058 |
| Office | 358,831 | 157,085 |
| Professional fees | 239,611 | 86,630 |
| Rent | 193,819 | 202,752 |
| Computer services | 177,014 | 107,866 |
| Consulting fees | 110,034 | 50,883 |
| Insurance | 49,383 | 65,471 |
| Depreciation | 62,170 | 34,052 |
| Interest and bank charges | 33,878 | 301,465 |
| Foreign exchange currency loss | 22,795 | 2,357 |
| Stock exchange fees | 11,943 | 27,306 |
| Third party contracts | 4,118 | 91,596 |
| Write down of damaged rental assets | - | 21,600 |
| Bad debts | - | 2,291 |
|  | 4,904,960 | 3,225,879 |
| **NET LOSS** | $ (4,539,706) | $ (3,133,818) |
| NET LOSS PER SHARE - Basic and Diluted - Note 16 | $ (0.10) | $ (0.16) |
| DEFICIT - Beginning of year | $ (10,386,879) | $ (7,070,757) |
| NET LOSS | (4,539,706) | (3,133,818) |
| DIVIDENDS PAID - Preferred shares | - | (156,682) |
| DIVIDENDS PAID - Convertible debt | - | (25,622) |
| DEFICIT - End of year | $ (14,926,585) | $ (10,386,879) |

See accompanying notes to the consolidated financial statements



# CONSOLIDATED STATEMENTS OF CASH FLOW
# FOR THE YEARS ENDED DECEMBER 31

|  | 2006 | 2005 |
|---|---:|---:|
| **OPERATING ACTIVITIES** | | |
| Net loss | $ (4,539,706) | $ (3,133,818) |
| Add items not affecting cash | | |
| Depreciation | 62,170 | 34,052 |
| Amortization of AFIRS | 53,198 | 36,300 |
| Stock based compensation | 455,985 | 79,653 |
| Write down of damaged rental assets | - | 21,600 |
| Warranty expense | (224) | 12,240 |
| Non-cash expenses | (5,237) | 146,057 |
| | (3,973,814) | (2,803,916) |
| Net change in non-cash working capital balances – Note 18 | (869,922) | 1,550,196 |
| | (4,843,736) | (1,253,720) |
| **FINANCING ACTIVITIES** | | |
| Issuance of preferred shares | - | 134,000 |
| Issuance of common shares | 8,845,723 | 892,599 |
| Repayment on capital lease | (4,521) | - |
| Issuance of convertible debentures | - | 400,000 |
| Share issue costs | (786,462) | (116,470) |
| IRAP and TPC loan repayment | (13,310) | (1,274) |
| | 8,041,430 | 1,308,855 |
| **INVESTING ACTIVITIES** | | |
| Restricted cash | (284,500) | - |
| Capital assets | (121,229) | (4,389) |
| Purchase of intangible assets | (34,992) | - |
| Rental assets | (152,593) | - |
| | (593,314) | (4,389) |
| CHANGE IN CASH AND CASH EQUIVALENTS | 2,604,380 | 50,746 |
| CASH AND CASH EQUIVALENTS – Beginning of year | 84,009 | 33,263 |
| CASH AND CASH EQUIVALENTS – End of year | $ 2,688,389 | $ 84,009 |

See accompanying notes to the consolidated financial statements



**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS
FOR THE YEARS ENDED DECEMBER 31, 2006 AND 2005**

**NOTE 1    NATURE OF BUSINESS AND GOING CONCERN**

AeroMechanical Services Ltd. (the "Company") is a public company incorporated under the Canada Business Corporations Act. The Company is listed on the Toronto Venture Stock Exchange, trading under the symbol "AMA".

The Company is a designer, developer and service provider to the global aerospace industry. The major products are the Automated Flight Information Reporting System ("AFIRS"), UpTime, AeroQ and Underfloor Stowage Units.

At December 31, 2006, the Company had working capital of $3,176,579 (2005 – deficit of $909,942), a deficit of $14,926,585 (2005 - $10,386,879), a loss from operations of $4,539,706 (2005 - $3,133,818) and negative cash flow from operations of $3,973,814 (2005 - $2,803,916).

The Company's ability to continue as a going concern is dependent upon attaining and sustaining profitable operations and/or obtaining additional financing in order to fund its on-going operations. The Company's ability to attain profitable operations and positive cash flow in the future is dependent upon various factors including its ability to acquire new customer contracts, the success of management's continued cost containments and general economic conditions.

There is no assurance that the Company will be successful in attaining and sustaining profitable operations and cash flows or raising additional capital to meet its working capital requirements. If the Company is unable to satisfy its working capital requirements from these sources, the Company's ability to continue as a going concern and to achieve its intended business objectives could be adversely affected.

These consolidated financial statements have been prepared on the basis that the Company will continue to meet its obligations in the ordinary course of business and do not reflect adjustments, such as revaluation to liquidation values and reclassification of balance sheet items that would otherwise be necessary if the going concern assumption was not valid.



