**EXHIBIT 31**

*Skyward with AMS solutions ...*

*The Flight Data Specialists*

A N N U A L   R E P O R T

# 2005



AeroMechanical Services Ltd.

2 0 0 5   A N N U A L   R E P O R T

TABLE OF Contents

LETTER TO THE Shareholders ................................. 2

CORPORATE History ....................................... 4

PRODUCT History ......................................... 5

THE Marketplace ......................................... 6

MANAGEMENT Discussion and Analysis ..................... 8

MANAGEMENT'S Report ..................................... 18

FINANCIAL Statements .................................... 19

AUDITOR'S Report ........................................ 20

CORPORATE Information ................................... 40





AeroMechanical Services Ltd.

➤ 1

# 2005 ANNUAL REPORT

## LETTER TO THE Shareholders

2005 was a year of significant change, development and implementation for our AFIRS™ - UpTime™ Flight Data Management products and services. The strength of our vision of developing and supplying superior aircraft monitoring and communications products for the airline marketplace continues to materialize into a dream come true.

While our total sales remained relatively the same as 2004, the company position improved significantly with a cleaned up balance sheet and the company worked to be poised for the growth we expect to see for 2006. At the close of 2005 and the beginning of 2006, the company is seeing the rewards of the past 18 month of our sales team's efforts with a much greater awareness of our products and services in the world airline marketplace and the switch from product sales to recurring services revenues from our AFIRS™ - UpTime™ products.

### Spanning the Globe

The position of the company has significantly improved with growth of AFIRS™ - UpTime™ to include 12 airline clients with our product flying in the northern and southern hemispheres, east and west of the international dateline. From the Caribbean to Africa to the South Pacific, AFIRS™ is proving to be a reliable and capable management tool and communications system for our clients in creating a safer and more efficient airline. With more than 75,000 actual flight hours with in service AFIRS™ units, we have not had a single failure in hardware nor data transmission. The average time from event to receipt of the information by our clients is less than 10 seconds and the data arrives in the format and where they want it to be, anywhere on the planet.

### Our Challenges

2005 was a year with challenges for AMS. False starts occurred with a client which the company

had planned on having implemented in the early part of the year which was postponed due to client corporate issues. AMS began gaining attention in the investor marketplace due to rapidly rising oil prices. Investors saw the need for AMS' services and were concerned about the health of the airline industry for much of the year. Raising capital to manage the business was difficult under these market conditions.

To balance this, AMS battened down the hatches and rode out the storm by tightening the Company budget including the staff and management taking a salary rollback. Through this past year the dedication of our staff has continued to show that people are our strongest asset at AMS and this does not go unappreciated by the Board and Management. Our staff not only delivered product to the growing client list, but continued to refine and add capabilities to the AFIRS™ - UpTime™ system; promoted our products at 4 key international tradeshows; advanced the development of our AeroQ™ Aircraft Cabin Cleansing products, and added a number of Supplemental Type Certificates with the government airworthiness approval agencies in Canada, the United States, and China.

### Our Successes

The addition of voice and text messaging capabilities were implemented this year in the AFIRS™ 220 and 3 clients have already taken these options which significantly expand the capability of the AFIRS™ - UpTime™ solution. New clients including LIAT Airlines, China Eastern Airlines, DAC Aviation International and Sky Services, were added representing the global reach of our products operating in the Caribbean, Africa, and China and around the world.

The establishment of our market in China for our products and services was achieved with "11 months from contact to contract" being a surprisingly short sales cycle for dealing with that region

 AeroMechanical Services Ltd.

# 2005 ANNUAL REPORT

## LETTER TO THE Shareholders

---

of the world. Our first products have been shipped as of February of 2006 to China Eastern Airlines showing great credit to the merit of AMS in the world marketplace. The arrangements we have secured with our partners in China will see significant and steady increases of shipments to China for the foreseeable future.

### Enhanced Products, New Relationships

Subsequent to 2005, the AMS team has introduced the AFIRS™ product line to include the new AFIRS™ 110 which will be targeted at the more than 125,000 Corporate, Commuter, and general aviation aircraft and helicopters around the world. The AFIRS™ 110 builds on the proven technology of the AFIRS™ 220 and focuses on the key communications features of the product line and promises great attraction to the marketplace.

At a recent customer event of the top aerospace firm in the sensor and aircraft systems AMS was again shown that the products and service offerings we have developed and delivered to our customers is exactly what the aviation community is looking for. Several OEMs in the aviation world spent several hours working with AMS staff to establish relationships to help them solve their customers' needs with our technology. AMS management sees delivery through OEM's a way to fast track our market over the next few years and we will be working to establish strong partnerships with a few key suppliers to the aerospace industry to deliver the solutions our common customers are demanding.



