**EXHIBIT 32**

# AeroMechanical Services Ltd.

2421 37th Ave. NE
Calgary, Alberta T2E 6Y7, Canada (Map)
Phone: 403-250-9956
Fax: 403-291-9717
Toll Free: 866-250-9956
http://www.amscanada.com

Hoover's coverage by James Bryant

## Overview

AeroMechanical Services (AMS) makes simple -- and not-so-simple -- products for aerospace customers. Simple offerings include underfloor stowage units, rock guards (for plane lights and antennas) and ice shields. Not-so-simple items include data collection and transmission devices such as the Automated Flight Information Reporting System, which automatically collects and transmits flight information data; and the AirQ Cabin Air Sterilization System, which cleans cabin air. Clients primarily include commercial airlines, manufacturers, and aircraft maintenance companies.

**FREE downloadable FORTUNE 500 LIST**
- $500 Value
- Downloadable Excel Format
- Call Now: (866) 817-3532



HOOVERS
A D&B COMPANY

**FREE LIST**

## Key Numbers

| Key financials for AeroMechanical Services Ltd. | |
|---|---|
| **Company Type** | Public (TSX Venture: AMA  ) |
| **Fiscal Year-End** | December |
| **2005 Sales (mil.)** | $0.4 |
| **1-Year Sales Growth** | (4.9%) |
| **2005 Employees** | 27 |
| **1-Year Employee Growth** | (10.0%) |

**Get more Key Numbers**

**TIP:** Want to stay abreast of the latest in IPO news? **Sign up for Hoover's IPO Update newsletter** and start receiving exclusive Hoover's content delivered straight to your inbox. Each newsletter is delivered weekly to help you stay ahead of the competition.

## Key People

Key people and executives for AeroMechanical Services Ltd.

| | |
|---|---|
| **Chairman, CEO, and CFO** | William T. (Bill) Tempany |
| | Connect to this executive |
| | Hoover's can help you e-mail this executive |
| **President** | Darryl Jacobs |
| | Connect to this executive |
| | Hoover's can help you e-mail this executive |
| **Senior Manager, Business Development and Sales** | Bunny Bundell |
| | Connect to this executive |
| | Hoover's can help you e-mail this executive |

**Did you know...** Hoover's **new** ConnectMail subscription add-on lets you send direct e-mail to millions of executives. **Click here to learn more.**

## Industry Information

### First Research Industry Profiles

Aerospace Products and Parts Manufacture

### Hoover's Industries

Aerospace & Defense
    Aerospace & Defense Parts Manufacturing

### More Industry Information

**TIP:** See what companies are creating the biggest impact each week with Hoover's Hottest Companies newsletter. **Sign up now** and start receiving exclusive Hoover's content delivered straight to your inbox. Each newsletter is delivered weekly to help you stay ahead of the competition.

## Industry Watch

Industry analysis videos for the industries of AeroMechanical Services Ltd.

**Cowen & Company Analyst Cai Von Rumohr** (2:53)
07/25/07 12:15ET - Rumohr discusses Boeing's earnings.

**View more industry interviews**