**EXHIBIT 33**





Home
Membership
Past Presenters
Event Registration
Chapter Locations
Upcoming Events
Contact Us



| Index | Last Trade | Change |
|---|---|---|
| SP TSX Comp | 13365.83 | -23.99 ↓ |
| SP TSX Vent | 2608.15 | 6.67 ↑ |
| Dow | 13176.06 | -31.21 ↓ |
| Nasdaq | 2609.28 | 8.27 ↑ |
| NYSE | 9562.51 | -23.56 ↓ |
| SP 500 | 1449.32 | -3.68 ↓ |

## Fund Manager & CEO Interviews

# AeroMechanical Services Ltd.

Video Presentation May 9, 2007

## Corporate Information

**News / Company Snapshot / Price History / Charts**

**AeroMechanical Services Ltd. (AMS)**

AMS is a publicly traded company (TSXV: AMA) with our head office in Calgary, Canada. We specialize in developing, testing, manufacturing and certifying value added solutions for the aerospace industry in Canada and around the world. We are a Transport Canada Approved Manufacturing Organization endorsed for the manufacturing and distribution of aeronautical products. Our clients include international airlines, manufacturers, maintenance organizations and government and research organizations located worldwide. We have been providing products and services to our clients since 1998.

The management team of AMS is made up of people with an intense, ongoing interest in the aviation and aerospace industry. Our team draws on experience, training and enthusiasm to create powerful, economical solutions that fit the needs of our customers.

**Experience**

AMS has been involved in projects all over the world and maintains contacts in North and South America, Europe, the Middle East and Asia. Our staff has extensive backgrounds in aeronautical product certification, engineering, aircraft maintenance and manufacturing, and product support. Our team draws on experience, training and enthusiasm to create powerful solutions that fit the needs of the industry. All of our staff members maintain their government and technical certifications and participate in ongoing self-improvement.

Project experience at AMS includes the design of aerospace related products, aircraft structural and system modifications, avionics installations, tooling design, contract maintenance of commercial aircraft, training manual development and aircraft maintenance and operations familiarization training.

**Vision**

AMS will provide cost effective solutions for our customers through creative thought and application of industry best business practices.

**Mission**

To deliver economical, safe and efficient solutions to the aerospace industry by listening intently to our customers and allowing our people the creative space and time to deliver safe and efficient products for our customers. Through providing exceptional value to our customers, we will create value for our shareholders.

## Contact:

**The Howard Group Inc.**
**David Gordon - Senior Associate**
#1200, 640 - 8th Avenue SW
Calgary, Alberta T2P 1G7
**Telephone:** 403-221-0915
**Fax:** 403-237-8387
**Email:** david@howardgroupinc.com

**AeroMechanical Services Ltd.**
300, 2421 - 37 Ave NE
Calgary AB T2E 6Y7
**Telephone:** 403-250-9956
**Fax:** 403-291-9717
**Email:** info@amscanada.com



Copyright@ 2006 The Richmond Club
300A—219 Dufferin Street and Liberty
Toronto, ON, Canada, M6K 1Y9
Phone: (416) 640-1002
Fax:    (416) 946-1835
Email: sbarber(at)richmondclub.com