**EXHIBIT 34**





Home    About Us    Services    A Point of View    Links    Contact & Photos



Technical Excellence &
Creative Solutions


FAA Form 337's

TC/STC Projects

PMA Projects

Six Sigma
Statistical
Analysis

Process
Development/
Improvement

**BACK TO PRESS RELEASES**

**Davidson Engineering Resources will provide engineering and FAA DER certification services for the integration and FAA STC of the Automated Flight Information Reporting System (AFIRS™) developed by AeroMechanical Services USA, Inc. on Aloha Airlines 737-200 and 737-700 aircraft.**

0612/04 Tucson, AZ June 12, 2004--Davidson Engineering Resources, Inc. an association of Federal Aviation Administration (FAA) Designated Engineering Representatives (DER), and provider of aircraft engineering and FAA certification services, has been selected by AeroMechanical Services USA, Inc. to provide certification and engineering services for the STC of the AFIRS™ 220 on Aloha Airlines 737-200 and 737-700 aircraft.

The AeroMechanical Services USA Inc., AFIRS™ 220 system is an avionics unit that collects aircraft performance data automatically, via data bus interfaces. The aircraft data is then transmitted to a ground station from the aircraft via satellite, for immediate analysis and generation of reports for various individual aircraft and/or the total fleet. The complete raw data is stored on the built-in flash card making the AFIRS™ unit also a Quick Access Recorder (QAR).

AeroMechanical Services USA is the US subsidiary of the parent company based in Calgary, Alberta. AMS Calgary accomplishes the design and build of the AFIRS™ 220 system. Also, AMS Calgary markets and supports other innovative solutions for the global airline business. AMS is positioned to become the leader in aviation data recording and reporting sector through its' innovative AFIRS™ 220 data collection and transmission devices. AFIRS™ 220, in conjunction with Uptime™, provides business-critical data to subscribers where and when they need it.



AeroMechanical also delivers an innovative Underfloor Stowage Unit, which provides significantly increased flight deck safety and utility to flight crews. Finally, the announcement of AirQ™, a ground breaking technology to effectively remove pathogens from the air-conditioning systems of aircraft, is receiving wide interest from the aviation industry.

Aloha Airlines provides frequent, convenient, all-jet service connecting the five major airports in the State of Hawaii. Aloha also provides the fastest, most efficient way to move air cargo between any of the islands.

Aloha's unique Trans-Pacific service brings the Spirit of Aloha to Oakland in the San Francisco Bay Area, Orange County's John Wayne Airport and Burbank's Bob Hope Airport in the heart of Southern California, Las Vegas, Phoenix, Reno, Sacramento and Vancouver, B.C. Aloha's Pacific routes connect Hawaii to Kwajalein and Majuro in the Marshall Islands, Pago Pago in American Samoa and Rarotonga in the Cook Islands.

Aloha has also earned a reputation as the innovator in inter-island travel as the first carrier in Hawaii to offer Drive-Thru Check-In, Curbside Check-in, Express Kiosk Check-in and Electronic Ticketing.


Key customer benefits of the AFIRS 220™ system are.

-Secure, accurate, timely information about your fleet
-Aircraft usage data
-Aircraft condition and location
-Active monitoring
-Increased data accuracy and operational efficiency
-Reduce flight data collection costs
-Eliminate errors from manual data entry
-Worldwide monitoring and access through the Internet
-Enable a "single point flight data source" for your entire operation

"The data and hardware development and initial installations have gone very smoothely. The experts at AMS have developed a system that is a snap to install.", says Jim Davidson FAA DER and President of Davidson Engineering Resources, Inc. "I am very impressed with the expandability potential of the AFIRS 220™ unit. I can see that unit performing many functions currently not readily available on commercial aircraft.", says Davidson.

For Information: www.Davidson-DER.com Contact: Jim Davidson, FAA DER

President jimdavidson@davidson-der.com Phone (520) 977-9824 Fax (520) 546-4242

Contact: Roger Martyna, FAA Structural DER Rmartyna@aol.com Phone (205) 965-6985 Fax (801) 760-3205

www.amscanada.com Darryl Jacobs, President djacobs@amscanada.com Phone (403) 291-7434 Fax (403) 291-9717

**Davidson Engineering Resources, Inc.**      **Phone** (520) 977-9824      **Fax** (520) 232-3660
Due to excessive Spam, all email hyperlinks from this web site have been disabled - please use the following AOL account FAADERServices @ AOL . COM .



**News Release**                                                December 4, 2006

**AeroMechanical Services Ltd.**                               (TSX-V -AMA)

### FAA STC For AFIRS Global Voice Received, Chinese Installs Begin

CALGARY, ALBERTA - **AeroMechanical Services Ltd. (the "Corporation" or "AMS")** is pleased to announce that subsequent to the successful test flight of AFIRS Global Voice in August of 2006 it has now received the FAA Supplemental Type Certificate (STC) for AFIRS Global Voice to be installed on the Boeing 737 NG.

The approval of this document from the FAA has been long anticipated by both AeroMechanical and its customers in China. With the approval process complete, the first order of AFIRS Global Voice units has already been shipped and installs for the China Eastern fleet of 65 737 NG aircraft are scheduled to begin during December 2006.

AeroMechanical expresses its gratitude to ADCC (Aircraft Data Communications Company), its client in China, for their patience while the three government agencies (China, Canada and the USA) concluded their reviews and approval of the AMS STC.

**About AeroMechanical Services Ltd.**

AeroMechanical Services Ltd. provides proprietary technologies and services designed to reduce costs and improve safety and efficiencies in the airline industry. The company has successfully commercialized three products and associated services currently marketed to airlines, manufacturers and maintenance organizations around the world. Its premier technology Automated Flight Information Reporting System (AFIRS™) and UpTime™ allows airlines to monitor and manage aircraft operations in real time, all the time, anywhere on the planet.

**For further information contact:**

AeroMechanical Services Ltd.                    The Howard Group Inc.
Bill Tempany                                    Investor Relations
CEO                                             Grant Howard/ David Gordon
Ph: (403) 291-7436                              Ph: (888) 221-0915
Email:btempany@amscanada.com                    Email: info@howardgroupinc.com
www.amscanada.com                               www.howardgroupinc.com

*AFIRS, UpTime, AeroQ and Smart Box are Trade Marks of AeroMechanical Services Ltd.*

*The TSX Venture Exchange has not reviewed and does not accept responsibility for the adequacy or accuracy of this press release.*

NOT FOR DISTRIBUTION TO UNITED STATES NEWSWIRE SERVICES OR FOR DISSEMINATION IN THE UNITED STATES