**EXHIBIT 35**



About Us | My Account | No items in your cart

Search  Business News  [ ] GO!

Find Articles by Publication

- Home
- Company Profiles
- Industry Information
  - Industry & Market Reports
  - Business News
- Business Development Resources
  - Business Leads
  - Business Directories
- Business Management Resources
  - Business Plans
  - Business Encyclopedias
  - Online Courses
- U.S. Job Search

Username: [ ]
Password: [ ]
LOGIN  Forgot your password?

Ads by Google

## AeroMechanical Services Ltd. announces Aloha Airlines to install AeroMechanical Flight Data products on entire fleet of Boeing 737 - 200 and -700 aircraft.

Publication Date: 06-APR-04
Publication Title: M2 Presswire
Format: Online
Company: Aloha Airlines Inc.
Author:

Ads by Google

**Mater. Handling Conveyors** We Are Designers & Builders Of Custom Conveyors. Buy Direct!

**Conveyor Systems** All types of conveyor systems Free Conveyor Tech Info online

**Aerospace Tech Jobs in WA** Dice - Career Hub for Tech Insiders 95K+ Quality IT Positions Available

Read this article now
**Try Goliath Business News – FREE!**
You can view this article **PLUS...**
» Over 5 million business articles
» Hundreds of the most trusted magazines, newswires, and journals (see list)
» Premium business information that is timely and relevant
» **Unlimited Access**

Now for a Limited Time, try Goliath Business News Free for 7 Days!

[Start My FREE Trial]

Tell Me More   Terms and Conditions

[Add to cart]  Purchase this article for $4.95

**Aloha Networks**
Cerona purchased Aloha Networks DVB/SAMA VSATs available here
www.cerona.com

**Aloha**
More Sources - Better Results Metasearch Aloha now!
webcrawler.com/Aloha

**Aloha Airlines**
Plan Your Hawaii Getaway Today. Special Online Deals. Book It Now!
www.AlohaAirlines.com

**Aloha MLS Listings**
Free Online MLS Search Sign Up Now! Find Homes for sale like Realtors
freehomeinfoservice.com

**Aerospace Manufacturing**
Aerospace Manufacturing guide Assisting your web search!
MyPurchase.net

### Description

M2 PRESSWIRE-6 April 2004-Aero Mechanical Services Ltd.: AeroMechanical Services Ltd. announces Aloha Airlines to install AeroMechanical Flight Data products on entire fleet of Boeing 737 - 200 and -700 aircraft(C)1994-2004 M2 COMMUNICATIONS LTD

RDATE:04052004

Calgary, Alberta CANADA -- Aero Mechanical Services Ltd. (AMA - TSX Venture), (http://www.amscanada.com)(AMS"), an innovative provider of aircraft data capture, reporting and data transmission solutions to the global aviation industry, is pleased to announce it has reached an agreement with Aloha Airlines Inc. to equip the entire Aloha fleet of Boeing 737 model 200 and 700 aircraft with AMS' AFIRSTM data collection and transmission device. In addition, Aloha Airlines will utilize AMS' UpTimeTM services to provide near...

**More articles from M2 Presswire**
Bombardier Responds To Press Reports On Activity In Russia., 04-DEC-07
FDA Launches E-mail Alert Subscription Service through Public Web site., 04-DEC-07
Under Secretary Burns Travel to Singapore and Australia December 3-6., 04-DEC-07

**Looking for additional articles?**
Click here to search our database of over 3 million articles.

Advertising, Refund Policy, Contact Us, Site Map, Add to del.icio.us, Customer Service, How to Buy, Frequently Asked Questions

Use of the Goliath service and this Web site constitutes acceptance of our Terms & Conditions and Privacy Policy.

Copyright © 2007, The Gale Group, a part of Cengage Learning, All Rights Reserved