**EXHIBIT 36**

## Meggitt press release

### Meggitt moves into real time flight data transmission
13 June 2006

Meggitt, the aerospace, defence and electronics group, has struck an agreement with AeroMechanical Services (AMS) that could revolutionise the use of flight and engine data by transmitting it in real time to airline and helicopter companies' financial, operational and maintenance decision-makers and aircraft and engine-owners with inclusive lease contracts.

They will be able to control costs and manage assets better, streamlining logistics support, increasing efficiency and improving safety using the early trend and accurate usage data that has been collected continuously and autonomously in flight—just 20 seconds after the point of collection and initial processing, transmission to a ground station and further processing into operationally-useful information.

The Meggitt-AMS agreement involves the joint marketing of the group's industry-leading, condition monitoring systems with AMS's on board Automated Flight Information Reporting System (AFIRS)—an airborne autonomous data collection and reporting tool that covers condition and operations—and a ground-based processing and delivery system (AFIRS - UpTime). Meggitt has an exclusive licence to use, market and integrate these certified products with its specialist fixed wing engine monitoring units and helicopter Health and Usage Monitoring System (HUMS).

Using on-board equipment that weighs just 10 lbs, and the speedily processed and transmitted data from it, operators can perform many tasks including tracking the plane in which the equipment is installed anywhere on the planet on an ASD system, Google Earth or over the web; telephoning pilots to discuss engine status and reduce the cost of an exceedence instantly; generating OOOI—Out, Off, On and In—reports quickly and accurately to enable exact payment of crews and precise scheduling of component maintenance; and planning maintenance in a continuum using the engine trend reports generated without pilot intervention from the moment an aircraft becomes airborne.

AFIRS offers significant benefits to the rotary wing sector. As the integration of Health and Usage Monitoring Systems (HUMS) becomes more prevalent on helicopters, AFIRS can process and transmit HUMS data at regular intervals during flight to ground support engineers anywhere in the world. With additional features including flight tracking and two-way communications, AFIRS enables operators to closely monitor their fleets all the time they are flying—wherever they are—easing operational and support logistics as well as contributing to flight safety. Meggitt say interest in AFIRS for rotary wing operations has already been expressed by helicopter constructors as well as a major offshore oil operator.

**More about AFIRS**
AFIRS is the 'smart' 10 lb box incorporating a data processor with mass memory, flight data recorder, GPS receiver and a modem for Iridium satellite communications (the worldwide network with no gaps). It processes data on the aircraft during flight and can be readily programmed to transmit selected data to the secure ground-based server at regular intervals. AFIRS can be programmed to select specific messages from aircraft data buses, perform additional processing and transmit according to scheduled and unscheduled events. Data can also be transmitted back to the aircrew or sent back to the AFIRS.

**More about AFIRS - UpTime**
AFIRS - UpTime, a ground-based IBM computer system, processes

the transmitted data further and delivers operationally-useful reports to a variety of decision-makers in any organisation such as maintenance, operations and finance via email, website or SMS. The elapsed time between an onboard event and the receipt of a report by appropriate personnel is less than 20 seconds via secure internet methods, allowing airlines to monitor and manage aircraft operations continuously, in real time, anywhere in the world.

**Standardised and customised reporting**
The format and type of real time reporting to individuals and groups is specified by customers but the service includes essential standard outputs such as aircraft movement messages and flight follow, engine trend and engine and operational exceedence reports for early actionable warning of equipment failure or degradation. AFIRS provides real time tracking of aircraft in remote areas, transmits additional data such as local weather and accurate flight or duty times. Whatever it collects, AFIRS does so consistently and automatically to facilitate high quality analysis.

**What AMS says**
Bill Tempany, CEO of AMS, stated: "The time and money saved through AMS's automated flight information reporting system has been proved with a growing customer base which Aloha Airlines, Skyservice and LIAT.

"Working with Meggitt means we can work directly with the OEMs so airframes can be delivered direct from the factory with our products installed—which is what our customers are asking for: optimised integration and delivery of aircraft information for next generation aircraft operations and support concepts. It is certified for use on various aircraft types include Boeing 737s and, as the data interface includes several standard ARINC formats, it can be fitted to a wide range of aircraft types."

