**EXHIBIT 37**

# Aviation.ca - Your Number One Source for Canadian Aviation News, Jobs and Information!

| News | Articles | Thursday, 06 December 2007 |

Home ▸ News ▸ Business Aviation ▸ AeroMechanical helps Indian Air Force pilots break world record

## AEROMECHANICAL HELPS INDIAN AIR FORCE PILOTS BREAK WORLD RECORD

**Written by AeroMechanical**
**Thursday, 30 August 2007**

CALGARY - The head pilot of a risky, record-breaking world flight in a tiny aircraft said no plane should leave the ground without the tracking and communications equipment AeroMechanical Services Ltd. provided for his round-the-earth odyssey.

Indian Air Force (IAF) Wing Commander Rahul Monga and his co-pilot Wing Commander Anil Kumar landed their tiny micro light plane in New Delhi Aug. 19th, shaving an eye-popping 19 days off the previous world record for a similar aircraft.

In the 79 days the two took to fly 40,497 kms, Monga said he was able to rest easier knowing no matter where they flew, India-based air force control officers were just an on-board phone call away.

In addition, in the worst-case scenario where the two might have had to make a forced landing, those control officers sitting in an air force base near New Delhi always knew precisely where Monga and Kumar were and could call in rescue officials no matter how remote the location.

That's a luxury not available to commercial passenger jet pilots who are out of radar or radio contact in large swaths of the world where there are no land-based transmission towers.

AeroMechanical's proprietary technology is satellite based so there is no spot in the world left uncovered.

"Every aircraft should have this technology on board," Monga said in an interview after his flight over one of the 19 countries the two crossed. "The communication was fantastic and helped me shave days off the existing record by frequent route alterations and in-flight communications. It was also a very good flight safety aid and would have proven invaluable in any survival situation if the need had arisen," Monga added.

To view the Indian Air Force journey in Google Earth click here or type http://www.amscanada.com/download.htm into your web browser and follow the links.

The technology AeroMechanical provided is a lightweight, scaled-back version of that provided for large aircraft.

The full technology can also monitor up to 2,000 sensors on an aircraft and beam any anomaly in real time back to the airline company. It saves airlines up to $100,000 per aircraft per year through better maintenance, operations and scheduling.

The roster of AeroMechanical's current customer list of 19 airlines includes such diverse carriers as Aloha Airlines, which flies trans pacific and inter island routes, DAC Aviation, which provides services in the remotest parts of Africa and Skyservice, whose aircraft alternate between North American and European home bases as seasonal loads vary.

AeroMechanical CEO Bill Tempany said he was glad his company was able to assist in the creation of a new world flying record in an aircraft that with pilots, fuel and baggage weighs less than 500 kilograms.

"Our technology works in everything from a very small aircraft to some of the biggest aircraft in the world," Tempany said, noting his company just installed the technology in a Boeing 767 passenger jet that has a maximum takeoff weight of roughly 160,000 kilograms or 352,000 pounds. In addition, AeroMechanical is working toward an installation on an Airbus A330 this fall.

About AeroMechanical Services:

AeroMechanical Services Ltd. provides proprietary technologies and services designed to reduce costs and improve efficiencies in the airline industry. The corporation has successfully commercialized three products and associated services currently marketed to airlines, manufacturers and maintenance organizations around the world. Its premier technology Automated Flight Information Reporting System (AFIRS) and UpTime allows airlines to monitor and manage aircraft operations in real time, all the time, anywhere on the planet.

No Comments.

**Discuss this article on the forums. (0 posts)**

**LATEST NEWS**
- MDA Acquires U.S.-Based Alliance Spacesystems
- AeroMechanical Services Receives First Purchase Order For China
- WestJet Reports Record November Load Factor of 75.6 Per Cent
- ACE Aviation Holdings Inc. to repurchase up to CDN$1.5 billion of its Class A variable voting shares
- AeroMechanical Services Ltd. announces filing of motion to dismiss
- Canadians speak out on rudeness ahead of the holiday travel season
- NORAD's Santa-Tracking Website Opens for 2007 Season
- Air Canada Jazz inaugurates the only non-stop seasonal service between the Yellowknife and Vancouver
- AIR FORCE SEARCH AND RESCUE TECHNICIANS JUMP TO THE RESCUE NEAR ARMSTRONG, ONT.
- Air Force personnel running the show at Kandahar Airfield
- Innotech Aviation Paint Facility Rising in Montreal
- Aerospace association appoints new CEO
- Canada's Aviation Hall of Fame Names Inductees for 2008
- Cargojet Announces New Trustee
- Canadian Air Force Officer helping USAF test aerial operation systems

About Us | Contact Us | Link To Us | General Use Agreement | Advertise

©Skytech Dynamics Corporation - Aviation.ca 1996 - 2007