**EXHIBIT 38**

# Meggitt at a glance

**Contents**

01 > Headquarters
02 > Group activity
03 > Financial highlights
04 > Strategy
05 > Sales
06 > Group structure
07 > Recent acquisitions
08 > Recent disposals
09 > Board of directors
10 > History
11 > Contact

01 >

## Headquarters

Atlantic House
Aviation Park West
Bournemouth International Airport
Dorset BH23 6EW
United Kingdom

T: +44 (0)1202 597597
F: +44 (0)1202 597555

www.meggitt.com

02 >

## Group activity

The Meggitt group designs and makes high performance components and systems for aerospace and defence but applies its core sensing and controls technologies to land and marine-based gas turbines and the medical, mainstream industrial, test engineering and transportation sectors. Meggitt's **aerospace equipment** businesses include wheels and brakes and anti-skid systems, thermal management systems (environmental control and ice protection), fluid control products, fire, overheat and smoke detection and polymer and composite seals. Its **sensing systems** businesses cover aerospace and industrial condition-monitoring, high-performance sensing and avionics. The group's **defence systems** businesses cover training systems (live and virtual fire) and combat support (ammunition-handling, environmental control and countermeasure launch and recovery).

The group's key customers include Agusta Westland, Airbus, BAE Systems, Boeing, EADS General Dynamics, Lockheed Martin, Raytheon, Rolls-Royce, the UK Ministry of Defence and US Department of Defense.

The group employs c. 8,000 people across 33 operating companies.

03 >

## Financial highlights

Quoted on the London Stock Exchange and in the FTSE 250, Meggitt's market capitalisation in December 2006 was just over £1.4 billion.

In the year ended December 31, 2006, sales were £670.3 million yielding a profit of £132.7 million (underlying profit before tax).

Product development spend over the past five years was c. £130 million, averaging six per cent of sales per annum.

# Meggitt at a glance

04 >
## Strategy

To be among the upper quartile performers in its sectors – aerospace and defence primarily – complemented by niche positions that include land and marine-based gas turbine operations. Meggitt balances its businesses across market segments; develops and protects strong intellectual property linked to stable, growing aftermarkets; reinforces organic growth with acquisitions; and invests in people, facilities, operations and strategy-led technology development. Its evolving group infrastructure is designed to ensure that its companies work together to benefit customers and operations.

05 >
## Sales in 2006 across market segments, customers and countries

**Market segments**



| | Percentage of group turnover |
|---|---|
| ■ Aerospace equipment | 53.2 per cent |
| ▨ Sensing systems | 32.7 per cent |
| ☐ Defence systems | 14.1 per cent |

**Customers**

In 2006, the US Department of Defense was Meggitt's largest customer. Other major customers included Agusta Westland, Airbus, BAE Systems, Boeing, EADS, General Dynamics, Lockheed Martin, Raytheon, Rolls-Royce and UK Ministry of Defence.

**Markets**



| | Percentage of group turnover |
|---|---|
| ■ Civil aerospace | 44 per cent |
| ▨ Military | 39 per cent |
| ☐ Other markets | 17 per cent |

**Civil aerospace**



| | Percentage turnover |
|---|---|
| ■ Large jets OEM | 22 per cent |
| ▨ Other civil OEM | 22 per cent |
| ☐ Aftermarket | 56 per cent |

**Military**



| | Percentage turnover |
|---|---|
| ■ OEM | 68 per cent |
| ☐ Aftermarket | 32 per cent |

**Other markets**

| | Percentage turnover |
|---|---|
| ■ Aerospace derivatives | 58 per cent |
| ☐ Non-aerospace electronics | 42 per cent |

# Meggitt at a glance

**Country of destination**



| | Percentage of group turnover |
|---|---|
| ■ UK | 16 per cent |
| ▨ Rest of Europe | 23 per cent |
| ☐ North America | 49 per cent |
| ▩ Rest of World | 12 per cent |

**Country of origin**



| | |
|---|---|
| ■ UK | 35 per cent |
| ▨ Rest of Europe | 14 per cent |
| ☐ North America | 49 per cent |
| ▩ Rest of World | 2 per cent |

06 >

## Group structure

**Turnover 2006** (by market segment)

| | |
|---|---|
| Aerospace equipment (including aerospace braking systems) | £356.6 million |
| Sensing systems | £218.9 million |
| Defence systems | £94.8 million |

### Aerospace equipment

| | |
|---|---|
| Key capabilities | Thermal management systems, fluid controls, safety systems and polymers and composites |
| Facilities | UK and USA |
| Operating companies | Avery Hardoll, Dunlop Bestobell, Dunlop Equipment, Heatric, Keith Products, Meggitt Airdynamics, Meggitt Fuelling Products, Meggitt Safety Systems, Meggitt Silicone Products, Meggitt Thermal Systems, Serck Aviation, Stewart Warner South Wind and Whittaker Controls |
| Key customers | Airbus, Boeing, General Electric, Lockheed Martin, Northrop Grumman, Rolls-Royce and Westland |

The aerospace equipment group integrates environmental control systems for business jets and general aviation and, for large commercial and military jets, designs and manufactures pneumatic and hydraulic valves, fire and smoke detection systems, ducting and polymer seals for engines and airframes and mineral-insulated (silicon dioxide) cables for aircraft wiring systems. Heat exchangers include printed circuit models (unique heat transfer equipment for the hydrocarbon processing industries). The group also provides repair and overhaul services for its products and has a strong 'aftermarket' organisation.

