**EXHIBIT 39**



# WE TAKE CARE OF YOUR FLIGHT DATA SO YOU GET TO ANSWERS SOONER

UPTIME provides flight data monitoring and reporting services that are easy to use and cost effective.

The results are imported profit margins and increased safety. UPTIME monitors and reports your flight data with a per flight change which means no capital costs and immediate payback

UPTIME's Smart box connects to the aircraft's data bus and communicates flight operating data as it is generated from existing on-board sensors. The smart box, also known as AFIRS (Automated Flight Information Reporting System) is the size an ARINC 404 1/2 ATR Avionics Box and is supplied and maintained by the team UPTIME. The Internet based UPTIME facility securely captures and archives this data, automatically providing client-defined reports during aircraft operation.

We provide timely and accurate information on your fleet operations to the point of decisiopn making. Our Mission is to better facilitate and enhance pilot training and to increase efficiency and safety for Military Aviation

△Top of page

**Contact** **Wayne Hawkins**
310.952.4595 telephone
310.849.2730 cell

Last updated: February 06, 2004
Copyright © 2004 Raytheon Company
All rights reserved. Legal notices

310.952.4441 fax
wwhawkins@raytheon.com

**Raytheon Company**
Training and Services
LB, Bldg. A02 MS 1G04
1665 Hughes Way
Long Beach, California
90810 USA