**EXHIBIT 40**



**MagicYellow**
ONLINE YELLOW PAGES

**Attention !!! BUSINESS OWNERS**

ADD YOUR BUSINESS | Single Keyword: Aircraft Manufacturers | City: | State List: CA | Search | Category List

Aircraft Manufacturers > California

### Link to this page

Ads by Google

**Aerospace Industry Mgmt**
Read Case Study On Leading Aircraft Mfr, Pratt & Whitney. DL For Free!
www.ManagingAutomation.com

**Cold Fusion**
California Insurance list Guide to California Insurance
ShopperPro.net

**Want To Quit Your Job?**
Earn 3k to 5k A Week With Automated System. See How
www.ThousandDollarProfits.com

**Aircraft Charter & Rental**
Find private jet rentals & aircraft charter services
www.justLuxe.com

**Medi-Cal Asset Protection**
Free Consultation, Qualify for Medi-Cal & Preserve the Family Home
www.ElderLawCalifornia.com

**Other Cities in California:**
- Anaheim
- Bakersfield
- Chula Vista
- Fontana
- Fremont
- Fresno
- Garden Grove

## California Aircraft Manufacturers search results

If you are looking for aircraft manufacturers, aerospace manufacturers, airplane manufacturers, jet mar helicopter manufacturers, search under Aircraft Manufacturers in California using the MagicYellow.com c

**PREMIER ADVERTISERS:   AIRCRAFT MANUFACTURERS**

### Find Aircraft Manufacturers at TDC Online Sourcing
Find the best aircraft manufacturers from China, Hong Kong and Taiwan at the award-winning TDC online Marketpla

Aircraft manufacturers are typically experts that deal with aviation, pilot regulation, flight training schoo avionics engineering, hand gliding, helicopters, 747 jets, space travel and air traffic issues. While you n work within this field yourself, this doesn't mean that you can't learn plenty more about aircraft manufa given time. These days it's a cinch to hop online and find out ample information regarding ultra light fly builders, prime weather for aviation, space travel, helicopter speeds, home built kit planes, aviation sch area and more. Therefore if you wish to know more about the world of aircraft manufacturers, then it's took full advantage of your most convenient resource.

**COURTESY LISTINGS:   AIRCRAFT MANUFACTURERS**

| | |
|---|---|
| **AIRCRAFTERS**<br>140 Aviation Way<br>Watsonville, California 95076 | 4 |
| **COMMANDER AIRCRAFT CO**<br>Three Rivers, California 93271 | 5 |
| **LINDBERG MANN AIRCRAFT FORMING**<br>15501 Texaco Ave<br>Paramount, California 90723 | 5 |
| **BOEING AIRCRAFT CO**<br>3855 N Lakewood Blvd<br>Long Beach, California 90846 | 5 |
| **BOEING CO**<br>2600 Westminster Ave<br>Seal Beach, California 90740 | 5 |
| **BOMBARDIER INC**<br>3355 E Spring St<br>Long Beach, California 90806 | 5 |
| **BOEING COMMERCIAL AIRPLANE CO**<br>7400 World Way W<br>Los Angeles, California 90045 | 3 |
| **BOEING DEFENSE & SPACE**<br>6151 W Century Blvd # 800<br>Los Angeles, California 90045 | 3 |
| **NORTHROP GRUMMAN CORP**<br>1840 Century Park E<br>Los Angeles, California 90067 | 3 |

| Related Categories |
| --- |
| • Aerospace Industries |
| • Aerospace Research & Development |
| • Aircraft Avionics Sales & Service |
| • Aircraft Brokers |
| • Aircraft Charter Rental & Leasing |

