DANIEL P. ALBERS (admitted *pro hac vice*)
JEFFREY A. RUPPEL (admitted *pro hac vice*)
BARNES & THORNBURG LLP
One N. Wacker Drive, Suite 4400
Chicago, IL 60606
Phone No.: (312) 357-1313
Fax No.: (312) 759-5646
Email: dalbers@btlaw.com
Email: jruppel@btlaw.com

CHRISTINE H. MCCARTHY (admitted *pro hac vice*)
BARNES & THORNBURG LLP
750 17th Street N.W., Suite 900
Washington, D.C. 20006-4675
Phone No.: (202) 289-1313
Fax No.: (202) 289-1330
Email: cmccarthy@btlaw.com

JEFFREY K. LEE, CA Bar No. 212465
KIMBERLY A. DONOVAN, CA Bar No. 160729
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA 94043
Phone No.: (650) 428-3900
Fax No.: (650) 428-3901
Email: jlee@gcalaw.com
Email: kdonovan@gcalaw.com

Attorneys for Plaintiff STAR NAVIGATION SYSTEMS GROUP LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STAR NAVIGATION SYSTEMS GROUP LTD., <br><br> Plaintiff, <br><br> v. <br><br> AEROMECHANICAL SERVICES LTD., <br><br> Defendant. | Case No. C 07-4820 MMC <br><br> **[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO DISMISS AND GRANTING LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY** <br><br> Honorable Maxine M. Chesney <br> Date: January 11, 2008 <br> Time: 9:00 a.m. <br> Place: Courtroom No. 7, 19th Floor |

Case No. C 07-4820 (MMC)
[Proposed] Denying Motion to Dismiss

Before the Court is Defendant Aeromechanical Services Ltd.'s ("AMS'") Motion to Dismiss Plaintiff Star Navigation Systems Group Ltd.'s ("Star's") First Amended Complaint.

AMS first disputes Star's standing to sue, seeking dismissal for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1) based on its arguments that Plaintiff's exclusive license precludes this suit and covers a limited field of use. The license agreement grants to Star all substantial rights in the '852 patent, including the right to bring the instant action without the licensor-inventors' participation. The so-called limitation in the license agreement with regard to "transportation applications" does not limit the license in any way. Star has standing to sue and the Motion to Dismiss for lack of subject matter jurisdiction is hereby DENIED.

AMS next argues that the two inventors are indispensable parties that must be joined as party-plaintiffs under Fed. R. Civ. P. 12(b)(7). Both inventors authorized Star to file this suit pursuant to the terms of the license and declined to participate as individuals. The motion to dismiss for failure to join the inventors is hereby DENIED.

Finally, AMS claims that this Court cannot exercise personal jurisdiction over the company because it lacks any contact to California, requiring dismissal pursuant to Fed. R. Civ. P. 12(b)(2). Star presents evidence supporting personal jurisdiction, *inter alia*, due to AMS' (1) active product distribution to registered California businesses operating at California airports and (2) regular, ongoing communications between AMS and its clients that are necessary for use of the accused product within the State.

The information proffered by AMS is primarily non-public. It should be evaluated and responded to by Star after conducting jurisdictional discovery. The motion to dismiss for lack

of personal jurisdiction is DENIED without prejudice.

In light of the jurisdictional discovery sought by Star, the Court adopts the following schedule to allow the completion of expedited jurisdictional discovery and a full briefing of the factual and legal issues presented by Defendant's Motion to Dismiss:

A. ***Jurisdictional Discovery Period***: Star shall have a sixty (60) day period for jurisdictional discovery, commencing upon the filing date of this Order.

B. ***Expedited Discovery Schedule***:

(1) AMS shall respond to Star's First Set of Requests for Production of Documents and Things within fourteen (14) days of the filing date of this Order;

(2) all future responses to written discovery requests shall be reduced from thirty (30) days to fourteen (14) days;

(3) third-party responses to any Subpoena Duces Tecum shall occur within seven (7) days; and

(4) all depositions shall take place on seven (7) days notice.

C. ***Briefing on Defendant's Motion to Dismiss***: Star shall have an enlargement of time to file a supplemental response to AMS' Motion to Dismiss up to and including twenty-one (21) days after the close of jurisdictional discovery. AMS shall have up to and including fourteen (14) days to file a reply in support of its Motion to Dismiss.

D. ***Hearing Date on Defendant's Motion to Dismiss***: A hearing date will be scheduled upon the parties advising the Court of the completion or close of jurisdictional discovery and complete submission of all briefing on the Motion to Dismiss.

Case No. C 07-4820 (MMC)
[Proposed] Denying Motion to Dismiss

IT IS SO ORDERED,

DATED: _____    _____
                                   MAXINE M. CHESNEY
                                   UNITED STATES DISTRICT JUDGE

Case No. C 07-4820 (MMC)
[Proposed] Denying Motion to Dismiss