Kevin C. McCann (SB# 120874)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105
United States of America
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
Email:  kevinmccann@paulhastings.com

Robert M. Masters (DC Bar No. 435623)
(*pro hac vice*)
Timothy P. Cremen (DC Bar No. 478705)
(*pro hac vice*)
Bhaskar Kakarla (DC Bar No. 488976)
(*pro hac vice*)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th St., N.W.
Washington, DC 20005
Telephone:  (202) 551-1700
Facsimile:  (202) 551-1705
Email:  robertmasters@paulhastings.com
Email:  timothycremen@paulhastings.com
Email:  bhaskarkakarla@paulhastings.com

Attorneys for Defendant
AEROMECHANICAL SERVICES LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STAR NAVIGATION SYSTEMS GROUP LTD., <br><br> Plaintiff, <br><br> v. <br><br> AEROMECHANICAL SERVICES LTD., <br><br> Defendant. | Case No. C 07-4820 MMC <br><br> **NOTICE OF WITHDRAWAL OF MOTION TO DISMISS PLAINTIFF'S <u>ORIGINAL COMPLAINT (D.I. No. 18)</u>** <br><br> Withdrawn Hearing Date: January 11, 2008 <br> Time:  9:00 am <br> Place:  Courtroom 7, 19th Floor <br> Honorable Maxine M. Chesney |

TO THIS HONORABLE COURT, AND TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD IN THIS ACTION:

PLEASE TAKE NOTICE that defendant AeroMechanical Services Ltd. hereby withdraws its December 3, 2007 Motion To Dismiss (D.I. 18), which was directed to plaintiff's original Complaint (D.I. 1) and was noticed for hearing on January 11, 2008.  That motion is being withdrawn because it was rendered moot when plaintiff subsequently filed its First Amended Complaint (D.I. 28) on December 18, 2007, and it is being withdrawn without prejudice to defendant's subsequent and pending Motion To Dismiss plaintiff's First Amended Complaint.

Promptly after receiving plaintiff's First Amended Complaint, defendant served and filed on December 21, 2007 a new Motion To Dismiss (D.I. 29), which is directed to plaintiff's First Amended Complaint, and which has been and remains noticed for hearing on January 25, 2008, at 9:00 AM, or as soon thereafter as the matter may be heard, in the United States District Court for the Northern District of California, Courtroom 7, 19th Floor, 450 Golden Gate Ave., San Francisco, California, before the Honorable Maxine M. Chesney.

Respectfully submitted,

Dated:  December 27, 2007

KEVIN C. McCANN
ROBERT M. MASTERS
TIMOTHY P. CREMEN
BHASKAR KAKARLA
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____/s/ Kevin C. McCann_____
Kevin C. McCann

Attorneys for Defendant
AEROMECHANICAL SERVICES LTD.

LEGAL_US_E # 77723225

Case No. C 07-4820 MMC

-1-

NOTICE OF WITHDRAWAL
OF MOTION TO DISMISS
PLAINTIFF'S ORIGINAL COMPLAINT