**EXHIBIT 21**



** Life in USA                                    English | 日本語 | 한국

**Reservations / Shopping** | **Business Bridge** | **Information Exchange** | **USA Guide**
Search | Register Your Business | Client Logon

Business Bridge >> California >> Transportation >> Airlines          English | 한국

# ———— California Airlines ————

Select a different state: Nevada, New Jersey, New York

Find businesses related to Airlines in California.

Show all or filter by city: Burbank, Long Beach, Los Angeles, San Francisco, South San Francisco

**Featured Businesses**

**Planes**
Save up to 50% on Planes. Search over 15,000 sites with one click. Your source for everything under the sun!

**Find What Is A Plane At Ask**
Whatever you're searching for, find it with Ask.com.

**RC Plane and Helicopter Hang Out**
Get the latest reviews on the newest RC planes and Helicopters. Also get great info about what keeps your RC plane in the air.

**Shop Plane**
Browse and compare a great selection of plane.

**Looking for an Aircraft For Sale?**
Brokerage service for buyers of small airplanes to large aircraft of all kinds. We will help you fill that empty spot in your hangar.

**ASIANA AIRLINE**
88 Kearny St.  San Francisco, CA 94108
Tel: (415) 249-4230 [MAP] [RATE THIS BUSINESS] RATING: (not rated)
Languages Spoken: English, Korean

**ASIANA AIRLINES CARGO DEPT.**
5758 W. Century Blvd.  Los Angeles, CA 90045
Tel: (310) 642-0311 [MAP] [RATE THIS BUSINESS] RATING: (not rated)
Languages Spoken: English, Korean

**ASIANA AIRLINES LAX AIRPORT**
380 World Way  Los Angeles, CA 90045
Tel: (310) 642-0300 [MAP] [RATE THIS BUSINESS] RATING: (not rated)
Languages Spoken: English, Korean

**ASIANA AIRLINES RESERVATIONS**
3530 Wilshire Blvd., #1700  Los Angeles, CA 90010
Tel: (213) 365-2000 [MAP] [RATE THIS BUSINESS] RATING: (not rated)
Languages Spoken: English, Korean

**BURBANK AIRPORT**
2627 N. Hollywood Way  Burbank, CA 91505
Tel: (818) 840-8840 [MAP] [RATE THIS BUSINESS] RATING: (not rated)
Languages Spoken: English, Korean

**CHINA AIRLINES**
6053 W. Century Blvd., #800  Los Angeles, CA 90045
Tel: (310) 641-8888 [MAP] [RATE THIS BUSINESS] RATING: (not rated)
Languages Spoken: English, Korean

**KOREAN AIR**
1813 Wilshire Blvd.  Los Angeles, CA 90057

Kore
Infor
Kore
blurtit

Asia
Com
airfa
on y
www.

Che
Get
Airfa
Onlin
LowF

Fly
Chea
Air C
and
Make

LAX
Hug
Ange
Deal
onlir
www.

Tel: (213) 484-1900 [MAP] [RATE THIS BUSINESS] RATING: (not rated)
Languages Spoken: English, Korean

### KOREAN AIR IMPORT CARGO INFORMATION
6101 W. Imperial Hwy.  Los Angeles, CA 90045
Tel: (310) 417-5284 [MAP] [RATE THIS BUSINESS] RATING: (not rated)
Languages Spoken: English, Korean

### KOREAN AIR LA PASSENGER TRAFFIC OFFICE
380 World Way.  Los Angeles, CA 90045
Tel: (310) 646-4866 [MAP] [RATE THIS BUSINESS] RATING: (not rated)
Languages Spoken: English, Korean

### KOREAN AIR REGIONAL HEADQUARTERS
6101 W. Imperial Hwy.  Los Angeles, CA 90045
Tel: (310) 417-5200 [MAP] [RATE THIS BUSINESS] RATING: (not rated)
Languages Spoken: English, Korean

### KOREAN AIR WILSHIRE GRAND TICKETING OFFICE
655 S. Figueroa St.  Los Angeles, CA 90017
Tel: (213) 629-0705 [MAP] [RATE THIS BUSINESS] RATING: (not rated)
Languages Spoken: English, Korean

### KOREAN AIRL REGIONAL PASSENGER SALES OFFICE (L.A.)
1813 Wilshire Blvd.  Los Angeles, CA 90057
Tel: (213) 484-5700 [MAP] [RATE THIS BUSINESS] RATING: (not rated)
Languages Spoken: English, Korean

### KOREAN AIRLINES
240 Stockton St.  San Francisco, CA 94108
Tel: (415) 433-4290 [MAP] [RATE THIS BUSINESS] RATING: (not rated)
Languages Spoken: English, Korean

### KOREAN AIRLINES AIRPORT CENTER
P.O. Box  San Francisco, CA 94125
Tel: (650) 821-0600 [RATE THIS BUSINESS] RATING: (not rated)
Languages Spoken: English, Korean

### KOREAN AIRLINES CARGO CENTER
501 S.Airport Blvd.  South San Francisco, CA 94080
Tel: (650) 742-9850 [MAP] [RATE THIS BUSINESS] RATING: (not rated)
Languages Spoken: English, Korean

### LONG BEACH AIRPORT
4100 E. Donald Douglas Dr.  Long Beach, CA 90808
Tel: (562) 570-2600 [MAP] [RATE THIS BUSINESS] RATING: (not rated)
Languages Spoken: English, Korean

### LOS ANGELES WORLD AIRPORT (LAX)
1 World Way  Los Angeles, CA 90045
Tel: (310) 646-5252 [MAP] [RATE THIS BUSINESS] RATING: (not rated)
Languages Spoken: English, Korean

### MALAYSIAN AIRLINES
380 World Way  Los Angeles, CA 90045
Tel: (310) 535-9288 [MAP] [RATE THIS BUSINESS] RATING: (not rated)
Languages Spoken: English, Korean

### NORTHWEST AIRLINES
11101 Aviation Blvd.  Los Angeles, CA 90045
Tel: (310) 646-7700 [MAP] [RATE THIS BUSINESS] RATING: (not rated)
Languages Spoken: English, Korean

### QANTAS AIRLINES
380 World Way., #4214  Los Angeles, CA 90045

Tel: (310) 215-4400 [MAP] [RATE THIS BUSINESS] RATING: (not rated)
Languages Spoken: English, Korean

**SF INTERNATIONAL AIRPORT**
P.O. Box   South San Francisco, CA 94080
Tel: (650) 877-3010 [RATE THIS BUSINESS] RATING: (not rated)
Languages Spoken: English, Korean

**SINGAPORE AIRLINES**
380 World Way   Los Angeles, CA 90045
Tel: (323) 934-8171 [MAP] [RATE THIS BUSINESS] RATING: (not rated)
Languages Spoken: English, Korean

**SINGAPORE AIRLINES**
333 Bush St.   San Francisco, CA 94104
Tel: (415) 951-4236 [MAP] [RATE THIS BUSINESS] RATING: (not rated)
Languages Spoken: English, Korean

**THAI AIRLINES**
88 Kearny St.   San Francisco, CA 94108
Tel: (415) 397-8300 [MAP] [RATE THIS BUSINESS] RATING: (not rated)
Languages Spoken: English, Korean

**UNITED AIRLINES**
United Airlines-SFOQJ Bulg.   San Francisco, CA 94128
Tel: (650) 634-3528 [RATE THIS BUSINESS] RATING: (not rated)
Languages Spoken: English, Korean

[1]   [2]

· Ads by Google·  DBA Airlines    Go Airlines    Airline Rate    Thai Airline    Airline Deal

### Register your Business

**Search by Keyword or Business Name:**

◉ **Business Name:** [                    ]        ○ **Keyword:** [                    ]

**Filter by City:** [                    ] (optional)    [Search]

Copyright 2006-2007 Life in Asia, Inc. All Rights Reserved.

California Transportation - Airlines                                          Page 1 of 1

**\*\* Life in USA**                                    English | 日本語 | 한글

| Reservations / Shopping | Business Bridge | Information Exchange | USA Guide |
| Search | Register Your Business | Client Logon | |

Business Bridge >> California >> Transportation >> Airlines          | English | 한글 |

## ——— California Airlines ———

Select a different state: Nevada, New Jersey, New York

Show all or filter by city: Burbank, Long Beach, Los Angeles, San Francisco, South San Francisco

### Featured Businesses

**RC Plane and Helicopter Hang Out**
Get the latest reviews on the newest RC planes and Helicopters. Also get great info about what keeps your RC plane in the air.

**Shop Plane**
Browse and compare a great selection of plane.

**Looking for an Aircraft For Sale?**
Brokerage service for buyers of small airplanes to large aircraft of all kinds. We will help you fill that empty spot in your hangar.

**plane Websites**
Search for plane at UTN and get results.

**VASP BRAZIL AIRLINES (VP)**
40 Grant Ave.  San Francisco, CA 94108
Tel: (415) 399-1046 [MAP] [RATE THIS BUSINESS] RATING: (not rated)
Languages Spoken: English, Korean

[1]  [2]

· Ads by Google·     Jet Airlines     Nok Airlines     Ual Airlines     WWW Airlines     XLA Airlines

### Register your Business

**Search by Keyword or Business Name:**

| ⦿ Business Name: _____ | ○ Keyword: _____ |
| Filter by City: _____ (optional) | [ Search ] |

Copyright 2006-2007 Life in Asia, Inc. All Rights Reserved.

**EXHIBIT 22**

AMS - AeroMechanical Services Ltd.                                                                    Page 1 of 2

 **AeroMechanical Services Ltd.**

Ph: 1.866.250.9956
support@amscan



Do you know where your aircraft is and how well it is operating?

| Why afirs? | Our Clients | Support | Other Solutions | Our Team | About Us | Investors |

# Indian Airforce - Round the Globe Expedition



Circumnavigating the globe in a microlight is the ultimate flying adventure.

The planning and engineering required for the airplane is challenging and interesting. Studying the weather systems enroute and dealing with worldwide bureaucracies and regulations are quite daunting. No other single aviation event is this rich in content and equally multi-faceted. The flight will prove to be mentally and physically grueling, flying on average six hours a day in climatic extremes, placing high demands on the pilots and their aircraft.

The two Indian Air Force fighter pilots flying this record-breaking mircolight aircraft may be facing their greatest aviation dangers yet.

That's because the most dangerous part of flying this quick but quirky airplane is in landing. And there will be hundreds of landings while circumnavigating the globe.

Chief pilot Rahul Monga, a 37-year-old IAF Wing Commander, who normally flies fighter helicopters, said the microlight will bounce around with just a slight breeze so the plane can land very hard even on a clear day.

As a result, the aircraft slammed into one runway while his co-pilot, IAF Wing Commander Anil Kumar, 38, and was training on it, causing the landing gear to break along with the engine mounts.

Since they left New Delhi, India on the expedition, they have faced winds that would deter a 747 but they still

**Quick Facts Abo**

Both pilots are r

Rahul has two b
years old and hi
Puru, is five.

Rahul's wife, Va
pilot, she flies a
private Indian a

Rahul said his w
supportive of th
the world micro
the dangers.

Rahul added tha
young to realize
facing.

Anil's wife's nan
their four-year-c
Ayush.

**About the Aircra**

Speed, safety, r
reliability were t
Indian Air Force
built microlight

AMS - AeroMechanical Services Ltd.                                      Page 2 of 2

managed to land it safely on the tarmac.

The two also declared an emergency when they tried but could not land at a remote Chinese airport.



attempt to breal
for ultralight flic
globe.

The plane mode
manufactured b

The total weight
one pilot, fuel a
than 500 kilogra

The plane cruise
at 240 km/h.
Its maximum sp
and its maximu
kilometers.

The aircraft is p
Austrian built R
is famed for its
premium, unlea



Critically low on fuel, they did manage to safely touch down at a nearby airstrip.

After landing this ultralight plane and navigating it through thunderclouds, Rahul said the next greatest dangers are fatigue on long flights and navigating in unfamiliar territory.

To combat fatigue, he has a lightweight MP3 player aboard and when he feels tired he selects music he hates – heavy metal.

The aircraft is equipped with an autopilot, but it is not sophisticated and must be constantly checked because it frequently veers off course, he said of the navigation problems.

To prepare for the distance required, Rahul said he lost some weight because each kilogram lost equates into an extra 13 kilometers in flight distance.

In addition, it h
parachute rescu
the aircraft is g
pilot can deploy
into the airplane
shoots the para
plane should lar
at about the san
parachutist wou

It has strengthe
that give the pil
it on short and r

It also features
glass cockpit, tv
SATCOM, 'Tru Ti
Mode S transpo

CLICK HERE to learn more about their journey.

**EXHIBIT 23**






भारतीय वायु सेना
# INDIAN AIR FORCE

Search Area | Search Keyword
⦿ Within Site | ○ On the Web








IAF MWO
WELFARE
CAREER
FLIGHT SAFETY
AID TO CIVIL POWER
DOWNLOADS
E MAGAZINES
PLACEMENT
AFWWA
TENDERS

## ROUND THE GLOBE EXPEDITION

EXPEDITION ◂ SERVICES ◂ HOM

- Introduction
- Route
- Crew
- Aircraft
- Preparation
- History
- Updates
- News/Media
- Voyage Photos
- Photos - Team
- Executed Itinerary
- Support





Check out the Latest Location of Microlight at
**www.websentinel.net**
Login using iaf_guest & password idemotracker

INDIAN AIR FORCE
Platinum Jubilee
1932-2007

## Microlight Voyage

**01 Jun 2007** - Microlight expedition was flagged off from the Hindon Air Base near Delhi by the Chief of the Air Staff, **Air Chief Marshal FH Major AVSM PVSM SC VM ADC**.







    

**DAY-1** (01 Jun 07) : Hindon/India to Allahabad/India and Allahabad/India to Baghdogra/India.

  

**DAY-2** (02 Jun 07): Baghdogra/India to Guwahati/India and Guwahat/India to Mandalay/Myanmar.



**DAY-3** (03 Jun 07) : Mandalay/Myanmar to Yangon//Myanmar (Started from Yangon to Bangkok, due to bad weather at Bangkok returned back to Yangon).

 

**DAY-4** (04 Jun 07) : Yangon/Myanmar to Bangkok/Thailand.



**DAY-5** (05 Jun 07) : Bangkok/Thailand to Danang/Vietnam.



**DAY-6** (06 Jun 07) : Danang/Vietnam to Haikou/China.



**DAY-7** (07 Jun 07) : Haikou/China returned back to Haikou/China (Due to Bad weather).



**DAY-8** (08 Jun 07) : Haikou/China returned back to Haikou/China (Due to Bad weather).



**DAY-9 & Day-10** (09 to 10 Jun 07) : Remain at Haikou/China due to Bad Weather.

**DAY-11** (11 Jun 07) :Haikou/China to Guangzhou/China .



**DAY-12 to Day 14** (12 to 14 Jun 07) : Remain at Guangzhou/China due to Bad Weather (Heavy Rainfall).

**DAY-15** (15 Jun 07) : Guangzhou/China to Fuzhou/China (Rather than landing in Xiamen, flew past Xiamen and landed in Fuzhou thereby saving a day).

 

**DAY-16** (16 Jun 07) : Remain at Fuzhou/China due to Bad Weather.

**DAY-17** (17 Jun 07) : Fuzhou/China to Shanghai/China.



**DAY-18** (18 Jun 07) : Shanghai/China to Qingdao/China.

 

**DAY-19** (19 Jun 07) : Qingdao/China to Dalian/China.

 

**DAY- 20** (20 Jun 07) : Dalian/China to Shenyang/China (Microlight diverted to Shenyang, China after flying for about 7 hrs due to strong winds at Changchun (Destination)) .

 

**DAY- 21** (21 Jun 07) : Remain at Shenyang/China due to Bad Weather.



**DAY- 22** (22 Jun 07) : Shenyang/China to Jiamusi/China (via Changchun) .

 

**DAY- 23** (23 Jun 07) : Jiamusi/China to Khabarovsk/Russia (With only, pilot Wing Commander Rahul Monga on-board, co-pilot Wing Commander Anil Kumar left for Alaska, USA from China).

  

**DAY- 24** (24 Jun 07) : Khabarovsk/Russia to Nikolaevsk/Russia (With only, pilot Wing Commander Rahul Monga on-board as the Russian Air Traffic Control converse only in Russian and therefore it is mandatory to have a Russian navigator in the machine).

 

**DAY- 25** (25 Jun 07) : Remain at Nikolaevsk/Russia due to bad weather at Okhotsk (Destination).



**DAY - 26** (26 Jun 07) : Remain at Nilolaevsk, Russia due to Bad Weather.

**DAY - 27** (27 Jun 07) : Nikolaevsk/Russia to Ajan/Russia.
The Microlight was airborne from Nikolaevsk airport at 0920 H and landed at Ajan, Russia at 1142 H. Wing Commander Rahul Monga is flying along with a Russian Navigator. Wing Commander Anil Kumar will join him in USA.



**DAY - 28** (28 Jun 07) : Ajan/Russia to Magadan/Russia (Ohotsk).
The Microlight took off from Ajan at 0357 H and landed at Ohotsk at 0638 H. On the same day microligh flew to Magadan, Russia. Wing Commander Rahul Monga flew with a Russuan Navigator (as Air Traffi Controllers converse only in Russian). Wing Commander Anil Kumar will join in Alaska.



**DAY- 29** (29 Jun 07) : Magadan/Russia back to Magadan/Russia.

The Microlight took off for the next destination Chaybukha, Russia. Due to blinding snow it returned back to Magadan.

**DAY-30** (30 Jun 07) : Remain at Magadan, Russia due to Bad Weather.

**DAY-31** (01 Jul 07) : Due to bad weather the Microlight remains for the third day at Magadan, Russia.

**DAY-32** (02 Jul 07) : Remain at Magadan, Russia for the fourth day due to Bad Weather.

**DAY- 33** (03 Jul 07) : Magadan/Russia to Chaybukha/Russia (With only, pilot Wing Commander Rahul Monga on-board ).



**DAY- 34** (04 Jul 07) : Chaybukha/Russia to Markovo/Russia (With only, pilot Wing Commander Rahul Monga on-board ).



**DAY- 35** (05 Jul 07) : Mictolight took off at 0256 H IST from Markovo, Russia and landed at Anadyr, Russia at 0443 H IST.

**DAY- 35** (05 Jul 07) : Mictolight took off at 0632 H IST from Anadyr, Russia and landed at Buhta Provideniya, Russia at 0918 H IST.



**DAY- 36** (06 Jul 07) : Mictolight took off at 0327 H IST from Buhta Provideniya, Russia and landed at Nome United States at 0521 H IST



**DAY- 36** (06 Jul 07) : Mictolight took off at 2248 H IST from Nome, United States and landed at Mc Grath United States at 0118 H IST on 07 Jul 07.

**DAY- 37** (07 Jul 07) : Mictolight took off at 0558 H IST from Mc Grath, United States and landed at Anchorage, United States at 0751 H IST. Today and tomorrow is the servicing day for the Microlight Aircraft.



**DAY-38** (08 Jul 07) : Remain at Anchorage, United States. This is the servicing day for the Microlight Aircraft.

**DAY- 39** (09 Jul 07) : Mictolight took off for Juneau, United States at 2213 H IST from Anchorage, Unite States and landed back at Anchorage, United States at 2230H IST due to bad weather.

**DAY- 40** (10 Jul 07) : Mictolight again took off for Juneau, United States at 0448 H IST from Anchorage United States and landed back at Anchorage, United States at 0555H IST due to bad weather.



**DAY-41** (11 Jul 07) : Bad Weather - Microlight anchored at Anchorage, United States.

**DAY- 42** (12 Jul 07) : Mictolight took off from Anchorage at 2243H IST(11 Jul 07) and landed back a Anchorage. Again it took off at 0500IST and landed at Northway, Unites States at 0728H IST. There is ; change of route, as per the itinerary due to bad weather. Now the route will be Northway - Beaver Creek Whitehorse - Prince George - Snohomish.




**DAY- 42** (12 Jul 07) : The Microlight took off from Northway, United States at 2305 H IST and landed a Beaver Creek, Yukon Territory, Canada at 2330 H IST. Tomorrow they will take off for Whitehorse, Canada.

**DAY- 43** (13 Jul 07) : The Microlight took off from Beaver Creek, Yukon Territory, Canada at 0032 H IST an landed at Whitehorse, Canada at 0247 H ISTafter fluing of 02 Hr 15 Min. Again the Microlight took off fror Whitehorse, Canada at 0420H IST and landed at Watson Lake, Canada at 0628 H IST after flying of 02 H 08 Min.




**DAY- 44** (14 Jul 07) : The Microlight reached at Snohomish, United Stated. It has flown Watson Lake Prince George - Bellingham - Snohomish.




**DAY- 45** (15 Jul 07) : Bad Weather - Microlight remains at Snohomish, United States.

**DAY- 46** (16 Jul 07) : Bad Weather - Microlight remains at Snohomish, United States for the second day.

**DAY- 47** (17 Jul 07) : The Microlight reached at Stockten, United Stated. It has flown Snohomish - Salem Arcata - Stockten. Due to bad weather at Tracy, United States it was diverted to Stockten, United States.




**DAY- 48** (18 Jul 07) : The Microlight reached at Santa Paula, United Stated. It has flown from Stockten

Santa Paula.



**DAY- 49** (19 Jul 07) : The Microlight reached at Goodyear, United Stated.

**DAY- 50** (20 Jul 07) : The Microlight reached at San Angelo, Texas, United Stated.



**DAY- 51** (21 Jul 07) : The Microlight reached at Memphis, United Stated. It has flown San Angelo - Burlesoı - Texar Kana - Memphis.

