IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR NAVIGATION SYSTEMS GROUP LTD., | No. C-07-4820 MMC |
| Plaintiff, | **ORDER OF REFERENCE** |
| v. | |
| AEROMECHANICAL SERVICES LTD., | |
| Defendant / | |

It is HEREBY ORDERED that defendant's Motion to Dismiss is referred to the Honorable Wm. Fremming Nielsen, Senior Judge, United States District Court for the Eastern District of Washington, sitting by designation in the Northern District of California, to be heard and considered at the convenience of his calendar.

Counsel will be advised of the date, time and place of the hearing on said motions by notice from Judge Nielsen's chambers. The January 25, 2008 hearing before the undersigned is vacated.

**IT IS SO ORDERED.**

Dated: January 15, 2008

_____
MAXINE M. CHESNEY
United States District Judge