UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STAR NAVIGATION SYSTEMS GROUP LTD., | ) ) ) ) ) ) ) ) ) ) ) ) | NO.   C-07-4820 MMC |
| Plaintiff, | | |
| -vs- | | ORDER |
| AEROMECHANICAL SERVICES LTD., | | |
| Defendant. | | |

A telephonic conference call was held on January 16, 2008. Jeffery Lee and Daniel Albers participated on behalf of the Plaintiff; Robert Masters and Timothy Cremen participated on behalf of the Defendant. The Court explained that the Defendant's Motion to Dismiss (Ct. Rec. 18) has been referred to the undersigned for disposition. The parties explained that the standing issue is ripe for adjudication, but that questions regarding discovery prevent resolution of the personal jurisdiction question. Accordingly,

**IT IS ORDERED** that:

1. The Motion to Dismiss (Ct. Rec. 18) shall be noted for telephonic hearing on **Wednesday, February 27, 2008 at 3:30 p.m.** The parties shall call 509-458-6381 to participate in the hearing. Argument shall be limited to one hour.

2. The parties shall submit simultaneous briefing limited to the issue of discovery related to personal jurisdiction by **January 30, 2008**. The briefs shall be no longer than **5 pages** in length.

ORDER - 1

1  The Clerk of Court is directed to file this Order and provide copies to counsel.

2  **DATED** this 17th day of January, 2008.

3

4                                             s/ Wm. Fremming Nielsen
                                         WM. FREMMING NIELSEN
5  01-16                          SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2