IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR NAVIGATION SYSTEMS GROUP, LTD, <br><br> Plaintiff, <br><br> v. <br><br> AEROMECHANICAL SERVICES, LTD., <br><br> Defendant. _____/ | No. C-07-4820 MMC <br><br> **CLERK'S NOTICE** |

**YOU ARE NOTIFIED** that due to a clerical error in the Court's order of January 17, 2008, the telephonic hearing on Defendant's Motion to Dismiss should reflect the date and time of: **Wednesday, February, 27, 2008 at 8:30 a.m.** before the Honorable Wm. Fremming Nielsen.

The parties are directed to call 509-458-6381 to participate in the hearing.

**FOR THE COURT,**

Richard W. Wieking, Clerk

Dated: January 22, 2008

*Tracy Lucero*

Tracy Lucero, Deputy Clerk