JEFFREY K. LEE, CA Bar No. 212465
KIMBERLY A. DONOVAN, CA Bar No. 160729
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA  94043
Phone No.: (650) 428-3900
Fax No.: (650) 428-3901
Email:  jlee@gcalaw.com
Email: kdonovan@gcalaw.com

[Additional Plaintiff's counsel identified below]

Attorneys for Plaintiff
STAR NAVIGATION SYSTEMS GROUP LTD.

Kevin C. McCann (SB# 120874)
Paul, Hastings, Janofsky & Walker LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105
United States of America
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
Email: kevinmccann@paulhastings.com

[Additional Defendant's counsel identified below]

Attorneys for Defendant
AEROMECHANICAL SERVICES LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STAR NAVIGATION SYSTEMS GROUP LTD., | Case No.  C 07-4820 MMC |
| Plaintiff, | **STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
| v. | |
| AEROMECHANICAL SERVICES LTD., | |
| Defendant. | Honorable Maxine M. Chesney |
| | Date:  February 22, 2008 |
| | Time:  10:30 a.m. |
| | Place:  Courtroom No. 7, 19th Floor |

Pursuant to Civil Local Rules 16-2(d), 6-2 and 7-12, Plaintiff Star Navigation Systems Group Ltd. ("Star")  and Defendant Aeromechanical Services Ltd. ("AMS") hereby stipulate and jointly request that this Court continue the Initial Case Management Conference to April 25, 2008.

The parties jointly declare the following in support of this request:

WHEREAS, the Court's October 24, 2007 Case Management Conference Order set the Initial Case Management Conference for February 22, 2008; and

WHEREAS, Judge William F. Nielsen of the United States District Court for the Eastern District of Washington, is scheduled to hear argument on AMS' motion to dismiss Star's First Amended Complaint on February 27, 2008; and

WHEREAS, the parties have conferred and determined that the requested modification of the Initial Case Management Conference and associated deadlines would be in the agreed best interests of the parties and have no effect on the schedule for this case; and

WHEREAS, it would best serve judicial economy for this Court to continue the Initial Case Management Conference until such time as Judge Nielsen has had an opportunity to rule on AMS' motion to dismiss; and

WHEREAS, the parties have not sought any previous modifications to the Case Management Conference Order or other deadlines in this case;

WHEREFORE Plaintiff Star and Defendant AMS hereby jointly request that the Court continue the Initial Case Management Conference to April 25, 2008 with all associated deadlines continued accordingly.

Dated:   January 29, 2008                    Respectfully submitted,

DANIEL P. ALBERS (admitted *pro hac vice*)
JEFFREY A. RUPPEL (admitted *pro hac vice*)
BARNES & THORNBURG LLP
One N. Wacker Drive, Suite 4400
Chicago, IL  60606
Phone No.: (312) 357-1313
Fax No.:  (312) 759-5646
Email:  dalbers@btlaw.com
Email: jruppel@btlaw.com

Case No. C 07-4820 (MMC)
Stipulated Request to Continue Initial CMC

CHRISTINE H. MCCARTHY (admitted *pro hac vice*)
BARNES & THORNBURG LLP
750 17th Street N.W., Suite 900
Washington, D.C. 20006-4675
Phone No.: (202) 289-1313
Fax No.:   (202) 289-1330
Email:  cmccarthy@btlaw.com

JEFFREY K. LEE, CA Bar No. 212465
KIMBERLY A. DONOVAN, CA Bar No. 160729
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA  94043
Phone No.: (650) 428-3900
Fax No.: (650) 428-3901
Email:  jlee@gcalaw.com
Email: kdonovan@gcalaw.com
By:     /s/ Jeffrey K. Lee                          .
      Attorneys for Plaintiff STAR NAVIGATION
      SYSTEMS GROUP LTD.

Dated:   January 29, 2008

Kevin C. McCann (SB# 120874)
Paul, Hastings, Janofsky & Walker LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105
United States of America
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
Email: kevinmccann@paulhastings.com

Robert M. Masters
Timothy P. Cremen
Bhaskar Kakarla
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Washington, DC 20005
 Tel: (202) 551-1700
Fax: (202) 551-1705
E-mail: robertmasters@paulhastings.com,
timothycremen@paulhastings.com,
bhaskarkakarla@paulhastings.com

Attorneys for Defendant
AEROMECHANICAL SERVICES LTD.
By:    /s/ Timothy P. Cremen (by permission)           .
      Attorneys for Defendant AEROMECHANICAL
      SERVICES LTD.

Case No. C 07-4820 (MMC)
Stipulated Request to Continue Initial CMC

1
2

**<u>ORDER</u>**

3
4

After consideration of the parties' Stipulated Request to Continue the Initial Case

Management Conference and for good cause appearing:

5
6

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Initial Case Management

Conference is hereby continued to Friday, April 25, 2008 at 10:30 a.m. in Courtroom No. 7, 19th

7
8

Floor, Federal Building.  All deadlines associated with the Initial Case Management Conference shall

be continued accordingly.

9
10

Dated: _____, 2008

11
12
13

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. C 07-4820 (MMC)
Stipulated Request to Continue Initial CMC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

I, Jeffrey K. Lee, am counsel for Plaintiff Star Navigation Systems Ltd. and the registered ECF user whose username and password are being used to file this Stipulated Request to Continue Initial Case Management Conference and [Proposed] Order.  In compliance with General Order 45 X.B, I hereby attest that the above-identified counsel for Defendant Aeromechanical Services Ltd., concurred in this filing.

Dated:   January 29, 2008

JEFFREY K. LEE, CA Bar No. 212465
KIMBERLY A. DONOVAN, CA Bar No. 160729
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA  94043

Phone No.: (650) 428-3900
Fax No.: (650) 428-3901
Email:  jlee@gcalaw.com
Email: kdonovan@gcalaw.com

By:    /s/ Jeffrey K. Lee                              .

Case No. C 07-4820 (MMC)
Stipulated Request to Continue Initial CMC

## CERTIFICATE OF SERVICE

The foregoing document has been filed with the Court this day though the Court's Electronic Case Filing system, which will provide electronic notice and/or service upon the parties listed below:

Kevin C. McCann
Paul, Hastings, Janofsky & Walker LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105
Telephone: (415) 856-7000
Fax: (415) 856-7100
E-mail: kevinmccann@paulhastings.com

Robert M. Masters
Timothy P. Cremen
Bhaskar Kakarla
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Washington, DC 20005
Telephone: (202) 551-1700
Fax: (202) 551-1705
E-mail: robertmasters@paulhastings.com
E-mail: timothycremen@paulhastings.com
E-mail: bhaskarkakarla@paulhastings.com

Attorneys for Defendant
AEROMECHANICAL SERVICES LTD.

Dated: January 29, 2008                    .    /s/ Tina Ernst                    .

Case No. C 07-4820 (MMC)
Stipulated Request to Continue Initial CMC