JEFFREY K. LEE, CA Bar No. 212465
KIMBERLY A. DONOVAN, CA Bar No. 160729
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA 94043
Phone No.: (650) 428-3900
Fax No.: (650) 428-3901
Email: jlee@gcalaw.com
Email: kdonovan@gcalaw.com

[Additional Plaintiff's counsel identified below]

Attorneys for Plaintiff
STAR NAVIGATION SYSTEMS GROUP LTD.

Kevin C. McCann (SB# 120874)
Paul, Hastings, Janofsky & Walker LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105
United States of America
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
Email: kevinmccann@paulhastings.com

[Additional Defendant's counsel identified below]

Attorneys for Defendant
AEROMECHANICAL SERVICES LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STAR NAVIGATION SYSTEMS GROUP LTD.,<br><br>Plaintiff,<br><br>v.<br><br>AEROMECHANICAL SERVICES LTD.,<br><br>Defendant. | Case No. C 07-4820 MMC<br><br>**STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER**<br><br>Honorable Maxine M. Chesney<br><br>Date: February 22, 2008<br>Time: 10:30 a.m.<br>Place: Courtroom No. 7, 19th Floor |

Pursuant to Civil Local Rules 16-2(d), 6-2 and 7-12, Plaintiff Star Navigation Systems Group Ltd. ("Star") and Defendant Aeromechanical Services Ltd. ("AMS") hereby stipulate and jointly request that this Court continue the Initial Case Management Conference to April 25, 2008.

The parties jointly declare the following in support of this request:

WHEREAS, the Court's October 24, 2007 Case Management Conference Order set the Initial Case Management Conference for February 22, 2008; and

WHEREAS, Judge William F. Nielsen of the United States District Court for the Eastern District of Washington, is scheduled to hear argument on AMS' motion to dismiss Star's First Amended Complaint on February 27, 2008; and

WHEREAS, the parties have conferred and determined that the requested modification of the Initial Case Management Conference and associated deadlines would be in the agreed best interests of the parties and have no effect on the schedule for this case; and

WHEREAS, it would best serve judicial economy for this Court to continue the Initial Case Management Conference until such time as Judge Nielsen has had an opportunity to rule on AMS' motion to dismiss; and

WHEREAS, the parties have not sought any previous modifications to the Case Management Conference Order or other deadlines in this case;

WHEREFORE Plaintiff Star and Defendant AMS hereby jointly request that the Court continue the Initial Case Management Conference to April 25, 2008 with all associated deadlines continued accordingly.

Dated: January 29, 2008

Respectfully submitted,

DANIEL P. ALBERS (admitted *pro hac vice*)
JEFFREY A. RUPPEL (admitted *pro hac vice*)
BARNES & THORNBURG LLP
One N. Wacker Drive, Suite 4400
Chicago, IL 60606
Phone No.: (312) 357-1313
Fax No.: (312) 759-5646
Email: dalbers@btlaw.com
Email: jruppel@btlaw.com

CHRISTINE H. MCCARTHY (admitted *pro hac vice*)
BARNES & THORNBURG LLP
750 17th Street N.W., Suite 900
Washington, D.C. 20006-4675
Phone No.: (202) 289-1313
Fax No.: (202) 289-1330
Email: cmccarthy@btlaw.com

JEFFREY K. LEE, CA Bar No. 212465
KIMBERLY A. DONOVAN, CA Bar No. 160729
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA 94043
Phone No.: (650) 428-3900
Fax No.: (650) 428-3901
Email: jlee@gcalaw.com
Email: kdonovan@gcalaw.com

By: /s/ Jeffrey K. Lee .
Attorneys for Plaintiff STAR NAVIGATION SYSTEMS GROUP LTD.

Dated: January 29, 2008

Kevin C. McCann (SB# 120874)
Paul, Hastings, Janofsky & Walker LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105
United States of America
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
Email: kevinmccann@paulhastings.com

Robert M. Masters
Timothy P. Cremen
Bhaskar Kakarla
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Washington, DC 20005
Tel: (202) 551-1700
Fax: (202) 551-1705
E-mail: robertmasters@paulhastings.com, timothycremen@paulhastings.com, bhaskarkakarla@paulhastings.com

Attorneys for Defendant
AEROMECHANICAL SERVICES LTD.

By: /s/ Timothy P. Cremen (by permission) .
Attorneys for Defendant AEROMECHANICAL SERVICES LTD.

**ORDER**

After consideration of the parties' Stipulated Request to Continue the Initial Case Management Conference and for good cause appearing:

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Initial Case Management Conference is hereby continued to Friday, April 25, 2008 at 10:30 a.m. in Courtroom No. 7, 19th Floor, Federal Building. All deadlines associated with the Initial Case Management Conference shall be continued accordingly.

Dated: January 30, 2008

MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE