# BARNES & THORNBURG

http://www.btlaw.com

One Wacker Drive
Suite 4400
Chicago, IL 60606-2809

Switchboard: (312) 357-1313
Fax: (312) 759-5646
Direct Dial: (312) 214-8311
E-mail: daniel.albers@btlaw.com

Daniel P. Albers

January 30, 2008

**VIA EMAIL AND REGULAR UNITED STATES MAIL**
Senior Judge William Fremming Nielsen
United States District Court, Eastern District of Washington
Sitting by Designation in the Northern District of California
Post Office Box 1493
Spokane, WA  99210-1493
NielsenOrders@waed.uscourts.gov

> RE:    Star Navigation Systems Group Ltd. v. Aeromechanical Services Ltd.,
>        3:07-cv-4820
>        Simultaneous 5 Page Briefing Related to Personal Jurisdiction

Your Honor:

This letter is submitted in accordance with your January 17, 2008 Order.  Plaintiff Star Navigation Systems Group Ltd. ("Star") submits that a reasonable basis for the exercise of personal jurisdiction exists in California over Defendant based on Aeromechanical Services Ltd.'s ("AMS'") admitted and purposeful sale or lease of accused product to Aloha Airlines, who it knew would regularly use it in the State of California.  Star has also identified a series of other connections between AMS and California that further justify jurisdictional discovery.

## Background

AMS filed a Motion to Dismiss Star's Patent Infringement Complaint based in part on

Senior Judge William Fremming Nielsen
January 30, 2008
Page 2

a claim of the absence of personal jurisdiction, supported by a declaration from Darryl Jacobs, its President.   In response to AMS's Motion, Star requested limited discovery, specifically focused on the connections between AMS and California that are publicly known, as shown in the attached proposed Discovery Request, Exhibit A. AMS rejected this request and offered discovery restricted to a corporate designee on narrow issues that it unilaterally dictated, see AMS Counsel letter of December 14,  2007, Exhibit B.

Star seeks information from discovery related to AMS' activities with Aloha Airlines, China Eastern, Raytheon, and Meggitt PLC that are likely related to California.   These are not covered by the narrow discovery AMS has offered.   Star is entitled to question the conclusions made in AMS' declaration and the unsupported statements made in AMS' briefs and Star is entitled to jurisdictional discovery before the merits of the jurisdiction issue are considered.

## Law Related to Jurisdictional Discovery

The Federal Circuit directs district courts entertaining patent claims to allow jurisdictional discovery where a party demonstrates that it can supplement its jurisdictional allegations through discovery. *Trinitech Industries, Inc. v. Pedre Promotional Products, Inc.,* 395 F.3d 1275, 1283 (Fed. Cir. 2005) (citations omitted).   A plaintiff makes a sufficient threshold showing to merit jurisdictional discovery when "factual allegations *suggest the possible existence of* requisite contacts between the defendant and the forum state with `reasonable particularity."   *E.g.* *Commissariat a l'Energie Atomique v. Chi Mei Optoelectronics Corp.,* 395 F.3d 1315, 1323 (Fed. Cir. 2005) *("Chi Mei")* (emphasis added).

Senior Judge William Fremming Nielsen
January 30, 2008
Page 3

**AMS' Sale, Operation, and Support of the Accused Product to Aloha Airlines Provides a Good Faith Basis for Jurisdictional Discovery.**

AMS sells or leases the accused apparatus to Aloha Airlines knowing that it is using it in California on a frequent, scheduled, and ongoing basis as a substantial part of its business. (See AMS Reply Brief p. 13-14, Star Opp. Brief p 13, and Exhibits C and D)  The accused product is not just put into the stream of commerce; it is purposefully sold it to a customer who AMS knows is using it extensively in California.  AMS admits that it receives communications from the accused products while Aloha planes are in California. (AMS Reply p. 13-14, Star Opp. p 12)  These communications are not infrequent or "minimal."  Rather, they are methodical (daily, even hourly), systematic, ongoing, and by design.

It appears AMS also provides support services in California.  AMS admits to providing remote support and because the accused product is used in California multiple times each day, the need for support in California is likely (Star Opp. Brief p 12 and Exhibit E).  Star is entitled to discovery about these connections AMS has with California.

**AMS Has Many Other Jurisdictional Connections With California That Provide a Good Faith Basis for Discovery.**

Star has uncovered additional connections between AMS and California, discussed below.

- AMS is attempting to sell the accused product to customers in the United States and California, including Raytheon of Long Beach, California. (Star Opp. p 13 and Exhibit F)

Senior Judge William Fremming Nielsen
January 30, 2008
Page 4

- AMS airline customer China Eastern Airlines has California operations and flight routes into and out of California. (Star Opp. p 14 and Exhibits G, H, and I)

- AMS has a relationship related to the sales, installations, promotions, and service of the accused product with Meggitt, PLC, which has a headquarters and/or operations in Simi Valley, California. (Star Opp. p 14 and Exhibits J and K)

- AMS promotes the accused product by recounting the Indian Air Force's use of the system on a flight that followed a route through California. (Star Opp. p 15 and Exhibits L and M)

This publicly available evidence provides a good faith basis that discovery may reveal significant contacts with California.

**The Jacobs Declaration Does Not Defeat Jurisdictional Discovery.**

The specific evidence described above is not addressed in any detail by AMS' briefs or the Jacobs declaration. The Jacobs declaration is limited on its face to information he personally has. It is also focused on the present operations of the company and itself contains factual inconsistencies. (Star Opp. p 10) Star is entitled to question and investigate the many connections between AMS and California described above.

### Conclusion

Star respectfully requests that the Court permit the expedited jurisdictional discovery Star requested in its brief, as follows.

Senior Judge William Fremming Nielsen
January 30, 2008
Page 5

*Jurisdictional Discovery:* Star requests a sixty (60) day period for jurisdictional discovery.

*Expedited Discovery Schedule:* Star requests that the Court order the following:

(1)    that AMS respond to Star's Requests for Production of Documents and Things within fourteen (14) days of its decision on jurisdictional discovery;

(2)    that all future responses to written jurisdictional discovery be reduced from thirty (30) days to fourteen (14) days;

(3)    that third-party responses to any Subpoena Duces Tecum occur within seven (7) days; and

(4)    that all jurisdictional depositions take place on seven (7) days notice.

Sincerely,

Daniel P. Albers

cc: Robert M. Masters

CHDS01 DPA 445637v1

DANIEL P. ALBERS
JEFFREY A. RUPPEL
BARNES & THORNBURG LLP
One N. Wacker Drive, Suite 4400
Chicago, IL  60606
Phone No.: (312) 357-1313
Fax No.:  (312) 357-1313
Email:  dalbers@btlaw.com
Email: jruppel@btlaw.com

CHRISTINE H. MCCARTHY
BARNES & THORNBURG LLP
750 17th Street N.W., Suite 900
Washington, D.C. 20006-4675
Phone No.: (202) 289-1313
Fax No.:  (202) 289-1330
Email:  cmccarthy@btlaw.com

JEFFREY K. LEE, CA Bar No. 212465
KIMBERLY A. DONOVAN, CA Bar No. 160729
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA  94043
Phone No.: (650) 428-3900
Fax No.: (650) 428-3901
Email:  jlee@gcalaw.com
Email: kdonovan@gcalaw.com

Attorneys for Plaintiff
STAR NAVIGATION SYSTEMS GROUP LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STAR NAVIGATION SYSTEMS GROUP LTD., | Case No.  C 07-4820 (MMC) |
| Plaintiff, | |
| v. | **NOTICE OF DEPOSITIONS AND REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS BY PLAINTIFF STAR NAVIGATION SYSTEMS GROUP LTD.** |
| AEROMECHANICAL SERVICES LTD., | |
| Defendant. | Honorable Maxine M. Chesney Courtroom 7, 19th Floor |

Case No. C 07-4820 (MMC)
Plaintiff's Renewed Notice of Deposition and Request
for Production of Documents and Things

**EXHIBIT**

**A**

tabbies

To:

Kevin C. McCann
Paul, Hastings, Janofsky & Walker LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105

Robert M. Masters
Timothy P. Cremen
Bhaskar Kakarla
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Washington, D.C. 20005

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, the Plaintiff Star

Navigation Services Group Ltd. ("Star"), hereby gives notice of its intent to take the deposition

upon oral examination before an officer authorized by law to administer oaths of the following

named persons at the place and times indicated:

| DEPONENT | DATE AND TIME | PLACE |
|---|---|---|
| Aeromechanical Services Ltd. 30 (b)(6) Designated Witness | TBD | Aeromechanical Services Ltd. 300, 2421-37 Ave NE Calgary, AB Canada T2E 6Y7 |
| Carlos A. Gonzalez, Director of U.S. Sales | TBD | Aeromechanical Services Ltd. USA Miami Florida |
| Office Manager | TBD | Aeromechanical Services Ltd. USA Suite 130-310, 2951 Marina Bay Drive League City Texas 77573 |

Pursuant to Rule 30(b)(6) of the Federal Rules, the corporate deponent, Aeromechanical

Services Ltd. ("AMS"), is required to designate one or more of its officers, directors, managing

agents, or other persons who will consent to testify on its behalf as to the subject matters set forth

on the attached Exhibit "A." The person or persons designated by AMS shall testify as to matters

known or reasonably available to the corporation.

Pursuant to Rules 34(a) and (b) of the Federal Rules, Plaintiff hereby requests that AMS

produce the documents and things set forth and described on the attached Exhibit "B" for

Case No. C 07-4820 (MMC)
Plaintiff's Renewed Notice of Deposition and Request
for Production of Documents and Things

1   Plaintiff to inspect and copy, at last seven days prior to times as indicated for the depositions

2   *supra*.

3        The depositions shall continue as necessary from day-to-day thereafter, or at such other

4   

5   place and time as may be agreed upon by counsel, until completed, with such adjournments as to

6   time and place as may be reasonably necessary.  To the extent that the officers, directors,

7   managing agents or other persons designated by AMS are unfamiliar with any of the topics listed

8   

9   in this Notice of Corporate Deposition, they should make a diligent effort to acquaint themselves

10  with such matters prior to the deposition.  The deposition testimony may be recorded by

11  stenographic means, by videotape and by instant visual display of the testimony.  You are invited

12  to attend and take such part as is appropriate.

13  

14  Dated:  January 02, 2007               Respectfully submitted,

15  

16                                         Daniel P. Albers
                                           Jeffrey A. Ruppel
17                                         Christine H. McCarthy
                                           BARNES & THORNBURG LLP

18                                         *Local Counsel*:

19  

20                                         Jeffrey K. Lee, State Bar No. 212465
                                           Kimberly A. Donovan, State Bar No. 160729
                                           GCA LAW PARTNERS LLP

21  

22  By:  _____

23        Attorneys for Plaintiff STAR NAVIGATION
          SYSTEMS GROUP LTD.

24  

25  

26  

27  

28  

                                       – 3 –

Case No. C 07-4820 (MMC)
Plaintiff's Renewed Notice of Deposition and Request
for Production of Documents and Things

**EXHIBIT A - SUBJECT MATTERS FOR CORPORATE DEPOSITIONS**

1. All facts relating to AMS's relationship with ALOHA Airlines and China Eastern Airlines as related to the use of AMS's Automated Flight Information Reporting System ("AFIRS") system, including aircraft that has been equipped, routes flown, demonstrations conducted, support services provided, repairs made, and sales made.

2. All facts relating to transportation vehicles equipped with the AFIRS system or components of the AFIRS system that pass through, are located in, or originate from the State of California.

3. All facts relating to the monitoring, use, review, comparison, storage, transmission, formulation, formatting, processing, communication, and receipt of data, information, or signals originating from, passing through, or sent to the State of California, whether during touchdown, takeoff, or in the air as related to the AFIRS system.

