# APPENDIX B

**EXHIBIT 46**

## Jeffrey Lee

| | |
|---|---|
| From: | Daniel Albers [Daniel.Albers@BTLaw.com] |
| Sent: | Wednesday, January 02, 2008 9:58 AM |
| To: | Timothy P. Cremen |
| Cc: | Bhaskar Kakarla; Kevin C. McCann; Robert M. Masters |
| Subject: | Re: Star v. AMS Matter |



2nd 30b6 Notice of
Dep & Produ...
    1/02/08

Tim and Rob, et al.,
    Happy New Year! We will be filing our response to your motion to dismiss the amended complaint on 1/4/08. I have attached a slightly revised set of discovery relating to jurisdiction that we would like to take in response to your motion. I understand from your 12/21/07 letter that you will now not agree to any discovery. If that changes and you will provide the requested discovery and put off the motion until we have a chance to take it please let me know.
    As for the merits of your 12/21/07 letter, please be advised that we do not agree with your assertions. The hyperbole is not helpful in moving this case towards resolution.
Dan Albers

>>> "Cremen, Timothy P." <timothycremen@paulhastings.com> 12/21/2007
7:11 PM >>>
<<(07-12-21) Letter to BT.pdf>> Dear Mr. Albers,

Please find attached a letter regarding the Star v. AMS matter.

Best,

Tim


Timothy P. Cremen | Paul, Hastings, Janofsky & Walker LLP | 875 15th Street, N.W., Washington, D.C. 20005 | direct: 202 551 1838| main: 202 551 1700 | direct fax: 202 551 0238| timothycremen@paulhastings.com | www.paulhastings.com

*******************************************************
IRS Circular 230 Disclosure:    As required by U.S.
Treasury Regulations governing tax practice, you are
hereby advised that any written tax advice contained
herein was not written or intended to be used (and cannot
be used) by any taxpayer for the purpose of avoiding
penalties that may  be imposed under the U.S. Internal
Revenue Code.
*******************************************************

This message is sent by a law firm and may contain
information that is privileged or confidential. If you
received this transmission in error, please notify the
sender by reply e-mail and delete the message and any
attachments.

For additional information, please visit our website at
www.paulhastings.com.

1  DANIEL P. ALBERS
   JEFFREY A. RUPPEL
2  BARNES & THORNBURG LLP
3  One N. Wacker Drive, Suite 4400
   Chicago, IL  60606
4  Phone No.: (312) 357-1313
5  Fax No.:  (312) 357-1313
   Email: dalbers@btlaw.com
6  Email: jruppel@btlaw.com

7  CHRISTINE H. MCCARTHY
8  BARNES & THORNBURG LLP
   750 17th Street N.W., Suite 900
9  Washington, D.C. 20006-4675
   Phone No.: (202) 289-1313
10 Fax No.:  (202) 289-1330
11 Email:  cmccarthy@btlaw.com

12 JEFFREY K. LEE, CA Bar No. 212465
   KIMBERLY A. DONOVAN, CA Bar No. 160729
13 GCA LAW PARTNERS LLP
   1891 Landings Drive
14 Mountain View, CA  94043
   Phone No.: (650) 428-3900
15 Fax No.: (650) 428-3901
   Email: jlee@gcalaw.com
16 Email: kdonovan@gcalaw.com

17 Attorneys for Plaintiff
18 STAR NAVIGATION SYSTEMS GROUP LTD.

19              UNITED STATES DISTRICT COURT
20              NORTHERN DISTRICT OF CALIFORNIA
21              SAN FRANCISCO DIVISION

22 STAR NAVIGATION SYSTEMS GROUP        Case No.  C 07-4820 (MMC)
23 LTD.,

24      Plaintiff,                       **NOTICE OF DEPOSITIONS
25                                       AND REQUESTS FOR PRODUCTION
        v.                               OF DOCUMENTS AND THINGS
26                                       BY PLAINTIFF STAR NAVIGATION
27 AEROMECHANICAL SERVICES LTD.,         SYSTEMS GROUP LTD.**

28      Defendant.                       Honorable Maxine M. Chesney

                                - 1 -
Case No. C 07-4820 (MMC)
Plaintiff's Renewed Notice of Deposition and Request
for Production of Documents and Things

|   |   |   |
|---|---|---|
| To: | Kevin C. McCann<br>Paul, Hastings, Janofsky & Walker LLP<br>55 Second Street<br>Twenty-Fourth Floor<br>San Francisco, CA 94105 | Courtroom 7, 19th Floor<br>Robert M. Masters<br>Timothy P. Cremen<br>Bhaskar Kakarla<br>Paul, Hastings, Janofsky & Walker LLP<br>875 15th Street, N.W.<br>Washington, D.C. 20005 |

