IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR NAVIGATION SYSTEMS GROUP LTD., <br><br>   Plaintiff, <br><br>   v. <br><br> AEROMECHANICAL SERVICES LTD., <br><br>   Defendant | No. C-07-4820 MMC <br><br> **ORDER WITHDRAWING REFERENCE; SETTING HEARING** |

   By order filed January 15, 2008, defendant's Motion to Dismiss was referred to the Honorable Wm. Fremming Nielsen, Senior Judge, United States District Court for the Eastern District of Washington, sitting by designation in the Northern District of California. In light of a recent change in the Court's trial schedule, the reference is hereby WITHDRAWN.

   The motion is hereby set for hearing before the undersigned on March 21, 2008, at 9:00 a.m.

   **IT IS SO ORDERED.**

Dated: February 7, 2008

_____
MAXINE M. CHESNEY
United States District Judge