Kevin C. McCann (SB# 120874)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
Email: kevinmccann@paulhastings.com

[Additional Defendant's counsel identified below]

Attorneys for Defendant
AEROMECHANICAL SERVICES LTD.

JEFFREY K. LEE, CA Bar No. 212465
KIMBERLY A. DONOVAN, CA Bar No. 160729
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA 94043
Phone No.: (650) 428-3900
Fax No.: (650) 428-3901
Email: jlee@gcalaw.com
Email: kdonovan@gcalaw.com

[Additional Plaintiff's counsel identified below]

Attorneys for Plaintiff
STAR NAVIGATION SYSTEMS GROUP LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STAR NAVIGATION SYSTEMS GROUP LTD., <br><br> Plaintiff, <br><br> v. <br><br> AEROMECHANICAL SERVICES LTD., <br><br> Defendant. | CASE NO. C 07-4820 (MMC) <br><br> **STIPULATED REQUEST TO CONTINUE: (1) HEARING ON AMS'S MOTION TO DISMISS; AND (2) INITIAL CASE MANAGEMENT CONFERENCE, AND [PROPOSED] ORDER** <br><br> Date: March 21, 2008 <br> Time: 9:00 a.m. <br> Place: Courtroom 7, 19th Floor <br> Honorable: Maxine M. Chesney |

1    Pursuant to Civil Local Rules 16-2(d), 6-2 and 7-12, Defendant Aeromechanical Services
2    Ltd. ("AMS") and Plaintiff Star Navigation Systems Group Ltd. ("Star") hereby stipulate and
3    jointly request that this Court continue the: (1) hearing on AMS's *Motion to Dismiss* to April 11,
4    2008; and (2) the Initial Case Management Conference to Friday, May 23, 2008.
5        The parties jointly declare the following in support of this request:
6        WHEREAS, the Court's October 24, 2007 *Case Management Conference Order* (D.I. 12)
7    set the Initial Case Management Conference for February 22, 2008;
8        WHEREAS, this Court referred AMS's *Motion to Dismiss* (D.I. 29) to Judge William F.
9    Nielsen of the United States District Court for the Eastern District of Washington (D.I. 50) on
10   January 15, 2008;
11       WHEREAS, Judge Nielsen was scheduled to hear argument on February 27, 2008;
12       WHEREAS, this Court continued (by the parties' request) the Initial Case Management
13   Conference to April 25, 2008 because of the referral to Judge Nielsen (D.I. 54);
14       WHEREAS, this Court withdrew the referral to Judge Nielsen on February 7, 2008, and
15   set a hearing on AMS's *Motion to Dismiss* for March 21, 2008 (D.I. 57);
16       WHEREAS, counsel for AMS have a conflicting trial date in Ohio on March 21, 2008;
17       WHEREAS, the parties have conferred and determined that a hearing date of April 11,
18   2008 for AMS's *Motion to Dismiss* is open for both parties, and that movement of the hearing to
19   this date would have no effect on the schedule for this case;
20       WHEREAS, the parties have conferred and determined that moving the Initial Case
21   Management Conference (and associated deadlines) to May 23, 2008 would be appropriate to
22   allow the Court time to decide AMS's *Motion to Dismiss*, and that this change is in the agreed
23   best interests of the parties and would have no effect on the schedule for this case;
24       WHEREAS, it would best serve judicial economy for this Court to have a reasonable time
25   to decide AMS's *Motion to Dismiss* before conducting the Initial Case Management Conference;
26       WHEREAS, the parties have sought a previous modification to the Case Management
27   Conference Order only once - in view of the referral of to Judge Nielsen (D.I. 53);
28

STIPULATED REQUEST TO CONTINUE: (1)
HEARING ON AMS'S MOTION TO DISMISS;
& (2) INITIAL CMC

1    WHEREFORE Plaintiff Star and Defendant AMS hereby jointly request that the Court

2    continue the:  (1) hearing on AMS's *Motion to Dismiss* to April 11, 2008; and (2) the Initial Case

3    Management Conference to Friday, May 23, 2008 (with all associated deadlines continued

4    accordingly).

