1  Kevin C. McCann (SB# 120874)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
2  55 Second Street
   Twenty-Fourth Floor
3  San Francisco, CA 94105
   Telephone: (415) 856-7000
4  Facsimile: (415) 856-7100
   Email: kevinmccann@paulhastings.com
5
   [Additional Defendant's counsel identified below]
6
   Attorneys for Defendant
7  AEROMECHANICAL SERVICES LTD.

8  JEFFREY K. LEE, CA Bar No. 212465
   KIMBERLY A. DONOVAN, CA Bar No. 160729
9  GCA LAW PARTNERS LLP
   1891 Landings Drive
10 Mountain View, CA 94043
   Phone No.: (650) 428-3900
11 Fax No.: (650) 428-3901
   Email: jlee@gcalaw.com
12 Email: kdonovan@gcalaw.com

13 [Additional Plaintiff's counsel identified below]

14 Attorneys for Plaintiff
   STAR NAVIGATION SYSTEMS GROUP LTD.
15

16                 UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18                    SAN FRANCISCO DIVISION

19

20 | STAR NAVIGATION SYSTEMS GROUP LTD., | CASE NO. C 07-4820 (MMC) |
21 | | **STIPULATED REQUEST TO CONTINUE: (1) HEARING ON AMS'S MOTION TO DISMISS; AND (2) INITIAL CASE MANAGEMENT CONFERENCE, AND [PROPOSED] ORDER** |
   Plaintiff,
22
   v.
23
24 AEROMECHANICAL SERVICES LTD.,

25         Defendant.                    Date: March 21, 2008
                                         Time: 9:00 a.m.
26                                       Place: Courtroom 7, 19th Floor
                                         Honorable: Maxine M. Chesney
27
28

Case No. C 07-4820 (MMC)            STIPULATED REQUEST TO CONTINUE: (1)
                                    HEARING ON AMS'S MOTION TO DISMISS;
                                    & (2) INITIAL CMC

1  Pursuant to Civil Local Rules 16-2(d), 6-2 and 7-12, Defendant Aeromechanical Services Ltd. ("AMS") and Plaintiff Star Navigation Systems Group Ltd. ("Star") hereby stipulate and jointly request that this Court continue the: (1) hearing on AMS's *Motion to Dismiss* to April 11, 2008; and (2) the Initial Case Management Conference to Friday, May 23, 2008.

The parties jointly declare the following in support of this request:

WHEREAS, the Court's October 24, 2007 *Case Management Conference Order* (D.I. 12) set the Initial Case Management Conference for February 22, 2008;

WHEREAS, this Court referred AMS's *Motion to Dismiss* (D.I. 29) to Judge William F. Nielsen of the United States District Court for the Eastern District of Washington (D.I. 50) on January 15, 2008;

WHEREAS, Judge Nielsen was scheduled to hear argument on February 27, 2008;

WHEREAS, this Court continued (by the parties' request) the Initial Case Management Conference to April 25, 2008 because of the referral to Judge Nielsen (D.I. 54);

WHEREAS, this Court withdrew the referral to Judge Nielsen on February 7, 2008, and set a hearing on AMS's *Motion to Dismiss* for March 21, 2008 (D.I. 57);

WHEREAS, counsel for AMS have a conflicting trial date in Ohio on March 21, 2008;

WHEREAS, the parties have conferred and determined that a hearing date of April 11, 2008 for AMS's *Motion to Dismiss* is open for both parties, and that movement of the hearing to this date would have no effect on the schedule for this case;

WHEREAS, the parties have conferred and determined that moving the Initial Case Management Conference (and associated deadlines) to May 23, 2008 would be appropriate to allow the Court time to decide AMS's *Motion to Dismiss*, and that this change is in the agreed best interests of the parties and would have no effect on the schedule for this case;

WHEREAS, it would best serve judicial economy for this Court to have a reasonable time to decide AMS's *Motion to Dismiss* before conducting the Initial Case Management Conference;

WHEREAS, the parties have sought a previous modification to the Case Management Conference Order only once - in view of the referral of to Judge Nielsen (D.I. 53);

