DANIEL P. ALBERS (admitted *pro hac vice*)
JOHN P. WAPPEL (admission *pro hac vice* pending)
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, IL  60606
Phone No.: (312) 357-1313
Fax No.:  (312) 357-1313
Email:  dalbers@btlaw.com
Email: jwappel@btlaw.com

CHRISTINE H. MCCARTHY (admitted *pro hac vice*)
BARNES & THORNBURG LLP
750 17th Street N.W., Suite 900
Washington, D.C. 20006-4675
Phone No.: (202) 289-1313
Fax No.:  (202) 289-1330
Email:  cmccarthy@btlaw.com

JEFFREY K. LEE, CA Bar No. 212465
KIMBERLY A. DONOVAN, CA Bar No. 160729
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA  94043
Phone No.: (650) 428-3900
Fax No.: (650) 428-3901
Email:  jlee@gcalaw.com
Email: kdonovan@gcalaw.com

Attorneys for Plaintiff  STAR NAVIGATION SYSTEMS GROUP LTD. and VIRAF KAPADIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STAR NAVIGATION SYSTEMS GROUP LTD., and VIRAF S. KAPADIA, <br><br>Plaintiffs, and<br><br>HILARY VIEIRA,<br><br>Involuntary Plaintiff,<br><br>v.<br><br>AEROMECHANICAL SERVICES LTD.,<br><br>Defendant. | Case No.  C 07-4820 (MMC)<br><br>**SECOND AMENDED COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Honorable Maxine M. Chesney<br><br>Courtroom 7, 19th Floor |

Plaintiffs, STAR NAVIGATION SYSTEMS GROUP LTD., ("Star Navigation") and VIRAF S. KAPADIA, and Involuntary Plaintiff, HILARY VIEIRA, for their Second Amended Complaint against Defendant, AEROMECHANICAL SERVICES LTD., ("AMS") allege and state:

## PARTIES

1. Plaintiff, Star Navigation is a Canadian corporation, with its principal place of business in Toronto, Ontario Canada.

2. Plaintiff, Viraf S. Kapadia, is an individual residing in the City of Mississauga, Ontario Canada. He is the co-inventor, co-owner and co-exclusive licensor, jointly with Hilary Vieira, of United States Patent No. 7,113,852 ("the '852 patent") entitled "System and Method for Transportation Vehicle Monitoring, Feedback and Control."

3. Involuntary Plaintiff, Hilary Vieira, is an individual residing in the City of Mississauga, Ontario Canada. He is the co-inventor, co-owner and co-exclusive licensor, jointly with Viraf S. Kapadia, of the '852 patent.

4. Hilary Vieira has been joined as an involuntary plaintiff in this action, pursuant to Rule 19(a) of the Federal Rules of Civil Procedure and the Court's Order of April 8, 2008 (CM/ECF Doc. No. 60) because after being invited to join voluntarily as a co-plaintiff in prosecuting this action, he has refused to do so. Vieira is jointly interested with Star Navigation and Mr. Kapadia in the relief sought herein, and as one of Star Navigation's exclusive licensors of the '852 patent, he is a real party-in-interest. Without joinder of Mr. Vieira, there is no other way of securing justice for Star Navigation. Joinder will not divest the court of subject matter jurisdiction.

5. Defendant, AMS, is a Canadian corporation with a principal place of business in Calgary, Alberta Canada.

## JURISDICTION AND VENUE

6. This is a complaint for patent infringement pursuant to 35 U.S.C. § 271 *et seq*. This court has subject matter jurisdiction over Star Navigation's claims pursuant to 28 U.S.C. §§ 1331 and 1338.

7. AMS is doing business and/or has committed acts of infringement, including those alleged herein, within the State of California and/or this judicial district, subjecting it to jurisdiction within this judicial district and making venue proper in this district pursuant to 28 U.S.C. §§ 1391 and 1400.

## INTRADISTRICT ASSIGNMENT

8. This is an Intellectual Property Action within the meaning of Civil Local Rule 3-2(c), and is to be assigned on a district-wide basis.

## U.S. PATENT 7,113,852

9. On September 26, 2006 United States Patent No. 7,113,852 ("the '852 patent") entitled "System and Method for Transportation Vehicle Monitoring, Feedback and Control" was duly and legally issued to inventors Viraf S. Kapadia and Hilary Vieira. A true and correct copy of the '852 patent is attached as *Exhibit 1*.

10. The '852 patent resulted from a national phase filing pursuant to 35 U.S.C. § 371 based on international patent application number PCT/IB01/01576, claiming priority to U.S. Patent Applications Ser. No. 60/219,736 and Ser. No. 60/275,520.

