1  DANIEL P. ALBERS (admitted *pro hac vice*)
2  JOHN P. WAPPEL (admission *pro hac vice* pending)
   BARNES & THORNBURG LLP
3  One N. Wacker Drive, Suite 4400
   Chicago, IL 60606
4  Phone No.: (312) 357-1313
5  Fax No.:  (312) 759-5646
   Email: dalbers@btlaw.com
6  Email: jwappel@btlaw.com

7  CHRISTINE H. MCCARTHY (admitted *pro hac vice*)
   BARNES & THORNBURG LLP
8  750 17th Street N.W., Suite 900
9  Washington, D.C. 20006-4675
   Phone No.: (202) 289-1313
10 Fax No.:  (202) 289-1330
11 Email: cmccarthy@btlaw.com

12 JEFFREY K. LEE, CA Bar No. 212465
   KIMBERLY A. DONOVAN, CA Bar No. 160729
13 GCA LAW PARTNERS LLP
   1891 Landings Drive
14 Mountain View, CA 94043
   Phone No.: (650) 428-3900
15 Fax No.: (650) 428-3901
   Email: jlee@gcalaw.com
16 Email: kdonovan@gcalaw.com

17 Attorneys for Plaintiff STAR NAVIGATION SYSTEMS GROUP LTD.

18                UNITED STATES DISTRICT COURT
19                NORTHERN DISTRICT OF CALIFORNIA
20                   SAN FRANCISCO DIVISION

21
22 STAR NAVIGATION SYSTEMS GROUP LTD.,
23                                              Case No. 07-cv-04820-MMC
              Plaintiff,
24                                              **APPLICATION FOR**
                                                **ADMISSION OF ATTORNEY**
25                                              ***PRO HAC VICE***
26       v.
27 AEROMECHANICAL SERVICES LTD.,
28            Defendant.

FILED
08 APR 24 PM 3:22
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No.: 07-cv-04820-MMC
John P. Wappel - Pro Hac Vice

Pursuant to Civil L.R. 11-3, John P. Wappel, an active member in good standing of the bars of the State of Illinois, the United States District Court for the Northern District of Illinois, and United States Patent and Trademark Office, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing plaintiff Star Navigation System Group Ltd. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the State of Illinois, as indicated above;.

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Jeffrey K. Lee and Kimberly A. Donovan, GCA Law Partners LLP, 1891 Landings Drive, Mountain View, CA 94043, Phone No.: (650) 428-3900.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/23/2008

*John P. Wappel* (signature)
John P. Wappel