UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

STAR NAVIGATION SYSTEMS GROUP LTD.,

    Plaintiff,

v.

AEROMECHANICAL SERVICES LTD.,

    Defendant.

Case No. 07-cv-04820-MMC

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

John P. Wappel, an active member in good standing of the bars of the State of Illinois, the United States District Court for the Northern District of Illinois, and United States Patent and Trademark Office, whose business address and telephone number is Barnes & Thornburg LLP, One North Wacker Drive, Suite 4400, Chicago, IL 60606, Phone No.: (312) 357-1313, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiff, Star Navigation System Group Ltd.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Case No.: 07-cv-04820-MMC
John P. Wappel - Pro Hac Vice

1    IT IS SO ORDERED.

Dated:_____

_____
MAXINE M. CHESNEY
United States District Judge