# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Star Navigation Systems Group Ltd.,<br><br>        Plaintiff(s),<br><br>  v.<br><br>Aeromechanical Services Ltd.,<br><br>        Defendant(s). | 07-04820 MMC<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
07-04820 MMC                                                -1-

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: May 7, 2008

RICHARD W. WIEKING
Clerk
by:     Timothy J. Smagacz

*Timothy Smagacz*
_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
07-04820 MMC                                                -2-

PROOF OF SERVICE

Case Name:      Star Navigation Systems Group Ltd. v. Aeromechanical Services Ltd.

Case Number:    07-04820 MMC

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On May 7, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Jeffrey Andrew Ruppel
> Barnes & Thornburg LLP
> One North Wacker Drive
> Suite 4400
> Chicago, IL 60606-2833
> jruppel@btlaw.com
>
> Kimberly Ann Donovan
> GCA Law Partners, LLP
> 1891 Landings Drive
> Mountain View, CA 94043
> kdonovan@gcalaw.com
>
> Jeffrey Kenton Lee
> GCA Law Partners LLP
> 1893 Landings Drive
> Mountain View, CA 94043
> JLee@gcalaw.com
>
> Daniel P Albers

Barnes & Thornburg LLP
One North Wacker Drive, Suite 4400
Chicago, IL 60606
dalbers@btlaw.com

Christine Hoeft McCarthy
Barnes & Thornburg LLP
750 17th Street N.W.
Suite 900
Washington, DC 20006-4675
christine.mccarthy@BTLaw.com

John P. Wappel
Barnes & Thornburg LLP
One N. Wacker Drive, Suite 4400
Chicago, IL 60606
jwappel@btlaw.com

Kevin C. McCann
Paul Hastings Janofsky & Walker LLP
55 Second Street, Twenty-Fourth Floor
San Francisco, CA 94105-3441
kevinmccann@paulhastings.com

Timothy P. Cremen
Paul Hastings Janofsky & Walker LLP
875 - 15th Street, NW
Washington, DC 20005

Bhaskar Kakarla
Paul Hastings Janofsky & Walker LLP
875 - 15th Street, NW
Washington, DC 20005

Robert M Masters
Paul Hastings Janofsky & Walker LLP
875 - 15th Street, NW
Washington, DC 20005

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 7, 2008 in San Francisco, California.

                RICHARD W. WIEKING
                Clerk
                by:    Timothy J. Smagacz

*/s/ Timothy Smagacz*
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov