## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

STAR NAVIGATION SYSTEMS
GROUP LTD., et at.                              Case No.  C 07-4820 (MMC)
        Plaintiff(s),
                           ADR CERTIFICATION BY PARTIES
                           AND COUNSEL

     v.

AEROMECHANICAL SERVICES
LTD.,
        Defendant(s).

                    /

Pursuant to Civil  L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: May 9, 2008                              /s/ Viraf Kapadia
                                        [Party]

Dated: May 9, 2008                              /s/ Christine McCarthy
                                        [Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05