Kevin C. McCann (SB# 120874)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA  94105
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100
Email:  kevinmccann@paulhastings.com

Robert M. Masters (DC Bar No. 435623)
(*pro hac vice*)
Timothy P. Cremen (DC Bar No. 478705)
(*pro hac vice*)
Bhaskar Kakarla (DC Bar No. 488976)
(*pro hac vice*)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th St., N.W.
Washington, DC  20005
Telephone:  (202) 551-1700
Facsimile:  (202) 551-1705
Email:  robertmasters@paulhastings.com
Email:  timothycremen@paulhastings.com
Email:  bhaskarkakarla@paulhastings.com

Attorneys for Defendant
AEROMECHANICAL SERVICES LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STAR NAVIGATION SYSTEMS GROUP LTD., <br><br> Plaintiff, <br><br> v. <br><br> AEROMECHANICAL SERVICES LTD., <br><br> Defendant. | CASE NO. C 07-4820 (MMC) <br><br> **DECLARATION OF DARRYL JACOBS IN SUPPORT OF AEROMECHANICAL SERVICES, LTD.'S MOTION TO DISMISS** <br><br> Date:  June 20, 2008 <br> Time:  9:00 a.m. <br> Place:  Courtroom 7, 19th Floor <br> Honorable Maxine M. Chesney |

**DECLARATION OF DARRYL JACOBS IN SUPPORT OF AEROMECHANICAL
SERVICES, LTD.'S MOTION TO DISMISS**

I, Darryl Jacobs, hereby declare:

**A.    <u>Background</u>**

1.    I have been the President of Aeromechanical Services, Ltd. ("AMS") since September 1998.

2.    I make this declaration in support of AMS's Motion to Dismiss.

3.    I use "AMS" below as inclusive of Aeromechanical Services, Ltd. and all subsidiaries.

**B.    <u>AMS</u>**

4.    AMS is a Canadian corporation, with its principal place of business (and only offices) in Calgary, Alberta, Canada.

5.    AMS has U.S. mailing addresses for FAA papers and sales documents in states other than California.

6.    AMS has never had an office in California.

7.    AMS has never been licensed or registered to do business in California.

8.    AMS has never paid any tax to California.

9.    AMS has never had employees, sales representatives, vendors, contractors, partners, service providers or associates in California.

10.    AMS has never owned property or other assets in California.

11.    AMS has never maintained any bank accounts in California.

12.    AMS has never maintained any mailing address or telephone listing in California.

13.    AMS has never entered into, or solicited entry into, any business or contract with a California customer.

14.    No AMS employee, sales representative, vendor, contractor, partner, service provider or associate has ever traveled to California to do business with customers on behalf of AMS.

15.    AMS has never directed any customer communications into or out of California.

16.    AMS has never solicited business or customers in California via advertising, presentations, or sales pitches.

DECLARATION OF DARRYL JACOBS IN
SUPPORT OF AEROMECHANICAL
SERVICES LTD.'S MOTION TO DISMISS

17.    AMS's website has never allowed direct purchases.

18.    AMS has never manufactured goods or distributed products in California.

19.    AMS has never conducted research, testing, or development regarding any of its products or services in California.

20.    AMS has never provided any service, repairs or support of its systems in California.

21.    AMS has never provided services or support to customers in California.

**C.    AFIRS/UPTIME**

22.    AMS provides an airplane performance monitoring system, named AFIRS/UPTIME, from Calgary and Toronto, Canada.

23.    AMS's AFIRS/UPTIME system consists of two parts: (a) an AFIRS unit installed on airplanes; and (b) UPTIME servers located in Canada.

24.    AFIRS units monitor airplane performance (wherever the airplane might be), and periodically transmit data during flight (*i.e.*, between the plane's departure gate and arrival gate) to the UPTIME servers via the Iridium satellite network.

25.    UPTIME servers prepare reports that are electronically sent to recipients.

26.    UPTIME servers are located in separate buildings in Calgary and Toronto, Canada.

27.    AMS has no ground-based equipment, monitors, transmitters, receivers, computers, base-stations, facilities, distribution centers, or offices related to AFIRS/UPTIME (or any other product) in California.

28.    All of AMS's FAA-related testing and certification for AFIRS/UPTIME (and all other products) took place outside of California.

29.    No negotiations relative to supplying AFIRS/UPTIME to clients took place in California.

30.    Almost all of AMS's AFIRS/UPTIME clients are (and have been) outside of the United States.

**D.    ALOHA AIRLINES**

31.    Aloha Airlines ("Aloha") was an AMS customer.

1    32.    AFIRS units are installed on Aloha's passenger planes that, under Aloha control,

2    used to fly into California.

3    33.    It is my understanding that Aloha has ceased passenger operations, and therefore

4    its passenger planes no longer fly into California.

5    34.    AFIRS units are also installed on Aloha's cargo aircraft.  It is my understanding

6    that these aircraft did not fly into California.

7    35.    Aloha is/was a Delaware corporation based in Hawaii, not in California.

8    36.    AMS had no control of when, where or how Aloha flew.  Aloha was in complete

9    control of when, where and how it operated its airplanes.

10    37.    If an Aloha airplane had an AFIRS unit on board, and if it flew into California, the

11    AFIRS unit may have sent data from California airspace (depending on reporting parameters).

12    38.    Data from Aloha's AFIRS units was transmitted directly to the Iridium satellite

13    network for transfer to UPTIME servers, not to or through anything in California.

14    39.    The Iridium network forwarded data to UPTIME servers via internet link from a

15    ground station outside of California, which was/is under Iridium's control.

16    40.    UPTIME servers in Canada received the data from the Iridium network, organized

17    it into a usable format for Aloha, and delivered it to Aloha's maintenance facilities in Hawaii.

18    41.    No data was delivered to Aloha personnel or facilities in California.

19    42.    No data was delivered through California.

20    **E.    CHINA EASTERN AIRLINES**

21    43.    AMS has never conducted business with China Eastern Airlines in California.

22    44.    AMS has never sold, installed, or serviced AFIRS systems for China Eastern in

23    California.

24    45.    No AFIRS units enter California via China Eastern's route to Los Angeles.

25    46.    AFIRS installations for China Eastern are on Boeing's 737 family of aircraft,

26    which are not used on China Eastern's routes to Los Angeles.

27    **F.    MEGGITT PLC**

28    47.    AMS has not conducted any business with Meggitt PLC, or its subsidiaries, in

1   California.

2       48.    To the extent that AMS has worked with Meggitt, the work has taken place in

3   Europe, is still in a developmental phase, and has not yet resulted in commercial installations.

4       I declare under penalty of perjury that the foregoing is true and correct to the best of my

5   ability.

6

7   Dated: May 12, 2008                By: _____
                                        Darryl Jacobs
                                        President
8                                       AeroMechanical Services Ltd.
                                        300, 2421 - 37 Ave NE
9                                       Calgary, AB Canada T2E 6Y7

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28