| | |
|---|---|
| 1 | Kevin C. McCann (SB# 120874) |
| | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| 2 | 55 Second Street |
| | Twenty-Fourth Floor |
| 3 | San Francisco, CA 94105 |
| | Telephone: (415) 856-7000 |
| 4 | Facsimile: (415) 856-7100 |
| | Email: kevinmccann@paulhastings.com |
| 5 | |
| | Robert M. Masters (DC Bar No. 435623) |
| 6 | (*pro hac vice*) |
| | Timothy P. Cremen (DC Bar No. 478705) |
| 7 | (*pro hac vice*) |
| | Bhaskar Kakarla (DC Bar No. 488976) |
| 8 | (*pro hac vice*) |
| | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| 9 | 875 15th St., N.W. |
| | Washington, DC 20005 |
| 10 | Telephone: (202) 551-1700 |
| | Facsimile: (202) 551-1705 |
| 11 | Email: robertmasters@paulhastings.com |
| | Email: timothycremen@paulhastings.com |
| 12 | Email: bhaskarkakarla@paulhastings.com |
| 13 | Attorneys for Defendant |
| | AEROMECHANICAL SERVICES LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STAR NAVIGATION SYSTEMS GROUP LTD., | CASE NO. C 07-4820 (MMC) |
| Plaintiff, | **DECLARATION OF TIMOTHY P. CREMEN IN SUPPORT OF AEROMECHANICAL SERVICES, LTD.'S MOTION TO DISMISS** |
| v. | |
| AEROMECHANICAL SERVICES LTD., | Date: June 20, 2008 |
| Defendant. | Time: 9:00 a.m. |
| | Place: Courtroom 7, 19th Floor |
| | Honorable Maxine M. Chesney |

**DECLARATION OF TIMOTHY P. CREMEN IN SUPPORT OF AEROMECHANICAL SERVICES, LTD.'S MOTION TO DISMISS**

I, Timothy Cremen, hereby declare:

1. I am an attorney with the law firm of Paul, Hastings, Janofsky and Walker, LLP, and have been retained by Aeromechanical Services, Ltd. ("AMS") in this matter.

2. I make this declaration in support of AMS's Motion to Dismiss.

3. Attached as Exhibit A to this Declaration is an April 22, 2002 license from Viraf Kapadia and Hilary Vieira to Star Navigation Systems Group, Ltd. ("Star") that was filed in a European Patent Application corresponding to the '852 Patent.

4. Attached as Exhibit B to this Declaration is a true and correct copy of a May 3, 2007 Complaint filed by Mr. Hilary Vieira against Star in the Ontario Superior Court of Justice.

I declare under penalty of perjury that the foregoing is true and correct to the best of my ability.

Dated: May 12, 2008

By: /s/ Timothy P. Cremen
Timothy P. Cremen (Bar No. 478705)
(admitted *pro hac vice*)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th St., N.W.
Washington, DC 20005
Telephone: (202) 551-1700
Facsimile: (202) 551-1705
Email: timothycremen@paulhastings.com