Kevin C. McCann (SB# 120874)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
Email: kevinmccann@paulhastings.com

Robert M. Masters (DC Bar No. 435623)
(*pro hac vice*)
Timothy P. Cremen (DC Bar No. 478705)
(*pro hac vice*)
Bhaskar Kakarla (DC Bar No. 488976)
(*pro hac vice*)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th St., N.W.
Washington, DC 20005
Telephone: (202) 551-1700
Facsimile: (202) 551-1705
Email: robertmasters@paulhastings.com
Email: timothycremen@paulhastings.com
Email: bhaskarkakarla@paulhastings.com

Attorneys for Defendant
AEROMECHANICAL SERVICES LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STAR NAVIGATION SYSTEMS GROUP LTD.,<br><br>Plaintiff,<br><br>v.<br><br>AEROMECHANICAL SERVICES LTD.,<br><br>Defendant. | CASE NO. C 07-4820 (MMC)<br><br>**AEROMECHANICAL SERVICES LTD.'S MOTION TO CHANGE TIME OF INITIAL <u>CASE MANAGEMENT CONFERENCE</u>**<br><br>Date: May 23, 2008<br>Time: 10:30 a.m.<br>Place: Courtroom 7, 19th Floor<br>Honorable: Maxine M. Chesney |

AEROMECHANICAL SERVICES LTD.'S
MOTION TO CHANGE TIME

1     Pursuant to Civil Local Rules 16-2(d) and 6-3, Defendant Aeromechanical Services Ltd. ("AMS") respectfully moves this Court to change the time of the Initial Case Management Conference (CMC) now scheduled for May 23, 2008 and continue it until the Court rules on AMS's *Motion to Dismiss* Star Navigation Systems Group Ltd. ("Star")'s *Second Amended Complaint* (D.I. 67).

       The following points and accompanying Declaration of Timothy P. Cremen are provided in support of this motion.

       **Reasons For the Requested Change in Time:** On April 8, 2008, the Court granted AMS's *Motion to Dismiss* plaintiff's *First Amended Complaint* (D.I. 29) on the grounds that Star did not have the necessary rights in the patent to file an infringement action in its own name and failed to join necessary and indispensable parties. Thus, the Court dismissed Star's complaint without prejudice and provided Star until April 30, 2008 to refile its complaint and to add the necessary and indispensable parties, namely, the co-owners and co-inventors of the patent in suit, Messrs. Vieiria and Kapadia. Star thereafter filed a *Second Amended Complaint* (D.I. 61), although it did not join Mr. Vieria as required by the Court, but instead merely listed him as "an involuntary plaintiff."

       In response, on May 12, 2008, AMS filed a *Motion to Dismiss* Star's *Second Amended Complaint* (D.I. 67) based on both a lack of personal jurisdiction over AMS, and Star's failure to properly join Mr. Veiria or to obtain Court order to join him involuntarily. Star's opposition to AMS's Motion to Dismiss is due on May 30, 2008, and AMS's reply is due June 6, 2008. AMS's Motion to Dismiss is scheduled to be heard June 20, 2008. Accordingly, AMS's *Motion to Dismiss* will not have been fully briefed by the parties and will not be heard by May 23, 2008.

       Accordingly, AMS seeks to change the time of the CMC and continue it until such time as this Court rules on AMS's Motion to Dismiss. This will avoid the need of having to conduct a CMC at a time when it is not known whether AMS is subject to the jurisdiction of this Court and whether Star has complied with the Court's Order in terms of adding necessary and indispensable parties. Thus, continuing the CMC will promote judicial economy, and save time, expense and resources of the parties. If the Court grants AMS's Motion, then neither side will have wasted

1  valuable resources on discovery and other disclosure requirements mandated by this Court's
2  Local Patent Rules.  Moreover, at this stage of the proceeding, it is not even clear that all of the
3  necessary and indispensable parties have been joined to this proceeding.

4  **AMS's Efforts To Obtain A Stipulation:**  As set forth in the accompanying Declaration
5  of Timothy P. Cremen, AMS's efforts to obtain stipulation have failed.  On May 13, 2008, AMS
6  requested that Star agree to change the time of the initial CMC to July 25, 2008, in view of
7  AMS's *Motion to Dismiss*.  Star refused.  AMS then asked Star if it would be amendable to
8  changing time of the CMC to any date after June 20, 2008.  Star again refused.

9  **Harm If The Court Did Not Change The Time:**  There is no harm in changing the time
10 of the CMC, and continuing it until the Court decides AMS's *Motion to Dismiss*.  The case is in
11 its early stages, no discovery has been taken, and no trial date has been set.  Further, it is not even
12 clear whether all of the parties have been joined at this time.

13 **Previous Time Modifications**:  The CMC now scheduled for May 23rd was set by
14 stipulation of the parties prior to the Court dismissing Star's Complaint on April 8, 2008 (D.I.
15 58).  It was set for May 23rd to allow the Court time to decide motions to dismiss before turning
16 to issues that would have to be addressed at a CMC.  Since then, Star filed its *Second Amended*
17 *Complaint* on April 25, 2008.  There have been no modifications of the CMC since Star filed the
18 *Second Amended Complaint*.

19 **Effect of The Requested Modification**: The requested time modification would have no
20 effect on the schedule for this case, as no schedule has previously been entered and no trial date
21 has yet been set.

22 Dated:  May 14, 2008                    PAUL, HASTINGS, JANOFSKY & WALKER LLP
23
24                                         By:  _____/s/Kevin C. McCann_____
                                           Kevin C. McCann (SB# 120874)
25                                         55 Second Street
                                           Twenty-Fourth Floor
26                                         San Francisco, CA 94105
                                           Telephone: (415) 856-7000
27                                         Facsimile: (415) 856-7100
                                           Email: kevinmccann@paulhastings.com
28

Case No. C 07-4820 (MMC)                    -2-          AEROMECHANICAL SERVICES LTD.'S
                                                         MOTION TO CHANGE TIME

Robert M. Masters (DC Bar No. 435623)
(*pro hac vice*)
Timothy P. Cremen (DC Bar No. 478705)
(*pro hac vice*)
Bhaskar Kakarla (DC Bar No. 488976)
(*pro hac vice*)
875 15th St., N.W.
Washington, DC 20005
Telephone:  (202) 551-1700
Facsimile:  (202) 551-1705
Email: robertmasters@paulhastings.com
Email: timothycremen@paulhastings.com
Email: bhaskarkakarla@paulhastings.com

Attorneys for Defendant
Aeromechanical Services Ltd.

700030 / 28946