1  Kevin C. McCann (SB# 120874)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
2  55 Second Street
   Twenty-Fourth Floor
3  San Francisco, CA 94105
   Telephone: (415) 856-7000
4  Facsimile: (415) 856-7100
   Email:  kevinmccann@paulhastings.com
5
   Robert M. Masters (DC Bar No. 435623)
6  (*pro hac vice*)
   Timothy P. Cremen (DC Bar No. 478705)
7  (*pro hac vice*)
   Bhaskar Kakarla (DC Bar No. 488976)
8  (*pro hac vice*)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
9  875 15th St., N.W.
   Washington, DC 20005
10 Telephone:  (202) 551-1700
   Facsimile:  (202) 551-1705
11 Email:  robertmasters@paulhastings.com
   Email:  timothycremen@paulhastings.com
12 Email:  bhaskarkakarla@paulhastings.com

13 Attorneys for Defendant
   AEROMECHANICAL SERVICES LTD.
14

15

16                   UNITED STATES DISTRICT COURT

17                 NORTHERN DISTRICT OF CALIFORNIA

18                     SAN FRANCISCO DIVISION

19

20 STAR NAVIGATION SYSTEMS GROUP          CASE NO. C 07-4820 (MMC)
   LTD.,
21                                        **[PROPOSED] ORDER TO CHANGE**
                                          **TIME OF INITIAL CASE**
22             Plaintiff,                 **MANAGEMENT CONFERENCE**

23      v.
                                          Date:  May 23, 2008
24 AEROMECHANICAL SERVICES LTD.,          Time:  10:30 a.m.
                                          Place: Courtroom 7, 19th Floor
25             Defendant.                 Honorable Maxine M. Chesney

26

27

28
                                          [PROPOSED] ORDER GRANTING
                                          AEROMECHANICAL SERVICES LTD.'S
   Case No. C 07-4820 (MMC)                      MOTION TO DISMISS

**ORDER**

After consideration of AMS's *Motion to Change Time of Initial Case Management Conference*, and for good cause appearing:

IT IS SO ORDERED that the Initial Case Management Conference is hereby continued to

_____, 2008 at _____ in Courtroom No. 7, 19th Floor, Federal Building, with all

dependent dates continued accordingly.


Dated: _____, 2008

By: _____

Hon. Maxine M. Chesney
U.S. District Judge

Case No. C 07-4820 (MMC)

-1-

[PROPOSED] ORDER GRANTING
AEROMECHANICAL SERVICES LTD.'S
MOTION TO DISMISS