Kevin C. McCann (SB# 120874)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
Email: kevinmccann@paulhastings.com

Robert M. Masters (DC Bar No. 435623)
(admitted *pro hac vice*)
Timothy P. Cremen (DC Bar No. 478705)
(admitted *pro hac vice*)
Bhaskar Kakarla (DC Bar No. 488976)
(admitted *pro hac vice*)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th St., N.W.
Washington, DC 20005
Telephone: (202) 551-1700
Facsimile: (202) 551-1705
Email: robertmasters@paulhastings.com
Email: timothycremen@paulhastings.com
Email: bhaskarkakarla@paulhastings.com

Attorneys for Defendant
AEROMECHANICAL SERVICES LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STAR NAVIGATION SYSTEMS GROUP LTD.,<br><br>Plaintiff,<br><br>v.<br><br>AEROMECHANICAL SERVICES LTD.,<br><br>Defendant. | CASE NO. C 07-4820 (MMC)<br><br>**DECLARATION OF TIMOTHY P. CREMEN IN SUPPORT OF AEROMECHANICAL SERVICES, LTD.'S MOTION TO CHANGE TIME**<br><br>Date: May 23, 2008<br>Time: 10:30 a.m.<br>Place: Courtroom 7, 19th Floor<br>Honorable Maxine M. Chesney |

**DECLARATION OF TIMOTHY P. CREMEN IN SUPPORT OF AEROMECHANICAL SERVICES, LTD.'S MOTION TO CHANGE TIME**

I, Timothy Cremen, hereby declare:

1. I am an attorney with the law firm of Paul, Hastings, Janofsky and Walker, LLP, and have been retained by Aeromechanical Services, Ltd. ("AMS") in this matter.

2. I make this declaration in support of AMS's Motion to Change Time.

3. On April 8, 2008, the Court granted AMS's *Motion to Dismiss* plaintiff's *First Amended Complaint* (D.I. 29) on the grounds that Star did not have the necessary rights in the patent to file an infringement action in its own name and failed to join necessary and indispensable parties.

4. Star filed a *Second Amended Complaint* (D.I. 61) on April 25, 2008.

5. AMS filed a *Motion to Dismiss* Star's *Second Amended Complaint* (D.I. 67) on May 12, 2008, based on both a lack of personal jurisdiction over AMS, and Star's failure to properly join Mr. Veiria or to obtain Court order to join him involuntarily.

6. AMS's *Motion to Dismiss* is scheduled to be heard June 20, 2008.

7. Star's opposition to AMS's *Motion to Dismiss* is due on May 30, 2008, and AMS's reply is due June 6, 2008.

8. AMS's *Motion to Dismiss* will not have been fully briefed by the parties and will not be heard by May 23, 2008.

9. On May 13, 2008, AMS requested that Star agree to change the time of the initial CMC to July 25, 2008, in view of AMS's *Motion to Dismiss*. Star refused. AMS then asked Star if it would be amendable to changing time of the CMC to any date after June 20, 2008. Star again refused.

10. The case is in its early stages, no discovery has been taken, and no trial date has been set.

11. The CMC now scheduled for May 23rd was set by stipulation of the parties prior to the Court dismissing Star's *First Amended Complaint* on April 8, 2008 (D.I. 58). It was set for May 23rd to allow the Court time to decide motions to dismiss before turning to issues that would have to be addressed at a CMC.

12. There have been no modifications of the CMC since Star filed its *Second Amended Complaint*.

13. The requested time modification would have no effect on the schedule for this case, as no schedule has previously been entered and no trial date has yet been set.

I declare under penalty of perjury that the foregoing is true and correct to the best of my ability.

Dated: May 14, 2008

By: _____
Timothy P. Cremen (Bar No. 478705)
(admitted *pro hac vice*)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th St., N.W.
Washington, DC 20005
Telephone: (202) 551-1700
Facsimile: (202) 551-1705
Email: timothycremen@paulhastings.com

Case No. C 07-4820 (MMC)  -2-  DECLARATION OF TIMOTHY P. CREMEN IN SUPPORT OF AMS'S MOTION TO CHANGE TIME