IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR NAVIGATION SYSTEMS GROUP LTD., et al., <br><br> Plaintiffs, <br><br> v. <br><br> AEROMECHANICAL SERVICES LTD., <br><br> Defendant / | No. C-07-4820 MMC <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Before the Court is defendant Aeromechanical Services Ltd.'s ("AMS") "Motion to Change Time of Initial Case Management Conference," filed May 14, 2008. Although plaintiffs have not filed an opposition thereto, the Court also has before it the parties' Joint Case Management Statement, filed May 16, 2008, in which plaintiffs Star Navigation Systems Group Ltd. ("Star Navigation") and Viraf S. Kapadia ("Kapadia") request the Court adopt the schedule proposed therein by those two plaintiffs, thus opposing, in effect, AMS's motion to continue the initial Case Management Conference.[1]

---

[1] Hilary Vieira, identified in the Second Amended Complaint as an "involuntary plaintiff," did not participate in the preparation of the Joint Case Management Statement, and, according to Star Navigation and Kapadia, has "refused to join the present case voluntarily." (See Joint Case Management Statement at 3:4.)

1    In light of the pendency of AMS's motion to dismiss the Second Amended Complaint, scheduled for hearing on June 20, 2008, the Court finds its appropriate to continue the Case Management Conference.

    Accordingly, the Case Management Conference is hereby CONTINUED from May 23, 2008 to July 25, 2008.  A Joint Case Management Statement shall be filed no later than July 18, 2008.

    **IT IS SO ORDERED.**

Dated:  May 20, 2008

_____
MAXINE M. CHESNEY
United States District Judge