DANIEL P. ALBERS (admitted *pro hac vice*)
JOHN P. WAPPEL (admitted *pro hac vice*)
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, IL  60606
Phone No.: (312) 357-1313
Fax No.:  (312) 357-1313
Email:  dalbers@btlaw.com
Email:  jwappel@btlaw.com

CHRISTINE H. MCCARTHY (admitted *pro hac vice*)
BARNES & THORNBURG LLP
750 17th Street N.W., Suite 900
Washington, D.C. 20006-4675
Phone No.: (202) 289-1313
Fax No.:  (202) 289-1330
Email:  cmccarthy@btlaw.com

JEFFREY K. LEE, CA Bar No. 212465
KIMBERLY A. DONOVAN, CA Bar No. 160729
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA  94043
Phone No.: (650) 428-3900
Fax No.: (650) 428-3901
Email:  jlee@gcalaw.com
Email: kdonovan@gcalaw.com

Attorneys for Plaintiff  STAR NAVIGATION SYSTEMS GROUP LTD. and VIRAF KAPADIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STAR NAVIGATION SYSTEMS GROUP LTD., VIRAF KAPADIA, and<br><br>                          Plaintiffs,<br>HILARY VIEIRA,<br>                          Involuntary Plaintiff,<br>v.<br>AEROMECHANICAL SERVICES LTD.,<br><br>                          Defendant. | Case No.  C 07-4820 MMC<br><br>**DECLARATION OF JEFFREY K. LEE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S THIRD MOTION TO DISMISS; AND REQUEST FOR LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY**<br><br>Honorable Maxine M. Chesney<br>Date:  June 20, 2008<br>Time:  9:00 a.m.<br>Place:  Courtroom No. 7, 19th Floor |

Case No. C 07-4820 (MMC)
Declaration of Jeffrey K. Lee

I, Jeffrey K. Lee, declare:

1. I am over the age of eighteen.

2. I am an attorney with the law firm of GCA Law Partners, LLP, and have been retained by Plaintiffs Viraf Kapadia and Star Navigation Systems Group Ltd. ("Star") in this matter.

3. I make this declaration in support of Plaintiffs' Opposition to Defendant Aeromechanical Services Ltd.'s ("AMS's") Third Motion to Dismiss; and Request for Leave to Conduct Jurisdictional Discovery.

4. Attached as *Exhibit 1* is a true and correct copy of United States Patent No. 7,113,852 ("the '852 patent") entitled "*System and Method for Transportation Vehicle Monitoring, Feedback and Control*" issued to Viraf S. Kapadia and Hilary Vieira.

5. Attached as *Exhibit 2* is a true and correct copy of a License Agreement dated April 22, 2002 between Viraf S. Kapadia, Hilary Vieira, and Star Navigation Systems, Inc.

6. Attached as *Exhibit 3* is a true and correct copy of a letter from Viraf Kapadia, CEO of Star, to Hilary Vieira, dated March 8, 2007.

7. Attached as *Exhibit 4* is a true and correct copy of a letter from lawyer Frances M. Wood, on behalf of Hilary Vieira, to Viraf Kapadia, CEO of Star, dated April 5, 2007.

8. Attached as *Exhibit 5* is a true and correct copy of a September 4, 2007 Statement of Defence and Counterclaim of Star Navigation Systems Group Ltd. and Viraf Kapadia, filed with the Ontario Superior Court of Justice.

9. I performed internet searches to obtain publicly-available information and evidence. I obtained computer screen printouts of such information and evidence during the period December 6, 2007 through May 30, 2008.

10. Attached as *Exhibit 6* is a true and correct copy of a screen printout from the internet searches described above, showing the document entitled "*Davidson Engineering Resources will provide

Case No. C 07-4820 (MMC)
Declaration of Jeffrey K. Lee

*engineering and FAA DER certification services for the integration and FAA STC of the Automated Flight Information Reporting System (AFIRS™) developed by AeroMechanical Services USA, Inc. on Aloha Airlines 737-200 and 737-700 aircraft,*" dated June 12, 2004, that was found at http://www.davidson-der.com/PR_040612_AFIRS_220.asp.

11. Attached as *Exhibit 7* is a true and correct copy of a screen printout from the internet searches described above, showing the document entitled "*Other Solutions*" that was found at http://www.amscanada.com/othersolutions.htm.

12. Attached as *Exhibit 8* is a true and correct copy of a screen printout from the internet searches described above, showing the document entitled "*AEROMECHANICAL SERVICES LTD. ANNOUNCES ADDITIONAL A320 CONTRACT*," dated December 17, 2007, that was found at http://www.amscanada.com/amsnews.php?news_id=26&start=0&category_id=0&parent_id=0&arcyear=&arcmonth=.

