**EXHIBIT 6**

member of



# NATIONAL BUSINESS AVIATION ASSOCIATION, INC.



Home    About Us    Services    A Point of View    Links    Contact & Photos



Technical Excellence &
Creative Solutions

FAA Form 337's

TC/STC Projects

PMA Projects

Six Sigma
Statistical
Analysis

Process
Development/
Improvement

**BACK TO PRESS RELEASES**

**Davidson Engineering Resources will provide engineering and FAA DER certification services for the integration and FAA STC of the Automated Flight Information Reporting System (AFIRS™) developed by AeroMechanical Services USA, Inc. on Aloha Airlines 737-200 and 737-700 aircraft.**

0612/04 Tucson, AZ June 12, 2004--Davidson Engineering Resources, Inc. an association of Federal Aviation Administration (FAA) Designated Engineering Representatives (DER), and provider of aircraft engineering and FAA certification services, has been selected by AeroMechanical Services USA, Inc. to provide certification and engineering services for the STC of the AFIRS™ 220 on Aloha Airlines 737-200 and 737-700 aircraft.

The AeroMechanical Services USA Inc., AFIRS™ 220 system is an avionics unit that collects aircraft performance data automatically, via data bus interfaces. The aircraft data is then transmitted to a ground station from the aircraft via satellite, for immediate analysis and generation of reports for various individual aircraft and/or the total fleet. The complete raw data is stored on the built-in flash card making the AFIRS™ unit also a Quick Access Recorder (QAR).

AeroMechanical Services USA is the US subsidiary of the parent company based in Calgary, Alberta. AMS Calgary accomplishes the design and build of the AFIRS™ 220 system. Also, AMS Calgary markets and supports other innovative solutions for the global airline business. AMS is positioned to become the leader in aviation data recording and reporting sector through its' innovative AFIRS™ 220 data collection and transmission devices. AFIRS™ 220, in conjunction with Uptime™, provides business-critical data to subscribers where and when they need it.



AeroMechanical also delivers an innovative Underfloor Stowage Unit, which provides significantly increased flight deck safety and utility to flight crews. Finally, the announcement of AirQ™, a ground breaking technology to effectively remove pathogens from the air-conditioning systems of aircraft, is receiving wide interest from the aviation industry.

Aloha Airlines provides frequent, convenient, all-jet service connecting the five major airports in the State of Hawaii. Aloha also provides the fastest, most efficient way to move air cargo between any of the islands.

Aloha's unique Trans-Pacific service brings the Spirit of Aloha to Oakland in the San Francisco Bay Area, Orange County's John Wayne Airport and Burbank's Bob Hope Airport in the heart of Southern California, Las Vegas, Phoenix, Reno, Sacramento and Vancouver, B.C. Aloha's Pacific routes connect Hawaii to Kwajalein and Majuro in the Marshall Islands, Pago Pago in American Samoa and Rarotonga in the Cook Islands.

Aloha has also earned a reputation as the innovator in inter-island travel as the first carrier in Hawaii to offer Drive-Thru Check-In, Curbside Check-in, Express Kiosk Check-in and Electronic Ticketing.

Key customer benefits of the AFIRS 220™ system are.

-Secure, accurate, timely information about your fleet
-Aircraft usage data
-Aircraft condition and location
-Active monitoring
-Increased data accuracy and operational efficiency
-Reduce flight data collection costs
-Eliminate errors from manual data entry
-Worldwide monitoring and access through the Internet
-Enable a "single point flight data source" for your entire operation

"The data and hardware development and initial installations have gone very smoothly. The experts at AMS have developed a system that is a snap to install.", says Jim Davidson FAA DER and President of Davidson Engineering Resources, Inc. "I am very impressed with the expandability potential of the AFIRS 220™ unit. I can see that unit performing many functions currently not readily available on commercial aircraft.", says Davidson.

Davidson                                                                Page 3 of 3

For Information: www.Davidson-DER.com Contact: Jim Davidson, FAA DER
President jimdavidson@davidson-der.com Phone (520) 977-9824 Fax (520) 546-
4242

Contact: Roger Martyna, FAA Structural DER Rmartyna@aol.com Phone (205) 965-
6985 Fax (801) 760-3205

www.amscanada.com Darryl Jacobs, President djacobs@amscanada.com Phone
(403) 291-7434 Fax (403) 291-9717

**Davidson Engineering Resources, Inc.**    **Phone** (520) 977-9824    **Fax** (520) 232-3660
Due to excessive Spam, all email hyperlinks from this web site have been disabled - please use the following AOL account
FAADERServices @ AOL . COM .

**EXHIBIT 7**



**AMS** AeroMechanical Services Ltd.

Ph: 1.866.250.9956
support@amscanada.com

AMSCANADA.com
Safety. Efficiency. Economy.

Why afirs? | Our Clients | Support | Other Solutions | Our Team | About Us | Investors | Contact Us

## Other Solutions

In addition to our afirs UpTime solution, AMS also provides storage, cabin cleaning, and safety solutions for the airline industry including:

**Underfloor Stowage Unit | AeroQ™ Cabin Cleaning System**

**EXHIBIT 8**

AMS - An AeroMechanical Services Ltd. Company

 **AeroMechanical Services Ltd.**

PH.1.866.250.9956
support@amscar



AMSCANADA.
Safety. Efficiency. Eco

| Why afirs? | Our Clients | Support | Other Solutions | Our Team | About Us | Investors |

---

### AeroMechanical News Updates

Please click on the news item name for the full story or search by keyword or date

**Search News**

⦿ By Keywords

⃝ By Publish Date

(dd-mm-yyyy)

Go

**Read News**

**RSS Reader**

**Categories**

☒ ALL
No Categories

**Next**

### AEROMECHANICAL SERVICES LTD. ANNOUNCES ADDITIONAL A320 CONTRACT
Published on 17-12-2007                **Print Version**

# NEWS RELEASE

### AEROMECHANICAL SERVICES LTD.
### ANNOUNCES ADDITIONAL A320
### CONTRACT

AMS - An AeroMechanical Services Ltd. Company

## *For Immediate Release*
## *DECEMBER 17, 2007*

**AeroMechanical Services Ltd.**      **TSX-V**
**Trading Symbol "AMA"**

**A Tier 2 Industrial Issuer**

**Calgary 12/17/2007** – AeroMechanical Services Ltd. (AMA on TSX-V) is pleased to announce it has signed a contract to provide its patented solution with an eastern hemisphere airline that has a growing fleet of Airbus A320 aircraft, in addition to the contract announced December 14th with a significant European carrier. The initial contract with this second airline is for four aircraft with further additions as the fleet size increases.

"We are very excited to add this carrier to our growing list of over 25 customers" AeroMechanical CEO Bill Tempany said.

Due to the competitive nature of the marketplace, AMA will not disclose the airline's name and specific location.

The addition of this airline with brings the number of aircraft under contract this year to 504. Those aircraft are owned by 16 different airlines. These four additions increase the total aircraft under contract to 681 from 25 different carriers. There are currently 90 aircraft that are equipped with the afirs™ UpTime™ solution.

"Our customers are seeing a substantial rate of return on investment in the use of our technological solutions," Mr. Tempany added. Our clients are giving us strong references about how well our solutions work and the operational savings they realize. All of that makes it much easier for future customers to take advantage of our proven track record,." Mr. Tempany concluded.

**About AeroMechanical Services Ltd.**

AeroMechanical Services Ltd. provides proprietary technological solutions and services designed to reduce costs and improve efficiencies in the airline industry. The company has successfully commercialized three products and associated services currently marketed to airlines, manufacturers and maintenance organizations around the world. Its premier technology afirs™ UpTime™ allows airlines to monitor and manage aircraft operations anywhere, anytime, in real-time.

**For more information on AMS contact:**

AMS.- An AeroMechanical Services Ltd. Company                                    Page 4 of 5

Tom French , CFO

AeroMechanical Services Ltd

(403) 291-7427

tfrench@amscanada.com

Bob Beaty

The Howard Group Inc.

Toll Free: 1-888-221-0915

**Info@howardgroupinc.com**

**www.howardgroupinc.com**

*afirs, UpTime, FLYHT and aeroQ are Trade Marks of*
*AeroMechanical Services Ltd.*

The TSX Venture Exchange has not reviewed and does

not accept responsibility for the adequacy or accuracy of
this press release.


**NOT FOR DISTRIBUTION TO UNITED STATES
NEWSWIRE         SERVICES         OR         FOR
DISSEMINATION IN THE UNITED STATES**
## NEWS RELEASE

Powered by Comdev News Publisher

**EXHIBIT 9**

AMS - AeroMechanical Services Ltd.                                    Page 1 of 2

 AeroMechanical Services Ltd.

Ph: 1.866.250.9956
support@amscanada.com



| Why afirs? | Our Clients | Support | Other Solutions | Our Team | About Us | Investors | Contact Us |

## Support & Service

At AMS, we pride ourselves on outstanding customer service, efficient installation, and exceptional technical support.

**Customer Service**

Our business is grounded in providing the absolute best in client service. Our dedicated sales and client service staff are committed to assisting airlines to get the most of the afirs UpTime system. Our team trains airline staff in all aspects of the afirs UpTime solution, enabling you to customize the data, triggers, and reporting to your specific needs and goals.

**Efficient Installation**

Working within the airlines' schedules, AMS provides on-site installation anywhere in the world.

**Technical Support**

Our easy-to-use web-based client interface allows airline staff to produce reports and access data quickly and easily without relying on technical staff. Our UpTime servers are housed off-site and managed by IBM – reducing the risk of any downtime while ensuring data security. If necessary, AMS retains a remote-access technician available 24/7.

## Our Sales Team:

**Michael Fang, MBA**
**Vice President of China Operations**
**Calgary, Alberta**

Michael graduated from the Civil Aviation University of China, after which he completed his MBA at the University of Calgary. He has been working for airlines in China for more than 12 years. He offers a wealth of experience in engineering, business management, and business relationships.

---

**Derek Taylor**
**Director of Technical Sales**
**Calgary, Alberta**

Derek's role is to provide technical support to the Sales team, as well as support the implementation requirements of the various airlines utilizing afirs UpTime capabilities. Mr. Taylor has more than 10 years of experience in sales and mechanical and certification engineering in and around the aviation industry.

---

**Gilles Landry**
**Sales Director**
**Cornwall, Ontario**

Gilles heads up sales of strategic airline accounts. Mr. Landry has more than 20 years of experience in sales management in sales and sales management in and around the aviation industry. He is also an avid GA pilot.

---

**Carlos A. Gonzalez**
**Sales Director**
**Miami, Florida**

Carlos has over 17 years of diverse aviation experience, which have enabled him to build strong global airline relationships. Prior to joining AMS, Mr. Gonzalez spent more than 7 years focused in avionics sales, where he introduced and developed a customer base in the US, Latin America, and Asia/South Pacific. Carlos is focused on opportunities in the United States, as well as Central and South America.

