**EXHIBIT 30**



2006
Annual
Report

LONDON
MILAN
ROME
MADRID
PARIS
BERLIN
NEW YORK



Table of Contents

| | |
|---|---|
| Letter to the Shareholders | 1 |
| Industry Trends and News | 3 |
| Message from the President | 7 |
| Our Products | 10 |
| Management Discussion & Analysis | 14 |
| A Look Ahead | 32 |
| Auditors Report | 33 |
| Consolidated Balance Sheets | 34 |
| Consolidated Statements of Loss and Deficit | 35 |
| Consolidated Statements of Cash Flow | 36 |
| Notes to the Consolidated Financial Statements | 37 |
| Corporate Information | 53 |



Skyward with AMS solutions...
Innovative products designed to meet your standards of safety and cost-effectiveness

Letter to the Shareholders

To say that 2006 was an exciting year would be an understatement. To say that we faced challenges like never before would also minimize the rollercoaster ride that was 2006. We are pleased to say that we have met the challenges and ridden the rollercoaster of doing business in the aviation world and come out a stronger, more focused and better organization for having met the challenges as they were thrown at us. While 2006 was a year of investment and groundwork building, it has prepared us for 2007 which we see as being our watershed year.

One thing that I am sure our loyal investors will note is the change in our look. We have been aware for some time that our corporate name no longer reflected our products. So after starting to receive requests for plumbing and mechanical contacts, we decided that the time had come to change our name and appearance. To that end, we have a new company, 100% owned by Aero Mechanical Services Ltd. called Flyht Corp. Flyht is the original spelling of what we all now take for granted in aviation. The new company will be the exclusive marketer's of the products AeroMechanical Services has developed over the last 7 years but Aero Mechanical Services Ltd. will maintain ownership of all intellectual property, patents and STCs. The marketing company will be responsible for all relationships around the world to deliver the products and services of Aero Mechanical Services Ltd.

In March of 2007 AMS attended a conference in Geneva on Aircraft Finance and Commercial Aviation. This conference was attended by all the major aircraft manufacturers, leasing companies, industrial banks from around the world, and most of the leading airlines in the world. Some of the facts that we were given at this conference confirmed to us that we invested money and talent in completing our product suite at the ideal time. The speakers at the conference were all convinced that the downward trend in aviation is at an end and the growth cycle is just beginning. In presentations from both Boeing and Airbus, orders are at all-time high, delivery slots are sold out for the next 2 to 3 years, and customers have used up the supply of parked aircraft to meet demand. Presentations by Bombardier, Embraer, and Sukhoi show that the trend to smaller, more efficient jet aircraft will continue as airlines right-size their equipment to their routes and increase frequency to attract more customers and increase load factors. The improvements in technology between the current models of aircraft and the older aircraft have helped reduce the Cost per Passenger Mile (CPM), while increased load factors help increase the Revenue per Passenger Mile (RPM). AMS' products continue to prove that we help control costs of maintenance and operations through the provision of accurate and timely information when the airline needs it, wherever they need it on plant, or to whomever in the organization needs it.

The following facts, presented by Boeing and Airbus show that our focus and financial investment on parts of the world outside of North America to enable us to get a foothold in those markets is well founded. The shift in absorption of aircraft from Europe and North America to China, India, and the developing world is dramatic and rapid.

**Skyward with AMS solutions...**
*Innovative products designed to meet your standards of safety and cost-effectiveness*

Letter to the Shareholders

Our penetration in the market in China, and our agreements with Agents in India and Brasil are going to pay dividends in the years and decades to come. As shown in the graphs below, China and India are forecast to lead the way in GDP growth until 2010. We have been there first, delivered what we promised and have partnered with the right local companies to ensure our success. We are confident that 2007 will be the year in which we turn the corner and our shareholders' begin to be rewarded for their patience.

## Market Segment



GDP Growth 2006 – 2010

Source: Aircraft lease and finance conference Geneva, Mar 07

I want to personally thank the staff, shareholders' and most importantly our loyal customer base for getting our company, products and procedures to a world class standard. It is through the support of all three groups that a major investment in an exciting ground breaking technology is going to help redefine the aviation business in the years to come.

Yours truly,

Bill Tempany
CEO

2



Industry Trends and News

AMS has become a significant player in the Airline market for Iridium based, flight data monitoring products. In order to continue to grow and be successful on a world wide basis, we need to maintain and enhance the AFIRS UpTime delivery mechanism to properly support our products worldwide.

AMS is pleased to say that this has been achieved by investing in the people, relationships, and products that we have in place today. In the Message to the Shareholders section of this document, we detail the progress we have made with the regulatory bodies in the jurisdictions in which we sell and service our products. We also discuss the progress we have made in each of these areas.

The requirements for AFIRS UpTime products and services in the aircraft marketplace can be broken down into individual operating sectors as follows:

| Airlines | General Aviation | Military/Government |
|---|---|---|
| > International Carriers | > Business Aircraft | > Transport |
| > Low Cost Carriers | > Fractional Ownership | > Trainers |
| > Regional Carriers | > Helicopters | > Special Operations |
| > Charter Carriers | | > Helicopters |
| > Cargo Carriers | | |

3



Industry Trends and News

AeroMechanical Services (AMS) continues to view the airline market place as the company's key area for growth for 2007 and beyond. While AMS is seeing increased interest with aircraft manufacturers directly, largely due to the involvement of our relationship with Meggitt PLC, the sales and marketing efforts are focused on airline clients.

The outlook for the future of the aviation sectors of interest to AMS is best shown by the forecast of the Original Equipment Manufacturers (OEM): Boeing Aircraft Company, Airbus Industries, Embraer, Bombardier Aerospace, and ATR.

The manufacturers of business and general aviation aircraft, as well as helicopter OEMs, are quickly coming up on AMS' radar as well. New OEMs are appearing in the industry as the needs of the world wide market continue to grow. We will pursue these as they emerge; however, it should be noted that in 1990, there were fourteen manufactures of turboprop aircraft in the airline marketplace, while today there are only two.





Industry Trends and News

### OEM Aircraft Production Backlog – Total 6513 Aircraft

In general, the geographical break down of the aviation community can be shown as several distinct markets around the globe. Each of these regions has their own distinct sales requirements and processes, product specifics and required features, but all of them have the common needs of enhancing communications, increasing safety and reducing costs associated to either their operating conditions or competition, and of meeting government mandates.



North America, Europe, China, India, Pakistan, Middle East, South and Central America, Africa, and Australasia

### Growing Fast

The two fastest growing aviation markets in the world are China and, not far behind, India. Domestic traffic increased in India at a rate of 25 percent this past year, and overseas air travel by 16.5 percent. The newly deregulated airline industry in India has sparked a bow wave of domestic and low-cost airlines. Indian aviation companies have placed orders in excess of $31 Billion US dollars since last year for planes, engines, simulators, and services.

China continues to be the second largest market for commercial aviation next to the United States. These country's appetite for passenger air travel has doubled in the past five years and is expected to double again in the next five years (The London Financial Times, 29 Aug, 2006).

### Cargo, Cargo, Everywhere!

If we look at the outlook for the world air cargo industry, we see that the average annual growth forecast is 6.1 percent over the next 20 years. China now accounts for nearly one-third of the trans-Pacific air cargo market. Domestic China markets will see a growth of 10.8 percent per year in the same 20-year time span. Intra-Asia markets will see a growth of 8.6 percent per year.

*(Source: Boeing Market Outlook 2006)*



Industry Trends and News

With Supplemental Type Certificates (STCs) in place or nearly in place for Boeing 737, 757, and 767, Airbus 319, 320 and 321, Bombardier DHC-8 and CRJ aircraft, and STCs being developed for ATR 42 and 72, in addition to customers inquiring about the Embraer 175 and 190, we are in an enviable position to take advantage of these new deliveries and own a significant part of the market share. If we look at the Boeing 737 and Airbus 320 opportunity, alone it represents over 5000 aircraft operated by over 400 airline worldwide (RATI, 2007).

**deliveries by manufactures (2004 - 2006)**





At a recent conference, all of the manufacturers presented their views on the growth in their sectors. While 9/11 saw large numbers of relatively new aircraft parked, that supply has been used up with global growth of the sector and replacements of aging fleets. 9/11 actually stalled fleet replacement programs for many if not most of the major players in the world. This has caused aging fleets approaching mandatory retirement to put pressure on the OEMs to deliver more and more aircraft.

### SBAC Report, 2007

The management of fleet aircraft size to route demands has also caused the larger carriers to go to more diverse fleets than they have had in the past, and high fuel costs have made many operators rethink the operating costs of turbo prop aircraft vs. jet aircraft for short-haul trips, normally less than 500 miles or 1.5 hours in duration. This makes a particularly good market for AMS' products, since we work best in the small airport market and with varied fleet types, because AFIRS is one common box from a Boeing 747 to a Hawker / Beech King Air 350. The software and data integration for our customers is accomplished by AMS, so the airline does not have to add extra personnel and skill sets to manage their entire data and communications strategies. This is particularly true in the developing parts of the world where infrastructure and experience do not exist for the legacy systems we are seeing our clients switch from to work with AMS products.

AMS has a very strong plan as well as resources in place to address all markets identified above, and is working closely with our new partner, Meggitt PLC., to address the OEM, Business Aircraft, Rotary, and Military markets. We will be addressing the many opportunities in the general aviation and the helicopter market in 2007, which will give AMS exposure in the full spectrum of aviation worldwide.



6



**Message from the President**

This past year has seen significant progress in the ongoing delivery of our products and services at AMS. The team has grown in response to the delivery requirements of our clients, enhancements to our products have been completed because of changes to the Iridium network, aircraft product certifications have been completed in accordance to those changes, and client installations have been keeping pace with existing and new sales contracts.

**Enhancements**

Iridium stopped production of the Sebring modem, is an integral part of the AFIRS 220 system, and a replacement modem entered production. AMS responded early to this change and used the opportunity to incorporate the replacement modem and advance the capabilities onboard the AFIRS 220 unit at the same time. The AMS team accomplished these changes in record time and reduced the number of components to the overall AFIRS installation, which proved again that AMS has the ability to respond to the needs of the industry and maintain the high standard of service that the industry demands. The added benefits of the revised AFIRS 220 unit now include full integrated voice and additional handsets in the same Line Replaceable Unit (LRU).

Continuous improvements are always underway with capabilities enhancements of AFIRS and UpTime in conjunction with client requirements. As clients need more capabilities in the way of reports, IT systems integration, or turning on more capabilities of the AFIRS 220 unit, the team at AMS has worked provided enhancements as required. From making it much easier for clients to get their raw data files contained on the AFIRS unit Flash Memory Card automatically into the UpTime data storage system; to exceedence and monitoring reports; to programming AFIRS to send flight following reports directly to reporting systems such as Flight Explorer, SARS, Capsat Manager, or even Google Earth. Each year brings more and more capabilities directly to the hands of the clients.

**Certifications**

The modem change and subsequent AFIRS 220 revision caused the engineering and airworthiness certification team at AMS to revise the Supplemental Type Certificates (STCs) for the Boeing 737 and the Bombardier DHC-8 aircraft fleet to take advantage of the new capabilities of the system. These revised STCs were completed and certified by Transport Canada and the FAA late in the year and into early 2007. Additionally, certifications, flight tests and initial installations were completed for AFIRS Global Voice on Chinese registered 737 aircraft. The process to gain approval for AMS' products in China have included Canadian, United States,



and Chinese regulatory bodies working together to approve AFIRS UpTime. In the latter half of 2006, the certification package for the Airbus A319, 320, and 321 as well as the Boeing 757 was developed and has since been certified in early 2007.

