**EXHIBIT 31**

*Skyward with AMS solutions ...*

*The Flight Data Specialists*

# ANNUAL REPORT
## 2005



AeroMechanical Services Ltd.

2005 ANNUAL REPORT

## TABLE OF Contents

LETTER TO THE Shareholders . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   2

CORPORATE History . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   4

PRODUCT History . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   5

THE Marketplace . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   6

MANAGEMENT Discussion and Analysis . . . . . . . . . . . . . . . . . . . . . .   8

MANAGEMENT'S Report . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   18

FINANCIAL Statements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   19

AUDITOR'S Report . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   20

CORPORATE Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   40



AeroMechanical Services Ltd.

1

# 2005 ANNUAL REPORT

## LETTER TO THE Shareholders

2005 was a year of significant change, development and implementation for our AFIRS™ - UpTime™ Flight Data Management products and services. The strength of our vision of developing and supplying superior aircraft monitoring and communications products for the airline marketplace continues to materialize into a dream come true.

While our total sales remained relatively the same as 2004, the company position improved significantly with a cleaned up balance sheet and the company worked to be poised for the growth we expect to see for 2006. At the close of 2005 and the beginning of 2006, the company is seeing the rewards of the past 18 month of our sales team's efforts with a much greater awareness of our products and services in the world airline marketplace and the switch from product sales to recurring services revenues from our AFIRS™ - UpTime™ products.

### Spanning the Globe

The position of the company has significantly improved with growth of AFIRS™ - UpTime™ to include 12 airline clients with our product flying in the northern and southern hemispheres, east and west of the international dateline. From the Caribbean to Africa to the South Pacific, AFIRS™ is proving to be a reliable and capable management tool and communications system for our clients in creating a safer and more efficient airline. With more than 75,000 actual flight hours with in service AFIRS™ units, we have not had a single failure in hardware nor data transmission. The average time from event to receipt of the information by our clients is less than 10 seconds and the data arrives in the format and where they want it to be, anywhere on the planet.

### Our Challenges

2005 was a year with challenges for AMS. False starts occurred with a client which the company

had planned on having implemented in the early part of the year which was postponed due to client corporate issues. AMS began gaining attention in the investor marketplace due to rapidly rising oil prices. Investors saw the need for AMS' services and were concerned about the health of the airline industry for much of the year. Raising capital to manage the business was difficult under these market conditions.

To balance this, AMS battened down the hatches and rode out the storm by tightening the Company budget including the staff and management taking a salary rollback. Through this past year the dedication of our staff has continued to show that people are our strongest asset at AMS and this does not go unappreciated by the Board and Management. Our staff not only delivered product to the growing client list, but continued to refine and add capabilities to the AFIRS™ - UpTime™ system; promoted our products at 4 key international tradeshows; advanced the development of our AeroQ™ Aircraft Cabin Cleansing products, and added a number of Supplemental Type Certificates with the government airworthiness approval agencies in Canada, the United States, and China.

### Our Successes

The addition of voice and text messaging capabilities were implemented this year in the AFIRS™ 220 and 3 clients have already taken these options which significantly expand the capability of the AFIRS™ - UpTime™ solution. New clients including LIAT Airlines, China Eastern Airlines, DAC Aviation International and Sky Services, were added representing the global reach of our products operating in the Caribbean, Africa, and China and around the world.

The establishment of our market in China for our products and services was achieved with "11 months from contact to contract" being a surprisingly short sales cycle for dealing with that region

 AeroMechanical Services Ltd.

➤ 2

## 2005 ANNUAL REPORT

## LETTER TO THE Shareholders

of the world. Our first products have been shipped as of February of 2006 to China Eastern Airlines showing great credit to the merit of AMS in the world marketplace. The arrangements we have secured with our partners in China will see significant and steady increases of shipments to China for the foreseeable future.

### Enhanced Products, New Relationships

Subsequent to 2005, the AMS team has introduced the AFIRS™ product line to include the new AFIRS™ 110 which will be targeted at the more than 125,000 Corporate, Commuter, and general aviation aircraft and helicopters around the world. The AFIRS™ 110 builds on the proven technology of the AFIRS™ 220 and focuses on the key communications features of the product line and promises great attraction to the marketplace.

At a recent customer event of the top aerospace firm in the sensor and aircraft systems AMS was again shown that the products and service offerings we have developed and delivered to our customers is exactly what the aviation community is looking for. Several OEMs in the aviation world spent several hours working with AMS staff to establish relationships to help them solve their customers' needs with our technology. AMS management sees delivery through OEM's a way to fast track our market over the next few years and we will be working to establish strong partnerships with a few key suppliers to the aerospace industry to deliver the solutions our common customers are demanding.

In support of both the AFIRS™ 110 and 220 marketplaces, AMS has multiplied its market support and installation reach by creating strategic relationships with Hawker Pacific. Hawker Pacific is our first Approved Installation and Support Facility based in Australia and the Pan Pacific region and sets the path for additional similar relationships to expand our market and support reach around the globe.



*AMS President Darryl Jacobs (right) with Alan Smith CEO of Hawker Pacific (left) after signing the agreement at the Asian Aerospace Conference 2006.*

### Fueling the Future

The company enters into 2006 with the company team, partners, market backing and a solid corporate foundation to deliver and support our products and services after 5 years of development, implementation and strong shareholder support. This coming year promises to be a period of tremendous growth in sales and we believe that with a policy of consistent, managed growth, AMS will achieve the customer satisfaction that will fuel a prosperous company.

Sincerely,

Darryl E. Jacobs, President and Director

Bill Tempany, CEO

 AeroMechanical Services Ltd.

➤ 3

# 2005 ANNUAL REPORT

## CORPORATE History



AMS is a publicly traded company with its head office in Calgary, Canada. The Company specializes in developing, testing, manufacturing and certifying value added solutions for the aerospace industry around the world. We are a Transport Canada Approved Manufacturing Organization endorsed for the manufacturing and distribution of aeronautical products. Our clients include international airlines, manufacturers, maintenance organizations and government and research organizations located worldwide. We have been providing products and services to our clients since 1998.

The management and staff of AMS are committed to providing the aviation and aerospace industry with powerful economic products, services and solutions. AMS is involved in projects all over the world and maintains contacts in North and South America, Europe, the Middle East, Australia and Asia. Our staff maintains expertise in aeronautical product engineering and airworthiness certifica-tion; aircraft maintenance and manufacturing; and product support. All of our staff members maintain their government and technical certifications and participate in ongoing self-improvement.

AMS works with the client's personnel and the appropriate airworthiness regulatory bodies to certify the products and services we create and maintain the products and services we provide through the entire product life cycle.

Company experience includes the design of aerospace related products, aircraft structural and system modifications, avionics installations, tooling design, contract maintenance of commercial aircraft, training manual development and aircraft maintenance and operations familiarization training.

Currently, AMS is focused on the delivery of its current product lines including its world class AFIRS™ - UpTime™ suite of flight data management tools; the Underfloor Stowage Unit for the Bombardier DHC-8 and CRJ line of aircraft; and the introduction of the AeroQ™ line of biofilm cleaning agents for the airline industry.

AMS is poised for rapid growth with 30+ senior aviation people ready to provide superior products and services to our growing list of international clients. AMS is becoming a well recognized organization in airlines, airframe manufacturers and engine and communications manufacturers who supply products and services to the airline business.



## PRODUCT History

AeroMechanical Services Ltd's major products are the Automated Flight Information Reporting System (AFIRS™), UpTime™, the Underfloor Stowage Unit, and AeroQ™.

AFIRS™ 220 is an airborne autonomous flight information collection and reporting system for use in commercial aircraft. This product has been in service in airlines since August 2003 and continues to provide fault free operation after 75,000 hours of in flight service. The AFIRS™ unit records data from a number of data sources on-board the aircraft, stores the input data, and transmits selected information to the secure UpTime™ data management and client reporting system. The UpTime™ system delivers the client specific data to the locations, systems and devices defined by our clients where they want the information and when they need it. The AFIRS™ 220 unit also gives the airlines the ability for communication between flight crew in the aircraft and personnel on the ground via Iridium satellite phone or via two-way text messaging.

AMS has recently introduced the AFIRS™ 110 in answer to the needs of the business aircraft, helicopter and general aviation market needs. The AFIRS™ 110 is focused on providing a secure means of voice communications, text messaging and flight following for these aircraft operators world wide.

UpTime™ works alongside the AFIRS™ unit. UpTime™ is a data storage and reporting service that is easy to use and cost effective. It provides real-time access to aircraft performance and operational data to dispatch, flight operations, maintenance and management. UpTime™ gives the airline access to their aircraft data via the Internet from anywhere on the planet. It is the interface for maintenance and dispatch personnel to send messages to the flight crew in real-time, or receive text messages from the flight crews.



AMS continues to provide its well accepted Underfloor Stowage Unit for the CRJ Regional Jet and the DHC-8 in response to the need to improve flight deck organization. The unit is cost-effective and will save the airline in replacement costs of manuals, as they will be stored in a safe and dry environment inside the Underfloor Stowage Unit when they are not in use by the flight crews.

The need for our AeroQ™ line of Aircraft Interior Cleansing products has been recognized for many years. While the scientific community has recognized the need to improve sanitization methods on aircraft, the cost to make these changes has not been a high priority of either the government or the airline industry. AMS will be introducing its line of targeted biocides and cleaning methodologies for cleaning of the aircraft interior to control the spread of pathogens and reduce the spread of disease this summer with trade shows and an advertising campaign. A trial program has already been agreed to by a major charter carrier and we are excited to be providing a more friendly and safe environment for the traveling public.

AMS continues to focus on products requested by the aviation businesses around the world which create ongoing recurring revenues for AMS and value to our shareholders.

 AeroMechanical Services Ltd.

## THE Marketplace

Demand for air travel has shown positive growth for 32 out of the past 35 years. Only after the Gulf War in 1991 and after "9/11" in 2001 and 2002 have we experienced negative growth. 2004 showed air traffic reaching a new high with a trajectory showing ever increasing growth over the next 20 years.

As the world becomes closer and closer together because of air travel, an ever increasing number of people will travel to visit friends and relatives, to transact business, and to enjoy vacations and to



expand educational opportunities that are further from our homes.

Still, many challenges come with this opportunity. The major setback in this will be the effects of world economic growth. The increase in travel demand is

fueled by decreased air fares, increased world business, and increased air service improvements such as increased frequency, direct service and deregulation.

Providing safe, cost-effective and high quality services to their customers, while the airline itself runs in an efficient manner without compromising the service that is expected by their passengers remains the key challenge. Increasing competition and rising fuel costs are causing a reduction in industry margins. The airlines are now pressed into finding better and more efficient ways to operate their businesses while still supplying a superior product to their customers.

AMS assists airlines with the capability to provide accurate, timely information about the aircraft and its systems, its operation, along with voice and data transmission from the aircraft anywhere in the world to anywhere in the world.

The growing certification list for our products will include the DHC-8, Boeing 737 classic and new generation, Boeing 757, Airbus A320 and numerous other aircraft types. This has positioned AMS in a very lucrative place to take advantage of the continued growth of the regional, low cost and niche airline market. The work we are doing to improve the quality of the information our customers receive is only the tip of the iceberg of what we can provide. The airlines are seeing the opportunities our products and services provide, and word is starting to spread on how this is benefiting those organizations. That, coupled with our superior staff and strong network of partners, gives us unparalleled access to this marketplace.

### 20 Year Outlook: 2005 - 2024

**Economic and air traffic growth**
- Worldwide economic growth will average **2.9%** per year
- Passenger traffic growth will average **4.8%** per year
- Cargo traffic growth will average **6.2%** per year

**Worldwide demand for commercial airplanes**
The world fleet will grow to 35,300 passenger and cargo jets and will consist of:
- 16% regional jets
- 58% single-aisle airplanes
- 22% twin-aisle airplanes
- 4% 747-size and larger airplanes

Total market potential is 25,700 new commercial airplanes worth $2.1 trillion in 2004 U.S. dollars. Airlines will take delivery of:
- 3,900 regional jets
- 15,300 single-aisle airplanes
- 5,600 twin-aisle airplanes
- 900 747-size and larger airplanes

 AeroMechanical Services Ltd.

# 2005 ANNUAL REPORT

## THE Marketplace

We look forward to increasingly strong results in the years to come for AMS and it's staff, shareholders and customers.

AMS has found a growing need for our products with the regional, low cost and niche market airlines. Regional airlines continue to be the fastest growing segment in the world of commercial aviation. Regional aircraft are the most profitable and most chosen means of domestic air travel.

Regional airlines carry one in every six domestic passengers. There are 13,600 departures daily from over 667 airports in the United States. Out of those airports regional aircraft serve 654 of them, with 479 of those airports receiving exclusive service from regional airlines. At the end of last year there were nearly 2600 aircraft in scheduled service, with regional carriers flying with a utilization rate of almost 2400 hours per aircraft per year. With these numbers AMS intends to support the regional aircraft industry to continue to thrive through the provision of real-time data in formats the customers need and at locations the customers require.



*This Humanitarian Air Service plane flies with the UN through Africa, Kenya and Afghanistan for DAC International.*

**Regional Passenger Air Traffic**

Of the 2600 regional aircraft flying in North America to date, 1349 account for regional jets. This is a significant increase from last year being only 1041. Bombardier accounts for a large portion of these aircraft with 700 units being Regional Jets (CR) 100/200/700/900), an increase from 465 the previous year. The DHC-8 series aircraft (DHC-8-100/200/300/400) accounted for an additional 177 aircraft raising Bombardier's fleet share to 34%. The strong relationship AMS has with Bombardier, and the fact that we already have STCs in place for the majority of Bombardier's aircraft makes this very good news for AMS shareholders.

A challenge still remains however, and that is providing safe, cost-effective and high quality services to their customers, while the airline itself runs in an efficient manner without compromising the service that is expected by their passengers. Regional aircraft provide important services and competitive benefits to hundreds of communities all over North America.

We are looking for increasingly strong results in the years to come.

 AeroMechanical Services Ltd.

➤ 7

2005 ANNUAL REPORT

## MANAGEMENT Discussion and Analysis

---

This management discussion and analysis ("MD&A") should be read in conjunction with the audited annual consolidated financial statements of AeroMechanical Services Ltd. ("AMS" or the "Company") as at and for the years ended December 31, 2005 and 2004. The consolidated financial statements have been prepared in accordance with Canadian generally accepted accounting principles (GAAP). Additional information with respect to AMS can be found on SEDAR at www.sedar.com.

This MD&A is dated April 30, 2006.

### Forward-Looking Statements

Except for historical statements made herein, this document contains forward-looking statements that involve risks and uncertainties including risks associated with the effect of changing economic conditions, trends in the development of the aviation and aerospace industries, market acceptance risks and realizing expected revenue. Risk factors also include the Company's ability to compete successfully in the future against existing and new competitors; the Company's ability to execute its business plan and generate an overall profit. Due to these factors, actual results could differ materially from those expressed in forward-looking statements by the Company. Forward-looking statements are based on the estimates and opinions of AMS' management at the time the statements were made. AMS assumes no obligation to update forward looking statements, should circumstances or management's estimates change.

### Overview

AeroMechanical Services Ltd. is a designer, developer and service provider of innovative solutions to the global aerospace business. The Company's solutions are designed to improve the productivity and profitability of our customers.

The major products of the Company are Automated Flight Information Reporting System, (AFIRS™), UpTime™, Underfloor Stowage Unit and AeroQ™. In addition, the Company provides limited consulting services to the aviation industry. These products are marketed globally by a team of several individuals: five based in Calgary, one in Switzerland. One of the Calgary staff is currently spending more than 80% of his time in China dealing with opportunities there. AMS has sales in several countries around the world.

2005 was a watershed year where we shifted our reliance on revenues from Underfloor Stowage units to revenues from AFIRS™ - UpTime™. This marks the transitioning of AMS from an aerospace engineering contractor to an aviation telecommunications company. The research and development of our leading edge technology and service is being transformed into a continuous telecommunications revenue stream.

 AeroMechanical Services Ltd.

