**EXHIBIT 49**

Presentation to AGM of May 21, 2008

FLIGHT

# 2008

AGM



AMA on TSX-V

AeroMechanical Services Ltd.

# Disclaimer

## FORWARD LOOKING STATEMENTS

This presentation contains certain forward looking statements regarding the Company's strategies, market plans, future operating performance or financial performance, that are based upon the current expectations of the Company's management. As with any projection or forecast, these statements are subject to risks and uncertainties. AeroMechanical Services Ltd. is an early-stage growth company that operates in a highly competitive environment and its business results are dependent on numerous factors and risks, relationships with suppliers, regulatory requirements, technological developments, protection of intellectual property rights, ability to attract and retain key personnel and the economic, political and social conditions in the countries in which it operates. AeroMechanical Services Ltd.'s actual results could differ materially from management's expectations because of changes in these and other such factors.

www.amscanada.com

TSX-V: AMA

# Years Ups & Downs



2007 was an interesting year.
- Sales up
- Installs up
- Staff up
- Revenues up
- $US down
- Frivolous lawsuit (going down)
- Technical issues down
- Staff turnover down

# Performance and Outlook

- Q1 disappointing
  - Recurring revenue 2.5X
  - Sales Slow
- Q2 tracking well
- Business AC
- China



## Growth Will Occur

- Aerospace industry continues to expand
- Aircraft ordered YTD May 1 - 708
- Aerospace industry independent of U.S. economy
- AMS focuses outside USA



# Our Strategy

- Revenue dispersed world wide
- Have Multiple market segments
- Make inroads with majors
- Get OEMs on Board
- Grow a profitable business



Aeronautical Services Ltd



# Performance to Date

Boeing 737: 363 Contracted – 8% Global Fleet


Boeing 757: 19 Contracted – 2% Global Fleet


Boeing 767: 9 Contracted – 1% Global Fleet


DC-10: 9 Contracted – 7% Global Fleet


Airbus A319/320/321: 248 Contracted 8% Global Fleet


Airbus A330: 1 Contracted – 0.19% Global Fleet

Fokker 100: 6 Contracted – 3% Global Fleet


**Note: 1 Contract for an afirs 110

Bombardier CRJ: 2 Contracted 0.15% Global Fleet


Bombardier DHC-8: 55 Contracted – 8% Global Fleet

DHC-7: 3 Contracted 6% Global Fleet

Hawker: 2 Contracted N/A Global Fleet






# The Little Box That Works

- Automated Flight Information Reporting System ("afirs")
- 230,000 hours of in flight use
- Loaf of Bread size (12.5" X 4.30" X 4.88") 7.6lbs
- Patented Technology
    - Patents in Europe, Brazil, China, US, etc
- Does what we patented





AeroMechanical Services Ltd

# An Unique Solution

## "A Full SCOPE data Solution"

- Voice
- Text
- OOOI
- Flight Following
- Engine Trends
- Engine/Airframe Exceedence
- Maintenance Alerts



AeroMechanical Services Ltd

# Long Term Viability

- Industry recognized innovator
- Value provider to our clients
- Contributor to the industry
- Preferred Employer
- Consistent revenue growth



AeroMechanical Services Ltd.

# Aircraft Certification



| TC | FAA | EASA | VSTC | Aircraft Types |
|----|-----|------|------|----------------|
| A | A | A | P | Airbus A319, A20, A321 |
| A | A | A | A | Boeing B737-200,300,400,500,600,700,800 |
| A | A | P | P | Boeing 757-200 |
| A | A | A | — | Bombardier DHC-8-100,200,300 |
| A | A | A |   | Viking Air DHC-7 (LSTC) |
| A | P | — | P | Boeing 767-200,300 |
| A | A | P | — | Bombardier CRJ100,200,440(LSTC) |
| — |   |   |   | Airbus A330 |
| A | A |   |   | Fokker 100 |
| A |   |   |   | Hawker Beech |
| — |   |   |   | DC-10 |
| — |   |   |   | MD 80 |
| — |   |   |   | Boeing 747 |

A = Approved, P = Pending, I = In Progress

AeroMechanical Services Ltd

# Seasoned Leadership



- **Bill Tempany**, CEO & Chairman has 30+ years of senior management experience in hi-tech Companies and more than 10 years in the public market.

- **Darryl Jacobs**, President has been involved in aerospace business development, aircraft maintenance and manufacturing management, and research development in a wide variety of local and international programs in North and South America, Europe, Africa, the Middle East and Asia for more than 18 years.

- **Tom French**, CFO is a Certified General Accountant with 26 years of experience. He has worked in global Aviation and is experienced in dealing with a number of multi-national companies.

- **Pat Sandall**, VP Sales and Marketing 22 years experience at IBM in various, Business Development and Sales Management positions. Focused and effective in establishing strategies and building relationships with executives to bring solutions to their business needs.

- **John Brom**, COO and Strategic Initiatives 30 years experience in commercial aviation in the engineering, maintenance and airline operations business. A long time afirs/UpTime user and proponent with a keen instinct for helping airlines save money.

- **Kent Jacobs**, CTO Professional Pilot and Computer Science Degree with 8 years with AMS.

- **Jeff Brunner**, Manager of Engineering An Engineer with 15 years of certification experience in avionics and aerospace.

- **Michael Fang**, VP China Avionics Engineer and MBA with 15 years of work experience with Chinese Airlines and regulator bodies. Responsible for Chinese Marketplace

- **Steve Harke**, Avionics Director Product Development D.A.R. for Transport Canada with more than 25 years of avionics experience. Holds most extensive level of delegation generally allowed by TC for avionics & electrical systems and is authorized to sign LSTC certificates.

# Progress FY 07

- Net Debt and Working Capital as at Mar 31, 2008
  - W/C -                    $ 7,246,000
  - Long Term Debt -         $   352,000
- Capitalization: Shares Outstanding
  - Basic                    81 million
  - Fully Diluted            93 million
  - Management, Directors, and Officers > 10.0%
- Listed on the TSX Venture Exchange - AMA: March 2003
- Incorporated in 1998





# Thank you for your interest

## Questions