**EXHIBIT 50**





## Table of Contents

| | |
|---|---|
| Letter to the Shareholders | 2 |
| Message from the President | 4 |
| Industry Trends and News | 8 |
| Our Solutions & Services | 10 |
| Management Discussion & Analysis | 15 |
| Management's Report | 30 |
| Auditors' Report | 31 |
| Consolidated Balance Sheets | 32 |
| Consolidated Statements of Loss and Deficit | 33 |
| Consolidated Statements of Cash Flow | 34 |
| Notes to Consolidated Financial Statements | 35 |
| Corporate Information | IBC |

## Introduction

AeroMechanical Services Ltd. is one of the world's leading providers of real-time data communications for the aerospace industry. AeroMechanical is based in Calgary, Alberta, Canada with a corporate office that houses 50+ people. The Company also has service locations in the United States and Switzerland. AeroMechanical proudly serves a global list of clients from over ten different countries.

AeroMechanical was founded in 1998 and has been publicly traded on the Toronto Venture Exchange (TSX.V: AMA) since March 2003. The Company's solutions and services are primarily sold under the FLYHT brand name.



## Letter to the Shareholders

We have once again put a very interesting year behind us. It was a year of good news as well as not so good news from a shareholder perspective. We believe we have moved one step up in the food chain in the capital markets. While we did experience some additional dilution both during the year and subsequent to the year end, we emerged a much stronger company than at the start of the year. The addition of several funds, including significant ownership in Northern Rivers Funds, has changed our shareholder base from a largely friends, family and retail, allowing for a more significant institutional shareholder holding support our loyal base of shareholders.



From the introduction of funds into our stock in March of 2007, there has been a noted increase in both volume and prices. The run up in December on the announcement of several orders is indicative of a new and excited base of shareholders in our company. Management has been much more active in investor relations activities over the last year, and we intend to keep the pressure on in this arena. The addition of Research Capital's report by Jacques Kavafian is a milestone for AeroMechanical, and we have enjoyed a close working relationship with Research Capital and have made several marketing trips with them to institutional investors. We are excited about the opportunity to work with these world class investors.

We think that the business is maturing in its ability to deal with our customers as well as the public markets. Our products are stable and working well for our customers, our strategic plan is well defined and understood by our staff and customers, and the markets we are attempting to address are aware of our presence and benefits. We have increased the depth and strength of our staff to better address the needs of our clients, and will continue to add services to our suite of offerings to increase our revenues through adding value to our clients.

One continued exciting part of our business is the opportunity in China. We have been working diligently with our client in China to commence installs there, and were told in early March that this will occur sometime around the summer of 2008. The opportunity in China is large and we have been assured by our customers that it will occur soon; however it is important to point out that China represents about 2% of the global airline fleet.

Our relationship with Meggitt PLC continues to evolve and we are working with several OEMs around the world to get our products factory installed on aircraft being delivered to our clients.

On a less positive note, we have been embroiled in two frivolous lawsuits by a Toronto organization that have implied that we helped a former employee breach his employment contract as well as infringed on a patent for which they purport to have a license. Both actions are being vigorously defended, and our lawyers advise that we have excellent chances of being successful in defending both suits. It is noteworthy that while we are combatants in these lawsuits, we have yet to run into them in the marketplace and we therefore question whether they have a product to sell or not. We will continue to defend ourselves against these actions and would like to remind our shareholders that we still have a patent for our technologies and that we are providing services covered by those patents to our clients.

We are all excited about 2008 and are looking for good things from our traditional base of clients as well as some new business opportunities that are developing for AeroMechanical. We want to thank our customers, staff, and shareholders for their continued support of our efforts to provide superior solutions to our global customers.

Yours truly,

Bill Tempany
CEO



## Message from the President

2007 was a significant year in paving the runway, in the sense that we have gone from proving that there is market interest for our solutions to proving that we can maintain the rate of installation and delivery of services. We finished 2007 with 50 installed afirs systems from 11 airlines from across the globe. We finished 2007 with 94 installed afirs systems for 24 airlines.

This year of confidence from the industry for AeroMechanical's aircraft data solutions continues to build a solid foundation for the company to ultimately become a dominant player in the real-time aircraft data solutions marketplace.

### FLYHT

In the latter half of 2007, AeroMechanical Services Ltd made a major change to its plan in response to the need to rebrand itself into a world-leading product and solution provider. As of January 2008, afirs UpTime products and services will be sold under the FLYHT brand name.

