## Results of Operations – Year Ended December 31, 2007

### Revenues

As shown in the following table, afirs UpTime Revenue and Unearned Revenue are showing the results I encountered. The Company's long term investment in marketing and building relationships has resulted in a strong pipeline of prospective customers around the world. The ongoing revenue streams from our existing customer base will continue to expand throughout future years.

In accordance with the Company's revenue recognition policy, initial network access fees are deferred as unearned revenue and revenue is recognized over the initial term of the contracts. In the early stages of the Company's growth this will result in less recognized revenue than cash received. The effect to the year is that AMA received $2,676,111 (2006 - $1,295,981) in cash revenue with $1,989,404 (2005 - $1,094,466) reported as revenue and $662,767 (2006 - $301,442) being included in unearned revenue.

In 2007, revenue for the Company continued to reflect the benefits of the Research and Development efforts that have been invested over the past 3 years. AMA has products tested, certified, and installed on aircraft to generate revenue, as well as inventory to continue the roll out to our new and existing customers.

Total revenues were $1,989,404 and $1,094,466 for fiscal 2007 and 2006, respectively.

|  | 2007 | | | | 2006 | | | | 2005 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | afirs UpTime | Other | Total | | afirs UpTime | Other | Total | | afirs UpTime | Other | Total | |
| Q1 | $ 171,778 | $ 666,140 | $ 837,918 | | $ 93,901 | $ 124,427 | $ 218,328 | | $ 61,068 | $ 94,942 | $ 156,010 | |
| Q2 | 191,278 | 281,844 | 473,122 | | 140,304 | 158,548 | 298,852 | | 67,292 | 48,290 | 115,582 | |
| Q3 | 256,710 | 55,974 | 312,684 | | 134,397 | 124,416 | 258,813 | | 100,165 | 7,106 | 107,271 | |
| Q4 | 282,629 | 83,051 | 365,680 | | 239,262 | 79,211 | 318,473 | | 114,242 | 18,427 | 132,669 | |
| Total | $ 902,395 | $1,087,009 | $1,989,404 | | $607,864 | $486,602 | $1,094,466 | | $342,767 | $168,765 | $511,532 | |

Rental revenue increased from $607,864 in 2006 to $729,191 in 2007, which is an increase of $191,327. The rental revenue increase was not as dramatic as the increased level of installations due to the large number of installations completed in the last quarter and therefore were not revenue producing throughout 2007. In addition, there was significant work to complete contract terms which occurred more or after the year end.

Other revenue is derived from Underfloor Stowage Units, licensing fees, interest, and consulting. During 2007, Underfloor Stowage Units and other products was $193,159 (2006 - $293,816) where the decrease from the previous year was due to a significant order in 2006 from one airline that was not repeated in 2007, coupled with the Company focusing on its core airline solution of afirs UpTime. Licensing fees were $797,869 (2006 - $116,730), and interest revenue was $95,861 (2006 - $47,097). The $673,989 increase in licensing fees was the result of the finalization of the licensing agreement with Vibro-Meter SA, a division of Meggitt Aerospace.

### Gross Margin and Cost of Sales

Gross margins before general and administrative expenses was $638,009 for 2007 (2006 - $233,319). This increase was the result of the continued increase in afirs UpTime revenue and the licensing fee received from Vibro-Meter SA.

Strategic customer relationships have provided AMA and the customers with valuable real-time data resulting in significant cost savings to clients. Testimonials from these customers have assisted AMA in attracting new clients, resulting in the signing of new contracts. The results have been positive from this strategic decision.

Cost of sales for afirs UpTime was $1,206,506 on revenues of $902,395 representing a gross loss of $304,111 in 2007. This compares to 2006's $535,046 cost of sales on revenues of $607,864 or a gross margin of $72,818 on afirs UpTime revenue. The decrease in the 2007 gross margin over 2006 on afirs UpTime is primarily due to an increased number of installed afirs units. As the number of installed units grows, the effect of the Revenue Recognition policy is amplified whereby the install costs exceeded the revenue recognized. During late 2007 this issue was addressed and the Company has revised its service agreements, which will allow for a revised revenue recognition policy for these new service agreements to improve the gross margin as installations occur.

| 2007 | Revenue | Cost of Sales | Gross Margin |
|---|---|---|---|
| afirs UpTime | $ 902,395 | $ 1,206,506 | $ (304,111) |
| Other | 1,087,009 | 144,889 | 942,120 |
| Total | $ 1,989,404 | $ 1,351,395 | $ 638,009 |

### 2006

| | Revenue | Cost of Sales | Gross Margin |
|---|---|---|---|
| afirs UpTime | $ 607,864 | $ 535,046 | $ 72,818 |
| Other | 486,602 | 326,101 | 160,501 |
| **Total** | **$ 1,094,466** | **$ 861,147** | **$ 233,319** |

### 2005

| | Revenue | Cost of Sales | Gross |
|---|---|---|---|
| afirs UpTime | $ 342,767 | $ 370,527 | $ (27,760) |
| Other | 168,765 | 48,944 | 119,821 |
| **Total** | **$ 511,532** | **$ 419,471** | **$ 92,061** |

Gross Margins on other revenue was $942,130 or 87% of other revenues in 2007, compared to $160,501 or 33% in 2006, which is the result of license fee of $727,989, consulting revenue of $70,000, and interest revenue of $95,861 in 2007 totaling $893,850 versus a total of $195,791 in 2006, which have no associated cost of goods sold.

### Net Loss, General and Administrative and Marketing Expenses

In 2007 the key driver of our performance continued to be the timely receipt of STC approvals from multiple regulators, the timely closing of contracts with potential customers, and the airline installation schedules of afirs on contracted aircraft due to their maintenance schedules. While the timely receipt of STC approvals has seen significant improvement, the key challenge continues to be the speed with which potential customers execute contracts and the difficulty in predicting the accuracy of aircraft maintenance schedules that are supplied by customers. As a result, the net loss for the year ended December 31, 2007 was $6,868,314 compared with $4,533,206 for 2006.

Our expense categories are not broken into departments for this year as the entire company was and is focused on getting our main product afirs UpTime out to our customers. For the year ended December 31, 2007, expenses were $7,506,323 compared with $4,773,023 for 2006.

