# EXHIBIT 52



afirs220
P/N 501-0001-1 CONFIG. S/N
MOD
F/W
Ver
AMS
AeroMechanical Services Ltd.
Actual size

# afirs UpTime

## FULL SCOPE Data Solutions

The aviation reporting solution that delivers cost saving results.

The Automated Flight Information Reporting System (afirs) captures and processes all relevant flight, operation, and performance data on an aircraft, and securely sends it via the Iridium satellite to the UpTime server.

UpTime automatically delivers this real-time data as key client-defined reports to authorized customer subscribers via email or ftp. UpTime also stores data to provide time-based reports, which can be sent at pre-determined schedules or intervals.

The information can be sorted and filtered by criteria such as date, event, aircraft type, model, or registration. The afirs UpTime solution enables you to make better decisions based on accurate, real-time data, thereby saving you money. The only limit is your imagination… we fulfill your reporting requirements in order to simplify your airline's daily procedures



afirs UpTime FULL SCOPE Data Solutions

afirs UpTime FULL SCOPE Data Solutions

## S — Safety enhancements

Enhance the safety of your flight operations through the use of valuable collected flight operations data. Reduce the complexity of collecting and reporting the data required for Flight Data Monitoring / Flight Operations Quality Assurance (FDM / FOQA) programs.

## C — Compliance standards

Exceed your compliance requirements with uninterrupted, global two-way communications between the flight deck, aircraft cabin, and ground personnel. Know where your aircraft are at all times in real-time, and meet your organization's situational awareness requirements for all operations departments.

## O — Organizational assistance

Understand the whereabouts, status, and condition of your aircraft, anywhere on the planet. Provide aircraft operations intelligence to enable up to the minute health information about the aircraft as well as improved effectiveness of the overall operation. Increase the accuracy and predictability of your fleet and asset management.

## P — Profit realization

Maximize your fleet's aircraft utilization by accurately monitoring airframe / components and evaluating current and past usage profiles. Focus your operations on cost avoidance, and decrease the spread between Revenue Available Seat Mile (RASM) and Cost of Available Seat Mile (CASM). Build a fuel management information system based on accurate, relevant data that reflects the reality of your organization.

## E — Efficient culture

Promote a more efficient corporate culture by improving Dispatch / Mission Assurance, and increase your most expensive assets' reliability. Understand where the gaps are in your expected operational outcomes, and target and close these gaps.




## afirs UpTime system chart

afirs 110/220
Relays aircraft data to UpTime in real-time
Data, Text & Voice Communications
Data, Text & Voice Communications
iridium
(Global)
Data, Text & Voice Communications
Data, Text & Voice Communications
UpTime Server
Stores & sends data to Airline Operations in real-time
Airline Operations
Utilizes data to:
· enhance communications
· decrease operational costs
· increase operational efficiency
· increase engine, airframe and component life
· reduce fuel costs

## afirs UpTime features

Stay in constant communication with your aircraft anywhere, anytime... in real-time.

- voice
- text
- (P)OOOI
- maintenance alerts
- flight following
- engine trends
- engine/airframe exceedences

| Feature | Model |
|---|---|
| Know where your aircraft is at all times | 110 / 220 |
| Stay in constant communication with the crew of your aircraft | 110 / 220 |
| In flight text messaging, electronic logbook and reports | 110 / 220 |
| Airline Operations Control | 220 |
| (AOC) Messages | 220 |
| Engine Health Monitoring Reports | 220 |
| Engine Exceedences Reports | 220 |
| Airframe Exceedences Reports | 220 |
| Fuel Management Information Systems (FMIS) Reports | 220 |
| Meteorological Data Reports (ADMAR) | 220 |
| Additional Customized Reports | 220 |

## afirs UpTime 220

afirs is an on-board automated flight information collection and reporting system for the commercial aircraft industry. afirs UpTime records data from a number of data sources on-board the aircraft, stores the input data, then transmits selected information to the input data for pre-defined events and triggers. 'It then provides data to designated recipients or IT systems in various airline departments.

The afirs 220 unit processes all the input data through a set of rules called Embedded Logic Application (ELA), and monitors for certain parameters, events or triggers. Selected information is transmitted in near real-time via the Iridium satellite system to a secure UpTime data management site. Standard files generated include (P)OOOI ([pushback], out, off, on, in) information, engine performance data and exceedences, flight following position reporting, and much more. Customized reports can be generated based on the airline's request. As well, a set of rules can be applied for an individual aircraft, partial fleet, or an entire fleet of aircraft for diagnostic purposes.