**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS
FOR THE YEARS ENDED DECEMBER 31, 2006 AND 2005**

### NOTE 2  SIGNIFICANT ACCOUNTING POLICIES

The consolidated financial statements of the Company have been prepared in accordance with Canadian generally accepted accounting principles within the framework of the accounting policies as summarized below.

a) **Basis of Presentation**

These financial statements consolidate the accounts of the Company and its wholly-owned subsidiary, AeroMechanical Services USA Inc. The subsidiary was inactive for the reporting period and currently remains inactive.

b) **Measurement Uncertainty**

The preparation of the financial statements in accordance with Canadian generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities at the date of the financial statements and the reported amounts of revenue and expenses during the reporting period. Actual results could differ from and affect the results reported in these consolidated financial statements as future confirming events occur.

Amounts recorded for stock-based compensation are based on management's estimates of share price volatility and the expected life of the options. By their nature, these estimates are subject to uncertainty and the impact on the consolidated financial statements of future periods could be material.

Amounts recorded for warranty are based on management's estimates of the costs associated with the AFIRS rental assets. Costs of technology up-grades and replacing components that are not functioning plus associated costs of travel and staff time have been included in the estimates. By their nature, these estimates are subject to uncertainty and the impact on the consolidated financial statements of future periods could be material.

c) **Revenue Recognition**

The Company's main revenue sources are derived from the rental of AFIRS units and related UpTime usage fees and the sale of under floor storage boxes. Revenue from AFIRS is derived from an up-front fee which is held as a customer deposit and recognized into revenue over the term of the agreement. Revenue from UpTime usage fees is recognized at the end of each month in which the unit was used by the customer.

Revenue from the sale of under floor storage boxes is recognized when the unit is shipped, title is transferred and collection is reasonably assured.

Certain customers have prepaid for product services not yet delivered. These amounts are recorded as unearned revenue on the balance sheet and are recorded as revenue in the period in which such product or services are delivered.



**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**
**FOR THE YEARS ENDED DECEMBER 31, 2006 AND 2005**

## NOTE 2   SIGNIFICANT ACCOUNTING POLICIES (continued)

**d)   Capital Assets**

Capital assets are recorded at cost. Depreciation is provided annually at rates calculated to write-off assets over their estimated useful lives as follows:

| | |
|---|---|
| Computers | 30% declining balance |
| Equipment | 20% declining balance |
| Leasehold improvements | 60 months straight-line |

**e)   Rental Assets**

Rental assets are recorded at cost and consist of AFIRS units that are in use in customer aircraft, spare units held by airlines and units available for lease. Amortization is provided for those units that are leased on a straight line basis over 6 years.

**f)   Future Income Taxes**

The Company uses the liability method to account for income taxes. Future income taxes are calculated based on temporary differences arising between the financial statement carrying values and tax bases of assets and liabilities. Future income tax assets and liabilities are measured using substantively enacted income tax rates expected to apply in the years in which temporary differences are expected to be recovered or settled. Changes in income tax rates that are substantively enacted are reflected in the accumulated future tax balances in the period the change occurs. A valuation amount is recorded against any future income tax assets, that substantially consists of non-capital loss carry forwards, if it is more-likely than not the asset will not be realized.

**g)   Foreign Currency Translation**

Transactions denominated in US dollars have been translated into Canadian dollars at the approximate rate of exchange prevailing at the time of the transactions. Monetary assets and liabilities denominated in foreign currencies have been translated into Canadian dollars at the year end exchange rates. The accounts of the Company's foreign subsidiary are considered integrated and therefore translated into Canadian dollars under the temporal method of accounting whereby monetary items are translated at exchange rates in effect at the balance sheet date and non-monetary items translated at rates of exchange in effect when assets were acquired or obligations incurred. Revenues and expenses are translated at rates in effect at the time of the transactions. Exchange gains and losses are included in the consolidated statements of loss and deficit.

**h)   Research and Development Costs**

Research costs are expensed as incurred. Development costs incurred in the design and development of new products are capitalized if certain defined criteria are met. The criteria for capitalization of development costs is met when the product is clearly identified, the technical feasibility has been established, management has indicated its intention to market the product, the future market is identified and adequate resources exist or are expected to be available to complete the project. Upon commercial production or use of the product, deferred costs will be amortized over the estimated useful life of the product. If the criteria are no longer met, costs for a specific product are charged against earnings. To date, all development costs have been expensed as incurred.



NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS
FOR THE YEARS ENDED DECEMBER 31, 2006 AND 2005

**NOTE 2    SIGNIFICANT ACCOUNTING POLICIES (continued)**

i) **Financial Instruments**

The Company has estimated the fair value of its financial instruments which include cash and cash equivalents, accounts receivable, accounts payable and accrued liabilities and all debt. The Company used valuation methodologies and market information available at year end and has determined that the carrying amounts of such financial instruments approximate fair value in all cases. The fair value of the loans payable could not be determined as the loans do not bear interest and the timing of the repayments are difficult to estimate as they are dependent on future revenues.

j) **Inventory**

Inventory is stated at the lower of cost and net realizable value. Management evaluates inventory for obsolescence and charges obsolescence to cost of goods sold. Cost is determined using the first in first out method. Inventories include under floor storage units and general parts which are held pending installation and sale to the customer.

k) **Cash and Cash Equivalents**

Cash and cash equivalents consists of deposits in banks, redeemable deposits, Guaranteed Investment Certificates, and short-term investments with initial maturities of three months or less.

l) **Warranty**

Provisions for estimated expenses related to product warranties are made at the time products are leased. These estimates are established using historical information relating to the nature, frequency, and average cost of warranty claims.

m) **Per Share Amounts**

The treasury stock method is used to determine the dilutive effect of stock options and other dilutive instruments. The treasury stock method assumes that proceeds received from the exercise of in-the-money instruments are used to repurchase common shares at the average market price for the period.

n) **Stock Based Compensation**

The Company has an executive stock compensation plan and a stock option plan for directors, officers, employees and consultants of the Company. The executive stock compensation plan provides for direct grants of stock to the Company's officers. Under the terms of the stock option plan, the options shall be granted at an exercise price not less than fair value of the stock on the date of issuance, less up to a discount permitted by the rules and policies of the stock exchange.

The Company records compensation expense in the consolidated statements of loss and deficit for stock options using the fair value method. Compensation costs are recognized over the vesting period. Fair values are determined using the Black-Scholes option pricing model.

o) **Intangible Asset**

Intangible assets are stated at cost and is comprised of a license. The license has an indefinite life. Intangible assets are subject to an annual impairment test or whenever events or changes in circumstances indicate that the carrying value may not be recoverable.



**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS
FOR THE YEARS ENDED DECEMBER 31, 2006 AND 2005**

**NOTE 2    SIGNIFICANT ACCOUNTING POLICIES (continued)**

    p)  Deferred Leasehold Inducements

Leasehold inducements are deferred and amortized against rent expense on a straight-line basis over the term of the lease. When a lease interest is abandoned, the balance of the leasehold inducement is offset against the lease buyout cost or rent expense during the applicable period.

**NOTE 3    CAPITAL ASSETS**

|  | Cost | Accumulated Amortization | December 31, 2006 |
|---|---|---|---|
| Computers | $ 256,072 | $ 153,136 | $ 102,936 |
| Equipment | 113,714 | 40,351 | 73,363 |
| Leasehold improvements | 77,689 | 29,344 | 48,345 |
|  | $ 447,475 | $ 222,831 | $ 224,644 |

|  | Cost | Accumulated Amortization | December 31, 2005 |
|---|---|---|---|
| Computers | $ 188,396 | $ 123,523 | $ 64,873 |
| Equipment | 63,235 | 26,758 | 36,477 |
| Leasehold improvements | 29,659 | 10,381 | 19,278 |
|  | $ 281,290 | $ 160,662 | $ 120,628 |

Included in computer and equipment are capital leases with a net book value of $38,213 (2005 - $Nil).

**NOTE 4    RENTAL ASSETS**

|  | Cost | Accumulated Amortization | December 31, 2006 |
|---|---|---|---|
| Leased assets | $ 400,560 | $ 89,497 | 311,063 |
| Assets available for lease | 479,233 | 21,600 | 457,633 |
|  | $ 879,793 | $ 111,097 | $ 768,696 |

|  | Cost | Accumulated Amortization | December 31, 2005 |
|---|---|---|---|
| Leased assets | $ 244,802 | $ 36,300 | $ 208,502 |
| Assets available for lease | 482,399 | 21,600 | 460,799 |
|  | $ 727,201 | $ 57,900 | $ 669,301 |

In 2005, it was determined that certain rental assets in the amount of $21,600 were obsolete. The rental assets have been written off on the consolidated statements of loss and deficit.



41

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS
## FOR THE YEARS ENDED DECEMBER 31, 2006 AND 2005

### NOTE 5  INTANGIBLE ASSET

|  | 2006 | 2005 |
|---|---:|---:|
| Licensing Agreement – indefinite life | $ 34,992 | $ - |

### NOTE 6  DEFERRED LEASEHOLD INDUCEMENTS

|  | 2006 | 2005 |
|---|---:|---:|
| Balance, beginning of year | $ - | $ - |
| Additions | 37,640 | - |
| Amortization | (7,985) | - |
| Balance, end of year | 29,655 | - |
| Less: current portion | (13,687) | - |
|  | $ 15,968 | $ - |

### NOTE 7  TERM LOANS

|  | 2006 | 2005 |
|---|---:|---:|
| Funds advanced by a shareholder and director of the Company, bears interest at 18% per annum, are secured by a general security agreement and were due June 6, 2008. | $ - | $ 550,000 |
| Funds advanced by a shareholder and director of the Company, bears interest at 18% per annum, are secured by a general security agreement and were due June 6, 2008. | - | 440,000 |
|  | $ - | $ 990,000 |

a)  As at December 31, 2005, short-term debt consisted of a promissory note in the amount of $550,000. This short-term debt obligation plus accrued interest of $38,816 was repaid through debt conversion to 1,962,721 shares at $0.30 per share. The effective date of the conversion was January 1, 2006. See Note 11 (b).

b)  As at December 31, 2005, short-term debt consisted of a promissory note in the amount of $440,000. This short-term debt obligation plus accrued interest of $31,053 was repaid through debt conversion to 1,570,177 shares at $0.30 per share. The effective date of the conversion was January 1, 2006. See Note 11 (b).