*AMS President Darryl Jacobs (right) with Alan Smith CEO of Hawker Pacific (left) after signing the agreement at the Asian Aerospace Conference 2006.*

In support of both the AFIRS™ 110 and 220 marketplaces, AMS has multiplied its market support and installation reach by creating strategic relationships with Hawker Pacific. Hawker Pacific is our first Approved Installation and Support Facility based in Australia and the Pan Pacific region and sets the path for additional similar relationships to expand our market and support reach around the globe.

### Fueling the Future

The company enters into 2006 with the company team, partners, market backing and a solid corporate foundation to deliver and support our products and services after 5 years of development, implementation and strong shareholder support. This coming year promises to be a period of tremendous growth in sales and we believe that with a policy of consistent, managed growth, AMS will achieve the customer satisfaction that will fuel a prosperous company.

Sincerely,

Darryl E. Jacobs, President and Director

Bill Tempany, CEO



AeroMechanical Services Ltd.

➤ 3

# 2005 ANNUAL REPORT

## CORPORATE History



AMS is a publicly traded company with its head office in Calgary, Canada. The Company specializes in developing, testing, manufacturing and certifying value added solutions for the aerospace industry around the world. We are a Transport Canada Approved Manufacturing Organization endorsed for the manufacturing and distribution of aeronautical products. Our clients include international airlines, manufacturers, maintenance organizations and government and research organizations located worldwide. We have been providing products and services to our clients since 1998.

The management and staff of AMS are committed to providing the aviation and aerospace industry with powerful economic products, services and solutions. AMS is involved in projects all over the world and maintains contacts in North and South America, Europe, the Middle East, Australia and Asia. Our staff maintains expertise in aeronautical product engineering and airworthiness certification; aircraft maintenance and manufacturing; and product support. All of our staff members maintain their government and technical certifications and participate in ongoing self-improvement.

AMS works with the client's personnel and the appropriate airworthiness regulatory bodies to certify the products and services we create and maintain the products and services we provide through the entire product life cycle.

Company experience includes the design of aerospace related products, aircraft structural and system modifications, avionics installations, tooling design, contract maintenance of commercial aircraft, training manual development and aircraft maintenance and operations familiarization training.

Currently, AMS is focused on the delivery of its current product lines including its world class AFIRS™ - UpTime™ suite of flight data management tools; the Underfloor Stowage Unit for the Bombardier DHC-8 and CRJ line of aircraft; and the introduction of the AeroQ™ line of biofilm cleaning agents for the airline industry.

AMS is poised for rapid growth with 30+ senior aviation people ready to provide superior products and services to our growing list of international clients. AMS is becoming a well recognized organization in airlines, airframe manufacturers and engine and communications manufacturers who supply products and services to the airline business.

 AeroMechanical Services Ltd.

4

PRODUCT **History**

AeroMechanical Services Ltd's major products are the Automated Flight Information Reporting System (AFIRS™), UpTime™, the Underfloor Stowage Unit, and AeroQ™.

AFIRS™ 220 is an airborne autonomous flight information collection and reporting system for use in commercial aircraft. This product has been in service in airlines since August 2003 and continues to provide fault free operation after 75,000 hours of in flight service. The AFIRS™ unit records data from a number of data sources on-board the aircraft, stores the input data, and transmits selected information to the secure UpTime™ data management and client reporting system. The UpTime™ system delivers the client specific data to the locations, systems and devices defined by our clients where they want the information and when they need it. The AFIRS™ 220 unit also gives the airlines the ability for communication between flight crew in the aircraft and personnel on the ground via Iridium satellite phone or via two-way text messaging.

AMS has recently introduced the AFIRS™ 110 in answer to the needs of the business aircraft, helicopter and general aviation market needs. The AFIRS™ 110 is focused on providing a secure means of voice communications, text messaging and flight following for these aircraft operators world wide.

UpTime™ works alongside the AFIRS™ unit. UpTime™ is a data storage and reporting service that is easy to use and cost effective. It provides real-time access to aircraft performance and operational data to dispatch, flight operations, maintenance and management. UpTime™ gives the airline access to their aircraft data via the Internet from anywhere on the planet. It is the interface for maintenance and dispatch personnel to send messages to the flight crew in real-time, or receive text messages from the flight crews.



AMS continues to provide its well accepted Underfloor Stowage Unit for the CRJ Regional Jet and the DHC-8 in response to the need to improve flight deck organization. The unit is cost-effective and will save the airline in replacement costs of manuals, as they will be stored in a safe and dry environment inside the Underfloor Stowage Unit when they are not in use by the flight crews.

The need for our AeroQ™ line of Aircraft Interior Cleansing products has been recognized for many years. While the scientific community has recognized the need to improve sanitization methods on aircraft, the cost to make these changes has not been a high priority of either the government or the airline industry. AMS will be introducing its line of targeted biocides and cleaning methodologies for cleaning of the aircraft interior to control the spread of pathogens and reduce the spread of disease this summer with trade shows and an advertising campaign. A trial program has already been agreed to by a major charter carrier and we are excited to be providing a more friendly and safe environment for the traveling public.