**What Meggitt says**
Richard Hayden, Vice President of Meggitt's aerospace systems division, stated, "This joint initiative completes Meggitt's sensor-to-answer condition monitoring vision. It adds immense value to our vibration and on-engine monitoring and health and usage monitoring systems and data acquisition units.

"Flight data affects every part of the airline and helicopter operator business and the ability to make informed decisions quickly is critical if cost is to be minimised—whether for in-flight problem-solving or in-flight maintenance planning. Now we can ensure that the data that comes out of our first-class monitoring systems gets to who needs it in a useable form in a matter of seconds, helping keep aircraft well maintained, safe and available for on-time service. Together our systems will provide an extremely powerful asset management tool for customers in all segments of the aviation industry."

**ENDS**

For further information please contact:

Fiona Greig
Group PR Executive
Tel: +44 (0) 1202 597587
Fiona.greig@meggitt.com

Richard Hayden
Meggitt Aerospace Systems
+1-(978)-440-780
richard.hayden@meggitt.com

Darryl Jacobs, President
AeroMechanical Services Ltd
(403) 291-7434

djacobs@amscanada.com

Murray Malley, VP Finance and CFO
AeroMechanical Services Ltd
(403) 291-7427
mmalley@amscanada.com

**EDITOR'S NOTES**

### 1. Looking at AMS from a regional operator's perspective

*By John McCaskill, Customer Relationship Manager, AMS (see end for contact details)*

Somewhere in the Caribbean, a DHC8-300 accelerates down the runway, rotates and becomes airborne. At the moment its wheels leave the ground, an AFIRS unit on board the aircraft sends two small files. In less than 15 seconds these files are transmitted from the aircraft, received on the ground, reformatted into custom reports, forwarded to and received by the client and their third-party vendor, half a world away.

One of the two reports is a standard aircraft movement message that updates the operator's fleet management software alerting them to the aircraft's departure. The other is a snapshot of the engines' performance at the time of lift-off so that the aircraft's engines performance can be monitored over time.

**AFIRS - UpTime**
All this is the work of the AFIRS - UpTime system by AeroMechanical Services. The AFIRS unit (Automatic Flight Information Reporting System) is a 10lb box containing an FDR (Flight Data Recorder) analyser, GPS (Global Positioning System) chip and an Iridium satellite communications modem. The AFIRS unit is essentially a computer with one program running on it. Every second, this program analyses the information being recorded by the FDR and applies a set of business rules to determine what action to take when certain events are detected.

When that DHC8 in the Caribbean lifts off, the AFIRS unit senses the weight-off wheels signal. In one second, it records the date, time, latitude and longitude, and track over ground (from the GPS). In that same second, the AFIRS unit also records the torque, engine temperature, propeller rpm, high and low pressure turbine speed, fuel flow, outside air temperature, pressure altitude, and indicated airspeed for both engines. This information is bundled into a file and sent to the Iridium satellite communications system and forwarded to the AFIRS UpTime ground application.

The AFIRS UpTime ground application is the database that receives files from AFIRS equipped aircraft, reformats them to customer's specifications, and sends reports to customers, or designated third-party contractors. These reports can be in a number of formats ranging from the tried-and-true Teletype messages to modern computer languages such as XML. The delivery to the client can be done through simple email distribution, ftp to the client's server or sftp.

**Standard reports**
Although the AFIRS - UpTime system is customisable for each customer, there are a number of standard reports all customers want. The most common of these are: Aircraft Movement Messages, Flight Follow Reports, Engine Trend Reports, Engine Exceedence Reports and Operational Exceedence Reports.

*Aircraft Movement Messages* are collectively known as OOOI reports: Out, Off, On and In. When an aircraft first starts to move for a flight, this is known as the Out time. The time the aircraft becomes airborne is referred to as the Off time, and when it lands,

this is the On time. The time the aircraft parks at the gate is known as the In time.

These four times are all important to airlines. Crews are generally paid based on Block time (Out to In), and aircraft maintenance is carried out based on Flight time (Off to On). Getting these times quickly, accurately, reliably, and consistently is a huge benefit to airline operations and maintenance departments.