In 2002, the group acquired a high integrity radio frequency cable line from Kaman Aerospace Corporation and in 2003 acquired Meggitt Airdynamics, specialists in custom-built pumps, fan and compressors for aerospace, defence and naval applications.

In 2004, the group acquired Dunlop Ice Protection & Composites, specialising in electro-thermal de-icing technology; Dunlop Precision Rubber, specialising in seal profiles in reinforced polymers and related complex structures (merging with Bestobell Aviation to form Dunlop Bestobell); and Dunlop Equipment, Serck Aviation and Stewart Warner South Wind, specialising in fluid solutions for aircraft thermal management and air handling systems.

In 2005, the group acquired Avery-Hardoll, which produces aerospace ground refuelling equipment and in 2006, Keith Products which supplies compact air conditioning systems for business jets and general aviation aircraft.

# Meggitt at a glance

**Aerospace braking systems**

| | |
|---|---|
| Key capabilities | Wheels, brakes and anti-skid systems |
| Facilities | Belgium, Canada, Singapore, UK, USA |
| Operating companies | Dunlop Aerospace Braking Systems |
| Key customers | Airbus, ATR, BAE Systems, Boeing, EADS, Gulfstream, Raytheon, UK Ministry of Defence and US Department of Defense |

Specialises in the design and manufacture of high performance, highly reliable braking technologies for aircraft. These include hydraulically-actuated carbon composite and steel brakes and mechanical and digital anti-skid brake control systems. Currently developing electrically-actuated carbon composite brakes (known as the Ebrake™) designed to exceed current standards of reliability, operating cost and flight readiness.

In March 2007, Meggitt announced its proposed acquisition of K&F Industries Holdings Inc, a supplier of aircraft wheels, carbon and steel brakes and brake control systems for military and civil aircraft through the Aircraft Braking Systems Corporation (ABSC).

**Sensing systems**

| | |
|---|---|
| Key capabilities | Condition-monitoring, high-performance sensors, avionics |
| Facilities | China, France, Spain, Switzerland, UK and USA |
| Operating companies | Endevco, Meggitt Avionics UK, Meggitt (Xiamen) Controls & Sensors, Piher Nacesa, S-TEC, Vibro-Meter France (ECET and Sensorex), Vibro-Meter Inc, Vibro-Meter SA, Vibro-Meter UK and Wilcoxon Research |
| Key customers | Airbus, BAE Systems, Boeing, Bosch, General Electric, Guidant, Raytheon, Rolls-Royce, UK Ministry of Defence and US Department of Defense |

Utilising the latest micro-electronic sensor processor and display technologies, the sensing systems group designs and makes world-class interface, monitoring and diagnostic systems for airframes and engines. High speed digital data can be put out in a range of formats to suit flight data recorders, displays and warning devices or even as text messages to ground crew. The division's high value piezo-resistive and MEMS (micro-electromechanical system) sensors are used by customers requiring accurate mission-critical measurement in analogue or digital format. Air data systems that accurately sense altitude, air speed and angle of attack are produced for some of the world's leading jets and helicopters. Cockpit avionics include digital autopilots, standby flight and engine displays.

In 2002, the division acquired air data computer and data acquisition product lines from BAE Systems and in 2003, the engine sensor product lines of Lodge UK (from Smith's Industries).

In 2004, it acquired Wilcoxon Research, which makes a wide range of equipment from rugged, low-cost vibration sensors to unique laboratory and test instrumentation.

In 2005, ECET, an ignition systems and airborne electronic equipment specialist, and Sensorex, a linear, rotary displacement and inertial sensors maker, were added to the group. They complement Meggitt's sensors and engine condition monitoring capability.

In 2006, the division acquired the breakthrough turbine tip clearance measurement technology of US start-up Radatec and entered into a licensing arrangement for Canada-based AeroMechanical Services' airborne autonomous data collection and reporting systems.

# Meggitt at a glance

**Defence systems**

| | |
|---|---|
| Key capabilities | Training systems and combat support |
| Facilities | Canada, UK, USA |
| Operating companies | UK: Ashford, Kent; USA: Tustin, Fullerton and Irvine, California; Minneapolis, Minnesota; Suwannee, Georgia; Canada: Medicine Hat |
| Key customers | UK Ministry of Defence and US Department of Defense, while the division's targetry is used by around 40 armed forces worldwide. |

The defence systems group is the market leader in training systems (live and virtual fire including subsonic aerial targets, sea vehicles and electronic scoring systems) and combat support equipment (ammunition-handling, environmental control and aeromechanical countermeasure launch and recovery systems).