**AVIATION SUPPORT INTL** — 3
10801 National Blvd # 102
Los Angeles, California 90064

**BERKUT ENGINEERING** — 3
3025 Airport Ave
Santa Monica, California 90405

**NORTHROP GRUMMAN** — 3
1 Northrop Ave
Hawthorne, California 90250

**QUICKSILVER MFG** — 9
42214 Sarah Way
Temecula, California 92590

**AERO TECH COMPOSITES** — 9
482 E Meadow Ln
Big Bear City, California 92314

**TICOMP** — 9
15506 Dupont Ave
Chino, California 91710

**BOEING CO** — 8
6633 Canoga Ave
Canoga Park, California 91303

**BOEING DEFENSE & SPACE** — 8
6523 Building #9360
Vandenberg Afb, California 93437

**C & D AEROSPACE** — 8
2641 Airpark Dr
Santa Maria, California 93455

**DE YOUNG TRUST** — 8
425 Lambert Rd
Carpinteria, California 93013

**SKYCAT TECHNOLOGIES INC** — 8
3201 Airpark Dr
Santa Maria, California 93455

Page 1 2

**CLICK HERE TO ADVERTISE YOUR BUSINESS**

In this day and age it's certainly not uncommon for individuals to have their very own hand glider, ultra or aviation device of some sort. If you're wealthy, you may even possess a personal helicopter or privat wonderful aspect of the avionics and aircraft manufacturing industry now days is all the data regarding travel that lies at your fingertips. Maybe you want to learn how to fly a plane or maybe you simply desir information on flying. Either way, you can attain this information by hopping online and searching for te commercial airplane maintenance parts, 747 jet aviation, FAA, flying schools, trip planning, pilot license shuttles.

**More Categories:**
A   B   C   D   E   F   G   H   I   J   K   L   M   N   O   P   Q   R   S   T   U   V   W

Home | Categories | Major Cities | Add Your Business | Advertise with Us | Site Map | Logon
Link to Us | Testimonials | My Address Book | White Pages | Contact MagicYellow | Terms of Use

© 1998-2007 MagicYellow.com all rights reserved

9



**MagicYellow**
ONLINE YELLOW PAGES

**Attention !!! BUSINESS OWNERS**

| ADD YOUR BUSINESS | Single Keyword: Aircraft Manufacturers | City: | State List: CA | Search | Category List |

Aircraft Manufacturers > California

**Link to this page**

Ads by Google

### California Aircraft Manufacturers search results

| PREMIER ADVERTISERS:   AIRCRAFT MANUFACTURERS |

**Find Aircraft Manufacturers at TDC Online Sourcing**
Find the best aircraft manufacturers from China, Hong Kong and Taiwan at the award-winning TDC online Marketpla

**Search 411**
Find phone numbers,
addresses, and more.
Instant online results
www.USSearch.com

| COURTESY LISTINGS:   AIRCRAFT MANUFACTURERS |

**CHAUHAN INDUSTRIES**                                                   8
32 Wood Rd
Camarillo, California 93010

**Business Advertising**
Find: Business Advertising
See 5 Popular Search
Results Now!
www.helpfulfinder.com

**AVTEKAIR INC**                                                          8
555 Airport Way # A
Camarillo, California 93010

**CONTINENTAL RPV'S**                                                     7
3811 Lenwood Rd
Barstow, California 92311

**Business Directory**
Business Directory listings
Find Business Directory
info
directdealdaddy.com

**AIRTECH INTERNATIONAL**                                                 7
5700 Skylab Rd
Huntington Beach, California 92647

**KEN BROCK MFG**                                                         7
11852 Western Ave
Stanton, California 90680

**New Orleans Contractors**
Your Local Phone Book
Online. This Changes
Everything!
www.YellowPageCity.com/contract

**RAND ROBINSON ENGINEERING INC**                                         7
7071 Warner Ave # F
Huntington Beach, California 92647

**BOEING AEROSPACE**                                                      7
5301 Bolsa Ave
Huntington Beach, California 92647

**LOCKHEED MARTIN SKUNK WORKS**                                           6
1011 Lockheed Way
Palmdale, California 93599

**White Pages**
Huge selection of White
Pages items.
shopping.yahoo.com

**SUNSHINE INDUSTRIES USA INC**                                           6
530 S Grand Ave
Covina, California 91724

**SARGENT-FLETCHER CO**                                                   6
9400 Flair Dr
El Monte, California 91731

**Other Cities in California:**
- Anaheim
- Bakersfield
- Chula Vista
- Fontana
- Fremont
- Fresno
- Garden Grove

**ROHR INDUSTRIES INC**                                                   6
850 Lagoon Dr
Chula Vista, California 91910

**ADVANCED AERODYNAMICS & STRCTR**                                        5
3205 N Lakewood Blvd
Long Beach, California 90808

Page 1 2



| Related Categories |
| --- |
| • Aerospace Industries |
| • Aerospace Research & Development |
| • Aircraft Avionics Sales & Service |
| • Aircraft Brokers |
| • Aircraft Charter Rental & Leasing |

**CLICK HERE TO ADVERTISE YOUR BUSINESS**

**More Categories:**
A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W

Home | Categories | Major Cities | Add Your Business | Advertise with Us | Site Map | Logon
Link to Us | Testimonials | My Address Book | White Pages | Contact MagicYellow | Terms of Use

© 1998-2007 MagicYellow.com all rights reserved

5