**DAY- 52** (22 Jul 07) : The Microlight reached at Pittsburg, Texas, United Stated. It has flown Memphis Lexington-Fayette - Pittsburg.

**DAY- 53** (23 Jul 07) : The Microlight reached at Providence, United Stated. It has flown Pittsburg Providence.



**DAY- 54** (24 Jul 07) : Bad Weather - Microlight remains at Providence, United States.

**DAY- 55** (25 Jul 07) : The Microlight reached at Brampton, Canada. It has flown Providence - Springfield Albany - Toronto - Brampton.



**DAY- 56** (26 Jul 07) : The Microlight reached at Matagami, Canada. It has flown Brampton - Matagami.



**DAY- 56** (26 Jul 07) : The Microlight reached at La Grande Riviere, Canada. It has flown Matagami - Lɑ Grande Riviere.



**DAY- 57** (27 Jul 07) : Bad Weather - Microlight remains at La Grande Riviere, Canada.

**DAY- 58** (28 Jul 07) : The Microlight reached at Inukjuak, Canada.



**DAY- 59** (29 Jul 07) : The Microlight reached at Kangiqsujuaq, Canada.

**DAY- 60** (30 Jul 07) : Bad Weather - Microlight remains at Kangiqsujuaq, Canada.

**DAY- 61** (31 Jul 07) : The Microlight reached at Iqaluit, Canada.



**DAY- 62** (01 Aug 07) : Bad Weather - Microlight remains at Iqaluit, Canada.

**DAY- 63** (02 Aug 07) : The Microlight reached at Nuuk, Greenland after flying of 04 Hr 15 Min.

**DAY- 64** (03 Aug 07) : The Microlight reached at Reykjavik, Iceland.It has flown Nuuk - Kulusuk - Reykjavik.



**DAY- 65** (04 Aug07) : The Microlight reached at Hosn, Iceland after flying of 02 Hr 05 Min.

**DAY- 66** (05 Aug 07) : The Microlight reached at Aberdeen, England.It has flown Hosn - Aberdeen.

**DAY- 67** (06 Aug 07) : The Microlight reached at Houghton, England.It has flown Aberdeen - Houghton.



**DAY- 67** (06 Aug 07) : The Microlight reached at Eggersdrof, Germany.It has flown Houghton Munsterohnabruck - Eggersdrof.



**DAY- 68** (07 Aug07) : Servicing Day - The Microlight at Eggersdrof, Germany.

**DAY- 69** (08 Aug 07) : Bad Weather - Microlight remains at Eggersdrof, Germany.

**DAY- 70** (09 Aug 07) : Bad Weather - Microlight remains at Eggersdrof, Germany.

**DAY- 71** (10 Aug 07) : Bad Weather - Microlight remains at Eggersdrof, Germany

**DAY- 72** (11 Aug 07) : Bad Weather - Microlight remains at Eggersdrof, Germany

**DAY- 73** (12 Aug 07) : The Microlight reached at Friedrichshafen, Germany.It has flown Eggersdrof Friedrichshafen.

 

**DAY- 74** (13 Aug 07) : The Microlight reached at Rome, Italy.It has flown Friedrichshafen - Rome.

 

**DAY- 75** (14 Aug 07) : The Microlight reached at Kerkyra, Greece.It has flown Rome - Latino - Karkyra.

**DAY- 76** (15 Aug 07) : The Microlight reached at Kayseri, Turkey.It has flown Karkyra - Istanbul - Kayseri.

 

**DAY- 77** (16 Aug 07) : The Microlight reached at Tabriz, Iran.It has flown Kayseri - Van - Tabriz.

 

**DAY- 78** (17 Aug 07) : The Microlight reached at Banadar Abbas, Iran.It has flown Tabriz - Ahwaz - Banadar Abbas.

**DAY- 79** (18 Aug 07) : The Microlight reached at Bhuj, IIndia.It has flown Banadar Abbas - Karachi - Bhuj.

**DAY- 80** (19 Aug 07) : The Microlight reached at Hindon, India.It has flown Bhuj - Ahmedabad - Hindon.I has completed the Round the World Expedition in 80 Days.




TOP

  

Right to Information Act | Related Site | Sitemap | Feedback | Contact Us | Site Credits | Newsletter| Opinion Poll | Downloads

**EXHIBIT 24**

|SEARCH BLOG| | FLAG BLOG| Next Blog»                                    Create Blog | Sign In

Tuesday, July 17, 2007
# INDIAN AIR FORCE SKITTERS OVER CALIFORNIA



The record-breaking Indian Air Force (IAF) micro light aircraft flight that has AeroMechanical's tracking and communication's technology on board is scheduled to land at a small airport outside Los Angeles July 17th.

Micro light beside mid-sized 757 passenger jet.

The two IAF fighter pilots flying this quick but quirky aircraft took off from Delhi, India on June 1st, hoping to circle the globe in 64 days in order to beat the current world record of 98 days.

They have battled monsoons throughout China's eastern coast and the remote, frozen landscape over eastern Russia to get this far.

The single-prop aircraft weighs less than 500 kilograms - fully loaded with one pilot on takeoff - and it cruises at 240 kms per hour. But because of it's light weight and configuration, it frequently gets blown around like a fluffy Dandelion seed.

At one remote Chinese airfield, the craft was just about to touch down when a gust of wind rocketed it 50 feet back up into the air. It took three harrowing attempts before it was solidly on ground.

**Client Commentaries**

Aeromechanical Services (25)

Anglo Swiss Resources Inc. (10)

Asia Now Resources Corp. (8)

Brainhunter (17)

LMS Medical Systems (21)

Med BioGene (11)

Neptune Technologies and
    Bioressources (27)

Planet Organic Health Corp. (7)

Pure Nickel (21)

Serenic (3)

Webcasts and Special Investor
    Events (2)

**Blog Archive**

December 2007 (11)

November 2007 (23)

October 2007 (17)

September 2007 (19)

August 2007 (22)

July 2007 (9)

June 2007 (17)

May 2007 (31)

April 2007 (23)

March 2007 (40)

February 2007 (42)

January 2007 (7)

December 2006 (1)

Insight Newsletter: INDIAN AIR FORCE SKITTERS OVER CALIFORNIA                    Page 2 of 4



Pilot Rahul Monga (left) Co-pilot Anil Kumar (Right)

Pilot Rahul Monga, 37, a father of two young boys, normally flies attack helicopters while his co-pilot Anil Kumar, 38, a father of one young boy, handles supersonic jet fighters.

The two have taken this dangerous mission on for two reasons: to cut 34 days off the current record for a micro light weighing between 300-500 kilograms; and, as a goodwill mission to celebrate the IAF's 75th Anniversary.

From the Santa Paula airport, located about 50 miles east of Los Angeles, they are scheduled to head northeast to Colorado Springs, southeast to Jacksonville, Florida, than due north to Toronto, Canada. They hope to exit North America from Canada's frozen north, hop over to Greenland, Iceland, Europe and then home to India.



Planned Route Around The World

The most dangerous passage to date was crossing the Bering Sea on July 5th.

Monga was the only one flying the craft as it crossed over those frigid waters because Kumar was replaced on the Russian leg by a local navigator, a mandatory requirement when that country's air controllers speak only Russian.

If engine troubles had forced Monga to ditch the plane, he would have had only six minutes to three hours to survive, depending on whether he was able to get an immersion survival suit on in time.

Subscribe for Updates via RSS Feeds or Email

 RSS Feed

Click here to register for updates or email us at info@howardgroupinc.com.

Terms of Use for the LIVE Newsletter

Please click here to read the terms of use and disclaimer for the live newsletter.

Clients of The Howard Group

Click on the logo to view their detailed client page on the Howard Group website:



AeroMechanical Services

(AMA: TSX-V)



Asia Now Resources Corp.

(NOW: TSX-V)



Brainhunter Inc.

(BH -TSX)



Icron Technologies Corp.

That is where AeroMechanical's breakthrough tracking and communications technology called the Automated Flight Information Reporting System (AFIRS) could have saved his life.

The equipment allows IAF officers sitting in a control room in north central India to constantly track where the micro light is.

It also allows controllers to talk to the pilot by satellite phone, whether over the Bering Sea or over some remote jungle.

Had Monga ditched the aircraft, IAF controllers could have called in rescue teams and pinpointed exactly where in the Bering Sea to look.

Ironically, this micro light is better equipped than most modern-day passenger jets that used a land-based radio system. That latter system suffers from blackout zones in large patches of the world. In addition, airlines can't track their craft in many regions of the globe.

Posted by Bob Beaty at 9:33 AM

Labels: AeroMechanical Services

## 1 comments:

smashingidol said...

Congrats to Rahul & Anil! What a feat, what an adventure, it must've been for the two... having braved severe weather conditions over unknown territories, flown through unmarked routes, serviced & repaired their own flying machine, interacted with people from various nationalities and most recently, having completed the journey to set a new world record!!! 79 days for the world and a lifetime of memories for themselves - congratulations to the two mavericks! BRAVO

August 18, 2007 7:04:00 MDT PM

Post a Comment

Newer Post                          Home                          Older Post

Subscribe to: Post Comments (Atom)

(IT - TSX-V)



LMS Medical Systems Inc.

(LMZ -TSX & AMEX)



Med BioGene Inc.

(MBI - TSX-V)



Neptune Technologies & Bioressources Inc.

(NTB - TSX-V)



OneMove Technologies Inc.

(OM -TSX Venture)



Planet Organic Health Corp.

(POH - TSX-V)



Pure Nickel Inc.

(NIC -TSX)

Disclaimer: The Howard Group is not a registered investment advisor and as such, individuals should consult a registered investment advisor prior to making investment decisions in relation to the companies discussed in this site. The information presented in these website pages was obtained from sources believed to be reliable but is not guaranteed, is not all conclusive and should not be relied upon as the sole source of information/opinion for making an investment decision. The Howard Group or its employees may own securities in the companies presented in this site. The Howard Group receives remuneration for Investor Relations activities from the companies presented in this site.

**EXHIBIT 25**

## 2007 AMC CONFERENCE Pre-Registration List

```
*****************************************************
                    STEERING GROUP
*****************************************************
```

| | | | |
|---|---|---|---|
| Axel Mueller, Chairman | LUFTHANSA TECHNIK | axel.mueller@lht.dlh.de | 49 40 50 70 3098 |
| Mitchell R . Klink, Vice Chairman | FEDEX | mrklink@fedex.com | (901) 369-3223 |
| Sam Buckwalter, Executive Secretary | AERONAUTICAL RADIO, INC. | sbuckwal@arinc.com | (410) 266-2008 |
| Roy Oishi | AERONAUTICAL RADIO, INC. | rto@arinc.com | (410) 266-2982 |
| David Nesseler | AIR WISCONSIN | dnesseler@airwis.com | (920) 749-7536 |
| Doug Mallat | AVIONICS MAGAZINE | dmallat@accessintel.com | (972) 713-8494 |
| Martin T.Story | DELTA AIR LINES | martin.story@delta.com | (404) 714-4203 |
| Roy Mowery | HORIZON AIR | roy.mowery@horizonair.com | (503) 384-4067 |
| Nagashige Toritamari | JAPAN AIRLINES | nagashige.toritamari@jal.com | 81 476 32 4372 |
| Marijan Jozic | KLM ROYAL DUTCH AIRLINES | m.jozic@td.klm.com | 31 20 649 1198 |
| Mark B. Sorensen | NORTHWEST AIRLINES | mark.sorensen@nwa.com | (612) 727-4462 |
| Wilhelm J. (Bill) Blumel | UNITED AIRLINES | bill.blumel@united.com | (650) 634-4877 |
| Marco Antonio Guilhem | VARIG AIRLINES | marco.guilhem@varig.com | 55 21 2158 3818 |

STEERING GROUP        13

```
*****************************************************
                    AIRLINES
*****************************************************
```

| | | | |
|---|---|---|---|
| Brad Heath | ABX AIR | brad.heath@abxair.com | (937) 366-2167 |
| Greg Smith | ABX AIR, INC | greg.smith@abxair.com | (937) 382-5591 |
| Bozo Zupancic | ADRIA AIRWAYS | bozo.zupancic@adria.si | 386 4 259 4397 |
| SigurbjamI Thormundsson | AIR ATLANTA ICELANDIC | sigurbjarni@atlanta.is | 354 858 4115 |
| Wesley Acco | AIR CANADA | wesleysteven.acco@aircanada.ca | (514) 422-6006 |
| Guy Aubry | AIR CANADA | guy.aubry@aircanada.ca | (514) 422-6996 |
| Jamal Boughalem | AIR CANADA | jamal.boughalem@aircanada.ca | (514) 422-4279 |
| Mersudin Kozo | AIR CANADA | mersudin.kozo@aircanada.ca | (514) 422-7290 |
| Jacques Marcoux | AIR CANADA | jacques.marcoux@aircanada.ca | (514) 422-7308 |
| Patrick Rochon | AIR CANADA | patrick.rochon@aircanada.ca | (514) 422-6879 |
| Grant Arsenault | AIR CANADA JAZZ | grant.arsenault@flyjazz.ca | (902) 873-4984 |
| Michael Cuffe | AIR CANADA JAZZ | michael.cuffe@flyjazz.ca | (905) 676-4738 |
| Jean-Paul Deleporte | AIR FRANCE | jpdeleporte@airfrance.fr | 33 1 48 64 73 88 |
| Olivier Guillemin | AIR FRANCE | olguillemin@airfrance.fr | 33 1 41 75 93 45 |
| Thierry Letique | AIR FRANCE | thletique@airfrance.fr | 33 1 48 64 13 59 |
| Thierry Michelena | AIR FRANCE | thmichelena@airfrance.fr | 33 1 41 75 89 42 |
| Yann Peyrot | AIR FRANCE | yapeyrot@airfrance.fr | 33 1 41 75 87 60 |
| Daniel Boggs | AIR WISCONSIN | dboggs@airwis.com | 9207497603 |
| Chase Craig | ALASKA AIRLINES | chase.craig@alaskaair.com | (206) 392-5878 |
| Antonio Molino | ALITALIA AIRLINES | molino.antonio@alitalia.it | 39 6 6563 2595 |
| Andrea Giacon | ALITALIA SERVIZI | giacon.andrea@alitaliaservizi.it | 39 06 6543 6242 |
| Curzio Piermarini | ALITALIA SERVIZI | piermarini.curzio@alitaliaservizi.it | 39 06 6543 3995 |
| Takahiro Amenomori | ALL NIPPON AIRWAYS | t.amenomori@ana.co.jp | 81 3 3747 9581 |
| Hironobu Monden | ALL NIPPON AIRWAYS | h.monden@ana.co.jp | 81 3 3747 9573 |
| Joe Almaraz | AMERICAN AIRLINES | joe.almaraz@aa.com | (816) 210-6667 |
| John E. Blackman | AMERICAN AIRLINES | john.blackman@aa.com | (918) 292-2377 |
| Steve Cashon | AMERICAN AIRLINES | steve.cashon@aa.com | (918) 292-2053 |
| Greg Devlin | AMERICAN AIRLINES | greg.devlin@aa.com | (918) 292-2145 |
| Sherri Garroutte | AMERICAN AIRLINES | sherri.garroutte@aa.com | (918) 292-3344 |
| Rod Gates | AMERICAN AIRLINES | rod.gates@aa.com | (817) 224-0423 |
| Steve Glime | AMERICAN AIRLINES | steve.glime@aa.com | (918) 292-3031 |
| Robert Holcomb | AMERICAN AIRLINES | robert.holcomb@aa.com | (918) 292-6709 |
| Steve Luis | AMERICAN AIRLINES | steve.luis@aa.com | 9182924403 |
| John T. Maguire | AMERICAN AIRLINES | john.maguire@aa.com | (918) 292-3417 |
| Christopher Parady | AMERICAN AIRLINES | chris.parady@aa.com | (918) 292-1213 |
| Kenneth Zick | AMERICAN AIRLINES | kenneth.zick@aa.com | (816) 651-3776 |

## 2007 AMC CONFERENCE Pre-Registration List

```
*****************************************************
                       AIRLINES
*****************************************************
```

| | | | |
|---|---|---|---|
| Dennis E. Zvacek | AMERICAN AIRLINES | dennis.zvacek@aa.com | (918) 292-3357 |
| Ken Olsen | AMERICAN AIRLINES (RETIRED) | kbornojo@cableone.net | (928) 717-0766 |
| Arun Sharma | AMIRI FLIGHT | arun.sharma@amiriflight.ae | 9712 5050446 |
| Chang Kyung Kim | ASIANA AIRLINES | ck2kim@flyasiana.com | 82 32 744 2882 |
| Mark Gregory | ASTAR AIR CARGO | mark.gregory@astaraircargo.us | (937) 392-5795 |
| Myron Hoffman | ASTAR AIR CARGO | myron.hoffman@astaraircargo.us | (937) 302-5473 |
| Craig McKenzie | ASTAR AIR CARGO | craig.mckenzie@astaraircargo.us | (937) 302-5891 |
| Trevor Nenninger | ASTAR AIR CARGO | trevor.nenninger@astaraircargo.us | (937) 302-5791 |
| Frank Stevens | ASTAR AIR CARGO | frank.stevens@astaraircargo.us | (937) 302-5801 |
| Wilson Diaz | AVIANCA AIRLINES | widiaz@avianca.com | 571 41 38545 |
| Lopez Francisco Jose | AVIANCA AIRLINES | flopez@avianca.com | 5714879765 |
| Gregory Planchard | BRIT AIR | gr.planchard@britair.fr | 33 6 82 88 79 42 |
| Peter James | BRITISH AIRWAYS | peter.james@ba.com | 44 1443 234659 |
| Paul Murphy | BRITISH AIRWAYS | paul.x.murphy@ba.com | 44 1446 712341 |
| Mike Nebylowitsch | BRITISH AIRWAYS | mike.nebylowitsch@ba.com | 44 7789 611139 |
| Philip Thomas | BRITISH AIRWAYS | philip.thomas@ba.com | 44 1443 234736 |
| Asmundur Gardarsson | CARGOLUX AIRLINES | agardarsson@cargolux.com | (352) 4211 3384 |
| Christopher Bills | COMAIR | cbills@comair.com | (859) 767-1451 |
| David W. Wahn | COMAIR | dwahn@comair.com | (859) 767-2722 |
| Florian Rotert | CONDOR/CARGO TECHNIK | florian.rotert@condor.com | 49 69 6958 1218 |
| Chris Allen | CONTINENTAL AIRLINES | chris.allen@coair.com | (713) 324-3781 |
| Bruce Campbell | CONTINENTAL AIRLINES | bruce.campbell@coair.com | (336) 605-7034 |
| Arnold Munchalfen | CONTINENTAL AIRLINES | arnold.munchalfen@coair.com | (713) 324-8996 |
| Laurent Groues | CORSAIR INTL | lgroues@corsair.fr | 33 1 49 75 55 34 |
| Franck Guillot | CORSAIR INTL | f.guillot@corsair.fr | 33 1 49 75 55 88 |
| Pat Windham | DELTA (RETIRED) | fatpat@mindspring.com | (770) 946-4994 |
| Marty Daugherty | DELTA AIR LINES | marty.daugherty@delta.com | (404) 714-3729 |
| Joe Falkenbach | DELTA AIR LINES | joe.falkenbach@delta.com | (404) 773-6564 |
| Charles Harkey | DELTA AIR LINES | charles.harkey@delta.com | (404) 714-5163 |
| Larry Hieber | DELTA AIR LINES | larry.hieber@delta.com | (404) 714-3470 |
| Mike Luff | DELTA AIR LINES | mike.luff@delta.com | (404) 714-5729 |
| Steve Manuel | DELTA AIR LINES | steve.manuel@delta.com | (404) 714-3609 |
| Kent McVay | DELTA AIR LINES | kent.d.mcvay@delta.com | (404) 714-6303 |
| Aaron Padgett | DELTA AIR LINES | aaron.padgett@delta.com | (404) 714-3949 |
| Ted Patmore | DELTA AIR LINES | ted.patmore@delta.com | (404) 714-6200 |
| Ebb Segars | DELTA AIR LINES | ebb.segars@delta.com | (404) 714-4602 |
| Michael Weigel | DELTA AIR LINES | mike.weigel@delta.com | (404) 714-4610 |
| Bill York | DELTA AIR LINES | bill.york@delta.com | (404) 714-4966 |
| K. T. Lee | EGAT | kt.lee@mail.egat.com.tw | 886 3 351 9145 |
| Jacob Barak | EL AL ISRAEL AIRLINES | jacobb@elal.co.il | 97 23 97 17 215 |
| Yossef Edelsberg | EL AL ISRAEL AIRLINES | yosie@elal.co.il | 972.3.9716887 |
| Hung-Wen (Simon) Hsu | EVA AIR | simonhsu@evaair.com | 886 3 351 9635 |
| Ker-Yen Lai | EVA AIR | kylai011@yahoo.com.tw | 886 3 351 9184 |
| David Sturm | EVERGREEN INTERNATIONAL AIRLINES | dave.sturm@evergreenaviation.com | (503) 472-0011 |
| David Bunin | EXPRESSJET | david.bunin@expressjet.com | (281) 553-6119 |
| Dan Davidson | FEDEX | dfdavids@fedex.com | (901) 369-3217 |
| Stephen Fink | FEDEX | slfink@fedex.com | (901) 224-4668 |
| Dan Reed | FEDEX | danny.reed@fedex.com | (901) 224-4673 |
| Robert (Bob) Vichie | FEDEX | robert.vichie@fedex.com | (901) 224-5015 |
| Tenho Huhtilainen | FINNAIR | tenho.huhtilainen@finnair.com | 358.9.818.6707 |
| Markku Lemmetty | FINNAIR | markku.lemmetty@finnair.com | 358 9 818 5689 |
| Jorma Likitalo | FINNAIR | jorma.likitalo@finnair.com | 358 40 777 2661 |
| Dan Smith | HAWAIIAN AIRLINES | dsmith@hawaiianair.com | (808) 835-3463 |