4. All facts relating to employees, sales representatives, vendors, contractors, partners, service providers, associates, services, repairs, support provided, business conducted, communications made into or out of, business trips into and out of, assets owned, and research conducted in the State of California related to the AFIRS system.

5. All facts relating to services and support provided to customers in the State of California related to the AFIRS system.

6. All facts relating to the solicitation of business and customers, including advertising, presentations, and sales pitches, conducted in the State of California or to customers located in the State of California related to the AFIRS system.

7. All facts relating to testing and development conducted in the State of California related to the AFIRS system.

8. All facts relating to equipment, monitors, transmitters, receivers, computers, base-stations, facilities, distribution centers, or offices located in the State of California for analyzing or compiling data to or from associated with AMS.

- 4 -

Case No. C 07-4820 (MMC)
Plaintiff's Renewed Notice of Deposition and Request
for Production of Documents and Things

9.    All facts relating to the United States Federal Aviation Administration ("FAA") Certification and Supplemental Type Certificate for the AFIRS System, including testing locations.

10.    All facts relating to the AMS's communications with and services provided to Raytheon of Long Beach, California.

11.    All facts relating to the AMS's connections with Meggitt PLC, having headquarters in Simi Valley California, including the installation, support, and selling of the AFIRS system by Meggitt.

12.    All facts relating to AMS's communications with entities located in the State of California via the internet and its website.

13.    All facts relating to the AMS's sales and other activities conducted from its offices based in Miami Florida, League City Texas, and elsewhere in the United States.

14.    All facts relating to the AMS's sales, marketing, and other activities conducted through its wholly-owned subsidiary Flyht Corp, or any other AMS subsidiary, directed towards the State of California.

Case No. C 07-4820 (MMC)
Plaintiff's Renewed Notice of Deposition and Request
for Production of Documents and Things

**EXHIBIT B - ITEMS TO BE INSPECTED AND COPIED**

1. All documents or things concerning AMS's relationship with ALOHA Airlines and China Eastern Airlines as related to the use of AMS's Automated Flight Information Reporting System ("AFIRS") system, including aircraft that has been equipped, routes flown, demonstrations conducted, support services provided, repairs made, and sales made.

2. All documents or things concerning transportation vehicles equipped with the AFIRS system or components of the AFIRS system that pass through, are located in, or originate from the State of California.

3. All documents or things concerning the monitoring, use, review, comparison, storage, transmission, formulation, formatting, processing, communication, and receipt of data, information, or signals originating from, passing through, or sent to the State of California, whether during touchdown, takeoff, or in the air as related to the AFIRS system.

4. All documents or things concerning employees, sales representatives, vendors, contractors, partners, service providers, associates, services, repairs, support provided, business conducted, communications made into or out of, business trips into and out of, assets owned, and research conducted in the State of California related to the AFIRS system.

5. All documents or things concerning services and support provided to customers in the State of California related to the AFIRS system.

6. All documents or things concerning the solicitation of business and customers, including advertising, presentations, and sales pitches, conducted in the State of California or to customers located in the State of California related to the AFIRS system.

7. All documents or things concerning testing and development conducted in the State of California related to the AFIRS system.

8. All documents or things concerning equipment, monitors, transmitters, receivers, computers, base-stations, facilities, distribution centers, or offices located in the State of California for analyzing or compiling data to or from associated with AMS.

Case No. C 07-4820 (MMC)
Plaintiff's Renewed Notice of Deposition and Request
for Production of Documents and Things

9.     All documents or things concerning the United States Federal Aviation Administration ("FAA") Certification and Supplemental Type Certificate for the AFIRS System, including testing locations.

10.    All documents or things concerning AMS's communications with and services provided to Raytheon of Long Beach, California.

11.    All documents or things concerning AMS's connections with Meggitt PLC, having headquarters in Simi Valley California, including the installation, support, and selling of the AFIRS system by Meggitt.

12.    All documents or things concerning AMS's communications with entities located in the State of California via the internet and its website.

13.    All documents or things concerning AMS's sales and other activities conducted from its offices based in Miami Florida, League City Texas, and elsewhere in the United States.

14.    All documents or things concerning AMS's sales, marketing, and other activities conducted through its wholly-owned subsidiary Flyht Corp, or any other AMS subsidiary, directed towards the State of California.

- 7 -

Case No. C 07-4820 (MMC)
Plaintiff's Renewed Notice of Deposition and Request
for Production of Documents and Things

1

2

## <u>CERTIFICATE OF SERVICE</u>

3

4

The foregoing document has been filed with the Clerk of the Court this day, and has been

5

emailed to the parties listed below:

6

7

8

9

10

Kevin C. McCann
Paul, Hastings, Janofsky & Walker LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
E-mail: kevinmccann@paulhastings.com

11

12

13

14

15

16

17

Robert M. Masters
Timothy P. Cremen
Bhaskar Kakarla
Paul Hastings
875 15th Street, N.W.
Washington, DC 20005
 Tel: (202) 551-1700
Fax: (202) 551-1705
E-mail: robertmasters@paulhastings.com, timothycremen@paulhastings.com,
bhaskarkakarla@paulhastings.com

18

19

Dated: January 2, 2008

BARNES & THORNBURG LLP

20

By: _____

21

22

441231

23

24

25

26

27

28

– 8 –

Case No. C 07-4820 (MMC)
Plaintiff's Renewed Notice of Deposition and Request
for Production of Documents and Things

# Paul*Hastings*

Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Washington, DC 20005
telephone 202-551-1700 • facsimile 202-551-1705 • www.paulhastings.com

Atlanta
Beijing
Brussels
Chicago
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Tokyo
Washington, DC

202.551.1838
timothycremen@paulhastings.com

December 14, 2007                                    73430.00002

VIA E-MAIL

Daniel P. Albers
Barnes & Thornburg, LLP
One Wacker Dr.
Suite 4400
Chicago, IL   60606-2809

Re:   *Star Navigation Systems Group, Ltd. v. Aeromechanical Services, Ltd.*
United States District Court for the Northern District of California
3:07-CV-04820-MMC

Dear Mr. Albers:

We are in receipt of your December 10, 2007 e-mail regarding the above captioned action.

## *I. Standing*

In your e-mail, you state that the "license covers all transportation uses of the patent in issue" and "the claims include a transportation vehicle," and therefore conclude that "the field of use covers the entire patent and there is no danger to AMS of multiple suits." This analysis is incorrect, both factually and as a matter of law. Unless you join the two inventors as parties to this action, we strongly urge you to dismiss the case at this time. Moreover, in light of Mr. Vieira's claims in his lawsuit against Star, we believe it best that you resolve that matter before attempting to proceed in the U.S. against AMS. Needless to say, AMS will not withdraw its motion.

## *II. Non-Infringement*

Star has evidently not performed even the simplest analysis of AMS's systems *vis-à-vis* the '852 Patent, and has not considered pertinent legal authority regarding infringement.

The asserted claims of the '852 Patent are directed to a process, the infringement of which cannot be found under § 217(a) if any claimed step is performed outside of the United States. *NTP, Inc. v. Research in Motion, Ltd.*, 418 F.3d 1282, 1318 (Fed. Cir. 2005). Many of the functions of AMS's airliner monitoring system, AFIRS/UPTIME, are performed by

EXHIBIT

B

Daniel P. Albers
December 14, 2007
Page 2

UPTIME servers located in Canada. Thus, even if the asserted claims of the patent-in-suit could possibly be read on AFIRS/UPTIME, there can be no finding of infringement.[1]

There are also several technical differences between AFIRS/UPTIME and the asserted claims. These differences are substantial and readily apparent when even a cursory review of AFIRS/UPTIME and the claims is performed. We question whether Star has undergone the level of scrutiny required to assert infringement.

Accordingly, standing aside, Star does not have a basis in law or fact to bring an infringement action against AMS's AFIRS/UPTIME system based on the '852 Patent.

### III. Personal Jurisdiction

In your e-mail, you requested that AMS provide discovery related to personal jurisdiction of California over AMS. We are inclined not to agree to provide such discovery, for at least the following reasons.

First, in view of Star's lack of standing to bring this suit, and in view of the clear non-infringement of AMS's system, we believe Star's suit to be meritless. Continuing to pursue this lawsuit only adds to the legal costs for both companies.

Second, Star needed a factual basis to file this suit in California. Although Star failed to provide any explanation of this basis in the complaint, you now allege that Aloha's actions of flying in and out of California somehow provide personal jurisdiction over AMS in California. But, that is not the law. *See Red Wing Shoe Co., Inc. v. Hockerson-Halberstadt, Inc.*, 148 F.3d 1355 (Fed. Cir. 1998). Aloha is in control of where it flies, not AMS. Thus, Star's basis for alleging that California has personal jurisdiction over AMS must be something other than Aloha's actions.

Third, your requested discovery topics are not narrowly tailored to the issue at hand – whether California can exert personal jurisdiction over AMS. The only relevant facts are the activities of AMS in California. Nothing AMS, or its customers, have done outside of California is relevant. Nor is anything AMS's customers have done in California relevant. Further, your requested discovery topics suffer from a number of other defects. We cannot agree to provide a witness to testify, or documents responsive to, these requests without their appropriate restriction to the relevant issues.

Fourth, your document requests seek information and testimony regarding topics that Mr. Jacobs has already indicated do not exist – in his sworn statement attached to *AMS's Motion to Dismiss*. We have again confirmed that no such information exists. According to our understanding, AMS has leased AFIRS units to Aloha. Aloha installs and maintains those units. AMS has never traveled to California to meet with Aloha, or to provide any

---

[1] AMS does not concede that the asserted claims read on AFIRS/UPTIME in any way.

Daniel P. Albers
December 14, 2007
Page 3

service or support to Aloha.  Further, we confirm the following (most of which is covered by Mr. Jacobs's sworn statement), to the best of our understanding:

- No employee, vendor, contractor, partner, service provider or associate has ever traveled to California on behalf of AMS.

- AMS has not conducted business in California.

- AMS has not traveled to, or sent communications into and out of, California for the purposes of its business.

- AMS owns no assets in California.

- AMS has conducted no research in California.

- AMS has not provided any service, repairs or support of its systems in California.

- AMS has not provided services or support to customers in California.

- AMS has not solicited business or customers in California.

- AMS has not tested or developed its systems in California.

- Other than AFIRS units on Aloha's planes, AMS has no receivers, computers, base-stations, facilities, distribution centers, or offices located in California.

- All of AMS's FAA-related testing took place outside of California.

Lastly, you indicate in your e-mail that "San Francisco is a much more convenient and a less expensive place to litigate than Hawaii or New York - as both parties are in Canada." We do not agree, and in any event convenience does not trump legal standing and/or personal jurisdiction.

Nevertheless, to help speed the resolution of this dispute, if Star still wishes to take a deposition, AMS will produce a corporate designee in Calgary on December 20, 2007 for four hours.  The deposition will be limited to the specific issue of what contacts AMS has or has had with or in the State of California and/or whether there have been any activity by AMS in the State of California.  The witness will not disclose confidential information of AMS's customers.  The witness will also not disclose any of AMS's confidential information unless we agree to a suitable protective order in the interim..

Mr. Gonzales is not available until after January 15th because of pre-planned vacation. However, the deposition of AMS will demonstrate that there is no basis to allege personal jurisdiction in the State of California.  Taking the deposition of a sales representative in the State of Florida will not change the facts.