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, the Plaintiff Star Navigation Services Group Ltd. ("Star"), hereby gives notice of its intent to take the deposition upon oral examination before an officer authorized by law to administer oaths of the following named persons at the place and times indicated:

| DEPONENT | DATE AND TIME | PLACE |
|---|---|---|
| Aeromechanical Services Ltd.<br>30 (b)(6) Designated Witness | TBD | Aeromechanical Services Ltd.<br>300, 2421-37 Ave NE<br>Calgary, AB Canada T2E 6Y7 |
| Carlos A. Gonzalez, Director of U.S. Sales | TBD | Aeromechanical Services Ltd.<br>USA<br>Miami Florida |
| Office Manager | TBD | Aeromechanical Services Ltd.<br>USA<br>Suite 130-310, 2951 Marina Bay Drive<br>League City Texas 77573 |

Pursuant to Rule 30(b)(6) of the Federal Rules, the corporate deponent, Aeromechanical Services Ltd. ("AMS"), is required to designate one or more of its officers, directors, managing agents, or other persons who will consent to testify on its behalf as to the subject matters set forth on the attached Exhibit "A." The person or persons designated by AMS shall testify as to matters known or reasonably available to the corporation.

Pursuant to Rules 34(a) and (b) of the Federal Rules, Plaintiff hereby requests that AMS produce the documents and things set forth and described on the attached Exhibit "B" for

- 2 -

Case No. C 07-4820 (MMC)
Plaintiff's Renewed Notice of Deposition and Request
for Production of Documents and Things

1  Plaintiff to inspect and copy, at last seven days prior to times as indicated for the depositions

2  *supra*.

3
4        The depositions shall continue as necessary from day-to-day thereafter, or at such other

5  place and time as may be agreed upon by counsel, until completed, with such adjournments as to

6  time and place as may be reasonably necessary. To the extent that the officers, directors,

7  managing agents or other persons designated by AMS are unfamiliar with any of the topics listed

8
9  in this Notice of Corporate Deposition, they should make a diligent effort to acquaint themselves

10  with such matters prior to the deposition. The deposition testimony may be recorded by

11  stenographic means, by videotape and by instant visual display of the testimony. You are invited

12  to attend and take such part as is appropriate.

13
14     Dated: January 02, 2007           Respectfully submitted,

15
16                                         Daniel P. Albers
                                       Jeffrey A. Ruppel
17                                         Christine H. McCarthy
                                       BARNES & THORNBURG LLP

18                                         *Local Counsel*:

19                                         Jeffrey K. Lee, State Bar No. 212465
20                                       Kimberly A. Donovan, State Bar No. 160729
                                     GCA LAW PARTNERS LLP
21
22                                       By: _____
                                          Attorneys for Plaintiff STAR NAVIGATION
23                                            SYSTEMS GROUP LTD.

24
25
26
27
28

                                              - 3 -

Case No. C 07-4820 (MMC)
Plaintiff's Renewed Notice of Deposition and Request
for Production of Documents and Things

**EXHIBIT A - SUBJECT MATTERS FOR CORPORATE DEPOSITIONS**

1. All facts relating to AMS's relationship with ALOHA Airlines and China Eastern Airlines as related to the use of AMS's Automated Flight Information Reporting System ("AFIRS") system, including aircraft that has been equipped, routes flown, demonstrations conducted, support services provided, repairs made, and sales made.

2. All facts relating to transportation vehicles equipped with the AFIRS system or components of the AFIRS system that pass through, are located in, or originate from the State of California.

3. All facts relating to the monitoring, use, review, comparison, storage, transmission, formulation, formatting, processing, communication, and receipt of data, information, or signals originating from, passing through, or sent to the State of California, whether during touchdown, takeoff, or in the air as related to the AFIRS system.

4. All facts relating to employees, sales representatives, vendors, contractors, partners, service providers, associates, services, repairs, support provided, business conducted, communications made into or out of, business trips into and out of, assets owned, and research conducted in the State of California related to the AFIRS system.

5. All facts relating to services and support provided to customers in the State of California related to the AFIRS system.

6. All facts relating to the solicitation of business and customers, including advertising, presentations, and sales pitches, conducted in the State of California or to customers located in the State of California related to the AFIRS system.

7. All facts relating to testing and development conducted in the State of California related to the AFIRS system.

8. All facts relating to equipment, monitors, transmitters, receivers, computers, base-stations, facilities, distribution centers, or offices located in the State of California for analyzing or compiling data to or from associated with AMS.