5    Dated:  March __, 2007                Kevin C. McCann (SB# 120874)
                                            PAUL, HASTINGS, JANOFSKY & WALKER LLP
6                                           55 Second Street
                                            Twenty-Fourth Floor
7                                           San Francisco, CA 94105
                                            Telephone: (415) 856-7000
8                                           Facsimile: (415) 856-7100
                                            Email: kevinmccann@paulhastings.com
9
                                            Robert M. Masters (admitted *pro hac vice*)
10                                          Timothy P. Cremen (admitted *pro hac vice*)
                                            Bhaskar Kakarla (admitted *pro hac vice*)
11                                          PAUL, HASTINGS, JANOFSKY & WALKER LLP
                                            875 15th St., N.W.
12                                          Washington, DC 20005
                                            Telephone:  (202) 551-1700
13                                          Facsimile:  (202) 551-1705
                                            Email: robertmasters@paulhastings.com
14                                          Email: timothycremen@paulhastings.com
                                            Email: bhaskarkakarla@paulhastings.com
15
                                            Attorneys for Defendant
16                                          AEROMECHANICAL SERVICES LTD.

17                                          By:_____/s/ Kevin C. McCann_____
                                                            Kevin C. McCann
18
                                            Attorneys for Defendant AEROMECHANICAL
19                                          SERVICES LTD.

20   Dated:  March __, 2007                DANIEL P. ALBERS (admitted pro hac vice)
                                            JEFFREY A. RUPPEL (admitted pro hac vice)
21                                          BARNES & THORNBURG LLP
                                            One N. Wacker Drive, Suite 4400
22                                          Chicago, IL  60606
                                            Phone No.: (312) 357-1313
23                                          Fax No.:  (312) 759-5646
                                            Email:  dalbers@btlaw.com
24                                          Email: jruppel@btlaw.com

25                                          CHRISTINE H. MCCARTHY (admitted pro hac vice)
                                            BARNES & THORNBURG LLP
26                                          750 17th Street N.W., Suite 900
                                            Washington, D.C. 20006-4675
27                                          Phone No.: (202) 289-1313
                                            Fax No.:  (202) 289-1330
28                                          Email:  cmccarthy@btlaw.com

1    JEFFREY K. LEE, CA Bar No. 212465
     KIMBERLY A. DONOVAN, CA Bar No. 160729
2    GCA LAW PARTNERS LLP
     1891 Landings Drive
3    Mountain View, CA 94043
     Phone No.: (650) 428-3900
4    Fax No.: (650) 428-3901
     Email: jlee@gcalaw.com
5    Email: kdonovan@gcalaw.com

6    Attorneys for Plaintiff STAR NAVIGATION
     SYSTEMS GROUP LTD.
7
     By:_____
8              Jeffrey A. Ruppel

9    Attorneys for Plaintiff STAR NAVIGATION
     SYSTEMS GROUP LTD.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-                    STIPULATED REQUEST TO CONTINUE: (1)
                                                                                       HEARING ON AMS'S MOTION TO DISMISS;
                                                                                       & (2) INITIAL CMC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

After consideration of the parties' *Stipulated Request To Continue: (1) Hearing On AMS's Motion To Dismiss; and (2) Initial Case Management Conference*, and for good cause appearing:

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

(1) the hearing on Defendant Aeromechanical Services, Ltd.'s *Motion to Dismiss* is continued to April 11, 2008 at _____ in Courtroom No. 7, 19th Floor, Federal Building;

(2) the Initial Case Management Conference is hereby continued to Friday, May 23, 2008 at _____ in Courtroom No. 7, 19th Floor, Federal Building.

All deadlines associated with the Initial Case Management Conference shall be continued accordingly.

Dated: _____, 2008

_____
MAXINE M. CHESNEY
United States District Judge

STIPULATED REQUEST TO CONTINUE: (1) HEARING ON AMS'S MOTION TO DISMISS; & (2) INITIAL CMC