Case No. C 07-4820 (MMC)    -1-    STIPULATED REQUEST TO CONTINUE: (1) HEARING ON AMS'S MOTION TO DISMISS; & (2) INITIAL CMC

| | |
|---|---|
| 1 | WHEREFORE Plaintiff Star and Defendant AMS hereby jointly request that the Court continue the: (1) hearing on AMS's *Motion to Dismiss* to April 11, 2008; and (2) the Initial Case Management Conference to Friday, May 23, 2008 (with all associated deadlines continued accordingly). |

Dated: March __, 2007

Kevin C. McCann (SB# 120874)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
Email: kevinmccann@paulhastings.com

Robert M. Masters (admitted *pro hac vice*)
Timothy P. Cremen (admitted *pro hac vice*)
Bhaskar Kakarla (admitted *pro hac vice*)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th St., N.W.
Washington, DC 20005
Telephone: (202) 551-1700
Facsimile: (202) 551-1705
Email: robertmasters@paulhastings.com
Email: timothycremen@paulhastings.com
Email: bhaskarkakarla@paulhastings.com

Attorneys for Defendant
AEROMECHANICAL SERVICES LTD.

By:_____ /s/ Kevin C. McCann_____
                Kevin C. McCann

Attorneys for Defendant AEROMECHANICAL SERVICES LTD.

Dated: March __, 2007

DANIEL P. ALBERS (admitted pro hac vice)
JEFFREY A. RUPPEL (admitted pro hac vice)
BARNES & THORNBURG LLP
One N. Wacker Drive, Suite 4400
Chicago, IL 60606
Phone No.: (312) 357-1313
Fax No.: (312) 759-5646
Email: dalbers@btlaw.com
Email: jruppel@btlaw.com

CHRISTINE H. MCCARTHY (admitted pro hac vice)
BARNES & THORNBURG LLP
750 17th Street N.W., Suite 900
Washington, D.C. 20006-4675
Phone No.: (202) 289-1313
Fax No.: (202) 289-1330
Email: cmccarthy@btlaw.com

JEFFREY K. LEE, CA Bar No. 212465
KIMBERLY A. DONOVAN, CA Bar No. 160729
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA 94043
Phone No.: (650) 428-3900
Fax No.: (650) 428-3901
Email: jlee@gcalaw.com
Email: kdonovan@gcalaw.com

Attorneys for Plaintiff STAR NAVIGATION SYSTEMS GROUP LTD.

By: _____/s/_____
        Jeffrey A. Ruppel

Attorneys for Plaintiff STAR NAVIGATION SYSTEMS GROUP LTD.

Case No. C 07-4820 (MMC)                -3-                STIPULATED REQUEST TO CONTINUE: (1) HEARING ON AMS'S MOTION TO DISMISS; & (2) INITIAL CMC

**ORDER**

After consideration of the parties' *Stipulated Request To Continue: (1) Hearing On AMS's Motion To Dismiss; and (2) Initial Case Management Conference*, and for good cause appearing:

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

(1) the hearing on Defendant Aeromechanical Services, Ltd.'s *Motion to Dismiss* is continued to April 11, 2008 at  9:00 a.m.  in Courtroom No. 7, 19th Floor, Federal Building;

(2) the Initial Case Management Conference is hereby continued to Friday, May 23, 2008 at  10:30 a.m.  in Courtroom No. 7, 19th Floor, Federal Building.

All deadlines associated with the Initial Case Management Conference shall be continued accordingly.

Dated:  March 14 , 2008

_____
MAXINE M. CHESNEY
United States District Judge

|  |  |
|---|---|
| 1 | JEFFREY K. LEE, CA Bar No. 212465 |
| 2 | KIMBERLY A. DONOVAN, CA Bar No. 160729 |
|  | GCA LAW PARTNERS LLP |
| 3 | 1891 Landings Drive |
|  | Mountain View, CA 94043 |
| 4 | Phone No.: (650) 428-3900 |
|  | Fax No.: (650) 428-3901 |
| 5 | Email: jlee@gcalaw.com |
|  | Email: kdonovan@gcalaw.com |

Attorneys for Plaintiff STAR NAVIGATION SYSTEMS GROUP LTD.

By: _/s/_____

Attorneys for Plaintiff STAR NAVIGATION SYSTEMS GROUP LTD.

Case No. C 07-4820 (MMC)        -3-        STIPULATED REQUEST TO CONTINUE: (1) HEARING ON AMS'S MOTION TO DISMISS; & (2) INITIAL CMC