11. Inventors Viraf S. Kapadia and Hilary Vieira have entered into an agreement providing Star Navigation an exclusive license under the '852 patent. A true and correct copy of the exclusive license agreement is attached as *Exhibit 2*.

## DEFENDANT'S INFRINGEMENT

12. AMS has been and still is infringing the '852 patent by importing, making, selling, using, operating, supporting, and/or offering to sell devices and/or systems embodying one or more claims of the '852 patent, or inducing or contributing to the infringement by others of the '852 patent, and will continue to do so unless enjoined by this Court.

13. AMS has been, and still is infringing, at least claim 23 of the '852 patent by importing, making, selling, using, operating, supporting, and/or offering to sell devices and/or systems including at least AMS's Automated Flight Information Reporting System model 200, (hereinafter referred to as the "Infringing System").

14. AMS is also inducing or contributing to the infringement by others of the '852

patent, including at least claim 23, by importing, making, selling, using, operating, and/or supporting devices and/or systems including at least the Infringing System in concert with third parties, and/or selling or offering to sell to devices and/or systems including at least the Infringing System to third parties, with the intent to induce infringement.

### THE HARM TO STAR NAVIGATION

15. AMS, by its infringing conduct and/or its inducement of and/or contribution to infringement by others, has caused Star Navigation irreparable harm for which there is no adequate remedy at law.

16. AMS has engaged in its conduct willfully and in complete disregard of, and/or with indifference to, Star Navigation's rights and interests in the '852 patent.

17. Star Navigation has suffered and will suffer damage as a result of AMS' infringement.

18. This is an exceptional case as that term is defined in 35 U.S.C. § 285.

### PRAYER FOR RELIEF

WHEREFORE, Star Navigation prays that this Court:

1. Enjoin AMS and its officers, agents, servants, employees and attorneys, and those in active concert or participation with them, who receive actual notice of the Order, from importing, manufacturing, using, selling, operating, supporting, and/or offering for sale, devices and/or systems which infringe the '852 patent.

2. Issue an order directing AMS and its officers, agents, servants, employees and attorneys and those in active concert or participation with them who receive actual notice of the Order, to destroy all molds, machines, tooling, or other equipment used in the manufacture, operation, and support of devices and/or systems infringing the '852 patent.

3. Award Star Navigation monetary damages adequate to compensate Star Navigation for past infringement consistent with 35 U.S.C. § 284, up to and including treble the amount of actual damages assessed, together with costs and prejudgment interest.

4. Award Star Navigation its reasonable attorneys' fees pursuant to 35 U.S.C. § 285.

5. Grant and award any and all relief found necessary and proper under these

1 | circumstances.

## JURY DEMAND

Star Navigation requests a trial by jury on all its claims.

Dated: April 25, 2008

Respectfully submitted,

By: __/s/ Jeffrey K. Lee_____

Daniel P. Albers (admitted *pro hac vice*)
John P. Wappel (admission *pro hac vice* pending)
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, IL 60606

Christine H. McCarthy (admitted *pro hac vice*)
BARNES & THORNBURG LLP
750 17th Street N.W., Suite 900
Washington, D.C. 20006-4675

Jeffrey K. Lee, State Bar No. 212465
Kimberly A. Donovan, State Bar No. 160729
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA 94043

Attorneys for Plaintiffs
STAR NAVIGATION SYSTEMS GROUP LTD.
and VIRAF S. KAPADIA

# CERTIFICATE OF SERVICE

The foregoing document has been electronically filed with the Clerk of the Court this day through the Court's ECF system, which will provide electronic mail notice and service to counsel of record, as listed below:

> Kevin C. McCann
> Paul, Hastings, Janofsky & Walker LLP
> 55 Second Street
> Twenty-Fourth Floor
> San Francisco, CA 94105
> Telephone: (415) 856-7000
> Facsimile: (415) 856-7100
> E-mail: kevinmccann@paulhastings.com
>
> Robert M. Masters
> Timothy P. Cremen
> Bhaskar Kakarla
> Paul Hastings
> 875 15th Street, N.W.
> Washington, DC 20005
>  Tel: (202) 551-1700
> Fax: (202) 551-1705
> E-mail: robertmasters@paulhastings.com, timothycremen@paulhastings.com, bhaskarkakarla@paulhastings.com

Dated: April 25, 2008

By:   /s/ Karen Lee

CHDS01 460899

Case No. C 07-4820 (MMC)
SECOND AMENDED COMPLAINT                    -6-