13. Attached as *Exhibit 9* is a true and correct copy of a screen printout from the internet searches described above, showing the document entitled "*Support and Services*" that was found at http://www.amscanada.com/support.htm.

14. Attached as *Exhibit 10* is a true and correct copy of United States Patent No. 7,203, 630 ("the '630 patent") entitled "*Aircraft Flight Data Management System*" issued to Kurt Kolb, Kent Jacobs, and Darryl Jacobs and identifying AeroMechanical Services Ltd. as assignee.

15. Attached as *Exhibit 11* is a true and correct copy of a screen printout from the internet searches described above, entitled "*Aeromechanical Services Announces Gino Ferronato as Chief Operating Officer and adds Key Personnel to Sales Force,*" dated February 7, 2007, that was found at http://www.agoracom.com/ir/aeromechanical/messages/526106.

16. Attached as *Exhibit 12* is a true and correct copy of a screen printout from the internet searches described above, made through the California Secretary of State database of registered state

Case No. C 07-4820 (MMC)
Declaration of Jeffrey K. Lee

business entities, found at http://kepler.ss.ca.gov/list.html, showing that Aloha Airlines, Inc. is an active, registered California business.

17. Attached as *Exhibit 13* is a true and correct copy of a screen printout from the internet searches described above, showing the document entitled "*Aloha Airlines*" found at http://en.wikipedia.org/wiki/Aloha_Airlines.

18. Attached as *Exhibit 14* is a true and correct copy of a screen printout from the internet searches described above, showing the document entitled "*AeroMechanical Commences Shipments to China Eastern Airlines*," dated February 27, 2006, that was found at http://www.agoracom.com/ir/aeromechanical/messages/453923.

19. Attached as *Exhibit 15* is a true and correct copy of a screen printout from the internet searches described above, made through the California Secretary of State database of registered state business entities, found at http://kepler.ss.ca.gov/list.html, showing that China Eastern Airlines Co. Ltd. is an active, registered California business with offices in Pasadena, California.

20. Attached as *Exhibit 16* is a true and correct copy of a screen printout from the internet searches described above, showing the document entitled "*China Eastern Airlines – Non-Stop Flights from Los Angeles, California (LAX)*" that was found at http://www.farecompare.com/flights/China_Eastern_Airlines-MU/Los_Angeles-LAX/airlinenonstop.html.

21. Attached as *Exhibit 17* is a true and correct copy of a screen printout from the internet searches described above, showing the document entitled "*Initiative to Expand Focus On Aircraft Manufacturers,*" dated January 29, 2007, that was found at http://www.howardgroupinc.com/news/ama_070129.htm.

22. Attached as *Exhibit 18* is a true and correct copy of a screen printout from the internet searches described above, showing the document entitled "*AeroMechanical And Meggitt Go Big Game

*Hunting!*," dated February 8, 2007, that was found at http://howardgroupinsightnewsletter.blogspot.com/2007/02/arm-in-arm-aeromechanical-and-meggitt.html.

23. Attached as *Exhibit 19* is a composite exhibit of true and correct copies of screen printouts from the internet searches described above, made through the California Secretary of State database of registered state business entities, found at http://kepler.ss.ca.gov/list.html, showing that Meggitt Defense Systems, Inc., Meggitt Finance (California), Inc., Meggitt GP, Inc., Meggitt Holdings (California), Inc., Meggitt Holdings (USA), Inc., Meggitt Safety Systems, Inc., Meggitt Thermal Systems, Inc., and Meggitt-USA, Inc. are active, registered California businesses.

24. Attached as *Exhibit 20* is a true and correct copy of a screen printout from the internet searches described above, showing the document entitled "*Research Capital Puts $ 3 Target on AeroMechanical Services,*" a November 21, 2007 report that was found at http://howardgroupinsightnewsletter.blogspot.com/2007/11/research-capital-puts-3-target-on.html.

25. Attached as *Exhibit 21* is a true and correct copy of a screen printout from the internet searches described above, showing the document entitled "*California Airlines,*" that was found at http://www.lifeinusa.com/BB/category.cfm?BBCID=16.

26. Attached as *Exhibit 22* is a true and correct copy of a screen printout from the internet searches described above, showing the document entitled "*Indian Airforce - Round the Globe Expedition,*" that was found at http://www.amscanada.com/indianairforce.htm.

27. Attached as *Exhibit 23* is a true and correct copy of a screen printout from the internet searches described above, showing the document entitled "*Microlight Voyage,*" dated June 1, 2007, that was found at http://www.indianairforce.nic.in/expedition/expedition_voyage.php.