AMS - AeroMechanical Services Ltd.                                          Page 2 of 2

**Peter Bernhardsgruetter**
Sales Director
Europe

Peter is a Swiss native with more than 30 years of experience in aircraft electrical systems in the commercial aircraft industry, bringing extensive technical, marketing, customer relations, and sales knowledge to AMS. Prior to joining AMS, Mr. Bernhardsgruetter worked for Swissair, leading customer support and sales activities for a US system manufacturer in Europe. Peter is focused on opportunities in Europe and the Middle East.

**EXHIBIT 10**



US007203630B2

(12) **United States Patent**
   Kolb et al.

(10) Patent No.: **US 7,203,630 B2**
(45) Date of Patent:       **Apr. 10, 2007**

(54) **AIRCRAFT FLIGHT DATA MANAGEMENT SYSTEM**

(75) Inventors: **Kurt Kolb**, Calgary (CA); **Kent Jacobs**, Calgary (CA); **Darryl Jacobs**, Calgary (CA)

(73) Assignee: **Aeromechanical Services Ltd.**, Calgary, Alberta (CA)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 398 days.

(21) Appl. No.: 10/605,962

(22) Filed: **Nov. 10, 2003**

(65) **Prior Publication Data**

US 2004/0260777 A1   Dec. 23, 2004

**Related U.S. Application Data**

(60) Provisional application No. 60/319,687, filed on Nov. 11, 2002.

(51) Int. Cl.
*G06G 7/48*   (2006.01)

(52) U.S. Cl. ............................................................ **703/6**

(58) Field of Classification Search ................ 703/6
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,644,494 A | * | 2/1987 | Muller | 711/152 |
| 5,890,079 A | | 3/1999 | Levine | 701/14 |
| 5,974,349 A | | 10/1999 | Levine | 701/14 |
| 6,047,165 A | | 4/2000 | Wright et al. | 455/66 |
| 6,092,008 A | * | 7/2000 | Bateman | 701/14 |
| 6,104,914 A | | 8/2000 | Wright et al. | 455/66 |
| 6,108,523 A | | 8/2000 | Wright et al. | 455/66 |
| 6,148,179 A | | 11/2000 | Wright et al. | 455/66 |
| 6,154,636 A | | 11/2000 | Wright et al. | 455/66 |
| 6,154,637 A | | 11/2000 | Wright et al. | 455/66 |
| 6,160,998 A | | 12/2000 | Wright et al. | 455/66 |
| 6,163,681 A | | 12/2000 | Wright et al. | 455/66 |
| 6,167,238 A | | 12/2000 | Wright | 455/66 |
| 6,167,239 A | | 12/2000 | Wright et al. | 455/66 |
| 6,173,159 B1 | | 1/2001 | Wright et al. | 455/66 |
| 6,181,990 B1 | | 1/2001 | Grabowsky et al. | 701/14 |
| 6,249,913 B1 | * | 6/2001 | Galipeau et al. | 725/76 |
| 6,278,913 B1 | | 8/2001 | Jiang | 701/3 |
| 6,308,044 B1 | | 10/2001 | Wright et al. | 455/66 |
| 6,308,045 B1 | | 10/2001 | Wright et al. | 455/66 |
| 6,799,094 B1 | | 9/2004 | Vaida et al. | 701/3 |
| 2001/0036822 A1 | * | 11/2001 | Mead et al. | 455/414 |

OTHER PUBLICATIONS

Levine, S: "The remote aircraft flight recorder and advisory telemetry system-RAFT (patient pending) and its application to unifying the total digital avionics system" Digital Avionics System Conference, 1998.

* cited by examiner

*Primary Examiner*—Hugh Jones
(74) *Attorney, Agent, or Firm*—Bennett Jones LLP

(57) **ABSTRACT**

A flight data collection and transmission system includes a data interface for receiving digital flight data, means for formatting the data as a binary or text file, means for incorporating the data file into an email, means for transmitting the email using a communication system. A method of collecting and transmitting aircraft data includes the steps of receiving and storing digital flight data, creating a data file and transmitting the data as part of an email upon the happening of a defined event.

**10 Claims, 8 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5

**Flight Data Report**

| | | |
|---|---|---|
| Registration ....................... | C-TIME | |
| S/N ................................. | 100 | |
| Date ............................... | 14 September 2000  08:22:32 UTC | |
| Location ........................... | N 53 40 09  W 113 28 32 | |
| | | |
| Startup Location ................. | N 51 06 50  W 114 01 13 | |
| Time at Startup ................... | 07:15:08 UTC | |
| Time Airborne ................... | 07:22:15 UTC | |
| Time Touchdown ................ | 08:12:23 UTC | |
| Time at Shutdown ............... | 08:22:12 UTC | |
| Shutdown Location.............. | N 53 40 09  W 113 28 32 | |
| | | |
| Air Time .......................... | 00:50:08 | |
| Block Time ....................... | 01:06:57 | |
| | | |
| Block Fuel Usage ............... | 826 lbs | |
| | | |
| APU Start Time ................. | 07:02:14 UTC | |
| ..................................... | 07:02:58 UTC | |
| APU Run Time ................. | 00:15:43 | |
| | | |
| Engine Start Time .............. | 07:17:14 UTC | 07:15:08 UTC |
| Engine Shutdown Time ......... | 08:22:12 UTC | 08:22:11 UTC |
| Engine Elapsed Time .......... | 01:04:58 | 01:06:57 |
| | | |
| Over Temperature .............. | -- | -- |
| Over Torque ..................... | -- | -- |
| Reduced Power T/O ........... | --% | --% |

## FIG. 6

Engine Trend Data Report

| | | |
|---|---|---|
| Registration | .................... | C-TIME |
| S/N | ................................ | 100 |
| Date | ................................ | 14 September 2000  08:22:32 UTC |
| Location | ......................... | N 53 40 09  W 113 28 32 |

| | #1 | #2 |
|---|---|---|
| Altitude | 18,000 | 18,000 |
| Airspeed | 198 | 198 |
| Outside Air Temp | -21°C | -21°C |
| Propeller RPM | 1050 | 1050 |
| Propeller Torque | 74% | 74% |
| $N_{HP}$ RPM | 29,887 | 29,967 |
| $N_{LP}$ RPM | 24,376 | 24,380 |
| ITT | 734°C | 742°C |
| Fuel Flow | 450 | 461 |

## FIG. 7



FIG. 8

US 7,203,630 B2

**1**

# AIRCRAFT FLIGHT DATA MANAGEMENT SYSTEM

## CROSS REFERENCE TO RELATED APPLICATIONS

This application claims the priority of U.S. provisional patent application 60/319,687 filed on Nov. 11, 2002.

## BACKGROUND OF INVENTION

The present invention relates to an aircraft flight data management system and, more particularly, to an on-board data acquisition, storage and transmission system.

It is common for aircraft to generate records of operational and performance data for each flight of the aircraft. The data are utilized in the event of an accident or an incident and to assist in maintenance of the aircraft by detecting faulty components or gradual deterioration of a system or component. The data may also be used to improve efficiency of the operation, to optimize aircraft utilization, to assist in reviewing crew performance, and to assist in logistical planning activities such as scheduling and routing.

Aircraft data are typically gathered by a digital flight data acquisition unit (DFDAU). The DFDAU is the interface unit between all of the aircraft sensors and data buses and the flight data recorder (FDR) which stores the data on magnetic or magnetic-optical media on older aircraft. Newer aircraft utilize digital solid-state memory media. When the aircraft lands, ground personnel board the aircraft, remove the media or download the data from memory, and physically mail the media to a flight operations center (FOC). The manual removal and posting of the data adds a significant labor cost, yields less than desirable data delivery reliability, and results in a significant time delay before the data are useful for analysis.

It is known to use radio frequency (RF) transmissions to transmit data relating to an aircraft. Such teachings, however, require substantial investments to construct the RF transmission systems required for such a system to work. Furthermore, it is very expensive to create redundancy in such a system.

It is also known to transmit data relating to an aircraft via a telephone system located in a terminal. Such a system, however, requires that the aircraft be docked at the gate before transmission begins, thereby resulting in a substantial delay in the transmission. Furthermore, such a system requires an added step of transmitting the data from the aircraft to the terminal telephone system, increasing the cost of installing, operating, and maintaining such a system.

In another prior art system, described in U.S. Pat. No. 6,181,990, aircraft data is recorded and transmitted using a cellular telephony infrastructure. The system is designed to transmit all digitally recorded flight data as a single file which may typically include 40 megabytes of data. A compression utility is included to reduce the size of the file being transmitted and to reduce transmission time. The data may be encrypted. The data is processed into datagrams which are assembled into UDP/IP packets, transmitted over a cellular communications system, and received at a flight operations centre, where the packets are reassembled, decompressed and unencrypted. This system is unwieldy because of the volume of data being transmitted and because cellular data transmission may result in significant data loss.

Thus, there is a need in the art for an aircraft data transmission system that reliably and automatically transfers

**2**

pertinent flight data from an aircraft to a remote location with little or no human involvement.

## SUMMARY OF INVENTION

The present invention provides an improved system for capturing, recording and transmitting aircraft data from an aircraft to a ground-based station. Therefore, in one aspect, the invention comprises an aircraft data transmission system comprising:

    (a) means for monitoring and collecting aircraft data;

    (b) means for formatting the data or a portion of the data as a binary or text file;

    (c) means for incorporating the binary or text file into an email message;

    (d) means for transmitting the email; and

    (e) communication means for carrying the email transmission to a ground station.

In another aspect, the invention may comprise a method of transmitting aircraft data from an aircraft comprising the steps of:

    (a) receiving digital flight data from an aircraft data bus or an discrete input or both;

    (b) storing the data to a flight data file;

    (c) creating a summary file upon a specified event or command;

    (d) transmitting the summary file in the form of an email or attached to an email via a radio transmitter.

In another aspect, the invention comprises an aircraft data collection and transmission system comprising:

    (a) means for monitoring aircraft data;

    (b) a rules database defining at least one aircraft data condition and a related action;

    (c) means for comparing the aircraft data to the rules database; and

    (d) means for implementing the action upon the aircraft data meeting an aircraft data condition.

## BRIEF DESCRIPTION OF DRAWINGS

The invention will now be described by way of an exemplary embodiment with reference to the accompanying simplified, diagrammatic, not-to-scale drawings. In the drawings:

FIG. 1 is a schematic representation of one embodiment of the present invention.

FIG. 2 is a schematic representation of a satellite constellation used in one embodiment of the present invention.

FIG. 3 is a block diagram of one embodiment of a data processing unit.

FIG. 4 is a block diagram showing functional components of one embodiment of a data processing unit.

FIG. 5 is a flowchart showing one embodiment of a method of the present invention.

FIG. 6 is a sample flight data report.

FIG. 7 is a sample engine trend data report.

FIG. 8 is a block diagram of a ground server configuration used in one embodiment of the present invention.

## DETAILED DESCRIPTION

The present invention provides for an aircraft data management system. When describing the present invention, all terms not defined herein have their common art-recognized meanings.