### Customers

2006 also saw the addition of several new clients and set the path for a number of new clients who have since been signed in early 2007. Focus continued to be on Boeing 737, Bombardier DHC-8 and Airbus 320 aircraft, but growing needs were established for the ATR 42/72, Boeing 757, 767, and 747 aircraft. Based on past experience, the typical sales process for these airline clients has proven to be 12 to 18 months. Much of the work done on prospective clients in 2006 is expected to be rewarded in 2007. To assist in the rate of closure on contracts and delivery, we added to the sales team, and acquired talent to solidly approach the requirements of the US marketplace and the OEM work with Meggitt. In addition, AMS and Meggitt have combined marketing forces to tackle the long-term drive with the aircraft OEMs.

At the end of 2006, AMS had installed a total of 50 AFIRS 220 systems and AFIRS Global Voice and had total contracts for 177 aircraft worldwide. The dedicated staff at AMS has deployed AFIRS UpTime and Underfloor Stowage product to clients in Canada, Continental USA, the Caribbean, Hawaii, and Europe. In anticipation of the promised sales of 2007 and beyond, additions have been made in the area of AFIRS UpTime and the Client Satisfaction Group with two new Customer Satisfaction Managers (CSM).

### Research and Development

The company has had the ability to work with the industry to determine the needs of the aviation sector continuously for the past 7 years and this continued in 2006. The AeroQ aircraft interior sanitization product line continued development and product testing with Boeing and the University of Calgary. Once Boeing has completed the testing, initially expected in 2006 and now estimated in the first half of 2007, AMS will introduce this revolutionary cleansing system to the aviation community. Also, evaluation of the next generation of AFIRS UpTime product line was initiated to capture the growth that is expected from the aviation industry's acceptance of technology advancements in Electronic Flight Bags (EFBs), Future Air Navigation System (FANS), Satellite Voice Communications, Aircraft Cabin Services, and enhanced fleet monitoring.



Message from the President

## Success

2007 is shaping up to be a defining year for AMS, and our ability to deliver the growing backlog of client contracts and installations continues. In order to maintain an industry leadership role, AMS is building the delivery machine to take this company forward for the next 10 to 20 years which is the timespan which we should see many of our contracts extend to in keeping with our clients' present and future requirements. To keep ahead of the curve, we have recently added a Chief of Operations to our staff to ensure that we continue to build and deliver products that exceed our clients' expectations. This includes redefining our delivery mechanisms to handle the anticipated workload and planned expansions in order to maximize our shareholders' and clients' value. The tools are in place, the product has been developed and accepted by the industry, and the sales and support teams are proving very capable of delivering to the market. The stage has been set, and the curtain is going up on 2007, which is showing to be a fantastic year for us all.

Sincerely,

Darryl Jacobs,
President





# uptime afirs
detailed data handling

The automated flight information reporting system (AFIRS) captures and processes all relevant flight, operation, and performance data on an aircraft. AFIRS is a lightweight blue box but, unlike any other aviation box, this box delivers. AFIRS not only captures relevant flight data on board the aircraft, it also makes it useful to airlines by communicating the data, via the iridium satellite, to UpTime.



**afirs**
Captures aircraft data

**iridium**

(Pole-to-Pole)

**Airline Decision Maker**
Dispatch Operations
and Maintenance

**Uptime Server**
(2 off-sites)
Stores & sends
data in real time

UpTime is a secure, ground-based facility that automatically delivers this data as key client-defined reports to authorized customer subscribers via email or ftp. This information is available over the web in real-time or as historical data.



# afirs

The Automated Flight Information Reporting System (AFIRS) is an airborne autonomous flight information collection and reporting system for the commercial aircraft industry. The AFIRS model 220 records data from a number of data sources on-board the aircraft, stores the input data, and transmits selected information to the secure UpTime data management and client reporting system. The AFIRS unit is capable of monitoring the input data for pre-defined events and triggers. AFIRS and UpTime then provide accurate operational and performance data to any designated recipient or IT system in the Flight Operation, Dispatch, Safety, or Maintenance organizations within the airline. AFIRS can also monitor limit and boundary values, making it an important tool for applications like Flight Operations Quality Assurance (FOQA) or for troubleshooting. The AFIRS unit offers the capability of two-way text messaging and displays the messages in the aircraft on a connected Personal Digital Assistant (PDA) or Electronic Flight Bag (EFB). Additionally, AFIRS provides full satellite telephone capabilities from the flight deck and flight cabin for airline personnel to communicate to and from the aircraft anywhere on the planet.



11



Our Products

# uptime

UpTime is the service portion of the AFIRS UpTime solution. UpTime is a secure, ground-based facility that automatically delivers flight data as key client-defined reports to authorized customer subscribers via email or ftp, and is available over the web in real-time or as historical data.

UpTime can also provide time-based reports. These reports can be sent at pre-determined schedules or intervals, and can contain information that has been previously stored by the UpTime facility.

The information can be sorted and filtered by criteria such as date, event, aircraft type, model, or registration. The only limit is your imagination... we fulfill your reporting requirements in order to simplify your airline's daily requirements, enabling you to make better decisions based on accurate, real-time data.

## global following 

AFIRS global following is your asset tracking solution. With an embedded GPS receiver located in every AFIRS unit, we can track your aircraft in real-time, all the time, anywhere on the planet.

UpTime feeds flight following information to various flight following applications, enabling users to view aircraft flight paths from any computer with internet access. Information is provided on a time based interval or time and altitude based interval. This feature is included in all of our AFIRS UpTime solutions.




# global voice afirs
satellite voice communication

AFIRS global voice enables in-flight satellite phone communication between aircraft crew and ground based users ensuring clear, seamless communication. With this service, we can support the use of up to three telephone devices (wired handset, cordless handset, or audio system integration) on the aircraft, in various cockpit or cabin configurations, each including intercom or conference capabilities.




# global text afirs
text messaging · file transfer

The AFIRS global text component allows for automatic completion of an electronic logbook. This feature also enables in-flight text messaging or custom report communication between aircraft crew and ground based users.





Management
Discussion & Analysis

This management discussion and analysis ("MD&A") should be read in conjunction with the audited annual consolidated financial statements of AeroMechanical Services Ltd. ("AMS" or the "Company") as at and for the years ended December 31, 2006 and 2005. The consolidated financial statements have been prepared in accordance with Canadian generally accepted accounting principles (GAAP). Additional information with respect to AMS can be found on SEDAR at **www.sedar.com.**

This MD&A is dated April 20, 2007.

### Forward-Looking Statements

Except for historical statements made herein, this document contains forward-looking statements that involve risks and uncertainties, including risks associated with the effect of changing economic conditions, trends in the development of the aviation and aerospace industries, market acceptance risks, and realizing expected revenue. Risk factors also include the Company's ability to compete successfully in the future against existing and new competitors; the Company's ability to execute its business plan and generate an overall profit. Due to these factors, actual results could differ materially from those expressed in forward-looking statements by the Company. Forward-looking statements are based on the estimates and opinions of AMSs' management at the time the statements were made. AMS assumes no obligation to update forward looking statements, should circumstances or management's estimates change.

### Overview

AeroMechanical Services Ltd. is a designer, developer, and service provider of innovative solutions to the global aerospace business. The Company's solutions are designed to improve the productivity and profitability of our customers.

The major products of the Company are Automated Flight Information Reporting System, (AFIRS), UpTime and Underfloor Stowage Unit. These products are marketed globally by a team of several individuals: five based in Calgary, one in Switzerland, one in Florida, and one in Ontario. One of the Calgary staff is currently spending more than 80% of his time in China dealing with opportunities there. AMS has sales in several countries around the world.



Management
Discussion & Analysis

2006 continues the strides made in 2005 to move revenues to AFIRS UpTime, which furthers defines AMS as an aerospace aviation telecommunications company. The research and development of our leading edge technology and service is being transformed into a continuous telecommunications revenue stream. To further this initiative, AMS continued to add Supplemental Type Certificates (STC) therefore broadening the aircraft types and jurisdictions in which AFIRS UpTime can be implemented. The STC process is always slower than we would like. This has slowed the installations but it is a requirement that cannot be shortcut by any potential competitors. The installation schedules of customers have been slower than anticipated as well. The customer installation schedule is determined by the C Check schedules. C Checks are the regular inspections made on all commercial aircraft after a set number of hours of operation of an aircraft and allows for the installation of AMS's products. The Company now obtains this schedule from customers upon the signing of a contract and manages the planned versus actual installations. In addition, our new service agreements with our clients provide for billing the customer if the schedule is not met by them.

### Trends and Economic Factors

The Company continues to capitalize on the need for timely flight and sensor data from the aircraft to the ground operations and maintenance facilities. Airlines are increasingly looking for methods to reduce costs and more efficiently operate their aircraft. Margins are extremely thin in the airline industry. After labour, jet fuel is the second largest operating expense for airlines, making up 10 to 25 percent of an airline's annual operating costs. The slightest decrease in fuel consumption can turn into big savings. Some of the fuel saving methods currently used by airlines are: using one engine instead of two while taxiing, tankering extra fuel to avoid refueling at expensive locations, removing unnecessary equipment, to name only a few. AFIRS and UpTime provide airlines the data and system to save fuel costs and to monitor operational efficiency, supplying the most valuable tool in managing aircraft operations. AMS customers are showing significant return on investment over the costs of AFIRS and UpTime.



Management
Discussion & Analysis

## System Approved

AFIRS is currently STC approved on the following aircraft:

> Boeing B737-200, 300, 400
> Boeing B737-500, 600, 700
> Boeing B737-800
> Boeing B757-200, 300
> Bombardier DHC-8-100
> Bombardier DHC-8-200
> Bombardier DHC-8-300
> Bombardier CRJ200 & CRJ700
> Airbus A319, A320, A321

AFIRS is pending approval, expected in 2007, on the following aircraft:

> Boeing B767
> Airbus A330
> ATR 42
> ATR 72

AFIRS applications in process and expected to be submitted in 2007, on the following aircraft:

> Boeing B747-100
> Boeing B747-200
> Boeing B747-300
> Boeing B747-400
> Boeing B747-800

## Liquidity and Capital Resources

During 2006, the Company issued common shares and repaid convertible debentures and term loans via share conversion. This has improved the financial position of the Company.

16



The Company issued 8,543,959 units at $0.26 per unit for gross proceeds of $2,221,430 and net cash proceeds, net of all issuance costs, of $1,993,437. Each unit consisted of one common share and one-half warrant. One whole warrant may be exercised into one common share at a price of $0.40 and the warrants expire on February 9, 2008. The warrants are subject to an acceleration clause, whereby if the Company's common share price is equal to or greater than $0.50 for a period of 10 consecutive trading days, the Company may notify all warrant holders and issue a press release causing the warrants to be exercised within 30 days of the date of the press release, failing which the warrants expire.

The Company issued 5,350,227 common shares to officers, directors, and vendors of the Company at a weighted average price of $0.31 per share in satisfaction of debt for proceeds of $1,633,193.

On September 1, 2006 the Company issued 16,250,000 units at $0.40 per unit for gross proceeds of $6,500,000 and net cash proceeds, net of all issuance costs, of $5,942,031. Each unit consisted of one common share and one-half of one purchase warrant. One whole warrant may be exercised into one common share at a price of $0.60 if exercised on or before September 1, 2007, or at a price of $0.75 if exercised subsequent to September 1, 2008.

The Company issued 320,630 common shares to directors, officers, and employees at a weighted average price of $0.32 for cash proceeds of $94,293 for the exercise of stock options.

The Company issued 75,000 common shares at $0.40 per share for cash proceeds of $30,000 for the exercise of warrants.

The company issued 100,000 common shares to a former employee at $0.396 per share in satisfaction of accrued claims for proceeds of $39,600.