➤ 8

2005 ANNUAL REPORT

## MANAGEMENT Discussion and Analysis

### Trends and Economic Factors

The Company continues to exploit the need for timely flight and sensor data from the aircraft to the ground operators and maintenance facilities. Airlines are increasingly looking for methods to reduce costs and more efficiently operate their aircraft. Margins are extremely thin in the airline industry. After labour, jet fuel is the second largest operating expense for airlines, making up 10 to 25 percent of an airline's annual operating costs. The slightest decrease in fuel consumption can turn into big savings.

Some of the fuel saving methods currently used by airlines are; using one engine instead of two while taxiing, tankering extra fuel to avoid refueling at expensive locations, removing unnecessary equipment, to name a few. In 2005 alone, fuel costs rose some 29% from $1.33 to $1.72 per gallon over 2004. AFIRS™ and UpTime™ provide airlines the data and system to save fuel costs and other operating efficiencies. AMS customers are showing significant return on investment of 200% to 300% over the costs of AFIRS™ and UpTime™.

### Changes in Accounting Policies

Effective January 1, 2004 the Company adopted the new accounting rules required by the Canadian Institute of Chartered Accountants with respect to stock based compensation, requiring the expensing of the fair value of all stock options issued as compensation to directors, officers and employees. The fair value of the option is determined at the date of issuance and not subsequently adjusted for changes in the price of the Company's stock. The related expense is recognized as an increase in general and administrative expense and a credit to contributed surplus. This standard applies to all options granted after January 1, 2002. Accordingly, in the year ended December 31, 2004 a compensatory non-cash expense of $120,935 has been recorded in the salaries and benefits expense, with a corresponding increase recorded to contributed surplus.

In prior periods, the Company accounted for stock option compensation using intrinsic values as defined by the CICA. The Company granted all of its stock options at or above market value, thereby having no intrinsic value at the time of the grant. Accordingly, the Company was not required to recognize any compensation expense for options granted to employees in the prior period consolidated financial statements.

The application of this standard requires the use of valuation models to determine the fair value of the stock options, as there is no options market for the Company's stock. The Company uses the Black-Scholes valuation model. Values determined using this model are based on assumptions which include the future volatility of the Company's stock prices, as well as the expected life of the option.

Effective January 1, 2004 the Company adopted the new CICA Handbook section 3063 "Impairment of Long-lived Assets." Section 3063 establishes standards for recognizing, measuring and disclosing impairment of long-lived assets held for use. An impairment is recognized when the carrying value of an asset to be held and used exceeds the undiscounted projected future net cash flows expected from it use and disposal, and is measured as the amount by which the carrying value of the asset exceeds its fair value. Adoption of this standard had no impact on the financial statements.

 AeroMechanical Services Ltd.

## 2005 ANNUAL REPORT

# MANAGEMENT Discussion and Analysis

During the year, the Company changed its inventory costing method from weighted average method to first-in first-out. The change in accounting policy has been applied retroactively and the 2004 year has been restated. The change in accounting policy resulted in a reduction to inventory and in increase to cost of goods sold in the amount of $43,600 in 2004. The effect on the 2005 consolidated financial statements was insignificant.

## System Approvals

AFIRS™ is currently STC approved on the following aircraft:

- Boeing B737-200
- Boeing B737-600
- Boeing B737-700
- Boeing B737-800
- Bombardier DHC-8-100
- Bombardier DHC-8-200
- Bombardier DHC-8-300

AFIRS™ is pending approval, expected in 2006, on the following aircraft:

- Boeing B737-300
- Boeing B737-400
- Boeing B737-500
- Boeing B737-900
- Boeing B757-200
- Boeing B757-300
- Airbus A319
- Airbus A320
- Airbus A321
- Bombardier CRJ200
- Bombardier CRJ700
- Bombardier DCH-8-400

## Liquidity and Capital Resources

The Company to date has not generated positive cash flow from operations and continues to be financed by equity infusions, short term borrowings and long term debt. The future viability of the Company is dependant on its ability to increase gross revenues and continue to attract equity funding.

Early in 2005, the Company issued Preferred Shares, undertook short-term loans and convertible debentures. Subsequent to December 31, 2005, the preferred shares, short-term loans and convertible debentures were all converted to common shares. This has improved the financial position of the Company to start the 2006 year in a strong position.

Working capital deficiency at December 31, 2005 was $2,117,255 (2004 - $729,844). The decrease in working capital is primarily attributed to the operating loss for the year of $3,133,818 less the net funds generated from the raising of capital equity of $892,599. The Company currently has no bank debt, nor operating line.

The achievement of positive earnings before interest and depreciation is necessary before the Company can improve liquidity. The Company has continued to expand its cash flow potential through the its continued marketing drive to clients around the world.

 AeroMechanical Services Ltd.

➤ 10

## 2005 ANNUAL REPORT

## MANAGEMENT Discussion and Analysis

As at December 31, 2005, AMS's outstanding shares, options and warrants were as follows:

|  | 2005 | 2004 |
|---|---|---|
| Common shares outstanding | 27,849,007 | 17,015,758 |
| Preferred shares - Series 1 | 0 | 975,300 |
| Preferred shares - Series 2 | 0 | 1,713,000 |
| Options (weighted average exercise price 2005 - $0.42, 2004 - $0.46) | 1,333,720 | 1,465,375 |
| Warrants (weighted average exercise price 2005 - $0.45, 2004 - $0.65) | 3,046,457 | 317,500 |

The successful equity offerings through out the year created sufficient capital to continue to operate and to provide capital for inventory to be deployed to expand our customer base.

The Company has entered into various leases for its operating premises and equipment. Future minimum annual payments under these operating leases are as follows:

|  | Premises | Equipment | Total |
|---|---|---|---|
| 2006 | $ 191,993 | $ 85,657 | $ 277,650 |
| 2007 | 191,993 | 35,881 | 227,874 |
| 2008 | 191,993 | 10,730 | 202,723 |
| 2009 | 31,999 | 4,588 | 36,587 |
|  | $ 607,978 | $ 136,856 | $ 744,834 |

In addition, the Company has repayment obligations related to two Government of Canada loan programs. Under the Industrial Research Assistance Program (IRAP), the Company has received $362,377 which is to be repaid, as a percentage of gross revenues, over a five to ten year period commencing in October 2005. Under the Technology Partnerships Canada (TPC) program, the Company has received $123,635 to be repaid over a ten year period commencing in April 2005.

 AeroMechanical Services Ltd.

# 2005 ANNUAL REPORT

## MANAGEMENT Discussion and Analysis

### Revenues

In 2005, revenue for the Company began to reflect the benefit of the Research and Development efforts that have been invested over the past 5 years. AMS now has products tested, certified, and installed on aircraft to generate revenue as well as inventory to continue the roll out to our new customers. Revenues are expected to grow at a significantly higher rate than our costs because the Company has the infrastructure, sales people and support organization in place to grow.

Total revenues were $511,532 and $556,127 for fiscal 2005 and 2004 respectively. In 2005, we saw a shift in our revenues to our core business of AFIRS™ - UpTime™ of $342,767 from $16,101 in 2004. Our 2005 quarterly results show a steady increase in the AFIRS™ revenue stream. AFIRS™ represented 69% of total revenues in 2005 compared to 3% in 2004.

**Revenues**

| | 2005 | | | 2004 | | |
| | AFIRS™ - UpTime™ | Other | Total | AFIRS™ - UpTime™ | Other | Total |
|---|---|---|---|---|---|---|
| Q1 | $ 61,068 | $ 94,942 | $ 156,010 | $ 0 | $ 270,585 | $ 270,585 |
| Q2 | 67,292 | 48,290 | 115,582 | 0 | 91,503 | 91,503 |
| Q3 | 100,165 | 7,106 | 107,271 | 0 | 75,446 | 75,446 |
| Q4 | 114,242 | 18,427 | 132,669 | 16,101 | 102,492 | 118,593 |
| Total | $ 342,767 | $ 168,765 | $ 511,532 | $ 16,101 | $ 540,026 | $ 556,127 |

Other revenue is derived from Underfloor Stowage Units and consulting. Our revenue source shifted from hourly consulting and individual sale items to a continuous evergreen telecommunications model.

### Gross Margin and Cost of Sales

Gross margins before general and administrative expenses was $92,061 for 2005 (2004- $23,717). 2005 was a year of transition and management evaluated inventory for obsolescence by approximately $21,600 and wrote inventory down and charged cost of sales. If this write-down were excluded, normalized gross margin would have been $113,661. We are just beginning to see the effects of the AFIRS™ - UpTime™ on the our margins of our Company.

In 2004 at the early stages of AFIRS™ market penetration, AMS management made the decision to install AFIRS™ onto a fleet of aircraft to prove out the benefits of AFIRS™ - UpTime™ to the industry. In 2005, these strategic customer relationships have provided AMS and the customers with valuable real time data resulting in significant cost savings to the clients. Testimonials from these customers have assisted AMS in attracting new clients and the signing of new contracts. The results have been positive from this strategic decision.

 AeroMechanical Services Ltd.

2 0 0 5   A N N U A L   R E P O R T

## MANAGEMENT Discussion and Analysis

Cost of sales for AFIRS™ was $370,527 on revenues of $342,767 representing a loss of $27,760 in 2005. This compares to 2004's $322,695 cost of sales on revenues of $16,101 or a loss of $177,394 on AFIRS™ sales. The increase in 2005 gross margin over 2004, on AFIRS™ is primarily due to installing AFIRS™ units without charge and to a number of one time start-up fees on certain services used in the delivery of the UpTime™ services that were not repeated in 2005.

### Gross Margin and Cost of Sales

| | 2005 | | | 2004 | | |
|---|---|---|---|---|---|---|
| | Revenue | Cost of Sales | Gross Margin | Revenue | Cost of Sales | Gross Margin |
| AFIRS™- UpTime™ | $ 342,767 | $ 370,527 | $ (27,760) | $ 16,101 | $ 193,495 | $ (177,394) |
| Other | 168,765 | 48,944 | 119,821 | 540,026 | 338,915 | 201,111 |
| Total | $ 511,532 | $ 419,471 | $ 92,061 | $ 556,127 | $ 532,410 | $ 23,717 |

Gross Margins on other revenue was $119,821 or 71% of other revenues in 2005 compared to $201,111 or 37% in 2004.

### Net Loss, General and Administrative and Marketing Expenses

In 2005 the key driver of our performance was the timely receipt of STC approval from regulators, and the timely closing of contracts with potential customers. Delays in both of these areas were experienced in 2005. As a result, the net loss for the twelve months ended December 31, 2005 was $3,133,818 compared with $3,604,300 for the same period in 2004.

Our expense categories are not broken into departments for this year as the entire company was and is focused on getting our main product, AFIRS™ - UpTime™ out to our customers. For the twelve months ended December 31, 2005 total general and administrative expenses were $3,225,879 compared with $3,628,017 for the same period in 2004.



 AeroMechanical Services Ltd.

# 2005 ANNUAL REPORT

## MANAGEMENT Discussion and Analysis

**General Administrative and Marketing Expenses**

| Major Expense Categories | 2005 | 2004 | Variance | Explanation |
|---|---|---|---|---|
| Salaries and benefits, third party consulting, and share compensation | 1,839,488 | 2,164,801 | (325,313) | Staff levels remained relatively the same in 2005 with salaries increasing by $21,406 over 2004. Third party consultants were used less resulting in reduced costs of $350,637 from 2004. Share based compensation increased by $3,918 over 2004. 2005 saw AMS shifting focus from research and development of AFIRS™/UpTime™ to the marketing and sales of these products worldwide. In addition, staff took salary reductions to ensure the longevity of the Company. Subsequent to December 31, 2005, staff salaries have been returned to their original levels with management continuing with their reduce salary. |
| Research and development costs | 185,058 | 373,244 | (188,186) | Development costs had reduced by $188,186 from 2004 because of less activity in research and development. |
| Office, computer services, insurance, depreciation stock exchange fees and bad debts | 396,428 | 479,703 | (83,275) | Less research and development resulted in less office expenses and computer services being used resulting in costs of $73,766 in 2005. Insurance costs were higher by $29,074 primarily due to increased costs in Director and Officers insurance premiums. Losses to bad debts was $2,291 in 2005, a reduction of $15,910 from $18,201 in 2004. Better analysis of credit risk of customers is the main reason. |
| Interest and bank charges | 301,465 | 60,601 | 240,864 | In 2005 AMS carried and issued debt and convertible debt to finance working capital. Interest paid on these debts was paid at 14% to 18%. The risk premium built into these rates was warranted given the restricted working capital requirements of the Company for most of 2005. |
| Rent | 202,752 | 124,937 | 77,815 | AMS increased its office space in 2005 to prepare for future growth. |
| Marketing | 192,458 | 291,722 | (99,264) | Sales and marketing expenses reduced to $192,458 from $291,722, a decrease of 34%. In 2005 AMS attended two trade shows in the U.S., one in Europe, one in Canada and one in Asia for a total of 5 while in 2004 we attended 8 trade shows. Our presence at these shows is expected to pay dividends in the years to come. The Company expects that expenses in marketing will increase over the next year as well because we are being invited to attend various trade shows by our partners. Marketing costs do not include salaries. |
| Damaged rental assets | 21,600 | - | 21,600 | During management's evaluation of rental assets, it was determined that certain inventory was damaged and therefore written off. |
| Professional fees | 86,630 | 133,009 | (46,379) | Legal fees were lower in 2005 because the contracts agreements for AFIRS™ and UpTime™ services were completed in 2004 and were not repeated in 2005. |
| Total | 3,225,879 | 3,628,017 | (402,138) | |

 AeroMechanical Services Ltd.

➤ 14

2005 ANNUAL REPORT

## MANAGEMENT Discussion and Analysis

### Summary of Quarterly Results

|  | 2005 | | | | 2004 | | | |
|---|---|---|---|---|---|---|---|---|
|  | 4th Q | 3rd Q | 2nd Q | 1st Q | 4th Q | 3rd Q | 2nd Q | 1st Q |
|  | $ | $ | $ | $ | $ | $ | $ | $ |
| Revenue | 132,669 | 107,271 | 115,582 | 156,001 | 118,593 | 75,446 | 91,503 | 270,585 |
| Loss | 1,127,856 | 600,000 | 687,659 | 718,303 | 826,433 | 829,041 | 1,148,185 | 800,641 |
| Loss/Share | 0.05 | 0.03 | 0.04 | 0.04 | 0.05 | 0.05 | 0.07 | 0.05 |

### Comments on Quarterly Statistics

Quarterly revenue streams have been shifting to monthly repeating UpTime™ revenues from specific sale of goods and consulting revenue streams over 2005. The monthly and annual UpTime™ fees will increase over-time as more aircraft are installed with AFIRS™.

Year over year quarterly losses are diminishing except for the 4th quarter 2005. The decline in losses are due to cost reductions in general and administration and reduced cost of sales.

### Research and development

Research and development costs are being expensed as incurred. The majority of R&D costs are salaries and consulting expenses related to the design, testing and manufacture of AFIRS™, and the design and testing of UpTime™. There are also expenses being incurred in the preliminary phases of AeroQ™ development.

### Foreign Exchange

All international sales of the Company's products and services are denominated in U.S. dollars. Accordingly, the Company is susceptible to foreign exchange fluctuations. In 2005, nearly 90% of the Company's gross sales were made outside of Canada compared to 80% in 2004.

### Transactions with Related Parties

During the year, the Company had the following transactions with related parties. These transactions were measured at the exchange amounts that were the amount of consideration established and agreed upon by the related parties and approximated fair market value.

a) The Company issued 750,000 units to officers and directors of the Company at $0.40 per unit in satisfaction of debts of $300,000. Each unit consisted of one common share and one-half of one purchase warrant. One whole warrant can be exercised into one common share at a price of $0.50

 AeroMechanical Services Ltd.

# 2005 ANNUAL REPORT

## MANAGEMENT Discussion and Analysis

per warrant on or before March 31, 2007.

b) The Company issued 142,000 common shares to a director of the Company at $0.40 per share in satisfaction of debt for proceeds of $56,800.

c) Business expenses incurred by officers and directors of the Company in the amount of $141,374 (2004 - $10,000)are included in accounts payable and accrued liabilities.