From this point forward, AeroMechanical will be synonymous with the FLYHT brand. The Company and AMA remains the same. AeroMechanical felt that to better serve the industry stakeholders, it was necessary to create a strong international value and marketing brand and a corporate identity that better reflects what we have to offer the aerospace industry.

The sales and marketing identity does not change the ownership of any assets, intellectual property, patents, and Supplemental Type Certificates (STCs). And most importantly, it does not in any way change the context for AeroMechanical shareholders.

### Our Staff is our core asset in running this 24 by 7 business

As our client list grows and their needs become more diverse in type of aircraft, our talent base inside the company must also keep pace. Our staff, as our chief asset, is comprised of dedicated, hard working, and uniquely skilled individuals managing our unique solutions.

The afirs UpTime team has not only had to learn new and unique methods of programming of the afirs units and UpTime support centre, but has also created those methods in the first place. Our certification engineering crew helps to set us apart from our competitors by supplying in-house airworthiness engineering and certification service that are rapidly gaining delegation from Transport Canada. Bringing in afirs unit production provides the challenge that keeps the afirs production team jumping into work every morning. The Customer Satisfaction Manager (CSM) team and planning department are on the front lines managing the individual airline accounts in order to ensure that our clients remain fully satisfied through the lifetime of the contract. When it comes to giving this whole crew something to do, our sales team is out working to keep the hoppers full in a conservative and demanding marketplace. This is all rounded out by dedicated administration, finance, and quality assurance staff that keeps everyone moving and supported both inside and outside the office.

### Operations

The year saw significant progress in the organization and processing of our core work, but took a bit of a slowdown with the loss of our COO, Gino Ferronato, to another passion that overtook his desire to stay with AeroMechanical. Fortunately, John Brom, a long term user of afirs UpTime, became available to step in as COO towards the end of the year to continue the momentum of organizing the operations group in the company.

Our CSMs have been steadily increasing their profile with their clients; managing the installation process, getting aircraft on-line, ensuring that the aircraft are properly reporting the contracted requirements, and making sure reported information is getting from UpTime to the appropriate person or system in the client's domain.

afirs final assembly and testing was brought in-house under our existing Transport Canada Manufacturing approval in late 2007 in order to better manage demand, decrease production costs, and especially to allow AeroMechanical to develop a higher standard of depot-level repair capabilities and re-certification of modified or repaired afirs units. Certification for repair in the form of a Transport Canada Approved Maintenance Organization (AMO) is underway and expected sometime in Q2-2008.

The year saw our engineering crew develop and implement new STCs for the Airbus A319/A320/A321, Boeing



B737 and B767, and the Bombardier CRJ fleet of aircraft. These certifications were also sent for equivalent approvals to the FAA in the US, EASA in Europe, and the Chinese CAAC. Jeff Brunner, our Engineering Certification manager, initiated a process to develop and produce our Transport Canada Approved Design Organization manual. This manual, when approved by Transport Canada, will allow AeroMechanical through delegated individuals within the Company to sign off on limited Supplemental Type Certificates (LSTCs) and certain requirements pertaining to STCs on behalf of Transport Canada. AeroMechanical expects that this delegation, when received, will allow us to take on more responsibility from Transport Canada in order to speed up the process of certifying modifications or putting aircraft on aircraft type not previously certified.

### Sales penetration

In order to continue to increase our backlog, we added additional sales capabilities to our fold. Since sales to the airline industry are meticulous, technical, and typically take 6 to 18 months, we expect to see the results of the additions to really take effect in 2008.

AeroMechanical also expanded it's footprint in the emerging airline marketplace. We attended conferences in Europe, the US, Canada, and South America in the areas of Maintenance, Operations, Flight Safety, and particular operator's conferences. AeroMechanical also attended the Paris Airshow and the National Business Aircraft Association Conference in consort with Meggitt PLC. These efforts allowed AeroMechanical and Meggitt to promote our joint solution potential to a number of OEMs and major players in a very economical way. In August we added Pat Sandall Vice President of Sales and Marketing, to better focus the team on the ongoing shift to solution based selling from product based selling. It also allows the president to turn some of his attention from Sales and Marketing to managing the business for the growth ahead.

### Research and Development

The Company received a contract from The Meteorological Service Of Canada of Environment Canada for the prototype development of a meteorological probe and data collection unit for small and medium aircraft where the appropriate data does not exist through an existing database on the aircraft or where existing sensors are not accurate enough. The program is a 3 year initiative that involves the University of Calgary, Environment Canada, and the Company.