| Major Expense Categories | 2007 | 2006 | Variance | Explanation |
|---|---|---|---|---|
| Salaries and benefits, third party consulting, and share compensation | 4,624,138 | 2,682,284 | 1,941,854 | Staff levels increased in late 2006 and during 2007 with salaries increasing by $1,250,326 over 2006 and related statutory payments and benefits increasing $107,219. In addition, staff took salary reductions to ensure the longevity of the Company in 2005 and in late 2006 staff salaries were returned to their original levels. These increases were fully reflected in the 2007 costs. Third party consultants were engaged in 2007 to deal with sales and customer support of international customers resulting in an increase in consulting costs of $423,109. Share based compensation increased by $69,467 over 2006. With the goal of retaining leading edge staff the ongoing need for training increased that cost by $53,240 during 2007. The continuing shift to a solution based international company and increased number of customers created the need to increase staffing levels in customer support, marketing/sales, and engineering. |
| Research and development costs | 253,236 | 248,902 | 4,334 | Development activities during the year remained at the same levels as 2006. |
| Office, computer services, insurance, depreciation, stock exchange fees and bad debts | 572,455 | 479,372 | 93,083 | Office costs increased $54,269 primarily due to an increase in telephone expenses related to the increased sales and marketing to international customers and international contracted customers. Insurance costs increased $16,375 due to the addition of products liability coverage in 2007. Foreign exchange loss increased $13,543 from 2006 as the result of the strengthening of the Canadian dollar. Fees related to being listed on the TSX-V increased from 2006 by $9,696. |
| Interest and bank charges | 24,094 | 33,878 | (9,784) | Bank charges remained at the same level as 2006. In the first quarter of 2006 the issued debt and convertible debt were repaid and in 2007 there was no debt. |
| Rent | 194,448 | 193,819 | 629 | No change during 2007 in rented premises. |
| Marketing | 1,079,353 | 618,508 | 460,845 | The primary increase in marketing was related to increased travel expenses of $407,769. This increased travel is the result of the international nature of the aviation industry and the Company's customer base. This ongoing investment in sales and marketing is expected to pay dividends in the years to come. The Company expects that expenses in marketing will continue at less or higher levels over the next year, as AMA continues to target global markets for its solutions. General marketing expenses such as trade show costs, advertising, and promotional materials increased $56,076 over 2006. Marketing costs do not include salaries. |
| Investor relations | 193,981 | 149,361 | 44,620 | Investor relations costs increased $44,620 due to increased emphasis on the capital markets and presenting the Company to both institutional investors retail, brokers, and retail investors via one on one meetings, investor show attendance, and video presentations. |
| Professional fees | 564,618 | 366,899 | 197,719 | Accounting and audit fees were $119,665 in 2007 compared to $197,721 in 2006, a decrease of $78,056. Legal fees were higher in 2007 by $279,859 because of legal work related to the actions by a Toronto based company. These actions are related to an allegation of patent infringement, request for a review of the Company's patent, and an allegation of interference with an employment contract. |
| **Total** | **7,506,323** | **4,773,023** | **2,733,300** | |



| | 2007 | | | | 2006 | | | |
|---|---|---|---|---|---|---|---|---|
| | 4th Q | 3rd Q | 2nd Q | 1st Q | 4th Q | 3rd Q | 2nd Q | 1st Q |
| | $ | $ | $ | $ | $ | $ | $ | $ |
| Revenue | 365,680 | 312,684 | 473,122 | 837,918 | 318,473 | 258,813 | 298,852 | 218,328 |
| Loss | 2,367,162 | 1,693,258 | 1,978,629 | 809,625 | 1,231,842 | 1,176,113 | 965,349 | 1,166,402 |
| Loss/Share | .04 | .03 | .03 | .01 | .02 | .03 | .03 | .04 |

### Comments on Quarterly Results

Quarterly revenue streams continue to shift to monthly repeating afters UpTime revenues from specific sale of goods and consulting revenue streams over 2007. The monthly and annual UpTime fees will increase over time as more aircraft are installed with afters.

### Research and Development

Research and development costs are being expensed as incurred. The majority of R&D costs are salaries and consulting expenses related to the design, testing, and manufacture of afters, and the design and testing of UpTime. There are also expenses being incurred in the preliminary phases of AeroQ development.

### Foreign Exchange

All international sales of the Company's products and services are denominated in U.S. dollars. Accordingly, the Company is susceptible to foreign exchange fluctuations. In 2007, nearly 96% of the Company's gross sales were made in U.S. dollars compared to nearly 97% in 2006. The Company expects this to increase with the aviation industry conducting a majority of its transactions in U.S. dollars, the opportunity for sales in Canadian dollars is limited.

### Transactions with Related Parties

During the year the Company had no transactions with related parties that were not normal course business transactions related to their positions with the Company. These transactions were expense reimbursements for business travel and other company expenses paid by the related party and were measured at exchange amounts that the related party paid to a third party and were substantiated with a third party receipt.

### Liquidity and Capital Resources

During 2007, the Company issued Common Shares through private placement, the exercise of warrants, and the exercise of stock options. This has improved the financial position of the Company, especially when coupled with the increased cash based revenue.

In a private placement on June 1st, 2007 the Company issued 4,912,500 common shares at $0.40 for gross proceeds of $1,965,000 and 1,605,967 common shares at $0.60 for gross proceeds of $964,180. The net cash proceeds after issuance costs of these private placements totaled $2,886,296. During 2007, AMA issued a total of 6,452,339 common shares on the exercise of various series of warrants at a weighted average price of $0.53 per share. These exercised warrants provided net cash proceeds of $3,403,379. A further 1,259,993 common shares were issued to directors, officers, employees, and consultants on the exercise of stock options. The weighted average issue price of these common shares was $0.57, resulting in cash proceeds of $721,598.

With the exercise of both stock options and warrants, it is of interest to note that 19% of the shares issued were issued to employees, directors, officers, and contractors. This brings the percentage of employees that own AMA shares to approximately 32%.

The successful equity offerings combined with increased cash based revenue throughout the year created sufficient capital to continue to operate and to provide capital for inventory to be deployed in order to expand our customer base.

Working capital at December 31, 2007 was $3,469,369 compared to $3,176,579 in 2006. The increase in working capital is primarily attributed to the operating loss for the year of $6,868,314 less the net funds generated from the raising of capital equity of $6,583,617 the remaining increase of $577,478 is the result of various changes in working capital components as the result of business operations during the year including increase in unearned revenue of $527,972. The Company currently has an available operating line of $250,000 which had not been drawn at December 31, 2007. The operating line bears an interest rate of Canadian chartered bank prime plus 1.0% and is secured by assignment of cash collateral and a general security agreement.

The achievement of positive earnings before interest and amortization is necessary before the Company can improve liquidity. The Company has continued to expand its cash flow potential through the its continued marketing drive to clients around the world.



22

As at April 9, 2008, AMA's outstanding shares, options and warrants were as follows:

| | April 7, 2008 | Dec 31, 2006 |
|---|---|---|
| Common shares outstanding | 82,178,219 | 58,488,823 |
| Options | 1,754,668 | 2,426,995 |
| Warrants | 7,781,863 | 17,136,376 |

### Contractual Obligations

The Company has entered into various leases for its operating premises and equipment. Future minimum annual payments under these operating leases are as follows:

| Year | Premises | Equipment | Total |
|---|---|---|---|
| 2008 | $ 217,666 | $ 22,539 | $ 240,205 |
| 2009 | 51,704 | 16,777 | 68,481 |
| 2010 | | 13,896 | 13,896 |
| 2011 | | 11,580 | 11,580 |
| TOTAL | $ 269,370 | $ 64,792 | $ 334,162 |

In addition, the Company has repayment obligations related to two Government of Canada loan programs. Under the Industrial Research Assistance Program (IRAP), the Company has received $230,966 (2006 - $349,856), which is to be repaid, as a percentage of gross revenues, over a five to ten year period commencing in October 2005. Under the Technology Partnerships Canada (TPC) program, the Company has received $104,523 (2006 - $123,653) to be repaid over a ten-year period commencing in April 2006.

During 2007, AMA leased computer equipment totalling $15,612 (2006 - $44,356), which was accounted for as capital leases that expire in various years to 2010. The minimum lease payments are as follows:

| Year | Premises |
|---|---|
| 2008 | $ 29,400 |
| 2009 | 16,275 |
| 2010 | 4,003 |
| TOTAL | $ 49,678 |

The imputed interest is $2,847 (2006 - $10,659), leaving a total obligation of $41,832 (2006 - $43,223).

### Results of Operations – Three Months Ended December 31, 2007

#### Revenues

The Company has adopted a revenue recognition policy whereby network access fees are deferred as unearned revenue and revenue is recognized over the initial term of the contracts. In the early stages of the Company's growth this will result in less revenue recognized than cash received. The effect in the quarter is that we received $640,941 (2006 - $468,114) in cash revenue with $365,680 (2006 - $318,473) reported as revenue and $275,262 (2006 - $149,640) being included in unearned revenue.