# afirs UpTime transmission

DATA TRANSMISSION

Transmits & Receives Data

iridium

In-flight Communication Options

Real-Time Satellite Data Transmission

PCMCIA QAR Data Transfer

UpTime Data Repository

Flight Operations

Maintenance

Safety Management Systems

Administration

External Clients

VOICE TRANSMISSION

Cockpit Integrated Audio Interface, Handset, Cordless Handset, and Dialer Pad'

TEXT MESSAGING AND DATA TRANSMISSION

EFB1, EFB2 / PDA / Laptop

## afirs UpTime 220

Cockpit Integrated Audio Interface, Handset, Cordless Handset, and Dialer Pad

EFB1, EFB2 / PDA / Laptop

The afirs UpTime 220 solution's on-board removable flash memory card allows for continuous storage of the captured flight data (QAR) for future analysis and for quick maintenance access to the recorded data at any given time. All the recorded data is regularly uploaded to the UpTime system for a complete history of the aircraft.

afirs global voice enables seamless, global, in-flight satellite voice communication between aircraft crew and ground-based users through the afirs modem.

afirs not only captures binary information and transfers it using short burst data technology, afirs global text is capable of two-way text messaging and displays messages in the aircraft on a connected electronic flight bag (EFB), laptop or personal digital assistant (PDA).

### Benefits

- Uninterrupted Air-To-Ground Communication
- EFB / PDA Connectivity
- Reduced Personnel
- Real-Time Asset Tracking Component
- Aircraft Heath and Usage Management
- Reduce Costly Overhauls
- Data Captured on Built-in Quick Access Recorder (QAR)

## afirs UpTime 220

### afirs specs

- Height: 4.425" (111 mm)
- Width: 4.90" (122.50 mm)
- Weight: 6.9 lbs (3.13 kg)
- Length: 15.12 (378 mm)
- ARINC 573 / 717 Databus (Transfer Data to FDR)
- Two ARINC 429 Databus Inputs
- Two EFB / PDA Inputs / Outputs
- Twelve Discrete Inputs
- Built-in QAR (Capturing FOQA)
- One Maintenance Port

### Installation

- Installed in the Electronics Equipment Compartment
- Tray Mounted (1/2 ATR size)
- 28VDC Power Supply
- Low Profile Dual Iridium / GPS Antenna installation occurs during maintenance checks or regular overnight checks.

### Approvals and certification

- DO-160E Environmental Testing
- FAA Supplemental Type Certificate
- Transport Canada Supplemental Type Certificate

## Real-time customer reporting

As soon as the afirs report arrives at UpTime, a check is performed to see if a customer report is scheduled and should be sent. These customer reports can contain data sent from the afirs unit as well as any data already in the UpTime system. In other words, UpTime might wait for a number of events on the aircraft or elsewhere in the airline to occur before sending a report to the customer to maximize the benefits of each transmission.

UpTime can also provide time-based reports. These reports are sent at pre-determined schedules or intervals, and can contain information that has been previously received by the UpTime system.

## Web interface

Maintenance, dispatch, operations, and management personnel can access the customized reports securely over the internet. The aircraft information can be sorted and filtered by criteria such as date, event, aircraft type, model or registration. The only limit is your imagination to find reporting requirements that will simplify your airline's daily operations, enabling you to make better decisions based on accurate verifiable, real-time data.

## Data processing and storage

UpTime receives files from the afirs unit through the Iridium satellite system. These files and all relevant information is stored in a centralized, secure database. The data accumulates, which is used to construct reports immediately. The data accumulates, and is used to construct reports immediately. At the same time, the data can be transferred to IT systems, or third-party software such as engine condition monitoring or flight following applications.

https://www.uptime.aero/Uptime/general/main.jsp

Uptime Reporting

UpTime

Tue, 26 Jun 2007 23:24:03 UTC

Home
Reports
Flight Summary
Flight Follow
OOOI Diagnostic
POOO Diagnostic
AFIRS Tracking
FDR Parsing
AirSync
ELA Management
Firmware Msgs
Aircraft Information
Flash Card Uploads
Contact Us

**Flight Summary**

Company: Customer A/C Type: Boeing 737

| Date(utc) | Registration | Flight No. | Origin | Dest |
|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 06-24-2007 | NAAAAA | 482 | SNA | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 06-24-2007 | NAAAAA | 481 | SNA | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 06-25-2007 | NAAAAA | 0 | OAK | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 06-25-2007 | NAAAAA | 441 | OAK | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 06-26-2007 | NAAAAA | 482 | SNA | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 06-24-2007 | NBBBBB | 474 | OGG | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

Flight Summary



**afirs** global following

Flight Path in Google Earth

**afirs** global following

Flight Path in Flight Explorer



AMS AeroMechanical Services Ltd.

## Contact Us

300, 2421 - 37 Ave NE Calgary, AB Canada T2E 6Y7
Phone: 403.250.9956 | Toll Free: 866.250.9956
Fax: 403.291.9717 | Email: support@amscanada.com

www.amscanada.com

Transport Canada

approved manufacturing organization 63-04

European Aviation Safety Agency

Federal Aviation Administration

General Administration of Civil Aviation of China

AeroMechanical Services Ltd.

www.amscanada.com