The effective price used for the conversion was the average share price of the Company's stock around the conversion date.





## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS
## FOR THE YEARS ENDED DECEMBER 31, 2006 AND 2005

### NOTE 8  LOANS PAYABLE

|  | 2006 | 2005 |
|---|---:|---:|
| The Industrial Research Assistance Program "IRAP" loan is non-interest bearing and is repaid annually, based on 1.11% of gross revenues, commencing October 2006. The current portion is calculated based on the actual gross revenues in the previous quarter plus the Company's revenue projections for the next nine months. | $ 349,066 | $ 362,377 |
| The Technology Partnerships Canada "TPC" loan is non-interest bearing. The loan is repayable annually, based on 15% of the initial contribution when the Company has achieved more than 10% growth in gross revenues above the previous year's gross revenue and the gross revenue for the year is greater than the base amount. The base amount is defined as the Company's gross revenue in fiscal 2004, which was at $556,127. | 123,635 | 123,635 |
|  | 472,701 | 486,012 |
| Less: current portion | (120,742) | (82,263) |
|  | $ 351,959 | $ 403,749 |

### NOTE 9  BANK LOAN

Operating demand loan is available to the Company up to a maximum of $250,000 (2005 – $Nil). The operating demand loan is payable on demand, bears at Canadian chartered bank prime plus 1.0% and is secured by an assignment of cash collateral in the amount of $284,500 and a general security agreement including a first ranking security interest in all personal property. The amount of the cash collateral has been disclosed as restricted cash. As at December 31, 2006, the facility has not been drawn.

### NOTE 10  OBLIGATION UNDER CAPITAL LEASE

The Company is party to various capital leases for computer hardware and software that expire in 2009. Future minimum lease payments under the capital leases are as follows:

|  | 2006 | 2005 |
|---|---:|---:|
| 2007 | $ 23,202 | $ - |
| 2008 | 21,801 | - |
| 2009 | 8,780 | - |
|  | 53,873 | - |
| Less: imputed interest | (10,650) | - |
| Less: current portion | (16,105) | - |
|  | $ 27,028 | $ - |



43



NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS
FOR THE YEARS ENDED DECEMBER 31, 2006 AND 2005

### NOTE 11   SHARE CAPITAL

a) Authorized:
Unlimited numbers of:
Common shares
Classes A, B and C preferred shares, issuable in series
The preferred shares may be issued in one or more series and the directors are authorized to fix the number of shares in each series and to determine the designation, rights, privileges, restrictions, and conditions attached to the shares in each series.

b) Issued and outstanding:

**Common shares**

|  | Number of shares | Value |
|---|---|---|
| Balance December 31, 2004 | 17,015,758 | $ 5,096,879 |
| Issued for cash | 3,526,067 | 892,599 |
| Issued for debt | 892,000 | 356,800 |
| Exchanged for Series 2 preferred shares | 5,868,157 | 1,575,094 |
| Issued in lieu of dividends | 547,025 | 156,682 |
| Share issue costs | - | (102,677) |
| Balance December 31, 2005 | 27,849,007 | 7,975,377 |
| Issued for cash | 24,868,959 | 8,751,430 |
| Issued for debt | 5,450,227 | 1,672,793 |
| Exercise of employee options | 320,630 | 121,730 |
| Share subscription receivable | - | (9,090) |
| Share issue costs | - | (1,459,958) |
| Balance December 31, 2006 | 58,488,823 | $ 17,052,282 |

**Preferred shares, Class A, Series 1**

|  | Number | Value |
|---|---|---|
| Balance December 31, 2004 | 975,300 | $ 685,908 |
| Exchanged for Series 2 preferred shares | (975,300) | (685,908) |
| Balance December 31, 2005 | - | $ - |

**Preferred shares, Class A, Series 2**

|  | Number | Value |
|---|---|---|
| Balance December 31, 2004 | 1,713,000 | $ 768,979 |
| Issued for cash | 268,000 | 134,000 |
| Exchanged for Series 1 preferred shares | 1,560,480 | 685,908 |
| Exchanged for common shares | (3,541,480) | (1,575,094) |
| Share issue costs | - | (13,793) |
| Balance December 31, 2005 | - | $ - |