AMS continues to focus on products requested by the aviation businesses around the world which create ongoing recurring revenues for AMS and value to our shareholders.

 AeroMechanical Services Ltd.

## THE Marketplace

Demand for air travel has shown positive growth for 32 out of the past 35 years. Only after the Gulf War in 1991 and after "9/11" in 2001 and 2002 have we experienced negative growth. 2004 showed air traffic reaching a new high with a trajectory showing ever increasing growth over the next 20 years.

As the world becomes closer and closer together because of air travel, an ever increasing number of people will travel to visit friends and relatives, to transact business, and to enjoy vacations and to



expand educational opportunities that are further from our homes.

Still, many challenges come with this opportunity. The major setback in this will be the effects of world economic growth. The increase in travel demand is fueled by decreased air fares, increased world business, and increased air service improvements such as increased frequency, direct service and deregulation.

Providing safe, cost-effective and high quality services to their customers, while the airline itself runs in an efficient manner without compromising the service that is expected by their passengers remains the key challenge. Increasing competition and rising fuel costs are causing a reduction in industry margins. The airlines are now pressed into finding better and more efficient ways to operate their businesses while still supplying a superior product to their customers.

AMS assists airlines with the capability to provide accurate, timely information about the aircraft and its systems, its operation, along with voice and data transmission from the aircraft anywhere in the world to anywhere in the world.

The growing certification list for our products will include the DHC-8, Boeing 737 classic and new generation, Boeing 757, Airbus A320 and numerous other aircraft types. This has positioned AMS in a very lucrative place to take advantage of the continued growth of the regional, low cost and niche airline market. The work we are doing to improve the quality of the information our customers receive is only the tip of the iceberg of what we can provide. The airlines are seeing the opportunities our products and services provide, and word is starting to spread on how this is benefiting those organizations. That, coupled with our superior staff and strong network of partners, gives us unparalleled access to this marketplace.

---

### 20 Year Outlook: 2005 - 2024

**Economic and air traffic growth**
- Worldwide economic growth will average **2.9%** per year
- Passenger traffic growth will average **4.8%** per year
- Cargo traffic growth will average **6.2%** per year

**Worldwide demand for commercial airplanes**
The world fleet will grow to 35,300 passenger and cargo jets and will consist of:
- 16% regional jets
- 58% single-aisle airplanes
- 22% twin-aisle airplanes
- 4% 747-size and larger airplanes

Total market potential is 25,700 new commercial airplanes worth $2.1 trillion in 2004 U.S. dollars. Airlines will take delivery of:
- 3,900 regional jets
- 15,300 single-aisle airplanes
- 5,600 twin-aisle airplanes
- 900 747-size and larger airplanes

---



## THE Marketplace

---

We look forward to increasingly strong results in the years to come for AMS and it's staff, shareholders and customers.

AMS has found a growing need for our products with the regional, low cost and niche market airlines. Regional airlines continue to be the fastest growing segment in the world of commercial aviation. Regional aircraft are the most profitable and most chosen means of domestic air travel.

Regional airlines carry one in every six domestic passengers. There are 13,600 departures daily from over 667 airports in the United States. Out of those airports regional aircraft serve 654 of them, with 479 of those airports receiving exclusive service from regional airlines. At the end of last year there were nearly 2600 aircraft in scheduled service, with regional carriers flying with a utilization rate of almost 2400 hours per aircraft per year. With these numbers AMS intends to support the regional aircraft industry to continue to thrive through the provision of real-time data in formats the customers need and at locations the customers require.



**Regional Passenger Air Traffic**

Of the 2600 regional aircraft flying in North America to date, 1349 account for regional jets. This is a significant increase from last year being only 1041. Bombardier accounts for a large portion of these aircraft with 700 units being Regional Jets (CRJ 100/200/700/900), an increase from 465 the previous year. The DHC-8 series aircraft (DHC-8-



*This Humanitarian Air Service plane flies with the UN through Africa, Kenya and Afghanistan for DAC International.*

100/200/300/400) accounted for an additional 177 aircraft raising Bombardier's fleet share to 34%. The strong relationship AMS has with Bombardier, and the fact that we already have STCs in place for the majority of Bombardier's aircraft makes this very good news for AMS shareholders.

A challenge still remains however, and that is providing safe, cost-effective and high quality services to their customers, while the airline itself runs in an efficient manner without compromising the service that is expected by their passengers. Regional aircraft provide important services and competitive benefits to hundreds of communities all over North America.

We are looking for increasingly strong results in the years to come.