*Flight Follow Reports* enable the operator to track their aircraft. Every five minutes the AFIRS unit sends a position report, indicating the airspeed, ground speed, altitude, latitude and longitude, date and time, track over ground, and magnetic heading. These can be displayed in the airline's ASD system, on Google Earth, or over the web.

*Engine Trend Reports* are a snapshot of how the engine is performing at designated times during the flight. The AFIRS unit captures engine parameters the moment the aircraft becomes airborne, and again five minutes after the aircraft levels off at cruise altitude. It does this automatically, without any pilot intervention.

These Engine Trend Reports are used in the analysis of engine performance over time. This allows the operator, or their designated third-party vendor to determine how their engines are performing, and plan maintenance action based on accurate, consistent and up to date information.

*Engine and Operational Exceedence Reports* alert the operator whenever the aircraft or its engines are being operated outside of the manufacturers specified limits. For example, if an engine torque value is detected above a specified limit, the AFIRS unit creates an exceedence file. This file is sent to the AFIRS - UpTime system after a specified period of time, or the condition returns to the normal operating range. When the exceedence file is received by AFIRS - UpTime it alerts the operator via the web, email, pager alert, or an SMS message.

The advantage to automatic data collection is to do it consistently, accurately, reliably and then
and deliver it quickly to someone who can use the data. This fusion of consistency, speed and operationalisation of information encapsulates the value of the AFIRS - UpTime service.

John McCaskill
Customer Satisfaction Manager
001 403 470 2757
Jmccaskill@amscanada.com


2. **AMS AFIRS facts**

i. AMS's Automated Flight Information Reporting System™ (AFIRS) is an airborne autonomous data collection and reporting system.

ii. It compliments and adds value to existing Meggitt product lines including engine health and vibration monitoring and Health and Usage Monitoring Systems (HUMS).

iii. It can be fitted to a wide range of aircraft types as the data interface includes a number of standard ARINC formats.

iv. AFIRS has been proven in service with a number of airlines and is certified for use on various aircraft types including Boeing 737s.

v. A particular benefit of this system is that it processes data on the aircraft during flight and can be readily programmed to transmit selected data to the secure ground-based server at regular intervals. This data is processed and redirected to wherever the customer needs it as an email, into a website or even

as a text message to a mobile phone. Data can also be transmitted back to the aircrew or data sent can be sent back to the AFIRS.

vi. The system uses the Iridium satellite network, which has comprehensive secure worldwide coverage.

vii. The unit provides early actionable warning of equipment failure or degradation, which can include trend data, exceedences, vibration or event alerts.

viii. Additional benefits:

a. AFIRS™ provides real-time tracking of aircraft in remote areas
b. Transmits additional data such as local weather
c. Transmits accurate flight or duty times
d. Collection of data on operations and condition is automatic and consistent

ix. AFIRS offers real benefits to aircraft operators (fixed or rotary wing, civil or military) by increasing efficiency, improving safety and reducing the support logistics footprint. In particular, owners of aircraft or engines on inclusive lease contracts (Power by the Hour®) will benefit from early trend and accurate usage data.

**3. About AeroMechanical Services Ltd ((TSX.V:AMA):**
AeroMechanical Services Ltd provides proprietary technologies and services designed to reduce costs and improve efficiencies in the airline industry. The company has successfully commercialised three products and associated services currently marketed to airlines, manufacturers and maintenance organizations around the world. Its premier technology Automated Flight Information Reporting System (AFIRS™) and AFIRS UpTime™ allows airlines to monitor and manage aircraft operations in real time, all the time, anywhere on the planet. www.amscanada.com

**4. About Meggitt PLC:** Headquartered in the UK, Meggitt PLC is an international group of companies operating in North America, Europe and Asia. Known for its specialist extreme environment engineering, Meggitt is a world leader in the aerospace, defence and electronics industries. Meggitt Aerospace Systems, one of five Meggitt strategic business units, designs and makes airborne and ground-based engine and machinery condition monitoring systems, avionics, and flight controls. Its operating companies include the Vibro-Meter group (Switzerland, UK and US), Meggitt Avionics (UK), and S-TEC Corporation (US). www.meggitt.com

**Press release list**