In 2003, it acquired Caswell International, the US-based, market leader in ground-based targetry used for live fire training by defence and law enforcement organisations; and Meggitt Western Design, designers and manufacturers of ammunition-handling systems and environmental control systems for military applications.

In 2004, the group acquired Schreiner Canada, which assembles, services and operates unmanned air, ground and sea vehicles and targets for military training; and in 2006, Firearms Training Systems, a provider of simulation products for arms training (weapons fire, small arms, air defence; anti-armour, vehicle/vessel-mounted and air support).

# Meggitt at a glance

07 >
## Recent acquisitions

| | |
|---|---|
| March 2007 | Meggitt announces its proposed acquisition of K&F Industries Holdings Inc, a supplier of wheels, brakes, brake control systems, flexible bladder fuel tanks, helicopter interiors, ice guards and sealants |
| October 2006 | Firearms Training Systems, a provider of simulation products for firearms training |
| September 2006 | Keith Products, a supplier of compact air conditioning systems for business jets and general aviation aircraft |
| August 2006 | Radatec, a US start-up with breakthrough turbine tip clearance measurement technology |
| November 2005 | ECET, an ignition systems and airborne electronic equipment specialist |
| November 2005 | Sensorex, a sensors and electronics specialist |
| July 2005 | Avery-Hardoll, a manufacturer of aerospace ground refuelling equipment |
| December 2004 | Wilcoxon Research, a specialist sensors manufacturer |
| December 2004 | Schreiner Canada, unmanned air and sea vehicles for targetry and training |
| August 2004 | The design and manufacturing division of Dunlop Standard Aerospace. Dunlop Aerospace Braking Systems and related aftermarket services (Dunlop Aerospace Services) form a new, stand-alone operating unit. Dunlop Ice Protection & Composites, Dunlop Precision Rubber (merging with Bestobell Aviation to become Dunlop Bestobell), Dunlop Equipment, Serck Aviation and Stewart Warner South Wind are integrated into Meggitt's aerospace equipment group |
| December 2003 | Meggitt Western Design (designs, develops and manufactures automated ammunition-handling equipment and environmental control systems) |
| December 2003 | Meggitt Airdynamics (designs and manufactures pumps, fans and compressors for ground, naval and aircraft applications) |
| March 2003 | Caswell International (ground-based live fire training equipment systems) |
| January 2003 | General Electric turbine clearance control valve product line |
| November 2002 | Lodge (ex-Smith's Group plc) temperature and speed sensors |
| July 2002 | BAE Systems' military air data and data acquisitions computers |
| April 2002 | Kaman Aerospace Corporation high integrity radio frequency cables |

08 >
## Recent disposals

| | |
|---|---|
| May 2003 | Meggitt Petroleum Systems |
| November 2002 | Wayfarer Transit Systems and Systech Solutions (ticketing systems) |
| May 2002 | Silicone Engineering (non-core polymers for white goods) |
| May 2002 | Meggitt Defense Systems, Texas (non-core unmanned air vehicles) |
| December 2001 | Meggitt Electronic Components (non-core passive electronics) |

# Meggitt at a glance

09 >  **Board of directors**

* Non-executive

01 > Sir Colin Terry* (Chairman)
02 > Terry Twigger (Chief Executive)
03 > Stephen Young (Group Finance Director)
04 > Philip Green (Group Corporate Affairs Director)
05 > Sir Alan Cox*
06 > David Robins*
07 > Peter Hill*
08 > David Williams*

10 >  **History**

| | |
|---|---|
| 1947 | Founded as a private engineering firm. |
| 1966 | Became a quoted public company. |
| 1984 | Management buy-in to build a geographically diverse, international engineering company serving speciality sectors in aerospace, controls, electronics and energy. |
| 1995 | Group reorganised to focus on core business of aerospace, defence systems and electronics. |
| 1998 | Group acquired Vibro-Meter, significantly increasing its core capability in engine condition monitoring and diagnostics. |
| 1999 | Group acquired California-based Whittaker Corporation. Increased Meggitt presence in aftermarket business (repair and overhaul of aircraft components), significantly increasing the volume of business with major aircraft original equipment manufacturers and their customers. |
| Since 1999 | Series of acquisitions and disposals to enhance core businesses and improve the operations mix between the UK and US and civil and military, and original equipment and aftermarket applications. |

11 >  **Further information**

Fiona Greig

Tel/fax:  +44 (0)1202 597589 (office)
Mobile:  +44 (0)7939 014147 (mobile)

E-mail:  fiona.greig@meggitt.com

website: www.meggitt.com

This fact sheet last updated 19 September 2007