DATE: 03/19/2007 08:51:44                                A                                PAGE: 3

*2007 AMC CONFERENCE Pre-Registration List*

```
***************************************************
                     AIRLINES
***************************************************
```

| Name | Airline | Email | Phone |
|---|---|---|---|
| Jose Recacha | IBERIA AIRLINES | jmrecacha@iberia.es | 34 91 587 38 52 |
| Sigurdur Asgeirsson | ICELANDAIR | slgasg@icelandair.is | 35 42 50 109 |
| Axel Bryde | ICELANDAIR | radio@its.is | 35 4425 0155 |
| Masahiro Kishikawa | JAPAN AIRLINES | masahiro.kishikawa@jal.com | 81 476 32 4167 |
| Yoshiki Tsutsumi | JAPAN AIRLINES | yoshiki.tsutsumi@jal.com | 81 476 32 4163 |
| Soo Dong Kim | JEJU AIR | sdkim@jejuair.net | 82 19 337 2475 |
| Piet Van Den Berg | KLM ROYAL DUTCH AIRLINES | piet-van-den.berg@td.klm.com | 31 20 649 0842 |
| Marcel De Lange | KLM ROYAL DUTCH AIRLINES | mghm-de.lange@td.klm.com | 31 20 649 2857 |
| Hette Hoekema | KLM ROYAL DUTCH AIRLINES | hj.hoekema@td.klm.com | 31 20 649 7489 |
| Chung-Tek Ngo | KLM ROYAL DUTCH AIRLINES | ct.ngo@klm.com | 31 20 649 1716 |
| Abdullah Al-sharhan | KUWAIT AIRWAYS | alsharhan@kuwaitairways.aero | 965 4347777 |
| Eduardo Brandi | LAN AIRLINES | eduardo.brandi@lan.com | 56 2 677 4826 |
| Arturo Ruzzante | LIVINGSTON AIR | ruzzante@livingstonair.it | 39 3 3126 7352 |
| Reinhard Andreae | LUFTHANSA | reinhard.andreae@dlh.de | 49 151 5893 8747 |
| Juergen Lauterbach | LUFTHANSA | juergen.lauterbach@dlh.de | 49 69 696 93746 |
| Christian Orlowski | LUFTHANSA | christian.orlowski@dlh.de | 49 69 696 26977 |
| Andreas Grubert | LUFTHANSA CARGO | andreas.grubert@dlh.de | 49 151 589 28787 |
| Richard Stollenwerk | LUFTHANSA CITYLINE | richard.stollenwerk@dlh.de | 49 220 359 6116 |
| Achim Chrobak | LUFTHANSA TECHNIK | achim.chrobak@lht.dlh.de | 49 40 5070 3530 |
| Franz-Heinrich Ilse | LUFTHANSA TECHNIK | franz.ilse@lht.dlh.de | 49 49 17 2431 4738 |
| Bernd Lambert | LUFTHANSA TECHNIK | bernd.lambert@lht.dlh.de | 49 69 696 96781 |
| Thomas Lappe | LUFTHANSA TECHNIK | thomas.lappe@lht.dlh.de | 49 40 50703345 |
| Markus Marbach | LUFTHANSA TECHNIK | markus.marbach@lht.dlh.de | 49 40 5070 65955 |
| Burkhard Pfefferle-Tolkiehn | LUFTHANSA TECHNIK | burkhard.pfefferle-tolkiehn@lht.dlh.de | 49 40 5070 2573 |
| Javier Breton Rodríguez | LUFTHANSA TECHNIK | javier.breton@lht.dlh.de | 49 40 5070 66686 |
| Randy Schonemann | MESA AIRLINES | randy.schonemann@mesa-air.com | (602) 797-1832 |
| Ihsan Salka | MIDDLE EAST AIRLINES | salkai@masco.com.lb | 961 3 288795 |
| Umberto Ferrari | NEOS | umberto.ferrari@neosair.it | 39 0331 232933 |
| Devin Antonson | NORTHWEST AIRLINES | devin.antonson@nwa.com | (612) 726-7632 |
| Steve Eilers | NORTHWEST AIRLINES | steve.eilers@nwa.com | (612) 727-4382 |
| Jerry Golden | NORTHWEST AIRLINES | gerald.golden@nwa.com | (612) 726-0359 |
| Elizabeth Jones | NORTHWEST AIRLINES | elizabeth.jones@nwa.com | (612) 727-6819 |
| Dale Madson | NORTHWEST AIRLINES | dale.madson@nwa.com | (612) 272-4840 |
| Mark Petro | NORTHWEST AIRLINES | mark.petro@nwa.com | (612) 727-9799 |
| Dan Pietrzak | NORTHWEST AIRLINES | dan.pietrzak@nwa.com | (612) 727-4677 |
| Louis Wancowicz | NORTHWEST AIRLINES | louis.wancowicz@nwa.com | (612) 727-4719 |
| Paul Winkels | NORTHWEST AIRLINES | paul.winkels@nwa.com | (612) 726-7627 |
| Angelos Daskos | OLYMPIC AIRWAYS | adaskos@olympic-airways.gr | 30 210 356 2888 |
| John Ketses | OLYMPIC AIRWAYS | jketses@olumpic-airways.gr | 30 210 356 2888 |
| Akhlaque Ahmed | PAKISTAN INTERNATIONAL AIRLINES | shaikhakhlaq80@hotmail.com | 92 21 4579 4598 |
| Nighat Fatima | PAKISTAN INTERNATIONAL AIRLINES | nighat.fatima@piac.com.pk | 92 21 467 5604 |
| Riaz-Ul Hasan | PAKISTAN INTERNATIONAL AIRLINES | khitjpk@piac.com.pk | 92 21 467 5330 |
| Shakil Ahmed Khan | PAKISTAN INTERNATIONAL AIRLINES | shakil.ahmad@piac.com.pk | 92 21 457 95685 |
| Navaid Mansoor | PAKISTAN INTERNATIONAL AIRLINES | navaid.mansoor@piac.com.pk | 92 21 467 5612 |
| Muhammad Rashid Siddiqui | PAKISTAN INTERNATIONAL AIRLINES | rashid.siddiqui@piac.com.pk | 92 21 467 5332 |
| James Maxcy | PINNACLE AIRLINES INC. | jmaxcy@nwairlink.com | (901) 344-5736 |
| Jim Campbell | QANTAS AIRWAYS | jimcampbell@qantas.com.au | 61 2 9691 9244 |
| Michael Carlin | QANTAS AIRWAYS | mcarlin@qantas.com.au | 61 2 9691 7124 |
| Kenneth Watson | QANTAS AIRWAYS | kennethwatson@qantas.com.au | 61 42 384 1314 |
| Stig Arve Togstad | SAS FLIGHT ACADEMY NORWAY | stigarve.togstad@sas.no | 47 957 15 967 |
| Fahad Abuzinadah | SAUDI ARABIAN AIRLINES | fabuzinadah@saudiairlines.com.sa | 9662 684 2848 |
| Ghazi Alharbi | SAUDI ARABIAN AIRLINES | ghazi@ghazialharbi.com | 966 55 564 9610 |
| Niels Ole Jensen | SCANDINAVIAN AIRLINES SYSTEM | niels-ole.jensen@sas.dk | 45 32 32 25 21 |

## 2007 AMC CONFERENCE Pre-Registration List

**************************************************
### AIRLINES
**************************************************

| | | | |
|---|---|---|---|
| Glenn Kardol | SKY WEST AIRLINES | gkardol@skywest.com | (760) 322-3324 |
| Bill Ludwick | SKY WEST AIRLINES | bludwick@skywest.com | (760) 285-5195 |
| Brian Gleason | SOUTHWEST AIRLINES | brian.gleason@wnco.com | (214) 792-6299 |
| Prewitt Reaves | SOUTHWEST AIRLINES | preaves@wnco.com | (214) 792-5940 |
| Neal Young | SOUTHWEST AIRLINES | neal.young@wnco.com | (214) 792-5978 |
| Suranga Perera | SRILANKAN AIRLINES | pererawsj@srilankan.aero | 94 19733 2182 |
| Derik Boucher | SUN COUNTRY AIRLINES | derik.boucher@suncountry.com | (651) 389-9588 |
| Youssef Al Hoshe | SYRIANAIR | dam37rb@mail.sy | 963 11 23 86 210 |
| Ossama Alzoughbi | SYRIANAIR | avionics@mail.sy | 963 11 23 88 213 |
| Lyad Issa | SYRIANAIR | avionics@mail.sy | 963 11 23 86 213 |
| Sergio Ricardo Da Hora | TAM LINHAS AEREAS | sergio.hora@tam.com.br | 5516-33621560 |
| Wagner Angelo Da Silva | TAM LINHAS AEREAS | wagner.silva@tam.com.br | 55.16.33621556 |
| Andre Isagawa | TAM LINHAS AEREAS | andre.isagawa@tam.com.br | 55 11 5582 8099 |
| Rui Pereira | TAP AIR PORTUGAL | rgpereira@tap.pt | 35 12 1841 6757 |
| Tito Xavier | TAP AIR PORTUGAL | txavier@tap.pt | 351 21 841 5945 |
| Vadim Demin | TRANSAERO AIRLINES | vadim.demin@transaero.ru | 7 495 424 7133 |
| Kemal Ozen | TURKISH AIRLINES | kozen@thy.com | 90 212 465 2553 |
| Mehmet Sirri Yener | TURKISH AIRLINES | msyener@thy.com | 90 212 463 6363 |
| Manfred Forster | TYROLEAN AIRWAYS | mforster@tyrolean.at | 43 512 2222 1960 |
| Ron Bracken | UNITED AIRLINES | ronald.bracken@ual.com | (650) 634-5070 |
| Robert (Bob) E. Semar | UNITED AIRLINES | robert.semar@united.com | (650) 634-5891 |
| Richard Stillwell | UNITED AIRLINES | rich.stillwell@united.com | (650) 634-5080 |
| Brian Goben | UNITED PARCEL SERVICE | bgoben@ups.com | (502) 329-6598 |
| Ron Hall | UNITED PARCEL SERVICE | rwhall@ups.com | (502) 329-6557 |
| Gregory Kuehl | UNITED PARCEL SERVICE | air2gwk@ups.com | (502) 329-6006 |
| Randy Watson | UNITED PARCEL SERVICE | air1rlw@ups.com | (502) 329-3238 |
| David Kassander | UNITED STATES AIR FORCE | david.kassander@scott.af.mil | (618) 229-2308 |
| Ron Darak | US AIRWAYS | ron_darak@usairways.com | (412) 747-5300 |
| Marc Julian | US AIRWAYS | mjulian@usairways.com | (412) 472-4728 |
| Kevin Kramer | US AIRWAYS | kevin.kramer@usairways.com | (480) 693-7467 |
| Donald Lynch | US AIRWAYS | donald.lynch@americawest.com | (480) 693-7236 |
| Hugh McSweyn | US AIRWAYS | mcsweyn@usairways.com | (412) 472-7062 |
| Ken Przeslica | US AIRWAYS | ken.przeslica@usairways.com | (480) 693-7202 |
| Lou Clelland | USA3000 | lclellan@usa3000airlines.com | (610) 359-6752 |
| Mark Matthews | VIRGIN ATLANTIC AIRWAYS | mark.matthews@fly.virgin.com | 44 1293 747 335 |
| Paul Boivin | WESTJET AIRLINES | pboivin@westjet.com | (403) 444-2911 |

**AIRLINES    178**

**************************************************
### AIRFRAME MANUFACTURERS
**************************************************

| | | | |
|---|---|---|---|
| Laurent Alegre | AIRBUS | laurent.alegre@airbus.com | 33 5 62 11 05 42 |
| Paul-Antoine Calandreau | AIRBUS | paul-antoine.calandreau@airbus.com | 33 5 67 19 18 22 |
| Patrick Glapa | AIRBUS | patrick.glapa@airbus.com | 33 5 61 93 39 76 |
| Lutz Lotter | AIRBUS | lutz.lotter@airbus.com | 49 40 743 76316 |
| Justin Matthews | AIRBUS | justin.matthews@airbus.fr | 33 5 61 93 37 34 |
| Carlo Nizam | AIRBUS | carlo.nizam@airbus.com | |
| Bernard Pellerin | AIRBUS | bernard.pellerin@airbus.com | 33 5 61 93 72 06 |
| Thor Stier | AIRBUS | thor.stier@airbus.com | 33 5 61 93 3182 |
| Brian Baldwin | BOMBARDIER AEROSPACE | brian.baldwin@aero.bombardier.com | (450) 476-7693 |
| Zoran Jovanovic | BOMBARDIER AEROSPACE | zjovanovic@dehavilland.ca | (416) 373-5119 |
| Serge Taillefer | BOMBARDIER AEROSPACE | serge.taillefer@aero.bombardier.com | (514) 855-8500 |
| Carlos Bentim | EMBRAER AIRCRAFT CORPORATION | cbentim@embraer.com.br | 55 12 3927 3897 |
| Ivanir Chappaz | EMBRAER AIRCRAFT CORPORATION | ichappaz@embraer.com.br | 55.12.39272983 |

DATE: 03/19/2007 08:51:44                           A                                    PAGE: 5

## 2007 AMC CONFERENCE Pre-Registration List

```
*****************************************************
AIRFRAME MANUFACTURERS
*****************************************************
```

| | | | |
|---|---|---|---|
| Luciana Firmino | EMBRAER AIRCRAFT CORPORATION | luciana.firmino@embraer.com.br | 55 12 3927 4714 |
| Daniel Pretto | EMBRAER AIRCRAFT CORPORATION | daniel.pretto@embraer.com.br | 55 12 3927 3311 |
| Arie Oren | ISRAEL AIRCRAFT INDUSTRIES | aoren@iai.co.il | 972 3 9353045 |
| Martin De Jong | STORK FOKKER SERVICES | martin.dejong@stork.com | 31 62 223 5369 |
| Koen Deerman | STORK FOKKER SERVICES | koen.deerman@stork.com | 31 20 605 2452 |
| Frank Wehnes | STORK FOKKER SERVICES | frank.wehnes@stork.com | 31 20 60 52360 |
| Derek Anderson | THE BOEING COMPANY | derek.e.anderson@boeing.com | (206) 852-9450 |
| Robert Bollacker | THE BOEING COMPANY | robert.r.bollacker@boeing.com | (206) 766-4411 |
| Frank J. Coppa | THE BOEING COMPANY | frank.j.coppa@boeing.com | (425) 342-5471 |
| James Fuller | THE BOEING COMPANY | james.l.fuller@boeing.com | (562) 496-6843 |
| Jeff Gish | THE BOEING COMPANY | jeffrey.s.gish@boeing.com | (206) 662-6663 |
| Stephen Ketchell | THE BOEING COMPANY | stephen.ketchell@boeing.com | (425) 717-9660 |
| Soheila Khosravani | THE BOEING COMPANY | soheila.s.khosravani@boeing.com | (206) 662-6233 |
| Jeff Kimball | THE BOEING COMPANY | jeffrey.g.kimball@boeing.com | (206) 662-6559 |
| Elvin Lerew | THE BOEING COMPANY | elvin.w.lerew@boeing.com | (206) 662-5403 |
| Brandon Mazzacavallo | THE BOEING COMPANY | brandon.m.mazzacavallo@boeing.com | (562) 537-4517 |
| Timothy Mitchell | THE BOEING COMPANY | timothy.m.mitchell@boeing.com | (206) 679-2794 |
| Jerry Price | THE BOEING COMPANY | jerry.l.price@boeing.com | (206) 251-3581 |
| Daryl Remily | THE BOEING COMPANY | daryl.j.remily@boeing.com | |
| Marshall Short | THE BOEING COMPANY | marshall.s.short@boeing.com | (206) 662-6708 |
| Terry Waldron | THE BOEING COMPANY | terry.r.waldron@boeing.com | (425) 250-8882 |

AIRFRAME MANUFACTURERS        34

```
*****************************************************
MANUFACTURERS & OTHERS
*****************************************************
```

| | | | |
|---|---|---|---|
| Phil Wright | AAI | phil@airlineavionics.org | (941) 313-0471 |
| Al Garr | ABSOLUTE AVIATION SERVICES | agarr@absolute-av.com | 5097472904 |
| John Persinos | ACCESS INTELLIGENCE | jpersinos@accessintel.com | 3013541815 |
| Christophe Hamel | ACSS | christophe.hamel@l-3com.com | (623) 445-6887 |
| Steve Henden | ACSS | steve.henden@l-3com.com | (623) 445-7021 |
| Ruslan Karapatnitski | ACSS | ruslan.karapatnitski@l-3com.com | (623) 445-6883 |
| Randy Knight | ACSS | randy.knight@l-3com.com | (623) 445-6984 |
| Shane Laplante | ACSS | shane.laplante@l-3com.com | (623) 445-6884 |
| Louis Masella | ACSS | louis.masella@l-3com.com | (623) 445-6881 |
| Denise Millard | ACSS | denise.millard@l-3com.com | (623) 445-7059 |
| Kevin Murtagh | ACSS | kevin.murtagh@l-3com.com | (623) 445-6979 |
| Mark Salazar | ACSS | mark.salazar@l-3com.com | (623) 445-6986 |
| Mike Tremose | ACSS | michael.tremose@l-3com.com | (623) 445-6976 |
| Rob Davies | AD AEROSPACE | rdavies@ad-aero.co.uk | 44 870 442 4520 |
| John Dolan | AD AEROSPACE | jdolan@ad-holdingsinc.com | (770) 874-8750 |
| Steve Molmer | AD AEROSPACE | smolmer@ad-holdingsinc.com | (770) 874-8750 |
| Bob Nelson | AD AEROSPACE | norwestco@msn.com | (425) 922-0200 |
| Richard LaMantia | ADS/TRANSICOIL | lamant@adstcoil.com | (678) 386-5012 |
| Pat Olson | AERO EXPRESS | mary@aeroexpress.com | (816) 246-4500 |
| Jennifer Ryan | AERO INSTRUMENTS | jlryan@aero-inst.com | (216) 671-3133 |
| Eric Wolff | AERO INSTRUMENTS | ejwolff@aero-inst.com | (216) 671-3133 |
| Keith Finan | AERO INSTRUMENTS & AVIONICS | keith@aeroinst.com | (716) 694-7060 |
| Michael A. Maniscalco | AERO INSTRUMENTS & AVIONICS | mikeman@aeroinst.com | (978) 455-4314 |
| Jeff Plewinski | AERO INSTRUMENTS & AVIONICS | jeff@aeroinst.com | (716) 694-7060 |
| Dave Tripp | AERO INSTRUMENTS & AVIONICS | dave@aeroinst.com | (716) 694-7060 |
| Tim Williams | AERO INSTRUMENTS & AVIONICS | timw@aeroinst.com | (716) 694-7060 |
| Ralph Concha | AERO QUALITY SALES | rconcha@aeroqualitysales.com | 4809404828 |
| Philip Taylor | AERO QUALITY SALES | ptaylor@aeroqualitysales.com | (540) 554-2795 |