Daniel P. Albers
December 14, 2007
Page 4

### IV. Star Should Dismiss This Suit Now

There are numerous issues above that call into question Star's allegations of infringement and the commencement of this suit. If Star continues to pursue this litigation, AMS will reserve its rights to seek costs, attorneys' fees and sanctions

### V. Star's Interference With AMS's Customers

It has also come to AMS's attention that Star has been discussing the above-captioned action with one of AMS's customers, Lotus Air. Star has claimed to Lotus that AMS will be prevented from providing AFIRS/UPTIME services to them in view of the current dispute. We would ask that you communicate to your client the impropriety of such an interference in the business of AMS, and ensure that Star does not continue with such practices.

### VI. Schedule

If Star wishes to conduct a corporate deposition of AMS, we are willing to discuss a revised hearing date. However, we will not agree to put this hearing off for an extended period of time.

Please let us know how Star intends to proceed.

Sincerely,


Robert M. Masters
Timothy P. Cremen
for PAUL, HASTINGS, JANOFSKY & WALKER LLP

TPC:TPC

cc:    Kevin C. McCann
       Bhaskar Kakarla

AeroMechanical Services Ltd. announces Aloha Airlines to install AeroMechanical Flight Data products o...    Page 1 of 2



About Us | My Account | 🛒 No items in your cart

**Search**    Business News [____]    [____]

Find Articles by Publication

**Home**

**Company Profiles**

**Industry Information**

Industry & Market Reports

Business News

**Business Development Resources**

Business Leads

Business Directories

**Business Management Resources**

Business Plans

Business Encyclopedias

Online Courses

**U.S. Job Search**

## AeroMechanical Services Ltd. announces Aloha Airlines to install AeroMechanical Flight Data products on entire fleet of Boeing 737 - 200 and -700 aircraft.

Publication Date: 06-APR-04
Publication Title: M2 Presswire
Format: Online
Company: Aloha Airlines Inc.
Author:

Ads by Google

**Mater. Handling Conveyors** We Are Designers & Builders Of Custom Conveyors. Buy Direct!

**Conveyor Systems** All types of conveyor systems Free Conveyor Tech Info online

**Aerospace Tech Jobs in WA** Dice - Career Hub for Tech Insiders 95K+ Quality IT Positions Available

Username: [____]
Password: [____]

**LOGIN**  Forgot your password?

Ads by **Google**

**Aloha Networks**
Cerona purchased Aloha
Networks DVB/SAMA
VSATs available here
www.cerona.com

**Aloha**
More Sources - Better
Results Metasearch Aloha
now!
webcrawler.com/Aloha

**Aloha Airlines**
Plan Your Hawaii Getaway
Today. Special Online
Deals. Book It Now!
www.AlohaAirlines.com

**Aloha MLS Listings**
Free Online MLS Search
Sign Up Now! Find Homes
for sale like Realtors
freehomeinfoservice.com

**Aerospace Manufacturing**
Aerospace Manufacturing
guide Assisting your web
search!
MyPurchase.net

Read this article now
**Try Goliath Business News – FREE!**
You can view this article PLUS...
» Over 5 million business articles
» Hundreds of the most trusted magazines, newswires, and journals (see list)
» Premium business information that is timely and relevant
» **Unlimited Access**

**Now for a Limited Time, try Goliath Business News Free for 7 Days!**



**Tell Me More** | **Terms and Conditions**

  Purchase this article for $4.95

## Description

M2 PRESSWIRE-6 April 2004-Aero Mechanical Services Ltd.: AeroMechanical Services Ltd. announces Aloha Airlines to install AeroMechanical Flight Data products on entire fleet of Boeing 737 - 200 and -700 aircraft(C)1994-2004 M2 COMMUNICATIONS LTD

**EXHIBIT**
**C**

12/6/2007

AeroMechanical Services Ltd. announces Aloha Airlines to install AeroMechanical Flight Data products o...    Page 2 of 2

RDATE:04052004

Calgary, Alberta CANADA -- Aero Mechanical Services Ltd. (AMA - TSX Venture), (http://www.amscanada.com)(AMS"), an innovative provider of aircraft data capture, reporting and data transmission solutions to the global aviation industry, is pleased to announce it has reached an agreement with Aloha Airlines Inc. to equip the entire Aloha fleet of Boeing 737 model 200 and 700 aircraft with AMS' AFIRSTM data collection and transmission device. In addition, Aloha Airlines will utilize AMS' UpTimeTM services to provide near...

**More articles from M2 Presswire**
Bombardier Responds To Press Reports On Activity In Russia., 04-DEC-07
FDA Launches E-mail Alert Subscription Service through Public Web site., 04-DEC-07
Under Secretary Burns Travel to Singapore and Australia December 3-6., 04-DEC-07

**Looking for additional articles?**
Click here to search our database of over 3 million articles.

Advertising, Refund Policy, Contact Us, Site Map, Add to del.icio.us, Customer Service, How to Buy, Frequently Asked Questions

Use of the Goliath service and this Web site constitutes acceptance of our Terms & Conditions and Privacy Policy.

Copyright © 2007, The Gale Group, a part of Cengage Learning. All Rights Reserved

Aloha Airlines - Wikipedia, the free encyclopedia                           Page 1 of 5

# Aloha Airlines

From Wikipedia, the free encyclopedia

**Aloha Airlines** is an American airline headquartered in Honolulu, Hawaii, USA. It operates extensive scheduled services within the Hawaiian Islands, and between Hawaii and the West Coast of the United States. Its main hub is Honolulu International Airport, with focus cities at Orange County's John Wayne Airport, and Maui's Kahului Airport. [1]

The longest inter-island route is 216 miles, while the shortest route is a mere 62 miles. Average length of travel per inter-island flight is 133 miles. Aloha also markets some inter-island routes served by partner Island Air, and passengers may earn miles in either its own frequent flyer program, AlohaPass, or in United Airlines' Mileage Plus program.[2][3][4]

Aloha is a Hawaiian word expressing affection or love, commonly used as a greeting.

| Aloha Airlines | | |
|---|---|---|
| *Aloha* A I R L I N E S | | |
| IATA<br>AQ | ICAO<br>AAH | Callsign<br>**ALOHA** |
| Founded | | 1946 (as Trans-Pacific Airlines) |
| Hubs | | Honolulu International Airport |
| Focus cities | | John Wayne Airport<br>Kahului Airport |
| Frequent flyer program | | AlohaPass |
| Member lounge | | Alii Club |
| Fleet size | | 25 |
| Destinations | | 11 |
| Parent company | | Aloha Airgroup, Inc. |
| Headquarters | | Honolulu, Hawaii |
| Key people | | David A. Banmiller (CEO) |
| **Website:** http://www.alohaairlines.com | | |

## Contents

- 1 History
- 2 Codeshares
- 3 Destinations
  - 3.1 United States
    - 3.1.1 California
    - 3.1.2 Hawaii
    - 3.1.3 Nevada
- 4 Fleet
- 5 Incidents and accidents
- 6 References
- 7 External links



BETWEEN THE ISLANDS
Fly
TPA Aloha AIRLINE
HAWAII

1956 Logo



Late 50's Logo



1965 Logo

## History

The airline was founded as charter carrier **Trans-Pacific Airlines** by publisher Ruddy Tongg as a competitor to Hawaiian Airlines, commencing operations on Aloha Friday, July 26, 1946 with a single war-surplus Douglas C-47 (DC-3) on a flight from Honolulu to Maui and Hilo. The name reflected Tongg's vision of a trans-oceanic airline connecting California, Hawaii, and China. It soon earned the nickname "The Aloha Airline," and was flying four aircraft by the end of the year. Approval to operate as a scheduled airline came when President Harry S. Truman signed the certificate on February 21, 1949, with the first scheduled flight on June 6, 1949, following ceremonies held the previous day.



EXHIBIT
D

Case 3:07-cv-04820-MMC    Document 55    Filed 01/30/2008    Page 21 of 59
Case 3:07-cv-04820-MMC    Document 46    Filed 01/04/2008    Page 39 of 77

Aloha Airlines - Wikipedia, the free encyclopedia                                    Page 2 of 5



Late 1970s Logo

In 1952, the airline reported its first annual profit: $36,410.12. The airline's market share rose to 30% that year, up from 10% in 1950, the year the airline adopted the name **TPA- The Aloha Airline**. However, the introduction of the Convair 340 at Hawaiian halted further growth TPA's market share for over five years. In 1958, real estate developer Hung Wo Ching, whose family held a sizable stake in the airline and following overtures by Tongg, was elected president of the airline. In November of that year, the company changed its name again, becoming **Aloha Airlines**. On April 15, 1959, Aloha took delivery of its first Fairchild F-27 turboprop aircraft. These aircraft were unique to Aloha, built with a stronger keel beam and thicker belly skin to satisfy concerns about ditching the high-wing aircraft. That summer, Aloha's market share jumped to 42%.

Aloha retired its last DC-3 on January 3, 1961, becoming the second airline in the United States to operate an all-turbine fleet. In 1963, the airline took delivery of two Vickers Viscounts from Austrian Airlines and soon acquired a third. Soon, the airline made the move to pure jets, with its first BAC One-Eleven arriving in Honolulu on April 16, 1966. The last F-27 was retired from service in June 1967. As Hawaiian took delivery of larger Douglas DC-9-30s, Aloha realized its smaller One-Elevens, which also took performance penalties in Kona, put it at a disadvantage. The airline went shopping and placed an order for two Boeing 737-200s in December. Named "Funbirds", the Boeing jets entered service on March 2, 1969. The massive capacity increase hurt both airlines, and in 1970, the first of three unsuccessful merger attempts between the two rivals (the others coming in 1988 and 2001) was made. In October 1971, the airline sold its remaining Viscounts and became an all-jet airline.

In 1983, Aloha introduced its AlohaPass frequent flyer program. In 1984, the airline leased a McDonnell Douglas DC-10-30, and on May 28th, inaugurated service with the aircraft between Honolulu, Guam, and Taipei under the name **Aloha Pacific**. The operation, however, was unable to compete with the pressure placed on it by Continental, and was discontinued on January 12, 1985. In October of that year, Aloha acquired Quick-Change 737 aircraft that could be quickly converted from passenger configuration to an all-cargo freighter configuration for nighttime cargo flights. In February 1986, Aloha began weekly flights between Honolulu and Kiritimati (Christmas Island), becoming the first airline to operate ETOPS 737s.

In late 1986, Ching and vice-chairman Sheridan Ing announced plans to take the company private, and it remained in the hands of the Ing and Ching families until its emergence from bankruptcy in 2006, when additional investors including The Yucaipa Cos., Aloha Aviation Investment Group, and Aloha Hawaii Investors LLC took stakes in the airline. In 1987, the airline acquired Princeville Airways, renaming Aloha IslandAir, which became known as Island Air in 1995. In 2003, Island Air was sold to Gavarnie Holding and became an independent airline.

On February 14, 2000, the airline began mainland service, flying newly delivered Boeing 737-700s from Honolulu and Kahului to Oakland, California.

Rising costs and an economic recession in Japan put Aloha into a defensive position in the early 2000s, soon exacerbated by the September 11, 2001 terrorist attacks, the SARS panic of 2003, and soaring fuel prices. On December 30, 2004, Aloha Airlines filed for Chapter 11 bankruptcy protection in an attempt to cut costs and remain competitive with other airlines serving Hawaii. Following approval of new labor contracts and securing additional investment by new investors, the airline emerged from bankruptcy protection on February 17, 2006. On August 30, 2006, Gordon Bethune was named Chairman of the Board.