- 4 -

Case No. C 07-4820 (MMC)
Plaintiff's Renewed Notice of Deposition and Request
for Production of Documents and Things

9. All facts relating to the United States Federal Aviation Administration ("FAA") Certification and Supplemental Type Certificate for the AFIRS System, including testing locations.

10. All facts relating to the AMS's communications with and services provided to Raytheon of Long Beach, California.

11. All facts relating to the AMS's connections with Meggitt PLC, having headquarters in Simi Valley California, including the installation, support, and selling of the AFIRS system by Meggitt.

12. All facts relating to AMS's communications with entities located in the State of California via the internet and its website.

13. All facts relating to the AMS's sales and other activities conducted from its offices based in Miami Florida, League City Texas, and elsewhere in the United States.

14. All facts relating to the AMS's sales, marketing, and other activities conducted through its wholly-owned subsidiary Flyht Corp, or any other AMS subsidiary, directed towards the State of California.

- 5 -
Case No. C 07-4820 (MMC)
Plaintiff's Renewed Notice of Deposition and Request
for Production of Documents and Things

**EXHIBIT B - ITEMS TO BE INSPECTED AND COPIED**

1. All documents or things concerning AMS's relationship with ALOHA Airlines and China Eastern Airlines as related to the use of AMS's Automated Flight Information Reporting System ("AFIRS") system, including aircraft that has been equipped, routes flown, demonstrations conducted, support services provided, repairs made, and sales made.

2. All documents or things concerning transportation vehicles equipped with the AFIRS system or components of the AFIRS system that pass through, are located in, or originate from the State of California.

3. All documents or things concerning the monitoring, use, review, comparison, storage, transmission, formulation, formatting, processing, communication, and receipt of data, information, or signals originating from, passing through, or sent to the State of California, whether during touchdown, takeoff, or in the air as related to the AFIRS system.

4. All documents or things concerning employees, sales representatives, vendors, contractors, partners, service providers, associates, services, repairs, support provided, business conducted, communications made into or out of, business trips into and out of, assets owned, and research conducted in the State of California related to the AFIRS system.

5. All documents or things concerning services and support provided to customers in the State of California related to the AFIRS system.

6. All documents or things concerning the solicitation of business and customers, including advertising, presentations, and sales pitches, conducted in the State of California or to customers located in the State of California related to the AFIRS system.

7. All documents or things concerning testing and development conducted in the State of California related to the AFIRS system.

8. All documents or things concerning equipment, monitors, transmitters, receivers, computers, base-stations, facilities, distribution centers, or offices located in the State of California for analyzing or compiling data to or from associated with AMS.

- 6 -
Case No. C 07-4820 (MMC)
Plaintiff's Renewed Notice of Deposition and Request
for Production of Documents and Things

9. All documents or things concerning the United States Federal Aviation Administration ("FAA") Certification and Supplemental Type Certificate for the AFIRS System, including testing locations.

10. All documents or things concerning AMS's communications with and services provided to Raytheon of Long Beach, California.

11. All documents or things concerning AMS's connections with Meggitt PLC, having headquarters in Simi Valley California, including the installation, support, and selling of the AFIRS system by Meggitt.

12. All documents or things concerning AMS's communications with entities located in the State of California via the internet and its website.

13. All documents or things concerning AMS's sales and other activities conducted from its offices based in Miami Florida, League City Texas, and elsewhere in the United States.

14. All documents or things concerning AMS's sales, marketing, and other activities conducted through its wholly-owned subsidiary Flyht Corp, or any other AMS subsidiary, directed towards the State of California.

- 7 -

Case No. C 07-4820 (MMC)
Plaintiff's Renewed Notice of Deposition and Request
for Production of Documents and Things

## CERTIFICATE OF SERVICE

The foregoing document has been filed with the Clerk of the Court this day, and has been emailed to the parties listed below:

Kevin C. McCann
Paul, Hastings, Janofsky & Walker LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
E-mail: kevinmccann@paulhastings.com

Robert M. Masters
Timothy P. Cremen
Bhaskar Kakarla
Paul Hastings
875 15th Street, N.W.
Washington, DC 20005
Tel: (202) 551-1700
Fax: (202) 551-1705
E-mail: robertmasters@paulhastings.com, timothycremen@paulhastings.com, bhaskarkakarla@paulhastings.com

Dated: January 2, 2008                     BARNES & THORNBURG LLP

                                           By: _____

441231

- 8 -

Case No. C 07-4820 (MMC)
Plaintiff's Renewed Notice of Deposition and Request
for Production of Documents and Things