Case No. C 07-4820 (MMC)
Declaration of Jeffrey K. Lee

28. Attached as *Exhibit 24* is a true and correct copy of a screen printout from the internet searches described above, showing the document entitled "*Indian Air Force Skitters Over California,*" dated July 17, 2007, that was found at http://howardgroupinsightnewsletter.blogspot.com/2007/07/indian-air-force-skitters-over.html.

29. Attached as *Exhibit 25* is a true and correct copy of a screen printout from the internet searches described above, showing the document entitled "*2007 AMC Conference Pre-Registration List,*" dated March 19, 2007, that was found at http://www.aviation-ia.com/amc/upcoming/preregistration.pdf.

30. Attached as *Exhibit 26* is a true and correct copy of a screen printout from the internet searches described above, showing the document entitled "*Joint Meeting of the FSF 58th Annual International Air Safety Seminar IASS, IFA 35th International Conference, and IATA,*" identifying the dates November 7 – 10, 2005, that was found at http://fsfi.avia.ru/sem/iass58/IASS_05_Preagenda.pdf.

31. Attached as *Exhibit 27* is a true and correct copy of a December 10, 2007 electronic mail communication from Star counsel, Daniel Albers, to AMS counsel, Robert Masters, with attached Notice of Deposition and Requests for the Production of Documents and Things directed to jurisdictional issues.

32. Attached as *Exhibit 28* is a true and correct copy of a December 13, 2007 electronic mail communication from Star counsel, Daniel Albers, to AMS counsel, Robert Masters.

33. Attached as *Exhibit 29* is a true and correct copy of a December 14, 2007 letter from AMS counsel, Robert Masters and Timothy Cremen, to Star counsel, Daniel Albers.

34. Attached as *Exhibit 30* is a true and correct copy of the *2006 Annual Report* of AMS, as obtained from the AMS public website at http://www.amscanada.com/shareinfo.php.

Case No. C 07-4820 (MMC)
Declaration of Jeffrey K. Lee

35. Attached as *Exhibit 31* is a true and correct copy of the *2005 Annual Report* of AMS, as obtained from the AMS public website at http://www.amscanada.com/shareinfo.php.

36. Attached as *Exhibit 32* is a true and correct copy of a screen printout from the internet searches described above, showing a Hoover's report on *"AeroMechanical Services,"* that was found at http://www.hoovers.com/aeromechanical-services/--ID__112979--/free-co-factsheet.xhtml.

37. Attached as *Exhibit 33* is a true and correct copy of a screen printout from the internet searches described above, showing a Richmond Club report on *"AeroMechanical Services,"* dated May 9, 2007, that was found at http://www.richmondclub.com/AeroMechanical.asp.

38. Attached as *Exhibit 34* is a true and correct copy of a document that appears to be the *2004 Annual Report* of AMS, as obtained at http://www.sedar.com/search/search_form_pc_en.htm.

39. Attached as *Exhibit 35* is a true and correct copy of a screen printout from the internet searches described above, showing the document entitled "*AeroMechanical Services Ltd Announces Aloha Airlines to Install AeroMechanical Flight Data Products on Entire Fleet of Boeing 737-200 and -700 Aircraft,*" dated April 6, 2004, found at http://goliath.ecnext.com/coms2/summary_0199_205457_ITM.

40. Attached as *Exhibit 36* is a true and correct copy of a screen printout from the internet searches described above, showing a June 13, 2006 release from Meggitt showing the document entitled "*Meggitt Moves Into Real Time Flight Data Transmission*," found at http://www.meggitt.com/info/press_detail.asp?NEWSID=290.

41. Attached as *Exhibit 37* is a true and correct copy of a screen printout from the internet searches described above, showing an August 30, 2007 release stating that it was "written by AeroMechanical Services" showing the document entitled "*AeroMechanical Helps Indian Air Force Pilots Break World Record,*" found at http://www.aviation.ca/content/view/4821/117/.

Case No. C 07-4820 (MMC)
Declaration of Jeffrey K. Lee

42. Attached as *Exhibit 38* is a true and correct copy of a report updated on September 19, 2007, entitled "*Meggitt At a Glance,*" obtained from http://www.meggitt.com/resources/pdfs/UK_factsheet.pdf.

43. Attached as *Exhibit 39* is a true and correct copy of a screen printout from the internet searches described above, showing the document entitled "*WE TAKE CARE OF YOUR FLIGHT DATA SO YOU GET TO ANSWERS SOONER,*" updated February 6, 2004, that was found at http://www.raytheoneagle.com/uptime/.