As used herein, "flight data" means a representation of any operation or performance parameter or variable which

US 7,203,630 B2

| 3 | 4 |

may be sensed or recorded during the operation of an aircraft. Flight data may include, without limitation, date and time, pressure, altitude, airspeed or groundspeed, vertical acceleration, magnetic heading, control-column position, rudder-pedal position, control-wheel position, horizontal stabilizer, fuel flow, photographic images, and video or audio recordings. Flight data may also include derivatives and representations of flight data.

As used herein, "email" or "electronic mail" refers to text messages transmitted from one computing device to another by means of computer networks. Email may include attachments which may include simple text (ASCII) files or computer files having proprietary formats. The structure and function of email clients and servers are well known in the art.

In general terms, as shown in FIG. 1, a system of the present invention includes an aircraft data processing unit (12) mounted in an aircraft (10). Also related to the system is a ground station server (14) which may serve as an information portal, as well as at least one maintenance/operations workstation (16) which may be remotely located. The data processing unit (12) connects to various aircraft data buses and accumulates flight data. The server (14) captures and archives the flight data and may preferably provide data reports to users of the system. A user, through the maintenance/operations workstation (16), may query and mine the data using tools comprising data analysis software included in the interface.

In one embodiment, as illustrated in FIG. 2, the method of communication between the data processing unit (12) and the remote server (14) includes a satellite link system employing a satellite modem (18) included in a communications module (36) which is part of the data unit (12), a constellation of satellites (22), to a ground satellite receiver (24), which links to a gateway (26) and the Internet (28) or other computer network. The satellite constellation may be either a plurality of geosynchronous satellites or low earth orbit satellites.

In one embodiment, a global positioning system (GPS) receiver (30) is included as part of the communications module (36). As is well known in the art, the GPS receiver (30) receives radio signals from GPS satellites (32) and calculates the position and altitude of the aircraft (10) which is provided as flight data to the data processing unit (12).

In one embodiment, the data processing unit (12) includes three physical modules. A data acquisition module (34) is the primary interface to the aircraft systems. A communication module (36) includes a communication device (18) such as satellite or cellular modem and a radio transceiver. A control module (38) controls the data acquisition and communication module and processes and stores flight data. The unit also includes a power supply unit (40) which accepts aircraft power and, if necessary, transforms it to lower voltages to supply to the data acquisition unit's circuits. Conventional aircraft power is 28 VDC.

In one embodiment, the power unit (40) is combined with the data acquisition module (34) and provides both 12 VDC and 3.3 VDC to the components of the data processing unit (12). The power unit (40) may connect to any switched aircraft bus (not shown). Optionally, a second 28 VDC input connected to the aircraft hot bus (not shown) can provide a backup power source in case the aircraft powers down during a data manipulation or transmission step. The second input may be configured to timeout after a set period of time to prevent draining the aircraft batteries.

The data acquisition module includes at least one data reader module (42) which interfaces to the aircraft's flight data recorder bus. Preferably, the data reader modules are capable of reading data in standard civilian formats such as ARINC 573 or 717 formats, and ARINC 429 used for communication between existing avionics units, which are well known in the art. Other data formats may be implemented such as military standards or proprietary formats. Additionally, the unit may include discrete input modules (44, 46). As used herein, a discrete input is any input from a source which is not part of an existing data bus. Examples of a discrete input may include cabin door switches, individual gauges or control items such as the lowering and raising of flaps. As well, a preferred embodiment may include a serial port interface (48) to permit connection of a computing device such as a laptop computer, a handheld or tablet computer, or a personal digital assistant (PDA). In one embodiment, a RS-422, or a RS 232, or a RS 422 with a RS 232 adapter interface is provided to permit connection to a PDA.

An aircraft identification plug (50) provides an identifier signal which is unique to the aircraft. The identifier signal may include information regarding the make, model and series of the aircraft as well as a serial number or other information which identifies the specific aircraft involved.

The communication module (36), besides including a satellite modem (18) or other communications device, may also include a GPS receiver (30) for use in instances where the aircraft does not have a GPS receiver. In a preferred embodiment, the communication module incorporates a satellite modem which includes a GPS receiver. Suitable satellite modems are commercially available, including a Magellan OM-200™ Stellar™ modem, or a Quake Global Q1500™ satellite modem. The specific mode of communication implemented by the communication module is not essential to the present invention. A UHF satellite system is currently preferred because of the global coverage which is provided by a satellite system. However, if cellular coverage is present, the present invention may utilize cellular telephony as the communication mode between the data processing unit (12) and the ground server (14). As well, VHF and HF radio transceivers may also be used. The data acquisition module (34) and the communications module (36) both communicate with the data storage and control module (38) which serves as the primary controller for the data acquisition unit (12). It is configured to control and monitor the data acquisition module, perform any necessary computations or conversions, format data into reports, and store reports and raw data into memory. The data storage and control module further communicates with and controls the GPS and communications module, described below, to process location information and transmit reports and data.

In one embodiment shown in FIG. 3, a microprocessor subsystem includes a processing unit (60) with non-volatile read-only memory and random-access memory (62). A logic device (64) provides additional memory and a peripheral decoding circuit. Another logic device (66) provide buffering and connection to an external memory card, such as a Compact Flash™ memory or other similar memory cards. An field programmable gate array (FPGA) (68) provides ARINC bus information decoding information for the processor (60). A maintenance access port (70) is an external serial interface used for software updates and data transfer. In one embodiment, the maintenance access port may include a standard RS 232 port as well as a port which is selectable between RS 232, RS 422 and RS 485 modes.

An alternative schematic representation of the data unit (12) is shown in FIG. 4. Functionally, the unit collects data from the aircraft databuses, from discrete signals and from the aircraft identifier plug (personality plug). The information is stored in RAM memory until it is written to the non-volatile memory or used to create a summary data file which is attached to an email, or formatted as an email, and transmitted over the communications system.

US 7,203,630 B2

5

The data storage and control module (38), or any of the data unit (12) modules, may be implemented by a general purpose computer programmed with appropriate software, firmware, a microprocessor or a plurality of microprocessors, programmable logic devices, or other hardware or combination of hardware and software known to those skilled in the art. The block diagrams of the modules illustrated in FIG. 3 or FIG. 4 are examples of an embodiment of the invention and are not intended to be limiting of the claimed invention in any manner.

FIG. 5 illustrates a flowchart of a method implemented by the data unit (12) in one embodiment. When the unit powers up (100), the GPS receiver is initialized (102) and the unit goes into a standby/monitoring mode. In standby/monitoring mode, all inputs are being monitored (104) and compared to a rules database which is stored in non-volatile memory, however, no data is being recorded or stored. The rules database defines aircraft data conditions or events which trigger certain functions of the unit (12). The rules database may be stored in memory in the data storage and control module (38). For example, an event may cause the unit to create a file (106). Another event may cause the unit to begin recording data (108) to the newly created file or to append data to an existing file. Data files may include a flight data recorder file (FDR file) which includes all relevant flight data, or a summary file which includes only summary data of certain inputs. Another event may cause the unit to close the data file (110), whereupon a copy of the file may be stored on the removable memory card (112). Yet another event may signal the unit to create a summary file (114) which may then be transmitted by email (116), either immediately or at a subsequent time.

As will be apparent to one skilled in the art, the definition of the rules in the rules database enables customization of the data files to be stored and transmitted, and the data reports which can be produced and manipulated by users. For example, the rules may be configured such that summary reports are created for flight times, block times and aircraft locations; engine start and shutdown times; engine performance data under various conditions for trend monitoring; engine performance limits and exceedance reporting; standard reports for auxiliary power unit (APU) usage (cycles and running time); APU performance data for trend monitoring; and fuel usage per engine per flight, amongst others. In addition, reports may be generated for Out, Off, On, In (OOOI) times, provide operational data used for Flight Operation Quality Assurance (FOQA) programs, or to monitor specific aircraft systems for user defined limits and report exceedances.

A sample flight data report generated from data contained in an email transmission may be formatted as shown in FIG. 6. A sample engine trend data report is shown in FIG. 7.

A "create file" event may be coincidental with the monitoring mode and may be triggered immediately upon power being applied to the unit (12). A "record data" event may be the starting of the aircraft engines or another preliminary flight event. A "close file" event will cause data, either in the form of a FDR file or a summary file or both, to be written to the removable memory card. A "close file" event may be triggered by an event signaling the end of a flight such as touchdown on a runway or the shutting down of aircraft engines. Alternatively, a "close file" event may occur during a flight, either by manual selection by the aircraft crew or by ground personnel or, for example, by a set of data conditions indicating an aberrant aircraft condition. The creation and transmission of a summary file may take place at any time during a flight or at the termination of a flight, depending on the data desired.

Each of the above examples of an "event" is intended to only exemplify the application of the rules database and not

6

to limit the possible rules and events which may be implemented in the present invention.

In one embodiment, a summary data file is a machine-readable file such as a binary file or a text file. The summary data file may be optionally encrypted using any suitable encryption method. Preferably, the summary file is readable only by unique software resident on the ground server (14), which provides an additional layer of security over and above the encryption of the file. The summary file preferably is limited to the aircraft identifier, data readings and data identifiers which may be packaged in a compact file of less than about 1 kilobyte and more preferably less than about 100 bytes. The summary file may then be incorporated into an email message, such as by attachment.

In a preferred embodiment, the data processing unit (12) includes an email client or email software which may store, send or receive emails using conventional methods over the chosen communication system. The email client may also connect with the PDA interface such that emails from the ground server (14), or from any email server connected to the ground server (14) may be relayed to the aircraft crew through the PDA. In this manner, advisories and other messages may be transmitted to the aircraft crew.

The data transmission from the data processing unit (12) is received by the satellite ground earth station (24), and routed through a gateway (26) to the ground server (14) over the Internet (28), a private computer network, a virtual private network (VPN) or over a public switched telephone network, as is well known in the art.

FIG. 8 illustrate a block diagram of a ground server (14) in one embodiment of the invention. The email transmission from the data unit (12) is received through a firewall (200) and into a first server (202) and a second server (204) through a second, internal firewall (206). The data file, which is likely a summary file, is stripped or derived from the email and is stored in a database (207) file either before or after decryption. Application software which resides on the server, or on remote user workstations, may then be used to generate data reports from the summary data. The system may be configured to automatically generate an email including a data report to a user via a SMTP mail server (208). Alternatively, or in addition, user access to the data may be provided over the Internet (HTTP or HTTPS) or over a private network or a VPN. Of course, a memory card reader (210) may be provided to transfer data from the removable memory card to the ground server.

As will be apparent to those skilled in the art, various modifications, adaptations and variations of the foregoing specific disclosure can be made without departing from the scope of the invention claimed herein. The various features and elements of the described invention may be combined in a manner different from the combinations described or claimed herein, without departing from the scope of the invention.

The invention claimed is:

1. An aircraft data transmission system comprising:
(a) means for monitoring and collecting aircraft data;
(b) means for formatting the data or a portion of the data as a binary or text file;
(c) means for incorporating the binary or text file into an email message;
(d) means for transmitting the email; and
(e) communication means for carrying the email transmission to a ground station.