The successful equity offerings throughout the year created sufficient capital to continue to operate and to provide capital for inventory to be deployed to expand our customer base.

Working capital at December 31, 2006 was $3,176,579 compared to a deficit in 2005 of $909,942. The increase in working capital is primarily attributed to the operating loss for the year of $4,539,706 less the net funds generated from the raising of capital equity of $8,059,251. The Company currently has no bank debt and during 2006 secured an operating line of $250,000 which bears an interest rate of Canadian chartered bank prime plus 1.0%, and is secured by assignment of cash collateral and a general security agreement.



Management
Discussion & Analysis

The achievement of positive earnings before interest and depreciation is necessary before the Company can improve liquidity. The Company has continued to expand its cash flow potential through its continued marketing drive to clients around the world.

As at December 31, 2006, AMS's outstanding shares, options and warrants were as follows:

| | 2006 | 2005 |
|---|---|---|
| Common shares outstanding | 58,488,823 | 27,849,007 |
| Options (weighted average exercise price 2006- $0.33, 2005 $0.42) | 2,426,995 | 1,333,720 |
| Warrants (weighted average exercise price 2005- $0.51, 2004 $0.45) | 17,136,016 | 3,046,457 |

## Contractual Obligations

The Company has entered into various leases for its operating premises and equipment. Future minimum annual payments under these operating leases are as follows:

| | Premises | Equipment | Total |
|---|---|---|---|
| 2007 | $ 191,033 | $ 33,551 | $ 224,584 |
| 2008 | 191,033 | 8,400 | 199,433 |
| 2009 | 44,801 | 4,200 | 49,001 |
| | $ 426,867 | $ 46,151 | $ 473,018 |

The Company has repayment obligations related to two Government of Canada loan programs. Under the Industrial Research Assistance Program (IRAP), the Company has received $349,066 (2005 - 362,377), which is to be repaid, as a percentage of gross revenues, over a five to ten year period commencing in October 2005. Under the Technology Partnerships Canada (TPC) program, the Company has received $123,635 to be repaid over a ten year period commencing in April 2006.



Management
Discussion & Analysis

In addition, the Company leased computer equipment during the year totaling $44,956 which was accounted for as capital leases that expire in 2009. The minimum lease payments are as follows:

| | |
|---|---|
| 2007 | $23,202 |
| 2008 | 21,801 |
| 2009 | 8,780 |
| Total | $53,873 |

The imputed interest is $10,650, leaving a total obligation under capital lease of $43,223.

### Off-Balance Sheet Arrangements

The Company does not have any transactions, arrangements, or other relationships with unconsolidated entities that are likely to affect its operating results, its liquidity, or capital resources. The Company has no special purpose or limited purpose entities that provide off balance sheet financing, liquidity, or market or credit risk support, engage in leasing, hedging, research and development services, or other relationships that expose the Company to liability that is not reflected on the face of the consolidated financial statements.

### Results of Operations – Three Months Ended October 31, 2006

### Revenues

In accordance with the Company's revenue recognition policy, initial network access fees are capitalized as unearned revenue, and revenue is recognized over the initial term of the contracts. This has the effect of normalizing the revenue through the life of the contract, which in the early stages of the Company's growth will show less booked revenue than cash received. The effect in the quarter is we received $468,114 (2005 - $213,661) in cash revenue with $318,473 (2005 - $132,669) reported as revenue and $149,641 (2005 - $80,992) being included in unearned revenue.

Recognized revenue increased $185,774 in the fourth quarter compared to the fourth quarter of last year. AFIRS UpTime revenues increased by $121,940 over the fourth quarter of 2005. Sales revenue increased $63,864 over the same quarter of the previous year. The increase in AFIRS UpTime revenue is the result of the increased number of installed and revenue generating AFIRS boxes, and these revenues are expected to grow at a significantly higher rate because the Company has the infrastructure, sales people, and support organization in place to support revenue growth.



**Gross Margin and Cost of Sales**

Cost of sales in the fourth quarter of 2006 is $167,382 compared to $290,982 in 2005. This is a result of year end adjustments in the 4th quarter of 2005 that were not repeated in 2006. When compared to the third quarter of 2006 at 75% of sales, the difference is the result of increased volume of installations and product mix variations. Included in cost of sales are costs of non-routable parts and travel expenses of engineers on initial installations of aircraft. As part of our service we assist new customers with engineering support on their initial installations. Non-routable parts are parts involved in the installation process that are non-reusable (such as cables) and do not form part of the rental asset. They would remain on the aircraft if the AFIRS unit was extracted. The travel and support costs form part of the non-routable parts and are expenses in the period. As we move forward with more clients, less initial installations and increased recurring revenue streams, we will see cost of sales decline and margins increase.

**Net Loss, General and Administrative and Marketing Expenses**

The net loss for the quarter ended December 31, 2006 was $1,231,842 (2005 - $1,157,992). Included in general and administrative expenses are increased marketing costs. Marketing expenses increased by $150,575 to $198,783 over the fourth quarter of 2005. The Company is focused on generating new customers and will continue to engage resources in marketing.

Interest and bank charges were significantly lower in the fourth quarter of 2006 compared to the same quarter of 2005 as the Company had no debt in the 2006 year. Office expenses increased by $173,451 in the fourth quarter over 2005 primarily due to a $41,169 increase in investor relations costs, increased depreciation of $53,704, computer services increased $61,222 and stock exchange fees increased $8,931. The increased investor relations costs were the result of the Company working with the investment community to inform them of the Company, provide shareholder value in the stock price, and increased communications with both customers and the investment community. The increased computer services are related to the implementation of a new relationship management system and contract management system in the fourth quarter of 2006 with a cost of $50,000. The increased depreciation and stock exchange fees were the result of one time adjustments in the fourth quarter of 2005 that were not repeated in 2006.

Salaries continue to be the main cost of doing business for the Company. We are hiring good qualified personnel on an ongoing basis as our customer base grows and the Company is preparing for growth as the result of our strategic business alliances that are opening opportunities.



**Management Discussion & Analysis**

### Research and Development

Research and development costs are being expensed as incurred. The fourth quarter development costs for 2006 were $173,905 as compared to $36,330 in the same quarter of 2005. The majority of R&D costs are salaries, consulting expenses, testing and certification, and other expenses related to ongoing design, testing and certification of AFIRS and UpTime. This development and certification was the result of modem changes by Iridium and deployment on a wider range of aircraft types and models. There is also a minor amount of expense associated with the preliminary phases of AeroQ.

### Results of Operations – Year Ended December 31, 2006
### Revenues

As shown in the following table, the AFIRS UpTime Revenue and Unearned Revenue are showing the results forecasted. The Company's long term investment in marketing and building relationships has resulted in a strong pipeline of prospective customers around the world. The ongoing revenue streams from our existing customer base will continue to expand throughout future years.

In accordance with the Company's revenue recognition policy, initial network access fees are capitalized as unearned revenue and revenue is recognized over the initial term of the contracts. This has the effect of smoothing the revenue through the life of the contract, which in the early stages of the Company's growth will show less booked revenue than cash received. The effect in the year is we received $1,395,908 (2005 - $620,672) in cash revenue with $1,094,466 (2005 - $511,532) reported as revenue and $301,442 (2005 - $109,140) being included in unearned revenue.

In 2006, revenue for the Company began to reflect the benefit of the Research and Development efforts that have been invested over the past 6 years. AMS now has products tested, certified, and installed on aircraft to generate revenue as well as inventory to continue the roll out to our new customers. Revenues are expected to grow at a significantly higher rate than our costs because the Company has the infrastructure, sales people, and support organization in place to grow.

Total revenues were $1,094,466 and $511,532 for fiscal 2006 and 2005 respectively. In 2006, the Company saw a continued shift in our revenues to our core business of AFIRS UpTime of $604,784 from $342,767 in 2005. Our 2006 quarterly results show a steady increase in the AFIRS revenue stream. Our revenue source continues to shift from individual sale items to a continuous evergreen telecommunications model.



Management
Discussion & Analysis

| | 2006 | | | 2005 | | |
|---|---|---|---|---|---|---|
| | AFIRS UpTime | Other | Total | AFIRS UpTime | Other | Total |
| Q1 | $ 93,901 | $ 124,427 | $ 218,328 | $ 61,068 | $ 94,942 | $ 156,010 |
| Q2 | 140,304 | 158,548 | 298,852 | 67,292 | 48,290 | 115,582 |
| Q3 | 134,397 | 124,416 | 258,813 | 100,165 | 7,106 | 107,271 |
| Q4 | 236,182 | 82,291 | 318,473 | 114,242 | 18,427 | 132,669 |
| Total | $ 604,784 | $ 489,682 | $ 1,094,466 | $ 342,767 | $ 168,765 | $ 511,532 |

Other revenue is derived from Underfloor Stowage Units, licensing fees, interest, and consulting. During 2006 Underfloor Stowage Units were $290,810 (2005 - 84,040) due to a significant order by one airline, licensing fees were $116,730 (2005 - Nil), other revenue of $35,045 (2005 - $83,927), and interest revenue was $47,097 (2005 - $798).

### Gross Margin and Cost of Sales

Gross margins before general and administrative expenses was $365,254 for 2006 (2005- $92,061). The Company continue to see the effects of the AFIRS - UpTime on the margins of our Company.

In 2004 at the early stages of AFIRS market penetration, AMS management made the decision to install AFIRS onto a fleet of aircraft to prove out the benefits of AFIRS UpTime to the industry. Since that time, these strategic customer relationships have provided AMS and the customers with valuable real-time data, resulting in significant cost savings to the clients. Testimonials from these customers have assisted AMS in attracting new clients and the signing of new contracts. The results have been positive from this strategic decision.

Cost of sales for AFIRS was $518,360 on revenues of $604,784 representing a gross margin of $86,424 in 2006. This compares to 2005's $370,528 cost of sales on revenues of $342,767 or a loss of $27,761 on AFIRS sales. The increase in 2006 gross margin over 2005, on AFIRS is primarily due to an increased number of installed AFIRS units at non-introductory rates. As the number of installed units grows, the effect of the introductory units on the gross margin will decrease and, therefore, the Company will see its gross margin increase at a faster rate.



| 2006 | Revenue | Cost of Sales | Gross Margin |
|------|---------|---------------|--------------|
| AFIRS UpTime | $ 604,784 | $ 518,360 | $ 86,424 |
| Other | $ 489,682 | 210,852 | 278,830 |
| Total | $ 1,094,466 | $ 729,212 | $ 365,254 |

| 2005 | Revenue | Cost of Sales | Gross Margin |
|------|---------|---------------|--------------|
| AFIRS UpTime | $ 342,767 | $ 370,528 | $ (27,761) |
| Other | $ 168,765 | 48,944 | 119,821 |
| Total | $ 511,532 | $ 419,471 | $ 92,061 |

Gross Margins on other revenue was $278,830 or 57% of other revenues in 2006 compared to $119,821 or 71% in 2005 which is the result of a large order placed by a major regional carrier for Underfloor Stowage Units at a volume discount.

### Net Loss, General and Administrative and Marketing Expenses

In 2006 the key driver of our performance was the timely receipt of STC approval from multiple regulators, the timely closing of contracts with potential customers, and the airline schedules for installation of AFIRS on contracted aircraft due to their maintenance schedules. Delays in these areas were experienced in 2006. As a result, the net loss for the twelve months ended December 31, 2006 was $4,539,706 compared with $3,133,818 for the same period in 2005.

Our expense categories are not broken into departments for this year as the entire Company was and is focused on getting our main product, AFIRS UpTime, out to our customers. For the twelve months ended December 31, 2006 total general and administrative expenses were $4,904,960 compared with $3,225,879 for the same period in 2005.