### Subsequent events

**Debt Conversion**

On December 31, 2005, the Board of Directors approved the issuance of shares for debt for debt obligations against the Company. On March 9, 2006, the Company issued 5,193,977 common shares for a total value of $1,558,193 to settle the following liability obligations:

|  | Principal | Interest | Dividend | Total | Shares Issued |
|---|---|---|---|---|---|
| Accounts payable | $ 72,702 | $ 0 | $ 0 | $ 72,702 | 242,340 |
| Short term loans | 990,000 | 69,869 | 0 | 1,059,869 | 3,532,898 |
| Convertible debentures | 400,000 | 0 | 25,622 | 425,622 | 1,418,739 |
|  | $1,462,702 | $ 69,869 | $ 25,622 | $1,558,193 | 5,193,977 |

The convertible debentures were included as equity. All security including a General Security Agreement was released.

### Private Placement Offering

On January 6, 2006, the Company approved and issued a Private Placement Offering to raise $1,500,000 of additional working capital. On February 1, 2006, the Board of Directors approved the increase of the Private Placement Offering to $2,000,000. The Private Placement issued 7,692,306 units for $0.26. Each unit consisted of one common share and one-half of one share purchase warrant. Each whole warrant may be exercised to acquire an additional common share upon payment of $0.40 at anytime in the two years following the closing of the private placement. The warrants are subject to an acceleration clause whereby if AMS's common share price is equal to or greater than $0.50 for a period of 10 consecutive trading days, the Company may notify all warrant holders and issue a press release causing the warrants to be exercised within 30 days of the date of the press release, failing which the warrants expire.

The Private Placement Offering was closed in 2 tranches on February 9, 2006 and March 7, 2006 with

 AeroMechanical Services Ltd.

# 2005 ANNUAL REPORT

## MANAGEMENT Discussion and Analysis

proceeds, issue of common shares, warrants and finders warrants as follows:

| Closing Date | Aggregate Raised | Finder Fees | Common Shares | Finder Warrants | Warrants |
|---|---|---|---|---|---|
| February 9, 2006 | $1,092,650 | $ 54,633 | 4,202,500 | 420,250 | 2,101,250 |
| March 7, 2006 | 1,128,780 | 46,856 | 4,341,459 | 360,431 | 2,170,732 |
| | $2,221,430 | $ 101,489 | 8,543,959 | 780,681 | 4,271,982 |

Finder Warrants can be executed to acquire additional common shares upon payment of $0.26 at anytime in the 2 years following the closing of the private placement. 420,250 Finders Warrants expire June 10, 2008 and 360,431 Finder Warrants expire July 8, 2008.



 AeroMechanical Services Ltd.

# 2005 ANNUAL REPORT

## MANAGEMENT'S Report

April 30, 2006

The accompanying consolidated financial statements of AeroMechanical Services Ltd. and all other financial and operating information contained in this Annual Report are the responsibility of management. The consolidated financial statements have been prepared in accordance with accounting policies detailed in the notes to the consolidated financial statements and in accordance with generally accepted accounting principles in Canada.

The Company's systems of internal control have been designed and maintained to provide reasonable assurance that assets are properly safeguarded and that the financial records are sufficiently well maintained to provide relevant, timely and reliable information to management.

External auditors, appointed by the shareholders, have independently examined the consolidated financial statements. They have performed such tests as they deemed necessary to enable them to express an opinion on these consolidated financial statements.

An Audit Committee of the Board of Directors has reviewed these consolidated financial statements with management and the external auditors. The Board of Directors has approved the consolidated financial statements on the recommendation of the Audit Committee.

Darryl E. Jacobs, President                    Bill Tempany, CEO

 AeroMechanical Services Ltd.

18

21 BLANK PAGES FOR AUDITOR'S REPORT.

Which does not contain page numbers, but would be:

page 19 - Cover of Financials
page 20 - Auditor's Report
page 21 to 39 - Financials & Notes to Financials

# 2005 ANNUAL REPORT

## CORPORATE Information

**Directors**

| | |
|---|---|
| Bill Tempany | CEO of the Company |
| Darryl Jacobs | President of the Company, Co-Founder |
| Doug Marlin | President of Marlin Ventures Ltd. |
| Mike Brown | Partner, Geselbracht Brown |
| Christine Larkin | Senior Manager, BDO Dunwoody LLP/s.r.l. |
| Tim Morgan | President, Morgan Air |

**Officers**

| | |
|---|---|
| Bill Tempany | CEO |
| Darryl Jacobs | President |
| Murray Malley | Vice President Finance & CFO |

**Auditor**
Wayne Wasylyshyn

Grant Thornton LLP
SunLife Plaza, East Tower
#1000, 112 - 4th Avenue SW
Calgary, Alberta  T2P 0H3

**Legal Counsel**
Chris Croteau

TingelMerritt LLP
#1250, 639 - 5th Avenue SW
Calgary, Alberta  T2P 0M9

**Transfer Agent**

Valiant Trust Company
#310, 606 - 4th Street SW
Calgary, Alberta  T2P 1T1

**Head Office**

#300, 2421 - 37th Avenue NE
Calgary, Alberta  T2E 6Y7
Tel: (403) or (866) 250-9956
Fax: (403) 291-9717
www.amscanada.com

**U.S. Office**

Suite 130-310, 2951 Marina Bay Drive
League City, TX  77573

**Exchange**

Toronto Stock Exchange Venture
Symbol: AMA
CUSIP: 007825 10 2

 AeroMechanical Services Ltd.

**EXHIBIT 32**

# AeroMechanical Services Ltd.

2421 37th Ave. NE
Calgary, Alberta T2E 6Y7, Canada (Map)
Phone: 403-250-9956
Fax: 403-291-9717
Toll Free: 866-250-9956
http://www.amscanada.com

Hoover's coverage by James Bryant

## Overview

AeroMechanical Services (AMS) makes simple -- and not-so-simple -- products for aerospace customers. Simple offerings include underfloor stowage units, rock guards (for plane lights and antennas) and ice shields. Not-so-simple items include data collection and transmission devices such as the Automated Flight Information Reporting System, which automatically collects and transmits flight information data; and the AirQ Cabin Air Sterilization System, which cleans cabin air. Clients primarily include commercial airlines, manufacturers, and aircraft maintenance companies.

**FREE downloadable FORTUNE 500 LIST**

> $500 Value
> Downloadable Excel Format
> Call Now: (866) 817-3532



HOOVERS
A D&B COMPANY

FREE LIST

## Key Numbers

Key financials for AeroMechanical Services Ltd.

| | |
|---|---|
| **Company Type** | Public (TSX Venture: AMA    ) |
| **Fiscal Year-End** | December |
| **2005 Sales (mil.)** | $0.4 |
| **1-Year Sales Growth** | (4.9%) |
| **2005 Employees** | 27 |
| **1-Year Employee Growth** | (10.0%) |

AeroMechanical Services Ltd. information and related industry information from Hoover's    Page 2 of 3

**Get more Key Numbers**

**TIP:** Want to stay abreast of the latest in IPO news? **Sign up for Hoover's IPO Update newsletter** and start receiving exclusive Hoover's content delivered straight to your inbox. Each newsletter is delivered weekly to help you stay ahead of the competition.

## Key People

Key people and executives for AeroMechanical Services Ltd.

| | |
|---|---|
| **Chairman, CEO, and CFO** | William T. (Bill) Tempany |
| | Connect to this executive |
| | Hoover's can help you e-mail this executive |
| **President** | Darryl Jacobs |
| | Connect to this executive |
| | Hoover's can help you e-mail this executive |
| **Senior Manager, Business Development and Sales** | Bunny Bundell |
| | Connect to this executive |
| | Hoover's can help you e-mail this executive |

**Did you know...** Hoover's **new** ConnectMail subscription add-on lets you send direct e-mail to millions of executives. **Click here to learn more.**

## Industry Information

First Research Industry Profiles

Aerospace Products and Parts Manufacture

Hoover's Industries

Aerospace & Defense
Aerospace & Defense Parts Manufacturing

AeroMechanical Services Ltd. information and related industry information from Hoover's    Page 3 of 3

---

**More Industry Information**

**TIP:** See what companies are creating the biggest impact each week with Hoover's Hottest Companies newsletter. **Sign up now** and start receiving exclusive Hoover's content delivered straight to your inbox. Each newsletter is delivered weekly to help you stay ahead of the competition.

---

## Industry Watch

Industry analysis videos for the industries of AeroMechanical Services Ltd.

Cowen & Company Analyst Cai Von Rumohr (2:53)
07/25/07 12:15ET - Rumohr discusses Boeing's earnings.

   **View more industry interviews**

**EXHIBIT 33**





## Fund Manager & CEO Interviews

# AeroMechanical Services Ltd.

*Video Presentation May 9, 2007*

## Corporate Information

Home
Membership
Past Presenters
Event Registration
Chapter Locations ▶
Upcoming Events
Contact Us

Gr
The
Cl

### News / Company Snapshot / Price History / Charts

### AeroMechanical Services Ltd. (AMS)



| SP TSX Comp | Dec-20-2007 |
| | 1:00 pm ET |

| Index | Last Trade | Change |
|---|---|---|
| SP TSX Comp | 13385.83 | -23.99 ↓ |
| SP TSX Vent | 2809.15 | 6.87 ↑ |
| Dow | 13176.06 | -31.21 ↓ |
| Nasdaq | 2809.28 | 8.27 ↑ |
| NYSE | 9502.61 | -23.58 ↓ |
| SP 600 | 1449.32 | -3.89 ↓ |

AMS is a publicly traded company (TSXV: AMA) with our head office in Calgary, Canada. We specialize in developing, testing, manufacturing and certifying value added solutions for the aerospace industry in Canada and around the world. We are a Transport Canada Approved Manufacturing Organization endorsed for the manufacturing and distribution of aeronautical products. Our clients include international airlines, manufacturers, maintenance organizations and government and research organizations located worldwide. We have been providing products and services to our clients since 1998.

The management team of AMS is made up of people with an intense, ongoing interest in the aviation and aerospace industry. Our team draws on experience, training and enthusiasm to create powerful, economical solutions that fit the needs of our customers.

### Experience

AMS has been involved in projects all over the world and maintains contacts in North and South America, Europe, the Middle East and Asia. Our staff has extensive backgrounds in aeronautical product certification, engineering, aircraft maintenance and manufacturing, and product support. Our team draws on experience, training and enthusiasm to create powerful solutions that fit the needs of the industry. All of our staff members maintain their government and technical certifications and participate in ongoing self-improvement.

Project experience at AMS includes the design of aerospace related products, aircraft structural and system modifications, avionics installations, tooling design, contract maintenance of commercial aircraft, training manual development and aircraft maintenance and operations familiarization training.

**Vision**

AMS will provide cost effective solutions for our customers through creative thought and application of industry best business practices.

**Mission**

To deliver economical, safe and efficient solutions to the aerospace industry by listening intently to our customers and allowing our people the creative space and time to deliver safe and efficient products for our customers. Through providing exceptional value to our customers, we will create value for our shareholders.

## Contact:

**The Howard Group Inc.**
**David Gordon - Senior Associate**
#1200, 640 - 8th Avenue SW
Calgary, Alberta T2P 1G7
**Telephone:** 403-221-0915
**Fax:** 403-237-8387
**Email:** david@howardgroupinc.com

**AeroMechanical Services Ltd.**
300, 2421 - 37 Ave NE
Calgary AB T2E 6Y7
**Telephone:** 403-250-9956
**Fax:** 403-291-9717
**Email:** info@amscanada.com



Copyright@ 2006 The Richmond Club
300A—219 Dufferin Street and Liberty
Toronto, ON, Canada, M6K 1Y9
Phone: (416) 640-1002
Fax:    (416) 946-1835
Email: sbarber(at)richmondclub.com

**EXHIBIT 34**

**Letter to the Shareholders**

What an exciting and rewarding year AeroMechanical Services has just completed. As you will see from the financial reports attached, we were successful in raising the capital we needed to complete the research and development phase for two products and get a strong start on two more products. Our company grew from eight people at the start of last year to a current total of nearly thirty people today with strong engineering, software development, sales and marketing and quality assurance teams to ensure the viability of our company and provide outstanding services to our clients. These teams are supported by an administrative and accounting group of three full time and two part time staff to ensure that all reporting and compliance issues are dealt with in a timely and accurate fashion.

Our accomplishments over last year are numerous and we believe that these accomplishments show what a team of dedicated hard working individuals can do, given the opportunity to succeed and the support of their shareholders.

During the four months ended March 31, 2003 the Company:

- o completed the design specifications for AFIRS
- o had ten prototype AFIRS units manufactured, tested and delivered
- o received Supplemental Type Certificates (STC) from Transport Canada for AFIRS
- o received patent pending status for the AFIRS units
- o installed one AFIRS unit on the Alberta Government DHC-8 aircraft
- o test flown and verified the data being collected and transmitted by the AFIRS unit
- o completed the beta version of UpTime, the database management software that receives, interprets and transmits the information from AFIRS to our data-hosting server in Toronto
- o designed, tested and received an STC for the Underfloor Stowage Unit (UFS)
- o generated revenues from consulting services and from the sale of one Underfloor Stowage Unit
- o completed a financing of $900,000 and the amalgamation of Dream Wizards Investments bringing in another $500,000

Employee headcount increased from eight at November 30, 2002 to nine at March 31, 2003.

During the three months ending June 30, 2003 the Company:

- o completed testing of the AFIRS units on the Alberta Government Dash 8 aircraft
- o modified the LSTC for a new antenna type for the AFIRS unit

– 1 –

- o completed the rules programming for AFIRS to deliver the reports required by our clients
- o completed the test of data transmission to Environment Canada to support the next phase of the contract
- o received approval to install three units on Hawk Air to collect data for Environment Canada

Employee headcount increased from nine on March 31, 2003 to thirteen on June 30, 2003.

During the three months ending September 30, 2003 the Company:

- o installed three AFIRS units on Hawkair DHC-8 turboprop aircraft in Terrac,e BC
- o received Supplemental Type Certification from Transport Canada for AFIRS on Hawkair
- o completed the rules programming for standard reports promised to clients
- o designed, built and tested a device to reduce radio frequency interference with AFIRS data transmissions. This device is currently being installed on all four aircraft
- o continued marketing and product demonstrations in Canada and the US
- o sold eight Underfloor Stowage Units in Canada and the US

The installation on Hawkair completed the first phase of the Environment Canada contract and set us up for the next four phases. Employee headcount decreased from thirteen on June 30, 2003 to twelve on September 30, 2003 as one person resigned and a replacement had not yet been found.



During the three months ending December 31, 2003 the Company:

- o completed the specifications for the AFIRS 220 unit which increased the functionality available from the 200 unit and utilizes the Iridium satellite network giving increased performance to our customers
- o signed an agreement with Horizon Airlines for a sixty day trial and roll out of AFIRS 220 on 28 DHC-8 aircraft
- o provided a trial use of the Underfloor Stowage Unit to PSA Airlines
- o closed a short form offering for $2,000,000 and a private placement for $192,000 on December 15, 2003
- o signed a lease for new office space and completed the move over the February 6 weekend to space more befitting our company.

AMS completed the first phase of its Meteorological Data Collection Contract with Environment Canada at the end of March 2003. The second phase of that contract includes the implementation of the AFIRS unit and using UpTime to collect and deliver weather observation data to Environment Canada. This contract will provide the basis to assist Environment Canada in the drive to build a more detailed weather prediction model in Canada's North. On August 3, AMS, in conjunction with Transport Canada and Hawkair of Terrace BC, completed a flight test and got approval to operate the AFIRS 200 units on Hawkair's commercial fleet. We now have three units flying and capturing data which have been pre-sold to Environment Canada on the Phase 2 of our contract with them. The Phase 2 contract award was announced on August 7 and gives the company $70,000 in revenue this year and potentially substantial revenues in the future, once the trials are completed. We continue to enjoy the support of the Alberta Government Air Transportation Services as a test platform for our products on their DHC-8. It continues to provide valuable data to us with easy access to the aircraft to try new programs and logic.

During the third quarter, we installed three AFIRS units on Hawkair DHC-8 aircraft in Terrace, BC and we are ready to start providing data to Environment Canada from these units. We are all excited to have Hawkair as a client and their support, hard work and input have been greatly appreciated in getting these systems working. The data we have received from their aircraft has been extremely valuable in tuning, both the AFIRS rules programs and the UpTime system to receive and process customer data.