Work has also begun commercializing in the aircraft insulating and coating line of afire-retardant type products. We expect

2008 to be a year in which we have the opportunity to advance our products well ahead of market requirements that are expected to crop up over the next 4 to 5 years.

With regards to the business as a whole, the executive management team is committed to maintaining our established lead in the marketplace. In order to keep that lead and accelerate it, we have taken several initiatives to better structure the business and solidify our business systems.

By the time you read this document, we will have incorporated our new accounting system and be well into working with our client management system, which will also be integrated to the accounting and Customer Resource Management (CRM) system. Stringent controls, policies, and procedures are all part of the continuous improvement program that the Company is headed into, including higher levels of software quality assurance for future products, a Design Approval Organization to assist in our STC approval process, an Approved Maintenance Organization to assist in modification and repair of our afirs systems, and a management system that will allow for better planning of resources, deliverables, and client forecasting.

It has been a very interesting 2007 all in all. With our eyes on the target to improve on sales, installation rates maximize productivity, and increase shareholder value, 2008 will be our best year yet.

Sincerely,

Darryl Jacobs
President

# Industry Trends and News

## The Industry

Airlines and aircraft operators generally operate on extremely tight margins and focus their energy on the areas of safety, compliance, and operations. The major current issues are with their airborne to ground communication processes, and outdated aircraft equipment. Old communication protocols and outdated datalink technology create an opportunity for AeroMechanical to penetrate the market place to provide communication and data anywhere, anytime, in real time through the Iridium satellite system.

Iridium is the sole provider of 100% worldwide satellite voice and data communications coverage. The Iridium service covers the entire planet including oceans, airways, and the North and South Poles. Currently there are 13,000 planes operating globally utilizing an Iridium service.[1] This number is expected to grow as new protocols, initiatives, and regulations come into place. AeroMechanical is well situated to capitalize globally on the increase in Iridium service.

## The Industry Segments and Demographics

We have continued to see an increase in the growth of the low-cost airline segment. This segment is expanding globally as we are seeing many airlines adopt the low-cost business model. The afirs UpTime system fits perfectly with low-cost airlines, as they can receive the benefits of data communication for a fraction of the cost of traditional data systems.

| Airlines | General Aviation | Government |
|---|---|---|
| Legacy Lines | Business Aircrafts | Military |
| Regional Carriers | Fractional Ownerships | Personnel Transport |
| International Carriers | Air Taxis | Special Operations |
| Cargo Operators | Hobbyists/Special Programs | |
| Low Cost Carriers | | |
| Charter Operators | | |
| Travel/Vacation Operators | | |

1. SITA Indust Conference, Presentations, Atlanta, USA, October 23-24, 2007

With the expansion of the European Union and growth of low-cost airlines in Europe, we will see European domestic airline traffic overtake the North American domestic market in the near term. Over the next eighteen years Europe is expected to receive 25 percent of market value of new planes delivered.[2] AeroMechanical is positioned to support the growth of this market through our expanding list of European Supplement Type Certificates, as well as our new European customers over the past year added by our sales office in Switzerland.

We are also seeing a growth in the cargo segment. In 2007 cargo traffic increased 3 percent, with cargo traffic expected to have a 6.1 percent growth rate over the next eighteen years compared to a 5.0 percent growth rate for airline traffic.[3] AeroMechanical is well positioned to assist in the growth of the cargo segment as the Company's solutions and services can be very beneficial to their operations. Our afirs UpTime solution will be able to provide assistance in improving the efficiency and operational effectiveness of their operations.

Another region we are witnessing growth in is Asia-Pacific, as it is expected the world airline fleet will move substantially toward this region. It is stated that the Asia-Pacific region will receive more than one third of the value of new airplanes delivered over the next eighteen years. We are already seeing this growth at the largest share of the 6.8 billion airline customers globally now travel to or within the Asia-Pacific area.[4]

A significant contributor to the growth in Asia-Pacific is China. China leads in long-term growth in domestic air travel markets, as well as has a capacity growth rate of 8.1 percent, and is increasing load factors.[5] With the Chinese GDP growth at 10.4 percent, China has jumped from being the seventh largest world economy to the third.[6] This in turn is increasing the average household spending on transportation, making it one of the fastest growing categories.

The growth in air travel will only increase as poor road conditions in China combined with large land mass makes air transportation the most efficient means of transportation. Ground transportation infrastructure takes time and money to develop, making air transportation the cheapest way to commute. AeroMechanical will continue to fulfill our contracts within China as well as continue to support business development projects within the region. AeroMechanical is very supportive of our relationships within the region and believe we are well situated to capitalize on the air travel growth within China, and to further expand into the Asia-Pacific region.