Revenue increased $91,476 in the fourth quarter compared to the fourth quarter of last year, aftrs UpTime revenues increased by $43,367 over the fourth quarter of 2006. Sales revenue increased 53,840 over the same quarter of the previous year. The increase in aftrs UpTime revenue is the result of the increased number of installed and revenue generating aftrs boxes, and these revenues are expected to grow at a significantly higher rate because the Company has the infrastructure, sales people, and support organization in place to support revenue growth.

#### Gross Margin and Cost of Sales

Cost of sales in the fourth quarter of 2007 is $610,190 compared to $167,382 in 2006. This is a result of year end adjustments in the fourth quarter of 2007 that were higher than in 2006, as well as an increase in the volume of installations and product mix variations included in cost of sales are costs of non-routable parts and travel expenses for our engineers on initial installations of aircraft. As part of our service agreement, we assist new customers with engineering support on their initial installations. The cost is covered in our access fee. Non-routable parts are parts involved in the installation process that are non-reusable (such as cables) and do not form part of the rental asset. They would remain on the aircraft if the aftrs unit was extracted. The travel and support costs form part of the non-routable parts and are expenses in the period. As we move forward with more clients the result will be less initial installations and increased recurring revenue streams. Accordingly, we will see cost of sales decline and margins increase.



### Net Loss, General and Administrative and Marketing Expenses

The net loss for the quarter ended December 31, 2007 was $2,387,162 (2006 - $1,231,842). Included in General and Administrative Expenses are increased marketing costs. Marketing expenses increased by $79,391 to $276,174 over the fourth quarter of 2006. The Company's focus is on generating new customers and will continue to expend resources in marketing.

Office expenses decreased by $72,391 in the fourth quarter over 2006 primarily due to a $61,226 decrease in computer services costs, and a $13,866 decrease in general office expenses. Professional fees increased $232,318 to $361,980 due to the ongoing litigation that was commenced by a Toronto company alleging that AMA engaged in patent infringement and encouraged a former employee to break their employment agreement.

Salaries, the main cost of doing business for the Company, increased to $1,269,974 for the quarter versus $752,140 for the fourth quarter of 2006, a $417,834 increase. We are hiring good, qualified personnel as our customer base grows to ensure the Company is prepared for the growth as the result of our strategic business alliances that continue to open opportunities.

### Research and Development

Research and development costs are being expensed as incurred. The fourth quarter development costs for 2007 were $102,408 as compared to $173,905 in the same quarter of 2006. The majority of R&D costs are salaries, consulting expenses, testing and certification, and other expenses related to ongoing design, testing and certification of afirs, UpTime. There is also a minor amount of expense associated with the preliminary phases of AeroQ.

### Critical Accounting Policies and Estimates

The Company prepares its financial statements in accordance with accounting principles generally accepted in Canada. The preparation of these financial statements requires Management to make estimates and assumptions that affect the reported amounts of assets, liabilities, revenues and expenses. These estimates are based on Management's historical experiences and various other assumptions that are believed by Management to be reasonable under the circumstances. Such assumptions are evaluated on an ongoing basis and form the basis for making judgments about the carrying value of assets and liabilities that are not readily apparent from other sources. Actual results could differ from these estimates.

The following are the Company's critical accounting policies, significant estimates, and assumptions used in preparing our financial statements:

1. The Company maintains an allowance for doubtful accounts for estimated losses that may occur if customers are unable to pay trade balances owing to the Company. This allowance is determined based on a review of specific customers, historical experience and economic circumstances.

2. Inventories are carried at the lower of cost and market value. Provisions for excess or obsolete inventory are recorded based on Management's assessment of the estimated market value of components and rental assets.

3. The Company evaluates its future tax assets and records a valuation allowance where the recovery of future taxes does not meet the required level of certainty. At December 31, 2007, valuation allowances are provided for the full amount of future tax assets.

4. The Company accrues reserves for afirs warranty expenses for the repair or replacement of defective products sold. The warranty reserve is based on an assessment of the historical experience of the Company. If the Company suffers a decrease in the quality of its products, an increase in warranty reserve may be required.

### Financial Instruments

The Company is exposed to fluctuations in the exchange rates between the Canadian dollar and other currencies with respect to assets, sales and purchases. The Company monitors fluctuations and may take action, if deemed necessary to mitigate its risk.

The Company is exposed to changes in interest rates as a result of the operating loan, bearing interest based on the Company's lenders' prime rate.

There is a credit risk associated with accounts receivable where the customer fails to pay invoices. The Company extends credit generally to credit worthy or well established customers. In the case of network access fees or product sales the invoiced amount is generally payable before the afirs or other product is shipped to the customer. As well, for monthly recurring revenue the Company has the ability to disable afirs UpTime and/or supply data in cases where the customer has not fulfilled its financial obligations.

The Company adopted as of January 1, 2007 the new standards issued by the Canadian Institute of Chartered Accountants ("CICA") regarding the recognition, measurement, disclosure and presentation of financial

instruments. Under these standards, financial instruments must be classified into one of five categories: (i) held-for-trading, (ii) held-to-maturity, (iii) loans and receivables, (iv) available-for-sale, and (v) other financial liabilities. The new standards require that all financial instruments within the scope of the standards, including all derivative instruments be recognized on the balance sheet initially at fair value. Subsequent measurement of all financial assets and liabilities – except those in the held-for-trading and available-for-sale categories – must be determined at amortized cost using the effective interest rate method. Held-for-trading financial instruments are measured at fair value with changes in fair value recognized in earnings. Available-for-sale financial instruments are measured at fair value with changes in fair value recognized in comprehensive income until the investment is derecognized or impaired at which time the amounts would be recorded in net earnings.

The adoption of these new standards had no impact on the Company's accounts and default position as at December 31, 2007. As a result of the adoption of these new standards, the Company has classified its cash and cash equivalents as held-for-trading; accounts receivable are classified as loans and receivables. Accounts payable and certain accrued liabilities are classified as other liabilities all of which are measured at amortized cost. Carrying values approximate the fair values due to the short term nature of the instruments.

### Subsequent Events

On March 13th, 2008 the Company issued 4,302,305 units at $1.00 per unit for net cash proceeds of $4,041,460. Each unit consists of one common share and one-half purchase warrant whereby one whole warrant may be exercised into one common share at a price of $1.30 anytime until March 12, 2010.

Since December 31, 2007 the Company issued 4,476,597 common shares on the exercise of warrants for cash proceeds of $1,267,411 and 481,00 common shares on the exercise of stock options for cash proceeds of $135,360.

### Contingencies

The Company is defending itself in actions instigated by the same plaintiff and the Company believes that, as the amount of liability is undetermined at this time, no liability has been accrued for claims on these actions.

In September 2007, the Company, among others, was served with a counterclaim alleging that the Company induced a breach of contract and interfered with economic relationships. The Company maintains that the claims are without merit and no liability in respect to this action has been included in these consolidated financial statements, as management intends to vigorously defend the matter and believes the outcome will be in its favour. On November 7, 2007, the Company filed a statement of defense and a counterclaim against these parties for interference with legally binding contracts, disrupted business, attacks on the Company's reputation, and costs. Any amounts awarded as a result of these actions will be reflected in the year the amounts become reasonably estimable.

In September 2007, the Company was served with a claim of patent infringement seeking unspecified damages. The Company maintains that the claims are without merit and no liability in respect to this action has been included in these consolidated financial statements, as management intends to vigorously defend the matter and believes the outcome will be in its favour. On December 24, 2007 the Company filed a Motion to Dismiss, which was heard on April 8, 2008 and dismissed with the caveat that the plaintiff could file an amended complaint by April 30, 2008 in which both inventors are named as parties. Any amounts awarded as a result of these actions will be reflected in the year the amounts become reasonably estimable.