44



NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS
FOR THE YEARS ENDED DECEMBER 31, 2006 AND 2005

### NOTE 11   SHARE CAPITAL (continued)
Convertible debenture

|  | Value |
|---|---|
| Balance December 31, 2005 | $ 400,000 |
| Converted to common shares | (400,000) |
| Balance December 31, 2006 | $ - |

**Total share capital**                                                                                    **$ 17,052,282**

#### 2006 Common shares

i) The Company issued 8,543,959 units at $0.26 per unit for cash proceeds of $2,221,430 and net cash proceeds, net of all issuance costs, of $1,993,437. Each unit consists of one common share and one-half of one purchase warrant. One whole warrant may be exercised into one common share at a price of $0.40 and the warrants expire on February 9, 2008. The warrants are subject to an acceleration clause whereby if the Company's common share price is equal to or greater than $0.50 for a period of 10 consecutive trading days, the Company may notify all warrant holders and issue a press release causing the warrants to be exercised within 30 days of the date of the press release, failing which the warrants expire.

ii) The Company issued 5,350,227 common shares to officers, directors, and vendors of the Company at a weighted average price of $0.31 per share in satisfaction of debt for proceeds of $1,633,193.

iii) The Company issued 16,250,000 units at $0.40 per unit for cash proceeds of $6,500,000 and net cash proceeds, net of all issuance costs, of $5,942,031. Each unit consists of one common share and one-half of one purchase warrant. One whole warrant may be exercised into one common share at a price of $0.60 if exercised on or before September 1, 2007 and at a price of $0.75 if exercised prior to September 1, 2008.

iv) The Company issued 320,630 common shares to directors, officers, and employees at a weighted average price of $0.32 per share for cash proceeds of $94,293 for the exercise of stock options.

v) The Company issued 75,000 common shares at $0.40 per share for cash proceeds of $30,000 for the exercise of warrants.

vi) The Company issued 100,000 common shares to a former employee at $ 0.396 per share in satisfaction of accrued claims in the amount of $39,600.

#### 2005 Common shares

i) The Company issued 437,500 units to officers and directors of the Company at $0.40 per unit for cash proceeds of $175,000. Each unit consisted of one common share and one-half of one purchase warrant. One whole warrant can be exercised into one common share at a price of $0.50 per warrant share on or before the day which is 24 months from the date of grant.

ii) The Company issued 1,445,567 units to officers and directors of the Company at $0.21 per unit for cash proceeds of $303,569. Each unit consisted of one common share and one purchase warrant. One whole warrant can be exercised into one common share at a price of $0.40 per warrant share on or before the day which is 24 months from the date of grant.



### NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS
### FOR THE YEARS ENDED DECEMBER 31, 2006 AND 2005

**NOTE 11   SHARE CAPITAL (continued)**

    **iii)** The Company issued 1,380,000 units to officers, directors and consultants of the Company at $0.26 per unit for cash proceeds of $358,800. Each unit consisted of one common share and one-half of one purchase warrant. One whole warrant can be exercised into one common share at a price of $0.40 per warrant share on or before the day which is 24 months from the date of grant.

    **iv)** The Company issued 263,000 common shares to employees of the Company at $0.21 per share for cash proceeds of $55,230.

**2005 Preferred shares**

Each Class A Preferred share, Series 1, paid a quarterly dividend of $0.028 per share. During 2005, all of the outstanding Series 1 shares were exchanged into 1,560,480 Series 2 shares.

Each Class A Preferred shares, Series 2, paid a quarterly dividend of $0.0175 per share. During 2005, all of the outstanding Series 2 shares were exchanged into 5,868,157 common shares.

The Company has reserved 97,530 Class A Preferred shares, Series 1, which are issuable upon the exercise of stock options granted to First Associates Investments Inc. (the "Agent") in conjunction with the sale of Series 1 shares in 2004. The option exercise price is $0.80 per share and the options expired in July and August of 2006.

The Company has reserved 95,560 Class A Preferred shares, Series 2, which are issuable upon the exercise of stock options granted to the Agent in conjunction with the sale of Series 2 shares in 2004. The option exercise price is $0.50 per share and the options expired in October and December of 2006.

**Convertible debenture**

The Company issued $400,000 in convertible debentures in 2005 which were included as equity. During the year, the convertible debentures $400,000 and dividends of $25,622 were converted to 1,418,739 common shares at a market price of $0.30 per share.

    **c)** **Shares Held in Escrow**

        Pursuant to Escrow Agreements among the Company, Valiant Corporate Trust Company and certain shareholders of the Company, nil (2005 – 385,234) issued and outstanding common shares are held in escrow. The releases from escrow are in accordance with the Policy of the TSX Venture Exchange.