MANAGEMENT **Discussion and Analysis**

---

This management discussion and analysis ("MD&A") should be read in conjunction with the audited annual consolidated financial statements of AeroMechanical Services Ltd. ("AMS" or the "Company") as at and for the years ended December 31, 2005 and 2004. The consolidated financial statements have been prepared in accordance with Canadian generally accepted accounting principles (GAAP). Additional information with respect to AMS can be found on SEDAR at www.sedar.com.

This MD&A is dated April 30, 2006.

### Forward-Looking Statements

Except for historical statements made herein, this document contains forward-looking statements that involve risks and uncertainties including risks associated with the effect of changing economic conditions, trends in the development of the aviation and aerospace industries, market acceptance risks and realizing expected revenue. Risk factors also include the Company's ability to compete successfully in the future against existing and new competitors; the Company's ability to execute its business plan and generate an overall profit. Due to these factors, actual results could differ materially from those expressed in forward-looking statements by the Company. Forward-looking statements are based on the estimates and opinions of AMS' management at the time the statements were made. AMS assumes no obligation to update forward looking statements, should circumstances or management's estimates change.

### Overview

AeroMechanical Services Ltd. is a designer, developer and service provider of innovative solutions to the global aerospace business. The Company's solutions are designed to improve the productivity and profitability of our customers.

The major products of the Company are Automated Flight Information Reporting System, (AFIRS™), UpTime™, Underfloor Stowage Unit and AeroQ™. In addition, the Company provides limited consulting services to the aviation industry. These products are marketed globally by a team of several individuals: five based in Calgary, one in Switzerland. One of the Calgary staff is currently spending more than 80% of his time in China dealing with opportunities there. AMS has sales in several countries around the world.

2005 was a watershed year where we shifted our reliance on revenues from Underfloor Stowage units to revenues from AFIRS™ - UpTime™. This marks the transitioning of AMS from an aerospace engineering contractor to an aviation telecommunications company. The research and development of our leading edge technology and service is being transformed into a continuous telecommunications revenue stream.

 AeroMechanical Services Ltd.

MANAGEMENT **Discussion and Analysis**

---

### Trends and Economic Factors

The Company continues to exploit the need for timely flight and sensor data from the aircraft to the ground operators and maintenance facilities. Airlines are increasingly looking for methods to reduce costs and more efficiently operate their aircraft. Margins are extremely thin in the airline industry. After labour, jet fuel is the second largest operating expense for airlines, making up 10 to 25 percent of an airline's annual operating costs. The slightest decrease in fuel consumption can turn into big savings.

Some of the fuel saving methods currently used by airlines are; using one engine instead of two while taxiing, tankering extra fuel to avoid refueling at expensive locations, removing unnecessary equipment, to name a few. In 2005 alone, fuel costs rose some 29% from $1.33 to $1.72 per gallon over 2004. AFIRS™ and UpTime™ provide airlines the data and system to save fuel costs and other operating efficiencies. AMS customers are showing significant return on investment of 200% to 300% over the costs of AFIRS™ and UpTime™.

### Changes in Accounting Policies

Effective January 1, 2004 the Company adopted the new accounting rules required by the Canadian Institute of Chartered Accountants with respect to stock based compensation, requiring the expensing of the fair value of all stock options issued as compensation to directors, officers and employees. The fair value of the option is determined at the date of issuance and not subsequently adjusted for changes in the price of the Company's stock. The related expense is recognized as an increase in general and administrative expense and a credit to contributed surplus. This standard applies to all options granted after January 1, 2002. Accordingly, in the year ended December 31, 2004 a compensatory non-cash expense of $120,935 has been recorded in the salaries and benefits expense, with a corresponding increase recorded to contributed surplus.

In prior periods, the Company accounted for stock option compensation using intrinsic values as defined by the CICA. The Company granted all of its stock options at or above market value, thereby having no intrinsic value at the time of the grant. Accordingly, the Company was not required to recognize any compensation expense for options granted to employees in the prior period consolidated financial statements.

The application of this standard requires the use of valuation models to determine the fair value of the stock options, as there is no options market for the Company's stock. The Company uses the Black-Scholes valuation model. Values determined using this model are based on assumptions which include the future volatility of the Company's stock prices, as well as the expected life of the option.

Effective January 1, 2004 the Company adopted the new CICA Handbook section 3063 "Impairment of Long-lived Assets." Section 3063 establishes standards for recognizing, measuring and disclosing impairment of long-lived assets held for use. An impairment is recognized when the carrying value of an asset to be held and used exceeds the undiscounted projected future net cash flows expected from it use and disposal, and is measured as the amount by which the carrying value of the asset exceeds its fair value. Adoption of this standard had no impact on the financial statements.

 AeroMechanical Services Ltd.