DATE: 03/19/2007 08:51:44                    A                                      PAGE: 6

### 2007 AMC CONFERENCE Pre-Registration List

*******************************************************
**MANUFACTURERS & OTHERS**
*******************************************************

| | | | |
|---|---|---|---|
| John Ardussi | AEROFLEX | john.ardussi@aeroflex.com | (913) 324-3160 |
| Barry Beasley | AEROFLEX | barry.beasley@aeroflex.com | 44 23 80 27 37 22 |
| Simon Durham | AEROFLEX | simon.durham@aeroflex.com | 44 1558 823 617 |
| Mike Farleigh | AEROFLEX | mike.farleigh@aeroflex.com | (913) 324-3108 |
| Lee Foster | AEROFLEX | lee.foster@aeroflex.com | 44 23 8027 3722 |
| Jeff Gillum | AEROFLEX | jeff.gillum@aeroflex.com | (316) 522-4981 |
| Guy Hill | AEROFLEX | guy.hill@aeroflex.com | (316) 529-5458 |
| Sarah Riekena | AEROFLEX | sarah.riekena@aeroflex.com | (913) 324-3130 |
| Brian Schirer | AEROFLEX | brian.schirer@aeroflex.com | (316) 529-5375 |
| Russ Smith | AEROFLEX | rsmith@dacint.com | |
| Drew Vonada-Smith | AEROFLEX | drew.vonada-smith@aeroflex.com | (913) 324-3197 |
| Ken Gossage | AEROFLITE ENTERPRISES, INC. | kengossage@aol.com | (425) 649-1149 |
| Bunny Bundell | AEROMECHANICAL SERVICES | bbundell@amscanada.com | (403) 470-8184 |
| Carlos A. Gonzalez | AEROMECHANICAL SERVICES | cgonzalez@amscanada.com | (786) 942-1600 |
| Gilles Landry | AEROMECHANICAL SERVICES | glandry@amscanada.com | (403) 689-0422 |
| Susan Tiller | AEROMECHANICAL SERVICES | stiller@amscanada.com | (403) 444-7708 |
| Ray Glennon | AERONAUTICAL RADIO, INC. | rglennon@arinc.com | (410) 266-4655 |
| Daniel Martinec | AERONAUTICAL RADIO, INC. | daniel.martinec@arinc.com | (410) 266-4114 |
| Camilla Miller | AERONAUTICAL RADIO, INC. | cjm@arinc.com | (410) 266-4600 |
| W. Earl Nicks | AERONAUTICAL RADIO, INC. | wen@arinc.com | (410) 266-4153 |
| Paul Prisaznuk | AERONAUTICAL RADIO, INC. | pjp@arinc.com | (410) 266-4113 |
| Michael Russo | AERONAUTICAL RADIO, INC. | mike.russo@arinc.com | (410) 266-4119 |
| Jean-Marie Grattepanche | AIR PRECISION | aerosales@airprecision.com | 33 1 46 01 21 18 |
| Rudiger Jansen | AIRBUS KID-SYSTEME | ruediger.jansen@airbus.com | 49 40 74 37 48 32 |
| Mitch Melrose | AIRBUS KID-SYSTEME | mitch.melrose@eurocopterusa.com | (972) 641-3450 |
| Jerry Urcavich | AIRCO GROUP | jerryu@airco-ict.com | (316) 945-0445 |
| Terry Prentice | AIRCRAFT SYSTEMS & MANUFACTURING | terryp@asminc.net | (512) 869-2737 |
| Mark Schultz | AIRCRAFT SYSTEMS & MANUFACTURING | mark@asminc.net | (512) 869-2737 |
| John O'Toole | AMETEK AEROSPACE | john.otoole@ametek.com | (425) 438-4607 |
| Barbara Sturm | AMETEK AEROSPACE | barb.sturm@ametek.com | (215) 257-6531 |
| Mike McGann | ARC AVIONICS | mike9295@aol.com | 5616448333 |
| Robert Blazunas | ARGO-TECH CORPORATION | blazunas@argo-tech.com | (216) 692-5856 |
| Walter Tomczykowski | ARINC | wtomczyk@arinc.com | (410) 266-4535 |
| Pete Wright | ARINC | pwright@arinc.com | (410) 266-4819 |
| James (Bill) Hart | ARTEX AIRCRAFT SUPPLIES | billh@artex.net | (503) 678-7929 |
| Jon Wiley | ASI | j.wiley@mchsi.com | (319) 373-1009 |
| Bill Ruhl | ASTRONAUTICS CORP OF AMERICA | b_kruhl@msn.com | (602) 439-0575 |
| Jeff Ruddock | ASTRONICS CORP | jeff.ruddock@astronics.com | (425) 770-6946 |
| Will Bogert | AV-DEC | will@avdec.com | (817) 738-9161 |
| Becky Kern | AV-DEC | becky@avdec.com | 4402952383 |
| Richard Haget | AVCOM AVIONICS AND INSTRUMENTS | rhaget@avcom-avionics.com | (305) 436-0300 |
| Ricardo Linares | AVCOM AVIONICS AND INSTRUMENTS | rick@avcom-avionics.com | (305) 436-0300 |
| Jaime Oubina | AVCOM AVIONICS AND INSTRUMENTS | joubina@avcom-avionics.com | (305) 436-0300 |
| Adrian Shiels | AVCOM AVIONICS AND INSTRUMENTS | adrian@shiels.co.uk | (305) 436-0300 |
| Jens Egholm | AVIA RADIO | egholm@avia-radio.dk | 45 3245 0800 |
| Julie Roehrich | AVIALL INC | jroehrich@aviall.com | (562) 856-2233 |
| Octavio Silva | AVIATION REPAIR SOLUTIONS | qc@arsrepairs.com | (954) 318-5073 |
| Stylian Cocalides | AVIONICA , INC. | scocalides@avionica.com | (786) 544-1138 |
| Robert Goss | AVIONICA , INC. | rgoss@avionica.com | (788) 210-4541 |
| Carlos Monsalve | AVIONICA , INC. | cmonsalve@avionica.com | (786) 325-5134 |
| Bill Carey | AVIONICS MAGAZINE | bcarey@accessintel.com | (301) 354-1818 |
| Shalini Chelliah | AVIONICS MAGAZINE | schelliah@accessintel.com | (301) 354-1815 |
| Dan Comiskey | AVIONICS MAGAZINE | dcomiskey@accessintel.com | (301) 354-1812 |

A

## 2007 AMC CONFERENCE Pre-Registration List

```
**************************************************
                 MANUFACTURERS & OTHERS
**************************************************
```

| | | | |
|---|---|---|---|
| Paul McPherson | AVIONICS MAGAZINE | pmcpherson@accessintel.com | (301) 354-1814 |
| Joe Milroy | AVIONICS MAGAZINE | jmilroy@accessintel.com | (215) 598-0933 |
| Mark Allbright | AVIONICS SPECIALIST, INC. | mallbright@avionics-specialist.com | (901) 362-9700 |
| Eric Daher | AVIONICS SPECIALIST, INC. | edahler@asitest.com | (901) 362-9700 |
| Robert Alfonso | AVIONICS SUPPORT GROUP | ralfonso@asginc.com | (786) 488-5183 |
| Hugo L. Fortes | AVIONICS SUPPORT GROUP | hfortes@asginc.net | (305) 710-4396 |
| Armand Wong | AVIONICS SUPPORT GROUP | armand@asginc.net | (786) 544-1182 |
| J. B. Bias | AVTECH CORPORATION | bias@avtcorp.com | (206) 695-8105 |
| David Larner | AVTECH CORPORATION | larner@avtcorp.com | (206) 695-8021 |
| Dan Winkler | AVTRON MANUFACTURING | dwinkler@avtron.com | (216) 642-1230 |
| Mike Zubic | AVTRON MANUFACTURING | mzubic@avtron.com | (216) 642-1230 |
| Jim Kuwik | AXXICO | jkuwik@aaxico.com | (305) 592-4633 |
| Glenn Scudder | AXXICO | gscudder@aaxico.com | (305) 592-4633 |
| Wally Klus | B/E AEROSPACE | wally_klus@beaerospace.com | (913) 338-9729 |
| Ann Biery | BAE SYSTEMS | ann.c.biery@baesystems.com | (260) 434-5600 |
| Frederick Correnti | BAE SYSTEMS | frederick.correnti@baesystems.com | 4257175535 |
| Duncan Craick | BAE SYSTEMS | craickd@aol.com | (425) 869-3765 |
| Robert E. Enright | BAE SYSTEMS | robert.enright@baesystems.com | (607) 770-3029 |
| John Faulks | BAE SYSTEMS | john.t.faulks@baesystems.com | (607) 770-3959 |
| Scott Ferguson | BAE SYSTEMS | scott.ferguson@baesystems.com | (206) 679-8529 |
| Steve Hissong | BAE SYSTEMS | steve.hissong@baesystems.com | (607) 770-3341 |
| Gary Hotchkin | BAE SYSTEMS | gary.hotchkin@baesystems.com | (607) 770-3523 |
| Richard Morrow | BAE SYSTEMS | richard.morrow@baesystems.com | (607) 770-2791 |
| Walter W. Roney | BAE SYSTEMS | walter.w.roney@baesystems.com | (607) 770-3537 |
| Kenny Singletary | BAE SYSTEMS | kenneth.singletary@baesystems.com | (972) 659-7002 |
| Jim Whittington | BAE SYSTEMS | james.whittington@baesystems.com | 44 1634 204020 |
| Kevin Christian | BALLARD TECHNOLOGY, INC. | kevin@ballardtech.com | (425) 339-0281 |
| Martin Basso | BARFIELD, INC. | martin.basso@barfield.eads.net | (502) 962-9422 |
| Victor Bontorno | BARFIELD, INC. | victor.bontorno@barfieldinc.com | (305) 894-5408 |
| Deann Carbajal | BARFIELD, INC. | deann.carbajal@barfieldinc.com | (480) 477-2001 |
| Richard Fix | BARFIELD, INC. | richard.fix@barfieldinc.com | (305) 894-5316 |
| Lew Wingate | BARFIELD, INC. | lwingate@barfieldinc.com | (305) 894-5407 |
| Bill Borah | BORAH CONSULTING | billborah@insightbb.com | (815) 323-3553 |
| See Chong Yoo | CAE | scyoo@cae.com | 65 9663 2438 |
| Cindy A. Harris | CANARD AEROSPACE | cindyharris@canardaero.com | (281) 812-1670 |
| Tim Millard | CANARD AEROSPACE | millard@canardaero.com | (952) 944-7990 |
| Jeff Gray | CERTTECH | jgray@certtech.com | (913) 814-9770 |
| Greg Rupp | CERTTECH | grupp@certtech.com | 9138149770 |
| John Friesz | CHELTON | john.friesz@cheltoninc.com | (972) 221-1783 |
| Robbie Stewart | CHELTON | robbie.stewart@chelton.co.uk | 44 1628 472072 |
| Cathy Bain | CMC ELECTRONICS | cathy.bain@cmcelectronics.ca | (613) 592-7403 |
| John Barker | CMC ELECTRONICS | john.barker@cmcelectronics.ca | (613) 592-7478 |
| Jim Brennan | CMC ELECTRONICS | jim.brennan@cmcelectronics.ca | (514) 880-8224 |
| Zoltan Fried | CMC ELECTRONICS | zoltan.fried@cmcelectronics.ca | (613) 592-7423 |
| Josefa Lawson | CMC ELECTRONICS | josefa.lawson@cmcelectronics.ca | (514) 748-3000 |
| Russ Longley | CMC ELECTRONICS | longleyrd2@aol.com | (913) 568-4737 |
| Phil Moylan | CMC ELECTRONICS | phil.moylan@verizon.net | (503) 720-1712 |
| Don Paolucci | CMC ELECTRONICS | don.paolucci@cmcelectronics.ca | (514) 748-4601 |
| Angelo Segall | CMC ELECTRONICS | angelo.segall@cmcelectronics.ca | (514) 748-4625 |
| John Studenny | CMC ELECTRONICS | john.studenny@cmcelectronics.ca | (514) 748-4399 |
| Stephane Villeneuve | CMC ELECTRONICS | stephane.villeneuve@cmcelectronics.ca | (514) 748-3000 |
| Dave Wright | CO-OPERATIVE INDUSTRIES AEROSPACE | davedwright@bellsouth.net | (678) 376-5588 |
| Nicholas Abel | CRANE AEROSPACE & ELECTRONICS | nicholas.abel@craneaerospace.com | (425) 743-8474 |

DATE: 03/19/2007 08:51:44                    A                              PAGE: 8

## 2007 AMC CONFERENCE Pre-Registration List

***************************************************
### MANUFACTURERS & OTHERS
***************************************************

| Name | Company | Email | Phone |
|---|---|---|---|
| Greg Jones | CRANE AEROSPACE & ELECTRONICS | gregory.jones@craneaerospace.com | (425) 743-8473 |
| Nancy Merrill | CRANE AEROSPACE & ELECTRONICS | nancy.merrill@craneaerospace.com | (425) 743-8272 |
| Mohamed Ouijdani | CRANE AEROSPACE & ELECTRONICS | mohamed.ouijdani@craneaerospace.com | |
| Roger Hayes | CURTISS-WRIGHT CONTROLS | rhayes@curtisswright.com | (360) 939-0964 |
| Russell Stark | CURTISS-WRIGHT CONTROLS | rwstark@curtisswright.com | (626) 893-8130 |
| Steve Davis | DAC INTERNATIONAL | sdavis@dacint.com | (512) 331-5323 |
| Mike Neder | DAC INTERNATIONAL | mneder@centurytel.net | (970) 731-2552 |
| Marshall Dormire | DEMO SYSTEMS | marshall.dormire@demosystems.com | (805) 529-1800 |
| Ken Keating | DEMO SYSTEMS | kenneth.keating@demosystems.com | (805) 529-1800 |
| Darby Shields | DEMO SYSTEMS | darby.shields@demosystems.com | (805) 529-1800 |
| Matt Daniels | DH INSTRUMENTS | mdaniels@dhinstruments.com | (602) 431-9100 |
| Jeff Grossman | DH INSTRUMENTS | jgrossman@dhinstruments.com | 6024319400 |
| Karl Kurtz | DH INSTRUMENTS | kkurtz@dhinstruments.com | (602) 431-9011 |
| Fritz Eckl | DIEHL AEROSPACE | fritz.eckl@diehl-aerospace.de | 49 7551 89 6344 |
| William Fenoy | DIEHL AEROSPACE | william.fenoy@diehl-aerospace.de | 33 5 61 71 00 67 |
| Robert Hottel | DIEHL AEROSPACE | rhottel@diehlavionics.com | (205) 678-7101 |
| Dieter Krug | DIEHL AEROSPACE | dieter.krug@diehl-avionik.de | 49 69 5805 1233 |
| Thomas Mages | DIEHL AEROSPACE | thomas.mages@diehl-avionik.de | 49 69 5805 1237 |
| Ewald Menssen | DIEHL AEROSPACE | ewald.menssen@diehl-aerospace.de | 49 911 9494 440 |
| Wolfgang Olek | DIEHL AEROSPACE | wolfgang.olek@diehl-avionic.de | 49 7551 894083 |
| Joe Sherman | DIEHL AEROSPACE | jsherman@diehlavionics.com | (205) 678-7101 |
| John Curley | DMA AERO | jacurley60@btinternet.com | 2037908371 |
| Robert Knowles | DMA AERO | rknowles@pmc1.com | (203) 790-8371 |
| Carlo Marchiori | DMA AERO/D. MARCHIORI | d.marchiori@mclink.it | 39 06 92 82733 |
| Giancarlo Polinori | DMA AERO/D. MARCHIORI | d.marchiori@mclink.it | 39 6 928 2733 |
| Adebowale Odukoya | E-MANTOP NIGERIA ENTERPRISES | emantopnig97@hotmail.com | 234 2 231 1984 |
| Stephane Bloch | EAD AEROSPACE | stephane.bloch@ead-aerospace.com | 33 5 62 13 08 72 |
| Pierre-Alain Wehr | EAD AEROSPACE | pierre.wehr@ead-aerospace.com | 33 490 77 88 91 |
| Udo De Vries | EADS RST ROSTOCK-SYSTEM TECHNIK | u.devries@rst-rostock.de | 49 3 81 56556 |
| Antoine Bouissou | EADS TEST & SERVICES | antoine.bouissou@eads.com | 33 5 34 55 41 74 |
| Loic Chiquillo | EADS TEST & SERVICES | loic.chiquillo@ts-eads-us.net | (305) 876-1672 |
| Anthony Fitzpatrick | EADS TEST & SERVICES | anthony.fitzpatrick@ts.eads.net | 33 5 34 55 42 02 |
| Patrick Freneuil | EADS TEST & SERVICES | patrick.freneuil@eads.com | 33 5 34 55 42 48 |
| Aurelie Germain | EADS TEST & SERVICES | aurelie.germain@eads.com | 33 5 34 55 42 86 |
| Moses Koyabe | EADS TEST & SERVICES | moses.koyabe@ts-eads.us.net | (703) 391-8824 |
| Etienne Poirier | EADS TEST & SERVICES | etienne.poirier@eads.com | 33 5 34 55 41 74 |
| Sophie Thuillier | EADS TEST & SERVICES | sophie.thuillier@eads.com | 33 5 34 55 43 19 |
| Joel Johnston | EDMO DISTRIBUTORS | joelj@edmo.com | (509) 535-8280 |
| Stephen Stearly | EDMO DISTRIBUTORS | stephens@edmo.com | (509) 535-8280 |
| Motti Kurzweil | EDN AVIATION | mottik@ednaviation.com | (818) 998-8826 |
| Sam Peri | EDN AVIATION | speri@ednaviation.com | (954) 442-4094 |
| Steve Anderson | ELECTRONIC CABLE SPECIALISTS | steve.anderson@ecsdirect.com | (414) 421-5300 |
| Alan Braunwarth | ELECTRONIC CABLE SPECIALISTS | alan.braunwarth@ecsdirect.com | (414) 421-5300 |
| Peter Chilsen | ELECTRONIC CABLE SPECIALISTS | peter.chilsen@ecsdirect.com | (414) 421-5300 |
| Merrite Debuhr | ELECTRONIC CABLE SPECIALISTS | merrite.debuhr@ecsdirect.com | (414) 421-5300 |
| Raymond Frelk | ELECTRONIC CABLE SPECIALISTS | ray.frelk@ecsdirect.com | (414) 421-5300 |
| Jose Godoy | ELECTRONIC CABLE SPECIALISTS | jose.godoy@ecsdirect.com | (414) 421-5300 |
| Petras R. Vainius | ELECTRONIC CABLE SPECIALISTS | petras.vainius@ecsdirect.com | (414) 421-5300 |
| Phillip Male | ELTA | p.male@elta.fr | 33 5 34 36 10 98 |
| John Beatty | EMTEQ | jmcmahan@emteq.com | (262) 679-6105 |
| Ed Callahan | EMTEQ | ecallahan@emteq.com | (262) 679-6170 |
| Anthony Jones | EMTEQ | jmcmahan@emteq.com | (262) 679-6170 |
| Lauren Nelson | EMTEQ | lnelson@emteq.com | (262) 679-6105 |

DATE: 03/19/2007 08:51:44                    A                                    PAGE: 9

## 2007 AMC CONFERENCE Pre-Registration List

```
****************************************************
                MANUFACTURERS & OTHERS
****************************************************
```

| | | | |
|---|---|---|---|
| Dan Olstinske | EMTEQ | dolstinske@emteq.com | (262) 679-6103 |
| Yannick Ratnayake | EMTEQ | jmcmahan@emteq.com | (262) 679-6106 |
| Jeff Rozewicz | EMTEQ | jrozewicz@emteq.com | (262) 679-6104 |
| Matt Trotter | EMTEQ | jmcmahan@emteq.com | (262) 679-6170 |
| Craig Yager | EMTEQ | cyager@emteq.com | (262) 679-6105 |
| Sven Halle | EUROPEAN COMMISSION | sven.halle@ec.europa.eu | 32 2 298 0070 |
| Ronald Stroup | FEDERAL AVIATION ADMINISTRATION | ronald.l.stroup@faa.gov | (202) 385-7186 |
| Charlie Bibb | GABLES ENGINEERING | bibb@gableseng.com | (305) 774-4372 |
| Rick Finale | GABLES ENGINEERING | finale@gableseng.com | (305) 774-4269 |
| Alain Fouilloux | GABLES ENGINEERING | afouilloux@gableseng.com | (514) 515-8329 |
| Anna Franklin | GABLES ENGINEERING | franklin@gableseng.com | (305) 774-4327 |
| Gary Galimidi | GABLES ENGINEERING | galimidi@gableseng.com | (305) 774-4211 |
| Albert Gutierrez | GABLES ENGINEERING | agutierrez@gableseng.com | (305) 774-4307 |
| Charlotte Heyer | GABLES ENGINEERING | cheyer@gableseng.com | (305) 774-4280 |
| Ozzie Rodriguez | GABLES ENGINEERING | orodrigu@gableseng.com | (305) 774-4237 |
| Jorge A. Sanchez | GABLES ENGINEERING | sanchez@gableseng.com | (305) 774-4217 |
| Stephanie Tallon | GABLES ENGINEERING | tallon@gableseng.com | (305) 774-4328 |
| Asem Abu-Hijleh | GAMCO | ahijleh@gamco.ae | 971 50 611 3271 |
| Shaher Al-Mrayat | GAMCO | shalmrayat@gamco.ae | 971 2 505 7061 |
| Peter Moores | GE INFRASTRUCTURE SENSING | peter.moores@ge.com | (203) 746-2449 |
| John Condon | GEOTEST-MARVIN TEST SYSTEMS | johnc@geotestinc.com | (949) 263-2222 |
| Chuck Davis | GEOTEST-MARVIN TEST SYSTEMS | anthonyn@geotestinc.com | (949) 263-2222 |
| Michael Dewey | GEOTEST-MARVIN TEST SYSTEMS | anthonyn@geotestinc.com | (949) 263-2222 |
| Dan Fenger | GEOTEST-MARVIN TEST SYSTEMS | anthonyn@geotestinc.com | (949) 263-2222 |
| Bob Szpila | GEOTEST-MARVIN TEST SYSTEMS | anthonyn@geotestinc.com | (949) 263-2222 |
| Sire Diop | GIE TAMAD | sire.diop@voila.fr | 221 659 63 99 |
| Larry Bean | GOODRICH CORPORATION | larry.bean@goodrich.com | (802) 877-4405 |
| Tom Kalamasz | GOODRICH CORPORATION | tom.kalamasz@goodrich.com | (802) 877-4247 |
| Todd Knight | GOODRICH CORPORATION | todd.knight@goodrich.com | (813) 891-7131 |
| Sol Mirelez | GOODRICH CORPORATION | sol.mirelez@goodrich.com | (952) 892-4253 |
| Quinn Moynihan | GOODRICH CORPORATION | quinn.moynihan@goodrich.com | (952) 892-4094 |
| Bruce Seitz | GOODRICH CORPORATION | bruce.seitz@goodrich.com | (858) 675-9880 |
| Jay Spencer | GOODRICH CORPORATION | jay.spencer@goodrich.com | (937) 390-6498 |
| Bobby Thomas | GOODRICH CORPORATION | bobby.thomas@goodrich.com | (952) 892-4899 |
| Joel Turner | GOODRICH CORPORATION | joel.turner@goodrich.com | (813) 891-7110 |
| Todd Williams | GOODRICH CORPORATION | todd.williams@goodrich.com | (214) 557-2361 |
| Philip Liang | GRAPHICAL SYSTEM SOLUTIONS | pliang@gssweb.com | (949) 654-5384 |
| Ralph Ricks | GRAYBEARD AVIATION | ricks@graybeardaviation.com | (714) 815-3178 |
| Michael Hansen | H & H AVIATION | mhansen@h-h-aviation.com | 4807514150 |
| Stanley Olsen | HAMILTON AEROSPACE TECHNOLOGIES | solsen@hamaerotech.com | (520) 294-3481 |
| Richard Briggs | HAMILTON SUNDSTRAND | dick.briggs@hs.utc.com | (860) 654-6926 |
| William Collier | HAMILTON SUNDSTRAND | william.collier@hs.utc.com | (815) 394-4916 |
| Trang Dang | HAMILTON SUNDSTRAND | trang.dang@hs.utc.com | (860) 654-6091 |
| David Murphy | HAMILTON SUNDSTRAND | david.murphy@hs.utc.com | (954) 538-8942 |
| Dana Schulz | HAMILTON SUNDSTRAND | dana.schulz@hs.utc.com | (815) 226-6325 |
| Michael Seaback | HAMILTON SUNDSTRAND | michael.seaback@hs.utc.com | (860) 654-5949 |
| Jack Witte | HAMILTON SUNDSTRAND | jack.witte@hs.utc.com | (815) 226-7491 |
| Mario Catalano | HIGH TECH AVIONICS & ACCESSORIES | mario@htaa.net | (954) 538-8818 |
| Frank Leftwich | HIGH TECH AVIONICS & ACCESSORIES | frank.leftwich@kellstrom.com | (406) 892-0761 |
| Jose Sardinas | HIGH TECH AVIONICS & ACCESSORIES | jose@htaa.net | (954) 538-8817 |
| Michel Gallo | HISPANO-SUIZA SNECMA GROUP | michel.gallo@hispano-suiza.sa.com | 33 1 60 59 72 66 |
| Lee Stephens | HOFFMAN | lasphx@cox.net | 6025690234 |
| Jerry McGill | HOLLINGSEAD INTERNATIONAL | jerry.mcgill@hollingsead.com | (972) 668-1648 |