The airline is wholly owned by the Aloha Airgroup and has 3,482 employees.[5]

Aloha Airlines - Wikipedia, the free encyclopedia                           Page 3 of 5

# Codeshares

Aloha Airlines has codeshare agreements with the following airlines:[4]

- Island Air
- United Airlines

# Destinations

Aloha Airlines serves the following cities (as of **November 2007**):[2]

## United States

### California

- Oakland (Oakland International Airport)
- Sacramento (Sacramento International Airport)
- San Diego (San Diego International Airport)
- Santa Ana (John Wayne Airport) **Focus City**

### Hawaii

- Hilo (Hilo International Airport)
- Honolulu, Oahu|Honolulu (Honolulu International Airport) **Hub**
- Kahului, Maui|Kahului (Kahului Airport) **Focus City**
- Kona (Kona International Airport)
- Lihue (Lihue Airport)

### Nevada

- Las Vegas (McCarran International Airport)
- Reno (Reno/Tahoe International Airport)

**\* Note:** Aloha Airlines also codeshares on Island Air flights to Hoolehua, Kapalua, and Lanai City using de Havilland Canada Dash 8 aircraft.

# Fleet

As of December 2007, the Aloha Airlines fleet consists of the following 25 aircraft:
[6]



Boeing 737-200

### Aloha Airlines Fleet

| Aircraft ⊠ | Total ⊠ | Passengers (First/Economy) ⊠ | Routes ⊠ | Notes ⊠ |
|---|---|---|---|---|
| Boeing 737-200 | 10 | 127 (0/127) | Hawaii Inter-Island | |

Aloha Airlines - Wikipedia, the free encyclopedia                    Page 4 of 5

| Boeing 737-200C | 6 | Cargo | Hawaii Inter-Island Cargo | |
| Boeing 737-700 | 8 | 124 (12/112) | US Mainland | |
| Boeing 737-800 | 1 | 162 (12/150) | US Mainland (primarily Kahului-Sacramento) | Leased from TransAvia from November 2007 - April 2008 [7] |

As of December 2007, the average age of the Aloha Airlines fleet is 17.9 years.[8]

# Incidents and accidents

- On April 28, 1988, Aloha Airlines Flight 243 Boeing 737 (N73711) inter-island flight from Hilo Airport to Honolulu International Airport carrying 89 passengers and six crew experienced rapid decompression when an 18 foot section of the fuselage roof and sides was torn from the airplane. One flight attendant (Clarabelle Lansing) was ejected from the aircraft during the decompression and is presumed dead. Several passengers sustained life-threatening injuries including instances of massive head wounds. The aircraft declared an emergency and landed at Kahului Airport on Maui with slight difficulty. Noise created by the rush of air rendered vocal communication useless and the crew had to use hand signals during landing. Investigations of the disaster concluded that the accident was caused by metal fatigue. The disaster caused almost all major United States air carriers to retire their oldest airplane models.[9]



Aloha Airlines Boeing 737-297, registration N73711, operating flight Aloha Airlines Flight 243 from Hilo to Honolulu at Kahului Airport on April 28, 1988 after its fuselage was torn away during flight.

The event was dramatised as a television movie titled *Miracle Landing* starring Connie Sellecca and Wayne Rogers. The incident is also the focus of an episode of the series *Mayday (Air Crash Investigation and Air Emergency)*, shown on the Discovery Channel.

# References

1. ^ "Directory: World Airlines", *Flight International*, 2007-03-27, p. 73.
2. ^ *a b* Where we Fly (http://www.alohaairlines.com/WhereWeFly.php). Aloha Airlines. Retrieved on 2007-04-09.
3. ^ AlohaPass (http://www.alohaairlines.com/AlohaPass.php). Retrieved on 2007-04-09.
4. ^ *a b* Codeshare partners (http://www.alohaairlines.com/travel_info/travel_policies/_codeshare_faq.php)
5. ^ Daysog, Rick. "Fare war 'can easily go' second year (http://www.honoluluadvertiser.com/apps/pbcs.dll/article?AID=/20070603/NEWS01/706030377/1001/NEWS)", *The Honolulu Advertiser*, 2007-06-03. Retrieved on 2007-06-03.
6. ^ Aloha Airlines Fleet Detail (http://airfleets.net/flottecie/Aloha%20Airlines.htm)
7. ^ Aloha to lease a 737-800 for 2007 winter season (http://airliners.net/discussions/general_aviation/read.main/3610402/)
8. ^ Aloha Airlines Fleet Age (http://www.airfleets.net/ageflotte/?file=calcop&opp=Aloha%20Airlines)
9. ^ Aloha Airlines Crash (http://www.airdisaster.com/cgi-bin/view_details.cgi?date=04281988&reg=N73711&airline=Aloha+Airlines)

Aloha Airlines - Wikipedia, the free encyclopedia                                    Page 5 of 5

- Young, Branden. "Aloha Airlines: Ready to Protect Their Beachfront in Paradise", *Airliners: The World's Aviation Magazine*, Airliners Publications, July/August 2006, pp. 35-39.
- Forman, Peter (2005). *Wings of Paradise: Hawaii's Incomparable Airlines*. Kailua, HI: Barnstormer Books. ISBN 978-0-9701594-4-1.

## External links

- Aloha Airlines (http://www.alohaairlines.com/)
- *Spirit of Aloha (http://www.spiritofaloha.com/)* (inflight magazine)
- Planespotters.net: Aloha Airlines Fleet Detail (http://www.planespotters.net/Airline/Aloha_Airlines?show=all)

Retrieved from "http://en.wikipedia.org/wiki/Aloha_Airlines"

Categories: All articles with unsourced statements | Articles with unsourced statements since April 2007 | Airlines of the United States | Companies based in Hawaii | Airlines established in 1946

- This page was last modified 23:04, 20 December 2007.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.)
  Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a U.S. registered 501(c)(3) tax-deductible nonprofit charity.

AMS - AeroMechanical Services Ltd.                                    Page 1 of 2

 **AeroMechanical Services Ltd.** | Ph: 1.866.250.9956
support@amscanada.com



| Why afirs? | Our Clients | Support | Other Solutions | Our Team | About Us | Investors | Contact Us |

## Support & Service

At AMS, we pride ourselves on outstanding customer service, efficient installation, and exceptional technical support.

### Customer Service

Our business is grounded in providing the absolute best in client service. Our dedicated sales and client service staff are committed to assisting airlines to get the most of the afirs UpTime system. Our team trains airline staff in all aspects of the afirs UpTime solution, enabling you to customize the data, triggers, and reporting to your specific needs and goals.

### Efficient Installation

Working within the airlines' schedules, AMS provides on-site installation anywhere in the world.

### Technical Support

Our easy-to-use web-based client interface allows airline staff to produce reports and access data quickly and easily without relying on technical staff. Our UpTime servers are housed off-site and managed by IBM – reducing the risk of any downtime while ensuring data security. If necessary, AMS retains a remote-access technician available 24/7.

## Our Sales Team:

**Michael Fang, MBA**
**Vice President of China Operations**
**Calgary, Alberta**

Michael graduated from the Civil Aviation University of China, after which he completed his MBA at the University of Calgary. He has been working for airlines in China for more than 12 years. He offers a wealth of experience in engineering, business management, and business relationships.

**Derek Taylor**
**Director of Technical Sales**
**Calgary, Alberta**

Derek's role is to provide technical support to the Sales team, as well as support the implementation requirements of the various airlines utilizing afirs UpTime capabilities. Mr. Taylor has more than 10 years of experience in sales and mechanical and certification engineering in and around the aviation industry.

**Gilles Landry**
**Sales Director**
**Cornwall, Ontario**

Gilles heads up sales of strategic airline accounts. Mr. Landry has more than 20 years of experience in sales management in sales and sales management in and around the aviation industry. He is also an avid GA pilot.

**Carlos A. Gonzalez**
**Sales Director**
**Miami, Florida**

Carlos has over 17 years of diverse aviation experience, which have enabled him to build strong global airline relationships. Prior to joining AMS, Mr. Gonzalez spent more than 7 years focused in avionics sales, where he introduced and developed a customer base in the US, Latin America, and Asia/South Pacific. Carlos is focused on opportunities in the United States, as well as Central and South America.

http://www.amscanada.com/support.htm


EXHIBIT
E

12/20/2007

AMS - AeroMechanical Services Ltd.                                    Page 2 of 2

**Peter Bernhardsgruetter**
**Sales Director**
**Europe**

Peter is a Swiss native with more than 30 years of experience in aircraft electrical systems in the commercial aircraft industry, bringing extensive technical, marketing, customer relations, and sales knowledge to AMS. Prior to joining AMS, Mr. Bernhardsgruetter worked for Swissair, leading customer support and sales activities for a US system manufacturer in Europe. Peter is focused on opportunities in Europe and the Middle East.

Uptime Flight Data

http://www.raytheoneagle.com/uptime/



## WE TAKE CARE OF YOUR FLIGHT DATA SO YOU GET TO ANSWERS SOONER

UPTIME provides flight data monitoring and reporting services that are easy to use and cost effective.

The results are imported profit margins and increased safety. UPTIME monitors and reports your flight data with a per flight change which means no capital costs and immediate payback

UPTIME's Smart box connects to the aircraft's data bus and communicates flight operating data as it is generated from existing on-board sensors. The smart box, also known as AFIRS (Automated Flight Information Reporting System) is the size an ARINC 404 1/2 ATR Avionics Box and is supplied and maintained by the team UPTIME. The Internet based UPTIME facility securely captures and archives this data, automatically providing client-defined reports during aircraft operation.

We provide timely and accurate information on your fleet operations to the point of decisiopn making. Our Mission is to better facilitate and enhance pilot training and to increase efficiency and safety for Military Aviation

△ Top of page

Last updated: February 06, 2004
Copyright © 2004 Raytheon Company
All rights reserved. Legal notices

Contact **Wayne Hawkins**
310.952.4595 telephone
310.849.2730 cell

1 of 2



12/20/2007 5:13 PM

310.952.4441 fax
wwhawkins@raytheon.com

**Raytheon Company**
Training and Services
LB, Bldg. A02 MS 1G04
1665 Hughes Way
Long Beach, California
90810 USA

Case 3:07-cv-04820-MMC    Document 55    Filed 01/30/2008    Page 29 of 59
Case 3:07-cv-04820-MMC    Document 46    Filed 01/04/2008    Page 44 of 77

Agoracom: Small Cap Investment – AeroMechanical – Discussion Forum Message          Page 1 of 6



# Agoracom

The Small Cap Epicenter

<u>Request a new Forum</u>

- <u>Home</u>
- <u>Sign In</u>
- <u>Register</u>

Search by Company Name or Stock Symbol

 <u>Search</u>

- <u>Metals & Minerals</u>
- <u>Energy & Environment</u>
- <u>Technology & Medical</u>
- <u>Bricks & Mortar</u>

- <u>For Investors</u>
- <u>Public Company Services</u>
- <u>About Us</u>
- <u>Contact Us</u>

  AeroMechanical Services Ltd.

Focused on Supplying Industry Needs with Accelerated end-to-end Business and Technology Solutions
Develops, Tests, Manufactures and Certifies Value Added Solutions for the Aerospace Industry
<u>Close Window</u>

- <u>Hub Home</u>
- <u>Profile</u>
- <u>Discussion Forum</u>
- <u>Off-Topic Forum</u>
- <u>Stock Quotes</u>
- <u>Photos</u>
- <u>Press Releases</u>
- <u>Link Library</u>
- <u>WebCasts</u>



EXHIBIT
G

Agoracom: Small Cap Investment - AeroMechanical - Discussion Forum Message        Page 2 of 6

- Agoracom Posts
- Events Calendar
- Management
- Media
- Disclaimer

Hub Controls
> Log In

- Control Panel Demo
- Upload Photo
- Edit Company Profile
- Add a Link
- Update Fast Facts
- Add Management Bios
- Add President Video
- Edit Your Profile

# Email Updates

Email Address        Subscribe   Search

AeroMechanical > Press Release

- < Previous Message
- Back to Forum
- Post a New Message
- Next Message >



Agoracom Admin

## NEWS - AeroMechanical Commences Shipments to China Eastern Airlines

Posted by: AGORACOM on February 27, 2006 09:14AM

**Calgary, Alberta CANADA, February 27, 2006 - AeroMechanical Services Ltd. (AMA - TSX Venture)**, a Company that specializes in providing economical products that enhance the profitability and safety of airlines around the world, is pleased to announce that it has shipped 5 AFIRS(tm) Global Communication Systems and supporting technology under its contract for aircraft of China Eastern Airlines. The terms of the contract calls for AeroMechanical to ship a minimum of 65 AFIRS(tm) Global Communication Systems to China Eastern Airlines by August of this year.