44. Attached as *Exhibit 40* is a true and correct copy of a composite document from two screen printouts made from the internet searches described above, showing the document entitled "*California Aircraft Manufacturers,*" dated December 14, 2007, that was found at http://www.magicyellow.com/catagory/Aircraft_Manufacturers/-State_CA.html.

45. Attached as *Exhibit 41* is a true and correct copy of a December 18, 2007 electronic notice of Star's filing of its First Amended Complaint, generated by the Court's ECF system, indicating that the notice was sent on or about 12:51 p.m. to counsel of record.

46. Attached as *Exhibit 42* is a true and correct copy of a December 18, 2007 email from Star counsel, Daniel Albers, to AMS counsel, Timothy Cremen and Robert Masters, attaching a file-stamped copy of Star's First Amended Complaint.

47. Attached as *Exhibit 43* is a true and correct copy of a December 21, 2007 email from AMS counsel, Timothy Cremen, to Star counsel, Daniel Albers, attaching a letter to Daniel Albers.

48. Attached as *Exhibit 44* is a true and correct copy of a December 27, 2007 email from Star counsel, Jeffrey Lee, to AMS counsel, Kevin McCann.

49. Attached as *Exhibit 45* is a true and correct copy of a December 27, 2007 electronic notice of AMS' filing of its Notice of Withdrawal of Motion to Dismiss Original Complaint, generated by the Court's ECF system, and AMS' Notice of Withdrawal.

Case No. C 07-4820 (MMC)
Declaration of Jeffrey K. Lee

50. Attached as *Exhibit 46* is a true and correct copy of a January 2, 2008 electronic mail communication from Star counsel, Daniel Albers to AMS counsel, Timothy Cremen, with attached revised Notice of Depositions and Requests for the Production of Documents and Things directed to jurisdictional issues.

51. Attached as *Exhibit 47* is a true and correct copy of a January 3, 2008 email from AMS counsel, Timothy Cremen, to Star counsel, Daniel Albers, attaching a letter to Daniel Albers.

52. Attached as *Exhibit 48* is a true and correct copy of a screen printout from the internet searches described above, showing the document entitled "*AEROMECHANICAL SERVICES LTD. ANNOUNCES CONTRACT WITH ANOTHER AIRLINE*," dated December 21, 2007, that was found at http://www.amscanada.com/amsnews.php?news_id=28&start=0&category_id=0&parent_id=0&arcyear=&arcmonth=.

53. Attached as *Exhibit 49* is a true and correct copy of document obtained from the internet searches described above, entitled "*Presentation Data as of May 21, 2008,*" that was found at http://www.amscanada.com/_resources/corporate_presentation.pdf.

54. Attached as *Exhibit 50* is a true and correct copy of the *2007 Annual Report* of AMS, as obtained from the AMS public website at http://www.amscanada.com/_resources/annual_reports/2007AMSAnnual.pdf.

55. Attached as *Exhibit 51* is a composite document comprised of true and correct copies of electronic mail email communications occurring during the period April 14, 2008 and April 29, between Daniel Albers, counsel for Star Navigation, and Frances Wood and Carman McClelland, counsel for Hilary Vieira.

56. Attached as *Exhibit 52* is a true and correct copy of a document obtained from the internet searches described above, that was found at http://www.flyht.com/afirs_brochure.pdf and

Case No. C 07-4820 (MMC)
Declaration of Jeffrey K. Lee

described at http://www.flyht.com/products-afirs.html as an "Afirs UpTime Information Brochure."

57. Attached as *Exhibit 53* is a true and correct copy of a screen printout from the internet searches described above, showing the document heading "*Insight Newsletter: AeroMechanical Services,*" dated May 21, 2008, that was found at http://howardgroupinsightnewsletter.blogspot.com/search/label/Aeromechanical%20Services.

58. Attached as *Exhibit 54* is a true and correct copy of a May 22, 2008 screen printout from the internet searches described above, showing the document entitled "*Aloha Airlines To Shut Down Passenger Operations After March 31, 2008, Ending a 61-Year Tradition of Service to Hawaii,*" that was found at http://www.alohaairlines.com/aloha_oe_news_release.html.

59. Attached as *Exhibit 55* is a true and correct copy of the 2008 1st Quarter Report of AMS, as obtained from the AMS public website at http://www.amscanada.com/_resources/annual_reports/FS2008Q1.pdf.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this day, May 30, 2008, at Mountain View, California.

　　　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey K. Lee　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　Jeffrey K. Lee

Case No. C 07-4820 (MMC)
Declaration of Jeffrey K. Lee