2. The system of claim 1 further comprising a GPS receiver.

3. The system of claim 2 wherein the communication means comprises a satellite modem and transceiver.

US 7,203,630 B2

7

4. The system of claim 1 wherein the means for monitoring and collecting aircraft data comprises at least one aircraft databus interface.

5. The system of claim 4 wherein the means for monitoring and collecting aircraft data further comprises at least one discrete input interface.

6. The system of claim 1 wherein the binary or text file comprises a summary of the aircraft data or a portion of the aircraft data.

7. The system of claim 6 wherein the means for formatting the data or a portion of the data as a binary or text file comprises means for encrypting the binary or text file.

8

8. The system of claim 1 wherein the means for monitoring and collecting data comprises random access memory and a removeable non-volatile memory.

9. The system of claim 8 wherein the removeable non-volatile memory comprises a solid-state memory card.

10. The system of claim 1 further comprising a rules database comprising a plurality of aircraft data conditions and related actions, means for monitoring aircraft data and comparing aircraft data to the rules database.

* * * * *

**EXHIBIT 11**



# Agoracom

The Small Cap Epicenter

Request a new Forum

- Home
- Sign In
- Register

Search by Company Name or Stock Symbol

 Search

- Metals & Minerals
- Energy & Environment
- Technology & Medical
- Bricks & Mortar

- For Investors
- Public Company Services
- About Us
- Contact Us

 AeroMechanical Services Ltd.

Focused on Supplying Industry Needs with Accelerated end-to-end Business and Technology Solutions
Develops, Tests, Manufactures and Certifies Value Added Solutions for the Aerospace Industry
Close Window

- Hub Home
- Profile
- Discussion Forum
- Off-Topic Forum
- Stock Quotes
- Photos
- Press Releases
- Link Library
- WebCasts

Agoracom: Small Cap Investment - AeroMechanical - Discussion Forum Message    Page 2 of 4

- Agoracom Posts
- Events Calendar
- Management
- Media
- Disclaimer

Hub Controls
> Log In

- Control Panel Demo
- Upload Photo
- Edit Company Profile
- Add a Link
- Update Fast Facts
- Add Management Bios
- Add President Video
- Edit Your Profile

# Email Updates

| Email Address | Subscribe Search |

AeroMechanical > Press Release

- < Previous Message
- Back to Forum
- Post a New Message
- Next Message >



Agoracom Admin

## NEWS - Aeromechanical Services Announces Gino Ferronato as Chief Operating Officer and adds Key Personnel to Sales Force

Posted by: AGORACOM on February 07, 2007 11:11AM

**Calgary, Alberta CANADA, February 07, 2007 - AeroMechanical Services Ltd. (TSX - VX: AMA)**, is pleased to announce that Mr. Gino Ferronato has joined AMS as Chief Operating Officer; Mr. Gilles Landry, has been appointed to Director of OEM Sales, and Mr. Carlos A. Gonzalez has been appointed as the Director of U.S. Sales.

Mr. Ferronato brings a wealth of experience and knowledge to AMS focused in the areas of organizational management

and leadership within the Aviation and Telecommunications industries.

Prior to joining AMS, Mr. Ferronato spent two years as a VP of Sales and Marketing within the Aerospace Industry. During this tenure he was instrumental in developing the business model of the organization, as well as the sales and marketing structures, processes, strategies and tools for the company. Mr. Ferronato was also responsible for all advertising and marketing initiatives worldwide and acted as a liaison between the manufacturers and the company in the supply chain, ensuring smooth and productive relationships.

Preceding entry into the Aerospace Industry, Mr. Ferronato spent 15 years in the Communications Industry in various senior executive and management roles, with a background focused on strong operations, sales and marketing.

In addition to Mr. Ferronato's appointment, Gilles Landry, has been appointed to the position of Director of OEM Sales with AeroMechanical. Mr. Landry will head up OEM (Original Equipment Manufacturer) sales along with strategic airline accounts. Mr. Landry brings more than 20 years of experience in sales management in the aviation industry.

Mr. Carlos A. Gonzalez was also appointed as the Director of U.S. Sales of AeroMechanical Services, and will be based at of Miami, Florida USA. Mr. Gonzalez, brings over 16 years of aviation experience in the area of domestic and international sales and marketing with extensive relationships throughout the industry.

"We are pleased to bring Gino, Gilles and Carlos to the AMS team." Stated Bill Tempany, CEO of AMS. "The enthusiasm and strong industry expertise of these individuals will give us the additional resources we need to drive our sales forward."

Mr. Ferronato has been granted, under the formal stock option plan approved at the Annual General Meeting held on June 6, 2006, incentive stock options for a total of 50,000 common shares of the Corporation at a price of $0.385 per share for a period of three years, subject to regulatory approval. The options vest immediately and expire equally at the third (1/3) each year on December 31, 2007, 2009, and 2010. A maximum of 10% of the issued shares are reserved for the issuance of the Corporation's Stock Option Policy.

**About AeroMechanical Services Ltd.** www.amscanada.com/

AeroMechanical Services Ltd. provides proprietary technologies and services designed to reduce costs and improve efficiencies in the airline industry. The company has successfully commercialized three products and associated services currently marketed to airlines, manufacturers and maintenance organizations around the world. Its premier technology Automated Flight Information Reporting System (AFIRS(tm)) and UpTime(tm) allows airlines to monitor and manage aircraft operations in real time, all the time, anywhere on the planet.

**For more information on AMS contact:**

David Gordon / Grant Howard
The Howard Group Inc.
Toll Free: 1-888-221-0915
Info@howardgroupinc.com
www.howardgroupinc.com

*AFIRS, UpTime, AeroQ and Smart Box are Trade Marks of AeroMechanical Services Ltd.*

**The TSX Venture Exchange has not reviewed and does not accept responsibility for the adequacy or accuracy of this press release.**
Did You Know?

Agoracom: Small Cap Investment - AeroMechanical - Discussion Forum Message                    Page 4 of 4

AGORACOM has implemented a voting system to let you vote on the value of fellow members. Please vote now by selecting 1-5 green stars for each member. This is the start of putting forum leaders in control of quality.

Log in to Recommend 
0 members recommend this.

- < Previous Message
- Back to Forum
- Post a New Message
- Next Message >

Report this message as a violation.
Post a Reply

Please login to reply to this message.

Executive Address



Bill Tempany
CEO
June 28, 2007

Bill Tempany provides an update on the current status and new Company initiatives in the latest edition of the AOL Small Cap Show.

View Broadcast

Stock Quote
LastChangeBid0 .900.070.90
AskVolume 555.520.92
k

| AMA:CA | 0.90 ▲ 0.07 |

Intraday Price - AMA:CA
0.950
0.900
0.850
0.800
0.750

10am    12pm    2pm
⊕ quotemedia.com

| Today | 5d | 1m | 3m | 1y | 5y | 10y |

TIME & SALES

- Privacy Policy |
- Terms and Conditions |
- Contact |
- Help |
- Home

**EXHIBIT 12**

# California Business Portal

Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of DEC 07, 2007 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| ALOHA AIRLINES, INC. | | |
| **Number:** C2002252 | **Date Filed:** 2/18/1997 | **Status:** active |
| **Jurisdiction:** DELAWARE | | |
| **Address** | | |
| 371 AOKEA PL | | |
| HONOLULU, HI 96819 | | |
| **Agent for Service of Process** | | |
| C T CORPORATION SYSTEM | | |
| 818 WEST SEVENTH ST | | |
| LOS ANGELES, CA 90017 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

**EXHIBIT 13**

# Aloha Airlines

From Wikipedia, the free encyclopedia

**Aloha Airlines** is an American airline headquartered in Honolulu, Hawaii, USA. It operates extensive scheduled services within the Hawaiian Islands, and between Hawaii and the West Coast of the United States. Its main hub is Honolulu International Airport, with focus cities at Orange County's John Wayne Airport, and Maui's Kahului Airport. [1]

The longest inter-island route is 216 miles, while the shortest route is a mere 62 miles. Average length of travel per inter-island flight is 133 miles. Aloha also markets some inter-island routes served by partner Island Air, and passengers may earn miles in either its own frequent flyer program, AlohaPass, or in United Airlines' Mileage Plus program.[2][3][4]

Aloha is a Hawaiian word expressing affection or love, commonly used as a greeting.



| Aloha Airlines | |
|---|---|
| IATA **AQ** | ICAO **AAH** | Callsign **ALOHA** |
| **Founded** | 1946 (as Trans-Pacific Airlines) |
| **Hubs** | Honolulu International Airport |
| **Focus cities** | John Wayne Airport Kahului Airport |
| **Frequent flyer program** | AlohaPass |
| **Member lounge** | Alii Club |
| **Fleet size** | 25 |
| **Destinations** | 11 |
| **Parent company** | Aloha Airgroup, Inc. |
| **Headquarters** | Honolulu, Hawaii |
| **Key people** | David A. Banmiller (CEO) |
| **Website:** http://www.alohaairlines.com | |

## Contents

- 1 History
- 2 Codeshares
- 3 Destinations
  - 3.1 United States
    - 3.1.1 California
    - 3.1.2 Hawaii
    - 3.1.3 Nevada
- 4 Fleet
- 5 Incidents and accidents
- 6 References
- 7 External links



1956 Logo



Late 50's Logo



1965 Logo

# History

The airline was founded as charter carrier **Trans-Pacific Airlines** by publisher Ruddy Tongg as a competitor to Hawaiian Airlines, commencing operations on Aloha Friday, July 26, 1946 with a single war-surplus Douglas C-47 (DC-3) on a flight from Honolulu to Maui and Hilo. The name reflected Tongg's vision of a trans-oceanic airline connecting California, Hawaii, and China. It soon earned the nickname "The Aloha Airline," and was flying four aircraft by the end of the year. Approval to operate as a scheduled airline came when President Harry S. Truman signed the certificate on February 21, 1949, with the first scheduled flight on June 6, 1949, following ceremonies held the previous day.



Late 1970s Logo

In 1952, the airline reported its first annual profit: $36,410.12. The airline's market share rose to 30% that year, up from 10% in 1950, the year the airline adopted the name **TPA-The Aloha Airline**. However, the introduction of the Convair 340 at Hawaiian halted further growth TPA's market share for over five years. In 1958, real estate developer Hung Wo Ching, whose family held a sizable stake in the airline and following overtures by Tongg, was elected president of the airline. In November of that year, the company changed its name again, becoming **Aloha Airlines**. On April 15, 1959, Aloha took delivery of its first Fairchild F-27 turboprop aircraft. These aircraft were unique to Aloha, built with a stronger keel beam and thicker belly skin to satisfy concerns about ditching the high-wing aircraft. That summer, Aloha's market share jumped to 42%.