Management Discussion & Analysis

| Major Expense Category | 2006 | 2005 | Variance | Explanation |
|---|---|---|---|---|
| Salaries and benefits, third party consulting, and share compensation | 2,761,622 | 1,839,488 | 922,134 | Staff levels increased in 2006 with employee costs increasing by $574,129 over 2005. Third party consultants were used less resulting in reduced costs of $87,478 from 2005. Share based compensation increased by $376,332 over 2005. 2006 saw AMS continue shifting focus from research and development of AFIRS UpTime to the marketing and sales of these products worldwide. This shift and increased number of customers created the need to increase staffing levels in customer support, marketing/sales, and engineering. In addition, staff took salary reductions to ensure the longevity of the Company in 2005 and during 2006 staff salaries have been returned to their original levels.. |
| Research and development costs | 391,201 | 185,058 | 206,143 | Development costs increased by $206,143 from 2005 because of the development of the AFIRS 220. |
| Office, computer services, insurance, depreciation stock exchange fees and bad debts | 682,136 | 396,428 | 285,708 | Investor relations costs were $149,361 versus $16,896 in 2005, an increase of $132,465. Staff training costs increased $18,557 primarily due to the attendance of technical staff at training sessions to ensure they stay abreast of technology changes. Placement fees totalling $17,254 were incurred in 2006 to locate 5 key technical staff. Computer services costs increased to $177,014 from $107,866 in 2005, an increase of $69,148. The increase was the result of the development of both a customer relationship management system and a contract management system at a cost of $50,000 and increase in the need for hardware leases and maintenance to accommodate both staffing and out of date equipment totalling $21,267. Depreciation expenses increased $28,118 due to the addition of fixed assets to meet the needs of increased staffing, marketing, customer support, and engineering. |
| Interest and bank charges | 33,878 | 301,465 | (267,587) | In the first quarter of 2006 the issued debt and convertible debt were repaid. |
| Rent | 193,819 | 202,752 | (8,933) | Decreased due to the amortization of leasehold incentive of $7,984 in 2006. |
| Marketing | 602,693 | 192,458 | 410,235 | Sales and marketing expenses increased to $602,693 from $92,458, or $410,235. In 2006 AMS increased its sales activities including its attendance at international trade shows. During 2005 the financial position of the Company curtailed making the investment in sales and marketing that was required to move the Company forward. This increased investment in sales and marketing is expected to pay dividends in the years to come. The Company expects that expenses in marketing will increase over the next year as the Company will be participating in various trade shows and sales/marketing opportunities by our partners. Marketing costs do not include salaries. |
| Damaged rental assets | - | 21,600 | (21,600) | During management's evaluation of rental assets in 2006, it was determined that there were no AFIRS units damaged and therefore no write off. |
| Professional fees | 239,611 | 86,630 | 152,981 | Accounting and audit fees were $197,721 in 2006 compared to $57,500 in 2005 an increase of $140,221. This is due to accounting consulting increase of $43,750, the final audit fee for 2005 was $66,971 over the 2005 accrual, and the 2006 audit fee accrual is $42,000 higher than the 2005 accrual. Legal fees were higher in 2006 by $12,759 because of additional legal work to review potential financing vehicles. |
| Total | 4,904,960 | 3,225,879 | 1,679,081 | |

24



Management
Discussion & Analysis

|  | **2006** | | | | **2005** | | | |
|---|---|---|---|---|---|---|---|---|
|  | 4th Q | 3rd Q | 2nd Q | 1st Q | 4th Q | 3rd Q | 2nd Q | 1st Q |
|  | $ | $ | $ | $ | $ | $ | $ | $ |
| Revenue | 318,473 | 258,813 | 298,852 | 218,328 | 132,669 | 107,271 | 115,582 | 156,001 |
| Loss | 1,231,842 | 1,176,113 | 965,349 | 1,166,402 | 1,127,856 | 600,000 | 687,659 | 718,303 |
| Loss/Share | .02 | .03 | .03 | .04 | .05 | .03 | .04 | .04 |

### Comments on Quarterly Statistics

Quarterly revenue streams have been shifting to monthly repeating UpTime revenues from specific sales of goods and consulting revenue streams over 2006. The monthly and annual UpTime fees will increase over time as more aircraft are installed with AFIRS.

### Research and Development

Research and development costs are being expensed as incurred. The majority of R&D costs are salaries and consulting expenses related to the design, testing, and manufacture of AFIRS, and the design and testing of UpTime. There are also expenses being incurred in the preliminary phases of AeroQ development.

### Foreign Exchange

All international sales of the Company's products and services are denominated in US dollars. Accordingly, the Company is susceptible to foreign exchange fluctuations. In 2006, nearly 97% of the Company's gross sales were made in US dollars compared to nearly 90% in 2004.

### Transactions with Related Parties

During the year, the Company had the following transactions with related parties. These transactions were measured at the exchange amounts that were the amount of consideration established and agreed upon by the related parties and approximated fair market value.

a) The Company issued 3,532,899 common shares to officers and directors of the Company at $0.30 per share in satisfaction of debt for proceeds of $1,059,870.

Management
Discussion & Analysis

b) The Company issued 617,500 units to officers and directors of the Company at $0.26 per unit for cash proceeds of $160,550. Each unit consisted of one common share and one-half of one purchase warrant. One whole warrant may be exercised into one common share at a price of $0.40 and the warrants expire on February 9, 2008. The warrants are subject to an acceleration clause whereby if the Company's common share prices equal to or greater than $0.50 for a period of 10 consecutive trading days, the Company may notify all warrant holders and issue a press release causing the warrants to be exercised within 30 days of the date of the press release, failing which the warrants expire.

**Financial Instruments**

The Company is exposed to fluctuations in the exchange rates between the Canadian dollar, and other currencies with respect to assets, sales, and purchases. The Company monitors fluctuations and may take action, if deemed necessary to mitigate its risk.

The Company is exposed to changes in interest rates as a result of the operating loan, bearing interest based on the Company's lenders' prime rate.

There is a credit risk associated with accounts receivable where the customer fails to pay invoices. The Company extends credit generally to credit worthy or well established customers. In the case of network access fees or product sales the invoiced amount is generally payable before the AFIRS or product is shipped to the customer. As well, for monthly recurring revenue the Company has the ability to disable the AFIRS and/or supply data in cases where the customer has not fulfilled its financial obligations.

**Subsequent events**

The Company further solidified its position in the Original Equipment Manufacturer (OEM) market with the finalization of the licensing agreement with Vibro-Meter, SA a division of Meggitt Aerospace on January 17, 2007. The fees from this agreement are payable upon the Company obtaining certain Federal Aviation Administration Supplemental Type Certificates of which $500,000 US dollars of potential $1.0 million US dollars was invoiced and paid in the first quarter of 2007.



Management
Discussion & Analysis

### Critical Accounting Policies and Estimates
#### General

The preparation of the consolidated financial statements requires management to make estimates and assumptions that affect the reported amounts of assets, liabilities, revenues, and expenses. These estimates and assumptions are based upon management's historical experience and are believed by management to be reasonable under the circumstances. Such estimates and assumptions are evaluated on an ongoing basis and form the basis for making judgments about the carrying value of assets and liabilities that are not readily apparent from other sources. Actual results could differ significantly from these estimates.

#### Depreciation - Rental Assets

The depreciation of rental assets is based on management's estimate of the expected useful life of the related item. Management has determined that the expected useful life is approximately 6 years. This determination was based on the average terms of the lease contracts.

#### Stock - based Compensation

The Company has a stock option plan that is described in the consolidated financial statements. The fair value of any stock options granted is recorded as an expense over the vesting period with a corresponding increase recorded to contributed surplus. The fair value of the stock-based compensation is determined using the Black-Scholes option pricing model and management's assumptions. Upon exercise of the stock options, consideration paid by the option holder together with the amount previously recognized in contributed surplus is recorded as an increase to share capital.

#### Warranty Accrual

Provisions for estimated expenses related to product warranties are made at the time products are leased. These estimates are established using historical information relating to nature, frequency, and average cost of warranty claims.

#### Current Portion of Loans Payable

The current portion of loans payable is based on management's estimate of future 2007 revenues from sales. Actual sales may defer from these initial estimates.



## Income Taxes

The Company uses the liability method of accounting for income taxes. Under the liability method the future income taxes are calculated based on temporary differences arising between the financial statement carrying values and tax bases of assets and liabilities. Future income tax assets and liabilities are measured using substantively enacted income tax rates expected to apply in the years in which the temporary differences are expected to be recovered or settled. Changes in income tax rates that are substantively enacted are reflected in the accumulated future tax balances in the period the change occurs. The future income tax asset is being reduced by a corresponding valuation allowance adjustment. A valuation adjustment is currently being used because the criteria of it being "more likely than not", that these future income tax assets will be used to shelter current income taxes in the future, does not exist.

## Internal Control Reporting
## Multilateral Instrument 52-109

In December 2005, Canadian Securities Administrator ("CSA") Staff Notice 52-111 was issued to assist certifying officers in determining the appropriate form of certificate required under MI 52-109 for various interim and annual filings. In March 2006, the CSA issued Notice 52-313 that it will not proceed with the proposed MI 52-111. Rather, CSA has expanded MI 52-109 to require all reporting issuers to certify in their annual CEO and CFO certifications that they have evaluated the effectiveness of the issuer's internal control over financial reporting. Issuers will be required to disclose, in their annual MD&A, their conclusions about the effectiveness of internal controls over financial reporting as of the end of the financial year based on such evaluation. However, issuers will not be required to have management's assessment of the effectiveness of internal controls over financial reporting audited.

For years ended on or after June 29, 2006, issuers are required to certify that the issuer has designed internal controls over financial reporting (versus evaluating the effectiveness of them) and disclose in the MD&A material changes in internal controls over financial reporting that have occurred in the last quarter. On February 9, 2007, the CSA issued notice 52-317 proposing that the certification regarding the evaluation of effectiveness of internal controls over financial reporting would apply in respect to financial years ended on or before June 30, 2008.



**Disclosure Controls and Procedures Related to Financial Reporting**

Disclosure controls and procedures have been designed to ensure that information required to be disclosed by the Company is accumulated and communicated to our management as appropriate to allow timely disclosure. The Company's Chief Executive Officer and Chief Financial Officer have concluded that the Company's disclosure controls and procedures are effective to provide reasonable assurance that material information related to the Company are made known to them by others within the Company. It should be noted that while the Company's Chief Executive Officer and Chief Financial Officer believe that the disclosure controls and procedures provide reasonable level of assurance and that they are effective, they do not expect that the disclosure controls and procedures will prevent fraud and error. A control system, no matter how well conceived or operated, can provide only reasonable, not absolute, assurance that the objectives of the control system are met.

**Internal Control Over Financial Reporting**

The Chief Executive Officer and Chief Financial Officer of the Company are responsible for designing internal controls over financial reporting or causing them to be designed under their supervision in order to provide reasonable assurance regarding the reliability of financial reporting and the presentation of financial statements for external purposes in accordance with Canadian GAAP. The Chief Executive Officer and Chief Financial Officer are in the process of assessing the design of internal control over financial reporting as at December 31, 2006 and during the process have identified weaknesses in internal control over financial reporting, discussed below, that result in more than a remote likelihood that a material misstatement may not be prevented or detected on a timely basis.

Management and the Board of Directors, including the Audit Committee thereof, work to mitigate the risk of any potential material misstatement in the Company's financial reporting, however, there can be no assurance that the risk can be reduced to less than a remote likelihood of potential material misstatement.

### 1) Financial Reporting System

The Company's financial reporting system is not currently fully integrated and the original database setup was not fully completed to create a seamless system. There are several spreadsheets and manual data entry that are required to input information into the financial reporting system. This could lead to potential material misstatement on the financial statements.