The most exciting news has happened in October that had the team very excited to have a new aircraft types and a new carrier to work with. We have a signed contract from Horizon Airlines. Assuming that we are successful with the 60-day trial, this contract will call for the installation of a total of twenty-eight units.

The design has been completed for our Iridium based product, the AFIRS 220, and it is has been delivered by Microlynx, the contractor who built our AFIRS 200 units. We are excited about adding a product, which has a much better coverage model for our customers than the current

– 3 –

Orbcomm systems. We will be installing the Iridium based units on all of our customers' aircraft. Iridium is a Low Earth Orbit (LEO) satellite communication system that offers global coverage.

AMS signed an agreement with Iridium to be a Value Added Reseller. Using Iridium's new Short Burst Data communication product AMS, will be equipping our customer's aircraft with AFIRS 220 devices which are Iridium based units and can transmit aircraft data any time from anywhere on the planet.

Since the end of the year, AMS has been granted the Manufacturing Approval by Transport Canada. Our Certificate number is 63-04. We have also received acknowledgement from Transport Canada that Curt Schmidt is approved by Transport Canada to be our Quality Manager. The Certificate of an Approved Manufacturing Organization (AO) makes AMS a part of a unique group in Canadian Business with only 18 other organizations in Alberta and slightly more than 100 in all of Canada. It gives us the opportunity to provide services and products to our customers that others need to contract other organizations to compete.

The AO will give us the capability to sign out our own products, rather than relying on third parties or suppliers to approve our products. The approval on our AFIRS and Underfloor Stowage Unit (UFS) products will be an in-house responsibility next year.

Sales activities for the third quarter continued to drive to the commercial viability of the AFIRS™ and UpTime™ product lines, as well as the Underfloor Stowage Unit. The Underfloor Stowage Unit product commenced commercial delivery with seven units being delivered to clients in North America, and an additional four units being purchased for delivery next quarter to Europe.



AMS attended a number of direct marketing events including the Maintenance Repair and Overhaul in Fort Lauderdale, Florida; Regional Airline Association in Phoenix, Arizona; The Bombardier CRJ Operator's Conference and trade show in Atlanta, Georgia; and the Western Aircraft Maintenance Engineers Association Conference and Tradeshow in Calgary, Alberta. Exposure through these events has given us the industry recognition we need. Our exposure at these shows has enhanced our direct sales efforts with a number of key airline operators in the United States and Canada and around the world. AMS' products and services were well received, and our name recognition is growing with a number of airline operators who had not heard of AMS showing interest in our products and services.

AMS staff attended aviation shows in Ireland and Brazil, which has started creating an interest in our products in Europe and South America.

AMS has received orders from Austrian Airways and PSA Airlines for over 100 Underfloor Stowage Units.

We have signed a term sheet with Travelers Financial Corporation in Vancouver to finance up to $10,000,000 of equipment on clients airframes, which will provide significant up front cash flow to AMS. This contract, along with a short form offering sold by First Associates Investment Inc and Raymond James Ltd. to raise an additional $2,000,000, gave us the cash we need to drive the success of our products and business forward. The offering was priced at $0.45 per unit. Each unit consists of a share and _ warrant to purchase additional shares for 12 months at $0.75.

The directors and officers would like to thank our staff and investors for their continued support of our progress. The staff has showed their true colors in the last quarter, in tackling the hard problems and finding solutions for them. From this effort, we have commercial products ready for the marketplace. As AMS heads into the commercial marketplace with the initial implementation of our first commercial contracts, all of the staff and officers of AMS would like to assert that we are ready for the challenges of delivery to our clients, and through this deliver, value to our investors.

Best Regards,

Darryl Jacobs,
President

Bill Tempany,
CEO and Chairman of the Board

**Corporate History**

AMS is a publicly traded company with our head office in Calgary, Canada. We specialize in developing, testing, manufacturing and certifying value added solutions for the aerospace industry in Canada and around the world. We are a Transport Canada Approved Manufacturing Organization endorsed for the manufacturing and distribution of aeronautical products. Our clients include international airlines, manufacturers, maintenance organizations and government and research organizations located worldwide. We have been providing products and services to our clients since 1998.

The management team of AMS is made up of people with an intense, ongoing interest in the aviation and aerospace industry. Our team draws on experience, training and enthusiasm to create powerful, economical solutions that fit the needs of our customers.



AMS is committed to providing our experienced staff the flexible environment required to create economical and innovative products and services that our aerospace clients require to be successful in today's trying economic times. Our staff works with the client's personnel and the appropriate airworthiness regulatory bodies to certify the products and services we create.

Project experience at AMS includes the design of aerospace related products, aircraft structural and system modifications, avionics installations, tooling design, contract maintenance of commercial aircraft, training manual development and aircraft maintenance and operations familiarization training.

AMS has been involved in projects all over the world and maintains contacts in North and South America, Europe, the Middle East and Asia. Our staff has extensive backgrounds in aeronautical product certification, engineering, aircraft maintenance and manufacturing, and product support. Our team draws on experience, training and enthusiasm to create powerful solutions that fit the needs of the industry. All of our staff members maintain their government and technical certifications and participate in ongoing self-improvement.

**Product History**

AeroMechanical Services Ltd. is a designer, developer and service provider of innovative solutions to the global aerospace business. The company's major products are Automated Flight Information Reporting System™, (AFIRS), UpTime™, Underfloor Stowage Unit (UFS) and AirQ™. In addition, the Company provides limited consulting services to the aviation industry.

The Automated Flight Information Reporting System™ model 200 (AFIRS™ 200) is an airborne autonomous flight information collection and reporting system for use in commercial aircraft applications. The system generates data reports and relays them via UpTime™ to the aircraft operator's facilities. The reports arrive as e-mails, which are collated and formatted as required through the UpTime™ web based environment.



AMS has introduced the Underfloor Stowage Unit for the CRJ and the DHC-8 in response to the need to improve flight deck organization. This will keep your valuable flight manuals in tip-top shape and keep your cockpit secure. New security regulations invoked after September 2001,



created the need for additional space to keep mandatory manuals and equipment in the cockpit. The AMS Underfloor Stowage Unit meets this need.

The need for our AirQ™ System has been recognized for many years. Until the recent SARS threat, there was not sufficient desire by the participants in the issue to seek a solution to this problem. While the scientific community has recognized the need, the cost to correct it has not been a high priority of either the government or the airline industry. AMS feels that in a short period, a program including the use of biocides on the aircraft interiors and the installation of the AirQ™ system to control the spread of airborne pathogens through the re-circulated air in the aircraft could be delivered.

**The Marketplace**

AMS has focused much of its efforts on the Regional Airline Marketplace as it is the most profitable and fastest growing area of commercial aviation. This lesser known group of airlines are finding their place among the more profitable and influential airlines in the new century. These airlines use relatively new aircraft,t which are very adaptable to the use of AMS technologies and services.



Aircraft Operated

Years (2000 - 02)



Fleet Flying Hours

Years (2000 - 02)

Twenty-five years ago, nobody could have imagined how critical Regional Airlines would become to the air transportation system today. Currently, one out every seven domestic passengers in the US flies on a regional aircraft, with more than 12,000 industry departures each day. More than 60 percent of U.S. airports depend exclusively on regional carriers for their access to their national air transportation system. One-third of the commercial airline fleet is operated by regional airlines with more than 700 orders and 1,500 options for regional jets alone.

The challenge for regional airline management is to manage growth while remaining efficient and flexible. Maintaining partnerships with regional airlines is a critical element in the recovery strategy of the major airlines and it requires strict attention to maintaining and even reducing current costs. This is a daunting task for regional airlines and one in which continued assistance with supplier partners, like AMS, will be key for success. The need exists to preserve the industry's economics, while continuing the commitment to safety and reliability that has yielded the industry's impressive safety record.



Average Seating Capacities

Years (2000 - 02)

The federal government also has a role to play if regional airlines are to continue as the lifeblood of small- and medium- sized communities throughout the world. AMS is involved in government-industry initiatives such as the FAA's GAIN (Global Airline Information Network), FOQA Demo project (Flight Operations Quality Assurance) and Transport Canada's Flight Data Monitoring Programs. These programs team industry and the regulator together to further guide an already extremely safe industry towards a steady path of continuous improvement. Through these and other initiatives, AMS will continue to support the aviation industry in the innovation of new tools and technologies to support these initiatives.

Passengers Emplaned

Years (2000 - 02)

**Management Discussion and Analysis**

**March 11, 2004**

Management's discussion and analysis of the financial condition and results of operations of the Company should be read in conjunction with the Company's financial statements and related notes.

**Description of Business**

AeroMechanical Services Ltd. (the "Company" or "AMS"), a designer, developer and service provider of innovative solutions to the global aerospace business, amalgamated with Dream Wizards Investments Ltd. ("DWU"), a Capital Pool Corporation, in February 2003.

The major products of the Company are Automated Flight Information Reporting System, (AFIRS), UpTime™, Underfloor Stowage Units and AirQ™. In addition, the Company provides limited consulting services to the aviation industry.

During 2001 and early 2002, the Company was in the start-up stage, with minimal revenues and expenses. All available resources were dedicated to product definition and development. By the end of 2003 the Company has substantially completed the development and testing of AFIRS and UpTime, and is poised to enter the product marketing phase of its evolution.

**Operations**

During the thirteen months ended December 31, 2003 the Company completed the design, certification and manufacture of ten AFIRS units and 13 Underfloor Stowage Units. AMS has successfully installed four AFIRS units and data has been provided to its customers from the UpTime servers. The majority of the Underfloor Stowage Units have been delivered to customers and installed by them on their aircraft.

**Revenues and Cost of Sales**

Revenues for the thirteen months ended December 31 2003 were $155,569 compared to $16,723 fourteen months ended November 30, 2002. Revenues were generated from consulting services related to the AMDAR contract and the sale of 11 Underfloor Stowage Units. Cost of sales is related to the cost of third party consultants utilized on the AMDAR contract, plus materials costs for the Underfloor Stowage Units manufactured.

**Expenses**

Expenses in the thirteen months ended December 31, 2003 were $1,767,433 compared to $814,823 in the fourteen months ended November 30, 2002. The major expenses incurred were

– 9 –

salaries, third party consulting fees and marketing costs. In addition, there were increased costs for professional fees and computer services. Office and related costs increased from the previous year due to increased activities and staff levels.

## Research and Development

Research and development costs are being expensed as incurred. The majority of R&D costs are salaries and consulting expenses related to the design, testing and manufacture of AFIRS and the design and testing of UpTime™. Qualified R&D expenditures up to February 28, 2003 were eligible for refundable Investment Tax Credits in accordance with the Income Tax Act (Canada). During fiscal 2003, the Company received a refund of $238,000 related to eligible R&D costs incurred up to February 28, 2003. Qualified expenditures after this date are not refundable, but can be used to offset any Part I tax payable in future years.

## Net Income

The net loss for the thirteen months ended December 31, 2003 was $1,693,764 compared to $1,289,993 for the fourteen months ended November 30, 2002. This loss is mainly due to the significant research and development costs incurred in the 2003 period. The loss in 2002 is attributed to the net development costs incurred in 2002 plus the write-down in 2002 of development costs incurred in prior years.

## Liquidity and Capital Resources

Working capital at December 31, 2003 is $1,447,570 up from the $71,373 working capital deficit at November 30, 2002. During the thirteen months ended December 31, 2003:

- o $900,000 was raised through AMS private placements
- o $226,000 was acquired in the amalgamation with Dream Wizards Investments Ltd.
- o $134,000 was raised on the exercise of stock options
- o $50,000 was raised on the exercise of Agent's warrants by First Associates Investments Inc.;
- o IRAP and TPC loan proceeds of $333,000 were received
- o $92,000 was raised by private placement from directors
- o $2,000,000 was raised through a short form offering led by First Associates and Raymond James

AEROMECHANICAL SERVICES LTD.

**Financial Statements**

FOR THE THIRTEEN MONTHS ENDED

DECEMBER 31, 2003

**Management's Report**

February 27, 2004

The accompanying consolidated financial statements of AeroMechanical Services Ltd. and all other financial and operating information contained in this Annual Report are the responsibility of management. The financial statements have been prepared in accordance with accounting policies detailed in the notes to the financial statements and in accordance with generally accepted accounting principles in Canada.

The Company's systems of internal control have been designed and maintained to provide reasonable assurance that assets are properly safeguarded and that the financial records are sufficiently well maintained to provide relevant, timely and reliable information to management.

External auditors, appointed by the shareholders, have independently examined the financial statements. They have performed such tests as they deemed necessary to enable them to express an opinion on these consolidated financial statements.

An Audit Committee of the Board of Directors has reviewed these financial statements with management and the external auditors. The Board of Directors has approved the financial statements on the recommendation of the Audit Committee.

Bill Tempany
Chief Executive Officer

Darryl Jacobs
President

**Auditor's Report**

To the Shareholders of AeroMechanical Services Ltd.

We have audited the balance sheets of AeroMechanical Services Ltd. as at December 31, 2003 and November 30, 2002 and the statements of loss and deficit and cash flows for the thirteen months ended December 31, 2003 and the fourteen months ended November 30, 2002. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audit.

We conducted our audits in accordance with Canadian generally accepted auditing standards. Those standards require that we plan and perform an audit to obtain reasonable assurance whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation.

In our opinion, these financial statements present fairly, in all material respects, the financial position of the Company as at December 31, 2003 and November 30, 2002 and the results of its operations and its cash flows for the thirteen months ended December 31, 2003 and the fourteen months ended November 30, 2002 in accordance with Canadian generally accepted accounting principles.

"signed"

Grant Thornton LLP
CHARTERED ACCOUNTANTS
Calgary, Alberta

February 27, 2004

**AEROMECHANICAL SERVICES LTD.**

**BALANCE SHEET AS AT DECEMBER 31, 2003**

|  | December 31 2003 | November 30 2002 |
|---|---|---|
| **ASSETS** | | |
| CURRENT | | |
| Cash and deposits | $ 1,320,204 | $ 75,526 |
| Accounts receivable | 176,514 | 47,466 |
| Prepaid expenses | 11,819 | 2,379 |
| Investment tax credit recoverable | - | 260,442 |
| Inventory | 182,898 | 102,805 |
|  | 1,691,435 | 488,618 |
| CAPITAL -- Note 3 | 151,457 | 101,075 |
| **TOTAL ASSETS** | **$ 1,842,892** | **$ 589,693** |
| **LIABILITIES** | | |
| CURRENT | | |
| Accounts payable and accrued liabilities | $ 228,488 | $ 344,831 |
| Demand loan | - | 215,160 |
| Current portion of TPC loan payable -- Note 4 | 15,377 | - |
|  | 243,865 | 559,991 |
| LONG TERM | | |
| IRAP & TPC loans payable -- Note 4 | 318,265 | - |
|  | 562,130 | 559,991 |
| **SHAREHOLDERS' EQUITY** | | |
| SHARE CAPITAL -- Note 5 | 4,534,222 | 1,512,213 |
| CONTRIBUTED SURPLUS -- Note 5 | 28,804 | 105,989 |
| DEFICIT | (3,282,264) | (1,588,500) |
|  | 1,280,762 | 29,702 |
| **TOTAL LIABILITIES AND EQUITY** | **$ 1,842,892** | **$ 589,693** |

Approved by the Board          *"Signed"*                          *"Signed"*
                               Bill Tempany,  Director       Darryl Jacobs, Director