---

2. Boeing Market Outlook, www.boeing.com, accessed March 2008
3. Rolls-Royce Market Outlook, www.rolls-royce.com, accessed March 2008
4. Boeing Market Outlook, www.boeing.com, accessed March 2008
5. Ibid
6. Ibid
7. Airbus Market Outlook, www.airbus.com, accessed March 2008
8. Ibid

## Our Solutions & Services

# F L  O  H  T™
AeroMechanical Services Ltd.

AeroMechanical's solutions and services are proudly marketed and sold under the FLYHT brand name. We provide innovative value-added data solutions to improve profitability and efficiency within the aerospace industry.

The solutions focus on five major areas:

1. Safety Enhancements    2. Compliance Standards    3. Operational Effectiveness
4. Profit Realization    5. Efficient Culture

The primary solution, which FLYHT markets and sells, is **afirs UpTime**. **afirs UpTime** is a satellite-based Automated Flight Information Reporting System (afirs) that allows aircraft operators to manage and monitor aircraft operations anywhere, anytime, in real-time. **afirs UpTime** gathers, stores, and transmits data, and delivers real-time information to our customers via Iridium satellite.

**afirs UpTime** monitors the incoming data for predefined events and triggers, providing accurate operational and performance data to Flight Operations, Dispatch, Safety, and/or Maintenance recipients of the operators or their delegates.

**UpTime**, the client web interface, allows for easy data retrieval, reporting, and real-time communication capabilities for instantaneous in-flight contact. Users of **afirs UpTime** can now actually see how the aircraft and its components are performing (altitude, speed, temperature etc.) at any given moment.

### Monitor Data – afirs Unit

| Safety | Compliance | Operations | Profit | Efficiency |
|---|---|---|---|---|
| Immediate Identification Search & Rescue | Two-way Communication | Data Reports Real-time | Fuel Management Programs | Improve Dispatch /Mission |
| FOQA/FDM Resource | Flight Following | Integrated EFB | Increase Time On Wing (PJOOH) | Increase Aircraft Reliability |
| Pilot Training Applications | FOQA/FDM Resource | Supports Flight Driven Cost Centers | Reduce CASM | Accurate Data to Drive Change |
| PAN-PAN/ MAY DAY Immediate | CAA Initiatives based on ICAO & TAR | | Operational cost avoidance | |

### Measure Results – KPIs

### Make Decisions – Executive Dashboard

10
11



## global following

**afirs global following** allows aircraft operators to understand the whereabouts, status, and condition of their aircraft, anywhere, anytime, in real-time. Operators can benefit from accurate real-time monitoring of their fleet. The visual display of flight following allows Operations Control Centers to have a constant awareness of asset location, on-time operations, and live operations. This is essential for managing hub operations, and reduces the impact that a single delay may cause to a flight schedule.

## engine trends

**afirs Engine Trends** permit operators to improve aircraft health performance by having relevant engine performance data, including throttle management and engine trending data. The increase in accurate data improves the predictability of an operator's fleet, thereby improving overall asset management.

## engine/airframe exceedance

**afirs Engine/Airframe Exceedance** automatically sends exceedance reports to key defined aircraft personnel's PDAs or personal computers via email. Reports such as Over-torque (the pilot over throttles the aircraft) are sent anywhere, anytime, in real-time. This allows operators to efficiently and effectively monitor the health performance of their aircraft.



## OOOI tracking

**afirs OOOI tracking** accurately informs aircraft operators of their Out of the gate, Off the runway, On the runway, and In the gate times (OOOI times). By receiving accurate Out, Off, On, and In times in real-time, operators can reduce flight hour costs resulting from GATO time errors. UpTime is a secure, ground-based facility that automatically delivers this data as key client-defined reports to authorized customer subscribers via email or flat files. Information is available over the web in real-time or as historical data.







## Management Discussion & Analysis

This management discussion and analysis ("MD&A") should be read in conjunction with the audited annual consolidated financial statements of AeroMechanical Services Ltd. ("AMA" or the "Company") as at and for the years ended December 31, 2007 and 2006. The consolidated financial statements have been prepared in accordance with Canadian generally accepted accounting principles (GAAP). Additional information with respect to AMA can be found on SEDAR at www.sedar.com.

This MD&A is dated April 9, 2008.