## Management's Report

To the Shareholders of

AeroMechanical Services Ltd.

The accompanying consolidated financial statements of AeroMechanical Services Ltd. and all of the information in its annual report are the responsibility of Management and have been approved by the Board of Directors.

Management has prepared the consolidated financial statements in accordance with Canadian generally accepted accounting principles, and where alternative accounting methods exist, Management has chosen those that it deems most appropriate.

Financial statements are not precise since they include amounts based on estimates and judgments. Such amounts have been determined on a reasonable basis to ensure the financial statements are presented fairly in all material respects. Management has prepared the financial information in this annual report and has ensured it is consistent with the consolidated statements.

The Company maintains internal accounting and administrative controls designed to provide reasonable assurance that the financial information is relevant, reliable, and accurate and that the Company's assets are appropriately accounted for and adequately safeguarded.

The AeroMechanical Board of Directors is responsible for ensuring Management fulfills its responsibilities for financial reporting and for reviewing and approving the financial statements. This is carried out principally through the Audit Committee. AeroMechanical's auditors have access to the audit committee.

The Audit Committee of the Board of Directors, consisting of a majority of independent members, meets regularly with management, as well as external auditors, to discuss auditing, internal controls, accounting policy and financial reporting matters. The Committee reviews the financial statements with both management and the independent auditors and reports its finding to the Board of Directors before such statements are approved by the Board.

Signed ("William Tempany")  
Chief Executive Officer  
Calgary, Alberta  
April 9, 2008

Signed ("Thomas R. French")  
Chief Financial Officer  
Calgary, Alberta  
April 9, 2008

## Auditors' Report

To the Shareholders of

AeroMechanical Services Ltd.

We have audited the consolidated balance sheet of AeroMechanical Services Ltd. as at December 31, 2007 and the consolidated statements of loss and deficit and cash flows for the year then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audit.

We conducted our audit in accordance with Canadian generally accepted auditing standards. Those standards require that we plan and perform an audit to obtain reasonable assurance whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation.

In our opinion, these consolidated financial statements present fairly, in all material respects, the financial position of the Company as at December 31, 2007 and the results of its operations and its cash flows for the year then ended in accordance with Canadian generally accepted accounting principles.

The consolidated statements as at December 31, 2006 and for the year then ended were audited by other auditors, who expressed an opinion without reservation on those statements in their report dated April 9, 2007.

*KPMG LLP*  
Chartered Accountants  
Calgary, Alberta  
April 9, 2008

## Consolidated Balance Sheets
### As at December 31,

| | 2007 | 2006 |
|---|---|---|
| **ASSETS** | | |
| **CURRENT ASSETS:** | | |
| Cash and cash equivalents | $ 3,935,687 | $ 2,668,369 |
| Restricted cash – Note 7 | 194,500 | 384,500 |
| Accounts receivable | 621,726 | 291,603 |
| Prepaid expenses | 149,924 | 253,040 |
| Inventory | 1,810,483 | 428,866 |
| | 5,012,320 | 3,926,418 |
| Property and equipment – Note 3 | 232,836 | 224,641 |
| Rental assets – Note 4 | 931,414 | 768,699 |
| Intangible assets | 34,982 | 34,992 |
| | $ 6,281,552 | $ 4,954,750 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | |
| **CURRENT LIABILITIES:** | | |
| Accounts payable and accrued liabilities | $ 1,219,927 | $ 497,531 |
| Current portion unearned revenue | 232,805 | 101,724 |
| Current portion of deferred leasehold inducements – Note 5 | 13,687 | 13,687 |
| Current portion of loans payable – Note 6 | 52,810 | 120,742 |
| Current portion of obligation under capital lease – Note 8 | 23,881 | 16,185 |
| | 1,542,966 | 749,639 |
| Unearned revenue | 609,861 | 292,926 |
| Deferred leasehold inducements – Note 5 | 2,281 | 15,968 |
| Loans payable – Note 6 | 326,672 | 311,959 |
| Obligation under capital lease – Note 8 | 19,139 | 27,028 |
| Warranty | 13,612 | 12,916 |
| | 2,693,723 | 1,409,330 |
| **SHAREHOLDERS' EQUITY** | | |
| Share capital – Note 9 | 23,992,944 | 17,052,332 |
| Contributed surplus – Note 9 | 1,434,034 | 1,329,323 |
| Deficit | (21,794,899) | (14,926,585) |
| | 3,631,779 | 3,585,020 |
| | $ 6,281,552 | $ 4,954,750 |

Going concern – Note 1, Commitments – Note 10, Subsequent event – Note 15, Contingencies – Note 16
See accompanying notes to the consolidated financial statements.

On behalf of the board

Signed ("William Tempany")    Signed ("Douglas Marlin")
Director                      Director

## Consolidated Statements of Loss and Deficit
### Years Ended December 31,

| | 2007 | 2006 |
|---|---|---|
| **REVENUE** | | |
| Rental revenue | $ 729,191 | $ 607,864 |
| Sales revenue | 366,363 | 290,810 |
| License fees and interest | 893,850 | 195,792 |
| | 1,989,404 | 1,094,466 |
| Cost of sales | 1,351,395 | 861,147 |
| Gross margin | 638,009 | 233,319 |
| **EXPENSES** | | |
| Salaries and benefits | 4,098,886 | 2,226,301 |
| General and administrative | 1,460,126 | 1,104,486 |
| Marketing | 1,079,353 | 618,508 |
| Stock based compensation | 525,252 | 455,985 |
| Research and development | 253,236 | 248,902 |
| Amortization | 99,038 | 62,170 |
| Foreign exchange loss | 36,338 | 22,795 |
| Interest and bank charges | 24,094 | 33,878 |
| | 7,506,323 | 4,773,025 |
| Net loss and comprehensive loss | $ (6,868,314) | $ (4,539,706) |
| Deficit, beginning of year | (14,926,585) | (10,386,879) |
| Deficit, end of year | $ (21,794,899) | $ (14,926,585) |
| **NET LOSS PER SHARE** | | |
| Basic and diluted – Note 2 (p) | $ (0.11) | $ (0.10) |

See accompanying notes to the consolidated financial statements

## Consolidated Statements of Cash Flows
### Years Ended December 31,

|  | 2007 | 2006 |
|---|---|---|
| **CASH PROVIDED BY (USED IN):** | | |
| **OPERATING ACTIVITIES** | | |
| Net loss | $ (6,668,314) | $ (5,526,706) |
| Additions not affecting cash | | |
| Amortization | 89,038 | 62,170 |
| Amortization of rental assets | 82,749 | 58,198 |
| Stock based compensation | 525,252 | 455,585 |
| Write down of rental assets | 122,400 | — |
| Warranty expense | 1,825 | (224) |
| Unrealized foreign exchange loss (gain) | 26,232 | (3,223) |
| | (6,020,818) | (2,954,200) |
| Net change in non-cash working capital balances – Note 14 | 503,878 | 1,669,922 |
| | (5,516,940) | (1,284,278) |
| **FINANCING** | | |
| Issuance of common shares | 6,483,616 | 8,645,273 |
| Repayment on capital leases | (10,444) | (4,931) |
| Share issue costs | (122,440) | (786,462) |
| Loan repayment | 157,352 | (13,310) |
| | 6,498,078 | 7,841,430 |
| **INVESTMENTS** | | |
| Restricted cash | — | (264,500) |
| Purchase of property and equipment | (117,220) | (121,229) |
| Purchase of intangible assets | — | (34,992) |
| Purchase of rental assets | (417,560) | (152,593) |
| | (535,080) | (593,314) |
| Change in cash and cash equivalents | (742,792) | 2,604,380 |
| Cash and cash equivalents, beginning of year | 2,688,389 | 84,009 |
| Cash and cash equivalents, end of year | $ 1,945,587 | $ 2,688,389 |

See accompanying notes to the consolidated financial statements

## Notes to Consolidated Financial Statements
### Years Ended December 31, 2007 and 2006

AeroMechanical Services Ltd. (the "Company") is a public company incorporated under the Canada Business Corporations Act. The Company is listed on the Toronto Venture Stock Exchange, trading under the symbol "AMA".