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS
## FOR THE YEARS ENDED DECEMBER 31, 2006 AND 2005

**NOTE 11   SHARE CAPITAL (continued)**

**d)   Stock Option Plan**

The Company grants stock options to its directors, officers and consultants. The Company has a policy of reserving up to 10% of the outstanding common shares for issuance to eligible participants. As at December 31, 2006, there were 5,848,882 (2005 – 2,784,901) common shares reserved for this purpose. All options vest immediately at the grant date. The options are granted at an exercise price not less than fair market value of the stock on the date of issuance. A summary of the Company's outstanding and exercisable stock option grants, as at December 31, 2006 and December 31, 2005 and changes during the years are presented below:

|  | 2006 | | 2005 | |
|---|---|---|---|---|
|  | Number of Shares | Weighted Average Exercise Price | Number of Shares | Weighted Average Exercise Price |
| Outstanding, beginning of year | 1,333,720 | $ 0.42 | 1,465,375 | $ 0.46 |
| Granted | 1,580,000 | $ 0.28 | 350,000 | $ 0.34 |
| Exercised | (320,630) | $ 0.29 | - | $ - |
| Cancelled/expired | (166,095) | $ 0.55 | (481,655) | $ 0.62 |
| Outstanding, end of year | 2,426,995 | $ 0.33 | 1,333,720 | $ 0.42 |

All options are fully vested and exercisable at December 31, 2006 as described in the table below:

| Range of Exercise Price | Number Outstanding | Weighted Average Contractual Life (years) | Weighted Average Exercise Price |
|---|---|---|---|
| $ 0.21 | 707,000 | 3.0 | $ 0.21 |
| $ 0.26 | 200,000 | 3.0 | $ 0.26 |
| $ 0.30 | 524,995 | 1.6 | $ 0.30 |
| $ 0.34 | 350,000 | 1.0 | $ 0.34 |
| $ 0.40 | 215,000 | 2.2 | $ 0.40 |
| $ 0.50 | 50,000 | 1.0 | $ 0.50 |
| $ 0.52 | 60,000 | 3.0 | $ 0.52 |
| $ 0.58 | 200,000 | 2.0 | $ 0.58 |
| $ 0.62 | 120,000 | 2.0 | $ 0.62 |
|  | 2,426,995 | 2.2 | $ 0.33 |

The weighted average fair market value of the options granted during the year is $0.29 (2005 - $0.19) per option. The fair value of the options granted was estimated using the Modified Black-Scholes option pricing model with the following weighted average assumptions:

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS
## FOR THE YEARS ENDED DECEMBER 31, 2006 AND 2005

### NOTE 11  SHARE CAPITAL (continued)

|  | 2006 | 2005 |
|---|---|---|
| Risk-free interest rate | 3.9% | 2.9% |
| Expected life (years) | 2.9 | 1.7 |
| Volatility in the price of the Company's common shares | 197% | 156% |
| Dividend yield rate | 0.00% | 0.00% |

e) Contributed Surplus

|  | 2006 | 2005 |
|---|---|---|
| Balance, beginning of year | $ 268,187 | $ 188,534 |
| Finder fee warrants issued | 673,497 | - |
| Employee stock options exercised | (18,347) | - |
| Stock based compensation | 455,985 | 79,653 |
| Balance, end of year | $ 1,379,322 | $ 268,187 |

f) Warrants

During the year, the Company issued warrants in conjunction with the issuance of common shares to shareholders, officers, directors and consultants. A summary of the Company's outstanding warrants, as at December 31, 2006 and December 31, 2005 and changes during the years are presented below:

|  | 2006 Number of Warrants | 2006 Weighted Average Exercise Price | 2005 Number of Warrants | 2005 Weighted Average Exercise Price |
|---|---|---|---|---|
| Outstanding, beginning of year | 3,046,457 | $ 0.45 | 317,140 | $ 0.65 |
| Finder fee granted | 780,681 | $ 0.26 | - | $ - |
| Granted | 4,271,982 | $ 0.40 | 593,750 | $ 0.50 |
| Granted | 8,125,000 | $ 0.60 | 2,135,567 | $ 0.40 |
| Finder fee granted | 1,304,396 | $ 0.60 | - | $ - |
| Exercised | (75,000) | $ 0.40 | - | $ - |
| Expired | (317,500) | $ 0.65 | - | $ - |
| Outstanding, end of year | 17,136,016 | $ 0.51 | 3,046,457 | $ 0.45 |

The 14,482,059 warrants issued in 2006 entitle the holder to exercise each warrant at prices ranging from $0.40 to $0.75 to receive one common share of the Company. Of the issued warrants 9,429,396 were issued with escalating exercise price of $0.60 until September 1, 2007 and $0.75 until September 1, 2008. Of the remaining warrants, 2,521,500 warrants expire February 9, 2008, 2,531,163 warrants expire March 7, 2008, the 9,429,396 expire on September 1, 2008.

The fair value of these warrants are $3,951,389 (2005 - $519,994) or $0.32 (2005 - $0.19) per warrant. The fair value of these warrants were estimated using the Black-Scholes option pricing model with average risk-free interest rate of 3.9%, expected life of 1.7 years, volatility in the price of the Company's common shares of 202% and dividend yield of 0.00%. The fair value attributed to the warrants has not been bifurcated from the value of the units issued. As such, the full value of the units issued has been allocated to share capital.

### NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS
### FOR THE YEARS ENDED DECEMBER 31, 2006 AND 2005

**NOTE 11  SHARE CAPITAL (continued)**

Finder fee warrants are accounted for as a charge to share issuance costs and a credit to contributed surplus (see Note 11 (e)). The fair value of the finder fee warrants were estimated using the Black-Scholes option pricing model with a weighted average risk-free interest rate of 3.9%, expected life of 1.7 years, volatility in the price of the Company's common shares of 202%, and a dividend yield rate of 0.00%.

**NOTE 12  COMMITMENTS**

The company is party to various leases for its operating premises and equipment. Future minimum annual payments under these operating leases are as follows:

|      | Premises | Equipment | Total |
|------|---------:|----------:|------:|
| 2007 | $ 191,033 | $ 33,551 | $ 224,584 |
| 2008 | $ 191,033 | $ 8,400 | $ 199,433 |
| 2009 | $ 44,801 | $ 4,200 | $ 49,001 |
|      | $ 426,867 | $ 46,151 | $ 473,018 |

**NOTE 13  RELATED PARTY TRANSACTIONS**

During the year, the Company had the following transactions with related parties. These transactions were measured at the exchange amounts that were the amount of consideration established and agreed upon by the related parties and approximates fair market value.

**2006**

a) The Company issued 3,532,899 common shares to officers and directors of the Company at $0.30 per share in satisfaction of debt for proceeds of $1,059,870.

b) The Company issued 617,500 units to officers and directors of the Company at $0.26 per unit for cash proceeds of $160,550. Each unit consists of one common share and one-half of one purchase warrant. One whole warrant may be exercised into one common share at a price of $0.40 and the warrants expire on February 9, 2008. The warrants are subject to an acceleration clause whereby if the Company's common share price is equal to or greater than $0.50 for a period of 10 consecutive trading days, the Company may notify all warrant holders and issue a press release causing the warrants to be exercised within 30 days of the date of the press release, failing which the warrants expire.

**2005**

a) The Company issued 750,000 units to officers and directors of the Company at $0.40 per unit in satisfaction of debts of $300,000. Each unit consisted of one common share and one-half of on purchase warrant. One whole warrant can be exercised into one common share at a price of $0.50 per warrant share on or before March 31, 2007.

b) The Company issued 142,000 common shares to a director of the Company at $0.40 per share in satisfaction of debt proceeds of $56,800.

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS
## FOR THE YEARS ENDED DECEMBER 31, 2006 AND 2005

### NOTE 14  COST OF SALES

|  | 2006 | 2005 |
|---|---:|---:|
| AFIRS UpTime | $ 332,348 | $ 151,410 |
| Amortization of rental assets | 53,198 | 36,300 |
| Product costs | 210,852 | 48,943 |
| Other | 132,814 | 182,818 |
|  | $ 729,212 | $ 419,471 |

### NOTE 15  INCOME TAXES

a) The income tax expense differs from the amounts which would be obtained by applying the expected Federal and provincial income tax rate of 32.49 % (2005 – 33.62%) as follows:

|  | 2006 | 2005 |
|---|---:|---:|
| Computed "expected" tax (recovery) | $ (1,474,950) | $ (1,053,590) |
| Non-deductible expenses | 11,397 | 16,332 |
| Stock-based compensation | 148,150 | 26,779 |
| Rate change and other | 645,403 | (41,816) |
| Valuation allowance and other | 670,000 | 1,052,295 |
|  | $ - | $ - |

b) The components of the Company's future income tax assets are as follows:

|  | 2006 | 2005 |
|---|---:|---:|
| Capital assets | $ 92,012 | $ 68,497 |
| Intangibles | 56 | 65 |
| Warranty liability | 3,485 | 4,115 |
| Non-capital loss carry-forwards | 3,874,612 | 3,068,407 |
| Share issue costs | 255,857 | 137,394 |
| Scientific research and experimental development expenditures | 283,437 | 328,591 |
| Deferred lease inducement | (2,316) | - |
| Valuation allowance | (4,507,143) | (3,607,069) |
|  | $ - | $ - |

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS
## FOR THE YEARS ENDED DECEMBER 31, 2006 AND 2005

### NOTE 15  INCOME TAXES (continued)

c) The Company has non-capital losses for income tax purposes of approximately $13,361,000 which are available to be applied against future year's taxable income. The benefit of these non-capital losses has not been recognized in the consolidated financial statements. These losses will expire as follows:

| Year | Amount |
|---|---|
| 2007 | $ 68,101 |
| 2008 | 211,463 |
| 2009 | 561,577 |
| 2010 | 1,715,370 |
| 2014 | 3,581,367 |
| 2015 | 2,964,340 |
| 2026 | 4,258,514 |
| | $ 13,360,732 |