# 2005 ANNUAL REPORT

MANAGEMENT **Discussion and Analysis**

During the year, the Company changed its inventory costing method from weighted average method to first-in first-out. The change in accounting policy has been applied retroactively and the 2004 year has been restated. The change in accounting policy resulted in a reduction to inventory and in increase to cost of goods sold in the amount of $43,600 in 2004. The effect on the 2005 consolidated financial statements was insignificant.

## System Approvals

AFIRS™ is currently STC approved on the following aircraft:

- Boeing B737-200
- Boeing B737-600
- Boeing B737-700
- Boeing B737-800
- Bombardier DHC-8-100
- Bombardier DHC-8-200
- Bombardier DHC-8-300

AFIRS™ is pending approval, expected in 2006, on the following aircraft:

- Boeing B737-300
- Boeing B737-400
- Boeing B737-500
- Boeing B737-900
- Boeing B757-200
- Boeing B757-300
- Airbus A319
- Airbus A320
- Airbus A321
- Bombardier CRJ200
- Bombardier CRJ700
- Bombardier DCH-8-400

## Liquidity and Capital Resources

The Company to date has not generated positive cash flow from operations and continues to be financed by equity infusions, short term borrowings and long term debt. The future viability of the Company is dependant on its ability to increase gross revenues and continue to attract equity funding.

Early in 2005, the Company issued Preferred Shares, undertook short-term loans and convertible debentures. Subsequent to December 31, 2005, the preferred shares, short-term loans and convertible debentures were all converted to common shares. This has improved the financial position of the Company to start the 2006 year in a strong position.

Working capital deficiency at December 31, 2005 was $2,117,255 (2004 - $729,844). The decrease in working capital is primarily attributed to the operating loss for the year of $3,133,818 less the net funds generated from the raising of capital equity of $892,599. The Company currently has no bank debt, nor operating line.

The achievement of positive earnings before interest and depreciation is necessary before the Company can improve liquidity. The Company has continued to expand its cash flow potential through the its continued marketing drive to clients around the world.



## 2005 ANNUAL REPORT

## MANAGEMENT Discussion and Analysis

As at December 31, 2005, AMS's outstanding shares, options and warrants were as follows:

|  | 2005 | 2004 |
|---|---|---|
| Common shares outstanding | 27,849,007 | 17,015,758 |
| Preferred shares - Series 1 | 0 | 975,300 |
| Preferred shares - Series 2 | 0 | 1,713,000 |
| Options (weighted average exercise price 2005 - $0.42, 2004 - $0.46) | 1,333,720 | 1,465,375 |
| Warrants (weighted average exercise price 2005 - $0.45, 2004 - $0.65) | 3,046,457 | 317,500 |

The successful equity offerings through out the year created sufficient capital to continue to operate and to provide capital for inventory to be deployed to expand our customer base.

The Company has entered into various leases for its operating premises and equipment. Future minimum annual payments under these operating leases are as follows:

|  | Premises | Equipment | Total |
|---|---|---|---|
| 2006 | $ 191,993 | $ 85,657 | $ 277,650 |
| 2007 | 191,993 | 35,881 | 227,874 |
| 2008 | 191,993 | 10,730 | 202,723 |
| 2009 | 31,999 | 4,588 | 36,587 |
|  | $ 607,978 | $ 136,856 | $ 744,834 |

In addition, the Company has repayment obligations related to two Government of Canada loan programs. Under the Industrial Research Assistance Program (IRAP), the Company has received $362,377 which is to be repaid, as a percentage of gross revenues, over a five to ten year period commencing in October 2005. Under the Technology Partnerships Canada (TPC) program, the Company has received $123,635 to be repaid over a ten year period commencing in April 2005.

 AeroMechanical Services Ltd.

➤ 11

2 0 0 5   A N N U A L   R E P O R T

MANAGEMENT Discussion and Analysis

---

## Revenues

In 2005, revenue for the Company began to reflect the benefit of the Research and Development efforts that have been invested over the past 5 years. AMS now has products tested, certified, and installed on aircraft to generate revenue as well as inventory to continue the roll out to our new customers. Revenues are expected to grow at a significantly higher rate than our costs because the Company has the infrastructure, sales people and support organization in place to grow.

Total revenues were $511,532 and $556,127 for fiscal 2005 and 2004 respectively. In 2005, we saw a shift in our revenues to our core business of AFIRS™ - UpTime™ of $342,767 from $16,101 in 2004. Our 2005 quarterly results show a steady increase in the AFIRS™ revenue stream. AFIRS™ represented 69% of total revenues in 2005 compared to 3% in 2004.