### 2007 AMC CONFERENCE Pre-Registration List

```
***************************************************
                  MANUFACTURERS & OTHERS
***************************************************
```

| Steve Mosher | HOLLINGSEAD INTERNATIONAL | steve.mosher@hollingsead.com | (805) 535-2509 |
| Bill Weaver | HOLLINGSEAD INTERNATIONAL | bill.weaver@hollingsead.com | (805) 535-2509 |
| Michael Andrews | HONEYWELL, INC. | michael.w.andrews@honeywell.com | (602) 436-5603 |
| Lisa Barnes | HONEYWELL, INC. | lisa.s.barnes@honeywell.com | (602) 436-2285 |
| Brian Davis | HONEYWELL, INC. | brian.davis2@honeywell.com | (602) 231-1076 |
| Patrick (Mike) DiNieri | HONEYWELL, INC. | mike.dinieri@honeywell.com | (602) 549-6228 |
| Dave Dunn | HONEYWELL, INC. | dave.dunn@cas.honeywell.com | (602) 436-3163 |
| Ed Eberth | HONEYWELL, INC. | ed.eberth@honeywell.com | (602) 436-6864 |
| Ian Gilbert | HONEYWELL, INC. | ian.gilbert@honeywell.com | 44 1256 722 225 |
| Paul Gipson | HONEYWELL, INC. | paul.gipson@honeywell.com | (602) 436-3164 |
| Kenneth Grossman | HONEYWELL, INC. | kenneth.j.grossman@honeywell.com | (727) 539-3084 |
| Philippe Hervy | HONEYWELL, INC. | philippe.hervy@honeywell.com | (602) 436-1519 |
| S. Abbas Hosain | HONEYWELL, INC. | abbas.hosain@honeywell.com | (602) 473-4739 |
| Earl Johnston | HONEYWELL, INC. | earl.johnston@honeywell.com | (602) 436-1046 |
| Ron Klein | HONEYWELL, INC. | ron.klein@honeywell.com | (602) 436-6959 |
| Mike. Lydon | HONEYWELL, INC. | mike.lydon@honeywell.com | (480) 592-5442 |
| Matt Marinos | HONEYWELL, INC. | matt.marinos@honeywell.com | (425) 885-8679 |
| Gary Martin | HONEYWELL, INC. | gary.martin@honeywell.com | 4805925608 |
| Kevin McShane | HONEYWELL, INC. | kevin.mcshane@honeywell.com | (602) 436-8787 |
| Garrett Mikita | HONEYWELL, INC. | | |
| Rance Myers | HONEYWELL, INC. | rance.myers@honeywell.com | (602) 432-0346 |
| Mike Nelson | HONEYWELL, INC. | mike.nelson2@honeywell.com | (602) 436-6576 |
| Kenny Nordstrom | HONEYWELL, INC. | kenneth.nordstrom@honeywell.com | 6027232280 |
| Tara Nye | HONEYWELL, INC. | tara.nye@honeywell.com | (602) 365-3397 |
| Tom Parks | HONEYWELL, INC. | tom.parks@honeywell.com | (602) 436-6931 |
| Sid Parson | HONEYWELL, INC. | sid.parson@honeywell.com | |
| Gabriel Reed | HONEYWELL, INC. | gabriel.reed@honeywell.com | (602) 436-5442 |
| Philippe Renou | HONEYWELL, INC. | philippe.renou@honeywell.com | 33 1 40 80 59 82 |
| Laura Rogers | HONEYWELL, INC. | laura.rogers@honeywell.com | (602) 365-4988 |
| Tom Ryno | HONEYWELL, INC. | tom.ryno@honeywell.com | (763) 957-3882 |
| Phil Schwartz | HONEYWELL, INC. | phil.schwartz@honeywell.com | (602) 436-3133 |
| Carrie Sinclair | HONEYWELL, INC. | carrie.sinclair@honeywell.com | (602) 316-1896 |
| Rocky Sinclair | HONEYWELL, INC. | rocky.sinclair@honeywell.com | (602) 436-6938 |
| Jack D. Smith | HONEYWELL, INC. | jack.d.smith@honeywell.com | (602) 436-2329 |
| Alan Sowada | HONEYWELL, INC. | alan.sowada@honeywell.com | (727) 539-4319 |
| Neal F. Speranzo | HONEYWELL, INC. | neal.speranzo@honeywell.com | (602) 385-4492 |
| Richard Weimer | HONEYWELL, INC. | richard.weimer@honeywell.com | (602) 436-2503 |
| Todd Andrus | IDEAL AEROSMITH, INC. | tandrus@idealaero.com | (623) 587-9876 |
| Mike Brooks | IDEAL AEROSMITH, INC. | brooks@idealaero.com | (623) 587-9876 |
| Robert Smith | INDRA SYSTEMS | rsmith@indra-systems.com | (407) 681-7901 |
| Donald Jardee | INERTIAL AEROSPACE SERVICES INC | djardee@inertial.com | (440) 995-3678 |
| Jeff Williams | INERTIAL AEROSPACE SERVICES INC | jwilliams@heico.com | (440) 995-3673 |
| Tony Wright | INERTIAL AEROSPACE SERVICES INC | nwright@inertial.com | (216) 272-7346 |
| Joseph Barclay | INFLIGHT WARNING SYSTEMS LLC | jbarclay@iws-llc.com | (714) 993-1226 |
| Barbara Ehrick | INFLIGHT WARNING SYSTEMS LLC | | |
| Steve Ehrick | INFLIGHT WARNING SYSTEMS LLC | sehrick@iws-llc.com | (714) 993-9394 |
| Eric Chayet | INNOVATIVE SOLUTIONS & SUPPORT | echayet@innovative-ss.com | (610) 846-9800 |
| Michael Glover | INNOVATIVE SOLUTIONS & SUPPORT | mglover@innovative-ss.com | (770) 456-4935 |
| Douglas Willey | INNOVATIVE SOLUTIONS & SUPPORT | dwilley@innovative-ss.com | 3125027706 |
| Don Green | INTERNATIONAL AVIATION | dongreen99@hotmail.com | 44 1242 602961 |
| Marcellus Montalvo | INTERSKY PRECISION INSTRUMENTS | mmontalvo@interskyinc.com | (901) 366-6900 |
| Bernard Ollion | INTERTECHNIQUE | bollion@intertechnique.zodiac.com | 33 1 64 86 69 47 |
| Laurent Stalet | INTERTECHNIQUE | lstalet@intertechnique.zodiac.com | 33 1 64 86 69 95 |

## 2007 AMC CONFERENCE Pre-Registration List

***************************************************
**MANUFACTURERS & OTHERS**
***************************************************

| Name | Company | Email | Phone |
|---|---|---|---|
| Gilles Jaudouin | ISIS-MPP | gilles.jaudouin@isismpp.fr | 33 5 61 435 815 |
| Alain Thibaut | ISIS-MPP | alain.thibaut@isismpp.fr | 33 5 61 43 58 82 |
| Greg Bolles | JABIL | gregbolles@yahoo.com | 8132303599 |
| Tim Cummings | KAVLICO CORP | tcummings@kavlico.com | (805) 552-3356 |
| Allan Bobbe | KIDDE AEROSPACE | allan.bobbe@hs.utc.com | (252) 246-7076 |
| Jesse Dodson | KIDDE AEROSPACE | jesse.dodson@hs.utc.com | (252) 246-7142 |
| Tim Renner | KIDDE AEROSPACE | tim.renner@hs.utc.com | (252) 246-8436 |
| Mark Cochran | KORRY ELECTRONICS | mark.cochran@korry.com | (208) 281-1300 |
| Allen Cutler | KORRY ELECTRONICS | anthonyn@geotestinc.com | (949) 263-2222 |
| Robert Dipalmo | L-3 COMMUNICATIONS | robert.dipalmo@l-3com.com | (317) 598-8821 |
| David Dowding | L-3 COMMUNICATIONS | david.dowding@l-3com.com | (941) 284-3048 |
| Mauro Fantauzzi | L-3 COMMUNICATIONS | mauro.fantauzzi@l-3com.com | (416) 249-1231 |
| Lisa Hansen | L-3 COMMUNICATIONS | lisa.hansen@l-3com.com | 31 46 428 0712 |
| Carlo Mammelli | L-3 COMMUNICATIONS | carlo.mammelli@l-3com.com | (941) 371-0811 |
| Gerry Mandarello | L-3 COMMUNICATIONS | gerry.mandarello@l-3.com.com | (416) 249-1231 |
| Wayne McNeel | L-3 COMMUNICATIONS | waynemcneal@cs.com | (604) 273-8471 |
| Wayne Siarnicki | L-3 COMMUNICATIONS | wayne.a.siarnicki@boeing.com | (740) 788-5674 |
| Larry Tank | L-3 COMMUNICATIONS | larry.tank@l-3com.com | (623) 445-6975 |
| Glenn Wilson | L-3 COMMUNICATIONS | glenn.wilson@l-3com.com | (941) 377-5523 |
| Mark Lebovitz | L2 CONSULTING SERVICES INC | markl@l2consulting.com | (512) 748-3197 |
| Jeff Rex | L2 CONSULTING SERVICES INC | jeffr@l2consulting.com | (512) 970-9466 |
| Nick Agarwall | LAVERSAB INC | nicka@laversab.com | (281) 568-8394 |
| Nandu Balsaver | LAVERSAB INC | nbalsavor@laversab.com | (281) 568-8394 |
| David Thomas | LAVERSAB INC | dthomas@laversab.com | (281) 568-8394 |
| Anne Hamann Hansen | LEVI AVIATION | anneh@leki.dk | 45 32 519550 |
| Luke Genovese | LORD CORPORATION | luke_genovese@lord.com | (480) 460-3545 |
| Brain Stark | LUMINATOR | bstark@luminatorusa.com | 4254979641 |
| James Mirabile | LUNA TECHNOLOGIES | mirabilej@lunatechnologies.com | (508) 965-8411 |
| Willie Brown | MANUFACTURING TECHNOLOGY | deborah.gomes@mtifwb.com | (850) 664-6070 |
| Brad Brown | MARATHON/NORCO AEROSPACE | bbrown@mptc.com | (254) 741-5484 |
| Tom Elkjer | MARATHON/NORCO AEROSPACE | telkjer@mptc.com | (254) 741-5410 |
| Peter Fakhry | MARATHON/NORCO AEROSPACE | pfakhry@mptc.com | (254) 741-5431 |
| Al Rodriguez | MARATHON/NORCO AEROSPACE | arodriguez@mptc.com | (254) 741-5401 |
| Brendan Ryan | MARATHON/NORCO AEROSPACE | bryan@mptc.com | (254) 741-5417 |
| Melissa Parsons | MARK IV LUMINATOR | mparsons@luminatorusa.com | 9725163061 |
| Frank Bosworth | MEGGITT SAFETY SYSTEMS | fbosworth@safetysystem.com | (805) 584-4100 |
| Timothy Figg | MEGGITT SAFETY SYSTEMS | tfigg@safetysystem.com | 44 1234 317323 |
| Joe Foreman | MEGGITT SAFETY SYSTEMS | jforeman@safetysystem.com | (719) 210-3623 |
| Rich Miller | MEGGITT SAFETY SYSTEMS | rmiller@safetysystem.com | (805) 584-4100 |
| Pascal Tiennot | MESSIER SERVICES | pascal.tiennot@messierservices.com | 33 1 30 67 45 40 |
| Tammy George | MILLENNIUM INTERNATIONAL | tammy@millenniumintl.com | (816) 524-7777 |
| Claude Peoples | MILLENNIUM INTERNATIONAL | claude.peoples@millenniumintl.net | (816) 524-7777 |
| Dan Rafferty | MILLENNIUM INTERNATIONAL | ginny@aeroexpress.com | (816) 524-7777 |
| Jeanne Rau | MILLENNIUM INTERNATIONAL | jeanne.rau@millenniumintl.net | (816) 524-7777 |
| Richard Crewdson | MINISTRY OF DEFENCE | crewdson264@hqlcr.mod.uk | 44 1634 203901 |
| John Morris | MITRE CORPORATION | jemorris@mitre.org | (781) 377-6612 |
| Dave Morales | MPC PRODUCTS | david.morales@mpcproducts.com | (847) 673-8300 |
| Roy Roeser | MPC PRODUCTS | wolftrap01@msn.com | (307) 745-4148 |
| Tony Trozzo | MPC PRODUCTS | zzo@mpcproducts.com | (847) 673-8300 |
| Jim Hammes | MTI | jim.hammes@mtifwb.com | (850) 499-8214 |
| Steve K. Wells | MUIRHEAD AVIONICS | steve.wells@muirheadavionics.com | 44 208 571 3422 |
| John Leslie | NAASCO | jwl@naasco.com | (831) 399-2244 |
| Joseph Galliker | NAV-AIDS LTD | navaids@total.net | (514) 332-3072 |

DATE: 03/19/2007 08:51:44                    A                                    PAGE: 12

*2007 AMC CONFERENCE Pre-Registration List*

```
*****************************************************
                 MANUFACTURERS & OTHERS
*****************************************************
```

| Name | Company | Email | Phone |
|---|---|---|---|
| Brent Gilday | NAV-AIDS LTD | brent@navaidsltd.net | (877) 332-3055 |
| Peter Kuhn | NORD-MICRO ELEKTRONIK | kuhn@nm.hsd.utc.com | 49 6109 303317 |
| Kai Liebig | NORD-MICRO ELEKTRONIK | kai.liebig@nm.hsd.utc.com | 49 6109 303 240 |
| Mary Casillas | NORTHROP GRUMMAN | mary.casillas@ngc.com | (818) 712-6130 |
| Richard Cunningham | NORTHROP GRUMMAN | richard.cunningham@ngc.com | (770) 955-0630 |
| Kevin Molden | NORTHROP GRUMMAN | kevin.molden@intl.nsd.northropgrumman.com | 44 208 568 3391 |
| David Schooley | NORTHROP GRUMMAN | david.schooley@ngc.com | (818) 715-3400 |
| Allan Schwartz | NORTHROP GRUMMAN | a.schwartz@ngc.com | (818) 715-2181 |
| William Knorr | NORTHWEST AVIATION ENGR SERVICES | wknorr1@msn.com | (206) 972-1932 |
| Herve Touron | NSE INTEGRATIONS | htouron@nse-groupe.com | (514) 569-3466 |
| Jean-Noel Barrere | OEMSERVICES | jeannoel.barrere@oemservices.aero | 33 6 19 22 67 85 |
| Bob Eriksen | OTTO INSTRUMENT SERVICE | bob.eriksen@ottoinstrument.com | (909) 930-5800 |
| Chuck Farley | OTTO INSTRUMENT SERVICE | chuck.farley@ottoinstrument.com | (800) 777-6886 |
| Paul Knight | PAGE AEROSPACE | pknight@pageaerospace.co.uk | 44 0 1932 787661 |
| Trevor Lindley | PAGE AEROSPACE | tlindley@pageaerospace.co.uk | 44 19 32 78 76 61 |
| Mark A. Lipyeat | PAGE AEROSPACE | mlipyeat@pageaerospace.co.uk | 44 1932 787 661 |
| Guy Courtemanche | PANASONIC AVIONICS | guy.courtemancheg@panasonic.com | (425) 415-9314 |
| Emmanuel De Traversay | PANASONIC AVIONICS | emmanuel.detraversay@panasonic.aero | 33 5 62 74 88 86 |
| Brenda Kuhns | PANASONIC AVIONICS | brenda.kuhns@panasonic.aero | (949) 672-2736 |
| Philippe Lagarde | PANASONIC AVIONICS | philippe.lagarde@panasonic.aero | (949) 466-2589 |
| Matt Savage | PANASONIC AVIONICS | matt.savage@panasonic.aero | (972) 745-1257 |
| Blaine Wood | PANASONIC AVIONICS | blaine.wood@panasonic.aero | (678) 428-9284 |
| David Roke | PARAMOUNT PANELS, INC. | davidroke@paramountpanels.com | (909) 947-8008 |
| Graner Thorne | PARAMOUNT PANELS, INC. | granerthorne@paramountpanels.com | (909) 947-8008 |
| John Thorne | PARAMOUNT PANELS, INC. | johnthorne@paramountpanels.com | (909) 947-8008 |
| Bob Boyd | PARKER AEROSPACE | bboyd@parker.com | (516) 356-9479 |
| Angelo Brillis | PARKER AEROSPACE | abrillis@parker.com | (631) 255-8654 |
| Dan Colon | PARKER AEROSPACE | dcolon@parker.com | (631) 231-3737 |
| Teak Macedo | PHOENIX AEROSPACE CONSULTING | teak.macedo@phxacg.com | (623) 434-1750 |
| Jim McArthur | PHOENIX AIR REPAIR | jim.mcarthur@phoenixairrepair.com | (480) 730-7905 |
| Irene Gregorie | PROTOTYPE INDUSTRIES, INC. | irene@prototypeindustries.com | (818) 752-6240 |
| Bob Kondik | QUALITY AVIATION INSTRUMENTS | bobk@qualityaviationinstruments.com | (412) 346-0168 |
| Alec Moffat | RJ WALDRON & CO LTD | amoffat@rjwaldronco.com | (604) 270-2722 |
| Steven Brookshire | ROCKWELL COLLINS | sgbrooks@rockwellcollins.com | (319) 295-5446 |
| Michael Brown | ROCKWELL COLLINS | mabrown1@rockwellcollins.com | (319) 295-1831 |
| Sara Brown | ROCKWELL COLLINS | slbrown1@rockwellcollins.com | (319) 295-5000 |
| Mark Burrowes | ROCKWELL COLLINS | mrburrow@collins.rockwell.com | (319) 295-5000 |
| Kevin Carkin | ROCKWELL COLLINS | klcarkin@rockwellcollins.com | (214) 498-6259 |
| Ricky Chang | ROCKWELL COLLINS | rchang9@rockwellcollins.com | 886-933-007550 |
| Craig Elliott | ROCKWELL COLLINS | caelliot@rockwellcollins.com | (319) 295-6921 |
| John Frankhouse | ROCKWELL COLLINS | | (319) 295-2010 |
| Steve Freilinger | ROCKWELL COLLINS | sgfreili@rockwellcollins.com | (319) 295-1823 |
| Carson Hampton | ROCKWELL COLLINS | cahampto@rockwellcollins.com | (714) 929-3302 |
| Larry Johnson | ROCKWELL COLLINS | ljjohns2@rockwellcollins.com | (901) 218-6794 |
| Jackie Kruser | ROCKWELL COLLINS | jakruser@rockwellcollins.com | (319) 295-8075 |
| Chad Lagrange | ROCKWELL COLLINS | celagran@rockwellcollins.com | (404) 714-3119 |
| Glenda (Sue) Lethem | ROCKWELL COLLINS | gslethem@rockwellcollins.com | (319) 295-3717 |
| Brett Mason | ROCKWELL COLLINS | bemason@rockwellcollins.com | (319) 295-3930 |
| Patrick McCusker | ROCKWELL COLLINS | pdmccusk@rockwellcollins.com | (319) 295-4241 |
| Chris Miller | ROCKWELL COLLINS | cjmiller@rockwellcollins.com | 7144049541 |
| Reginald Morris | ROCKWELL COLLINS | rdmorris@rockwellcollins.com | (513) 984-5395 |
| Matthieu Nedelec | ROCKWELL COLLINS | mnedelec@rockwellcollins.com | 33 1 45 12 23 79 |
| Chris Nelson | ROCKWELL COLLINS | chnelson@rockwellcollins.com | (425) 830-0404 |