The 65 units are expected to generate initial revenues in excess of $350,000 USD. Once installed, AMS expects minimum annual recurring revenues of $230,000 USD.

The initial order is scheduled to be installed on Boeing 737 Series 300, 700 and 800 aircraft during February and March 2006.

``We are pleased to begin shipping product to China Eastern Airlines demonstrating the traction we are gaining in the massive Asian market. With our product adoption rates increasing, we expect to become the defacto standard for real time aircraft communications in the Far East markets'', stated Darryl Jacobs, President of AMS.

This press release is available on the AeroMechanical IR HUB for investor questions, commentary and feedback at: http://www.agoracom.com/ir/aeromechanical Alternatively, investors can e-mail their questions or comments directly to AMA@agoracom.com or asked to be placed on the AeroMechanical investor e-mail list to receive all future press releases directly.

**About AeroMechanical Services Ltd.**

AeroMechanical Services Ltd. provides proprietary technologies and services designed to reduce costs and improve efficiencies in the airline industry. The company has successfully commercialized three products and associated services currently marketed to airlines, manufacturers and maintenance organizations around the world. Its premier technology Automated Flight Information Reporting System (AFIRS(tm)) and UpTime(tm) allows airlines to monitor and manage aircraft operations in real time, all the time, anywhere on the planet.

Certain statements contained in this News Release constitute forward-looking statements. When used in this document, the words ``may'', ``would'', ``could'', ``will'' and similar expressions, as they relate to AMS or its management are intended to identify forward-looking statements. Such statements reflect AMS`s current views with respect to future events and are subject to certain risks, uncertainties and assumptions. Many factors could cause AMS`s actual performance or achievements to vary from those described herein. Should one or more of these factors or uncertainties materialize, or should assumptions underlying forward-looking statements prove incorrect, actual results may vary materially from those described herein as intended, planned, anticipated, believed, estimated or expected. AMS does not assume any obligation to update these forward-looking statements.

**For further information:**

Case 3:07-cv-04820-MMC    Document 55    Filed 01/30/2008    Page 32 of 59
Case 3:07-cv-04820-MMC    Document 46    Filed 01/04/2008    Page 47 of 77

Agoracom: Small Cap Investment - AeroMechanical - Discussion Forum Message    Page 4 of 6

Darryl Jacobs, President

AeroMechanical Services Ltd

(403) 291-7434

djacobs@amscanada.com

Murray Malley, VP Finance and CFO

AeroMechanical Services Ltd

(403) 291-7427

mmalley@amscanada.com

David Gordon / Grant Howard

The Howard Group Inc.

Toll Free: 1-888-221-0915

Info@howardgroupinc.com

AGORA Investor Relations

http://www.agoracom.com/ir/aeromechanical

AMA@agoracom.com

Agoracom: Small Cap Investment - AeroMechanical - Discussion Forum Message        Page 5 of 6

AFIRS, UpTime, AeroQ and Smart Box are Trade Marks of AeroMechanical Services Ltd.

The TSX Venture Exchange does not accept responsibility for the adequacy or accuracy of this release.

Did You Know?

AGORACOM has implemented a voting system to let you vote on the value of fellow members. Please vote now by selecting 1-5 green stars for each member. This is the start of putting forum leaders in control of quality.

Log in to Recommend
0 members recommend this.

- ≤ Previous Message
- Back to Forum
- Post a New Message
- Next Message ≥

Report this message as a violation.
Post a Reply

Please login to reply to this message.

Executive Address



Bill Tempany
CEO
June 28, 2007

Bill Tempany provides an update on the current status and new Company initiatives in the latest edition of the AOL Small Cap Show.

View Broadcast

Stock Quote

| | |
|---|---|
| LastChangeBid | 0.800.000.83 |
| AskVolume | 237.20.82 |
| | k |

| AMA:CA | 0.83 — 0.00 |
|---|---|

Intraday Price - AMA:CA
0.900
0.850
0.800
0.750
10am    12pm    2pm
ⓒ quotemedia.com

| Today | 5d | 1m | 3m | 1y | 5y | 10y |

Agoracom: Small Cap Investment - AeroMechanical - Discussion Forum Message    Page 6 of 6

TIME & SALES

- Privacy Policy |
- Terms and Conditions |
- Contact |
- Help |
- Home

California Secretary of State - California Business Search - Corporation Search Results    Page 1 of 1

# California Business Portal

Secretary of State DEBRA BOWEN

| SECRETARY OF STATE | ELECTIONS AND VOTER INFO | POLITICAL REFORM | CA BUSINESS PORTAL | ARCHIVES & MUSEUM | OTHER SERVICES |

## Corporations

**Business Search Corporations**

- **Printer Friendly Page**
- **New Search**
- **Search Tips**
- **Field Definitions**
- **Status Definitions**
- **Name Availability**
- **Corporate Records**
- **Business Entities Records Order Form**
  - Certificates
  - Copies
  - Status Reports
- **FAQS**
- **Corporations Main Page**
- **Site Search**

The information displayed here is current as of "DEC 07, 2007" and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| CHINA EASTERN AIRLINES CO. LTD. | | |
| Number: C2089428 | Date Filed: 6/24/1998 | Status: active |
| Jurisdiction: CHINA | | |
| **Address** | | |
| 55 S LAKE AVE STE 120 | | |
| PASADENA, CA 91101 | | |
| **Agent for Service of Process** | | |
| QIAOYI QIAN | | |
| 55 S LAKE AVE STE 120 | | |
| PASADENA, CA 91101 | | |

**Printer Friendly**

**New Search**

- For information about certification of corporate records or for additional corporate information, please refer to **Corporate Records**.
- Blank fields indicate the information is not contained in the computer file.
- If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code **Section 2114** for information relating to service upon corporations that have surrendered.

Copyright ©2001 California Secretary of State. **Privacy Statement**.

EXHIBIT

*H*

tabbies

Case 3:07-cv-04820-MMC    Document 55    Filed 01/30/2008    Page 36 of 59
Case 3:07-cv-04820-MMC    Document 46    Filed 01/04/2008    Page 53 of 77

China Eastern Airlines - Non-Stop Flights Operated From: Los Angeles, California (LAX)    Page 1 of 2

 

If your anti-virus software is not up to date, you could be open to dangerous infection!


FLIGHTS    ARTICLES    ALMANAC    MY TRIPS              E-Mail              Password                    LOGIN

FARECOMPARE    HELPS YOU GET THE BEST DEALS ON AIRFARES

FareCompare.com > Cities > Airports > Airlines > Non-Stop Flights Los Angeles, California (LAX)

Grumpy Santa's
Excellent Adventure!
Grumpy Santa highlights the good,
the bad, and the ugly of air travel.
And you can win a free flight.
PLAY NOW TO WIN

## China Eastern Airlines - Non-Stop Flights From Los Angeles, California (LAX)

中国东方航空
CHINA EASTERN

Fare Compare has compiled a non-stop destination flight listing for all cities served by China Eastern Airlines. This page lists all direct non-stop flights from Los Angeles, California (LAX) to every city and airport served directly by China Eastern Airlines.

**Flights**                                                                      Sponsored Ads

**AA.com- Holiday Fare Sale**   **Los Angeles Travel Deals**   **Flight to Los Angeles**   **Los Angeles Flights**
Fares Starting at $112 Round-    Cruises, Beaches and          Book Los Angeles Flights     Save Up To 70% On Los
Trip. Taxes, Fees, & ..          Honeymoons. Create the        Dire ..                      Angeles Fli...
www.AA.com                       Ultima..                      www.alaskaair.com            www.ShermansTravel.com/losai
                                 www.travel.latimes.com

From:

To:

Roundtrip    One-way
Depart:      Return:

Passengers: 1

**Did You Know?**
- The longest flight on China Eastern Airlines is 16:20 hours from New York to Shanghai.
- China Eastern Airlines largest plane has 328 seats.
- China Eastern Airlines has 63 flights each week from Ningbo, China.
- The shortest flight on China Eastern Airlines is 71 miles from Kunming to Luxi.

FIND FARES

**Non Stop Flights on Other Airlines Departing from Los Angeles, California (LAX)**
To display the non-stop direct flights for all airlines serving Los Angeles, California (LAX), click the city link to the left and then click the airline name from the list in the "Airlines Serving Los Angeles" section.

**On This Page**

▶ Interesting Facts

▶ Nonstop Flights

China Eastern Airlines non stop direct flights departing Los Angeles International (LAX) airport

| Code | Destination Airport | Destination City | State/Country |
|------|---------------------|------------------|---------------|
| PVG  | Pu Dong             | Shanghai         | China         |

Articles

Airline Name Starts With  A B C D E F G H I J K L M N O P Q R S T U V W Y Z

Almanac

Sign up to create, manage, and
track trips online

E-mail

SIGN UP


LUXURY FOR LESS
Caribbean•Mexico•Bermuda

Luxury
for
Less


EXHIBIT
I

China Eastern Airlines - Non-Stop Flights Operated From: Los Angeles, California (LAX)    Page 2 of 2



FAQ | Terms & Conditions | Privacy Policy | Contact Us | Feedback | Credits

© 2007 FareCompare.com LP

Case 3:07-cv-04820-MMC    Document 55    Filed 01/30/2008    Page 38 of 59
Case 3:07-cv-04820-MMC    Document 48    Filed 01/04/2008    Page 61 of 85

Meggitt Press Release                                                Page 1 of 5

# Meggitt press release

■ **Meggitt moves into real time flight**          13 June 2006
  **data transmission**

Meggitt, the aerospace, defence and electronics group, has struck
an agreement with AeroMechanical Services (AMS) that could
revolutionise the use of flight and engine data by transmitting it in
real time to airline and helicopter companies' financial, operational
and maintenance decision-makers and aircraft and engine-owners
with inclusive lease contracts.

They will be able to control costs and manage assets better,
streamlining logistics support, increasing efficiency and improving
safety using the early trend and accurate usage data that has been
collected continuously and autonomously in flight—just 20 seconds
after the point of collection and initial processing, transmission to a
ground station and further processing into operationally-useful
information.

The Meggitt-AMS agreement involves the joint marketing of the
group's industry-leading, condition monitoring systems with AMS's
on board Automated Flight Information Reporting System
(AFIRS)—an airborne autonomous data collection and reporting
tool that covers condition and operations—and a ground-based
processing and delivery system (AFIRS - UpTime). Meggitt has an
exclusive licence to use, market and integrate these certified
products with its specialist fixed wing engine monitoring units and
helicopter Health and Usage Monitoring System (HUMS).

Using on-board equipment that weighs just 10 lbs, and the
speedily processed and transmitted data from it, operators can
perform many tasks including tracking the plane in which the
equipment is installed anywhere on the planet on an ASD system,
Google Earth or over the web; telephoning pilots to discuss engine
status and reduce the cost of an exceedence instantly; generating
OOOI—Out, Off, On and In—reports quickly and accurately to
enable exact payment of crews and precise scheduling of
component maintenance; and planning maintenance in a
continuum using the engine trend reports generated without pilot
intervention from the moment an aircraft becomes airborne.