Aloha retired its last DC-3 on January 3, 1961, becoming the second airline in the United States to operate an all-turbine fleet. In 1963, the airline took delivery of two Vickers Viscounts from Austrian Airlines and soon acquired a third. Soon, the airline made the move to pure jets, with its first BAC One-Eleven arriving in Honolulu on April 16, 1966. The last F-27 was retired from service in June 1967. As Hawaiian took delivery of larger Douglas DC-9-30s, Aloha realized its smaller One-Elevens, which also took performance penalties in Kona, put it at a disadvantage. The airline went shopping and placed an order for two Boeing 737-200s in December. Named "Funbirds", the Boeing jets entered service on March 2, 1969. The massive capacity increase hurt both airlines, and in 1970, the first of three unsuccessful merger attempts between the two rivals (the others coming in 1988 and 2001) was made. In October 1971, the airline sold its remaining Viscounts and became an all-jet airline.

In 1983, Aloha introduced its AlohaPass frequent flyer program. In 1984, the airline leased a McDonnell Douglas DC-10-30, and on May 28th, inaugurated service with the aircraft between Honolulu, Guam, and Taipei under the name **Aloha Pacific**. The operation, however, was unable to compete with the pressure placed on it by Continental, and was discontinued on January 12, 1985. In October of that year, Aloha acquired Quick-Change 737 aircraft that could be quickly converted from passenger configuration to an all-cargo freighter configuration for nighttime cargo flights. In February 1986, Aloha began weekly flights between Honolulu and Kiritimati (Christmas Island), becoming the first airline to operate ETOPS 737s.

In late 1986, Ching and vice-chairman Sheridan Ing announced plans to take the company private, and it remained in the hands of the Ing and Ching families until its emergence from bankruptcy in 2006, when additional investors including The Yucaipa Cos., Aloha Aviation Investment Group, and Aloha Hawaii Investors LLC took stakes in the airline. In 1987, the airline acquired Princeville Airways, renaming Aloha IslandAir, which became known as Island Air in 1995. In 2003, Island Air was sold to Gavarnie Holding and became an independent airline.

On February 14, 2000, the airline began mainland service, flying newly delivered Boeing 737-700s from Honolulu and Kahului to Oakland, California.

Rising costs and an economic recession in Japan put Aloha into a defensive position in the early 2000s, soon exacerbated by the September 11, 2001 terrorist attacks, the SARS panic of 2003, and soaring fuel prices. On December 30, 2004, Aloha Airlines filed for Chapter 11 bankruptcy protection in an attempt to cut costs and remain competitive with other airlines serving Hawaii. Following approval of new labor contracts and securing additional investment by new investors, the airline emerged from bankruptcy protection on February 17, 2006. On August 30, 2006, Gordon Bethune was named Chairman of the Board.

The airline is wholly owned by the Aloha Airgroup and has 3,482 employees.[5]

# Codeshares

Aloha Airlines has codeshare agreements with the following airlines:[4]

- Island Air
- United Airlines

# Destinations

Aloha Airlines serves the following cities (as of **November 2007**):[2]

## United States

### California

- Oakland (Oakland International Airport)
- Sacramento (Sacramento International Airport)
- San Diego (San Diego International Airport)
- Santa Ana (John Wayne Airport) **Focus City**

### Hawaii

- Hilo (Hilo International Airport)
- Honolulu, Oahu|Honolulu (Honolulu International Airport) **Hub**
- Kahului, Maui|Kahului (Kahului Airport) **Focus City**
- Kona (Kona International Airport)
- Lihue (Lihue Airport)

### Nevada

- Las Vegas (McCarran International Airport)
- Reno (Reno/Tahoe International Airport)

* **Note:** Aloha Airlines also codeshares on Island Air flights to Hoolehua, Kapalua, and Lanai City using de Havilland Canada Dash 8 aircraft.

# Fleet

As of December 2007, the Aloha Airlines fleet consists of the following 25 aircraft:
[6]



Boeing 737-200

### Aloha Airlines Fleet

| Aircraft ⊠ | Total ⊠ | Passengers (First/Economy) ⊠ | Routes ⊠ | Notes ⊠ |
|---|---|---|---|---|
| Boeing 737-200 | 10 | 127 (0/127) | Hawaii Inter-Island | |

| Boeing 737-200C | 6 | Cargo | Hawaii Inter-Island Cargo | |
| Boeing 737-700 | 8 | 124 (12/112) | US Mainland | |
| Boeing 737-800 | 1 | 162 (12/150) | US Mainland (primarily Kahului-Sacramento) | Leased from TransAvia from November 2007 - April 2008 [7] |

As of December 2007, the average age of the Aloha Airlines fleet is 17.9 years.[8]

# Incidents and accidents

- On April 28, 1988, Aloha Airlines Flight 243 Boeing 737 (N73711) inter-island flight from Hilo Airport to Honolulu International Airport carrying 89 passengers and six crew experienced rapid decompression when an 18 foot section of the fuselage roof and sides was torn from the airplane. One flight attendant (Clarabelle Lansing) was ejected from the aircraft during the decompression and is presumed dead. Several passengers sustained life-threatening injuries including instances of massive head wounds. The aircraft declared an emergency and landed at Kahului Airport on Maui with slight difficulty. Noise created by the rush of air rendered vocal communication useless and the crew had to use hand signals during landing. Investigations of the disaster concluded that the accident was caused by metal fatigue. The disaster caused almost all major United States air carriers to retire their oldest airplane models.[9]



Aloha Airlines Boeing 737-297, registration N73711, operating flight Aloha Airlines Flight 243 from Hilo to Honolulu at Kahului Airport on April 28, 1988 after its fuselage was torn away during flight.

The event was dramatised as a television movie titled *Miracle Landing* starring Connie Sellecca and Wayne Rogers. The incident is also the focus of an episode of the series *Mayday* (*Air Crash Investigation* and *Air Emergency*), shown on the Discovery Channel.

# References

1. ^ "Directory: World Airlines", *Flight International*, 2007-03-27, p. 73.
2. ^ a b Where we Fly (http://www.alohaairlines.com/WhereWeFly.php). Aloha Airlines. Retrieved on 2007-04-09.
3. ^ AlohaPass (http://www.alohaairlines.com/AlohaPass.php). Retrieved on 2007-04-09.
4. ^ a b Codeshare partners (http://www.alohaairlines.com/travel_info/travel_policies/_codeshare_faq.php)
5. ^ Daysog, Rick. "Fare war 'can easily go' second year (http://www.honoluluadvertiser.com/apps/pbcs.dll/article? AID=/20070603/NEWS01/706030377/1001/NEWS)", *The Honolulu Advertiser*, 2007-06-03. Retrieved on 2007-06-03.
6. ^ Aloha Airlines Fleet Detail (http://airfleets.net/flottecie/Aloha%20Airlines.htm)
7. ^ Aloha to lease a 737-800 for 2007 winter season (http://airliners.net/discussions/general_aviation/read.main/3610402/)
8. ^ Aloha Airlines Fleet Age (http://www.airfleets.net/ageflotte/?file=calcop&opp=Aloha%20Airlines)
9. ^ Aloha Airlines Crash (http://www.airdisaster.com/cgi-bin/view_details.cgi? date=04281988&reg=N73711&airline=Aloha+Airlines)

- Young, Branden. "Aloha Airlines: Ready to Protect Their Beachfront in Paradise", *Airliners: The World's Aviation Magazine*, Airliners Publications, July/August 2006, pp. 35-39.
- Forman, Peter (2005). *Wings of Paradise: Hawaii's Incomparable Airlines*. Kailua, HI: Barnstormer Books. ISBN 978-0-9701594-4-1.

# External links

- Aloha Airlines (http://www.alohaairlines.com/)
- *Spirit of Aloha (http://www.spiritofaloha.com/)* (inflight magazine)
- Planespotters.net: Aloha Airlines Fleet Detail (http://www.planespotters.net/Airline/Aloha_Airlines?show=all)

Retrieved from "http://en.wikipedia.org/wiki/Aloha_Airlines"

Categories: All articles with unsourced statements | Articles with unsourced statements since April 2007 | Airlines of the United States | Companies based in Hawaii | Airlines established in 1946

- This page was last modified 23:04, 20 December 2007.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.)
  Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a U.S. registered 501(c)(3) tax-deductible nonprofit charity.

**EXHIBIT 14**



# Agoracom

The Small Cap Epicenter

Request a new Forum

- Home
- Sign In
- Register

Search by Company Name or Stock Symbol

 Search

- Metals & Minerals
- Energy & Environment
- Technology & Medical
- Bricks & Mortar

- For Investors
- Public Company Services
- About Us
- Contact Us

 **AeroMechanical Services Ltd.**

Focused on Supplying Industry Needs with Accelerated end-to-end Business and Technology Solutions
Develops, Tests, Manufactures and Certifies Value Added Solutions for the Aerospace Industry
Close Window

- Hub Home
- Profile
- Discussion Forum
- Off-Topic Forum
- Stock Quotes
- Photos
- Press Releases
- Link Library
- WebCasts

- Agoracom Posts
- Events Calendar
- Management
- Media
- Disclaimer

Hub Controls
> Log In

- Control Panel Demo
- Upload Photo
- Edit Company Profile
- Add a Link
- Update Fast Facts
- Add Management Bios
- Add President Video
- Edit Your Profile

# Email Updates

| Email Address | Subscribe Search |

AeroMechanical > Press Release

- < Previous Message
- Back to Forum
- Post a New Message
- Next Message >



Agoracom Admin

### NEWS - AeroMechanical Commences Shipments to China Eastern Airlines

Posted by: AGORACOM on February 27, 2006 09:14AM

**Calgary, Alberta CANADA, February 27, 2006 - AeroMechanical Services Ltd. (AMA - TSX Venture),** a
Company that specializes in providing economical products that enhance the profitability and safety of airlines around
the world, is pleased to announce that it has shipped 5 AFIRS(tm) Global Communication Systems and supporting
technology under its contract for aircraft of China Eastern Airlines. The terms of the contract calls for AeroMechanical
to ship a minimum of 65 AFIRS(tm) Global Communication Systems to China Eastern Airlines by August of this year.

The 65 units are expected to generate initial revenues in excess of $350,000 USD. Once installed, AMS expects minimum annual recurring revenues of $230,000 USD.

The initial order is scheduled to be installed on Boeing 737 Series 300, 700 and 800 aircraft during February and March 2006.

``We are pleased to begin shipping product to China Eastern Airlines demonstrating the traction we are gaining in the massive Asian market. With our product adoption rates increasing, we expect to become the defacto standard for real time aircraft communications in the Far East markets``, stated Darryl Jacobs, President of AMS.

This press release is available on the AeroMechanical IR HUB for investor questions, commentary and feedback at: http://www.agoracom.com/ir/aeromechanical Alternatively, investors can e-mail their questions or comments directly to AMA@agoracom.com or asked to be placed on the AeroMechanical investor e-mail list to receive all future press releases directly.

**About AeroMechanical Services Ltd.**

AeroMechanical Services Ltd. provides proprietary technologies and services designed to reduce costs and improve efficiencies in the airline industry. The company has successfully commercialized three products and associated services currently marketed to airlines, manufacturers and maintenance organizations around the world. Its premier technology Automated Flight Information Reporting System (AFIRS(tm)) and UpTime(tm) allows airlines to monitor and manage aircraft operations in real time, all the time, anywhere on the planet.