Management identified the issues in 2006 and is in the process of implementing various processes and systems to improve the setup and integration. As of January 1, 2007 a new database was created within the existing ERP system to correct the original set up. As well, a Contract/Billing system is in the process of being developed to integrate AFIRS Uptime billings to the ERP. This system is anticipated to be fully functional in the third quarter.

### 2) Segregation of Duties

Segregation of duties is a basic, key control and one of the most difficult to achieve. It is used to ensure that errors or irregularities are prevented or detected on a timely basis by employees in the normal course of business.

Due to limited resources within the accounting group, adequate segregation of duties was not achieved. This creates risk that inaccurate journal entries could be made and not corrected on a timely basis. The result is that the Company is highly reliant on the performance of mitigating procedures during its financial close processes in order to ensure the financial statements present fairly in all material respects.

With the addition of a new Chief Financial Officer in the last quarter of 2006 who has extensive experience with financial control and process implementation there was an overall review started in 2006 that will continue into 2007. This review will encompass the current assignment of responsibilities and where possible improve segregation. In addition, Management will identify and hire additional accounting resources where cost effective and required. Where it is not cost effective to obtain additional accounting resources, management will review existing mitigating controls, and if appropriate implement changes to ICFR whereby more effective mitigating controls will be adopted. In the last quarter of 2006 the Company contracted the services of an experienced accountant to assist with the planning and implementation of a revised accounting database effective January 1, 2007. This revised database will incorporate check points to improve segregation of duties where possible. As well, the individual is tasked with assisting the Chief Financial Officer in identifying, developing, and implementing internal controls.



Management
Discussion & Analysis

Also, the Company has mitigated the risks arising from these weaknesses, through a combination of extensive and detailed review by the Chief Financial Officer of the financial reports and data that gives rise to the financial reports. There is also review by other senior staff as well as the Audit Committee and Board of Directors before financial information is reported. The result is the Company is highly reliant on the performance of mitigating procedures during its financial close process in order to ensure the financial statements present fairly in all material aspects.

### 3) Control Over Information Systems

Internal control processes over information systems were not comprehensively documented, creating the risk that such activities are not performed consistently. The responsibility for information systems was realigned to the Chief Financial Officer in the last quarter of 2006. The intention is to undertake a review of the financial information systems in 2007 and implement documentation of control activities over information technology where feasible and cost effective.

The Company has not formalized and implemented a comprehensive back up and recovery strategy, although it does undertake regular backups the procedure is not formalized in writing. Without a documented disaster recovery plan, the organization runs the risk of having an inability to recover computer services in a timely fashion. These comments do not apply to UpTime data, which is hosted by both IBM and Q9 networks. In fiscal 2007, as resources allow, management will look into documenting a disaster recovery program and document current practice where data is backed up on a periodic basis and stored in a secure location.

Monitoring activities were not designed to ensure that the control procedures over information systems were being performed or functioning as intended. In fiscal 2007 and where cost effective, the Company intends to introduce more ongoing internal control monitoring activities.





F   L   (Y)   H   T

REDEFINING AERO SPACE

AeroMechanical Services Ltd. takes pride in announcing it has incorporated a wholly owned subsidiary called Flyht Corp. Effective May 18th, 2007, all new service agreements, product sales, and part supply will be done through Flyht Corp.

Flyht Corp. will be the sales and marketing identity for AeroMechanical Services' products and services. AeroMechanical Services felt that to better serve its stakeholders, it was necessary to create a strong sales and marketing drive and a corporate identity that better reflects what we have to offer the aerospace industry. Our original name was creating confusion over the types of products and services we provide, and to what industry we cater.

The sales and marketing identity does not change the ownership of any assets, intellectual property, patents and STCs. And most importantly, it does not change the content for AeroMechanical shareholders.

Flyht Corp., an AeroMechanical Services Ltd. Company encourages all of you to visit www.flyht.com. Click on the Flyht Corp. logo to see our new look.



Auditors' Report

To the Shareholders of

AeroMechanical Services Ltd.

We have audited the consolidated balance sheets of AeroMechanical Services Ltd. as at December 31, 2006 and 2005 and the consolidated statements of loss and deficit and cash flows for the years then ended. These consolidated financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these consolidated financial statements based on our audits.

We conducted our audits in accordance with Canadian generally accepted auditing standards. Those standards require that we plan and perform an audit to obtain reasonable assurance whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation.

In our opinion, these consolidated financial statements present fairly, in all material respects, the financial position of the Company as at December 31, 2006 and 2005 and the results of its operations and its cash flows for the years then ended in accordance with Canadian generally accepted accounting principles.

Calgary, Alberta
April 9, 2007

*Grant Thornton LLP*
Chartered Accountants

33



CONSOLIDATED BALANCE SHEET
AS AT DECEMBER 31

|  | 2006 | 2005 |
|---|---|---|
| **ASSETS** | | |
| **CURRENT** | | |
| Cash and cash equivalents | $    2,688,389 | $        84,009 |
| Restricted cash – Note 9 | 284,500 | - |
| Accounts receivable | 291,603 | 177,282 |
| Prepaid expenses | 233,040 | 52,308 |
| Inventory | 428,886 | 283,885 |
|  | 3,926,418 | 597,484 |
|  | | |
| CAPITAL ASSETS – Note 3 | 224,644 | 120,628 |
| RENTAL ASSETS – Note 4 | 768,696 | 669,301 |
| INTANGIBLE ASSET – Note 5 | 34,992 | |
|  | $    4,954,750 | $    1,387,413 |
| | | |
| **LIABILITIES** | | |
| **CURRENT** | | |
| Accounts payable and accrued liabilities | $      497,531 | $    1,392,017 |
| Current portion unearned revenue | 101,774 | 33,146 |
| Current portion of deferred lease inducement – Note 6 | 13,687 | - |
| Current portion of loans payable – Note 8 | 120,742 | 82,263 |
| Current portion of obligation under capital lease – Note 10 | 16,105 | - |
|  | 749,839 | 1,507,426 |
|  | | |
| UNEARNED REVENUE | 292,920 | 217,313 |
| DEFERRED LEASE INDUCEMENT – Note 6 | 15,968 | - |
| LOANS PAYABLE – Note 8 | 351,959 | 403,749 |
| TERM LOANS – Note 7 | - | 990,000 |
| OBLIGATION UNDER CAPITAL LEASE – Note 10 | 27,028 | - |
| WARRANTY | 12,016 | 12,240 |
|  | 1,449,730 | 3,130,728 |
|  | | |
| **SHAREHOLDERS' EQUITY** | | |
| SHARE CAPITAL – Note 11 | 17,052,282 | 8,375,377 |
| CONTRIBUTED SURPLUS – Note 11 | 1,379,323 | 268,187 |
| DEFICIT | (14,926,585) | (10,386,879) |
|  | 3,505,020 | (1,743,315) |
|  | | |
|  | $    4,954,750 | $    1,387,413 |

Nature of business and going concern – Note 1
Commitments - Note 12
Subsequent event – Note 19

On behalf of the board

(Signed) "William Tempany"                               (Signed) "Douglas Marlin"

Director                                                             Director
See accompanying notes to the consolidated financial statements

34



CONSOLIDATED STATEMENTS OF LOSS AND DEFICIT
FOR THE YEAR ENDED DECEMBER 31

|  | 2006 | 2005 |
|---|---|---|
| **REVENUE** | | |
| Rental revenue | $ 604,784 | $ 342,767 |
| Sales revenue | 489,682 | 168,765 |
| | 1,094,466 | 511,532 |
| | | |
| COST OF SALES – Note 14 | 729,212 | 419,471 |
| GROSS MARGIN | 365,254 | 92,061 |
| | | |
| **EXPENSES** | | |
| Salaries and benefits | 2,191,485 | 1,617,356 |
| Marketing | 602,693 | 192,458 |
| Stock based compensation | 455,985 | 79,653 |
| Research and development | 391,201 | 185,058 |
| Office | 358,831 | 157,085 |
| Professional fees | 239,611 | 86,630 |
| Rent | 193,819 | 202,752 |
| Computer services | 177,014 | 107,866 |
| Consulting fees | 110,034 | 50,883 |
| Insurance | 49,383 | 65,471 |
| Depreciation | 62,170 | 34,052 |
| Interest and bank charges | 33,878 | 301,465 |
| Foreign exchange currency loss | 22,795 | 2,357 |
| Stock exchange fees | 11,943 | 27,306 |
| Third party contracts | 4,118 | 91,596 |
| Write down of damaged rental assets | - | 21,600 |
| Bad debts | - | 2,291 |
| | 4,904,960 | 3,225,879 |
| | | |
| **NET LOSS** | $ (4,539,706) | $ (3,133,818) |
| | | |
| NET LOSS PER SHARE - Basic and Diluted - Note 16 | $ (0.10) | $ (0.16) |
| | | |
| | | |
| DEFICIT - Beginning of year | $ (10,386,879) | $ (7,070,757) |
| NET LOSS | (4,539,706) | (3,133,818) |
| DIVIDENDS PAID - Preferred shares | - | (156,682) |
| DIVIDENDS PAID - Convertible debt | - | (25,622) |
| | | |
| DEFICIT - End of year | $ (14,926,585) | $ (10,386,879) |

See accompanying notes to the consolidated financial statements

35



CONSOLIDATED STATEMENT OF CASH FLOW
FOR THE YEARS ENDED DECEMBER 31

| | 2006 | 2005 |
|---|---|---|
| **OPERATING ACTIVITIES** | | |
| Net loss | $ (4,539,706) | $ (3,133,818) |
| Add items not affecting cash | | |
| Depreciation | 62,170 | 34,052 |
| Amortization of AFIRS | 53,198 | 36,300 |
| Stock based compensation | 455,985 | 79,653 |
| Write down of damaged rental assets | - | 21,600 |
| Warranty expense | (224) | 12,240 |
| Non-cash expenses | (5,237) | 146,057 |
| | (3,973,814) | (2,803,916) |
| | | |
| Net change in non-cash working capital balances – Note 18 | (869,922) | 1,550,196 |
| | (4,843,736) | (1,253,720) |
| | | |
| **FINANCING ACTIVITIES** | | |
| Issuance of preferred shares | - | 134,000 |
| Issuance of common shares | 8,845,723 | 892,599 |
| Repayment on capital lease | (4,521) | - |
| Issuance of convertible debentures | - | 400,000 |
| Share issue costs | (786,462) | (116,470) |
| IRAP and TPC loan repayment | (13,310) | (1,274) |
| | 8,041,430 | 1,308,855 |
| | | |
| **INVESTING ACTIVITIES** | | |
| Restricted cash | (284,500) | - |
| Capital assets | (121,229) | (4,389) |
| Purchase of intangible assets | (34,992) | - |
| Rental assets | (152,593) | - |
| | (593,314) | (4,389) |
| | | |
| CHANGE IN CASH AND CASH EQUIVALENTS | 2,604,380 | 50,746 |
| | | |
| CASH AND CASH EQUIVALENTS – Beginning of year | 84,009 | 33,263 |
| | | |
| CASH AND CASH EQUIVALENTS – End of year | $ 2,688,389 | $ 84,009 |

See accompanying notes to the consolidated financial statements



NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS
FOR THE YEARS ENDED DECEMBER 31, 2006 AND 2005

## NOTE 1   NATURE OF BUSINESS AND GOING CONCERN

AeroMechanical Services Ltd. (the "Company") is a public company incorporated under the Canada Business Corporations Act. The Company is listed on the Toronto Venture Stock Exchange, trading under the symbol "AMA".