-- 14 --

**AEROMECHANICAL SERVICES LTD.**

**STATEMENT OF LOSS AND DEFICIT**

**FOR THE THIRTEEN MONTHS ENDED DECEMBER 31, 2003**

|  | December 31 2003 Thirteen months | November 30 2002 Fourteen months |
|---|---|---|
| REVENUE | $ 155,569 | $ 16,723 |
| COST OF SALES | 81,900 | 17,345 |
| GROSS MARGIN | 73,669 | (622) |
| EXPENSES |  |  |
| Development costs | 693,753 | 72,856 |
| Salaries and benefits | 276,970 | 278,718 |
| Third party contracts | 125,093 | 116,302 |
| Consulting fees | 68,921 | 16,044 |
| Office | 117,059 | 65,090 |
| Professional fees | 43,000 | 91,484 |
| Marketing | 140,824 | 35,705 |
| Computer services | 68,417 | 17,450 |
| Amortization | 52,501 | 13,509 |
| Rent | 24,980 | 22,052 |
| Parts, tools, and supplies | 99,884 | 13,485 |
| Stock exchange fees | 24,614 | - |
| Interest and bank charges | 21,254 | 58,338 |
| Insurance | 10,163 | 13,790 |
|  | 1,767,433 | 814,823 |
| LOSS BEFORE THE UNDERNOTED | (1,693,764) | (815,445) |
| WRITEDOWN OF DEVELOPMENT COSTS | - | (403,519) |
| LOSS BEFORE INCOME TAXES | (1,693,764) | (1,218,964) |
| FUTURE INCOME TAXES | - | 71,029 |
| NET LOSS FOR THE PERIOD | (1,693,764) | (1,289,993) |
| DEFICIT – Beginning of the period | (1,588,500) | (298,507) |
| **DEFICIT – End of the period** | **$ (3,282,264)** | **$ (1,588,500)** |
| LOSS PER SHARE | $ (0.16) | $ (0.15) |

– 15 –

**AEROMECHANICAL SERVICES LTD.**

**STATEMENT OF CASH FLOWS**

**FOR THE THIRTEEN MONTHS ENDED DECEMBER 31, 2003**

| | December 31 2003 Thirteen months | November 30 2002 Fourteen months |
|---|---|---|
| **CASH PROVIDED BY (USED IN)** | | |
| | | |
| OPERATING ACTIVITIES | | |
| Net (loss) for the period | $ (1,693,764) | $ (1,289,993) |
| Add items not affecting cash | | |
| Depreciation and amortization | 52,501 | 13,509 |
| Future income taxes | - | 71,029 |
| Stock based compensation | 61,930 | - |
| Writedown of development costs | - | 403,519 |
| | (1,579,333) | (801,936) |
| | | |
| Net change in non-cash working capital balances | (274,265) | 131,405 |
| | (1,853,598) | (670,531) |
| | | |
| **FINANCING ACTIVITIES** | | |
| Capital stock redeemed | - | (12,811) |
| Issuance of share capital | 2,632,962 | 641,653 |
| Proceeds from demand loan | - | 215,160 |
| IRAP and TPC loans | 333,642 | - |
| | 2,966,604 | 844,002 |
| | | |
| **INVESTING ACTIVITIES** | | |
| Purchasing of capital assets | (94,249) | (86,064) |
| Cash acquired on business combination | 225,921 | - |
| | 131,672 | (86,064) |
| | | |
| INCREASE IN CASH | 1,244,678 | 87,407 |
| CASH – Beginning of the period | 75,526 | (11,881) |
| **CASH – End of the period** | $ 1,320,204 | $ 75,526 |

**AEROMECHANICAL SERVICES LTD.**

**NOTES TO THE FINANCIAL STATEMENTS**

**FOR THE THIRTEEN MONTHS ENDED DECEMBER 31, 2003**

NOTE 1    **BASIS OF PRESENTATION AND BUSINESS COMBINATION**

Effective February 28, 2003 Dream Wizards Investments Ltd. amalgamated with AeroMechanical Services Ltd., 883946 Alberta Ltd. and 883955 Alberta Ltd. The resulting company has adopted the name AeroMechanical Services Ltd. (the "Company"). The amalgamation constitutes the Qualifying Transaction of Dream Wizards Investments Ltd. (as that term is defined in the Policy of the TSX Venture Exchange) and has resulted in the removal of its Capital Pool Corporation designation. The amalgamation has been recorded as a reverse takeover of Dream Wizards Investments Ltd. by AeroMechanical Services Ltd. The consideration of 4,300,029 DWU shares issued to the shareholders of AeroMechanical Services Ltd., 883946 Alberta Ltd. and 883955 Alberta Ltd. has been recorded at a value of $389,047 and has been allocated to the net assets acquired as follows:

| | |
|---|---|
| Cash and term deposits | $ 225,921 |
| Loan receivable | 151,172 |
| Accounts receivable | 16,496 |
| Accounts payable | (4,542) |
| | $ 389,047 |

In addition, the Company issued 3,685,108 common shares in exchange for 3,685,108 Class B shares in AeroMechanical Services Ltd.

NOTE 2    **SIGNIFICANT ACCOUNTING POLICIES**

The financial statements of the company have been prepared in accordance with Canadian generally accepted accounting principles consistently applied. Because a precise determination of many assets and liabilities is dependent upon future events, the preparation of financial statements for the period necessarily involves the use of estimates and approximations that have been made using careful judgment. The financial statements have, in management's opinion, been properly prepared within reasonable limits of materiality and within the framework of the significant accounting policies summarized below:

a)    Capital Assets

Capital assets are recorded at cost. Amortization is provided annually at rates calculated to write-off assets over their estimated useful lives as follows:

| | |
|---|---|
| Computers | 30% declining balance |
| Equipment | 20% declining balance |

**AEROMECHANICAL SERVICES LTD.**

**NOTES TO THE FINANCIAL STATEMENTS – CONTINUED**

**FOR THE THIRTEEN MONTHS ENDED DECEMBER 31, 2003**

NOTE 2    **SIGNIFICANT ACCOUNTING POLICIES - CONTINUED**

b)    Future Income Taxes

The Company follows the liability method of income tax allocation. Under this method, current income taxes are recognized for the estimated income taxes payable for the current year. Future income tax assets and liabilities are recognized for temporary differences between the tax and accounting bases of assets and liabilities as well as for the benefit of losses available to carried forward to future years for tax purposes that are likely to be realized.

c)    Foreign Currency Translation

Transactions denominated in US dollars have been translated into Canadian dollars at the approximate rate of exchange prevailing at the time of the transactions. Monetary assets and liabilities denominated in foreign currencies have been translated into Canadian dollars at the year end exchange rate. Exchange gains and losses are included in earnings.

d)    Deferred Development Costs

Development costs incurred in the design and development relating to new products are capitalized if certain defined criteria are met. Upon commercial production or use of the product, deferred costs will be amortized over the estimated useful life of the product. If the criteria are no longer met, costs for a specific product are charged against earnings.

e)    Financial Instruments

The Company has estimated the fair value of its financial instruments, which include cash and cash equivalents, receivables, payables and accruals, and promissory notes. The Company used valuation methodologies and market information available as at period-end and has determined that the carrying amounts of such financial instruments approximate fair value in all cases.

f)    Inventory

Inventory is valued at the lower of cost and replacement value.

– 18 –

**AEROMECHANICAL SERVICES LTD.**

**NOTES TO THE FINANCIAL STATEMENTS – CONTINUED**

**FOR THE THIRTEEN MONTHS ENDED DECEMBER 31, 2003**

NOTE 2    **SIGNIFICANT ACCOUNTING POLICIES - CONTINUED**

g)    Stock Based Compensation

The Company has adopted the recommendations of the CICA Handbook Section 3870, Stock-Based Compensation and other Stock-Based Payments, effective January 1, 2002. This section establishes standards for the recognition, measurement and disclosure of stock-based compensation and other stock-based payments made in exchange for goods and services. The standard requires that all stock-based awards made to non-employees be measured and recognized using a fair value based method. For stock options granted to employees, the Company has adopted the intrinsic value method of accounting. Under this method, no compensation expense will be recorded when stock options are granted, so long as the exercise price is equal to or greater than the market price of the common shares on the date of grant. The intrinsic value method does, however, require disclosure of pro-forma net income and pro-forma earnings per share in the notes to the financial statements, as if the fair value based method of accounting had been used.

NOTE 3    **CAPITAL ASSETS**

|  | Cost | Accumulated Amortization | December 31, 2003 | November 30, 2002 |
|---|---|---|---|---|
| Computers | $ 184,025 | $ 58,964 | $ 125,061 | $ 89,455 |
| Equipment | 36,160 | 9,764 | 26,396 | 11,620 |
|  | $ 220,185 | $ 68,728 | $ 151,457 | $ 101,075 |

NOTE 4    **LONG TERM DEBT**

The IRAP loan ($231,129) is non-interest bearing and is to be repaid as a percentage of gross revenues of the Company, commencing October 1, 2005.

The TPC loan ($102,513) is non-interest bearing. Principal repayments, which are dependent on the company achieving specified revenue targets, will be made over a ten-year period commencing October 1, 2004.

**AEROMECHANICAL SERVICES LTD.**

**NOTES TO THE FINANCIAL STATEMENTS – CONTINUED**

**FOR THE THIRTEEN MONTHS ENDED DECEMBER 31, 2003**

NOTE 5    **SHARE CAPITAL**

Authorized:

Unlimited number of:

Common shares

Class A, B and C preferred shares, issuable in series

The preferred shares may be issued in one or more series and the directors are authorized to fix the number of shares in each series and to determine the designation, rights, privileges, restrictions, and conditions attached to the shares of each series.

Issued:

**Common Shares**

|  | Number |
|---|---|
| Balance November 30, 2002 | 2,558,346 |
| Issued upon amalgamation | 7,985,137 |
| Balance February 28, 2003 | 10,543,483 |
| | |
| Issued for cash | 4,844,444 |
| Issued on exercise of options | 403,801 |
| Issued for services | 115,000 |
| Balance December 31, 2003 | 15,906,728 |

**Share Capital Amounts**

|  | Amounts |
|---|---|
| Balance November 30, 2002 | $ 1,512,213 |
| Share capital on reverse takeover | 389,047 |
| Issued for cash | 2,763,787 |
| Issued on exercise of options | 133,869 |
| Issued for services | 34,500 |
| Share issue costs | (299,194) |
| Balance December 31, 2003 | $ 4,534,222 |

**Contributed Surplus**

|  | |
|---|---|
| Balance November 30, 2002 | $    - |
| Stock-based compensation | 28,804 |
| Balance December 31, 2003 | $ 28,804 |

– 20 –

**AEROMECHANICAL SERVICES LTD.**

**NOTES TO THE FINANCIAL STATEMENTS – CONTINUED**

**FOR THE THIRTEEN MONTHS ENDED DECEMBER 31, 2003**

NOTE 5    **SHARE CAPITAL – CONTINUED**

a)    Shares Held in Escrow

Pursuant to Escrow Agreements among the Company, Valiant Corporate Trust Company and certain shareholders of the Company, 1,928,109 issued and outstanding common shares have been deposited in escrow and will be released from escrow in accordance with the Policy of the TSX Venture Exchange.

b)    Stock Option Plan

A summary of the Company's outstanding stock option grants, as at December 31, 2003 and November 30, 2002 and changes during the years are presented below:

| | 2003 | | 2002 | |
| --- | --- | --- | --- | --- |
| | Number of Shares | Weighted Average Exercise Price | Number of Share | Weighted Average Exercise Price |
| Outstanding, beginning of year | 249,995 | $ 0.30 | - | - |
| Granted | 1,216,850 | $ 0.39 | 249,995 | $ 0.30 |
| Exercised | (237,135) | $ 0.35 | - | - |
| Cancelled | (21,000) | $ 0.36 | - | - |
| Outstanding, end of year | 1,208,710 | $ 0.38 | 249,995 | $ 0.30 |

All options are fully vested and exercisable at December 31, 2003 as described in the table below:

| Range of Exercise Prices | Number Outstanding | Weighted Average Contractual Life (years) |
| --- | --- | --- |
| $ 0.30 | 224,995 | 3.1 |
| $ 0.34 to 0.36 | 783,715 | 2.3 |
| $ 0.58 | 200,000 | 4.9 |
| | 1,208,710 | |

**AEROMECHANICAL SERVICES LTD.**

**NOTES TO THE FINANCIAL STATEMENTS – CONTINUED**

**FOR THE THIRTEEN MONTHS ENDED DECEMBER 31, 2003**

NOTE 5    **SHARE CAPITAL – CONTINUED**

c)    Agent's Option

During the year the agent exercised 166,666 common share options at $0.30 per share for total proceeds of $50,000.

The Company has reserved 301,666 common shares, which are issuable upon the exercise of stock options granted to First Associates Investments Inc. in conjunction with the AMS private placement. The option exercise price is $0.30 per share and the options expire September 14, 2004.

The Company has further reserved 444,444 units at a price of $0.45 per unit in conjunction with a short form offering which closed December 16, 2003. Each unit consists of one common share and one-half of one common share purchase warrant. Each whole warrant entitles the holder to acquire one common share upon the payment of $0.75 per share on or before December 15, 2004.

d)    Contributed Surplus

During the year ended December 31, 2003, a compensatory non-cash expense of $28,804 was recorded in general and administrative expense, reflecting the fair value of incentive share options granted during the period to non-employees.

e)    Common Share Amounts

The calculation of basic loss per share is based on the weighted-average number of common shares outstanding during the 13 months ending December 31, 2003 of 10,821,878.

NOTE 6    **STOCK BASED COMPENSATION**

Effective January 1, 2002 the Company adopted the new Canadian Institute of Chartered Accountants recommendations in section 3870 on accounting for and reporting stock-based compensation.

During 2003, a compensatory non-cash expense of $28,804 was recorded in general and administrative expenses, reflecting the fair value of share options granted during the year to non-employees.

Based on intrinsic value calculations at the date of granting stock options, no compensation costs are recognized in the financial statements for stock options granted to employees and directors. The following table provides proforma measures of net loss and net loss per common share had such compensation expense been recognized for stock options granted to employees and directors in 2003 based on fair values at date of grant.

**AEROMECHANICAL SERVICES LTD.**

**NOTES TO THE FINANCIAL STATEMENTS – CONTINUED**

**FOR THE THIRTEEN MONTHS ENDED DECEMBER 31, 2003**

---

NOTE 6    **STOCK BASED COMPENSATION – CONTINUED**

| | |
|---|---|
| Stock based compensation costs | $ 93,935 |
| Net loss | |
| As reported | (1,693,764) |
| Pro forma | (1,787,699) |
| Net loss per share – basic and diluted | |
| As reported | $ (0.16) |
| Pro forma | $ (0.17) |

The fair value of each option granted is estimated on the date of grant using a Black-Scholes options pricing model with the following weighted average assumptions:

| | |
|---|---|
| Fair value of option granted (per share) | $ 0.84 to $ 0.135 |
| Risk free interest rate (%) | 4.15 |
| Expected life (months) | 16 – 40 |
| Expected volatility (%) | 50 |
| Expected dividend yield (%) | 0.00 |

NOTE 7    **INCOME TAXES**

The total provision for income taxes differs from the expected amount calculated by applying the basic Federal and Provincial tax rate of approximately 39% to earnings before income taxes. The difference results in the following:

| | 2003 | 2002 |
|---|---|---|
| Expected income taxes (recovery) | $ (660,568) | $ (186,880) |
| Write down of deferred development costs | – | 76,670 |
| Non-capital losses not recognized | 660,568 | $ 181,239 |
| Other credits and adjustments | – | – |
| | $ - | $ 71,029 |

Future income taxes consists of the following temporary differences:

| | 2003 | 2002 |
|---|---|---|
| Capital assets | $ 479 | $ 5,167 |
| Cumulative eligible capital | 93 | 45 |
| Non-capital loss carry-forward | 1,200,143 | 249,365 |
| Share issue costs | (23,337) | |
| Valuation allowance | (1,177,378) | (254,577) |
| | $ - | $ - |

The Company has losses of approximately $2,402,657 available to reduce future taxable income. These losses expire as follows:

| | |
|---|---|
| 2006 | $ 16,361 |
| 2007 | 68,101 |
| 2008 | 203,983 |
| 2009 | 509,072 |
| 2010 | 1,605,140 |
| | $ 2,402,657 |

**AEROMECHANICAL SERVICES LTD.**

**NOTES TO THE FINANCIAL STATEMENTS – CONTINUED**

**FOR THE THIRTEEN MONTHS ENDED DECEMBER 31, 2003**

NOTE 7       **INCOME TAXES – CONTINUED**

In addition, the company has unclaimed Scientific Research Credits of $1,215,420 available to be claimed in future years.