### Forward-Looking Statements

Except for historical statements made herein, this document contains forward-looking statements that involve risks and uncertainties including risks associated with the effect of changing economic conditions, trends in the development of the aviation and aerospace industries, market acceptance risks, and realizing expected revenue. Risk factors also include the Company's ability to compete successfully in the future against existing and new competitors; the Company's ability to execute its business plan and generate an overall profit. Due to these factors, actual results could differ materially from those expressed in forward-looking statements by the Company. Forward-looking statements are based on the estimates and opinions of AMA's management at the time the statements were made.

### Overview

AeroMechanical Services Ltd. is a designer, developer, and service provider of innovative solutions to the global aerospace industry. The Company's solutions are designed to improve the productivity and profitability of our customers.

The major products of the Company are Automated Flight Information Reporting System (afirs™), UpTime™, Underfloor Stowage Unit, and Aero5™. These products are marketed globally by a team of several individuals, six based in Calgary, one in Switzerland, one in Florida, and one in Ontario. One of the Calgary staff is currently spending more than 90% of his time in China dealing with opportunities there. AMA has sales in several countries around the world.

2007 continues the strides made in 2006 to move revenues to afirs Uptime, which further defines AMA as an aviation solutions company. The research and development of our leading edge technology and services is being transformed into a continuous telecommunications revenue stream. To further this initiative AMA

## afirs global voice

afirs Global Voice enables uninterrupted two-way satellite voice communications between the flight deck, aircraft cabin, and ground personnel anywhere, anytime, in real time. This helps operators exceed their communications compliance requirements between crew and ground personnel.





## afirs global text

afirs Global Text enables uninterrupted two-way satellite text messaging between the flight deck and ground personnel anywhere, anytime, in real-time. This helps the operators have more reliable communication between the flight crew and ground operations.





15

continued to add Supplemental Type Certificates (STC), therefore broadening the aircraft types, models and periods in which aftr-Uptime can be implemented. The STC process is always slower than we would like, but during 2007 AMA has seen improved turn around times as the regulatory bodies become familiar and built relationships with the AMA engineering team. The process is a requirement that cannot be shortcut by any potential competitor and therefore, in the stable of STC's grows, the barriers to entry increase. Customer installation schedules continue to be a challenge. Customer installation schedules are determined by the C-Check schedules. C-Checks are the regular inspections made on all commercial aircraft after a set number of hours of operation of the aircraft, allowing for the installation of AMA's products. The Company obtains this schedule from a customer upon the signing of a contract, and manages the planned versus actual installations.

### Trends and Economic Factors

The Company continues to capitalize on the need for timely flight and sensor data from the aircraft to the ground operations and maintenance facilities. Airlines are increasingly looking for methods to reduce costs and more efficiently operate their aircraft. Margins are extremely thin in the airline industry. After labour, fuel is the second largest operating expense for airlines, making up 10 to 25 percent of an airline's annual operating costs. The slightest decrease in fuel consumption can turn into big savings. Some of the fuel saving methods currently used by airlines are, using one engine instead of two while taxiing, tankering extra fuel to avoid refueling at expensive locations, removing unnecessary equipment, to name a few. The aftr-Uptime solution provides airlines with the data to see fuel costs and to monitor operational efficiency, managing the most valuable tool in managing aircraft operations. AMA customers are showing significant return on investment over the cost of aftr-Uptime.

The Company's revenues and income have been negatively impacted by the strengthening of the Canadian dollar relative to the US dollar since 2003. As a result of these movements, the Company's Canadian dollar revenues, which are substantially all denominated in US dollar, were lower than would have been had the foreign exchange not changed. While a significant amount of the Company's costs are denominated in Canadian dollar, there is also a significant portion of marketing costs that are non-Canadian denominated, and therefore create some natural hedge against the strengthening of the Canadian dollar.

### System Approvals

aftr is currently STC approved on the following aircraft:

- Airbus A319, A320, A321
- Boeing B737-200, 300, 400, 500
- Boeing B737-600, 700, 800
- Boeing B757-200, 300
- Boeing B767-200
- Bombardier DHC-8-100
- Bombardier DHC-8-200
- Bombardier DHC-8-300
- Bombardier CRJ100
- Bombardier CRJ200
- Bombardier CRJ440
- Fokker F100
- Viking Air DHC-7 (LSTC)

aftr's application approval, expected in 2008, on the following aircraft:

- Airbus A330
- Hawker Beech 800XP, 850XP, 900XP

aftr's applications in process and expected to be submitted in 2008, on the following aircraft:

- Boeing B747-100, 200
- Boeing B747-300, 400
- Boeing B747-8
- DC-10
- MD-81/82/83/87/88