The Company is a designer, developer and service provider to the global aerospace industry. The major products are the Automated Flight Information Reporting System ("afirs") UpTime™, AeroQ™ and UnderfloorStowage Units.

**NOTE 1    GOING CONCERN**

At December 31, 2007, the Company had working capital of $1,469,360 (2006 – $3,126,579), a deficit of $21,794,895 (2006 – $14,926,585), a loss from operations of $6,860,314 (2006 – $4,539,706) and negative cash flow from operations of $6,612,692 (2006 – $4,942,736).

The Company's ability to continue as a going concern is dependent upon obtaining profitable operations and/or obtaining additional financing in order to fund its on-going operations (note 15). The Company's ability to attain profitable operations and positive cash flow in the future is dependent upon various factors including its ability to acquire new customer contracts, the success of management's continued cost containment and general economic conditions.

There is no assurance that the Company will be successful in attaining and sustaining profitable operations and with hopes of raising additional capital to meet its working capital requirements. If the Company is unable to satisfy its working capital requirements from these sources, the Company's ability to continue as a going concern and to achieve its intended business objectives could be adversely affected.

These consolidated financial statements have been prepared on the basis that the Company will continue to meet its obligations in the ordinary course of business and do not reflect adjustments that would otherwise be necessary if the going concern assumption was not valid such as reclassification to liquidation values and reclassification of balance sheet items.

## NOTE 2  SIGNIFICANT ACCOUNTING POLICIES

The consolidated financial statement of the Company have been prepared in accordance with Canadian generally accepted accounting principles within the parameters of the accounting policies as summarized below.

**(a) Basis of Presentation**

These financial statements consolidate the accounts of the Company and its wholly-owned subsidiary. Accordingly, all Company data, i.e., Flight Camp, and Flight Costs, Thew subsidiaries were inactive for the reporting periods and committee operations.

**(b) Measurement Uncertainty**

The preparation of the financial statements in accordance with Canadian generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of the financial statements and the reported amounts of revenue and expenses during the reporting period. Actual results could differ from and affect the reported amounts in the consolidated financial statements as future confirming events occur.

Amounts recorded for the impaired compensation are based on management's estimate of these costs' volatility and the expected useful life of the options. By their nature, these estimates are subject to uncertainty and the impact on the consolidated financial statements of future periods could be material.

Amounts recorded for warranty are based on management's estimates of the costs associated with the alloy's rental asset, Costs of technology upgrades and replacing components that are not functioning, pilot associated costs of travel and staff time have been included in the estimates. By their nature, these estimates are subject to uncertainty and the impact on the consolidated financial statements of future periods could be material.

Accruals recorded for provision for inventory obsolescence are based on management's estimates which consider a variety of factors that may affect the carrying values of inventory. These factors include, but are not limited to, market demand, technology changes, and design changes.

**(c) Revenue Recognition**

The Company's main revenue source is derived from the rental of alloy™ units and related lifetime usage fees and the value of under-floor storage boxes. Revenue from alloy™ is collected from an upfront fee which is recorded as unearned revenue and recognized into revenue over the term of the agreement. Revenue from lifetime usage fees is recognized at the end of each month it is based on actual usage during that month.

Revenue from the sale of under-floor storage boxes is recognized when the unit is shipped, title is transferred and collection is reasonably assured.

Certain customers have prepaid for product services not yet delivered. These amounts are recorded as unearned revenue on the balance sheet and are recognized as revenue in the period in which such product or services are delivered.

## NOTE 2  SIGNIFICANT ACCOUNTING POLICIES Continued

**(d) Property and Equipment**

Property and equipment are recorded at cost. Depreciation is provided annually at rates calculated to write-off assets over their estimated useful lives as follows:

Computers                  30% declining balance
Equipment                  20% declining balance
Leasehold improvements     60 months straight-line

**(e) Rental Assets**

Rental assets are recorded at cost and consist of alloy™ units that are in use in customer aircraft, spare units held by airlines, and units available for lease. Amortization is provided for those units that are leased on a straight-line basis over 4 years.

**(f) Future Income Taxes**

The Company uses the liability method to account for income taxes. Future income taxes are calculated based on temporary differences arising between the financial statement carrying values and tax bases of assets and liabilities. Future income tax assets and liabilities are measured using substantively enacted income tax rates expected to apply in the years in which temporary differences are expected to be recovered or settled. Changes in income tax rates that are substantively enacted are reflected in the accumulated future tax balances in the period the change occurs. A valuation allowance is recorded against any future income tax assets that substantially consists of non-capital loss carry forwards if it is more likely than not the asset will not be realized.

**(g) Foreign Currency Translation**

Transactions denominated in US dollars have been translated into Canadian dollars at the approximate rate of exchange prevailing at the time of the transactions. Monetary assets and liabilities denominated in foreign currencies have been translated into Canadian dollars at the year end exchange rates. The operations of the Company's foreign subsidiary are considered integrated and therefore its accounts are translated into Canadian dollars under the temporal method of accounting whereby monetary items are translated at exchange rates in effect at the balance sheet date and non-monetary items translated at rates of exchange in effect at the time of the transactions. Exchange gains and losses are included in the consolidated statement of loss and deficit.

**(h) Research and Development Costs**

Research costs are expensed as incurred. Development costs incurred in the design and development of new products are capitalized if certain defined criteria are met. The criteria for capitalization of development costs is met when the product is clearly identified, the technical feasibility has been established, management has indicated its intention to market the product, the future market is identified and adequate resources exist or are expected to be available to complete the project. Upon commercial production or use of the product, deferred costs will be amortized over the estimated useful life of the product. If the criteria are no longer met, costs for a specific product are charged against earnings. To date, all development costs have been expensed as incurred.



NOTE 2   SIGNIFICANT ACCOUNTING POLICIES Continued

(i) Financial Instruments

The Company adopted as of January 1, 2007 the new standards issued by the Canadian Institute of Chartered Accountants ("CICA") regarding the recognition, measurement, disclosure and presentation of financial instruments. Under these standards, financial instruments must be classified into one of five categories: i) held-to-maturity, ii) held-for-trading, iii) loans and receivables, iv) available-for-sale and v) other financial liabilities. The new standards require that all financial instruments within the scope of the standards, including all derivative instruments, be recognized on the balance sheet initially at fair value. Subsequent measurement of all financial assets and liabilities, except those in the held-to-maturity and available-for-sale categories, must be determined at amortized cost using the effective interest rate method. Held-for-trading financial instruments are measured at fair value with changes in fair value recognized in earnings. Available-for-sale financial instruments are measured at fair value with changes in fair value recognized in comprehensive income until the investment is derecognized or impaired, at which time the amounts would be recorded in net earnings.