### NOTE 16  PER SHARE AMOUNTS

Basic net loss per common share is computed by dividing the net loss by the weighed average number of common shares outstanding for the year. Diluted net loss per common share is computed by dividing net loss by the diluted weighed average number of common shares outstanding for the year. In the calculation of diluted per share amount, options, warrants and other securities are assumed to have been converted or exercised on the later of the beginning of the year and the date granted. Diluted per share amounts reflect the potential dilution that could occur if securities or other contracts to issue common shares were exercised or converted to common shares. Net loss per share on a diluted weighed average basis is the same as that presented for basic, as all factors are anti-dilutive.

| | 2006 | 2005 |
|---|---|---|
| Weighed average shares outstanding | | |
| Basic | 45,085,226 | 20,069,776 |
| | | |
| Per share amounts | | |
| Basic and diluted | $ (0.10) | $ (0.16) |

### NOTE 17  FINANCIAL INSTRUMENTS

a) **Foreign currency risk**

The Company is exposed to fluctuations in the exchange rates between the Canadian dollar, and other currencies with respect to assets, sales and purchase. The fluctuations are expensed as incurred. The Company monitors fluctuations and takes action, if deemed necessary, to mitigate its risks.

b) **Credit risk**

Accounts receivable include amounts receivable for normal terms and extended terms, which are generally made to credit worthy purchasers. The Company is exposed to losses in the event of non-performance by counter-parties to these financial instruments.

51

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS
## FOR THE YEARS ENDED DECEMBER 31, 2006 AND 2005

### NOTE 18  SUPPLEMENTAL CASH FLOW INFORMATION

Change in non-cash working capital:

|  | 2006 | 2005 |
|---|---:|---:|
| Changes in non-cash working capital |  |  |
| Accounts receivable | $ (76,731) | $ (30,624) |
| Prepaid expenses | (180,732) | (191) |
| Inventory | (145,001) | 119,744 |
| Accounts payable and accrued liabilities | (611,693) | 1,210,808 |
| Unearned revenue | 144,235 | 250,459 |
|  | $ (869,922) | $ 1,550,196 |
| Interest earned (paid) | $ 4,798 | $ (301,465) |

Cash and cash equivalents:

|  | 2006 | 2005 |
|---|---:|---:|
| Cash in bank | $ 122,889 | $ 84,009 |
| Guaranteed Investment Certificates | 2,565,500 | - |
|  | $ 2,688,389 | $ 84,009 |

### NOTE 19  SUBSEQUENT EVENT

On January 17, 2007, the Company extended the terms of the June 6, 2006 licensing agreement with Vibro-Meter, SA. Based on the terms of the extension, licensing fees are due from Vibro-Meter upon the Company meeting certain milestones. As at April 6, 2007, Vibro-Meter has been invoiced $727,989 of which $583,200 has been paid.

### NOTE 20  COMPARATIVE FIGURES

Certain of the comparative figures have been reclassified to conform to the presentation adopted in the current year.

## Corporate Information

### Directors

| | |
|---|---|
| Bill Tempany | CEO of the Company |
| Darryl Jacobs | President of the Company, Co-Founder |
| Doug Marlin | President of Marlin Ventures Ltd. |
| Mike Brown | Partner, Geselbracht Brown |
| Christine Larkin | Senior Manager, BDO Dunwoody LLP |
| Tim Morgan | President, Morgan Air. |

### Officers

| | |
|---|---|
| Bill Tempany | CEO |
| Darryl Jacobs | President |
| Gino Feranato | COO |
| Tom French | CFO |

### Auditor

Grant Thornton LLP

### Legal Counsel

| | |
|---|---|
| Chris Croteau | Tingle Merrett LLP |

### Offices

| | |
|---|---|
| Head Office | #300, 2421 - 37 Avenue NE<br>Calgary, Alberta T2E 6Y7 |
| US Office | Suite 130-310, 2951 Marina Bay Drive<br>League City, TX 77573 |

### Members of Audit Committee

| | |
|---|---|
| Bill Tempany | CEO of the Company |
| Doug Marlin | President of Marlin Ventures Ltd. |
| Christine Larkin | Senior Manager, BDO Dunwoody LLP |

### Members of Compensation Committee

| | |
|---|---|
| Doug Marlin | President of Marlin Ventures Ltd. |
| Mike Brown | Partner, Geselbracht Brown |
| Tim Morgan | President, Morgan Air. |





**AeroMechanical Services Ltd.**
300, 2421 - 37 Ave NE
Calgary, AB Canada T2E 6Y7

Phone:     1-403-250-9956
Toll-free:  1-866-250-9956
Facsimile: 1-403-291-9717
Email:     support@amscanada.com

**Marketing & Sales, Europe**
Zurich Switzerland

Phone:     +41 (0)1 810 0081
Fax:       +41 (0)1 810 0084
Email:     peterb@amscanada.com
Facsimile: +41 1 810 00 84
           Aviation Business,