### Revenues

| | 2005 | | | 2004 | | |
|---|---|---|---|---|---|---|
| | AFIRS™ - UpTime™ | Other | Total | AFIRS™ - UpTime™ | Other | Total |
| Q1 | $ 61,068 | $ 94,942 | $ 156,010 | $ 0 | $ 270,585 | $ 270,585 |
| Q2 | 67,292 | 48,290 | 115,582 | 0 | 91,503 | 91,503 |
| Q3 | 100,165 | 7,106 | 107,271 | 0 | 75,446 | 75,446 |
| Q4 | 114,242 | 18,427 | 132,669 | 16,101 | 102,492 | 118,593 |
| Total | $ 342,767 | $ 168,765 | $ 511,532 | $ 16,101 | $ 540,026 | $ 556,127 |

Other revenue is derived from Underfloor Stowage Units and consulting. Our revenue source shifted from hourly consulting and individual sale items to a continuous evergreen telecommunications model.

## Gross Margin and Cost of Sales

Gross margins before general and administrative expenses was $92,061 for 2005 (2004- $23,717). 2005 was a year of transition and management evaluated inventory for obsolescence by approximately $21,600 and wrote inventory down and charged cost of sales. If this write-down were excluded, normalized gross margin would have been $113,661. We are just beginning to see the effects of the AFIRS™ - UpTime™ on the our margins of our Company.

In 2004 at the early stages of AFIRS™ market penetration, AMS management made the decision to install AFIRS™ onto a fleet of aircraft to prove out the benefits of AFIRS™ - UpTime™ to the industry. In 2005, these strategic customer relationships have provided AMS and the customers with valuable real time data resulting in significant cost savings to the clients. Testimonials from these customers have assisted AMS in attracting new clients and the signing of new contracts. The results have been positive from this strategic decision.

 AeroMechanical Services Ltd.

2 0 0 5   A N N U A L   R E P O R T

## MANAGEMENT Discussion and Analysis

Cost of sales for AFIRS™ was $370,527 on revenues of $342,767 representing a loss of $27,760 in 2005. This compares to 2004's $322,695 cost of sales on revenues of $16,101 or a loss of $177,394 on AFIRS™ sales. The increase in 2005 gross margin over 2004, on AFIRS™ is primarily due to installing AFIRS™ units without charge and to a number of one time start-up fees on certain services used in the delivery of the UpTime™ services that were not repeated in 2005.

**Gross Margin and Cost of Sales**

| | 2005 | | | 2004 | | |
| | Revenue | Cost of Sales | Gross Margin | Revenue | Cost of Sales | Gross Margin |
|---|---|---|---|---|---|---|
| AFIRS™ - UpTime™ | $ 342,767 | $ 370,527 | $ (27,760) | $ 16,101 | $ 193,495 | $ (177,394) |
| Other | 168,765 | 48,944 | 119,821 | 540,026 | 338,915 | 201,111 |
| Total | $ 511,532 | $ 419,471 | $ 92,061 | $ 556,127 | $ 532,410 | $ 23,717 |

Gross Margins on other revenue was $119,821 or 71% of other revenues in 2005 compared to $201,111 or 37% in 2004.

### Net Loss, General and Administrative and Marketing Expenses

In 2005 the key driver of our performance was the timely receipt of STC approval from regulators, and the timely closing of contracts with potential customers. Delays in both of these areas were experienced in 2005. As a result, the net loss for the twelve months ended December 31, 2005 was $3,133,818 compared with $3,604,300 for the same period in 2004.

Our expense categories are not broken into departments for this year as the entire company was and is focused on getting our main product, AFIRS™ - UpTime™ out to our customers. For the twelve months ended December 31, 2005 total general and administrative expenses were $3,225,879 compared with $3,628,017 for the same period in 2004.



 AeroMechanical Services Ltd.