*2007 AMC CONFERENCE Pre-Registration List*

****************************************************
**MANUFACTURERS & OTHERS**
****************************************************

| | | | |
|---|---|---|---|
| Gil Parmelee | ROCKWELL COLLINS | gcparmel@rockwellcollins.com | 81 3 5614 8899 |
| James D. Pauly | ROCKWELL COLLINS | jdpauly@rockwellcollins.com | (909) 868-6111 |
| Fred Sandow | ROCKWELL COLLINS | flsandow@rockwellcollins.com | (425) 814-1326 |
| Gary Schwab | ROCKWELL COLLINS | gwschwab@rockwellcollins.com | (319) 295-5470 |
| Simon Stancliffe | ROCKWELL COLLINS | sgstancl@rockwellcollins.com | 44 7787 567173 |
| Gerald Timmermans | ROCKWELL COLLINS | gtimme9@rockwellcollins.com | 31 620 705 492 |
| Dave Vernon | ROCKWELL COLLINS | dlvernon@rockwellcollins.com | (714) 929-3989 |
| Gregg Walt | ROCKWELL COLLINS | gawalt@rockwellcollins.com | (319) 295-4544 |
| Avinash Yadav | ROCKWELL COLLINS | ayadav@rockwellcollins.com | (319) 295-1921 |
| Walter Heine | SAFT AMERICA | walter.heine@saftbatteries.com | (229) 245-2980 |
| John McCoy | SAFT AMERICA | john.mccoy@saftamerica.com | (229) 245-2822 |
| Gerard Baudouin | SAGEM | gerard.baudouin@sagem.com | 33 6 82 55 99 08 |
| Richard Brulard | SAGEM | richard.brulard@sagemavionics.com | (972) 314-3607 |
| Patrick Sperazza | SAGEM | patrick.sperazza@sagem.com | 33 1 69 19 65 69 |
| Gerard P. Violette | SAN TAN AVIATION | violettegsr@aol.com | (480) 635-1088 |
| Josee Chiurillo | SATORI AIR SERVICES INC. | cjosee@airsatori.ca | (514) 745-1600 |
| Marc Lapasset | SATORI AIR SERVICES INC. | lmarc@airsatori.ca | (514) 592-8329 |
| Yves Tessier | SATORI AIR SERVICES INC. | tyves@airsatori.ca | (514) 745-1600 |
| Colin Buck | SECOND SIGHT CONSULTANTS | cbuck2000@yahoo.com | 44 1707 881069 |
| James McCann | SECURAPLANE TECHNOLOGIES | jmccann@securaplane.com | (520) 297-0844 |
| Antonius Bunsen | SEKAS GMBH | antonius.bunsen@sekas.de | 49 89 748 1340 |
| Mike Crow | SENSOR SYSTEMS, INC. | mcrow@sensorantennas.com | (818) 341-5366 |
| Frank Mottola | SIERRA INNOVATIONS | fmottola@cox.net | (619) 992-5065 |
| Richard Johnson | SIMULATOR EQUIPMENT FINANCE | sims4lease@gmail.com | (602) 431-8800 |
| Dick Anderson | SMITHS AEROSPACE | dick.anderson@smiths-aerospace.com | (815) 298-9184 |
| Alaistair Backx | SMITHS AEROSPACE | alaistair.backx@smiths-aerospace.com | 44 1242 66 1349 |
| Bill Benjamin | SMITHS AEROSPACE | bill.benjamin@smiths-aerospace.com | (727) 599-3498 |
| Andy Campbell | SMITHS AEROSPACE | andy.campbell@smiths-aerospace.com | 44 1242 669 224 |
| Jesse Crume | SMITHS AEROSPACE | jesse.crume@smiths-aerospace.com | (425) 245-0489 |
| Robert J. Haverdink | SMITHS AEROSPACE | robert.haverdink@smiths-aerospace.com | (616) 241-7259 |
| Jane Jurgensen | SMITHS AEROSPACE | jane.jurgensen@smiths-aerospace.com | 6027891553 |
| Tim Kelly | SMITHS AEROSPACE | tim.kelly@smiths-aerospace.com | (727) 532-6686 |
| Marilyn Kitchen | SMITHS AEROSPACE | marilyn.kitchen@smiths-aerospace.com | (727) 532-6637 |
| John Krings | SMITHS AEROSPACE | | |
| Marc Lunsford | SMITHS AEROSPACE | marc.lunsford@smiths-aerospace.com | (727) 532-6622 |
| Robert Naigus | SMITHS AEROSPACE | robert.naigus@smiths-aerospace.com | (616) 241-8295 |
| Mekki Boussairy | SOURIAU | mboussairy@souriau.com | 33 2 43 54 35 32 |
| Randy Wallen | SPECMAT TECHNOLOGIES, INC. | spectinc01@aol.com | (865) 609-1411 |
| Patrick Stafford | STC TRAINING & CONSULTING | jpatrick3@mindspring.com | (816) 797-8364 |
| George More | SUNSHINE AVIONICS CORP | gmore@sunshineavionics.com | (954) 517-1294 |
| Alexandre Volkov | TAIR LTD. | aalvolkov@mail.ru | 78 12 35 10 965 |
| Lothar Rosebrock | TD&DS | lothar.rosebrock@tdds-gmbh.de | 49 40 8540 1670 |
| Christine Danioux | TEAM | cdanioux@team-avionics.com | 33 1 49 78 66 08 |
| Marc Lapasset | TEAM | mlapasset@team-avionics.com | 33 1 49 78 66 00 |
| Nicolas Lesellier | TECH S.A.T. | nicolas.lesellier@techsat.com | 49 8121 703 188 |
| William McRae | TECH S.A.T. | wm@americantechsat.com | (206) 374-2538 |
| Hans-Joerg Steinmaier | TECH S.A.T. | hjs@techsat.com | 49 8121 703133 |
| Chuck Erickson | TECOM INDUSTRIES | cerickson@tecom-ind.com | (805) 267-0111 |
| Rod Coday | TEL-INSTRUMENT ELECTRONICS CORP. | rcoday@kc.rr.com | (913) 962-1695 |
| Harold K. "Hal" Fletcher | TEL-INSTRUMENT ELECTRONICS CORP. | fgio@telinst.com | (201) 933-1600 |
| Jack Nemeth | TEL-INSTRUMENT ELECTRONICS CORP. | jnem@telinst.com | (201) 933-1600 |
| George Casper | TELEDYNE CONTROLS | george_casper@teledyne.com | (310) 820-4616 |
| Scott Chambers | TELEDYNE CONTROLS | scott_chambers@teledyne.com | (310) 820-4616 |

## 2007 AMC CONFERENCE Pre-Registration List

****************************************************
### MANUFACTURERS & OTHERS
****************************************************

| Name | Company | Email | Phone |
|------|---------|-------|-------|
| Stephen Cunningham | TELEDYNE CONTROLS | stephen_cunningham@teledyne.com | (310) 820-4616 |
| Ian Glen | TELEDYNE CONTROLS | ian_glen@teledyne.com | (310) 571-2607 |
| John M. Kobielusz | TELEDYNE CONTROLS | jkobielusz@teledyne.com | (310) 442-4368 |
| Cindy Madden | TELEDYNE CONTROLS | | (310) 820-4616 |
| Hans-Juergen Neufert | TELEDYNE CONTROLS | hans-juergen_neufert@teledyne.com | 49 40 2090 9640 |
| Dennis Schmitz | TELEDYNE CONTROLS | dschmitz@teledyne.com | (651) 994-1141 |
| Matthew Van Gundy | TELEDYNE CONTROLS | mvangundy@teledyne.com | (310) 442-4182 |
| Matt Wing | TELEDYNE CONTROLS | matthew_wing@teledyne.com | (310) 820-4162 |
| Troy R. Batson | TERADYNE | troy_batson@notes.teradyne.com | (913) 461-7108 |
| Tony Battaglia | TERADYNE | tony.battaglia@teradyne.com | 9402430838 |
| Attila Shevket | TERADYNE | attila.shevket@teradyne.com | (978) 370-6528 |
| Michael Sullivan | TERADYNE | michael.n.sullivan@teradyne.com | (925) 519-0276 |
| Walter Vahey | TERADYNE | walter.vahey@teradyne.com | (978) 370-6640 |
| Mark Vennerholm | TERADYNE | mark.vennerholm@teradyne.com | (940) 458-0004 |
| Dan Walsh | TERADYNE | dan.walsh@teradyne.com | (978) 370-6245 |
| Alan Black | TESTEK, INC | ablack@testek.com | (313) 591-2271 |
| John Lytle | TESTEK, INC | jlytle@testek.com | (330) 725-7689 |
| Brian Atkinson | THALES AVIONICS | brian.atkinson@us.thalesgroup.com | (901) 338-5967 |
| Michel Bes | THALES AVIONICS | michel.bes@fr.thalesgroup.com | 33 5 61 19 76 94 |
| Jose-Christophe Cabada | THALES AVIONICS | jose-christophe.cabada@fr.thalesgroup.com | 33 5 61 19 35 04 |
| Jean-Michel Clairis-Gauthier | THALES AVIONICS | jean-michel.clairis-gauthier@fr.thalesgroup.com | 33 5 61 19 35 35 |
| David Deal | THALES AVIONICS | david.deal@us.thalesgroup.com | (732) 452-4411 |
| Mark Diederich | THALES AVIONICS | mark.diederich@us.thalesgroups.com | (949) 595-8540 |
| Thierry Diore | THALES AVIONICS | thierry.diore@fr.thalesgroup.com | 33 5 61 19 66 19 |
| Sean Doran | THALES AVIONICS | sean.doran@us.thalesgroup.com | 4803236863 |
| Elisabeth Dubicq | THALES AVIONICS | elisabeth.dubicq@fr.thalesgroup.com | 33.5.61.19.76.39 |
| Olivier Durivaux | THALES AVIONICS | olivier.durivaux@ca.thalesgroup.com | (514) 832-5022 |
| Brad Foreman | THALES AVIONICS | brad.foreman@us.thalesgroup.com | (949) 790-2501 |
| Sidonie Ganatchian | THALES AVIONICS | sidonie.ganatchian@fr.thalesgroup.com | 33 1 34 81 41 14 |
| Francois-Xavier Gandon | THALES AVIONICS | francois-xavier.gandon@fr.thalesgroup.com | 33 5 61 19 78 03 |
| Gary Jones | THALES AVIONICS | gary.jones@us.thalesgroup.com | (949) 595-8585 |
| Michel Le Goas | THALES AVIONICS | michel.legoas@fr.thalesgroup.com | 33 1 39 45 54 06 |
| Jean Francis Manfroy | THALES AVIONICS | jean-francis.manfroy@fr.thalesgroup.com | 33 5 61 19 34 59 |
| Philippe Mazeau | THALES AVIONICS | philippe.mazeau@ca.thalesgroup.com | (514) 832-5005 |
| Hugues Meunier | THALES AVIONICS | hugues.meunier@fr.thalesgroup.com | 33 5 61 19 76 66 |
| Denis Michal | THALES AVIONICS | denis.michal@fr.thalesgroup.com | 33 5 34 63 92 20 |
| T. Greg Miller | THALES AVIONICS | greg.miller@us.thalesgroup.com | (949) 595-8550 |
| Marcus Nooney | THALES AVIONICS | marcus.mooney@us.thalesgroup.com | (651) 334-2547 |
| Jim Nystrom | THALES AVIONICS | james.nystrom@us.thalesgroup.com | (480) 703-4165 |
| Tony Pesch | THALES AVIONICS | tony.pesch@us.thalesgroup.com | (206) 200-0522 |
| Francois Piolet | THALES AVIONICS | francois.piolet@fr.thalesgroup.com | 33 5 61 19 76 82 |
| Hailla Marie Sylla | THALES AVIONICS | christiane.toueilles@fr.thalesgroup.com | 33 5 61 19 67 13 |
| Wafa Zaoui | THALES AVIONICS | wafa.zaoui@thales-avionics.com | 33 1 39 45 56 87 |
| Jeffrey Boyle | THOMAS ELECTRONICS OF AUSTRALIA | jeffreyboyle@aol.com | (406) 586-5950 |
| Trent Goldsack | THOMAS ELECTRONICS OF AUSTRALIA | trent_goldsack@thomas.au | 61 2 8723 6514 |
| Stephanie Hutchinson | THOMAS ELECTRONICS OF AUSTRALIA | s_hutchinson@thomas.com.au | 61 2 8723 6506 |
| William Hutchinson | THOMAS ELECTRONICS OF AUSTRALIA | william_hutchinson@thomas.com.au | 61 2 8723 6501 |
| Sophia Luong | THOMAS ELECTRONICS OF AUSTRALIA | sophia_luong@thomas.com.au | 61 2 8723 6515 |
| Robert Riede | THOMAS ELECTRONICS OF AUSTRALIA | rob_riede@thomas.com.au | 61 2 8723 6510 |
| John Smith | THOMAS ELECTRONICS OF AUSTRALIA | thomaselectronics@aerodev.co.uk | 44 1276 681747 |
| William (Bill) Kuney | THOMAS ELECTRONICS, INC. | bill.kuney@thomaselectronics.com | (315) 923-2051 |
| Hironobu Hattori | TOSHIBA CORP | hinorobu.hattori@toshiba.co.jp | 81 48 574 2339 |

DATE: 03/19/2007 08:51:44       A          PAGE: 15

### 2007 AMC CONFERENCE Pre-Registration List

```
*****************************************************
                  MANUFACTURERS & OTHERS
*****************************************************
```

| Name | Company | Email | Phone |
|---|---|---|---|
| Akira Shoda | TOSHIBA CORP | akira.shoda@toshiba.co.jp | 81 48 574 2339 |
| Dennis S. Suedkamp | TRIUMPH INSTRUMENTS & AVIONICS | dsuedkamp@triumphgroup.com | (818) 482-1865 |
| Paul Pashley | TURBO RESOURCES INTL | paul@turboresources.com | 4802818022 |
| Kevin Larson | TUV SUD AMERICA, INC | klarson@tuvam.com | (651) 638-0252 |
| Dale Robinette | TYCO ELECTRONICS | dlrobine@tycoelectronics.com | (858) 486-7990 |
| John Moussiaux | TYX CORPORATION | john.moussiaux@tyx.com | (703) 264-1080 |
| Christian Wenczka | ULTRA ELECTRONICS | christian.wenczka@ultraelectronics.com | 44 20 8813 4354 |
| David Abbott | ULTRAMAIN SYSTEMS | dabbott@ultramain.com | 5058289000 |
| Jim Schonefeld | UNICORP SYSTEMS INC | jims@usiavionics.com | (918) 445-8741 |
| Scott Whitman | UNICORP SYSTEMS INC | scottw@usiavionics.com | (918) 445-8747 |
| Scott Campbell | UNIVERSAL AVIONICS SYSTEMS CORP | scampbell@uasc.com | (520) 295-2300 |
| Bob Raterink | UNIVERSAL AVIONICS SYSTEMS CORP | braterink@uasc.com | (520) 295-2341 |
| Luis Reyes | VIBRO-METER | luis.reyes@vibro-meter.com | (626) 852-9403 |
| Jeff Drader | VT MILTOPE | jeff.drader@miltope.com | (949) 752-8191 |
| Pelle Nilsson | WAMCO INC. | pnilsson@wamcoinc.com | (714) 545-5560 |
| Mike Phillips | WAMCO INC. | mphillips@wamcoinc.com | (714) 545-5560 |
| Stan Greenleaf | WHITTAKER CONTROLS | sgreenleaf@wkrctrls.com | 9722274442 |
| Walt St. Amant | WHITTAKER CONTROLS, INC. | walt@wkrctrls.com | (818) 765-8160 |
| Sean Reilly | WINGSPEED CORP | sean@wingspeedcorp.com | (312) 493-8822 |

MANUFACTURERS & OTHERS     523

TOTAL PREREGISTERED     748

**EXHIBIT 26**



## Flight Safety Foundation

Flight Safety Foundation (FSF) is the world's premier international aviation safety organization. As it has done each year for more than half a century, the Foundation, at its International Air Safety Seminar (IASS), will bring together specialists to discuss pressing issues in aviation safety and to share information and developments that can contribute to improving the industry's already outstanding safety record.

Adding to the breadth of the event, the International Federation of Airworthiness (IFA) and the International Air Transport Association (IATA) are part of the joint meeting that includes the IASS.

## International Federation of Airworthiness

The International Federation of Airworthiness (IFA), whose 35th International Conference is part of the joint meeting, is composed of airworthiness authorities, professional aeronautic societies, air transport operators, aerospace manufacturers and service-and-repair organizations. Continuing airworthiness in all of its aspects, including personnel licensing of aircraft-maintenance engineers, is the focus of this nonprofit, independent organization.

## International Air Transport Association

The International Air Transport Association (IATA) is the world trade organization of scheduled airlines. IATA's nearly 270 members carry more than 95 percent of the world's scheduled international air traffic under the flags of more than 120 nations. IATA's mission is to ensure that worldwide airline traffic moves with the greatest possible speed, safety, security, convenience and efficiency for passengers and cargo shippers — and with the utmost economy and financial viability for the airlines.

## AGENDA DEVELOPMENT COMMITTEE

Joanne Anderson, technical programs specialist, Flight Safety Foundation

George B. Finelli, director, Aviation Safety and Security Division, U.S. National Aeronautics and Space Administration, Langley Research Center

Charles K. Bergman, manager, air safety and operations, Engineering and Air Safety Department, Air Line Pilots Association, International

James M. Burin, director of technical programs, Flight Safety Foundation

Michel Trémaud, senior director, safety and security, customer services, Airbus

H. Keith Hagy, associate director, Engineering and Air Safety Department, Air Line Pilots Association, International

Graham P. Harris, director of membership and publicity, International Federation of Airworthiness

Ho Ching-Sheng (Danny C. Ho), executive vice president, EVA Airways Corp.

Robert MacIntosh, chief advisor for international safety affairs, U.S. National Transportation Safety Board

Brian L. Perry, vice president–technical and technical committee chairman, International Federation of Airworthiness

Paul D. Russell, chief engineer, aviation system safety, Boeing Commercial Airplanes

John W. Saull, executive director, International Federation of Airworthiness

Douglas Schwartz, aviation director, AT&T Aviation

Dr. Ron Yates (retired CEO, Qantas Airways), vice president, Australasia, International Federation of Airworthiness

Andrew McClymont, vice president, Europe, International Federation of Airworthiness

Jim Rainbow, chairman of trustees, International Federation of Airworthiness

H. Al-Shayji Bader, vice president, Middle East, International Federation of Airworthiness

Paul Mingler, commercial flight safety director, GE Aircraft Engines

## PRELIMINARY AGENDA

### SUNDAY, NOVEMBER 6

| 1300–1700 | IFA Technical Committee Meeting |

### MONDAY, NOVEMBER 7

| 0830–1200 | FSF International Advisory Committee Meeting |
| 0900–1200 | IFA Executive Council Meeting |
| 0930 | FSF Executive Committee Meeting |
| 1200 | FSF Board of Governors Lunch, Board meeting immediately following lunch |

Cover: The Onion Domes of St. Basil's Cathedral, Red Square (Photo: © Copyright 2005 Getty Images Inc.)

| 1200–1300 | IFA Scholarship Committee Meeting |
| 1200–1700 | **Registration** |
| 1400–1700 | IFA Workshop on Safety Management Systems |
| 1400–1700 | IFA Workshop — Commercial Aviation Safety Initiatives |
| 1600–1700 | Chairmen and Speakers Meeting for Tuesday presentations |
| 1900–2100 | **Opening Reception** |

### TUESDAY, NOVEMBER 8

| 0730–1700 | **Registration** |
| 0730–0830 | **Continental Breakfast in Exhibit Hall** |

OPENING CEREMONIES

| 0830–1000 | "Seminar Opening" — Capt. Alex de Silva, chairman, FSF International Advisory Committee |
| | "International Federation of Airworthiness" — Ahmad Faisal Al Zabin, president, IFA |
| | "International Air Transport Association" — Günther Matschnigg, vice president, operations and infrastructure, IATA, and member, FSF Board of Governors |
| | "Flight Safety Foundation" — Stuart Matthews, president and CEO, Flight Safety Foundation |
| | "Keynote Address" |
| 1000–1030 | **Refreshments in Exhibit Hall** |

| SESSION I | GLOBAL OVERVIEW |
| | *Session Chairman: David Mawdsley, director, safety, IATA* |
| 1030–1100 | "2005: The Year in Review" — James M. Burin, director of technical programs, Flight Safety Foundation |
| 1100–1130 | "Regional Safety Activities Update" — Kyle Olsen, manager, continued operational safety, U.S. Federal Aviation Administration |
| 1130–1200 | "Flight Safety Comparative Analysis of Russian and Western Jet and Turboprop Aircraft" — Vladimir Kofman, chairman, Accident Investigation Commission, Interstate Aviation Committee; Rudolf Teimurazov, deputy chairman flight safety, Interstate Aviation Committee; and Vladimir Poltavets, head of the Flight Safety Laboratory, M. Gromov Flight Research Institute |
| 1200–1230 | Questions and Answers |
| 1230–1400 | **Lunch** |

| SESSION II | MANAGEMENT OF SAFETY |
| | *Session Chairman: John Saull, executive director, IFA* |
| 1400–1430 | "Implementing an Annual Accident Prevention Plan in an Airline" — Capt. Bertrand de Courville, head of safety, Air France |
| 1430–1500 | "Flight Safety Management System in Volga-Dnepr Airlines" — Yury Malevinsky, director, aviation accident prevention, Volga-Dnepr Moscow |
| 1500–1530 | **Refreshments in Exhibit Hall** |
| 1530–1600 | "Survey on Cultural Factors Affecting Safety Management Systems Implementation in Latin America" — Michael Masson, senior human factors analyst, Boeing Research and Technology, Europe; William L. Rankin, Ph.D., leader, maintenance human factors team, and Mike M. Moodi, senior Boeing airline operations representative, Boeing Commercial Airplanes |
| 1600–1630 | "Maintenance Error Management: The Next Step at Continental Airlines" — Randy Ramdass, managing director, aircraft maintenance, IAH/South Central Region, Continental Airlines |

| | |
|---|---|
| 1630–1700 | "Evacuation Commands for Optimal Passenger Management" — Lauren J. Thomas and Helen C. Muir, Human Factors Department, School of Engineering, Cranfield University, and Sophie O'Ferrall, Virgin Blue Airlines |
| 1700–1730 | Questions and Answers |
| 1800–1900 | Chairmen and Speakers Meeting for Wednesday presentations |