AFIRS offers significant benefits to the rotary wing sector. As the
integration of Health and Usage Monitoring Systems (HUMS)
becomes more prevalent on helicopters, AFIRS can process and
transmit HUMS data at regular intervals during flight to ground
support engineers anywhere in the world. With additional features
including flight tracking and two-way communications, AFIRS
enables operators to closely monitor their fleets all the time they
are flying—wherever they are—easing operational and support
logistics as well as contributing to flight safety. Meggitt say interest
in AFIRS for rotary wing operations has already been expressed by
helicopter constructors as well as a major offshore oil operator.

**More about AFIRS**
AFIRS is the 'smart' 10 lb box incorporating a data processor with
mass memory, flight data recorder, GPS receiver and a modem for
Iridium satellite communications (the worldwide network with no
gaps). It processes data on the aircraft during flight and can be
readily programmed to transmit selected data to the secure
ground-based server at regular intervals. AFIRS can be
programmed to select specific messages from aircraft data buses,
perform additional processing and transmit according to scheduled
and unscheduled events. Data can also be transmitted back to the
aircrew or sent back to the AFIRS.

**More about AFIRS - UpTime**
AFIRS - UpTime, a ground-based IBM computer system, processes



Case 3:07-cv-04820-MMC   Document 55   Filed 01/30/2008   Page 39 of 59
Case 3:07-cv-04820-MMC   Document 48   Filed 01/04/2008   Page 62 of 85

Meggitt Press Release                                                    Page 2 of 5

the transmitted data further and delivers operationally-useful reports to a variety of decision-makers in any organisation such as maintenance, operations and finance via email, website or SMS. The elapsed time between an onboard event and the receipt of a report by appropriate personnel is less than 20 seconds via secure internet methods, allowing airlines to monitor and manage aircraft operations continuously, in real time, anywhere in the world.

### Standardised and customised reporting

The format and type of real time reporting to individuals and groups is specified by customers but the service includes essential standard outputs such as aircraft movement messages and flight follow, engine trend and engine and operational exceedence reports for early actionable warning of equipment failure or degradation. AFIRS provides real time tracking of aircraft in remote areas, transmits additional data such as local weather and accurate flight or duty times. Whatever it collects, AFIRS does so consistently and automatically to facilitate high quality analysis.

### What AMS says

Bill Tempany, CEO of AMS, stated: "The time and money saved through AMS's automated flight information reporting system has been proved with a growing customer base which Aloha Airlines, Skyservice and LIAT.

"Working with Meggitt means we can work directly with the OEMs so airframes can be delivered direct from the factory with our products installed—which is what our customers are asking for: optimised integration and delivery of aircraft information for next generation aircraft operations and support concepts. It is certified for use on various aircraft types include Boeing 737s and, as the data interface includes several standard ARINC formats, it can be fitted to a wide range of aircraft types."

### What Meggitt says

Richard Hayden, Vice President of Meggitt's aerospace systems division, stated, "This joint initiative completes Meggitt's sensor-to-answer condition monitoring vision. It adds immense value to our vibration and on-engine monitoring and health and usage monitoring systems and data acquisition units.

"Flight data affects every part of the airline and helicopter operator business and the ability to make informed decisions quickly is critical if cost is to be minimised—whether for in-flight problem-solving or in-flight maintenance planning. Now we can ensure that the data that comes out of our first-class monitoring systems gets to who needs it in a useable form in a matter of seconds, helping keep aircraft well maintained, safe and available for on-time service. Together our systems will provide an extremely powerful asset management tool for customers in all segments of the aviation industry."

### ENDS

For further information please contact:

Fiona Greig
Group PR Executive
Tel: +44 (0) 1202 597587
Fiona.greig@meggitt.com

Richard Hayden
Meggitt Aerospace Systems
+1-(978)-440-780
richard.hayden@meggitt.com

Darryl Jacobs, President
AeroMechanical Services Ltd
(403) 291-7434

Case 3:07-cv-04820-MMC   Document 55   Filed 01/30/2008   Page 40 of 59
Case 3:07-cv-04820-MMC   Document 48   Filed 01/04/2008   Page 63 of 85

Meggitt Press Release                                          Page 3 of 5

djacobs@amscanada.com

Murray Malley, VP Finance and CFO
AeroMechanical Services Ltd
(403) 291-7427
mmalley@amscanada.com

**EDITOR'S NOTES**

**1. Looking at AMS from a regional operator's perspective**

*By John McCaskill, Customer Relationship Manager, AMS (see end
for contact details)*

Somewhere in the Caribbean, a DHC8-300 accelerates down the
runway, rotates and becomes airborne. At the moment its wheels
leave the ground, an AFIRS unit on board the aircraft sends two
small files. In less than 15 seconds these files are transmitted from
the aircraft, received on the ground, reformatted into custom
reports, forwarded to and received by the client and their third-
party vendor, half a world away.

One of the two reports is a standard aircraft movement message
that updates the operator's fleet management software alerting
them to the aircraft's departure. The other is a snapshot of the
engines' performance at the time of lift-off so that the aircraft's
engines performance can be monitored over time.

**AFIRS – UpTime**
All this is the work of the AFIRS – UpTime system by
AeroMechanical Services. The AFIRS unit (Automatic Flight
Information Reporting System) is a 10lb box containing an FDR
(Flight Data Recorder) analyser, GPS (Global Positioning System)
chip and an Iridium satellite communications modem. The AFIRS
unit is essentially a computer with one program running on it.
Every second, this program analyses the information being
recorded by the FDR and applies a set of business rules to
determine what action to take when certain events are detected.

When that DHC8 in the Caribbean lifts off, the AFIRS unit senses
the weight-off wheels signal. In one second, it records the date,
time, latitude and longitude, and track over ground (from the
GPS). In that same second, the AFIRS unit also records the torque,
engine temperature, propeller rpm, high and low pressure turbine
speed, fuel flow, outside air temperature, pressure altitude, and
indicated airspeed for both engines. This information is bundled
into a file and sent to the Iridium satellite communications system
and forwarded to the AFIRS UpTime ground application.

The AFIRS UpTime ground application is the database that receives
files from AFIRS equipped aircraft, reformats them to customer's
specifications, and sends reports to customers, or designated
third-party contractors. These reports can be in a number of
formats ranging from the tried-and-true Teletype messages to
modern computer languages such as XML. The delivery to the
client can be done through simple email distribution, ftp to the
client's server or sftp.

**Standard reports**
Although the AFIRS – UpTime system is customisable for each
customer, there are a number of standard reports all customers
want. The most common of these are: Aircraft Movement
Messages, Flight Follow Reports, Engine Trend Reports, Engine
Exceedence Reports and Operational Exceedence Reports.

*Aircraft Movement Messages* are collectively known as OOOI
reports: Out, Off, On and In. When an aircraft first starts to move
for a flight, this is known as the Out time. The time the aircraft
becomes airborne is referred to as the Off time, and when it lands,

Case 3:07-cv-04820-MMC    Document 55    Filed 01/30/2008    Page 41 of 59
Case 3:07-cv-04820-MMC    Document 48    Filed 01/04/2008    Page 64 of 85

Meggitt Press Release                                                    Page 4 of 5

this is the On time. The time the aircraft parks at the gate is known as the In time.

These four times are all important to airlines. Crews are generally paid based on Block time (Out to In), and aircraft maintenance is carried out based on Flight time (Off to On). Getting these times quickly, accurately, reliably, and consistently is a huge benefit to airline operations and maintenance departments.

*Flight Follow Reports* enable the operator to track their aircraft. Every five minutes the AFIRS unit sends a position report, indicating the airspeed, ground speed, altitude, latitude and longitude, date and time, track over ground, and magnetic heading. These can be displayed in the airline's ASD system, on Google Earth, or over the web.

*Engine Trend Reports* are a snapshot of how the engine is performing at designated times during the flight. The AFIRS unit captures engine parameters the moment the aircraft becomes airborne, and again five minutes after the aircraft levels off at cruise altitude. It does this automatically, without any pilot intervention.

These Engine Trend Reports are used in the analysis of engine performance over time. This allows the operator, or their designated third-party vendor to determine how their engines are performing, and plan maintenance action based on accurate, consistent and up to date information.

*Engine and Operational Exceedence Reports* alert the operator whenever the aircraft or its engines are being operated outside of the manufacturers specified limits. For example, if an engine torque value is detected above a specified limit, the AFIRS unit creates an exceedence file. This file is sent to the AFIRS - UpTime system after a specified period of time, or the condition returns to the normal operating range. When the exceedence file is received by AFIRS - UpTime it alerts the operator via the web, email, pager alert, or an SMS message.

The advantage to automatic data collection is to do it consistently, accurately, reliably and then
and deliver it quickly to someone who can use the data. This fusion of consistency, speed and operationalisation of information encapsulates the value of the AFIRS - UpTime service.

John McCaskill
Customer Satisfaction Manager
001 403 470 2757
Jmccaskill@amscanada.com

## 2. AMS AFIRS facts

i. AMS's Automated Flight Information Reporting System™ (AFIRS) is an airborne autonomous data collection and reporting system.

ii. It compliments and adds value to existing Meggitt product lines including engine health and vibration monitoring and Health and Usage Monitoring Systems (HUMS).

iii. It can be fitted to a wide range of aircraft types as the data interface includes a number of standard ARINC formats.

iv. AFIRS has been proven in service with a number of airlines and is certified for use on various aircraft types including Boeing 737s.

v. A particular benefit of this system is that it processes data on the aircraft during flight and can be readily programmed to transmit selected data to the secure ground-based server at regular intervals. This data is processed and redirected to wherever the customer needs it as an email, into a website or even

Meggitt Press Release                                                    Page 5 of 5

as a text message to a mobile phone. Data can also be transmitted back to the aircrew or data sent can be sent back to the AFIRS.

vi. The system uses the Iridium satellite network, which has comprehensive secure worldwide coverage.

vii. The unit provides early actionable warning of equipment failure or degradation, which can include trend data, exceedences, vibration or event alerts.

viii. Additional benefits:

a. AFIRS™ provides real-time tracking of aircraft in remote areas
b. Transmits additional data such as local weather
c. Transmits accurate flight or duty times
d. Collection of data on operations and condition is automatic and consistent

ix. AFIRS offers real benefits to aircraft operators (fixed or rotary wing, civil or military) by increasing efficiency, improving safety and reducing the support logistics footprint. In particular, owners of aircraft or engines on inclusive lease contracts (Power by the Hour®) will benefit from early trend and accurate usage data.

**3. About AeroMechanical Services Ltd ((TSX.V:AMA):**
AeroMechanical Services Ltd provides proprietary technologies and services designed to reduce costs and improve efficiencies in the airline industry. The company has successfully commercialised three products and associated services currently marketed to airlines, manufacturers and maintenance organizations around the world. Its premier technology Automated Flight Information Reporting System (AFIRS™) and AFIRS UpTime™ allows airlines to monitor and manage aircraft operations in real time, all the time, anywhere on the planet. www.amscanada.com

**4. About Meggitt PLC:** Headquartered in the UK, Meggitt PLC is an international group of companies operating in North America, Europe and Asia. Known for its specialist extreme environment engineering, Meggitt is a world leader in the aerospace, defence and electronics industries. Meggitt Aerospace Systems, one of five Meggitt strategic business units, designs and makes airborne and ground-based engine and machinery condition monitoring systems, avionics, and flight controls. Its operating companies include the Vibro-Meter group (Switzerland, UK and US), Meggitt Avionics (UK), and S-TEC Corporation (US). www.meggitt.com

**Press release list**



California Secretary of State - California Business Search - Corporation Search Results                    Page 1 of 1

# California Business Portal

## Secretary of State DEBRA BOWEN

| SECRETARY OF STATE | ELECTIONS & VOTER INFO | POLITICAL REFORM | CA BUSINESS PORTAL | ARCHIVES & MUSEUM | OTHER SERVICES |

## Corporations

**Business Search Corporations**

- New Search
- Search Tips
- Field Definitions
- Status Definitions
- Name Availability
- Corporate Records
- **Business Entities Records Order Form**
  - Certificates
  - Copies
  - Status Reports
- FAQs
- Corporations Main Page
- Site Search

The information displayed here is current as of "DEC 07, 2007" and is updated weekly. It is not a complete or certified record of the Corporation.