Certain statements contained in this News Release constitute forward-looking statements. When used in this document, the words ``may``, ``would``, ``could``, ``will`` and similar expressions, as they relate to AMS or its management are intended to identify forward-looking statements. Such statements reflect AMS's current views with respect to future events and are subject to certain risks, uncertainties and assumptions. Many factors could cause AMS's actual performance or achievements to vary from those described herein. Should one or more of these factors or uncertainties materialize, or should assumptions underlying forward-looking statements prove incorrect, actual results may vary materially from those described herein as intended, planned, anticipated, believed, estimated or expected. AMS does not assume any obligation to update these forward-looking statements.

**For further information:**

Darryl Jacobs, President

AeroMechanical Services Ltd

(403) 291-7434

djacobs@amscanada.com

Murray Malley, VP Finance and CFO

AeroMechanical Services Ltd

(403) 291-7427

mmalley@amscanada.com

David Gordon / Grant Howard

The Howard Group Inc.

Toll Free: 1-888-221-0915

Info@howardgroupinc.com

AGORA Investor Relations

http://www.agoracom.com/ir/aeromechanical

AMA@agoracom.com

AFIRS, UpTime, AeroQ and Smart Box are Trade Marks of AeroMechanical Services Ltd.

The TSX Venture Exchange does not accept responsibility for the adequacy or accuracy of this release.

Did You Know?

AGORACOM has implemented a voting system to let you vote on the value of fellow members. Please vote now by selecting 1-5 green stars for each member. This is the start of putting forum leaders in control of quality.

Log in to Recommend 🖼
0 members recommend this.

- ≤ Previous Message
- Back to Forum
- Post a New Message
- Next Message ≥

Report this message as a violation.
Post a Reply

Please login to reply to this message.

Executive Address



Bill Tempany
CEO
June 28, 2007

Bill Tempany provides an update on the current status and new Company initiatives in the latest edition of the AOL Small Cap Show.

View Broadcast

Stock Quote

| LastChangeBid | 0.80 0.00 0.83 |
| AskVolume | 237.2 0.82 k |

| AMA:CA | 0.83 ▬ 0.00 |

Intraday Price - AMA:CA
0.900
0.850
0.800
0.750
10am    12pm    2pm
© quotemedia.com

| Today | 5d | 1m | 3m | 1y | 5y | 10y |

**TIME & SALES**

- Privacy Policy |
- Terms and Conditions |
- Contact |
- Help |
- Home

**EXHIBIT 15**

California Secretary of State - California Business Search - Corporation Search Results          Page 1 of 1

# California Business Portal

Secretary of State DEBRA BOWEN

| SECRETARY OF STATE | ELECTIONS & VOTER INFO | POLITICAL REFORM | CA BUSINESS PORTAL | ARCHIVES & MUSEUM | OTHER SERVICES |

**Business Search**
**Corporations**

## Corporations

**Printer Friendly Page**

**New Search**

**Search Tips**

**Field Definitions**

**Status Definitions**

**Name Availability**

**Corporate Records**

**Business Entities**
**Records Order Form**
  **Certificates**
  **Copies**
  **Status Reports**

**FAQS**

**Corporations Main Page**

**Site Search**

The information displayed here is current as of "DEC 07, 2007" and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| CHINA EASTERN AIRLINES CO. LTD. | | |
| Number: C2089428 | Date Filed: 6/24/1998 | Status: active |
| Jurisdiction: CHINA | | |
| **Address** | | |
| 55 S LAKE AVE STE 120 | | |
| PASADENA, CA 91101 | | |
| **Agent for Service of Process** | | |
| QIAOYI QIAN | | |
| 55 S LAKE AVE STE 120 | | |
| PASADENA, CA 91101 | | |

**Printer Friendly**

**New Search**

- For information about certification of corporate records or for additional corporate information, please refer to **Corporate Records**.
- Blank fields indicate the information is not contained in the computer file.
- If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code **Section 2114** for information relating to service upon corporations that have surrendered.

Copyright ©2001 California Secretary of State. **Privacy Statement**.

**EXHIBIT 16**

China Eastern Airlines - Non-Stop Flights Operated From: Los Angeles, California (LAX)    Page 1 of 2



 If your anti-virus software is not up to date, you could be open to dangerous infection!



FLIGHTS   ARTICLES   ALMANAC   MY TRIPS                    E-Mail                    Password                    LOGIN

FARECOMPARE   HELPS YOU GET THE BEST DEALS ON AIRFARES

FareCompare.com > Cities > Airports > Airlines > Non-Stop Flights Los Angeles, California (LAX)

**Grumpy Santa's Excellent Adventure!**
Grumpy Santa highlights the good, the bad, and the ugly of air travel. And you can win a free flight.
**PLAY NOW TO WIN**

## China Eastern Airlines - Non-Stop Flights From Los Angeles, California (LAX)

Fare Compare has compiled a non-stop destination flight listing for all cities served by China Eastern Airlines. This page lists all direct non-stop flights from Los Angeles, California (LAX) to every city and airport served directly by China Eastern Airlines.

**Flights**                                                                            Sponsored Ads

**AA.com- Holiday Fare Sale**        **Los Angeles Travel Deals**     **Flight to Los Angeles**     **Los Angeles Flights**
Fares Starting at $112 Round-        Cruises, Beaches and            Book Los Angeles Flights      Save Up To 70% On Los
Trip. Taxes. Fees, & ...             Honeymoons. Create the         Dire ...                      Angeles Fl...
www.AA.com                           Ultima...                       www.alaskaair.com             www.ShermansTravel.com/loss
                                     www.travel.latimes.com

From:

To:

Roundtrip    One-way
Depart:       Return:

Passengers: 1

**Did You Know?**
- The longest flight on China Eastern Airlines is 16:20 hours from New York to Shanghai.
- China Eastern Airlines largest plane has 328 seats.
- China Eastern Airlines has 63 flights each week from Ningbo, China.
- The shortest flight on China Eastern Airlines is 71 miles from Kunming to Luxi.

 FIND FARES

**Non Stop Flights on Other Airlines Departing from Los Angeles, California (LAX)**
To display the non-stop direct flights for all airlines serving **Los Angeles, California (LAX)**, click the city link to the left and then click the airline name from the list in the "Airlines Serving Los Angeles" section.

### On This Page

▶ Interesting Facts

▶ Nonstop Flights

China Eastern Airlines non stop direct flights departing Los Angeles International (LAX) airport

Articles

Almanac

| Code | Destination Airport | Destination City | State/Country |
|------|--------------------|-----------------| --------------|
| PVG  | Pu Dong            | Shanghai         | China         |

Airline Name Starts With  A B C D E F G H I J K L M N O P Q R S T U V W Y Z

Sign up to create, manage, and track trips online

E-mail

 SIGN UP



China Eastern Airlines - Non-Stop Flights Operated From: Los Angeles, California (LAX)   Page 2 of 2



FAQ | Terms & Conditions | Privacy Policy | Contact Us | Feedback | Credits

© 2007 FareCompare.com LP

**EXHIBIT 17**

News Release of The Howard Group's Client



**News Release**

January 29, 2007

**AeroMechanical Services Ltd.**

(TSX-V -AMA)

### Initiative to Expand Focus On Aircraft Manufacturers

CALGARY January 29, 2007:

AeroMechanical Services Ltd. (AMA:TSX.V) announced today that it has completed a long-term agreement with a highly respected FTSE 150 aerospace systems supplier, Meggitt, PLC. (MGGT.L)  Financial terms were not disclosed.

The companies will integrate AeroMechanical's products and services with Meggitt's industry leading aircraft on-board condition monitoring systems, and cooperatively market the product and service portfolio to airframe and engine manufacturers, as well as airlines and other end users. The combination will enable the timely fully-automated delivery of critical on board diagnostic and trend information to operators and Original Equipment Manufacturer's (OEMs) to improve dispatch reliability, optimize logistics, and minimize maintenance costs.

"This is an enormous window of opportunity for us to install our cutting-edge technology at the factory level," said AeroMechanical CEO Bill Tempany. "Everyone is familiar with an aircraft's black box (even though it is orange) that records voice and flight data that investigators use to determine why an aircraft crashed. AeroMechanical invented a lightweight (blue box) system that continuously reports an aircraft's status and gives pilots optional communication systems from wherever they are flying around the globe. Currently, the land-based system of radios between the pilot and a host of air traffic control centres leaves enormous gaps in parts of the world where pilots can't stay in constant contact."

AeroMechanical's equipment, called an Automated Flight Information Reporting System (AFIRS™), monitors as many as 2,000 functions of an aircraft and transmits any anomalies so operators and OEMs can instantly detect mechanical or maintenance issues. Airlines can also use AFIRS™ data to meticulously manage the aircraft's operation for maximum efficiency. In addition, AeroMechanical's AFIRS Global Voice satellite phone system allows pilots to have both voice or e-mail contact from any point in the world.

Under the terms of the contract with Meggitt, AeroMechanical's data collection technology (AFIRS™) and information delivery tools (UpTimeTM) will also be integrated with Meggitt's condition-monitoring sensors. "Collecting select data on an aircraft's functions can easily save an airline company with a fleet of 10 aircraft around one million dollars per year," Tempany said. "Then there is the immeasurable factor of saving lives because airlines can now use the data our equipment provides to pinpoint mechanical problem earlier. We have been working with Meggitt's staff for the last six months and have defined and captured opportunities around the world that would not ordinarily be available to us." Tempany said "This acceptance at the factory level makes our marketing to global airline companies that much easier," he added.

Meggitt provides "sensor-to answer" systems for a host of aircraft functions, such as monitors for engines. Richard Hayden, Senior Vice President of Meggitt stated: "Meggitt expects great things to come as a result of this agreement. This puts Meggitt at the forefront of automated delivery of data and immediately actionable information from our superior lineup of condition monitoring and navigation instrument systems."

AeroMechanical trades on the TSX Venture Exchange under the symbol 'AMA.'
Meggitt trades on the London Stock Exchange under the symbol 'MGGT.'

### About AeroMechanical Services Ltd. http://www.amscanada.com/

AeroMechanical Services Ltd. (AMA:TSX.V) provides proprietary technologies and services designed to reduce costs and improve efficiencies in the airline industry. The company has successfully commercialized three products and associated services currently marketed to airlines, manufacturers and maintenance organizations around the world. Its premier technology Automated Flight Information Reporting System (AFIRS™) and UpTime™ allows airlines to monitor and manage aircraft operations in real time, all the time, anywhere on the planet.

News Release of The Howard Group's Client

**About Meggitt http://www.meggitt.com**

Meggitt PLC (MGGT:L) is an international aerospace, defence and electronics group with a consistent record of strong financial performance. Meggitt specializes in a range highly reliable components and systems that operate in severe environments. Meggitt's goal is to increase its presence in long term growth markets through proprietary product development reinforced by strategic acquisitions and investment in people and facilities. Meggitt's well-balanced portfolio offsets variation in demand from the market niches within which it operates.