The Company is a designer, developer and service provider to the global aerospace industry. The major products are the Automated Flight Information Reporting System ("AFIRS"), UpTime, AeroQ and Underfloor Stowage Units.

At December 31, 2006, the Company had working capital of $3,176,579 (2005 – deficit of $909,942), a deficit of $14,926,585 (2005 - $10,386,879), a loss from operations of $4,539,706 (2005 - $3,133,818) and negative cash flow from operations of $3,973,814 (2005 - $2,803,916).

The Company's ability to continue as a going concern is dependent upon attaining and sustaining profitable operations and/or obtaining additional financing in order to fund its on-going operations. The Company's ability to attain profitable operations and positive cash flow in the future is dependent upon various factors including its ability to acquire new customer contracts, the success of management's continued cost containments and general economic conditions.

There is no assurance that the Company will be successful in attaining and sustaining profitable operations and cash flows or raising additional capital to meet its working capital requirements. If the Company is unable to satisfy its working capital requirements from these sources, the Company's ability to continue as a going concern and to achieve its intended business objectives could be adversely affected.

These consolidated financial statements have been prepared on the basis that the Company will continue to meet its obligations in the ordinary course of business and do not reflect adjustments, such as revaluation to liquidation values and reclassification of balance sheet items that would otherwise be necessary if the going concern assumption was not valid.



NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS
FOR THE YEARS ENDED DECEMBER 31, 2006 AND 2005

**NOTE 2    SIGNIFICANT ACCOUNTING POLICIES**

The consolidated financial statements of the Company have been prepared in accordance with Canadian generally accepted accounting principles within the framework of the accounting policies as summarized below.

**a)    Basis of Presentation**

These financial statements consolidate the accounts of the Company and its wholly-owned subsidiary, AeroMechanical Services USA Inc. The subsidiary was inactive for the reporting period and currently remains inactive.

**b)    Measurement Uncertainty**

The preparation of the financial statements in accordance with Canadian generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities at the date of the financial statements and the reported amounts of revenue and expenses during the reporting period. Actual results could differ from and affect the results reported in these consolidated financial statements as future confirming events occur.

Amounts recorded for stock-based compensation are based on management's estimates of share price volatility and the expected life of the options. By their nature, these estimates are subject to uncertainty and the impact on the consolidated financial statements of future periods could be material.

Amounts recorded for warranty are based on management's estimates of the costs associated with the AFIRS rental assets. Costs of technology up-grades and replacing components that are not functioning plus associated costs of travel and staff time have been included in the estimates. By their nature, these estimates are subject to uncertainty and the impact on the consolidated financial statements of future periods could be material.

**c)    Revenue Recognition**

The Company's main revenue sources are derived from the rental of AFIRS units and related UpTime usage fees and the sale of under floor storage boxes. Revenue from AFIRS is derived from an up-front fee which is held as a customer deposit and recognized into revenue over the term of the agreement. Revenue from UpTime usage fees is recognized at the end of each month in which the unit was used by the customer.

Revenue from the sale of under floor storage boxes is recognized when the unit is shipped, title is transferred and collection is reasonably assured.

Certain customers have prepaid for product services not yet delivered. These amounts are recorded as unearned revenue on the balance sheet and are recorded as revenue in the period in which such product or services are delivered.



NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS
FOR THE YEARS ENDED DECEMBER 31, 2006 AND 2005

## NOTE 2    SIGNIFICANT ACCOUNTING POLICIES (continued)

### d).    Capital Assets.

Capital assets are recorded at cost. Depreciation is provided annually at rates calculated to write-off assets over their estimated useful lives as follows:

| | |
|---|---|
| Computers | 30% declining balance |
| Equipment | 20% declining balance |
| Leasehold improvements | 60 months straight-line |

### e)    Rental Assets

Rental assets are recorded at cost and consist of AFIRS units that are in use in customer aircraft, spare units held by airlines and units available for lease. Amortization is provided for those units that are leased on a straight line basis over 6 years.

### f]    Future Income Taxes

The Company uses the liability method to account for income taxes. Future income taxes are calculated based on temporary differences arising between the financial statement carrying values and tax bases of assets and liabilities. Future income tax assets and liabilities are measured using substantively enacted income tax rates expected to apply in the years in which temporary differences are expected to be recovered or settled. Changes in income tax rates that are substantively enacted are reflected in the accumulated future tax balances in the period the change occurs. A valuation amount is recorded against any future income tax assets, that substantially consists of non-capital loss carry forwards, if it is more likely than not the asset will not be realized.

### g]    Foreign Currency Translation

Transactions denominated in US dollars have been translated into Canadian dollars at the approximate rate of exchange prevailing at the time of the transactions. Monetary assets and liabilities denominated in foreign currencies have been translated into Canadian dollars at the year end exchange rates. The accounts of the Company's foreign subsidiary are considered integrated and therefore translated into Canadian dollars under the temporal method of accounting whereby monetary items are translated at exchange rates in effect at the balance sheet date and non-monetary items translated at rates of exchange in effect when assets were acquired or obligations incurred. Revenues and expenses are translated at rates in effect at the time of the transactions. Exchange gains and losses are included in the consolidated statements of loss and deficit.

### h).    Research and Development Costs

Research costs are expensed as incurred. Development costs incurred in the design and development of new products are capitalized if certain defined criteria are met. The criteria for capitalization of development costs is met when the product is clearly identified, the technical feasibility has been established, management has indicated its intention to market the product, the future market is identified and adequate resources exist or are expected to be available to complete the project. Upon commercial production or use of the product, deferred costs will be amortized over the estimated useful life of the product. If the criteria are no longer met, costs for a specific product are charged against earnings. To date, all development costs have been expensed as incurred.

39



NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS
FOR THE YEAR ENDED DECEMBER 31, 2006 AND 2005

**NOTE 2    SIGNIFICANT ACCOUNTING POLICIES (continued)**

**i)    Financial Instruments.**

The Company has estimated the fair value of its financial instruments which include cash and cash equivalents, accounts receivable, accounts-payable and accrued liabilities and all debt. The Company used valuation methodologies and market information available at year end and has determined that the carrying amounts of such financial instruments approximate fair value in all cases. The fair value of the loans payable could not be determined as the loans do not bear interest and the timing of the repayments are difficult to estimate as they are dependent on future revenues.

**j)    Inventory**

Inventory is stated at the lower of cost and net realizable value. Management evaluates inventory for obsolescence and charges obsolescence to cost of goods sold. Cost is determined using the first in first out method. Inventories include under floor storage units and general parts which are held pending installation and sale to the customer.

**k)    Cash and Cash Equivalents**

Cash and cash equivalents consists of deposits in banks, redeemable deposits, Guaranteed Investment Certificates, and short-term investments with initial maturities of three months or less.

**l)    Warranty**

Provisions for estimated expenses related to product warranties are made at the time products are leased. These estimates are established using historical information relating to the nature, frequency, and average cost of warranty claims.

**m)    Per Share Amounts**

The treasury stock method is used to determine the dilutive effect of stock options and other dilutive instruments. The treasury stock method assumes that proceeds received from the exercise of in-the-money instruments are used to repurchase common shares at the average market price for the period.

**n)    Stock Based Compensation**

The Company has an executive stock compensation plan and a stock option plan for directors, officers, employees and consultants of the Company. The executive stock compensation plan provides for direct grants of stock to the Company's officers. Under the terms of the stock option plan, the options shall be granted at an exercise price not less than fair value of the stock on the date of issuance, less up to a discount permitted by the rules and policies of the stock exchange.

The Company records compensation expense in the consolidated statements of loss and deficit for stock options using the fair value method. Compensation costs are recognized over the vesting period. Fair values are determined using the Black-Scholes option pricing model.

**o)    Intangible Asset**

Intangible assets are stated at cost and is comprised of a license. The license has an indefinite life. Intangible assets are subject to an annual impairment test or whenever events or changes in circumstances indicate that the carrying value may not be recoverable.



NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS
FOR THE YEARS ENDED DECEMBER 31, 2006 AND 2005

## NOTE 2  SIGNIFICANT ACCOUNTING POLICIES (continued)

### p)  Deferred Leasehold Inducements

Leasehold inducements are deferred and amortized against rent expense on a straight-line basis over the term of the lease. When a lease interest is abandoned, the balance of the leasehold inducement is offset against the lease buyout cost or rent expense during the applicable period.

## NOTE 3  CAPITAL ASSETS

|  | Cost | Accumulated Amortization | December 31, 2006 |
|---|---|---|---|
| Computers | $ 256,072 | $ 153,136 | $ 102,936 |
| Equipment | 113,714 | 40,351 | 73,363 |
| Leasehold improvements | 77,689 | 29,344 | 48,345 |
|  | $ 447,475 | $ 222,831 | $ 224,644 |

|  | Cost | Accumulated Amortization | December 31, 2005 |
|---|---|---|---|
| Computers | $ 188,396 | $ 123,523 | $ 64,873 |
| Equipment | 63,235 | 26,758 | 36,477 |
| Leasehold improvements | 29,659 | 10,381 | 19,278 |
|  | $ 281,290 | $ 160,662 | $ 120,628 |

Included in computer and equipment are capital leases with a net book value of $38,213 (2005 - $Nil).

## NOTE 4  RENTAL ASSETS

|  | Cost | Accumulated Amortization | December 31, 2006 |
|---|---|---|---|
| Leased assets | $ 400,560 | $ 89,497 | 311,063 |
| Assets available for lease | 479,233 | 21,600 | 457,633 |
|  | $ 879,793 | $ 111,097 | $ 768,696 |

|  | Cost | Accumulated Amortization | December 31, 2005 |
|---|---|---|---|
| Leased assets | $ 244,802 | $ 36,300 | $ 208,502 |
| Assets available for lease | 482,399 | 21,600 | 460,799 |
|  | $ 727,201 | $ 57,900 | $ 669,301 |

In 2005, it was determined that certain rental assets in the amount of $21,600 were obsolete. The rental assets have been written off on the consolidated statements of loss and deficit.



41



NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS
FOR THE YEARS ENDED DECEMBER 31, 2006 AND 2005

## NOTE 5    INTANGIBLE ASSET

|  | 2006 | 2005 |
|---|---|---|
| Licensing Agreement – indefinite life | $    34,992 | $    - |

## NOTE 6    DEFERRED LEASEHOLD INDUCEMENTS

|  | 2006 | 2005 |
|---|---|---|
| Balance, beginning of year | $    - | $    - |
| Additions | 37,640 | - |
| Amortization | (7,985) | - |
| Balance, end of year | 29,655 | - |
| Less: current portion | (13,687) | - |
|  | $    15,968 | $    - |

## NOTE 7    TERM LOANS

|  | 2006 | 2005 |
|---|---|---|
| Funds advanced by a shareholder and director of the Company, bears interest at 18% per annum, are secured by a general security agreement and were due June 6, 2008. | $    - | $    550,000 |
| Funds advanced by a shareholder and director of the Company, bears interest at 18% per annum, are secured by a general security agreement and were due June 6, 2008. | - | 440,000 |
|  | $    - | $    990,000 |

a)   As at December 31, 2005, short-term debt consisted of a promissory note in the amount of $550,000. This short-term debt obligation plus accrued interest of $38,816 was repaid through debt conversion to 1,962,721 shares at $0.30 per share. The effective date of the conversion was January 1, 2006. See Note 11 (b).

b)   As at December 31, 2005, short-term debt consisted of a promissory note in the amount of $440,000. This short-term debt obligation plus accrued interest of $31,053 was repaid through debt conversion to 1,570,177 shares at $0.30 per share. The effective date of the conversion was January 1, 2006. See Note 11 (b).

The effective price used for the conversion was the average share price of the Company's stock around the conversion date.





NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS
FOR THE YEARS ENDED DECEMBER 31, 2006 AND 2005

### NOTE 8    LOANS PAYABLE

| | | 2006 | | 2005 |
|---|---|---|---|---|
| The Industrial Research Assistance Program "IRAP" loan is non-interest bearing and is repaid annually, based on 1.11% of gross revenues, commencing October 2006. The current portion is calculated based on the actual gross revenues in the previous quarter plus the Company's revenue projections for the next nine months. | $ | 349,066 | $ | 362,377 |
| The Technology Partnerships Canada "TPC" loan is non-interest bearing. The loan is repayable annually, based on 15% of the initial contribution when the Company has achieved more than 10% growth in gross revenues above the previous year's gross revenue and the gross revenue for the year is greater than the base amount. The base amount is defined as the Company's gross revenue in fiscal 2004, which was at $556,127. | | 123,635 | | 123,635 |
| | | 472,701 | | 486,012 |
| Less: current portion | | (120,742) | | (82,263) |
| | $ | 351,959 | $ | 403,749 |

### NOTE 9    BANK LOAN

Operating demand loan is available to the Company up to a maximum of $250,000 (2005 – $Nil). The operating demand loan is payable on demand, bears at Canadian chartered bank prime plus 1.0% and is secured by an assignment of cash collateral in the amount of $284,500 and a general security agreement including a first ranking security interest in all personal property. The amount of the cash collateral has been disclosed as restricted cash. As at December 31, 2006, the facility has not been drawn.

### NOTE 10   OBLIGATION UNDER CAPITAL LEASE

The Company is party to various capital leases for computer hardware and software that expire in 2009. Future minimum lease payments under the capital leases are as follows:

| | | 2006 | | 2005 |
|---|---|---|---|---|
| 2007 | $ | 23,202 | $ | - |
| 2008 | | 21,801 | | - |
| 2009 | | 8,780 | | - |
| | | 53,873 | | - |
| Less: imputed interest | | (10,650) | | - |
| Less: current portion | | (16,105) | | - |
| | $ | 27,028 | $ | - |





NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS
FOR THE YEARS ENDED DECEMBER 31, 2006 AND 2005

## NOTE 11  SHARE CAPITAL

**a]  Authorized:**

Unlimited numbers of:

Common shares

Classes A, B and C preferred shares, issuable in series

The preferred shares may be issued in one or more series and the directors are authorized to fix the number of shares in each series and to determine the designation, rights, privileges, restrictions, and conditions attached to the shares in each series.

**b]  Issued and outstanding:**

**Common shares**

| | Number of shares | | Value |
|---|---|---|---|
| Balance December 31, 2004 | 17,015,758 | $ | 5,096,879 |
| Issued for cash | 3,526,067 | | 892,599 |
| Issued for debt | 892,000 | | 356,800 |
| Exchanged for Series 2 preferred shares | 5,868,157 | | 1,575,094 |
| Issued in lieu of dividends | 547,025 | | 156,682 |
| Share issue costs | - | | (102,677) |
| Balance December 31, 2005 | 27,849,007 | | 7,975,377 |
| Issued for cash | 24,868,959 | | 8,751,430 |
| Issued for debt | 5,450,227 | | 1,672,793 |
| Exercise of employee options | 320,630 | | 121,730 |
| Share subscription receivable | - | | (9,090) |
| Share issue costs | - | | (1,459,958) |
| Balance December 31, 2006 | 58,488,823 | $ | 17,052,282 |

**Preferred shares, Class A, Series 1**

| | Number | | Value |
|---|---|---|---|
| Balance December 31, 2004 | 975,300 | $ | 685,908 |
| Exchanged for Series 2 preferred shares | (975,300) | | (685,908) |
| Balance December 31, 2005 | - | $ | - |

**Preferred shares, Class A, Series 2**

| | Number | | Value |
|---|---|---|---|
| Balance December 31, 2004 | 1,713,000 | $ | 768,979 |
| Issued for cash | 268,000 | | 134,000 |
| Exchanged for Series 1 preferred shares | 1,560,480 | | 685,908 |
| Exchanged for common shares | (3,541,480) | | (1,575,094) |
| Share issue costs | - | | (13,793) |
| Balance December 31, 2005 | - | $ | - |



44



NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS
FOR THE YEARS ENDED DECEMBER 31, 2006 AND 2005

### NOTE 11  SHARE CAPITAL (continued)

**Convertible debenture**

| | Value |
|---|---|
| Balance December 31, 2005 | $ 400,000 |
| Converted to common shares | (400,000) |
| Balance December 31, 2006 | $ - |

| | |
|---|---|
| **Total share capital** | **$ 17,052,282** |

#### 2006 Common shares

i)   The Company issued 8,543,959 units at $0.26 per unit for cash proceeds of $2,221,430 and net cash proceeds, net of all issuance costs, of $1,993,437 . Each unit consists of one common share and one-half of one purchase warrant. One whole warrant may be exercised into one common share at a price of $0.40 and the warrants expire on February 9, 2008. The warrants are subject to an acceleration clause whereby if the Company's common share price is equal to or greater than $0.50 for a period of 10 consecutive trading days, the Company may notify all warrant holders and issue a press release causing the warrants to be exercised within 30 days of the date of the press release, failing which the warrants expire.

ii)   The Company issued 5,350,227 common shares to officers, directors, and vendors of the Company at a weighted average price of $0.31 per share in satisfaction of debt for proceeds of $1,633,193.

iii)   The Company issued 16,250,000 units at $0.40 per unit for cash proceeds of $6,500,000 and net cash proceeds, net of all issuance costs, of $5,942,031. Each unit consists of one common share and one-half of one purchase warrant. One whole warrant may be exercised into one common share at a price of $0.60 if exercised on or before September 1, 2007 and at a price of $0.75 if exercised prior to September 1, 2008.

iv)   The Company issued 320,630 common shares to directors, officers, and employees at a weighted average price of $0.32 per share for cash proceeds of $94,293 for the exercise of stock options.

v)   The Company issued 75,000 common shares at $0.40 per share for cash proceeds of  $30,000 for the exercise of warrants.

vi)   The Company issued 100,000 common shares to a former employee at $ 0.396 per share in satisfaction of accrued claims in the amount of $39,600.

#### 2005 Common shares

i)   The Company issued 437,500 units to officers and directors of the Company at $0.40 per unit for cash proceeds of $175,000. Each unit consisted of one common share and one-half of one purchase warrant. One whole warrant can be exercised into one common share at a price of $0.50 per warrant share on or before the day which is 24 months from the date of grant.

ii)   The Company issued 1,445,567 units to officers and directors of the Company at $0.21 per unit for cash proceeds of $303,569. Each unit consisted of one common share and one purchase warrant. One whole warrant can be exercised into one common share at a price of $0.40 per warrant share on or before the day which is 24 months from the date of grant.



NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS
FOR THE YEARS ENDED DECEMBER 31, 2006 AND 2005

### NOTE 11   SHARE CAPITAL (continued)

iii)   The Company issued 1,380,000 units to officers, directors and consultants of the Company at $0.26 per unit for cash proceeds of $358,800. Each unit consisted of one common share and one-half of one purchase warrant. One whole warrant can be exercised into one common share at a price of $0.40 per warrant share on or before the day which is 24 months from the date of grant.

iv)   The Company issued 263,000 common shares to employees of the Company at $0.21 per share for cash proceeds of $55,230.

#### 2005 Preferred shares

Each Class A Preferred share, Series 1, paid a quarterly dividend of $0.028 per share. During 2005, all of the outstanding Series 1 shares were exchanged into 1,560,480 Series 2 shares.

Each Class A Preferred shares, Series 2, paid a quarterly dividend of $0.0175 per share. During 2005, all of the outstanding Series 2 shares were exchanged into 5,868,157 common shares.

The Company has reserved 97,530 Class A Preferred shares, Series 1, which are issuable upon the exercise of stock options granted to First Associates Investments Inc. (the "Agent") in conjunction with the sale of Series 1 shares in 2004. The option exercise price is $0.80 per share and the options expired in July and August of 2006.

The Company has reserved 95,560 Class A Preferred shares, Series 2, which are issuable upon the exercise of stock options granted to the Agent in conjunction with the sale of Series 2 shares in 2004. The option exercise price is $0.50 per share and the options expired in October and December of 2006.

#### Convertible debenture

The Company issued $400,000 in convertible debentures in 2005 which were included as equity. During the year, the convertible debentures $400,000 and dividends of $25,622 were converted to 1,418,739 common shares at a market price of $0.30 per share.

c)   **Shares Held in Escrow**

Pursuant to Escrow Agreements among the Company, Valiant Corporate Trust Company and certain shareholders of the Company, nil (2005 – 385,234) issued and outstanding common shares are held in escrow. The releases from escrow are in accordance with the Policy of the TSX Venture Exchange.



## NOTE 11  SHARE CAPITAL (continued)

### d).... Stock Option Plan

The Company grants stock options to its directors, officers and consultants. The Company has a policy of reserving up to 10% of the outstanding common shares for issuance to eligible participants. As at December 31, 2006, there were 5,848,882 (2005 – 2,784,901) common shares reserved for this purpose. All options vest immediately at the grant date. The options are granted at an exercise price not less than fair market value of the stock on the date of issuance. A summary of the Company's outstanding and exercisable stock option grants, as at December 31, 2006 and December 31, 2005 and changes during the years are presented below:

|  | 2006 | | 2005 | |
| --- | --- | --- | --- | --- |
|  | Number of Shares | Weighted Average Exercise Price | Number of Shares | Weighted Average Exercise Price |
| Outstanding, beginning of year | 1,333,720 | $ 0.42 | 1,465,375 | $ 0.46 |
| Granted | 1,580,000 | $ 0.28 | 350,000 | $ 0.34 |
| Exercised | (320,630) | $ 0.29 | - | $ - |
| Cancelled/expired | (166,095) | $ 0.55 | (481,655) | $ 0.62 |
| Outstanding, end of year | 2,426,995 | $ 0.33 | 1,333,720 | $ 0.42 |

All options are fully vested and exercisable at December 31, 2006 as described in the table below:

| Range of Exercise Price | | Number Outstanding | Weighted Average Contractual Life (years) | Weighted Average Exercise Price | |
| --- | --- | --- | --- | --- | --- |
| $ | 0.21 | 707,000 | 3.0 | $ | 0.21 |
| $ | 0.26 | 200,000 | 3.0 | $ | 0.26 |
| $ | 0.30 | 524,995 | 1.6 | $ | 0.30 |
| $ | 0.34 | 350,000 | 1.0 | $ | 0.34 |
| $ | 0.40 | 215,000 | 2.2 | $ | 0.40 |
| $ | 0.50 | 50,000 | 1.0 | $ | 0.50 |
| $ | 0.52 | 60,000 | 3.0 | $ | 0.52 |
| $ | 0.58 | 200,000 | 2.0 | $ | 0.58 |
| $ | 0.62 | 120,000 | 2.0 | $ | 0.62 |
|  |  | 2,426,995 | 2.2 | $ | 0.33 |

The weighted average fair market value of the options granted during the year is $0.29 (2005 - $0.19) per option. The fair value of the options granted was estimated using the Modified Black-Scholes option pricing model with the following weighted average assumptions:



47



## NOTE 11  SHARE CAPITAL (continued)

|  | 2006 | 2005 |
|---|---|---|
| Risk-free interest rate | 3.9% | 2.9% |
| Expected life (years) | 2.9 | 1.7 |
| Volatility in the price of the Company's common shares | 197% | 156% |
| Dividend yield rate | 0.00% | 0.00% |