NOTE 8       **LEASE COMMITMENTS**

The Company has entered into various office equipment leases with minimum aggregate annual payments until the expiration of the leases as follows:

| | |
|---|---|
| 2004 | $ 112,060 |
| 2005 | 123,566 |
| 2006 | 110,782 |
| 2007 | 77,504 |
| 2008 | 74,824 |

NOTE 9       **SUPPLEMENTARY CASH FLOW INFORMATION**

| | 2003 | 2002 |
|---|---|---|
| **Changes in non-working capital** | | |
| Receivables | $ (129,048) | $ 3,088 |
| Subscription receivable | - | 100,613 |
| Prepaid expenses | (9,440) | (1,496) |
| Investment tax credit recoverable | 260,442 | (50,714) |
| Payables and accruals | (316,126) | 182,719 |
| Inventory | (80,093) | (102,805) |
| | $ (274,265) | $ 131,405 |
| **Non-cash transactions** | | |
| Capital stock issued as payment of payables | $ 126,500 | $ 269,390 |

NOTE 10      **RELATED PARTY TRANSACTIONS**

During the year, the Company paid management and administrative fees of $NIL (2002 – NIL) to directors of the Company. Included in payables are wages payable of $28,700 (2002 - $39,314) to directors of the Company in their capacity as employees. These transactions were made at exchange values agreed upon by the parties.

NOTE 11      **COMPARATIVE FIGURES**

Certain comparative figures have been reclassified in order to conform to the presentation adopted in the current year.

– 24 –

**Directors**

Bill Tempany, Chairman and CEO ...................................... AeroMechanical Services Ltd.

Darryl Jacobs, President and Co-Founder ............................ AeroMechanical Services Ltd.

Doug Marlin, President ...................................................... Marlin Ventures Ltd.

Mike Brown, Partner .......................................................... Geselbracht Brown

Christine Larkin, Partner .................................................... Buchanan Barry LLP

Tim Morgan, Co-Chief Operating Officer ........................... Westjet Airlines Ltd.


**Officers**

Ed Lamb, CFO and Partner ................................................. Lamb, Hind and Lim

Kurt Kolb, Vice President and Co-Founder ......................... AeroMechanical Services Ltd.


**Auditor**

Paul Takalo, Partner .......................................................... Grant Thornton LLP


**Legal Counsel**

Tamiko Ohta, Partner ......................................................... Bordner Ladner Gervais LLP


**Offices**

| | | |
|---|---|---|
| AMS Canada | 300, 2421 - 37 Avenue NE | Calgary, Alberta  T2E 6Y7 |
| AMS USA | 130-310, 2951 Marina Bay Drive | League City, Texas  77573 |

**Future Growth**



AeroMechanical Services Ltd. is committed to continue to serve the aviation industry by providing innovative and fairly priced solution to industry needs. We continue to evaluate problems as they are described to us and try to create world class solution to those needs. We have several projects on the drawing boards for next year and as funds and resources allow, we will develop and deliver these products. Watch for press release throughout the year detailing these exciting new products.



**EXHIBIT 35**

AeroMechanical Services Ltd. announces Aloha Airlines to install AeroMechanical Flight Data products o...    Page 1 of 2



About Us | My Account | 🛒 No items in your cart

Search  | Business News ▾ |              | GO! |

**Find Articles by Publication**

Home

Company Profiles

Industry Information
Industry & Market Reports
Business News

Business Development
Resources
Business Leads
Business Directories

Business Management
Resources
Business Plans
Business Encyclopedias
Online Courses

U.S. Job Search

# AeroMechanical Services Ltd. announces Aloha Airlines to install AeroMechanical Flight Data products on entire fleet of Boeing 737 -200 and -700 aircraft.

Publication Date: 06-APR-04
Publication Title: M2 Presswire
Format: Online
Company: Aloha Airlines Inc.
Author:

Ads by Google

**Mater. Handling Conveyors** We Are Designers & Builders Of Custom Conveyors. Buy Direct!

**Conveyor Systems** All types of conveyor systems Free Conveyor Tech Info online

**Aerospace Tech Jobs in WA** Dice - Career Hub for Tech Insiders 95K+ Quality IT Positions Available

**Read this article now**
**Try Goliath Business News – FREE!**
You can view this article PLUS...
 » Over 5 million business articles
 » Hundreds of the most trusted magazines, newswires, and journals (see list)
 » Premium business information that is timely and relevant
 » **Unlimited Access**

**Now for a Limited Time, try Goliath Business News Free for 7 Days!**



**Tell Me More**   **Terms and Conditions**

   **Purchase this article for $4.95**

### Description

M2 PRESSWIRE-6 April 2004-Aero Mechanical Services Ltd.: AeroMechanical Services Ltd. announces Aloha Airlines to install AeroMechanical Flight Data products on entire fleet of Boeing 737 -200 and -700 aircraft(C)1994-2004 M2 COMMUNICATIONS LTD

Username: |          |
Password: |          |
LOGIN   Forgot your password?

Ads by Google

**Aloha Networks**
Cerona purchased Aloha Networks DVB/SAMA VSATs available here
www.cerona.com

**Aloha**
More Sources - Better Results Metasearch Aloha now!
webcrawler.com/Aloha

**Aloha Airlines**
Plan Your Hawaii Getaway Today. Special Online Deals. Book It Now!
www.AlohaAirlines.com

**Aloha MLS Listings**
Free Online MLS Search Sign Up Now! Find Homes for sale like Realtors
freehomeinfoservice.com

**Aerospace Manufacturing**
Aerospace Manufacturing guide Assisting your web search!
MyPurchase.net

RDATE:04052004

Calgary, Alberta CANADA -- Aero Mechanical Services Ltd. (AMA - TSX Venture), (http://www.amscanada.com)(AMS"), an innovative provider of aircraft data capture, reporting and data transmission solutions to the global aviation industry, is pleased to announce it has reached an agreement with Aloha Airlines Inc. to equip the entire Aloha fleet of Boeing 737 model 200 and 700 aircraft with AMS' AFIRSTM data collection and transmission device. In addition, Aloha Airlines will utilize AMS' UpTimeTM services to provide near...

---

**More articles from M2 Presswire**
Bombardier Responds To Press Reports On Activity In Russia., 04-DEC-07
FDA Launches E-mail Alert Subscription Service through Public Web site., 04-DEC-07
Under Secretary Burns Travel to Singapore and Australia December 3-6., 04-DEC-07

**Looking for additional articles?**
Click here to search our database of over 3 million articles.

Advertising, Refund Policy, Contact Us, Site Map, Add to del.icio.us, Customer Service, How to Buy, Frequently Asked Questions

Use of the Goliath service and this Web site constitutes acceptance of our Terms & Conditions and Privacy Policy.

Copyright © 2007, The Gale Group, a part of Cengage Learning. All Rights Reserved

**EXHIBIT 36**

# Meggitt press release

■ **Meggitt moves into real time flight**          13 June 2006
   **data transmission**

Meggitt, the aerospace, defence and electronics group, has struck
an agreement with AeroMechanical Services (AMS) that could
revolutionise the use of flight and engine data by transmitting it in
real time to airline and helicopter companies' financial, operational
and maintenance decision-makers and aircraft and engine-owners
with inclusive lease contracts.

They will be able to control costs and manage assets better,
streamlining logistics support, increasing efficiency and improving
safety using the early trend and accurate usage data that has been
collected continuously and autonomously in flight—just 20 seconds
after the point of collection and initial processing, transmission to a
ground station and further processing into operationally-useful
information.

The Meggitt-AMS agreement involves the joint marketing of the
group's industry-leading, condition monitoring systems with AMS's
on board Automated Flight Information Reporting System
(AFIRS)—an airborne autonomous data collection and reporting
tool that covers condition and operations—and a ground-based
processing and delivery system (AFIRS - UpTime). Meggitt has an
exclusive licence to use, market and integrate these certified
products with its specialist fixed wing engine monitoring units and
helicopter Health and Usage Monitoring System (HUMS).

Using on-board equipment that weighs just 10 lbs, and the
speedily processed and transmitted data from it, operators can
perform many tasks including tracking the plane in which the
equipment is installed anywhere on the planet on an ASD system,
Google Earth or over the web; telephoning pilots to discuss engine
status and reduce the cost of an exceedence instantly; generating
OOOI—Out, Off, On and In—reports quickly and accurately to
enable exact payment of crews and precise scheduling of
component maintenance; and planning maintenance in a
continuum using the engine trend reports generated without pilot
intervention from the moment an aircraft becomes airborne.

AFIRS offers significant benefits to the rotary wing sector. As the
integration of Health and Usage Monitoring Systems (HUMS)
becomes more prevalent on helicopters, AFIRS can process and
transmit HUMS data at regular intervals during flight to ground
support engineers anywhere in the world. With additional features
including flight tracking and two-way communications, AFIRS
enables operators to closely monitor their fleets all the time they
are flying—wherever they are—easing operational and support
logistics as well as contributing to flight safety. Meggitt say interest
in AFIRS for rotary wing operations has already been expressed by
helicopter constructors as well as a major offshore oil operator.

## More about AFIRS

AFIRS is the 'smart' 10 lb box incorporating a data processor with
mass memory, flight data recorder, GPS receiver and a modem for
Iridium satellite communications (the worldwide network with no
gaps). It processes data on the aircraft during flight and can be
readily programmed to transmit selected data to the secure
ground-based server at regular intervals. AFIRS can be
programmed to select specific messages from aircraft data buses,
perform additional processing and transmit according to scheduled
and unscheduled events. Data can also be transmitted back to the
aircrew or sent back to the AFIRS.

## More about AFIRS - UpTime

AFIRS - UpTime, a ground-based IBM computer system, processes

the transmitted data further and delivers operationally-useful reports to a variety of decision-makers in any organisation such as maintenance, operations and finance via email, website or SMS. The elapsed time between an onboard event and the receipt of a report by appropriate personnel is less than 20 seconds via secure internet methods, allowing airlines to monitor and manage aircraft operations continuously, in real time, anywhere in the world.

**Standardised and customised reporting**
The format and type of real time reporting to individuals and groups is specified by customers but the service includes essential standard outputs such as aircraft movement messages and flight follow, engine trend and engine and operational exceedence reports for early actionable warning of equipment failure or degradation. AFIRS provides real time tracking of aircraft in remote areas, transmits additional data such as local weather and accurate flight or duty times. Whatever it collects, AFIRS does so consistently and automatically to facilitate high quality analysis.

**What AMS says**
Bill Tempany, CEO of AMS, stated: "The time and money saved through AMS's automated flight information reporting system has been proved with a growing customer base which Aloha Airlines, Skyservice and LIAT.

"Working with Meggitt means we can work directly with the OEMs so airframes can be delivered direct from the factory with our products installed—which is what our customers are asking for: optimised integration and delivery of aircraft information for next generation aircraft operations and support concepts. It is certified for use on various aircraft types include Boeing 737s and, as the data interface includes several standard ARINC formats, it can be fitted to a wide range of aircraft types."

**What Meggitt says**
Richard Hayden, Vice President of Meggitt's aerospace systems division, stated, "This joint initiative completes Meggitt's sensor-to-answer condition monitoring vision. It adds immense value to our vibration and on-engine monitoring and health and usage monitoring systems and data acquisition units.

"Flight data affects every part of the airline and helicopter operator business and the ability to make informed decisions quickly is critical if cost is to be minimised—whether for in-flight problem-solving or in-flight maintenance planning. Now we can ensure that the data that comes out of our first-class monitoring systems gets to who needs it in a useable form in a matter of seconds, helping keep aircraft well maintained, safe and available for on-time service. Together our systems will provide an extremely powerful asset management tool for customers in all segments of the aviation industry."

**ENDS**


For further information please contact:

Fiona Greig
Group PR Executive
Tel: +44 (0) 1202 597587
Fiona.greig@meggitt.com

Richard Hayden
Meggitt Aerospace Systems
+1-(978)-440-780
richard.hayden@meggitt.com

Darryl Jacobs, President
AeroMechanical Services Ltd
(403) 291-7434

djacobs@amscanada.com

Murray Malley, VP Finance and CFO
AeroMechanical Services Ltd
(403) 291-7427
mmalley@amscanada.com

**EDITOR'S NOTES**

### 1. Looking at AMS from a regional operator's perspective

*By John McCaskill, Customer Relationship Manager, AMS (see end for contact details)*

Somewhere in the Caribbean, a DHC8-300 accelerates down the runway, rotates and becomes airborne. At the moment its wheels leave the ground, an AFIRS unit on board the aircraft sends two small files. In less than 15 seconds these files are transmitted from the aircraft, received on the ground, reformatted into custom reports, forwarded to and received by the client and their third-party vendor, half a world away.

One of the two reports is a standard aircraft movement message that updates the operator's fleet management software alerting them to the aircraft's departure. The other is a snapshot of the engines' performance at the time of lift-off so that the aircraft's engines performance can be monitored over time.

**AFIRS – UpTime**
All this is the work of the AFIRS – UpTime system by AeroMechanical Services. The AFIRS unit (Automatic Flight Information Reporting System) is a 10lb box containing an FDR (Flight Data Recorder) analyser, GPS (Global Positioning System) chip and an Iridium satellite communications modem. The AFIRS unit is essentially a computer with one program running on it. Every second, this program analyses the information being recorded by the FDR and applies a set of business rules to determine what action to take when certain events are detected.

When that DHC8 in the Caribbean lifts off, the AFIRS unit senses the weight-off wheels signal. In one second, it records the date, time, latitude and longitude, and track over ground (from the GPS). In that same second, the AFIRS unit also records the torque, engine temperature, propeller rpm, high and low pressure turbine speed, fuel flow, outside air temperature, pressure altitude, and indicated airspeed for both engines. This information is bundled into a file and sent to the Iridium satellite communications system and forwarded to the AFIRS UpTime ground application.

The AFIRS UpTime ground application is the database that receives files from AFIRS equipped aircraft, reformats them to customer's specifications, and sends reports to customers, or designated third-party contractors. These reports can be in a number of formats ranging from the tried-and-true Teletype messages to modern computer languages such as XML. The delivery to the client can be done through simple email distribution, ftp to the client's server or sftp.

**Standard reports**
Although the AFIRS – UpTime system is customisable for each customer, there are a number of standard reports all customers want. The most common of these are: Aircraft Movement Messages, Flight Follow Reports, Engine Trend Reports, Engine Exceedance Reports and Operational Exceedence Reports.

*Aircraft Movement Messages* are collectively known as OOOI reports: Out, Off, On and In. When an aircraft first starts to move for a flight, this is known as the Out time. The time the aircraft becomes airborne is referred to as the Off time, and when it lands,

this is the On time. The time the aircraft parks at the gate is known as the In time.

These four times are all important to airlines. Crews are generally paid based on Block time (Out to In), and aircraft maintenance is carried out based on Flight time (Off to On). Getting these times quickly, accurately, reliably, and consistently is a huge benefit to airline operations and maintenance departments.

*Flight Follow Reports* enable the operator to track their aircraft. Every five minutes the AFIRS unit sends a position report, indicating the airspeed, ground speed, altitude, latitude and longitude, date and time, track over ground, and magnetic heading. These can be displayed in the airline's ASD system, on Google Earth, or over the web.

*Engine Trend Reports* are a snapshot of how the engine is performing at designated times during the flight. The AFIRS unit captures engine parameters the moment the aircraft becomes airborne, and again five minutes after the aircraft levels off at cruise altitude. It does this automatically, without any pilot intervention.

These Engine Trend Reports are used in the analysis of engine performance over time. This allows the operator, or their designated third-party vendor to determine how their engines are performing, and plan maintenance action based on accurate, consistent and up to date information.

*Engine and Operational Exceedence Reports* alert the operator whenever the aircraft or its engines are being operated outside of the manufacturers specified limits. For example, if an engine torque value is detected above a specified limit, the AFIRS unit creates an exceedence file. This file is sent to the AFIRS - UpTime system after a specified period of time, or the condition returns to the normal operating range. When the exceedence file is received by AFIRS - UpTime it alerts the operator via the web, email, pager alert, or an SMS message.

The advantage to automatic data collection is to do it consistently, accurately, reliably and then
and deliver it quickly to someone who can use the data. This fusion of consistency, speed and operationalisation of information encapsulates the value of the AFIRS - UpTime service.