The adoption of these new standards had no impact on the Company's accounts and deficit position as at December 31, 2007. As a result of the adoption of these new standards, the Company has classified its cash and cash equivalents, as held-for-trading, accounts receivable as classified as loans and receivables. Accounts payable and certain accrued liabilities are classified as other liabilities, all of which are measured at amortized cost. Carrying values approximate the fair value due to the short term nature of the instruments. The fair value of the loans payable could not be determined as the timing of the repayment is difficult to estimate as they are dependent on future revenues.

(j) Comprehensive Income

The Company also adopted as of January 1, 2007, new standards with respect to comprehensive income. These standards require a statement of comprehensive income if there are items that give rise to comprehensive income or loss. The Company did not identify any such items giving rise to comprehensive income or loss in the year ended December 31, 2007, or that would result in an adjustment to opening balances for accumulated other comprehensive income or loss.

(k) Inventory

Inventory is stated at the lower of cost and net realizable value. Management evaluates inventory items for obsolescence and changes objectives are to cost of goods sold. Cost is determined using the first-in, first-out method. Inventories include ties, these storage units, and general parts which are resold pending installation and sale to the customer.

(l) Cash and Cash Equivalents

Cash and cash equivalents consist of deposits in banks, redeemable deposits, guaranteed investment certificates, and short-term investments with initial maturities of three months or less.

(m) Warranty

Provisions for estimated expenses related to product warranties are made at the time products are leased. These estimates are established using historical information relating to the nature, frequency, and average cost of warranty claims.

NOTE 2   SIGNIFICANT ACCOUNTING POLICIES Continued

(n) Per Share Amounts

The treasury stock method is used to determine the dilutive effect of stock options and other dilutive instruments. The treasury stock method assumes that proceeds received from the exercise of in-the-money instruments are used to repurchase common shares at the average market price for the period.

The weighted average number of shares outstanding during the year was 64,304,464 (2006 – 45,385,226).

(o) Stock-based Compensation

The Company has an executive stock compensation plan and a stock option plan for directors, officers, employees and consultants of the Company. The executive stock compensation plan provides for direct grants of stock to the Company's officers. Under the terms of the stock option plan, the options shall be granted at an exercise price no less than market price of the stock on the date of issuance, less a discount up to a percentage permitted by the rules and policies of the stock exchange.

The Company records compensation expense in the consolidated statement of loss, and deficit for stock options using the fair value method. Compensation costs are recognized over the vesting are determined using the Black-Scholes option pricing model.

(p) Intangible Assets

Intangible assets are stated at cost and are comprised of a license. The license has an indefinite life. Intangible assets are subject to an annual impairment test or more frequent if events or changes in circumstances indicate that the carrying value may not be recoverable.

(q) Deferred Leasehold Inducements

Leasehold improvements are deferred and amortized against rent expense on a straight-line basis over the term of the lease. When a lease interest is abandoned, the balance of the leasehold inducement is offset against the lease tenant cost or rent expense during the applicable period.

(r) New Accounting Standards Effective January 1, 2008

The Company will adopt new accounting standards relating to inventory and disclosure and presentation of financial instruments. Management does not anticipate that these new standards will have a material impact on the Company's financial statements.

(s) Comparative Figures

Certain of the comparative figures have been reclassified to conform to the presentation adopted in the current year.

## NOTE 3  PROPERTY AND EQUIPMENT

| 2007 | Cost | Accumulated Depreciation | Net Book Value |
|---|---|---|---|
| Computer | $ 331,950 | $ 197,579 | $ 134,371 |
| Equipment | 153,326 | 57,459 | 95,867 |
| Leasehold improvements | 79,359 | 56,632 | 22,547 |
| | $ 564,635 | $ 311,669 | $ 252,826 |

| 2006 | Cost | Accumulated Depreciation | Net Book Value |
|---|---|---|---|
| Computer | $ 256,072 | $ 153,136 | $ 102,936 |
| Equipment | 113,714 | 40,351 | 73,363 |
| Leasehold improvements | 77,680 | 29,334 | 48,345 |
| | $ 447,475 | $ 222,831 | $ 224,644 |

Included in computers and equipment are capital leases with a net book value of $39,637 (2006 - $36,213).

## NOTE 4  RENTAL ASSETS

| 2007 | Cost | Accumulated Depreciation | Net Book Value |
|---|---|---|---|
| Leased assets | $ 955,912 | $ 422,286 | $ 533,626 |
| Assets available for lease | 581,175 | 113,408 | 467,718 |
| | $ 1,297,060 | $ 535,616 | $ 981,414 |

| 2006 | Cost | Accumulated Depreciation | Net Book Value |
|---|---|---|---|
| Leased assets | $ 400,560 | $ 89,497 | $ 311,063 |
| Assets available for lease | 479,233 | 21,600 | 457,633 |
| | $ 879,793 | $ 111,097 | $ 768,696 |

In 2007 it was determined that certain rental assets in the amount of $132,461 (2006 - nil) were obsolete. These rental assets have been charged against operations on the consolidated statements of loss and deficit.

## NOTE 5  DEFERRED LEASEHOLD INDUCEMENTS

| | 2007 | 2006 |
|---|---|---|
| Balance, beginning of year | $ 29,655 | $ — |
| Additions | — | 37,640 |
| Amortization | (13,687) | (7,985) |
| Balance, end of year | 15,968 | 29,655 |
| Less: current portion | (13,687) | (13,687) |
| | $ 2,281 | $ 15,968 |

## NOTE 6  LOANS PAYABLE

| | 2007 | 2006 |
|---|---|---|

The Industrial Research Assistance Program "IRAP" loan is non-interest bearing and unsecured. The loan is repayable annually, based on 1.11% of gross revenues, commencing October 2005 and is unsecured. The current portion is calculated based on the actual gross revenues in the previous quarter plus the Company's revenue projections for the next nine months.

The Technology Partnerships Canada "TPC" loan is non-interest bearing and unsecured. The loan is repayable annually, based on 1.5% of the initial contributions when the Company has achieved more than 10% growth in gross revenues above the previous year's gross revenue and the gross revenue for the year is greater than the base amount. The base amount is defined as the Company's gross revenue in fiscal 2004, which was at $396,127.

| | 340,966 | 348,096 |
| | 194,523 | 123,605 |
| | 435,489 | 472,701 |
| Less: current portion | (52,810) | (120,742) |
| | $ 382,679 | $ 351,959 |

## NOTE 7  BANK LOAN

Operating demand loan is available to the Company up to a maximum of $250,000 (2006 - $250,000). The operating demand bears interest at Canadian chartered bank prime rate plus 1.0%. The operating demand loan and other revolving credit facilities are secured by an assignment of cash collateral in the amount of $254,500 and a general security agreement including a first ranking security interest in all personal property. The amount of the cash collateral has been disclosed as restricted cash. As at December 31, 2007, the facility has not been drawn.

40

## NOTE 8  OBLIGATIONS UNDER CAPITAL LEASE

The Company is party to various capital leases for computer hardware and software that expire in 2009. Future minimum lease payments under the capital leases are as follows:

|  | 2007 | 2006 |
|---|---|---|
| 2008 | $ 29,498 | $ 23,302 |
| 2009 | 16,275 | 21,801 |
| 2010 | 1,663 | 8,790 |
|  | 40,479 | 53,873 |
| Less unearned interest | (7,647) | (10,659) |
| Less current portion | (23,681) | (16,105) |
|  | $ 18,150 | $ 27,028 |

## NOTE 9  SHARE CAPITAL

### a) Authorized

Unlimited number of:
Common shares
Class A, B, and C preferred shares, issuable in series

The preferred shares may be issued in one or more series to be so designated to fix the number of shares, and attributes thereof to determine the designation, rights, privileges, restrictions and conditions attached to the shares in each series.