# 2005 ANNUAL REPORT

## MANAGEMENT Discussion and Analysis

---

### General Administrative and Marketing Expenses

| Major Expense Categories | 2005 | 2004 | Variance | Explanation |
|---|---|---|---|---|
| Salaries and benefits, third party consulting, and share compensation | 1,839,488 | 2,164,801 | (325,313) | Staff levels remained relatively the same in 2005 with salaries increasing by $21,406 over 2004. Third party consultants were used less resulting in reduced costs of $350,637 from 2004. Share based compensation increased by $3,918 over 2004. 2005 saw AMS shifting focus from research and development of AFIRS™/UpTime™ to the marketing and sales of these products worldwide. In addition, staff took salary reductions to ensure the longevity of the Company. Subsequent to December 31, 2005, staff salaries have been returned to their original levels with management continuing with their reduce salary. |
| Research and development costs | 185,058 | 373,244 | (188,186) | Development costs had reduced by $188,186 from 2004 because of less activity in research and development. |
| Office, computer services, insurance, depreciation stock exchange fees and bad debts | 396,428 | 479,703 | (83,275) | Less research and development resulted in less office expenses and computer services being used resulting in costs of $73,766 in 2005. Insurance costs were higher by $29,074 primarily due to increased costs in Director and Officers insurance premiums. Losses to bad debts was $2,291 in 2005, a reduction of $15,910 from $18,201 in 2004. Better analysis of credit risk of customers is the main reason. |
| Interest and bank charges | 301,465 | 60,601 | 240,864 | In 2005 AMS carried and issued debt and convertible debt to finance working capital. Interest paid on these debts was paid at 14% to 18%. The risk premium built into these rates was warranted given the restricted working capital requirements of the Company for most of 2005. |
| Rent | 202,752 | 124,937 | 77,815 | AMS increased its office space in 2005 to prepare for future growth. |
| Marketing | 192,458 | 291,722 | (99,264) | Sales and marketing expenses reduced to $192,458 from $291,722, a decrease of 34%. In 2005 AMS attended two trade shows in the U.S., one in Europe, one in Canada and one in Asia for a total of 5 while in 2004 we attended 8 trade shows. Our presence at these shows is expected to pay dividends in the years to come. The Company expects that expenses in marketing will increase over the next year as well because we are being invited to attend various trade shows by our partners. Marketing costs do not include salaries. |
| Damaged rental assets | 21,600 | - | 21,600 | During management's evaluation of rental assets, it was determined that certain inventory was damaged and therefore written off. |
| Professional fees | 86,630 | 133,009 | (46,379) | Legal fees were lower in 2005 because the contracts agreements for AFIRS™ and UpTime™ services were completed in 2004 and were not repeated in 2005. |
| Total | 3,225,879 | 3,628,017 | (402,138) | |

 AeroMechanical Services Ltd.

2 0 0 5   A N N U A L   R E P O R T

## MANAGEMENT Discussion and Analysis

### Summary of Quarterly Results

|  | 2005 | | | | 2004 | | | |
|---|---|---|---|---|---|---|---|---|
|  | 4th Q | 3rd Q | 2nd Q | 1st Q | 4th Q | 3rd Q | 2nd Q | 1st Q |
|  | $ | $ | $ | $ | $ | $ | $ | $ |
| Revenue | 132,669 | 107,271 | 115,582 | 156,001 | 118,593 | 75,446 | 91,503 | 270,585 |
| Loss | 1,127,856 | 600,000 | 687,659 | 718,303 | 826,433 | 829,041 | 1,148,185 | 800,641 |
| Loss/Share | 0.05 | 0.03 | 0.04 | 0.04 | 0.05 | 0.05 | 0.07 | 0.05 |

### Comments on Quarterly Statistics

Quarterly revenue streams have been shifting to monthly repeating UpTime™ revenues from specific sale of goods and consulting revenue streams over 2005. The monthly and annual UpTime™ fees will increase over-time as more aircraft are installed with AFIRS™.

Year over year quarterly losses are diminishing except for the 4th quarter 2005. The decline in losses are due to cost reductions in general and administration and reduced cost of sales.

### Research and development

Research and development costs are being expensed as incurred. The majority of R&D costs are salaries and consulting expenses related to the design, testing and manufacture of AFIRS™, and the design and testing of UpTime™. There are also expenses being incurred in the preliminary phases of AeroQ™ development.

### Foreign Exchange

All international sales of the Company's products and services are denominated in U.S. dollars. Accordingly, the Company is susceptible to foreign exchange fluctuations. In 2005, nearly 90% of the Company's gross sales were made outside of Canada compared to 80% in 2004.

### Transactions with Related Parties

During the year, the Company had the following transactions with related parties. These transactions were measured at the exchange amounts that were the amount of consideration established and agreed upon by the related parties and approximated fair market value.

a)  The Company issued 750,000 units to officers and directors of the Company at $0.40 per unit in satisfaction of debts of $300,000. Each unit consisted of one common share and one-half of one purchase warrant. One whole warrant can be exercised into one common share at a price of $0.50



# 2 0 0 5   A N N U A L   R E P O R T

## MANAGEMENT Discussion and Analysis

per warrant on or before March 31, 2007.

b) The Company issued 142,000 common shares to a director of the Company at $0.40 per share in satisfaction of debt for proceeds of $56,800.

c) Business expenses incurred by officers and directors of the Company in the amount of $141,374 (2004 - $10,000)are included in accounts payable and accrued liabilities.

### Subsequent events

**Debt Conversion**

On December 31, 2005, the Board of Directors approved the issuance of shares for debt for debt obligations against the Company. On March 9, 2006, the Company issued 5,193,977 common shares for a total value of $1,558,193 to settle the following liability obligations:

|  | Principal | Interest | Dividend | Total | Shares Issued |
|---|---|---|---|---|---|
| Accounts payable | $ 72,702 | $ 0 | $ 0 | $ 72,702 | 242,340 |
| Short term loans | 990,000 | 69,869 | 0 | 1,059,869 | 3,532,898 |
| Convertible debentures | 400,000 | 0 | 25,622 | 425,622 | 1,418,739 |
|  | $1,462,702 | $ 69,869 | $ 25,622 | $1,558,193 | 5,193,977 |

The convertible debentures were included as equity. All security including a General Security Agreement was released.