## WEDNESDAY, NOVEMBER 3

| | |
|---|---|
| 0730–1700 | Registration |
| 0730–0830 | Continental Breakfast in Exhibit Hall |

SESSION III   OPERATIONAL ISSUES
*Session Chairman: Robert MacIntosh, chief advisor for international safety affairs, U.S. National Transportation Safety Board*

| | |
|---|---|
| 0830–0900 | "Center, We Have a Fire on Board and Need to Land Immediately: A Pilot's Perspective on Dealing With Fire in Flight" — Capt. H.G. "Boomer" Bombardi, Delta Air Lines, and in-flight fire project chairman, Air Line Pilots Association, International |
| 0900–0930 | "Rejected Takeoffs Won't Go Away" — Capt. Bill de Groh, American Eagle Airlines, and director, aircraft performance programs, Air Line Pilots Association, International |
| 0930–1000 | "Running Out of Runway: Analysis of 35 Years of Landing Overrun Accidents" — Gerard van Es, senior research engineer, National Aerospace Laboratory (NLR)–Netherlands |
| 1000–1030 | Refreshments in Exhibit Hall |
| 1030–1100 | "Runway Incursion Update: Innovative Training With Promising Results" — Charles K. Bergman, manager, air safety and operations, Air Line Pilots Association, International, and William S. Davis, vice president, safety, Air Traffic Organization, U.S. Federal Aviation Administration |
| 1100–1130 | "CFIT Accidents in Helicopters: When and Where" — Yasuo Ishihara, senior principal engineer, Honeywell |
| 1130–1200 | Questions and Answers |
| 1200–1330 | Lunch |

SESSION IV   CONTINUING AIRWORTHINESS
*Session Chairman: Andrew McClymont, vice president, Europe, IFA*

| | |
|---|---|
| 1330–1400 | "Outsourcing Component Support: The Component Solution Provider's Input Into Improving Aircraft Safety" — Michael John Humphreys, chief executive officer, SR Technics, UK |
| 1400–1430 | "Fatigue Management in Canadian Aviation Maintenance Operations" — Jacqueline Booth-Bourdeau, chief, technical and national programs, Aircraft Maintenance and Manufacturing Branch, Transport Canada; Isabelle Marcil, Ph.D., senior ergonomist, and Howard Posluns, chief, advanced technology, Transportation Development Centre |
| 1430–1500 | "Capturing Lessons Learned From Maintenance Errors" — Uwe Eggerling, deputy vice president, maintenance engineering and service bulletins, customer services, Airbus |
| 1500–1530 | Refreshments in Exhibit Hall |
| 1530–1600 | "Managing Procedural Error in Maintenance" — Barbara G. Kanki, Ph.D., research psychologist, U.S. National Aeronautics and Space Administration, Ames Research Center |
| 1600–1630 | "Role of Human Factors Training and Error Management in the Aviation Maintenance Safety |

| | |
|---|---|
| | System" — David John Hall, aviation regulatory and safety consultant |
| 1630–1700 | Questions and Answers |
| 1700–1800 | Chairmen and Speakers Meeting for Thursday presentations |
| 1900–2100 | **Awards Ceremony and Reception** — Radisson SAS Slavyanskaya Hotel and Business Center |

## THURSDAY, NOVEMBER 10

| | |
|---|---|
| 0730–1700 | Registration |
| 0730–0830 | Continental Breakfast in Exhibit Hall |

SESSION V   INFRASTRUCTURE AND TECHNOLOGY DEVELOPMENT
*Session Chairman: James Terpstra, former senior corporate vice president, Jeppesen*

| | |
|---|---|
| 0830–0900 | "WGS-84 Implementation in CIS: Problems and Opportunities" —Valery Sharov, leading specialist, head of working group aeronautical information provision, Interstate Aviation Committee |
| 0900–0930 | "Benefits of RNP-RNAV in Commercial Operations" — Capt. Frank M. Hankins, senior instructor pilot, and David Jones, manager, RNP-RNAV, Boeing Commercial Airplanes |
| 0930–1000 | "ATM as Fourth Automation Loop in Aircraft Systems Architecture" — Etienne Tarnowski, experimental test pilot, Airbus |
| 1000–1030 | Refreshments in Exhibit Hall |
| 1030–1100 | "New Capabilities for Weather Accident Prevention" — H. Paul Stough III, James F. Watson Jr., Taumi S. Daniels, Konstantinos S. Martzaklis, Michael A. Jarrell and Rodney K. Bogue, U.S. National Aeronautics and Space Administration |
| 1100–1130 | To be determined |
| 1130–1200 | Questions and Answers |
| 1200–1330 | Lunch |

SESSION VI   PROACTIVE USE OF INFORMATION
*Session Chairman: Paul Mingler, commercial flight safety director, GE Aircraft Engines*

| | |
|---|---|
| 1330–1400 | "Sharing Safety Data: An Example of Cooperative Industry-regulatory Data Analysis, Including a Review of the Prevalence and Severity of Propulsion-related Events" — Ann Azevedo, chief scientist and technical advisor, aircraft safety analysis, U.S. Federal Aviation Administration, and Sarah M. Knife, Ph.D., principal engineer for airplane and regulatory safety, chief engineer's office, General Electric Transportation Systems |
| 1400–1430 | "Changing National Safety Culture Through Data Sharing" — Capt. Terry McVenes, US Airways, and executive air safety chairman, Air Line Pilots Association, International, and Thomas R. Chidester, Ph.D., U.S. National Aeronautics and Space Administration |
| 1430–1500 | "Ground Accident Prevention: Status Report" — Robert H. Vandel, executive vice president, Flight Safety Foundation |
| 1500–1530 | Refreshments in Exhibit Hall |
| 1530–1600 | "Aircraft Flight Safety in Air Transport System Based on Reliability and Flight Safety" — M.S. Neymark, deputy of the chief designer, and L.G. Thesarsky, senior designer, Ilyushin Aviation Complex |
| 1600–1650 | "Structural Integrity Challenges" — Kay Yong, Ph.D., former chairman, and Thomas Wang, aviation safety investigator, Aviation Safety Council, Taiwan, China |
| 1630–1700 | Questions and Answers |
| 1700–1730 | Closing — Ahmad Faisal Al Zabin, president, IFA |

# HOTEL ACCOMMODATION REQUEST FORM

### FSF 58th International Air Safety Seminar    November 7–10, 2005

RETURN THIS FORM TO HOTEL

Special room rates have been negotiated with the Radisson SAS Slavyanskaya Hotel. (The hotel is headquarters for all meeting activities, including registration, general sessions and exhibits.) Specify "Flight Safety Foundation International Air Safety Seminar" for special rate. Telephone: +7 095 941 8020; Fax: +7 095 240 3217; E-mail: reservations.moscow@radissonSAS.com.

**Accommodation request form (or photocopy) must be completed and faxed to hotel not later than Sept. 20, 2005.**

## Accommodation Request:

❑ Single Occupancy    US$199.00         ❑ Double Occupancy    US$217.00       November 5, 11, 12, 2005

❑ Single Occupancy    US$249.00         ❑ Double Occupancy    US$267.00       November 6, 7, 8, 9, 10, 13, 2005

**Room rates include breakfast,** complimentary access to the hotel fitness center, pool, whirlpool, and steam and dry saunas.
Rates are per room per night, do not include 18% VAT and are payable in rubles by credit card or cash at the hotel's internal exchange rate.

❑ Smoking Room       ❑ Non-smoking Room       ❑ King Bed       ❑ Twin Bed

Please contact hotel for rates and information regarding Business Class Rooms and Suites as required.

Guest's First Name _____ Guest's Family Name _____

Arrival Date _____ Departure Date _____

Address _____

Telephone _____ Fax _____ E-mail _____

**All room reservations must be guaranteed for arrival with completed credit card information below.**

**Visa Support Documents: Please clearly print the following information if you require visa support documents.**

Passport Number _____ Date of Birth (dd/mm/yy) _____

Country of Citizenship _____ Gender (male/female) _____

If this guest arrives and stays in our hotel within the arrival and departure dates indicated above, then there is no charge for this Visa Support Service. However, if this reservation is cancelled, or the guest does not check in on the date of arrival, then the nonrefundable amount of US$75 (including VAT) will be charged to the credit card indicated below.

## Taxi Transfer From Airport to Hotel:

If guest requires taxi transfer service from airport to hotel, please fax the following information to our concierge at +7 095 941 8000: airline, flight number, arriving from, arrival date/time and airport. Note: Request is not considered made and confirmed until a written confirmation is received by the client.

## Terms and Conditions:

1. Accommodation at the above rates is available only to registered conference delegates requesting rooms with this form.

2. Accommodation requests are not considered as definite bookings until a written hotel confirmation is received by the guest.

3. Please note that any changes made to your reservation must be notified by fax to the hotel.

4. The deadline for making reservations is Sept. 20, 2005, after which rooms are subject to availability at prevailing rates.

5. Method of guarantee — credit card or cash — for all charges must be provided by guest upon check-in.

6. Check-in time is 1500, and room assignment prior to this time is subject to availability. Check-out time is 1200.

7. Reservation cancellations made at least 72 hours prior to 1800 on the date of arrival will not be charged a cancellation penalty. In case of "no-show" or cancellation made less than 72 hours before date of arrival, we will charge for one room night and tax, as your reservation is guaranteed until 0700.

## Payment Method:

**I hereby authorize Radisson SAS Slavyanskaya Hotel to charge my credit card account for accommodation and visa charges in accordance with the rates, terms and conditions indicated in this document.**

Cardholder Name _____ Credit Card Type _____

Credit Card Number _____ Expiration Date _____

Signature _____ Date _____

# FLIGHT SAFETY FOUNDATION 58TH IASS REGISTRATION FORM

**Register Online!    http://www.flightsafety.org/seminars.html**

RETURN THIS FORM TO FLIGHT SAFETY FOUNDATION

Mail or fax completed registration form (or photocopy) to Namratha Apparao, membership services coordinator, Flight Safety Foundation,
Suite 300, 601 Madison Street, Alexandria, VA 22314-1756 U.S.A. Telephone: +1 (703) 739-6700, ext. 101; Fax: +1 (703) 739-6708.
❑ First-time Attendee

Given Name _____ Family Name _____

Job Title _____ Name for Badge _____

Company _____

Address _____

City _____ State/Province _____

ZIP/Postal Code _____ Country _____

Telephone _____ Fax _____ E-mail _____

Guest/Spouse (if attending) _____

❑ Yes, my guest/spouse will attend the guest program on Nov. 8.    ❑ Yes, my guest/spouse will attend the guest program on Nov. 9.
❑ Yes, I will require vegetarian meals.

**Tickets for breakfast and lunch for spouses/guests may be purchased at the registration desk.**

| Please Indicate Fee: | Early Registration (if payment is received by Sept. 9, 2005) | | After Sept. 9, 2005 | |
|---|---|---|---|---|
| FSF/IATA/IFA Member | US$700 | _____ | US$800 | _____ |
| Nonmember | $875 | _____ | $975 | _____ |
| Spouse/Guest Opening Reception | $50 | _____ | $50 | _____ |
| Spouse/Guest Program (one-day) | $75 | _____ | $75 | _____ |
| Spouse/Guest Program (both days) | $150 | _____ | $150 | _____ |
| Total Enclosed | US$ | _____ | US$ | _____ |

FSF nonmembers can apply US$200 of the registration fee toward a membership in Flight Safety Foundation. Membership fees start at $2,000.
For more information about the Foundation, contact Ann Hill, director, membership and development, e-mail: hill@flightsafety.org, or visit the
Foundation's Internet site: www.flightsafety.org. ❑ Send Flight Safety Foundation membership information by mail.

Return seminar registration form with credit card information or a check (in U.S. currency drawn on a U.S. bank) payable to Flight Safety
Foundation. Wire transfer payment to: Bank of America, Account Number: 001920258070. Routing Number: 054001204, 1501 Pennsylvania
Avenue NW, Washington, DC 20013 U.S.A. For account of: Flight Safety Foundation. Sender must pay bank transfer fee(s).

Refund or credit (less $25 administrative fee) will be given for cancellation by Oct. 21, 2005. Credit (less $25 administrative fee) for a future Flight
Safety Foundation meeting, seminar or workshop will be given for cancellation by Oct. 31, 2005. No refund or credit will be given for cancellation
after Oct. 31, 2005.

**Once you have registered, Flight Safety Foundation will send more information on visa requirements and a letter of invitation.**

**Payment Method:**    ❑ check   ❑ postal money order   ❑ wire transfer   ❑ credit card (circle one)   VISA   American Express   MasterCard
(The Foundation accepts only these credit cards.)

Cardholder Name _____

Credit Card Number _____ Expiration Date _____

Billing Address _____

City _____ State/Province _____

ZIP/Postal Code _____ Country _____

Signature _____ Date _____

## Organization Profile:

❑ Airline            ❑ Association            ❑ Charter Operation     ❑ Other _____
❑ Corporate Operator ❑ Education/Training      ❑ Government            Fleet size, if applicable _____
❑ Helicopter         ❑ Manufacturer           ❑ Regional Carrier      Number of employees involved in aircraft operations _____

## Sponsor/Exhibitor Opportunities

Excellent opportunities are available for you to promote your company's products or services by exhibiting or by sponsoring a seminar activity. For information, contact Ann Hill, director, membership and development, e-mail: hill@flightsafety.org, telephone: +1 (703) 739-6700, ext. 105 or Ahlam Wahdan, membership services coordinator, e-mail: wahdan@flightsafety.org, telephone: +1 (703) 739-6700, ext. 102. Only a few exhibit spaces remain!
Visit our Internet site: www.flightsafety.org

## 2004 IASS Attendees/Sponsors/Exhibitors

**ATTENDEES**
Aero Mechanical Services
Aerobytes
Aeroflot–Russian Airlines
Afrijet Airlines
Air Atlanta Icelandic
Air Canada Pilots Association
Air China Southwest Co.
Air Japan Co.
Air Line Pilots Association, International
Air New Zealand
Air Nippon Co.
Air Tahiti Nui
Air Traffic Control–The Netherlands
Airbus
Airbus North America Customer Services
Airbus S.A.S.
Airclaims
All Nippon Airways
Allied Pilots Association
Alteon
Alteon Training Asia
American Eagle–ALPA
Antonov Design Bureau
Asiana Airlines
ASPA de México
Associação dos Pilotos Portugueses de Linhas Aéreas
Association of Air Transport Engineering & Research–Japan
Association of Asia Pacific Airlines
Australian Licenced Aircraft Engineers Association
Australian Transport Safety Bureau
Aviation Safety Alliance
Aviation Safety Council
Aviation Weather Associates
Avico Insurance Co.
BAE Systems (Operations)
BEA France
Blue1
Boeing Commercial Airplanes
Bombardier Aerospace
Britannia Airways
British Airport Authority
British Airways
British Mediterranean Airways
Budapest Airport
Cathay Pacific Airways
CEFA Aviation
China Airlines
China Southern Airlines
City University London
Continental Airlines

CTC Services Aviation (LAD)
Dassault Aviation
Delta Air Lines
DHL Air
Directorate Flying Safety–Australian Defense Force (DFS-ADF)
Dragonair
DuPont
Dutch Transport Safety Board
easyJet Airlines
Embraer
Emirates
Engenuity Technologies
ETPS
Eurocontrol
European Air Transport
European Aviation Safety Agency
European Regions Airline Association
EVA Airways Corp.
Far Eastern Air Transport Corp.
FedEx Express
Finnair
Flight Safety Foundation–Taiwan, China
FlightSafety International
Flightscape Incorporated
FMV
Freedom Air
General Administration of Civil Aviation of China. Center Aviation Safety Technology
Global Aerospace
Hall and Associates
Honeywell
Hong Kong Civil Aviation Department
IATA
Icelandair
ICTSD
IHS Aviation Information
INAC–Portuguese Civil Aviation Authority
Indal Technologies
Institut Français de Sécurité Aérienne (DCI-AIRCO)
Inter Hannover Scandinavian Branch
International Civil Aviation Organization
International Federation of Air Line Pilots' Associations
International Federation of Airworthiness
Italian Air Force
Japan Aircraft Pilots Association
Japan Airlines Domestic
Japan Airlines International
Jeppesen
Jeppesen GmbH
JetBlue Airways Corp.
Kawasaki Heavy Industries
KLM Royal Dutch Airlines
Kuwait Airways

Kuwait Directorate General of Civil Aviation
Line Up Aviation Personnel
Linhas Aéreas de Moçambique
LOT Polish Airlines
Malaysia Airlines
Malév Hungarian Airlines
Malmo Aviation
MasAir Cargo Airline
MedAire
Mercator
Morgunbladid
National Aerospace Laboratory (NLR)–Netherlands
National Air Transportation Association
National Cheng Kung University
Netherlands Ministry of Transport–Director General Civil Aviation
New Zealand Civil Aviation Authority
New Zealand Transport Accident Investigation Commission
Noordzee Helikopters Vlaanderen
Norway Civil Aviation Authority
Omanair
Pillsbury & Winthrop
Qinetiq
Rubybird Aviation Japan Co.
Saab Aircraft AB
Sagem Avionics
SAS Braathens
Saudi Arabian Airlines
Shanghai International Airport
Shell Aircraft
Siberia Airlines
Sierra Flight Operations
SilkAir
Singapore Airlines
Singapore Ministry of Transport
Smiths Industries Aerospace
South African Airways
South African Civil Aviation Authority
Spanair
Statens Haverikommission
STK Skandinavisk Tilsynskontor
Swedish Accident Investigation Board
Swiss International Air Lines
Taikoo (Xiamen) Aircraft Engineering
Taiwan, China. Civil Aeronautics Administration
TAM Brazilian Airlines
TAP Air Portugal
Tavlin Training
Teledyne Controls
Teledyne Controls Beijing Office
Teledyne Controls Flight Data Company
Thai Airports Ground Services

TransAsia Airways
Transport Canada
Transportation Safety Board of Canada
U.K. Air Accidents Investigation Branch
U.K. Civil Aviation Authority
U.S. Federal Aviation Administration
U.S. National Aeronautics and Space Administration
U.S. National Transportation Safety Board
U.S. Naval Research Laboratory
UNI Air
United Airlines
University of Southern California
UPS Airlines
VARIG Airlines
Vereinigung Cockpit–German Air Line Pilots' Association
Vienna International Airport
Wideroe's Flyveselskap
Wollteswinkel Aviation Consultancy

**SPONSORS**
Airbus
AT&T Wireless
The Boeing Co.
Dassault Falcon
DHL
Embraer
FlightSafety International
The Friendship Fund
GE Aircraft Engines
Global Aerospace
Honeywell
SH&E

**EXHIBITORS**
Aerobytes
Airbus
Airclaims
Alteon
The Boeing Co.
CEFA Aviation
EVASWorldwide
Flight Safety Foundation
Flightscape
General Administration of Civil Aviation of China (CAAC)
IHS Aviation Information
Indal Technologies
International Air Transport Association
International Federation of Airworthiness
MedAire
Mercator
On Line Up Aviation Personnel
Sagem
Teledyne Controls

## Preliminary Guest Program

TUESDAY, NOVEMBER 8 AND WEDNESDAY, NOVEMBER 9

Join us for a full-day tour as we visit the most popular sights of Moscow. Please register early as space is limited. US$150 (US$75 each day) cost includes transportation, English-speaking tour guides and lunch. Motor coaches will depart the Radisson Hotel at 1100 and will return by 1700 both days. For more information, contact Ahlam Wahdan, telephone: +1 (703) 739-6700, ext. 102, or e-mail: wahdan@flightsafety.org.

**EXHIBIT 27**

## Jeffrey Lee

**From:** Daniel Albers [Daniel.Albers@BTLaw.com]
**Sent:** Monday, December 10, 2007 8:34 AM
**To:** robertmasters@paulhastings.com
**Cc:** Jeffrey Ruppel; Jeffrey Lee
**Subject:** Star Nav v. AMS



437686.DOC (106
KB)
                12/10/07
Robert-as discussed in our phone call this morning, attached are Star Navigation's
proposed 30b6 and individual deposition notices and document riders for jurisdiction
discovery relating to your motion to dismiss. We have arbitrarily selected December 20 and
27,2007 for the deposition dates but , of course, will reschedule based on mutually
agreeable dates.
        Please advise if you will agree to jurisdiction discovery and to continue the date
for our response to your motion from December 21,2007 until 14 days after we complete the
discovery and to reschedule the hearing date of 1/11/08.
        I also suggested we agree to ask the court to continue the initial CMC and all
related dates until after disposition of your motion. Please advise on that as well.
        As to the merits of your motion, I have to say I am somewhat surprised. The license
covers all transportation uses of the patent in issue. All the claims include a
transportation vehicle as an element so even if you are correct that it is a field of use
license, the field of use covers the entire patent and there is no danger to AMS of
multiple suits as your motion suggests. I respectfully request that you withdraw the
motion re standing.
        As for personal jurisdiction, again I am surprised by the motion. AMS has sold or
leased its AFIRS technology to Aloha Airlines that runs daily flights in and out of a
number of California cities, including Oakland. AMS must be receiving and processing data
from Aloha airplanes while they are in California and then sending it back to Aloha. Thus,
there is daily and repeated "contact" with California with respect to the specific alleged
acts of infringement in this matter, regardless of whether there is general jurisdiction.
We believe there is jurisdiction in California, and San Francisco is a much more
convenient and a less expensive place to litigate than Hawaii or New York--as both parties
are in Canada. I again respectfully request you withdraw the personal jurisduction motion
and file an answer.
        In any event, please advise re the discovery so we can bring a motion to get it
should you not agree.