For information about certification of corporate records or for additional corporate information, please refer to **Corporate Records**. If you are unable to locate a record, you may request a more extensive search by ordering a status report. Fees and instructions for ordering a status report are included on the **Business Entities Records Order Form**. Certificates and/or certified copies can also be requested using the order form.

Results of search for " meggitt "

***Click on the name of the corporation for additional information.***

| Corp Number | Date Filed | Status | Corporation Name | Agent for Service of Process |
|---|---|---|---|---|
| C1286235 | 9/16/1985 | merged out | **MEGGITT AIRDYNAMICS, INC.** | ERIC G LARDIERE |
| C1774611 | 12/19/1995 | dissolved | **MEGGITT CALIFORNIA, INC.** | MYRON G. COHN |
| C2132867 | 2/4/1999 | active | **MEGGITT DEFENSE SYSTEMS, INC.** | ROGER BRUM |
| C2566538 | 11/7/2003 | active | **MEGGITT FINANCE (CALIFORNIA) INC.** | ERIC G LARDIERE |
| C2566536 | 11/7/2003 | active | **MEGGITT GP INC.** | ERIC G LARDIERE |
| C2566535 | 11/7/2003 | active | **MEGGITT HOLDINGS (CALIFORNIA) INC.** | ERIC G LARDIERE |
| C2566537 | 11/7/2003 | active | **MEGGITT HOLDINGS (USA) INC.** | ERIC G LARDIERE |
| C2169596 | 7/13/1999 | active | **MEGGITT SAFETY SYSTEMS, INC.** | ISRAEL M SANCHEZ |
| C1099906 | 12/31/1981 | active | **MEGGITT THERMAL SYSTEMS, INC.** | ERIC G LARDIERE |
| C0862244 | 3/15/1978 | merged out | **MEGGITT WESTERN DESIGN, INC.** | C T CORPORATION SYSTEM |
| C1617999 | 7/13/1988 | surrender | **MEGGITT-USA, INC.** | DENIS KOMAI |
| C2178373 | 10/5/1999 | active | **MEGGITT-USA, INC.** | ERIC G LARDIERE |

Copyright ©2001 California Secretary of State. **Privacy Statement**.

**EXHIBIT**

_K_

California Business Search                                          Page 1 of 1

# California Business Portal

Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of DEC 07, 2007 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| MEGGITT HOLDINGS (CALIFORNIA) INC. | | |
| **Number:** C2566535 | **Date Filed:** 11/7/2003 | **Status:** active |
| **Jurisdiction:** DELAWARE | | |
| Address | | |
| C/O MEGGITT-USA, INC. | | |
| 1955 SURVEYOR AVENUE | | |
| SIMI VALLEY, CA 93063-3369 | | |
| Agent for Service of Process | | |
| ERIC G LARDIERE | | |
| C/O MEGGITT-USA, INC. | | |
| 1955 SURVEYOR AVENUE | | |
| SIMI VALLEY, CA 93063-3369 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

California Secretary of State - California Business Search - Corporation Search Results     Page 1 of 1

# California Business Portal

**Secretary of State DEBRA BOWEN**

| SECRETARY OF STATE | ELECTIONS & VOTER INFO | POLITICAL REFORM | CA BUSINESS PORTAL | ARCHIVES & MUSEUM | OTHER SERVICES |

**Business Search Corporations**

Printer Friendly Page

New Search

Search Tips

Field Definitions

Status Definitions

Name Availability

Corporate Records

Business Entities
Records Order Form
  Certificates
  Copies
  Status Reports

FAQS

Corporations Main Page

Site Search

## Corporations

The information displayed here is current as of "DEC 07, 2007" and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| MEGGITT GP INC. | | |
| Number: C2566536 | Date Filed: 11/7/2003 | Status: active |
| Jurisdiction: DELAWARE | | |
| **Address** | | |
| C/O MEGGITT-USA, INC. | | |
| 1955 SURVEYOR AVENUE | | |
| SIMI VALLEY, CA 93063-3369 | | |
| **Agent for Service of Process** | | |
| ERIC G LARDIERE | | |
| C/O MEGGITT-USA, INC. | | |
| 1955 SURVEYOR AVENUE | | |
| SIMI VALLEY, CA 93063-3369 | | |

Printer Friendly

**New Search**

- For information about certification of corporate records or for additional corporate information, please refer to **Corporate Records**.
- Blank fields indicate the information is not contained in the computer file.
- If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code **Section 2114** for information relating to service upon corporations that have surrendered.

Copyright ©2001 California Secretary of State. **Privacy Statement**.

California Business Search                                        Page 1 of 1

# California Business Portal

Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of DEC 07, 2007 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| MEGGITT HOLDINGS (USA) INC. | | |
| **Number:** C2566537 | **Date Filed:** 11/7/2003 | **Status:** active |
| **Jurisdiction:** DELAWARE | | |
| Address | | |
| C/O MEGGITT-USA, INC. | | |
| 1955 SURVEYOR AVENUE | | |
| SIMI VALLEY, CA 93063-3369 | | |
| Agent for Service of Process | | |
| ERIC G LARDIERE | | |
| C/O MEGGITT-USA, INC. | | |
| 1955 SURVEYOR AVENUE | | |
| SIMI VALLEY, CA 93063-3369 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

California Business Search                                          Page 1 of 1

# California Business Portal

Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of DEC 07, 2007 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |  |  |
|---|---|---|
| MEGGITT SAFETY SYSTEMS, INC. |  |  |
| **Number:** C2169596 | **Date Filed:** 7/13/1999 | **Status:** active |
| **Jurisdiction:** California |  |  |
| **Address** |  |  |
| 1955 SURVEYOR AVENUE |  |  |
| SIMI VALLEY, CA 93063-3369 |  |  |
| **Agent for Service of Process** |  |  |
| ISRAEL M SANCHEZ |  |  |
| 1955 SURVEYOR AVENUE |  |  |
| SIMI VALLEY, CA 93063-3369 |  |  |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

California Business Search

# California Business Portal

**Secretary of State DEBRA BOWEN**

**DISCLAIMER:** The information displayed here is current as of DEC 07, 2007 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| MEGGITT-USA, INC. | | |
| **Number:** C2178373 | **Date Filed:** 10/5/1999 | **Status:** active |
| **Jurisdiction:** DELAWARE | | |
| **Address** | | |
| 1955 SURVEYOR AVENUE | | |
| SIMI VALLEY, CA 93063-3369 | | |
| **Agent for Service of Process** | | |
| ERIC G LARDIERE | | |
| C/O MEGGITT-USA, INC. | | |
| 1955 SURVEYOR AVENUE | | |
| SIMI VALLEY, CA 93063-3369 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

California Business Search                                                    Page 1 of 1

# California Business Portal

Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of DEC 14, 2007 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| MEGGITT DEFENSE SYSTEMS, INC. | | |
| **Number:** C2132867 | **Date Filed:** 2/4/1999 | **Status:** active |
| **Jurisdiction:** DELAWARE | | |
| Address | | |
| C/O MEGGITT-USA, INC. | | |
| 1955 SURVEYOR AVENUE | | |
| SIMI VALLEY, CA 93063-3369 | | |
| Agent for Service of Process | | |
| ROGER BRUM | | |
| 2672 DOW AVENUE | | |
| TUSTIN, CA 92780 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

California Business Search                                    Page 1 of 1

# California Business Portal

Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of DEC 14, 2007 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| MEGGITT FINANCE (CALIFORNIA) INC. | | |
| **Number:** C2566538 | **Date Filed:** 11/7/2003 | **Status:** active |
| **Jurisdiction:** DELAWARE | | |
| Address | | |
| C/O MEGGITT-USA, INC. | | |
| 1955 SURVEYOR AVENUE | | |
| SIMI VALLEY, CA 93063-3369 | | |
| Agent for Service of Process | | |
| ERIC G LARDIERE | | |
| C/O MEGGITT-USA, INC. | | |
| 1955 SURVEYOR AVENUE | | |
| SIMI VALLEY, CA 93063-3369 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

California Business Search                                          Page 1 of 1

# California Business Portal

Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of DEC 14, 2007 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| MEGGITT THERMAL SYSTEMS, INC. | | |
| **Number:** C1099906 | **Date Filed:** 12/31/1981 | **Status:** active |
| **Jurisdiction:** TEXAS | | |
| Address | | |
| 1915 VOYAGER AVENUE | | |
| SIMI VALLEY, CA 93063-3369 | | |
| Agent for Service of Process | | |
| ERIC G LARDIERE | | |
| C/O MEGGITT-USA, INC. | | |
| 1955 SURVEYOR AVENUE | | |
| SIMI VALLEY, CA 93063-3369 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

Insight Newsletter: INDIAN AIR FORCE SKITTERS OVER CALIFORNIA                    Page 1 of 4

| |SEARCH BLOG| | FLAG BLOG| Next Blog»          Create Blog | Sign In

Tuesday, July 17, 2007
# INDIAN AIR FORCE SKITTERS OVER CALIFORNIA



Micro light beside mid-sized 757 passenger jet.

The record-breaking Indian Air Force (IAF) micro light aircraft flight that has AeroMechanical's tracking and communication's technology on board is scheduled to land at a small airport outside Los Angeles July 17th.

The two IAF fighter pilots flying this quick but quirky aircraft took off from Delhi, India on June 1st, hoping to circle the globe in 64 days in order to beat the current world record of 98 days.

They have battled monsoons throughout China's eastern coast and the remote, frozen landscape over eastern Russia to get this far.

The single-prop aircraft weighs less than 500 kilograms - fully loaded with one pilot on takeoff - and it cruises at 240 kms per hour. But because of it's light weight and configuration, it frequently gets blown around like a fluffy Dandelion seed.

At one remote Chinese airfield, the craft was just about to touch down when a gust of wind rocketed it 50 feet back up into the air. It took three harrowing attempts before it was solidly on ground.

**Client Commentaries**

Aeromechanical Services (25)

Anglo Swiss Resources Inc. (10)

Asia Now Resources Corp. (8)

Brainhunter (17)

LMS Medical Systems (21)

Med BioGene (11)

Neptune Technologies and Bioressources (27)

Planet Organic Health Corp. (7)

Pure Nickel (21)

Serenic (3)

Webcasts and Special Investor Events (2)

**Blog Archive**

December 2007 (11)

November 2007 (23)

October 2007 (17)

September 2007 (19)

August 2007 (22)

July 2007 (9)

June 2007 (17)

May 2007 (31)

April 2007 (23)

March 2007 (40)

February 2007 (42)

January 2007 (7)

December 2006 (1)

**EXHIBIT**
tabbies®
_L_

Insight Newsletter: INDIAN AIR FORCE SKITTERS OVER CALIFORNIA                    Page 2 of 4



Pilot Rahul Monga, 37, a father of two young boys, normally flies attack helicopters while his co-pilot Anil Kumar, 38, a father of one young boy, handles supersonic jet fighters.

The two have taken this dangerous mission on for two reasons: to cut 34 days off the current record for a micro light weighing between 300-500 kilograms; and, as a goodwill mission to celebrate the IAF's 75th Anniversary.

From the Santa Paula airport, located about 50 miles east of Los Angeles, they are scheduled to head northeast to Colorado Springs, southeast to Jacksonville, Florida, than due north to Toronto, Canada. They hope to exit North America from Canada's frozen north, hop over to Greenland, Iceland, Europe and then home to India.