**For further information contact:**

| | | |
|---|---|---|
| **The Howard Group Inc.** | Meggitt Contact | AeroMechanical Services |
| Investor Relations | Richard Hayden | Bill Tempany |
| Grant Howard/ David Gordon | Meggitt Aerospace Systems | AeroMechanical Services Ltd. |
| Ph: (888) 221-0915 | (978)-440-7803 | (403) 250-9956 |
| Email: info@howardgroupinc.com | richard.hayden@meggitt.com | |
| www.howardgroupinc.com | | |

*AFIRS, UpTime, AeroQ and Smart Box are Trade Marks of AeroMechanical Services Ltd.*

*The TSX Venture Exchange has not reviewed and does not accept responsibility for the adequacy or accuracy of this press release.*

Not for Distribution to United States Newswire Services or for Dissemination in the United States.

12/20/2007

**EXHIBIT 18**

Case 3:07-cv-04820-MMC    Document 79-3    Filed 05/30/2008    Page 59 of 77

Insight Newsletter: AeroMechanical And Meggitt Go Big Game Hunting!                    Page 1 of 4

SEARCH BLOG | FLAG BLOG | Next Blog»                    Create Blog | Sign In

Thursday, February 8, 2007
## AeroMechanical And Meggitt Go Big Game Hunting!

 AeroMechanical Services Ltd. AMA has finalized a long-term agreement with Meggitt, PLC. (MGGT.L). The two companies will integrate AMS's products with Meggitt's monitoring systems, and cooperatively market the offering to airframe and engine manufacturers (Boeing, Airbus etc.), as well as airlines and other end users.

The combined product will enable timely, fully automated delivery of critical onboard diagnostic information to operators and aircraft manufacturers, which will improve dispatch reliability, optimize logistics, and minimize maintenance costs. Click here to read the release.
Of interest to investors, Richard Hayden, Senior Vice President of Meggitt stated: "Meggitt expects great things to come as a result of this agreement. This [agreement] puts Meggitt at the forefront of automated delivery of data and immediately actionable information from our superior lineup of condition monitoring and navigation instrument systems."

Ask yourself, why would a mammoth worldwide corporation want to sign an agreement with a small company like AMS? In our opinion, logic dictates that there must be something in it for Meggitt! According to Hayden, it "puts Meggitt at the forefront...". Exciting? We think so. We also know that large companies usually look for projects that can produce significant returns and are not interested in arrangements that will produce marginal returns.

Astute investors will notice that AMS announced a relationship with Meggitt during the summer of 2006. Click here to read. The initial relationship had a trial period which has now concluded. The new agreement is long-term in nature and included an undisclosed amount of cash paid to AMS. Although the amount wasn't disclosed, we encourage investors to use their keen wit when viewing the Q1 financials (which unfortunately will not be released until May).


Posted by Bob Beaty at 4:17 PM

Labels: AeroMechanical Services

**Client Commentaries**

Aeromechanical Services (25)

Anglo Swiss Resources Inc. (10)

Asia Now Resources Corp. (8)

Brainhunter (17)

LMS Medical Systems (21)

Med BioGene (11)

Neptune Technologies and
   Bioressources (27)

Planet Organic Health Corp. (7)

Pure Nickel (21)

Serenic (3)

Webcasts and Special Investor
   Events (2)

**Blog Archive**

December 2007 (11)

November 2007 (23)

October 2007 (17)

September 2007 (19)

August 2007 (22)

July 2007 (9)

June 2007 (17)

May 2007 (31)

April 2007 (23)

March 2007 (40)

February 2007 (42)

January 2007 (7)

December 2006 (1)

Case 3:07-cv-04820-MMC    Document 79-3    Filed 05/30/2008    Page 60 of 77

Insight Newsletter: AeroMechanical And Meggitt Go Big Game Hunting!    Page 2 of 4

**0 comments:**

Post a Comment

Newer Post                           Home                           Older Post

Subscribe to: Post Comments (Atom)

**Subscribe for Updates via RSS Feeds or Email**

 RSS Feed

**Click here** to register for updates or email us at info@howardgroupinc.com.

**Terms of Use for the LIVE Newsletter**

Please click here to read the terms of use and disclaimer for the live newsletter.

**Clients of The Howard Group**

**Click on the logo to view their detailed client page on the Howard Group website:**



AeroMechanical Services

(AMA: TSX-V)



Asia Now Resources Corp.

(NOW: TSX-V)



Brainhunter Inc.

(BH -TSX)



Icron Technologies Corp.

(IT - TSX-V)



LMS Medical Systems Inc.

(LMZ -TSX & AMEX)



Med BioGene Inc.

(MBI - TSX-V)



Neptune Technologies & Bioressources Inc.

(NTB - TSX-V)



OneMove Technologies Inc.

(OM -TSX Venture)



Planet Organic Health Corp.

(POH - TSX-V)



Pure Nickel Inc.

(NIC -TSX)

**Disclaimer:** The Howard Group is not a registered investment advisor and as such, individuals should consult a registered investment advisor prior to making investment decisions in relation to the companies discussed in this site. The information presented in these website pages was obtained from sources believed to be reliable but is not guaranteed, is not all conclusive and should not be relied upon as the sole source of information/opinion for making an investment decision. The Howard Group or its employees may own securities in the companies presented in this site. The Howard Group receives remuneration for Investor Relations activities from the companies presented in this site.

**EXHIBIT 19**

California Secretary of State - California Business Search - Corporation Search Results                    Page 1 of 1

# California Business Portal

**Secretary of State DEBRA BOWEN**

| SECRETARY OF STATE | ELECTIONS & VOTER INFO | POLITICAL REFORM | CA BUSINESS PORTAL | ARCHIVES & MUSEUM | OTHER SERVICES |

**Business Search Corporations**

- **New Search**
- **Search Tips**
- **Field Definitions**
- **Status Definitions**
- **Name Availability**
- **Corporate Records**
- **Business Entities Records Order Form**
  - **Certificates**
  - **Copies**
  - **Status Reports**
- **FAQs**
- **Corporations Main Page**
- **Site Search**

## Corporations

The information displayed here is current as of "DEC 07, 2007" and is updated weekly. It is not a complete or certified record of the Corporation.

For information about certification of corporate records or for additional corporate information, please refer to **Corporate Records**. If you are unable to locate a record, you may request a more extensive search by ordering a status report. Fees and instructions for ordering a status report are included on the **Business Entities Records Order Form**. Certificates and/or certified copies can also be requested using the order form.

Results of search for " meggitt "

*Click on the name of the corporation for additional information.*

| Corp Number | Date Filed | Status | Corporation Name | Agent for Service of Process |
|---|---|---|---|---|
| C1286235 | 9/16/1985 | merged out | **MEGGITT AIRDYNAMICS, INC.** | ERIC G LARDIERE |
| C1774611 | 12/19/1995 | dissolved | **MEGGITT CALIFORNIA, INC.** | MYRON G. COHN |
| C2132867 | 2/4/1999 | active | **MEGGITT DEFENSE SYSTEMS, INC.** | ROGER BRUM |
| C2566538 | 11/7/2003 | active | **MEGGITT FINANCE (CALIFORNIA) INC.** | ERIC G LARDIERE |
| C2566536 | 11/7/2003 | active | **MEGGITT GP INC.** | ERIC G LARDIERE |
| C2566535 | 11/7/2003 | active | **MEGGITT HOLDINGS (CALIFORNIA) INC.** | ERIC G LARDIERE |
| C2566537 | 11/7/2003 | active | **MEGGITT HOLDINGS (USA) INC.** | ERIC G LARDIERE |
| C2169596 | 7/13/1999 | active | **MEGGITT SAFETY SYSTEMS, INC.** | ISRAEL M SANCHEZ |
| C1099906 | 12/31/1981 | active | **MEGGITT THERMAL SYSTEMS, INC.** | ERIC G LARDIERE |
| C0862244 | 3/15/1978 | merged out | **MEGGITT WESTERN DESIGN, INC.** | C T CORPORATION SYSTEM |
| C1617999 | 7/13/1988 | surrender | **MEGGITT-USA, INC.** | DENIS KOMAI |
| C2178373 | 10/5/1999 | active | **MEGGITT-USA, INC.** | ERIC G LARDIERE |

Copyright ©2001 California Secretary of State. **Privacy Statement**.

California Business Search

# California Business Portal

Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of DEC 07, 2007 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| MEGGITT HOLDINGS (CALIFORNIA) INC. | | |
| **Number:** C2566535 | **Date Filed:** 11/7/2003 | **Status:** active |
| **Jurisdiction:** DELAWARE | | |
| **Address** | | |
| C/O MEGGITT-USA, INC. | | |
| 1955 SURVEYOR AVENUE | | |
| SIMI VALLEY, CA 93063-3369 | | |
| **Agent for Service of Process** | | |
| ERIC G LARDIERE | | |
| C/O MEGGITT-USA, INC. | | |
| 1955 SURVEYOR AVENUE | | |
| SIMI VALLEY, CA 93063-3369 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

California Secretary of State - California Business Search - Corporation Search Results                    Page 1 of 1

# California Business Portal

Secretary of State DEBRA BOWEN

| SECRETARY OF STATE | ELECTIONS & VOTER INFO | POLITICAL REFORM | CA BUSINESS PORTAL | ARCHIVES & MUSEUM | OTHER SERVICES |

**Business Search Corporations**

- **Printer Friendly Page**
- **New Search**
- **Search Tips**
- **Field Definitions**
- **Status Definitions**
- **Name Availability**
- **Corporate Records**
- **Business Entities Records Order Form**
  - **Certificates**
  - **Copies**
  - **Status Reports**
- **FAQS**
- **Corporations Main Page**
- **Site Search**

## Corporations

The information displayed here is current as of "DEC 07, 2007" and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |
|---|
| MEGGITT GP INC. |
| **Number:** C2566536 | **Date Filed:** 11/7/2003 | **Status:** active |
| **Jurisdiction:** DELAWARE |
| **Address** |
| C/O MEGGITT-USA, INC. |
| 1955 SURVEYOR AVENUE |
| SIMI VALLEY, CA 93063-3369 |
| **Agent for Service of Process** |
| ERIC G LARDIERE |
| C/O MEGGITT-USA, INC. |
| 1955 SURVEYOR AVENUE |
| SIMI VALLEY, CA 93063-3369 |

**Printer Friendly**

**New Search**

- For information about certification of corporate records or for additional corporate information, please refer to **Corporate Records**.
- Blank fields indicate the information is not contained in the computer file.
- If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code **Section 2114** for information relating to service upon corporations that have surrendered.

Copyright ©2001 California Secretary of State. **Privacy Statement**.