**e)  Contributed Surplus**

|  | 2006 | 2005 |
|---|---|---|
| Balance, beginning of year | $ 268,187 | $ 188,534 |
| Finder fee warrants issued | 673,497 | - |
| Employee stock options exercised | (18,347) | - |
| Stock based compensation | 455,985 | 79,653 |
| Balance, end of year | $ 1,379,322 | $ 268,187 |

**f)  Warrants**

During the year, the Company issued warrants in conjunction with the issuance of common shares to shareholders, officers, directors and consultants. A summary of the Company's outstanding warrants, as at December 31, 2006 and December 31, 2005 and changes during the years are presented below:

|  | 2006 | | 2005 | |
|---|---|---|---|---|
|  | Number of Warrants | Weighted Average Exercise Price | Number of Warrants | Weighted Average Exercise Price |
| Outstanding, beginning of year | 3,046,457 | $ 0.45 | 317,140 | $ 0.65 |
| Finder fee granted | 780,681 | $ 0.26 | - | $ - |
| Granted | 4,271,982 | $ 0.40 | 593,750 | $ 0.50 |
| Granted | 8,125,000 | $ 0.60 | 2,135,567 | $ 0.40 |
| Finder fee granted | 1,304,396 | $ 0.60 | - | $ - |
| Exercised | (75,000) | $ 0.40 | - | $ - |
| Expired | (317,500) | $ 0.65 | - | $ - |
| Outstanding, end of year | 17,136,016 | $ 0.51 | 3,046,457 | $ 0.45 |

The 14,482,059 warrants issued in 2006 entitle the holder to exercise each warrant at prices ranging from $0.40 to $0.75 to receive one common share of the Company. Of the issued warrants 9,429,396 were issued with escalating exercise price of $0.60 until September 1, 2007 and $0.75 until September 1, 2008. Of the remaining warrants, 2,521,500 warrants expire February 9, 2008, 2,531,163 warrants expire March 7, 2008, the 9,429,396 expire on September 1, 2008.

The fair value of these warrants are $3,951,389 (2005 - $519,994) or $0.32 (2005 - $0.19) per warrant. The fair value of these warrants were estimated using the Black-Scholes option pricing model with average risk-free interest rate of 3.9%, expected life of 1.7 years, volatility in the price of the Company's common shares of 202% and dividend yield of 0.00%. The fair value attributed to the warrants has not been bifurcated from the value of the units issued. As such, the full value of the units issued has been allocated to share capital.



## NOTE 11  SHARE CAPITAL (continued)

Finder fee warrants are accounted for as a charge to share issuance costs and a credit to contributed surplus (see Note 11 (e)). The fair value of the finder fee warrants were estimated using the Black-Scholes option pricing model with a weighted average risk-free interest rate of 3.9%, expected life of 1.7 years, volatility in the price of the Company's common shares of 202%, and a dividend yield rate of 0.00%.

## NOTE 12  COMMITMENTS

The company is party to various leases for its operating premises and equipment. Future minimum annual payments under these operating leases are as follows:

|  | Premises | | Equipment | | Total |
|---|---|---|---|---|---|
| 2007 | $ | 191,033 | $ | 33,551 | $ | 224,584 |
| 2008 | $ | 191,033 | $ | 8,400 | $ | 199,433 |
| 2009 | $ | 44,801 | $ | 4,200 | $ | 49,001 |
| | $ | 426,867 | $ | 46,151 | $ | 473,018 |

## NOTE 13  RELATED PARTY TRANSACTIONS

During the year, the Company had the following transactions with related parties. These transactions were measured at the exchange amounts that were the amount of consideration established and agreed upon by the related parties and approximates fair market value.

### 2006

a)  The Company issued 3,532,899 common shares to officers and directors of the Company at $0.30 per share in satisfaction of debt for proceeds of $1,059,870.

b)  The Company issued 617,500 units to officers and directors of the Company at $0.26 per unit for cash proceeds of $160,550. Each unit consists of one common share and one-half of one purchase warrant. One whole warrant may be exercised into one common share at a price of $0.40 and the warrants expire on February 9, 2008. The warrants are subject to an acceleration clause whereby if the Company's common share price is equal to or greater than $0.50 for a period of 10 consecutive trading days, the Company may notify all warrant holders and issue a press release causing the warrants to be exercised within 30 days of the date of the press release, failing which the warrants expire.

### 2005

a)  The Company issued 750,000 units to officers and directors of the Company at $0.40 per unit in satisfaction of debts of $300,000. Each unit consisted of one common share and one-half of on purchase warrant. One whole warrant can be exercised into one common share at a price of $0.50 per warrant share on or before March 31, 2007.

b)  The Company issued 142,000 common shares to a director of the Company at $0.40 per share in satisfaction of debt proceeds of $56,800.





NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS
FOR THE YEARS ENDED DECEMBER 31, 2006 AND 2005

## NOTE 14  COST OF SALES

|  | 2006 | 2005 |
|---|---|---|
| AFIRS UpTime | $ 332,348 | $ 151,410 |
| Amortization of rental assets | 53,198 | 36,300 |
| Product costs | 210,852 | 48,943 |
| Other | 132,814 | 182,818 |
|  | $ 729,212 | $ 419,471 |

## NOTE 15  INCOME TAXES

a). The income tax expense differs from the amounts which would be obtained by applying the expected Federal and provincial income tax rate of 32.49 % (2005 – 33.62%) as follows:

|  | 2006 | 2005 |
|---|---|---|
| Computed "expected" tax (recovery) | $ (1,474,950) | $ (1,053,590) |
| Non-deductible expenses | 11,397 | 16,332 |
| Stock-based compensation | 148,150 | 26,779 |
| Rate change and other | 645,403 | (41,816) |
| Valuation allowance and other | 670,000 | 1,052,295 |
|  | $        - | $        - |

b) The components of the Company's future income tax assets are as follows:

|  | 2006 | 2005 |
|---|---|---|
| Capital assets | $ 92,012 | $ 68,497 |
| Intangibles | 56 | 65 |
| Warranty liability | 3,485 | 4,115 |
| Non-capital loss carry-forwards | 3,874,612 | 3,068,407 |
| Share issue costs | 255,857 | 137,394 |
| Scientific research and experimental development expenditures | 283,437 | 328,591 |
| Deferred lease inducement | (2,316) | - |
| Valuation allowance | (4,507,143) | (3,607,069) |
|  | $        - | $        - |



50

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS
FOR THE YEARS ENDED DECEMBER 31, 2006 AND 2005

## NOTE 15  INCOME TAXES (continued)

c). The Company has non-capital losses for income tax purposes of approximately $13,361,000 which are available to be applied against future year's taxable income. The benefit of these non-capital losses has not been recognized in the consolidated financial statements. These losses will expire as follows:

| | | |
|---|---|---|
| 2007 | $ | 68,101 |
| 2008 | | 211,463 |
| 2009 | | 561,577 |
| 2010 | | 1,715,370 |
| 2014 | | 3,581,367 |
| 2015 | | 2,964,340 |
| 2026 | | 4,258,514 |
| | $ | 13,360,732 |

## NOTE 16  PER SHARE AMOUNTS

Basic net loss per common share is computed by dividing the net loss by the weighed average number of common shares outstanding for the year. Diluted net loss per common share is computed by dividing net loss by the diluted weighed average number of common shares outstanding for the year. In the calculation of diluted per share amount, options, warrants and other securities are assumed to have been converted or exercised on the later of the beginning of the year and the date granted. Diluted per share amounts reflect the potential dilution that could occur if securities or other contracts to issue common shares were exercised or converted to common shares. Net loss per share on a diluted weighed average basis is the same as that presented for basic, as all factors are anti-dilutive.

| | 2006 | 2005 |
|---|---|---|
| Weighed average shares outstanding | | |
| Basic | 45,085,226 | 20,069,776 |
| | | |
| Per share amounts | | |
| Basic and diluted | $ (0.10) | $ (0.16) |

## NOTE 17  FINANCIAL INSTRUMENTS

a) Foreign currency risk

The Company is exposed to fluctuations in the exchange rates between the Canadian dollar and other currencies with respect to assets, sales and purchase. The fluctuations are expensed as incurred. The Company monitors fluctuations and takes action, if deemed necessary, to mitigate its risks.

b) Credit risk

Accounts receivable include amounts receivable for normal terms and extended terms, which are generally made to credit worthy purchasers. The Company is exposed to losses in the event of non-performance by counter-parties to these financial instruments.



NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS
FOR THE YEARS ENDED DECEMBER 31, 2006 AND 2005

### NOTE 18  SUPPLEMENTAL CASH FLOW INFORMATION

Change in non-cash working capital:

|  | 2006 | 2005 |
|---|---|---|
| Changes in non-cash working capital |  |  |
| Accounts receivable | $ (76,731) | $ (30,624) |
| Prepaid expenses | (180,732) | (191) |
| Inventory | (145,001) | 119,744 |
| Accounts payable and accrued liabilities | (611,693) | 1,210,808 |
| Unearned revenue | 144,235 | 250,459 |
|  | $ (869,922) | $ 1,550,196 |
| Interest earned (paid) | $ 4,798 | $ (301,465) |

Cash and cash equivalents:

|  | 2006 | 2005 |
|---|---|---|
| Cash in bank | $ 122,889 | $ 84,009 |
| Guaranteed Investment Certificates | 2,565,500 | - |
|  | $ 2,688,389 | $ 84,009 |

### NOTE 19  SUBSEQUENT EVENT

On January 17, 2007, the Company extended the terms of the June 6, 2006 licensing agreement with Vibro-Meter, SA. Based on the terms of the extension, licensing fees are due from Vibro-Meter upon the Company meeting certain milestones . As at April 6, 2007, Vibro-Meter has been invoiced $727,989 of which $583,200 has been paid.

### NOTE 20  COMPARATIVE FIGURES

Certain of the comparative figures have been reclassified to conform to the presentation adopted in the current year.



Corporate Information

**Directors**

| | |
|---|---|
| Bill Tempany | CEO of the Company |
| Darryl Jacobs | President of the Company, Co-Founder |
| Doug Marlin | President of Marlin Ventures Ltd. |
| Mike Brown | Partner, Geselbracht Brown |
| Christine Larkin | Senior Manager, BDO Dunwoody LLP |
| Tim Morgan | President, Morgan Air. |

**Officers**

| | |
|---|---|
| Bill Tempany | CEO |
| Darryl Jacobs | President |
| Gino Feranato | COO |
| Tom French | CFO |

**Auditor**

Grant Thornton LLP

**Legal Counsel**

| | |
|---|---|
| Chris Croteau | Tingle Merrett LLP |

**Offices**

| | |
|---|---|
| Head Office | #300, 2421 - 37 Avenue NE |
| | Calgary, Alberta T2E 6Y7 |
| | |
| US Office | Suite 130-310, 2951 Marina Bay Drive |
| | League City, TX 77573 |

**Members of Audit Committee**

| | |
|---|---|
| Bill Tempany | CEO of the Company |
| Doug Marlin | President of Marlin Ventures Ltd. |
| Christine Larkin | Senior Manager, BDO Dunwoody LLP |

**Members of Compensation Committee**

| | |
|---|---|
| Doug Marlin | President of Marlin Ventures Ltd. |
| Mike Brown | Partner, Geselbracht Brown |
| Tim Morgan | President, Morgan Air. |



**AeroMechanical Services Ltd.**
300, 2421 37 Ave NE
Calgary, AB Canada T2E 6Y7

Phone:      1-403-250-9956
Toll-free:  1-866-250-9956
Facsimile:  1-403-291-9717
Email:      support@amscanada.com

**Marketing & Sales, Europe**
Zurich Switzerland

Phone:      +41 (0)1 810 0081
Fax:        +41 (0)1 810 0084
Email:      peterb@amscanada.com
Facsimile:  +41 1 810 00 84
            Aviation Business,