John McCaskill
Customer Satisfaction Manager
001 403 470 2757
Jmccaskill@amscanada.com

## 2. AMS AFIRS facts

i. AMS's Automated Flight Information Reporting System™ (AFIRS) is an airborne autonomous data collection and reporting system.

ii. It compliments and adds value to existing Meggitt product lines including engine health and vibration monitoring and Health and Usage Monitoring Systems (HUMS).

iii. It can be fitted to a wide range of aircraft types as the data interface includes a number of standard ARINC formats.

iv. AFIRS has been proven in service with a number of airlines and is certified for use on various aircraft types including Boeing 737s.

v. A particular benefit of this system is that it processes data on the aircraft during flight and can be readily programmed to transmit selected data to the secure ground-based server at regular intervals. This data is processed and redirected to wherever the customer needs it as an email, into a website or even

as a text message to a mobile phone. Data can also be transmitted back to the aircrew or data sent can be sent back to the AFIRS.

vi. The system uses the Iridium satellite network, which has comprehensive secure worldwide coverage.

vii. The unit provides early actionable warning of equipment failure or degradation, which can include trend data, exceedences, vibration or event alerts.

viii. Additional benefits:

a. AFIRS™ provides real-time tracking of aircraft in remote areas
b. Transmits additional data such as local weather
c. Transmits accurate flight or duty times
d. Collection of data on operations and condition is automatic and consistent

ix. AFIRS offers real benefits to aircraft operators (fixed or rotary wing, civil or military) by increasing efficiency, improving safety and reducing the support logistics footprint. In particular, owners of aircraft or engines on inclusive lease contracts (Power by the Hour®) will benefit from early trend and accurate usage data.

**3. About AeroMechanical Services Ltd ((TSX.V:AMA):**
AeroMechanical Services Ltd provides proprietary technologies and services designed to reduce costs and improve efficiencies in the airline industry. The company has successfully commercialised three products and associated services currently marketed to airlines, manufacturers and maintenance organizations around the world. Its premier technology Automated Flight Information Reporting System (AFIRS™) and AFIRS UpTime™ allows airlines to monitor and manage aircraft operations in real time, all the time, anywhere on the planet. www.amscanada.com

**4. About Meggitt PLC:** Headquartered in the UK, Meggitt PLC is an international group of companies operating in North America, Europe and Asia. Known for its specialist extreme environment engineering, Meggitt is a world leader in the aerospace, defence and electronics industries. Meggitt Aerospace Systems, one of five Meggitt strategic business units, designs and makes airborne and ground-based engine and machinery condition monitoring systems, avionics, and flight controls. Its operating companies include the Vibro-Meter group (Switzerland, UK and US), Meggitt Avionics (UK), and S-TEC Corporation (US). www.meggitt.com

**Press release list**



**EXHIBIT 37**

## Aviation.ca - Your Number One Source for Canadian Aviation News, Jobs and Information!

| **News** | **Articles** | | **Thursday, 06 December 2007** |

Home ▸ News ▸ Business Aviation ▸ AeroMechanical helps Indian Air Force pilots break world record

### AEROMECHANICAL HELPS INDIAN AIR FORCE PILOTS BREAK WORLD RECORD

Written by AeroMechanical
Thursday, 30 August 2007

CALGARY - The head pilot of a risky, record-breaking world flight in a tiny aircraft said no plane should leave the ground without the tracking and communications equipment AeroMechanical Services Ltd. provided for his round-the-earth odyssey.

Indian Air Force (IAF) Wing Commander Rahul Monga and his co-pilot Wing Commander Anil Kumar landed their tiny micro light plane in New Delhi Aug. 19th, shaving an eye-popping 19 days off the previous world record for a similar aircraft.

In the 79 days the two took to fly 40,497 kms, Monga said he was able to rest easier knowing no matter where they flew, India-based air force control officers were just an on-board phone call away.

In addition, in the worst-case scenario where the two might have had to make a forced landing, those control officers sitting in an air force base near New Delhi always knew precisely where Monga and Kumar were and could call in rescue officials no matter how remote the location.

That's a luxury not available to commercial passenger jet pilots who are out of radar or radio contact in large swaths of the world where there are no land-based transmission towers.

AeroMechanical's proprietary technology is satellite based so there is no spot in the world left uncovered.

"Every aircraft should have this technology on board," Monga said in an interview after his flight over one of the 19 countries the two crossed. "The communication was fantastic and helped me shave days off the existing record by frequent route alterations and in-flight communications. It was also a very good flight safety aid and would have proven invaluable in any survival situation if the need had arisen," Monga added.

To view the Indian Air Force journey in Google Earth click here or type http://www.amscanada.com/download.htm into your web browser and follow the links.

The technology AeroMechanical provided is a lightweight, scaled-back version of that provided for large aircraft.

The full technology can also monitor up to 2,000 sensors on an aircraft and beam any anomaly in real time back to the airline company. It saves airlines up to $100,000 per aircraft per year through better maintenance, operations and scheduling.

The roster of AeroMechanical's current customer list of 19 airlines includes such diverse carriers as Aloha Airlines, which flies trans pacific and inter island routes, DAC Aviation, which provides services in the remotest parts of Africa and Skyservice, whose aircraft alternate between North American and European home bases as seasonal loads vary.

AeroMechanical CEO Bill Tempany said he was glad his company was able to assist in the creation of a new world flying record in an aircraft that with pilots, fuel and baggage weighs less than 500 kilograms.

"Our technology works in everything from a very small aircraft to some of the biggest aircraft in the world," Tempany said, noting his company just installed the technology in a Boeing 767 passenger jet that has a maximum takeoff weight of roughly 160,000 kilograms or 352,000 pounds. In addition, AeroMechanical is working toward an installation on an Airbus A330 this fall.

About AeroMechanical Services:

AeroMechanical Services Ltd. provides proprietary technologies and services designed to reduce costs and improve efficiencies in the airline industry. The corporation has successfully commercialized three products and associated services currently marketed to airlines, manufacturers and maintenance organizations around the world. Its premier technology Automated Flight Information Reporting System (AFIRS) and UpTime allows airlines to monitor and manage aircraft operations in real time, all the time, anywhere on the planet.

No Comments.

**Discuss this article on the forums. (0 posts)**

**LATEST NEWS**
- MDA Acquires U.S.-Based Alliance Spacesystems
- AeroMechanical Services Receives First Purchase Order For China
- WestJet Reports Record November Load Factor of 75.6 Per Cent
- ACE Aviation Holdings Inc. to repurchase up to CDN$1.5 billion of its Class A variable voting shares
- AeroMechanical Services Ltd. announces filing of motion to dismiss
- Canadians speak out on rudeness ahead of the holiday travel season
- NORAD's Santa-Tracking Website Opens for 2007 Season
- Air Canada Jazz inaugurates the only non-stop seasonal service between the Yellowknife and Vancouver
- AIR FORCE SEARCH AND RESCUE TECHNICIANS JUMP TO THE RESCUE NEAR ARMSTRONG, ONT.
- Air Force personnel running the show at Kandahar Airfield
- Innotech Aviation Paint Facility Rising in Montreal
- Aerospace association appoints new CEO
- Canada's Aviation Hall of Fame Names Inductees for 2008
- Cargojet Announces New Trustee
- Canadian Air Force Officer helping USAF test aerial operation systems

About Us │ Contact Us │ Link To Us │ General Use Agreement │ Advertise │

©Skytech Dynamics Corporation - Aviation.ca 1996 - 2007

**EXHIBIT 38**

# Meggitt at a glance

**Contents**

01 > Headquarters
02 > Group activity
03 > Financial highlights
04 > Strategy

05 > Sales
06 > Group structure
07 > Recent acquisitions
08 > Recent disposals

09 > Board of directors
10 > History
11 > Contact

## 01 >  Headquarters

Atlantic House
Aviation Park West
Bournemouth International Airport
Dorset BH23 6EW
United Kingdom

T: +44 (0)1202 597597
F: +44 (0)1202 597555

www.meggitt.com

## 02 >  Group activity

The Meggitt group designs and makes high performance components and systems for aerospace and defence but applies its core sensing and controls technologies to land and marine-based gas turbines and the medical, mainstream industrial, test engineering and transportation sectors. Meggitt's **aerospace equipment** businesses include wheels and brakes and anti-skid systems, thermal management systems (environmental control and ice protection), fluid control products, fire, overheat and smoke detection and polymer and composite seals. Its **sensing systems** businesses cover aerospace and industrial condition-monitoring, high-performance sensing and avionics. The group's **defence systems** businesses cover training systems (live and virtual fire) and combat support (ammunition-handling, environmental control and countermeasure launch and recovery).

The group's key customers include Agusta Westland, Airbus, BAE Systems, Boeing, EADS General Dynamics, Lockheed Martin, Raytheon, Rolls-Royce, the UK Ministry of Defence and US Department of Defense.

The group employs c. 8,000 people across 33 operating companies.

## 03 >  Financial highlights

Quoted on the London Stock Exchange and in the FTSE 250, Meggitt's market capitalisation in December 2006 was just over £1.4 billion.

In the year ended December 31, 2006, sales were £670.3 million yielding a profit of £132.7 million (underlying profit before tax).

Product development spend over the past five years was c. £130 million, averaging six per cent of sales per annum.

# Meggitt at a glance

04 >    ## Strategy

To be among the upper quartile performers in its sectors – aerospace and defence primarily – complemented by niche positions that include land and marine-based gas turbine operations. Meggitt balances its businesses across market segments; develops and protects strong intellectual property linked to stable, growing aftermarkets; reinforces organic growth with acquisitions; and invests in people, facilities, operations and strategy-led technology development. Its evolving group infrastructure is designed to ensure that its companies work together to benefit customers and operations.

05 >    ## Sales in 2006 across market segments, customers and countries

**Market segments**



| | Percentage of group turnover |
|---|---|
| ■ Aerospace equipment | 53.2 per cent |
| ▨ Sensing systems | 32.7 per cent |
| ☐ Defence systems | 14.1 per cent |

**Customers**

In 2006, the US Department of Defense was Meggitt's largest customer. Other major customers included Agusta Westland, Airbus, BAE Systems, Boeing, EADS, General Dynamics, Lockheed Martin, Raytheon, Rolls-Royce and UK Ministry of Defence.

**Markets**



| | Percentage of group turnover |
|---|---|
| ■ Civil aerospace | 44 per cent |
| ▨ Military | 39 per cent |
| ☐ Other markets | 17 per cent |

**Civil aerospace**



| | Percentage turnover |
|---|---|
| ■ Large jets OEM | 22 per cent |
| ▨ Other civil OEM | 22 per cent |
| ☐ Aftermarket | 56 per cent |

**Military**



| | Percentage turnover |
|---|---|
| ■ OEM | 68 per cent |
| ☐ Aftermarket | 32 per cent |

**Other markets**

| | Percentage turnover |
|---|---|
| ■ Aerospace derivatives | 58 per cent |
| ☐ Non-aerospace electronics | 42 per cent |

# Meggitt at a glance

**Country of destination**



| | | Percentage of group turnover |
|---|---|---|
| ■ | UK | 16 per cent |
| ▨ | Rest of Europe | 23 per cent |
| □ | North America | 49 per cent |
| ■ | Rest of World | 12 per cent |

**Country of origin**



| | | |
|---|---|---|
| ■ | UK | 35 per cent |
| ▨ | Rest of Europe | 14 per cent |
| □ | North America | 49 per cent |
| ■ | Rest of World | 2 per cent |

06 >

## Group structure

**Turnover 2006** (by market segment)

| | |
|---|---|
| Aerospace equipment (including aerospace braking systems) | £356.6 million |
| Sensing systems | £218.9 million |
| Defence systems | £94.8 million |

**Aerospace equipment**

| | |
|---|---|
| Key capabilities | Thermal management systems, fluid controls, safety systems and polymers and composites |
| Facilities | UK and USA |
| Operating companies | Avery Hardoll, Dunlop Bestobell, Dunlop Equipment, Heatric, Keith Products, Meggitt Airdynamics, Meggitt Fuelling Products, Meggitt Safety Systems, Meggitt Silicone Products, Meggitt Thermal Systems, Serck Aviation, Stewart Warner South Wind and Whittaker Controls |
| Key customers | Airbus, Boeing, General Electric, Lockheed Martin, Northrop Grumman, Rolls-Royce and Westland |

The aerospace equipment group integrates environmental control systems for business jets and general aviation and, for large commercial and military jets, designs and manufactures pneumatic and hydraulic valves, fire and smoke detection systems, ducting and polymer seals for engines and airframes and mineral-insulated (silicon dioxide) cables for aircraft wiring systems. Heat exchangers include printed circuit models (unique heat transfer equipment for the hydrocarbon processing industries). The group also provides repair and overhaul services for its products and has a strong 'aftermarket' organisation.

In 2002, the group acquired a high integrity radio frequency cable line from Kaman Aerospace Corporation and in 2003 acquired Meggitt Airdynamics, specialists in custom-built pumps, fan and compressors for aerospace, defence and naval applications.

In 2004, the group acquired Dunlop Ice Protection & Composites, specialising in electro-thermal de-icing technology; Dunlop Precision Rubber, specialising in seal profiles in reinforced polymers and related complex structures (merging with Bestobell Aviation to form Dunlop Bestobell); and Dunlop Equipment, Serck Aviation and Stewart Warner South Wind, specialising in fluid solutions for aircraft thermal management and air handling systems.

In 2005, the group acquired Avery-Hardoll, which produces aerospace ground refuelling equipment and in 2006, Keith Products which supplies compact air conditioning systems for business jets and general aviation aircraft.

# Meggitt at a glance

### Aerospace braking systems

| | |
|---|---|
| Key capabilities | Wheels, brakes and anti-skid systems |
| Facilities | Belgium, Canada, Singapore, UK, USA |
| Operating companies | Dunlop Aerospace Braking Systems |
| Key customers | Airbus, ATR, BAE Systems, Boeing, EADS, Gulfstream, Raytheon, UK Ministry of Defence and US Department of Defense |

Specialises in the design and manufacture of high performance, highly reliable braking technologies for aircraft. These include hydraulically-actuated carbon composite and steel brakes and mechanical and digital anti-skid brake control systems. Currently developing electrically-actuated carbon composite brakes (known as the Ebrake™) designed to exceed current standards of reliability, operating cost and flight readiness.

In March 2007, Meggitt announced its proposed acquisition of K&F Industries Holdings Inc, a supplier of aircraft wheels, carbon and steel brakes and brake control systems for military and civil aircraft through the Aircraft Braking Systems Corporation (ABSC).

### Sensing systems

| | |
|---|---|
| Key capabilities | Condition-monitoring, high-performance sensors, avionics |
| Facilities | China, France, Spain, Switzerland, UK and USA |
| Operating companies | Endevco, Meggitt Avionics UK, Meggitt (Xiamen) Controls & Sensors, Piher Nacesa, S-TEC, Vibro-Meter France (ECET and Sensorex), Vibro-Meter Inc, Vibro-Meter SA, Vibro-Meter UK and Wilcoxon Research |
| Key customers | Airbus, BAE Systems, Boeing, Bosch, General Electric, Guidant, Raytheon, Rolls-Royce, UK Ministry of Defence and US Department of Defense |

Utilising the latest micro-electronic sensor processor and display technologies, the sensing systems group designs and makes world-class interface, monitoring and diagnostic systems for airframes and engines. High speed digital data can be put out in a range of formats to suit flight data recorders, displays and warning devices or even as text messages to ground crew. The division's high value piezo-resistive and MEMS (micro-electromechanical system) sensors are used by customers requiring accurate mission-critical measurement in analogue or digital format. Air data systems that accurately sense altitude, air speed and angle of attack are produced for some of the world's leading jets and helicopters. Cockpit avionics include digital autopilots, standby flight and engine displays.

In 2002, the division acquired air data computer and data acquisition product lines from BAE Systems and in 2003, the engine sensor product lines of Lodge UK (from Smith's Industries).

In 2004, it acquired Wilcoxon Research, which makes a wide range of equipment from rugged, low-cost vibration sensors to unique laboratory and test instrumentation.

In 2005, ECET, an ignition systems and airborne electronic equipment specialist, and Sensorex, a linear, rotary displacement and inertial sensors maker, were added to the group. They complement Meggitt's sensors and engine condition monitoring capability.