### b) Issued and Outstanding

| Common Shares | Number of Shares | Value |
|---|---|---|
| Balance December 31, 2005 | 57,899,067 | $ 7,915,377 |
| Issued for cash | 14,680,959 | 6,751,450 |
| Issuance on settlement of debt | 4,550,227 | 1,672,793 |
| Exercise of employee options | 300,650 | 103,362 |
| Contributed surplus from exercise of employee options | — | 19,347 |
| Share subscription receivable | — | (9,000) |
| Share issue costs | — | (1,459,658) |
| Balance December 31, 2006 | 58,369,923 | 17,002,982 |
| Issued for cash | 6,610,467 | 5,923,160 |
| Exercise of employee options | 1,290,993 | 430,266 |
| Contributed surplus from exercise of employee options | — | 250,632 |
| Exercise of warrants | 6,457,239 | 2,273,470 |
| Contributed surplus from exercise of warrants | — | 173,998 |
| Share subscription receivable | — | 9,000 |
| Share issue costs | — | (122,860) |
| Balance December 31, 2007 | 72,728,622 | $ 23,992,644 |

## NOTE 9  SHARE CAPITAL Continued

### (b) Issued and Outstanding (continued)

(i) In 2006, the Company issued 8,545,359 units at $0.26 per unit for cash proceeds of $2,221,493 and net cash proceeds, net of all issuance costs, of $1,995,427. Each unit consists of one common share and one-half of one purchase warrant. One whole warrant may be exercised into one common share at a price of $0.40 and the warrants expire on February 9, 2008. The warrants are subject to an acceleration clause whereby if the Company's common share price is equal to or greater than $0.50 for a period of 10 consecutive trading days, the Company may notify all warrant holders and issue a press release causing the warrants to be exercised within 30 days of the date of the press release, failing which the warrants expire.

(ii) In 2005, the Company issued 16,250,050 units at $0.45 per unit for cash proceeds of $6,959,090 and net cash proceeds, net of all issuance costs, of $5,942,931. Each unit consists of one common share and one-half of one purchase warrant. One whole warrant may be exercised into one common share at a price of $0.60 if exercised on or before September 1, 2007 and at a price of $0.75 if exercised prior to September 1, 2008.

### (c) Stock Option Plan

The Company grants stock options to its directors, officers and consultants. The Company has a policy of reserving up to 15% of the outstanding common shares for issuance to eligible participants. As at December 31, 2007, there were 7,272,862 (2006 – 5,648,852) common shares reserved for this purpose. All options vest immediately at the grant date with the exception of 150,000 performance options granted to employees during the year. The options are granted at an exercise price not less than fair market value of the stock on the date of issuance. A summary of the Company's outstanding and exercisable stock option grants, as at December 31, 2007 and December 31, 2006 and changes during the years, are presented below:

|  | 2007 | | 2006 | |
|---|---|---|---|---|
|  | Number of Shares | Weighted Average Exercise Price | Number of Shares | Weighted Average Exercise Price |
| Outstanding, beginning of year | 2,426,995 | $ 0.33 | 1,333,720 | $ 0.42 |
| Granted | 1,139,600 | 0.65 | 1,560,000 | 0.28 |
| Exercised | (1,290,993) | 0.34 | (300,600) | 0.29 |
| Cancelled/Expired | (39,934) | 0.57 | (166,095) | 0.55 |
| Outstanding, end of year | 2,235,668 | $ 0.50 | 2,426,995 | $ 0.33 |
| Exercisable, end of year | 2,119,002 | $ 0.48 | 2,426,995 | $ 0.33 |

Of the options outstanding 116,666 are not vested or exercisable at December 31, 2007 since performance conditions had not yet been met.

12

## NOTE 9  SHARE CAPITAL Continued

|  | Options Outstanding | | | Options Exercisable | |
|---|---|---|---|---|---|
| Range of Exercise Price | Number Outstanding | Weighted Average Contractual Life (years) | Weighted Average Exercise Price | Number Outstanding | Weighted Average Contractual Life (years) | Weighted Average Exercise Price |
| $0.27 to $0.26 | 2,535,068 | 2.2 | $ 0.30 | | | |
| $0.51 to $0.80 | 2,139,022 | 2.2 | $ 0.59 | 2,139,022 | 2.2 | $ 0.59 |

The weighted average fair market value of the options granted during the year was $0.65 ($2004 - $0.28) per option.

The fair values of the options granted was estimated using the Black-Scholes option pricing model with the following weighted average assumptions:

|  | 2007 | 2006 |
|---|---|---|
| Risk-free interest rate | 4.6% | 3.9% |
| Expected life (years) | 2.6 | 2.9 |
| Volatility in the price of the company's common shares | 135% | 147% |
| Dividend yield rate | 0.0% | 0.0% |

### (d) Contributed Surplus

|  | 2007 | 2006 |
|---|---|---|
| Balance, beginning of year | $ 1,370,322 | $ 285,187 |
| Finder fee warrants exercised | (130,926) | 673,397 |
| Employee stock options exercised | (230,610) | (18,147) |
| Stock based compensation | 425,252 | 435,885 |
| Balance, end of year | $ 1,434,034 | $ 1,370,322 |

## NOTE 9  SHARE CAPITAL Continued

### (e) Warrants

A summary of the Company's outstanding warrants and changes during the years are presented below:

|  | 2007 | | 2006 | |
|---|---|---|---|---|
|  | Number of Shares | Weighted Average Exercise Price | Number of Shares | Weighted Average Exercise Price |
| Outstanding, beginning of year | 17,136,376 | $ 0.51 | 3,046,497 | $ 0.45 |
| Finder fee granted | - | - | 780,681 | 0.28 |
| Granted | - | - | 4,271,992 | 0.40 |
| Granted | - | - | 8,125,800 | 0.55 |
| Finder fee granted | - | - | 1,300,396 | 0.60 |
| Exercised | (6,452,339) | 0.49 | (75,000) | 0.40 |
| Expired | (1,148,077) | 0.45 | (317,140) | 0.45 |
| Outstanding, end of year | 9,535,960 | $ 0.52 | 17,136,376 | $ 0.51 |

The 14,482,059 warrants issued in 2006 entitle the holder to acquire one common share of the Company at prices ranging from $0.40 to $0.75. Of the issued warrants 9,429,396 were issued with escalating exercise price of $0.60 until September 1, 2007 and $0.75 until September 1, 2008. Of the remaining warrants 2,521,500 warrants expire February 9, 2008, 2,531,163 warrants expire March 7, 2008, the 9,429,396 expire on September 1, 2008.

The fair value of these warrants were $3,051,269 or $0.32 per warrant. The fair value of these warrants were estimated using the Black-Scholes option pricing model with average risk free interest rate of 3.9%, expected life of 1.2 years, volatility in the price of the Company's common shares of 202% and dividend yield of 0.60%. The fair value attributed to the warrants has not been bifurcated from the value of the units issued. As such, the full value of the units issued has been allocated to share capital.

Finder fee warrants are accounted for as a charge to share issuance costs and a credit to contributed surplus (Note 9 (d)). The fair value of the finder fee warrants were estimated using the Black-Scholes option pricing model with a weighted average risk-free interest rate of 3.9%, expected life of 1.2 years, volatility in the price of the Company's common shares of 202%, and a dividend yield rate of 0.60%.

## NOTE 10  COMMITMENTS

The Company is party to various leases for its operating premises and equipment. Future minimum annual payments under these operating leases are as follows:

| 2008 | $ 240,205 |
|---|---|
| 2009 | 68,481 |
| 2010 | 13,896 |
| 2011 | 11,580 |
|  | $ 334,162 |

45

**NOTE 11  RELATED PARTY TRANSACTIONS**

During the year, the Company had normal course business transactions with related parties, all of which were measured at the exchange amount of consideration established and agreed upon by the related parties and approximates fair market value.