### Private Placement Offering

On January 6, 2006, the Company approved and issued a Private Placement Offering to raise $1,500,000 of additional working capital. On February 1, 2006, the Board of Directors approved the increase of the Private Placement Offering to $2,000,000. The Private Placement issued 7,692,306 units for $0.26. Each unit consisted of one common share and one-half of one share purchase warrant. Each whole warrant may be exercised to acquire an additional common share upon payment of $0.40 at anytime in the two years following the closing of the private placement. The warrants are subject to an acceleration clause whereby if AMS's common share price is equal to or greater than $0.50 for a period of 10 consecutive trading days, the Company may notify all warrant holders and issue a press release causing the warrants to be exercised within 30 days of the date of the press release, failing which the warrants expire.

The Private Placement Offering was closed in 2 tranches on February 9, 2006 and March 7, 2006 with

 AeroMechanical Services Ltd.

MANAGEMENT Discussion and Analysis

proceeds, issue of common shares, warrants and finders warrants as follows:

| Closing Date | Aggregate Raised | Finder Fees | Common Shares | Finder Warrants | Warrants |
|---|---|---|---|---|---|
| February 9, 2006 | $1,092,650 | $ 54,633 | 4,202,500 | 420,250 | 2,101,250 |
| March 7, 2006 | 1,128,780 | 46,856 | 4,341,459 | 360,431 | 2,170,732 |
| | $2,221,430 | $ 101,489 | 8,543,959 | 780,681 | 4,271,982 |

Finder Warrants can be executed to acquire additional common shares upon payment of $0.26 at any-time in the 2 years following the closing of the private placement. 420,250 Finders Warrants expire June 10, 2008 and 360,431 Finder Warrants expire July 8, 2008.



AFIRS™

IRIDIUM

Satellite

Dispatch
Operations
Maintenance

UpTime™ Server
(2 off-sites)



AeroMechanical Services Ltd.

➤ 17

## MANAGEMENT'S Report

---

April 30, 2006

The accompanying consolidated financial statements of AeroMechanical Services Ltd. and all other financial and operating information contained in this Annual Report are the responsibility of management. The consolidated financial statements have been prepared in accordance with accounting policies detailed in the notes to the consolidated financial statements and in accordance with generally accepted accounting principles in Canada.

The Company's systems of internal control have been designed and maintained to provide reasonable assurance that assets are properly safeguarded and that the financial records are sufficiently well maintained to provide relevant, timely and reliable information to management.

External auditors, appointed by the shareholders, have independently examined the consolidated financial statements. They have performed such tests as they deemed necessary to enable them to express an opinion on these consolidated financial statements.

An Audit Committee of the Board of Directors has reviewed these consolidated financial statements with management and the external auditors. The Board of Directors has approved the consolidated financial statements on the recommendation of the Audit Committee.

Darryl E. Jacobs, President             Bill Tempany, CEO



21 BLANK PAGES FOR AUDITOR'S REPORT.

Which does not contain page numbers, but would be:

page 19 - Cover of Financials
page 20 - Auditor's Report
page 21 to 39 - Financials & Notes to Financials

## CORPORATE Information

---

**Directors**
Bill Tempany              CEO of the Company
Darryl Jacobs             President of the Company, Co-Founder
Doug Marlin               President of Marlin Ventures Ltd.
Mike Brown                Partner, Geselbracht Brown
Christine Larkin          Senior Manager, BDO Dunwoody LLP/s.r.l.
Tim Morgan                President, Morgan Air

**Officers**
Bill Tempany              CEO
Darryl Jacobs             President
Murray Malley             Vice President Finance & CFO

**Auditor**                Grant Thornton LLP
Wayne Wasylyshyn          SunLife Plaza, East Tower
                          #1000, 112 - 4th Avenue SW
                          Calgary, Alberta  T2P 0H3

**Legal Counsel**          TingelMerritt LLP
Chris Croteau             #1250, 639 - 5th Avenue SW
                          Calgary, Alberta  T2P 0M9

**Transfer Agent**         Valiant Trust Company
                          #310, 606 - 4th Street SW
                          Calgary, Alberta  T2P 1T1

**Head Office**            #300, 2421  - 37th Avenue NE
                          Calgary, Alberta  T2E 6Y7
                          Tel: (403) or (866) 250-9956
                          Fax: (403) 291-9717
                          www.amscanada.com

**U.S. Office**            Suite 130-310, 2951 Marina Bay Drive
                          League City, TX  77573

**Exchange**               Toronto Stock Exchange Venture
                          Symbol: AMA
                          CUSIP: 007825 10 2

 AeroMechanical Services Ltd.