Very Truly Yours
Dan Albers


-----------------------------------------

CONFIDENTIALITY NOTICE:  This email and any attachments are for the exclusive and
confidential use of the intended recipient.  If you are not the intended recipient, please
do not read, distribute or take action in reliance upon this message. If you have received
this in error, please notify us immediately by return email and promptly delete this
message and its attachments from your computer system.  We do not waive attorney-client or
work product privilege by the transmission of this message.

TAX ADVICE NOTICE:  Tax advice, if any, contained in this e-mail does not constitute a
"reliance opinion" as defined in IRS Circular 230 and may not be used to establish
reasonable reliance on the opinion of counsel for the purpose of avoiding the penalty
imposed by Section 6662A of the Internal Revenue Code.  The firm provides reliance
opinions only in formal opinion letters containing the signature of a partner.

1   DANIEL P. ALBERS
2   JEFFREY A. RUPPEL
    BARNES & THORNBURG LLP
3   One N. Wacker Drive, Suite 4400
    Chicago, IL 60606
4   Phone No.: (312) 357-1313
5   Fax No.: (312) 357-1313
    Email: dalbers@btlaw.com
6   Email: jruppel@btlaw.com

7   CHRISTINE H. MCCARTHY
8   BARNES & THORNBURG LLP
    750 17th Street N.W., Suite 900
9   Washington, D.C. 20006-4675
    Phone No.: (202) 289-1313
10  Fax No.: (202) 289-1330
11  Email: cmccarthy@btlaw.com

12  JEFFREY K. LEE, CA Bar No. 212465
    KIMBERLY A. DONOVAN, CA Bar No. 160729
13  GCA LAW PARTNERS LLP
    1891 Landings Drive
14  Mountain View, CA 94043
    Phone No.: (650) 428-3900
15  Fax No.: (650) 428-3901
    Email: jlee@gcalaw.com
16  Email: kdonovan@gcalaw.com

17  Attorneys for Plaintiff
18  STAR NAVIGATION SYSTEMS GROUP LTD.

19                      UNITED STATES DISTRICT COURT

20                    NORTHERN DISTRICT OF CALIFORNIA

21                        SAN FRANCISCO DIVISION

22  STAR NAVIGATION SYSTEMS GROUP          Case No.  C 07-4820 (MMC)
23  LTD.,

24      Plaintiff,
                                           **NOTICE OF DEPOSITIONS AND**
25                                         **REQUESTS FOR PRODUCTION**
        v.                                 **OF DOCUMENTS AND THINGS**
26                                         **BY PLAINTIFF STAR NAVIGATION**
    AEROMECHANICAL SERVICES LTD.,          **SYSTEMS GROUP LTD.**
27
28      Defendant.                         Honorable Maxine M. Chesney

                                    - 1 -

Case No. C 07-4820 (MMC)
Plaintiff's Notice of Deposition and Request
for Production of Documents and Things

| | | |
|---|---|---|
| To: | Kevin C. McCann<br>Paul, Hastings, Janofsky & Walker LLP<br>55 Second Street<br>Twenty-Fourth Floor<br>San Francisco, CA 94105 | Courtroom 7, 19th Floor<br>Robert M. Masters<br>Timothy P. Cremen<br>Bhaskar Kakarla<br>Paul, Hastings, Janofsky & Walker LLP<br>875 15th Street, N.W.<br>Washington, D.C. 20005 |

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, the Plaintiff Star
Navigation Services Group Ltd. ("Star"), hereby gives notice of its intent to take the deposition
upon oral examination before an officer authorized by law to administer oaths of the following
named persons at the place and times indicated:

| DEPONENT | DATE AND TIME | PLACE |
|---|---|---|
| Aeromechanical Services Ltd.<br>30 (b)(6) Designated Witness | December 20, 2007<br>9:00 A.M. | Aeromechanical Services Ltd.<br>300, 2421-37 Ave NE<br>Calgary, AB Canada T2E 6Y7 |
| Carlos A. Gonzalez, Director<br>of U.S. Sales | December 27, 2007<br>9:00 A.M. | Aeromechanical   Services   Ltd.<br>USA<br>Miami Florida |

Pursuant to Rule 30(b)(6) of the Federal Rules, the corporate deponent, Aeromechanical
Services Ltd. ("AMS"), is required to designate one or more of its officers, directors, managing
agents, or other persons who will consent to testify on its behalf as to the subject matters set forth
on the attached Exhibit "A.". The person or persons designated by AMS shall testify as to matters
known or reasonably available to the corporation.

Pursuant to Rules 34(a) and (b) of the Federal Rules, Plaintiff hereby requests that AMS
produce the documents and things set forth and described on the attached Exhibit "B" for
Plaintiff to inspect and copy, at last seven days prior to times as indicated for the depositions
*supra.*

– 2 –

Case No. C 07-4820 (MMC)
Plaintiff's Notice of Deposition and Request
for Production of Documents and Things

1  The depositions shall continue as necessary from day-to-day thereafter, or at such other

2  place and time as may be agreed upon by counsel, until completed, with such adjournments as to

3  time and place as may be reasonably necessary.  To the extent that the officers, directors,

4  managing agents or other persons designated by AMS are unfamiliar with any of the topics listed

5  in this Notice of Corporate Deposition, they should make a diligent effort to acquaint themselves

6  with such matters prior to the deposition.  The deposition testimony may be recorded by

7  stenographic means, by videotape and by instant visual display of the testimony.  You are invited

8  to attend and take such part as is appropriate.

9

10

11  Dated: December 11, 2007              Respectfully submitted,

12

13                                        Daniel P. Albers
                                          Jeffrey A. Ruppel
14                                        Christine H. McCarthy
                                          BARNES & THORNBURG LLP
15

16                                        *Local Counsel*:

17                                        Jeffrey K. Lee, State Bar No. 212465
                                          Kimberly A. Donovan, State Bar No. 160729
18                                        GCA LAW PARTNERS LLP

19                                        By: _____
20                                            Attorneys for Plaintiff STAR NAVIGATION
                                              SYSTEMS GROUP LTD.
21

22

23

24

25

26

27

28

- 3 -

Case No. C 07-4820 (MMC)
Plaintiff's Notice of Deposition and Request
for Production of Documents and Things

**EXHIBIT A - SUBJECT MATTERS FOR CORPORATE DEPOSITIONS**

1. All facts relating to AMS's relationship with ALOHA Airlines as related to the use of AMS's Automated Flight Information Reporting System ("AFIRS") system, including aircraft that has been equipped, routes flown, demonstrations conducted, support services provided, repairs made, and sales made.

2. All facts relating to transportation vehicles equipped with the AFIRS system that pass through, are located in, or originate from the State of California.

3. All facts relating to the monitoring, use, review, comparison, storage, transmission, formulation, and receipt of data, information, or signals originating from, passing through, or sent to the State of California as related to the AFIRS system.

4. All facts relating to employees, sales representatives, vendors, contractors, partners, service providers, associates, services, repairs, support provided, business conducted, communications made into or out of, business trips into and out of, assets owned, and research conducted in the State of California related to the AFIRS system.

5. All facts relating to services and support provided to customers in the State of California related to the AFIRS system.

6. All facts relating to the solicitation of business and customers, including advertising, presentations, and sales pitches, conducted in the State of California or to customers located in the State of California related to the AFIRS system.

7. All facts relating to testing and development conducted in the State of California related to the AFIRS system.

8. All facts relating to equipment, monitors, transmitters, receivers, computers, base-stations, facilities, distribution centers, or offices located in the State of California or analyzing or compiling data to or from associated with AMS.

9. All facts relating to the United States Federal Aviation Administration ("FAA") Certification and Supplemental Type Certificate for the AFIRS System, including testing locations.

- 4 -

Case No. C 07-4820 (MMC)
Plaintiff's Notice of Deposition and Request
for Production of Documents and Things

1  10.    All facts relating to the AMS's sales and other activities conducted from its offices based

2         in Miami Florida and elsewhere in the United States.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 5 -

Case No. C 07-4820 (MMC)
Plaintiff's Notice of Deposition and Request
for Production of Documents and Things

## EXHIBIT B - ITEMS TO BE INSPECTED AND COPIED

1.  All documents or things concerning AMS's relationship with ALOHA Airlines as related to the use of AFIRS system, including aircraft that has been equipped, routes flown, demonstrations conducted, support services provided, repairs made, and sales made.

2.  All documents or things concerning transportation vehicles equipped with the AFIRS system that pass through, are located in, or originate from the State of California.

3.  All documents or things concerning the monitoring, use, review, comparison, storage, transmission, formulation, and receipt of data, information, or signals originating from, passing through, or sent to the State of California as related to the AFIRS system.

4.  All documents or things concerning employees, sales representatives, vendors, contractors, partners, service providers, associates, services, repairs, support provided, business conducted, communications made into or out of, business trips into and out of, assets owned, and research conducted in the State of California related to the AFIRS system.

5.  All documents or things concerning services and support provided to customers in the State of California related to the AFIRS system.

6.  All documents or things concerning the solicitation of business and customers, including advertising, presentations, and sales pitches, conducted in the State of California or to customers located in the State of California related to the AFIRS system.

7.  All documents or things concerning testing and development conducted in the State of California related to the AFIRS system.

8.  All documents or things concerning equipment, monitors, transmitters, receivers, computers, base-stations, facilities, distribution centers, or offices located in the State of California associated with AMS.

9.  All documents or things concerning the United States Federal Aviation Administration ("FAA") Certification and Supplemental Type Certificate for the AFIRS System, including testing and review locations.

- 6 -

Case No. C 07-4820 (MMC)
Plaintiff's Notice of Deposition and Request
for Production of Documents and Things

1    10.    All documents or things concerning AMS's sales and other activities conducted from its

2    offices based in Miami Florida and elsewhere in the United States.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 07-4820 (MMC)
Plaintiff's Notice of Deposition and Request
for Production of Documents and Things

1

2

## CERTIFICATE OF SERVICE

3

4        The foregoing document has been filed with the Clerk of the Court this day, and has been

5    emailed to the parties listed below:

6            Kevin C. McCann
             Paul, Hastings, Janofsky & Walker LLP
7            55 Second Street
             Twenty-Fourth Floor
8            San Francisco, CA 94105
9            Telephone: (415) 856-7000
             Facsimile: (415) 856-7100
10           E-mail: kevinmccann@paulhastings.com

11           Robert M. Masters
12           Timothy P. Cremen
             Bhaskar Kakarla
13           Paul Hastings
             875 15th Street, N.W.
14           Washington, DC 20005
15           Tel: (202) 551-1700
             Fax: (202) 551-1705
16           E-mail: robertmasters@paulhastings.com, timothycremen@paulhastings.com,
17           bhaskarkakarla@paulhastings.com

18

19   Dated: December 11, 2007            BARNES & THORNBURG LLP

20                                       By: _____

21

22

23

24

25

26
     437686v1
27

28

- 8 -

Case No. C 07-4820 (MMC)
Plaintiff's Notice of Deposition and Request
for Production of Documents and Things

**EXHIBIT 28**

**Jeffrey Lee**

| | |
|---|---|
| **From:** | Daniel Albers [Daniel.Albers@BTLaw.com] |
| **Sent:** | Thursday, December 13, 2007 11:49 AM |
| **To:** | robertmasters@paulhastings.com |
| **Cc:** | Jeffrey Ruppel; Jeffrey Lee |
| **Subject:** | Star Nav v. AMS |



437686.DOC (77
KB)
                12/13/07
Robert ( or do you prefer Rob or Bob?),
        Please advise re my 12/10/07 email.
Dan Albers


12/10/07
Robert-as discussed in our phone call this morning, attached are Star Navigation's
proposed 30b6 and individual deposition notices and document riders for jurisdiction
discovery relating to your motion to dismiss. We have arbitrarily selected December 20 and
27,2007 for the deposition dates but , of course, will reschedule based on mutually
agreeable dates.
        Please advise if you will agree to jurisdiction discovery and to continue the date
for our response to your motion from December 21,2007 until 14 days after we complete the
discovery and to reschedule the hearing date of 1/11/08.
        I also suggested we agree to ask the court to continue the initial CMC and all
related dates until after disposition of your motion. Please advise on that as well.
        As to the merits of your motion, I have to say I am somewhat surprised. The license
covers all transportation uses of the patent in issue. All the claims include a
transportation vehicle as an element so even if you are correct that it is a field of use
license, the field of use covers the entire patent and there is no danger to AMS of
multiple suits as your motion suggests. I respectfully request that you withdraw the
motion re standing.
        As for personal jurisdiction, again I am surprised by the motion. AMS has sold or
leased its AFIRS technology to Aloha Airlines that runs daily flights in and out of a
number of California cities, including Oakland. AMS must be receiving and processing data
from Aloha airplanes while they are in California and then sending it back to Aloha. Thus,
there is daily and repeated "contact" with California with respect to the specific alleged
acts of infringement in this matter, regardless of whether there is general jurisdiction.
We believe there is jurisdiction in California, and San Francisco is a much more
convenient and a less expensive place to litigate than Hawaii or New York--as both parties
are in Canada. I again respectfully request you withdraw the personal jurisduction motion
and file an answer.
        In any event, please advise re the discovery so we can bring a motion to get it
should you not agree.

Very Truly Yours
Dan Albers


------------------------------------------
CONFIDENTIALITY NOTICE:  This email and any attachments are for the exclusive and
confidential use of the intended recipient.  If you are not the intended recipient, please
do not read, distribute or take action in reliance upon this message. If you have received
this in error, please notify us immediately by return email and promptly delete this
message and its attachments from your computer system.  We do not waive attorney-client or
work product privilege by the transmission of this message.

TAX ADVICE NOTICE:  Tax advice, if any, contained in this e-mail does not constitute a
"reliance opinion" as defined in IRS Circular 230 and may not be used to establish

reasonable reliance on the opinion of counsel for the purpose of avoiding the penalty imposed by Section 6662A of the Internal Revenue Code.  The firm provides reliance opinions only in formal opinion letters containing the signature of a partner.

**EXHIBIT 29**

**Paul**Hastings

Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Washington, DC 20005
telephone 202-551-1700 • facsimile 202-551-1705 • www.paulhastings.com

Atlanta
Beijing
Brussels
Chicago
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Tokyo
Washington, DC

202.551.1838
timothycremen@paulhastings.com

December 14, 2007                                                    73430.00002

**VIA E-MAIL**

Daniel P. Albers
Barnes & Thornburg, LLP
One Wacker Dr.
Suite 4400
Chicago, IL    60606-2809

Re:    *Star Navigation Systems Group, Ltd. v. Aeromechanical Services, Ltd.*
       United States District Court for the Northern District of California
       3:07-CV-04820-MMC

Dear Mr. Albers:

We are in receipt of your December 10, 2007 e-mail regarding the above captioned action.

## I. Standing

In your e-mail, you state that the "license covers all transportation uses of the patent in issue" and "the claims include a transportation vehicle," and therefore conclude that "the field of use covers the entire patent and there is no danger to AMS of multiple suits." This analysis is incorrect, both factually and as a matter of law. Unless you join the two inventors as parties to this action, we strongly urge you to dismiss the case at this time. Moreover, in light of Mr. Vieira's claims in his lawsuit against Star, we believe it best that you resolve that matter before attempting to proceed in the U.S. against AMS. Needless to say, AMS will not withdraw its motion.

## II. Non-Infringement

Star has evidently not performed even the simplest analysis of AMS's systems *vis-à-vis* the '852 Patent, and has not considered pertinent legal authority regarding infringement.

The asserted claims of the '852 Patent are directed to a process, the infringement of which cannot be found under § 217(a) if <u>any claimed step</u> is performed outside of the United States. *NTP, Inc. v. Research in Motion, Ltd.*, 418 F.3d 1282, 1318 (Fed. Cir. 2005). Many of the functions of AMS's airliner monitoring system, AFIRS/UPTIME, are performed by

Daniel P. Albers
December 14, 2007
Page 2

UPTIME servers located in Canada. Thus, even if the asserted claims of the patent-in-suit could possibly be read on AFIRS/UPTIME, there can be no finding of infringement.[1]

There are also several technical differences between AFIRS/UPTIME and the asserted claims. These differences are substantial and readily apparent when even a cursory review of AFIRS/UPTIME and the claims is performed. We question whether Star has undergone the level of scrutiny required to assert infringement.

Accordingly, standing aside, Star does not have a basis in law or fact to bring an infringement action against AMS's AFIRS/UPTIME system based on the '852 Patent.

### III. Personal Jurisdiction

In your e-mail, you requested that AMS provide discovery related to personal jurisdiction of California over AMS. We are inclined not to agree to provide such discovery, for at least the following reasons.

First, in view of Star's lack of standing to bring this suit, and in view of the clear non-infringement of AMS's system, we believe Star's suit to be meritless. Continuing to pursue this lawsuit only adds to the legal costs for both companies.

Second, Star needed a factual basis to file this suit in California. Although Star failed to provide any explanation of this basis in the complaint, you now allege that Aloha's actions of flying in and out of California somehow provide personal jurisdiction over AMS in California. But, that is not the law. *See Red Wing Shoe Co., Inc. v. Hockerson-Halberstadt, Inc.*, 148 F.3d 1355 (Fed. Cir. 1998). Aloha is in control of where it flies, not AMS. Thus, Star's basis for alleging that California has personal jurisdiction over AMS must be something other than Aloha's actions.

Third, your requested discovery topics are not narrowly tailored to the issue at hand -- whether California can exert personal jurisdiction over AMS. The only relevant facts are the activities of AMS in California. Nothing AMS, or its customers, have done outside of California is relevant. Nor is anything AMS's customers have done in California relevant. Further, your requested discovery topics suffer from a number of other defects. We cannot agree to provide a witness to testify, or documents responsive to, these requests without their appropriate restriction to the relevant issues.

Fourth, your document requests seek information and testimony regarding topics that Mr. Jacobs has already indicated do not exist – in his sworn statement attached to *AMS's Motion to Dismiss*. We have again confirmed that no such information exists. According to our understanding, AMS has leased AFIRS units to Aloha. Aloha installs and maintains those units. AMS has never traveled to California to meet with Aloha, or to provide any

---

[1] AMS does not concede that the asserted claims read on AFIRS/UPTIME in any way.

Daniel P. Albers
December 14, 2007
Page 3

service or support to Aloha. Further, we confirm the following (most of which is covered by Mr. Jacobs's sworn statement), to the best of our understanding:

- No employee, vendor, contractor, partner, service provider or associate has ever traveled to California on behalf of AMS.
- AMS has not conducted business in California.
- AMS has not traveled to, or sent communications into and out of, California for the purposes of its business.
- AMS owns no assets in California.
- AMS has conducted no research in California.
- AMS has not provided any service, repairs or support of its systems in California.
- AMS has not provided services or support to customers in California.
- AMS has not solicited business or customers in California.
- AMS has not tested or developed its systems in California.
- Other than AFIRS units on Aloha's planes, AMS has no receivers, computers, base-stations, facilities, distribution centers, or offices located in California.
- All of AMS's FAA-related testing took place outside of California.

Lastly, you indicate in your e-mail that "San Francisco is a much more convenient and a less expensive place to litigate than Hawaii or New York - as both parties are in Canada." We do not agree, and in any event convenience does not trump legal standing and/or personal jurisdiction.

Nevertheless, to help speed the resolution of this dispute, if Star still wishes to take a deposition, AMS will produce a corporate designee in Calgary on December 20, 2007 for four hours. The deposition will be limited to the specific issue of what contacts AMS has or has had with or in the State of California and/or whether there have been any activity by AMS in the State of California. The witness will not disclose confidential information of AMS's customers. The witness will also not disclose any of AMS's confidential information unless we agree to a suitable protective order in the interim..

Mr. Gonzales is not available until after January 15th because of pre-planned vacation. However, the deposition of AMS will demonstrate that there is no basis to allege personal jurisdiction in the State of California. Taking the deposition of a sales representative in the State of Florida will not change the facts.

Daniel P. Albers
December 14, 2007
Page 4

### IV. Star Should Dismiss This Suit Now

There are numerous issues above that call into question Star's allegations of infringement and the commencement of this suit. If Star continues to pursue this litigation, AMS will reserve its rights to seek costs, attorneys' fees and sanctions

### V. Star's Interference With AMS's Customers

It has also come to AMS's attention that Star has been discussing the above-captioned action with one of AMS's customers, Lotus Air. Star has claimed to Lotus that AMS will be prevented from providing AFIRS/UPTIME services to them in view of the current dispute. We would ask that you communicate to your client the impropriety of such an interference in the business of AMS, and ensure that Star does not continue with such practices.

### VI. Schedule

If Star wishes to conduct a corporate deposition of AMS, we are willing to discuss a revised hearing date. However, we will not agree to put this hearing off for an extended period of time.

Please let us know how Star intends to proceed.

Sincerely,


Robert M. Masters
Timothy P. Cremen
for PAUL, HASTINGS, JANOFSKY & WALKER LLP

TPC:TPC

cc:    Kevin C. McCann
       Bhaskar Kakarla