Planned Route Around The World

The most dangerous passage to date was crossing the Bering Sea on July 5th.

Monga was the only one flying the craft as it crossed over those frigid waters because Kumar was replaced on the Russian leg by a local navigator, a mandatory requirement when that country's air controllers speak only Russian.

If engine troubles had forced Monga to ditch the plane, he would have had only six minutes to three hours to survive, depending on whether he was able to get an immersion survival suit on in time.

Subscribe for Updates via RSS Feeds or Email

 RSS Feed

Click here to register for updates or email us at info@howardgroupinc.com.

Terms of Use for the LIVE Newsletter

Please click here to read the terms of use and disclaimer for the live newsletter.

Clients of The Howard Group

Click on the logo to view their detailed client page on the Howard Group website:



AeroMechanical Services

(AMA: TSX-V)



Asia Now Resources Corp.

(NOW: TSX-V)



Brainhunter Inc.

(BH -TSX)



Icron Technologies Corp.

Insight Newsletter: INDIAN AIR FORCE SKITTERS OVER CALIFORNIA                    Page 3 of 4

That is where AeroMechanical's breakthrough tracking and communications technology called the Automated Flight Information Reporting System (AFIRS) could have saved his life.

The equipment allows IAF officers sitting in a control room in north central India to constantly track where the micro light is.

It also allows controllers to talk to the pilot by satellite phone, whether over the Bering Sea or over some remote jungle.

Had Monga ditched the aircraft, IAF controllers could have called in rescue teams and pinpointed exactly where in the Bering Sea to look.

Ironically, this micro light is better equipped than most modern-day passenger jets that used a land-based radio system. That latter system suffers from blackout zones in large patches of the world. In addition, airlines can't track their craft in many regions of the globe.

Posted by Bob Beaty at 9:33 AM

Labels: AeroMechanical Services

## 1 comments:

smashingidol said...

Congrats to Rahul & Anil! What a feat, what an adventure, it must've been for the two... having braved severe weather conditions over unknown territories, flown through unmarked routes, serviced & repaired their own flying machine, interacted with people from various nationalities and most recently, having completed the journey to set a new world record!! 79 days for the world and a lifetime of memories for themselves - congratulations to the two mavericks! BRAVO

August 18, 2007 7:04:00 MDT PM

Post a Comment

Newer Post                          Home                          Older Post

Subscribe to: Post Comments (Atom)

(IT - TSX-V)



LMS Medical Systems Inc.

(LMZ -TSX & AMEX)



Med BioGene Inc.

(MBI - TSX-V)



Neptune Technologies & Bioressources Inc.

(NTB - TSX-V)

OneMove Technologies Inc.

(OM -TSX Venture)

**PLANET ORGANIC**

Planet Organic Health Corp.

(POH - TSX-V)

purenickel

Pure Nickel Inc.

(NIC -TSX)

Insight Newsletter: INDIAN AIR FORCE SKITTERS OVER CALIFORNIA          Page 4 of 4

Disclaimer: The Howard Group is not a registered investment advisor and as such, individuals should consult a registered investment advisor prior to making investment decisions in relation to the companies discussed in this site. The information presented in these website pages was obtained from sources believed to be reliable but is not guaranteed, is not all conclusive and should not be relied upon as the sole source of information/opinion for making an investment decision. The Howard Group or its employees may own securities in the companies presented in this site. The Howard Group receives remuneration for Investor Relations activities from the companies presented in this site.

Aviation.ca - Your Number One Source for Canadian Aviation News, Jobs and Information! - AeroMecha...     Page 1 of 2

## Aviation.ca - Your Number One Source for Canadian Aviation News, Jobs and Information!

| **News** | **Articles** | **Thursday, 06 December 2007** |

Home ▸ News ▸ Business Aviation ▸ AeroMechanical helps Indian Air Force pilots break world record

**AEROMECHANICAL HELPS INDIAN AIR FORCE PILOTS BREAK WORLD RECORD**

Written by AeroMechanical
Thursday, 30 August 2007

CALGARY - The head pilot of a risky, record-breaking world flight in a tiny aircraft said no plane should leave the ground without the tracking and communications equipment AeroMechanical Services Ltd. provided for his round-the-earth odyssey.

Indian Air Force (IAF) Wing Commander Rahul Monga and his co-pilot Wing Commander Anil Kumar landed their tiny micro light plane in New Delhi Aug. 19th, shaving an eye-popping 19 days off the previous world record for a similar aircraft.

In the 79 days the two took to fly 40,497 kms, Monga said he was able to rest easier knowing no matter where they flew, India-based air force control officers were just an on-board phone call away.

In addition, in the worst-case scenario where the two might have had to make a forced landing, those control officers sitting in an air force base near New Delhi always knew precisely where Monga and Kumar were and could call in rescue officials no matter how remote the location.

That's a luxury not available to commercial passenger jet pilots who are out of radar or radio contact in large swaths of the world where there are no land-based transmission towers.

AeroMechanical's proprietary technology is satellite based so there is no spot in the world left uncovered.

"Every aircraft should have this technology on board," Monga said in an interview after his flight over one of the 19 countries the two crossed. "The communication was fantastic and helped me shave days off the existing record by frequent route alterations and in-flight communications. It was also a very good flight safety aid and would have proven invaluable in any survival situation if the need had arisen," Monga added.

To view the Indian Air Force journey in Google Earth click here or type http://www.amscanada.com/download.htm into your web browser and follow the links.

The technology AeroMechanical provided is a lightweight, scaled-back version of that provided for large aircraft.

The full technology can also monitor up to 2,000 sensors on an aircraft and beam any anomaly in real time back to the airline company. It saves airlines up to $100,000 per aircraft per year through better maintenance, operations and scheduling.

The roster of AeroMechanical's current customer list of 19 airlines includes such diverse carriers as Aloha Airlines, which flies trans pacific and inter island routes, DAC Aviation, which provides services in the remotest parts of Africa and Skyservice, whose aircraft alternate between North American and European home bases as seasonal loads vary.

AeroMechanical CEO Bill Tempany said he was glad his company was able to assist in the creation of a new world flying record in an aircraft that with pilots, fuel and baggage weighs less than 500 kilograms.

"Our technology works in everything from a very small aircraft to some of the biggest aircraft in the world," Tempany said, noting his company just installed the technology in a Boeing 767 passenger jet that has a maximum takeoff weight of roughly 160,000 kilograms or 352,000 pounds. In addition, AeroMechanical is working toward an installation on an Airbus A330 this fall.

About AeroMechanical Services:

AeroMechanical Services Ltd. provides proprietary technologies and services designed to reduce costs and improve efficiencies in the airline industry. The corporation has successfully commercialized three products and associated services currently marketed to airlines, manufacturers and maintenance organizations around the world. Its premier technology Automated Flight Information Reporting System (AFIRS) and UpTime allows airlines to monitor and manage aircraft operations in real time, all the time, anywhere on the planet.

EXHIBIT
tabbies
*m*

12/6/2007

Aviation.ca - Your Number One Source for Canadian Aviation News, Jobs and Information! - AeroMecha...    Page 2 of 2

No Comments.

**Discuss this article on the forums. (0 posts)**

LATEST NEWS

- ▷ MDA Acquires U.S.-Based Alliance Spacesystems
- ▷ AeroMechanical Services Receives First Purchase Order For China
- ▷ WestJet Reports Record November Load Factor of 75.6 Per Cent
- ▷ ACE Aviation Holdings Inc. to repurchase up to CDN$1.5 billion of its Class A variable voting shares
- ▷ AeroMechanical Services Ltd. announces filing of motion to dismiss
- ▷ Canadians speak out on rudeness ahead of the holiday travel season
- ▷ NORAD's Santa-Tracking Website Opens for 2007 Season
- ▷ Air Canada Jazz inaugurates the only non-stop seasonal service between the Yellowknife and Vancouver
- ▷ AIR FORCE SEARCH AND RESCUE TECHNICIANS JUMP TO THE RESCUE NEAR ARMSTRONG, ONT.
- ▷ Air Force personnel running the show at Kandahar Airfield
- ▷ Innotech Aviation Paint Facility Rising in Montreal
- ▷ Aerospace association appoints new CEO
- ▷ Canada's Aviation Hall of Fame Names Inductees for 2008
- ▷ Cargojet Announces New Trustee
- ▷ Canadian Air Force Officer helping USAF test aerial operation systems

About Us │ Contact Us │ Link To Us │ General Use Agreement │ Advertise │

©Skytech Dynamics Corporation - Aviation.ca 1996 - 2007

DANIEL P. ALBERS (admitted *pro hac vice*)
JEFFREY A. RUPPEL (admitted *pro hac vice*)
BARNES & THORNBURG LLP
One N. Wacker Drive, Suite 4400
Chicago, IL  60606
Phone No.: (312) 357-1313
Fax No.:  (312) 759-5646
Email:  dalbers@btlaw.com
Email: jruppel@btlaw.com

CHRISTINE H. MCCARTHY (admitted *pro hac vice*)
BARNES & THORNBURG LLP
750 17th Street N.W., Suite 900
Washington, D.C. 20006-4675
Phone No.: (202) 289-1313
Fax No.:   (202) 289-1330
Email:  cmccarthy@btlaw.com

JEFFREY K. LEE, CA Bar No. 212465
KIMBERLY A. DONOVAN, CA Bar No. 160729
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA  94043
Phone No.: (650) 428-3900
Fax No.: (650) 428-3901
Email:  jlee@gcalaw.com
Email: kdonovan@gcalaw.com

Attorneys for Plaintiff STAR NAVIGATION SYSTEMS GROUP LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STAR NAVIGATION SYSTEMS GROUP LTD., <br><br> Plaintiff, <br><br> v. <br><br> AEROMECHANICAL SERVICES LTD., <br><br> Defendant. | Case No.  C 07-4820 MMC <br><br> **CERTIFICATE OF SERVICE** <br><br> Hon. Maxine M. Chesney <br><br> (Motion Assigned to Hon. William F. Nielsen) <br><br> Date:  February 27, 2008 <br> Time:  8:30 a.m. <br> Place:  Telephonic conference |

Case No. C 07-4820 (MMC)
Plaintiff's Certificate of Service

## CERTIFICATE OF SERVICE

Plaintiff Star Navigation System Group Ltd.'s *Simultaneous 5 Page Briefing Related to Personal Jurisdiction* and accompanying exhibits A through M have been filed with the Court this day though the Court's Electronic Case Filing system, which will provide electronic notice and/or service upon the parties listed below:

        Kevin C. McCann (via ECF)
        Paul, Hastings, Janofsky & Walker LLP
        55 Second Street
        Twenty-Fourth Floor
        San Francisco, CA 94105
        Telephone: (415) 856-7000
        Fax: (415) 856-7100
        E-mail: kevinmccann@paulhastings.com

        Robert M. Masters (via email and ECF)
        Timothy P. Cremen (via email and ECF)
        Bhaskar Kakarla (via ECF)
        Paul, Hastings, Janofsky & Walker LLP
        875 15th Street, N.W.
        Washington, DC 20005
        Telephone: (202) 551-1700
        Fax: (202) 551-1705
        E-mail: robertmasters@paulhastings.com
        E-mail: timothycremen@paulhastings.com
        E-mail: bhaskarkakarla@paulhastings.com

In addition, the above listed documents were served this day through electronic mail and regular United States mail on the following:

        Honorable William F. Nielsen
        United States District Court
          for the Eastern District of Washington
        Post Office Box 1493
        Spokane, WA  99210-1493
        E-mail: NielsenOrders@waed.uscourts.gov

Dated: January 30, 2008                    .    /s/ Tina Ernst                    .

Case No. C 07-4820 (MMC)
Plaintiff's Certificate of Service