California Business Search                                                         Page 1 of 1

# California Business Portal

Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of DEC 07, 2007 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| MEGGITT HOLDINGS (USA) INC. | | |
| **Number:** C2566537 | **Date Filed:** 11/7/2003 | **Status:** active |
| **Jurisdiction:** DELAWARE | | |
| Address | | |
| C/O MEGGITT-USA, INC. | | |
| 1955 SURVEYOR AVENUE | | |
| SIMI VALLEY, CA 93063-3369 | | |
| Agent for Service of Process | | |
| ERIC G LARDIERE | | |
| C/O MEGGITT-USA, INC. | | |
| 1955 SURVEYOR AVENUE | | |
| SIMI VALLEY, CA 93063-3369 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

California Business Search                                                    Page 1 of 1

# California Business Portal

Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of DEC 07, 2007 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| MEGGITT SAFETY SYSTEMS, INC. | | |
| **Number:** C2169596 | **Date Filed:** 7/13/1999 | **Status:** active |
| **Jurisdiction:** California | | |
| Address | | |
| 1955 SURVEYOR AVENUE | | |
| SIMI VALLEY, CA 93063-3369 | | |
| Agent for Service of Process | | |
| ISRAEL M SANCHEZ | | |
| 1955 SURVEYOR AVENUE | | |
| SIMI VALLEY, CA 93063-3369 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

California Business Search                                                    Page 1 of 1

# California Business Portal

Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of DEC 07, 2007 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| MEGGITT-USA, INC. | | |
| **Number:** C2178373 | **Date Filed:** 10/5/1999 | **Status:** active |
| **Jurisdiction:** DELAWARE | | |
| **Address** | | |
| 1955 SURVEYOR AVENUE | | |
| SIMI VALLEY, CA 93063-3369 | | |
| **Agent for Service of Process** | | |
| ERIC G LARDIERE | | |
| C/O MEGGITT-USA, INC. | | |
| 1955 SURVEYOR AVENUE | | |
| SIMI VALLEY, CA 93063-3369 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

California Business Search                                                                    Page 1 of 1

# California Business Portal

Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of DEC 14, 2007 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| MEGGITT DEFENSE SYSTEMS, INC. | | |
| **Number:** C2132867 | **Date Filed:** 2/4/1999 | **Status:** active |
| **Jurisdiction:** DELAWARE | | |
| **Address** | | |
| C/O MEGGITT-USA, INC. | | |
| 1955 SURVEYOR AVENUE | | |
| SIMI VALLEY, CA 93063-3369 | | |
| **Agent for Service of Process** | | |
| ROGER BRUM | | |
| 2672 DOW AVENUE | | |
| TUSTIN, CA 92780 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

California Business Search

# California Business Portal

Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of DEC 14, 2007 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| MEGGITT FINANCE (CALIFORNIA) INC. | | |
| **Number:** C2566538 | **Date Filed:** 11/7/2003 | **Status:** active |
| **Jurisdiction:** DELAWARE | | |
| **Address** | | |
| C/O MEGGITT-USA, INC. | | |
| 1955 SURVEYOR AVENUE | | |
| SIMI VALLEY, CA 93063-3369 | | |
| **Agent for Service of Process** | | |
| ERIC G LARDIERE | | |
| C/O MEGGITT-USA, INC. | | |
| 1955 SURVEYOR AVENUE | | |
| SIMI VALLEY, CA 93063-3369 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

California Business Search                                                              Page 1 of 1

# California Business Portal

Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of DEC 14, 2007 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
| --- | --- | --- |
| MEGGITT THERMAL SYSTEMS, INC. | | |
| **Number:** C1099906 | **Date Filed:** 12/31/1981 | **Status:** active |
| **Jurisdiction:** TEXAS | | |
| **Address** | | |
| 1915 VOYAGER AVENUE | | |
| SIMI VALLEY, CA 93063-3369 | | |
| **Agent for Service of Process** | | |
| ERIC G LARDIERE | | |
| C/O MEGGITT-USA, INC. | | |
| 1955 SURVEYOR AVENUE | | |
| SIMI VALLEY, CA 93063-3369 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

**EXHIBIT 20**

|SEARCH BLOG| | FLAG BLOG| Next Blog»                    Create Blog | Sign In

Wednesday, November 21 , 2007

# Research Capital Puts $3 Target On AeroMechanical Services



"$3 in one-year" is the number that Research Capital analyst Jacques Kavafian is projecting for AeroMechanical's stock based on a multiple of 30 times estimated Fiscal 2010 EBITDA of $7.8 million.

In an extensive report, the longtime noted airline and aerospace makes a number of points including:

- We believe that the company will grow its earnings substantially over the next several years because of strong demand in the aerospace sector, particularly from airlines in China.

- AFIRS provides significant competitive advantages over existing products, which we believe may encourage airlines to adopt it as their main flight system data recording device. Our estimates in this report assume the company will achieve less than 2% fleet penetration by 2010 to 1,000 installed units. We estimate that each additional 1,000 incremental installed units could contribute to $0.15 per share to earnings.

On the subject of AMA's relationship with U.K. based Meggitt PLC, a world leader in the aerospace, defense and electronics industries:

- Working with Meggitt is a huge increase in credibility and allows AeroMechanical to work directly with OEMs (Original Equipment Manufacturers ex: Boeing, Airbus etc.) to have its products installed directly on the airframe and thus reduce installation time.



**Client Commentaries**

Aeromechanical Services (25)

Anglo Swiss Resources Inc. (9)

Asia Now Resources Corp. (7)

Brainhunter (17)

LMS Medical Systems (21)

Med BioGene (11)

Neptune Technologies and Bioressources (27)

Planet Organic Health Corp. (7)

Pure Nickel (20)

Serenic (3)

Webcasts and Special Investor Events (2)

**Blog Archive**

December 2007 (5)

November 2007 (23)

October 2007 (17)

September 2007 (19)

August 2007 (22)

July 2007 (9)

June 2007 (17)

May 2007 (31)

April 2007 (23)

March 2007 (40)

February 2007 (42)

January 2007 (7)

December 2006 (1)

On AMA's current contract status:

- As at September 2007, AeroMechanical had signed 23 airlines for a total of 665 units, of which 66 units had been installed. Of this total, Aloha Airlines is the largest customer, with 28 units installed. Of the remaining 599 units, 470 are for Chinese airlines and the rest spread amongst 20 customers. Plans are to have 100 installed by year-end and 208 by June 2008 based on customers' plans.

It is widely known that the market is waiting for news that AMA has received purchase orders from China. It is an understatement that this would be a milestone event as it has been anticipated for some time. On this matter Mr. Kavafian writes:

- Of the 23 customers that have currently signed on, three are Chinese airlines (China Eastern with 204 aircraft and two other yet undisclosed airlines totaling 330 aircraft), and the company is in discussions with other airlines (China Southern with 276 aircraft, Shenzhen Airlines with 47 aircraft, Air China with 202 aircraft, Hainan Airlines with 49, Sichuan with 37, and Shanghai Airlines with 51). As part of the research for this report, we had discussions with a Chinese government official regarding the prospects for AFIRS in that market. The introduction was made by AeroMechanical and the official we spoke with indicated that China intends to have AFIRS installed on all its aircraft, although the government cannot mandate privately-run airlines to buy the services. At July 2007, China had 1,080 commercial aircraft and is expected to grow by 150 aircraft per year until 2011, after which the annual growth should be between 200 and 300 aircraft. Furthermore, this official mentioned to us that China does not intend to certify a competing product for at least eight years.

The analyst comments that AMA's market potential is immense with almost 40 thousand commercial and business aircraft in operation and 51 thousand when including turboprops. He writes that the company's market potential is a minimum of 12 thousand commercial aircraft. At this time AMA has received Supplemental Type Certificates (STC) (safety certification) or has in process approvals covering a number of airline types such as 737, 767, A330 etc. totaling over 12,300 aircraft.

- In addition to commercial aircraft, there are over 16,000 business jets and 11,579 turboprop business aircraft around the world that could potentially use AeroMechanical's AFIRS. While business aircraft represent opportunities, the market potential is mainly with operators of fleets such as NetJets because the individual owners may be uneconomic to service.

Mr. Kavafian estimates AMA's breakeven is 500 AFIRS installations, which is expected to occur in 2009 and that once breakeven is reached, "we estimate that margins will expand sharply with each additional installation." He adds "Given the very high margin of each incremental unit beyond breakeven, we estimate that every 1,000 AFIRS installed beyond the initial 1,000 units increases net earnings by $11 million, or $0.15 per share. This assumes the

Subscribe for Updates via RSS Feeds or Email

 RSS Feed

Click here to register for updates or email us at info@howardgroupinc.com.

Terms of Use for the LIVE Newsletter

Please click here to read the terms of use and disclaimer for the live newsletter.

Clients of The Howard Group

Click on the logo to view their detailed client page on the Howard Group website:



AeroMechanical Services

(AMA: TSX-V)



Asia Now Resources Corp.

(NOW: TSX-V)



Brainhunter Inc.

(BH -TSX)



Icron Technologies Corp.

monthly service fee remains at US$2,000, with a stable dollar exchange rate and 38% tax rate. Any revenue opportunity that may be created by further R&D expenditures is in addition to these estimates."

The analyst also notes the risks associated with the business such as 1) his estimates and forecasts may be too optimistic 2) foreign exchange fluctuations 3) proprietary product issues such as protecting its patents from infringement 4) evolution of technology and products and 5) legal.

On this latter point he writes the following:

- While the company has received U.S. Patent No. 7,203,630 for AFIRS, the patent is currently under re-examination by the request of competitor Star Navigation Systems Group Ltd. (SNA-V). If any successful challenge in its validity is found, it will likely result in negative financial and operational consequences. Our understanding of the situation is that the re-examination request was not recognized by the Patent Office because it was improperly filed however a refiling is underway. The company has also filed a Statement of Defense and claim damages of $15 million, and has stated "that the case is without basis and that there is no merit to the infringement allegations."

In closing, we note the title on the report, which sums up why we originally invested in the company and remain upbeat on AeroMechanical:

**Disruptive Technology to Take on the World**

Posted by Grant Howard at 9:58 AM

Labels: Aeromechanical Services

## 0 comments:

Post a Comment

Newer Post                              Home                              Older Post

Subscribe to: Post Comments (Atom)

(IT - TSX-V)



LMS Medical Systems Inc.

(LMZ -TSX & AMEX)



Med BioGene Inc.

(MBI - TSX-V)



Neptune Technologies & Bioressources Inc.

(NTB - TSX-V)



OneMove Technologies Inc.

(OM -TSX Venture)



Planet Organic Health Corp.

(POH - TSX-V)



Pure Nickel Inc.

(NIC -TSX)

Disclaimer: The Howard Group is not a registered investment advisor and as such, individuals should consult a registered investment advisor prior to making investment decisions in relation to the companies discussed in this site. The information presented in these website pages was obtained from sources believed to be reliable but is not guaranteed, is not all conclusive and should not be relied upon as the sole source of information/opinion for making an investment decision. The Howard Group or its employees may own securities in the companies presented in this site. The Howard Group receives remuneration for Investor Relations activities from the companies presented in this site.