In 2006, the division acquired the breakthrough turbine tip clearance measurement technology of US start-up Radatec and entered into a licensing arrangement for Canada-based AeroMechanical Services' airborne autonomous data collection and reporting systems.

# Meggitt at a glance

**Defence systems**

| | |
|---|---|
| Key capabilities | Training systems and combat support |
| Facilities | Canada, UK, USA |
| Operating companies | UK: Ashford, Kent; USA: Tustin, Fullerton and Irvine, California; Minneapolis, Minnesota; Suwannee, Georgia; Canada: Medicine Hat |
| Key customers | UK Ministry of Defence and US Department of Defense, while the division's targetry is used by around 40 armed forces worldwide. |

The defence systems group is the market leader in training systems (live and virtual fire including subsonic aerial targets, sea vehicles and electronic scoring systems) and combat support equipment (ammunition-handling, environmental control and aeromechanical countermeasure launch and recovery systems).

In 2003, it acquired Caswell International, the US-based, market leader in ground-based targetry used for live fire training by defence and law enforcement organisations; and Meggitt Western Design, designers and manufacturers of ammunition-handling systems and environmental control systems for military applications.

In 2004, the group acquired Schreiner Canada, which assembles, services and operates unmanned air, ground and sea vehicles and targets for military training; and in 2006, Firearms Training Systems, a provider of simulation products for arms training (weapons fire, small arms, air defence; anti-armour, vehicle/vessel-mounted and air support).

# Meggitt at a glance

07 >

## Recent acquisitions

| | |
|---|---|
| March 2007 | Meggitt announces its proposed acquisition of K&F Industries Holdings Inc, a supplier of wheels, brakes, brake control systems, flexible bladder fuel tanks, helicopter interiors, ice guards and sealants |
| October 2006 | Firearms Training Systems, a provider of simulation products for firearms training |
| September 2006 | Keith Products, a supplier of compact air conditioning systems for business jets and general aviation aircraft |
| August 2006 | Radatec, a US start-up with breakthrough turbine tip clearance measurement technology |
| November 2005 | ECET, an ignition systems and airborne electronic equipment specialist |
| November 2005 | Sensorex, a sensors and electronics specialist |
| July 2005 | Avery-Hardoll, a manufacturer of aerospace ground refuelling equipment |
| December 2004 | Wilcoxon Research, a specialist sensors manufacturer |
| December 2004 | Schreiner Canada, unmanned air and sea vehicles for targetry and training |
| August 2004 | The design and manufacturing division of Dunlop Standard Aerospace. Dunlop Aerospace Braking Systems and related aftermarket services (Dunlop Aerospace Services) form a new, stand-alone operating unit. Dunlop Ice Protection & Composites, Dunlop Precision Rubber (merging with Bestobell Aviation to become Dunlop Bestobell), Dunlop Equipment, Serck Aviation and Stewart Warner South Wind are integrated into Meggitt's aerospace equipment group |
| December 2003 | Meggitt Western Design (designs, develops and manufactures automated ammunition-handling equipment and environmental control systems) |
| December 2003 | Meggitt Airdynamics (designs and manufactures pumps, fans and compressors for ground, naval and aircraft applications) |
| March 2003 | Caswell International (ground-based live fire training equipment systems) |
| January 2003 | General Electric turbine clearance control valve product line |
| November 2002 | Lodge (ex-Smith's Group plc) temperature and speed sensors |
| July 2002 | BAE Systems' military air data and data acquisitions computers |
| April 2002 | Kaman Aerospace Corporation high integrity radio frequency cables |

08 >

## Recent disposals

| | |
|---|---|
| May 2003 | Meggitt Petroleum Systems |
| November 2002 | Wayfarer Transit Systems and Systech Solutions (ticketing systems) |
| May 2002 | Silicone Engineering (non-core polymers for white goods) |
| May 2002 | Meggitt Defense Systems, Texas (non-core unmanned air vehicles) |
| December 2001 | Meggitt Electronic Components (non-core passive electronics) |

# Meggitt at a glance

09 >

## Board of directors

* Non-executive

01 > Sir Colin Terry* (Chairman)
02 > Terry Twigger (Chief Executive)
03 > Stephen Young (Group Finance Director)
04 > Philip Green (Group Corporate Affairs Director)
05 > Sir Alan Cox*
06 > David Robins*
07 > Peter Hill*
08 > David Williams*

10 >

## History

| 1947 | Founded as a private engineering firm. |
| 1966 | Became a quoted public company. |
| 1984 | Management buy-in to build a geographically diverse, international engineering company serving speciality sectors in aerospace, controls, electronics and energy. |
| 1995 | Group reorganised to focus on core business of aerospace, defence systems and electronics. |
| 1998 | Group acquired Vibro-Meter, significantly increasing its core capability in engine condition monitoring and diagnostics. |
| 1999 | Group acquired California-based Whittaker Corporation. Increased Meggitt presence in aftermarket business (repair and overhaul of aircraft components), significantly increasing the volume of business with major aircraft original equipment manufacturers and their customers. |
| Since 1999 | Series of acquisitions and disposals to enhance core businesses and improve the operations mix between the UK and US and civil and military, and original equipment and aftermarket applications. |

11 >

## Further information

Fiona Greig

Tel/fax:   +44 (0)1202 597589 (office)
Mobile:   +44 (0)7939 014147 (mobile)

E-mail:   fiona.greig@meggitt.com

website: www.meggitt.com

This fact sheet last updated 19 September 2007

**EXHIBIT 39**



# WE TAKE CARE OF YOUR FLIGHT DATA SO YOU GET TO ANSWERS SOONER

UPTIME provides flight data monitoring and reporting services that are easy to use and cost effective.

The results are imported profit margins and increased safety.  UPTIME monitors and reports your flight data with a per flight change which means no capital costs and immediate payback

- Increase Profitability.
- Maximize Fleet Utilization.
- Avoid Costly Unscheduled Maintenance.
- Monitor Flight Operations Pro-Actively.

UPTIME's Smart box connects to the aircraft's data bus and communicates flight operating data as it is generated from existing on-board sensors.  The smart box, also known as AFIRS (Automated Flight Information Reporting System) is the size an ARINC 404 1/2 ATR Avionics Box and is supplied and maintained by the team UPTIME.  The Internet based UPTIME facility securely captures and archives this data, automatically providing client-defined reports during aircraft operation.

**AUTOMATIC FEATURE**
- Reduce Time Spent Gathering Data for Rou Reports. (Flight/Block Times, Trends, FOQA
- Automate OOOI Time Reporting on a single fleet wide time signal.
- Monitor Engine and APU Condition and Tre
- Two-Way Cockpit Text Messaging.
- Evaluate Status of Aircraft Systems and Ope
- Pilot Debrief – Aids in Training.

We provide timely and accurate information on your fleet operations to the point of decisiopn making.  Our Mission is to better facilitate and enhance pilot training and to increase efficiency and safety for Military Aviation

△Top of page

Last updated: February 06, 2004
Copyright © 2004 Raytheon Company
All rights reserved. Legal notices

Contact **Wayne Hawkins**
310.952.4595 telephone
310.849.2730 cell

310.952.4441 fax
wwhawkins@raytheon.com

**Raytheon Company**
Training and Services
LB, Bldg. A02 MS 1G04
1665 Hughes Way
Long Beach, California
90810 USA

**EXHIBIT 40**

California Aircraft Manufacturers | California Aircraft Builders                 Page 1 of 3


**MagicYellow**
ONLINE YELLOW PAGES

**Attention !!! BUSINESS OWNERS**

| ADD YOUR BUSINESS | Single Keyword | City | State List | | |
|---|---|---|---|---|---|
| | Aircraft Manufacturers | | CA | Search | Category List |

Aircraft Manufacturers > California

**California Aircraft Manufacturers search results**

**Link to this page**

Ads by Google

**Aerospace Industry Mgmt**
Read Case Study On Leading Aircraft Mfr, Pratt & Whitney. DL For Free!
www.ManagingAutomation.com

**Cold Fusion**
California Insurance list Guide to California Insurance
ShopperPro.net

**Want To Quit Your Job?**
Earn 3k to 5k A Week With Automated System. See How
www.ThousandDollarProfits.com

**Aircraft Charter & Rental**
Find private jet rentals & aircraft charter services
www.justLuxe.com

**Medi-Cal Asset Protection**
Free Consultation, Qualify for Medi-Cal & Preserve the Family Home
www.ElderLawCalifornia.com

If you are looking for aircraft manufacturers, aerospace manufacturers, airplane manufacturers, jet mar helicopter manufacturers, search under Aircraft Manufacturers in California using the MagicYellow.com c

PREMIER ADVERTISERS:  AIRCRAFT MANUFACTURERS

**Find Aircraft Manufacturers at TDC Online Sourcing**
Find the best aircraft manufacturers from China, Hong Kong and Taiwan at the award-winning TDC online Marketpla

Aircraft manufacturers are typically experts that deal with aviation, pilot regulation, flight training schoc avionics engineering, hand gliding, helicopters, 747 jets, space travel and air traffic issues. While you m work within this field yourself, this doesn't mean that you can't learn plenty more about aircraft manufa given time. These days it's a cinch to hop online and find out ample information regarding ultra light fly builders, prime weather for aviation, space travel, helicopter speeds, home built kit planes, aviation sch area and more. Therefore if you wish to know more about the world of aircraft manufacturers, then it's took full advantage of your most convenient resource.

COURTESY LISTINGS:  AIRCRAFT MANUFACTURERS

**AIRCRAFTERS**                                                                 4
140 Aviation Way
Watsonville, California 95076

**COMMANDER AIRCRAFT CO**                                                       5
Three Rivers, California 93271

**LINDBERG MANN AIRCRAFT FORMING**                                             5
15501 Texaco Ave
Paramount, California 90723

**BOEING AIRCRAFT CO**                                                          5
3855 N Lakewood Blvd
Long Beach, California 90846

**BOEING CO**                                                                   5
2600 Westminster Ave
Seal Beach, California 90740

**BOMBARDIER INC**                                                             5
3355 E Spring St
Long Beach, California 90806

**BOEING COMMERCIAL AIRPLANE CO**                                               3
7400 World Way W
Los Angeles, California 90045

**BOEING DEFENSE & SPACE**                                                      3
6151 W Century Blvd # 800
Los Angeles, California 90045

**NORTHROP GRUMMAN CORP**                                                       3
1840 Century Park E
Los Angeles, California 90067

**Other Cities in California:**
- Anaheim
- Bakersfield
- Chula Vista
- Fontana
- Fremont
- Fresno
- Garden Grove

California Aircraft Manufacturers | California Aircraft Builders                    Page 2 of 3



| **Related Categories** |
| --- |
| ● Aerospace Industries |
| ● Aerospace Research & Development |
| ● Aircraft Avionics Sales & Service |
| ● Aircraft Brokers |
| ● Aircraft Charter Rental & Leasing |

**AVIATION SUPPORT INTL**                                          3
10801 National Blvd # 102
Los Angeles, California 90064

**BERKUT ENGINEERING**                                            3
3025 Airport Ave
Santa Monica, California 90405

**NORTHROP GRUMMAN**                                             3
1 Northrop Ave
Hawthorne, California 90250

**QUICKSILVER MFG**                                               9
42214 Sarah Way
Temecula, California 92590

**AERO TECH COMPOSITES**                                          9
482 E Meadow Ln
Big Bear City, California 92314

**TICOMP**                                                        9
15506 Dupont Ave
Chino, California 91710

**BOEING CO**                                                     8
6633 Canoga Ave
Canoga Park, California 91303

**BOEING DEFENSE & SPACE**                                        8
6523 Building#9360
Vandenberg Afb, California 93437

**C & D AEROSPACE**                                               8
2641 Airpark Dr
Santa Maria, California 93455

**DE YOUNG TRUST**                                                8
425 Lambert Rd
Carpinteria, California 93013

**SKYCAT TECHNOLOGIES INC**                                       8
3201 Airpark Dr
Santa Maria, California 93455

Page  1  2

**CLICK HERE TO ADVERTISE YOUR BUSINESS**

In this day and age it's certainly not uncommon for individuals to have their very own hand glider, ultra or aviation device of some sort. If you're wealthy, you may even possess a personal helicopter or privat wonderful aspect of the avionics and aircraft manufacturing industry now days is all the data regarding a travel that lies at your fingertips. Maybe you want to learn how to fly a plane or maybe you simply desir information by hopping online and searching for te information on flying. Either way, you can attain this information by hopping online and searching for te commercial airplane maintenance parts, 747 jet aviation, FAA, flying schools, trip planning, pilot license shuttles.

**More Categories:**
A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W

California Aircraft Manufacturers | California Aircraft Builders

Home | Categories | Major Cities | Add Your Business | Advertise with Us | Site Map | Logon
Link to Us | Testimonials | My Address Book | White Pages | Contact MagicYellow | Terms of Use

© 1998-2007 MagicYellow.com all rights reserved

9

**MagicYellow**
ONLINE YELLOW PAGES

**Attention !!! BUSINESS OWNERS**

| ADD YOUR BUSINESS | Single Keyword | City | State List | | |
|---|---|---|---|---|---|
| | Aircraft Manufacturers | | CA | Search | Category List |

Aircraft Manufacturers > California

**Link to this page**

## California Aircraft Manufacturers search results

Ads by Google

**Search 411**
Find phone numbers,
addresses, and more.
Instant online results
www.USSearch.com

**PREMIER ADVERTISERS:   AIRCRAFT MANUFACTURERS**

**Find Aircraft Manufacturers at TDC Online Sourcing**
Find the best aircraft manufacturers from China, Hong Kong and Taiwan at the award-winning TDC online Marketpla

**Business Advertising**
Find: Business Advertising
See 5 Popular Search
Results Now!
www.helpfulfinder.com

**COURTESY LISTINGS:   AIRCRAFT MANUFACTURERS**

**CHAUHAN INDUSTRIES**                                                     8
32 Wood Rd
Camarillo, California 93010

**AVTEKAIR INC**                                                           8
555 Airport Way # A
Camarillo, California 93010

**Business Directory**
Business Directory listings
Find Business Directory
info
directdealdaddy.com

**CONTINENTAL RPV'S**                                                      7
3811 Lenwood Rd
Barstow, California 92311

**AIRTECH INTERNATIONAL**                                                  7
5700 Skylab Rd
Huntington Beach, California 92647

**KEN BROCK MFG**                                                          7
11852 Western Ave
Stanton, California 90680

**New Orleans Contractors**
Your Local Phone Book
Online. This Changes
Everything!
www.YellowPageCity.com/contract

**RAND ROBINSON ENGINEERING INC**                                         7
7071 Warner Ave # F
Huntington Beach, California 92647

**BOEING AEROSPACE**                                                      7
5301 Bolsa Ave
Huntington Beach, California 92647

**LOCKHEED MARTIN SKUNK WORKS**                                           6
1011 Lockheed Way
Palmdale, California 93599

**White Pages**
Huge selection of White
Pages items.
shopping.yahoo.com

**SUNSHINE INDUSTRIES USA INC**                                           6
530 S Grand Ave
Covina, California 91724

**SARGENT-FLETCHER CO**                                                   6
9400 Flair Dr
El Monte, California 91731

**Other Cities in
California:**

- Anaheim
- Bakersfield
- Chula Vista
- Fontana
- Fremont
- Fresno
- Garden Grove

**ROHR INDUSTRIES INC**                                                   6
850 Lagoon Dr
Chula Vista, California 91910

**ADVANCED AERODYNAMICS & STRCTR**                                        5
3205 N Lakewood Blvd
Long Beach, California 90808

California Aircraft Manufacturers | California Aircraft Builders

Page  1  2



**Related Categories**
- Aerospace Industries
- Aerospace Research & Development
- Aircraft Avionics Sales & Service
- Aircraft Brokers
- Aircraft Charter Rental & Leasing

**CLICK HERE TO ADVERTISE YOUR BUSINESS**

**More Categories:**
A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W

Home | Categories | Major Cities | Add Your Business | Advertise with Us | Site Map | Logon
Link to Us | Testimonials | My Address Book | White Pages | Contact MagicYellow | Terms of Use

© 1998-2007 MagicYellow.com all rights reserved

5