During 2007, the Company had the following transactions with related parties, all of which were measured at the exchange amount, that being the amount of consideration established and agreed upon by the related parties and approximates fair market value.

(a) The Company issued 3,522,899 common shares to officers and directors of the Company at $0.30 per share in settlement of debt of $1,056,870.

(b) The Company issued 617,590 units to officers and directors of the Company at $0.05 per unit for cash proceeds of $246,550. Each unit consists of one common share and one-half of one purchase warrant. Each whole warrant may be exercised into one common share at a price of $0.40 and the warrants expire on February 9, 2009. The warrants are subject to an acceleration clause, whereby if the Company's common share price is equal to or greater than $0.56 for a period of 10 consecutive trading days, the Company may notify all warrant holders and issue a press release, causing the warrants to be exercised within 30 days of the date of the press release, failing which the warrants expire.

**NOTE 12  INCOME TAXES**

(a) The income tax expense differs from the amount which would be obtained by applying the expected federal and provincial income tax rate of 34.12% (2006 – 34.12%) as follows:

|   | 2007 | 2006 |
|---|---|---|
| Computed expected tax (recovery) | $ (2,206,102) | $ (1,474,906) |
| Non-deductible expenses | 20,876 | 11,397 |
| Stock-based compensation | 165,711 | 148,150 |
| Rate change and other | 825,923 | 645,403 |
| Valuation allowance and other | 1,193,592 | 670,096 |
|   | $ — | $ — |

**NOTE 12  INCOME TAXES Continued**

(b) The components of the Company's future income tax assets are as follows:

|   | 2007 | 2006 |
|---|---|---|
| Capital assets | $ 148,105 | $ 92,012 |
| Intangibles | 51 | 56 |
| Warranty liability | 3,007 | 3,485 |
| Non-capital loss carry-forwards | 4,709,586 | 3,874,612 |
| Share issue costs | 192,019 | 255,857 |
| Scientific research and experimental development expenditures | 646,953 | 293,437 |
| Other | 4,161 | (2,318) |
| Valuation allowance | (5,706,484) | (4,507,143) |
|   | $ — | $ — |

(c) The Company has non-capital losses for income tax purposes of approximately $18,072,288 which are available to be applied against future years' taxable income. The benefit of these non-capital losses has not been recognized in the consolidated financial statements. These losses will expire as follows:

| 2008 | 217,463 |
| 2009 | 561,537 |
| 2010 | 1,715,370 |
| 2014 | 2,579,296 |
| 2015 | 2,419,758 |
| 2026 | 4,258,514 |
| 2027 | 6,335,318 |
|   | $ 18,072,288 |

**NOTE 13  FINANCIAL INSTRUMENTS**

(a) **Foreign Currency Risk**

The Company is exposed to fluctuations in the exchange rates between the Canadian dollar and other currencies with respect to assets, sales and purchases. The fluctuations are expensed as incurred. The Company monitors fluctuations and takes action, if deemed necessary, to mitigate its risks.

(b) **Credit Risk**

Accounts receivable include amounts receivable for normal terms and extended terms, which are generally made to credit-worthy purchasers. The Company is exposed to losses in the event of non-performance by counter-parties to these financial instruments.

## NOTE 14 SUPPLEMENTAL CASH FLOW INFORMATION

|  | 2007 | 2006 |
|---|---|---|
| **Change in Non-Cash Working Capital** |  |  |
| Accounts receivable | $ (320,123) | $ (76,731) |
| Prepaid expenses | (116,684) | (183,737) |
| Inventory | (1,381,592) | (145,001) |
| Accounts payable and accrued liabilities | 722,656 | (611,693) |
| Unearned revenue | 527,972 | 161,259 |
| Deferred lease inducement | (13,687) | — |
|  | $ (591,873) | $ (869,922) |
| Taxes paid | $ — | $ — |
| Interest earned | $ 85,110 | $ 4,756 |
| **Cash and Cash Equivalents** |  |  |
| Cash in bank | $ 430,187 | $ 427,849 |
| Short-term investment certificates | 1,515,500 | 2,260,500 |
| | $ 1,945,687 | $ 2,688,349 |

## NOTE 15 SUBSEQUENT EVENT

On March 13, 2008, the Company issued 4,949,620 units at $1.50 per unit for net proceeds of $7,043,480. Each unit consists of one common share and one-half purchase warrant. Each whole warrant may be exercised for one common share at a price of $1.90 and expires March 12, 2010.

Subsequent to December 31, 2007, the Company received 4,626,507 common shares on the exercise of warrants for cash proceeds of $1,767,411 and 483,650 common shares on the exercise of staff options for cash proceeds of $725,350.

## NOTE 16 CONTINGENCIES

The Company is defending a suit in loss action instituted by the same plaintiff, and the Company believes that, as the amount of liability is undeterminable at this time, no liability has been accrued for claims on these actions.

In October 2007, the Company, among others, were served with a counterclaim alleging that the Company infringed a patent. The Company maintains that the claims are without merit and intends to vigorously defend this matter and believes the outcome will be in its favour. On November 1, 2007, the Company filed a motion to dismiss alleging that the counterclaim fails to state a claim upon which relief can be granted. Any amounts recorded as a result of these actions will be reflected in the year the amounts become reasonably estimable.

In September 2007, the Company was served with a statement of claim for damages. The Company maintains that the claim is without merit and no liability in respect of this action has been included in these consolidated financial statements as management intends to vigorously defend the action and believes the outcome will be in its favour. On December 21, 2007, the Company filed a motion to dismiss which was heard on April 4, 2008 and decision was reserved by the court. If the plaintiff could file an amended complaint by April 30, 2008, in which both investors are named as parties. Any amounts recorded as a result of these actions will be reflected in the year the amounts become reasonably estimable.

---

## Corporate Information

**Directors**
| | |
|---|---|
| Bill Tempany | CEO of the Company |
| Darryl Jacobs | President of the Company, Co-Founder |
| Doug Marlin | President of Marlin Ventures Ltd. |
| Mike Brown | Partner, Geselbracht Brown |
| Christine Larkin | Senior Manager, BDO Dunwoody LLP |
| Tim Morgan | President, Morgan Air. |

**Managers**
| | |
|---|---|
| Bill Tempany | CEO |
| Darryl Jacobs | President |
| Johannes Brom | COO |
| Tom French | CFO |
| Pat Sandall | VP Sales & Marketing |

**Auditors**
KPMG LLP — Calgary, Alberta

**Legal Counsel**
Chris Croteau — Tingle Merrett LLP

**Offices**
Head Office: #300, 2421 - 37 Avenue NE, Calgary, Alberta T2E 6Y7
US Office: Suite 130-310, 2951 Marina Bay Drive, League City, TX 77573

**Members of Audit Committee**
| | |
|---|---|
| Bill Tempany | CEO of the Company |
| Doug Marlin | President of Marlin Ventures Ltd. |
| Christine Larkin | Senior Manager, BDO Dunwoody LLP |

**Members of Compensation Committee**
| | |
|---|---|
| Doug Marlin | President of Marlin Ventures Ltd. |
| Mike Brown | Partner, Geselbracht Brown |
| Tim Morgan | President, Morgan Air. |



**AeroMechanical Services Ltd.**

300, 2421 - 37 Ave NE
Calgary, AB Canada T2E 6Y7

Phone: 1-403-250-9956
Toll-free: 1-866-250-9956
Facsimile: 1-403-291-9717
Email: investors@amscanada.com