**EXHIBIT 53**

| | SEARCH BLOG | ▪FLAG BLOG | Next Blog» | | Create Blog | Sign In |

> Showing posts with label **Aeromechanical Services**.
> Show all posts

Wednesday, May 21, 2008
## AeroMechanical - Progress in China & Key Executive Added

AeroMechanical Services (TSX:V - AMA) Basic Shares: 82.2 million Fully Diluted: 90 million

****************
****************
***



News of two major building blocks broke at AMA midweek.

The first being the hiring of a senior, internationally-acclaimed aviation executive and the second, a report that the first commitment from a Chinese airline to install AMA's technology is about to take place.

But while the AMA share volume rose marginally in early trading, the share price still hovered in the $0.74 to $0.78 range – the spot where it has resided for the past several weeks.

In any event, the good news is that Richard Hayden, a Vice President of Meggitt, the London, England-based aviation company that AMA has been working with to open doors at aircraft manufacturers around the world, will be joining AMA full time this summer. Mr. Hayden is leaving Meggitt on excellent terms, meaning the relationship between AMA and Meggitt will continue. Mr. Hayden's job title at AMA, effective July 1st, will be Director, Business Aviation.

He'll be responsible to guide the first major step AMA has undertaken in installing its breakthrough and patented technology on board a brand new business jet. That will come with the near-term test of AMA technology on a Hawker Beechcraft family of business aircraft. To view the full press release on Mr. Hayden's appointment and the breakthrough test on a Hawker jet, please click here.

Meanwhile, Bolder Investment Partners, a Vancouver-based

### Client Commentaries

Aeromechanical Services (25)

Anglo Swiss Resources Inc. (16)

Asia Now Resources Corp. (15)

Brainhunter (22)

LMS Medical Systems (29)

Med BioGene (14)

Planet Organic Health Corp. (23)

Pure Nickel (26)

Webcasts and Special Investor Events (2)

### Blog Archive

May 2008 (11)

April 2008 (18)

March 2008 (18)

February 2008 (18)

January 2008 (13)

December 2007 (11)

November 2007 (23)

October 2007 (17)

September 2007 (19)

August 2007 (22)

July 2007 (9)

June 2007 (17)

May 2007 (31)

April 2007 (23)

March 2007 (40)

independent brokerage, wrote in one of its daily commentaries that the news of Mr. Hayden's appointment gives AMA great management depth, considering AMA also recently won over John Brom as COO from Aloha Airlines. "If the company (AMA) can get a roll out with Hawker, the stock is off to the races," Bolder's newsletter concluded.

While all of the above is good news, a portion of Research Capital's latest report by its analyst, Jacque Kafavian, was put on Stockhouse. It was icing on the cake for AMA.

Kafavian wrote that he was recently in China and confirmed with Shanghai Airlines that it wants to install AMA's technology on board two Boeing 767s early next month.

Should this happen, it would be in advance of the June 30th deadline for final regulatory approvals anticipated by AMA. This is required before it could install its equipment on board any of the Chinese aircraft already under contract.

Mr. Kafavian wrote that there is urgency to complete the two installations because Shanghai Airlines' has to ferry troops around the country in support of the Olympic torch relay within China. Mr. Kafavian also wrote that, "we fully expect that general installations (of AMA's technology) will begin in July and several will be completed in time for the Olympics, which begin August 8."

AMA's understanding of the latter quote is that Mr. Kafavian was referring to other Chinese airlines that have signed contracts to install AMA's technology, but were waiting for the expected regulatory approval on June 30th.

Mr. Kafavian also wrote that while Chinese orders represent over 50% of AMA's contracted technology, "we believe this will decline to less than 10% over time as (AMA) increases its customer base outside China. China provides a stable long-term base for future growth," the analyst added.

Mr. Kafavian reconfirmed his earlier advice that AMA stock is a BUY with a future target price of $3.00.

To view the Stockhouse posting on Mr. Kafavian's report, please click here.

Posted by Bob Beaty at 12:12 PM   0 comments

Labels: Aeromechanical Services

Monday, May 12, 2008
## AMA Returns To The Heart Of Africa



AeroMechanical Services
(TSX:V - AMA)

February 2007 (42)

January 2007 (7)

December 2006 (1)

**Subscribe for Updates via RSS Feeds or Email**

 RSS Feed

**Click here to register for updates or email us at info@howardgroupinc.com.**

**Terms of Use for the LIVE Newsletter**

Please click here to read the terms of use and disclaimer for the live newsletter.

**Clients of The Howard Group**

**Click on the logo to view their detailed client page on the Howard Group website:**



AeroMechanical Services

(AMA: TSX-V)



Anglo Swiss Resources

(ASW: TSX-V)



Asia Now Resources Corp.

(NOW: TSX-V)

Basic Shares: 82.2 million

Fully Diluted: 90 million

******************************************

Another African airline will be installing AeroMechanical's patented and breakthrough technology on board at least 19 of its aircraft.

It was a swift hit for the market.
The five-year contract, that could be worth up to $2.8 million, will see the first two installations of the technology next month, followed by two aircraft in July, five in August and the remaining 10 aircraft after September.
This unidentified carrier brings the total aircraft contracted for the technology to 718 from 30 different airlines throughout the world.
Another African airline signed on for AMA's technology earlier.
To view the full news release, please click here.

Immediately following the announcement, AMA shares rose three per cent and volume was up sharply.

Posted by Bob Beaty at 12:18 PM  0 comments

Labels: Aeromechanical Services

Friday, May 9, 2008
## Micro Light Aircraft Pilots Get Top Indian Award



The Indian Air Force (IAF) pilots, who set a new world record for flying around the globe in a tiny, micro light aircraft, received a coveted Indian military award.
IAF Wing Commander Rahul Monga and his co-pilot, Wing Commander Anil Kumar, were handed the Shaurya Chakra decoration for valor and courage in a peacetime activity earlier this month.

(Wg. Cmdr. Kumar is on the left in the picture, Wg. Cmdr. Monga is on the right of the micro light they guided to this world record.)



Brainhunter Inc.

(BH -TSX)



LMS Medical Systems Inc.

(LMZ -TSX & AMEX)



MED BIOGENE

Med BioGene Inc.

(MBI - TSX-V)

PLANET ORGANIC

Planet Organic Health Corp.

(POH - TSX-V)

purenickel

Pure Nickel Inc.

(NIC -TSX)

The prestigious medal recognized the huge risks the two took while flying their extremely light and cramped aircraft over dangerous parts of the globe last summer in only 80 days, breaking the previous record of 99 days.

AeroMechanical Services played a key role in that effort by providing the technology that allowed the two pilots to stay in constant phone contact with whoever they needed to call from, wherever they were in the world. The technology also allowed the IAF and anyone else to follow the tiny craft on the Internet in real time in the air or on the ground and no matter where it was on the globe.

Pilot Monga is ordinarily a helicopter fighter pilot and co-pilot Kumar flies supersonic jet fighters. Their normal work stood in stark contrast to the single engine micro light they bounced around the skies in. Even the slightest wind could alter the course of a craft that had a takeoff weight - with the two pilots factored in - of less than 500 kilograms (1,100 pounds.)

On one harrowing landing at a remote Chinese airport, the craft shot up into the air on a wind gust just seconds before touchdown. Another attempt ended with the same result but they managed to land on a third try.

They flew over vast plains, dense forests, deserts, the Alps, the Rockies and the wide, iceberg-infested waters of the Davis Strait between Iqaluit in northern Canada and Greenland.

The flight was done to celebrate the IAF's 75th anniversary and for the two daredevil pilots to be the IAF's goodwill ambassadors in the 19 countries they flew over and touched down in. AMA's technology was critical to their success, Wing Commander Monga said after the odyssey ended, because they were frequently able to use the phone to contact local air traffic controllers in order to change flight plans in air when they encountered bad weather.

In addition, the technology brought great comfort because the IAF knew exactly where the craft was flying and it could call in rescue personnel if the pilots were forced to ditch, no matter where they were in the world.

"Everyone at AMA wishes to congratulate Rahul and Anil on this well deserved award," said AMA CFO, Tom French.

"It took a lot of courage to fly that incredibly tiny machine around our diverse world," Mr. French said, adding, "AMA was proud to be a small part of that feat and we look forward to helping with future adventures that the IAF or its pilots undertake."

Posted by Bob Beaty at 11:16 AM  0 comments

Labels: Aeromechanical Services

Monday, April 28, 2008
## AeroMechanical Files 2007 Year End Report

AeroMechanic
al Services

Ltd.
(TSX-V: AMA)
Basic Shares: 82.2 million
Fully Diluted: 90 million

----------------------------------------------

The message in AeroMechanical's (AMA) 2007 Annual Report is that a number of bricks were added to the company's foundation and in that regard it was very much another year of building.

Revenues were nearly double over 2006 but increased marketing costs left a sizeable net loss.

Nevertheless, investors can take some comfort in the fact that the vast majority of expenses are geared to increasing business and there is plenty of cash in the kitty to carry on.

On the revenue side, it's interesting to look at the progress made. With its year ending on Dec. 31st, AMA's 2005 revenue stood at $511,532.

That jumped to $1,094,466 in 2006 and in 2007 revenues came in nearly double to land at $1,989,404.

Another significant advancement came in whittling down the time required to win international aviation authority approvals for installation of AMA's technology on a wide variety of aircraft.

It's taken AMA seven years to build up the formidable list of international approvals it has and the time, talents and money required to duplicate AMA's achievements are a huge barrier for any competitor trying to do the same thing.

A significant vote of support also came from AMA's employees in 2007 as they, directors, officers and contractors snapped up 19% of the shares issued through stock options and warrants. That brought the percentage of employees owning AMA shares up to roughly 92%. But the net loss for the year ending Dec. 31st was also up hitting $6.8 million, compared to $4.5 million for 2006.

According to management's 'Discussions and Analysis' report filed on SEDAR, the higher loss was due primarily to hiring more people to make sure the company is able to handle higher growth. Salaries also increased due to Alberta's thin labour market. In addition, shifting currency rates translated into a roughly 16% loss for AMA as the American greenback slid in value. Finally, higher overall marketing costs through things such as increased travel bills chimed in as AMA's reach extended further around the globe.

However, the 2007 net loss is in hand given $9.4 million AMA had in hand from working capital coming into 2008, the March private placement and exercise of warrants and stock options.

In addition to that $9.4 million, there will be sales revenues for 2008.

Interestingly, one of the other dramatically increased costs came with nearly $300,000 in legal fees to fend off two court challenges and one regulatory challenge from Toronto-based Star Navigation.

AMA also launched a $15 million counter suit against Star.

Costs associated with all of the above are particularly unsettling given the legal opinions AeroMechanical received that it holds the high and solid legal ground.

However, management repeated it will vigorously fight the various actions and just as vigorously prosecute its own counter suit against Star.

Another solid validation for AeroMechanical's breakthrough technology came with the reporting of a final $673,989 licensing fee from a division of Meggitt Aerospace, the venerable British aviation firm that signed on with AMA to market its technology to global aircraft manufactures.

To view the entire year end report please click here.

Posted by Bob Beaty at 3:38 PM  0 comments

Labels: Aeromechanical Services

Thursday, April 10, 2008
## Has AeroMechanical's Rival Punched Itself?



(TSX - V: AMA)

Basic Shares: 82.2 million

Fully Diluted: 90 million

-------------
-------------
------------

Star Navigation landed on the ropes Wednesday April 09th after a U.S. court delivered a haymaker punch by dismissing Star's patent infringement lawsuit against AeroMechanical.

But Star may have delivered another roundhouse punch to its own corporate jaw the following day through an April 10th Star press release that contained what AeroMechanical (AMA) said were two misleading statements.

In that controversial press release, Star stated that a California court "declined" AMA's motion to dismiss Star's patent infringement lawsuit.

Nothing could be further from the truth, AeroMechanical said in a same-day press release that followed Star's release.

In fact, AMA pointed out that the California court granted its motion to have Star's patent infringement lawsuit dismissed.

But there was a significant caveat in that court decision, AMA noted. The court also ruled that the two individuals who claim to hold the patents to Star's technology could revive a patent infringement lawsuit against AMA if those two individuals - instead of just the corporation - sued AMA.

That court caveat prompted Star to state in its April 10th press release that the two claimed patent holders - Star CEO Viraf Kapadia - and a former executive that Star fired - Hilary Vieira - would follow the court's instructions.

"(Kapadia and Vieira) will now be added as co-plaintiffs," the Star press release boldly stated.

Star then added:

"The patent infringement lawsuit is expected to continue following this technical correction."

Well, hang onto your seats ladies and gentlemen because sometimes fact can be stranger than fiction.

Here's why.

Mr. Vieira followed up on that Star statement by penning a letter in which AMA says Mr. Vieira hotly denied he would lend his name to a patent infringment case against AMA.

AMA said Vieira then took one more step by filing a formal complaint to the Ontario Securities Commission alleging Star was issuing misleading statements about him.

Investors, meanwhile, felt like ping-pong balls as they bounced between the two starkly different press releases that AMA and Star issued.

To view AMA's press release on the whole issue, please click here.

Posted by Bob Beaty at 3:16 PM  0 comments

Labels: Aeromechanical Services

Wednesday, April 9, 2008
## AeroMechanical Rival Gets Hit With A Haymaker



(TSX-V: AMA)

Basic Shares 82.2 million

Fully Diluted 90 million

-------------------------------
--------------

Star Navigation is on the ropes after a Northern California Judge struck a legal blow by tossing out Star's patent infringement case against AeroMechanical.

The punch wasn't a knockout blow but it left Star reeling.

Basically, the Judge granted AeroMechanical's motion for an early dismissal of Star's case because those claiming to be patent holders for Star's technology were not formally listed as plaintiffs.

Star Navigation was the only plaintiff.

The Judge ruled that unless Star's former top executive, Hilary Viera, and its current top executive, Viraf Kapadia, formally joined the patent infringement case against AeroMechancial, Star couldn't proceed.

The judge gave Star until April 30th to have Viera and Kapadia sign on.

That could prove interesting because Kapadia allegedly fired Viera from Star last year and Star subsequently sued Viera in an Ontario court.

To view the entire press release on the Northern California court decision please click here.

Posted by Bob Beaty at 2:10 PM   0 comments

Labels: Aeromechanical Services

Tuesday, April 8, 2008
## Analyst Update Targets AMA Shares at $3.00



(TSX-V: AMA)
Basic Shares: 82.2 million

Fully Diluted: 90 million

----------------------------

In a recent update, Research Capital Analyst Jacque Kavafian concluded AeroMechanical shares are a bargain at the current price and he stuck with his earlier prediction that its shares could hit $3 later this year.

In his April 7th update, Kavafian wrote that despite setbacks such as 1) Aloha Airlines ending its passenger operations due to a Chapter 11 filing and 2) Chinese regulatory authorities taking much longer than previously expected to approve AeroMechanical's (AMA) technology in that country, he is still optimistic about the company's prospects.

On China, Kavafian wrote that installations "should begin in late July or August 2008," and that all regulatory approvals are expected by June.

Since Aloha Airlines was a founding customer, and received a heavy discount compared to all other customers that followed, Kavafian wrote that, "we do not expect AeroMechanical to be materially impacted from this event."
He added that Aloha only represented about five per cent of AMA's projected 2008 revenues and that there could be a silver lining here given the opportunity this gives AMA to follow Aloha's fleet as new airlines swoop in to purchase mothballed Aloha aircraft equipped with AMA's technology.
At last reporting, AMA said it had 699 aircraft through 29 different airlines contracted and waiting to install its technology.

"We remain a BUY on the stock and believe that the current share price level (in the mid $0.70 range) presents a good buying opportunity," Kavafian wrote.

Posted by Bob Beaty at 3:12 PM  0 comments

Labels: Aeromechanical Services

Tuesday, April 1, 2008
## AeroMechanical Flies On Minus Its Earliest Partner



AeroMechanical Services Ltd. (TSX:V-AMA)

Basic shares: 92.5 million

--------------
--------------
---------

It was a sad, but not financially crippling time at AeroMechanical with the demise of one of its earliest customers - Aloha Airlines out of Hawaii.

Aloha announced it was filing for Chapter 11 bankruptcy protection in the United States and subsequently, that it was ceasing its passenger operations.

However, it is keeping alive its more lucrative cargo and special operations business so AeroMechanical (AMA) should continue to enjoy revenue, albeit at a reduced level.

AMA said in a April 1st news release that for the 2007 fiscal year, gross revenue invoiced to this old and faithful customer amounted to just nine per cent of AMA's cash-based revenue.

AeroMechanical CEO Bill Tempany said one of the reasons Aloha revenue was such a small piece of the AMA pie was because Aloha was its first major customer so it got a discounted deal compared to current contracts.

"Aloha has been a great partner during out four-year relationship," Mr. Tempany said. "We continue to appreciate the support of Aloha."

To read the full press release, please click here.

Posted by Bob Beaty at 2:47 PM  0 comments

Labels: Aeromechanical Services

Wednesday, March 26, 2008
## March a Contract-Happy Month for AeroMechanical

AeroMechanical Services Ltd., (TSX:V-AMA)

Shares outstanding: 82.1 million

-----------------
-----------------
--------



An airline that previously ordered AeroMechanical's full technology package for two of its aircraft just signed a contract to add another nine planes. The first contract with the unidentified North American airline was announced in the middle of last month.

This second contract for the greater number of aircraft was announced March 26th.

AeroMechanical said in its latest press release that the airline may also order more blue boxes (AFIRs) as it increases the size of its fleet.

To view the full press release, please click here.

Posted by Bob Beaty at 3:12 PM  0 comments

Labels: Aeromechanical Services

Tuesday, March 25, 2008
## Another Notch in AeroMechanical's Belt



AeroMechanical Services (TSX:V - AMA)

Shares issued: 82.1 million
------------------------------------------

Another airline signed up with AeroMechanical, bringing the tally of aircraft under contract up to 690 from 29 different airlines around the world.

This latest customer is described as a Canadian low-cost charter airline that will install AeroMechanical's blue box on two of its aircraft.

Over the life of the five-year contract, nearly $300 thousand in revenues will be generated.  .

Installation of the *afirs*(TM) UPTime (TM) system, which provides pilots with voice and email contact from any spot around the globe, minute-by-minute tracking of the aircraft and troubleshooting from thousands of onboard aircraft sensors, is scheduled in April and May of this year.

To view the full press release, please click here.

Posted by Bob Beaty at 9:20 AM  0 comments

Labels: Aeromechanical Services

Monday, March 24, 2008
## AeroMechanical on Discovery Channel Once More



Micro light beside mid-sized 737 passenger jet.

AeroMechancial Services (AMA - TSX V)

Discovery Channel is scheduled to air its feature on AeroMechancial Services and the Indian Air Force record-breaking microlight aircraft flight again tonight (March 24th) and tomorrow morning (March 25th.)

The show on how AeroMechanical helped Indian Air Force pilots Rahul Monga and Anil Kumar smash the old world record for a round-the-world flight in a tiny aircraft first aired on February 19th & 20th. Discovery Channel featured a number of record-breaking achievements. The feature on AeroMechanical appears about one-half of the way through it.

It is scheduled to air on the specialty cable show at 5:00 p.m. and 9:00 p.m. Mountain Standard Time (MST) on March 24th and at 7:00 a.m. and 9:00 a.m. (MST) on March 25th.

If you miss any of the the latter show times, please click here to see the feature when it was first aired.

Posted by Bob Beaty at 3:23 PM  0 comments

Labels: Aeromechanical Services

Thursday, March 13, 2008
## AeroMechanical Closes $4.5 Million Financing

 (TSX:V - AMA)

Demand exceeded the original share supply in a bought deal private placement causing AeroMechanical to close the financing at $4.5 million - $1.5 million above the original target.

Research Capital Corporation acted as the underwriter.

Under the deal, AeroMechanical issued 4.5 million units at $1 per unit. Each unit consists of one common share and one half of one common share purchase warrant.

That will allow the holder of each whole warrant to acquire one common share for a period of two years from the March 10th closing date at $1.30 per common share. Buyers are subject to a four-month holding period.

AeroMechanical said it would used the net proceeds to fund its working capital needs and for general corporate purposes.

To read the entire press release please click here.

Posted by Bob Beaty at 4:27 PM  0 comments

Labels: Aeromechanical Services

Friday, March 7, 2008
## AeroMechanical Into The Heart Of Africa



(TSX:V - AMA)

AeroMechanical's (AMA) global reach was measured in a small way Friday with the March 07th announcement it will install its technology on one aircraft owned by an African airline.

As usual, AMA did not identify the customer. Instead it was described as an African passenger and charter operator.

While the contract is small it shows the extended reach of AMA's sales team, which continues its work around the globe.

This latest contract brings the number of aircraft under contract to 688 from 28 different airlines.

To view the full news release please click here.

Posted by Bob Beaty at 10:32 AM  0 comments

Labels: Aeromechanical Services

Thursday, March 6, 2008
## AeroMechanical's Greenshoes And Explanations



(TSX:V - AMA)
Following the March 5th, evening Webcast about the state of AMA's business interests in China, two news releases were issued.

The first set out the major statements contained in the Webcast.

Please click here to view the full release.

The second was about the joint decision by AMA and Research Capital, its underwriter on the recently-announced $3 million bought deal financing, to increase the size of the over-allotment option contained in the original financing announcement.

In the original announcement, Research Capital was allowed to increase the size of the $3 million offering by $1 million.

Now, Research Capital will be allowed to add another $500,000 bringing the the total over-allotment to $1.5 million.

Over allotments are triggered by demand that is greater than the offering.

To view this full news release please click here.

Posted by Bob Beaty at 2:56 PM  0 comments

Labels: Aeromechanical Services

Wednesday, March 5, 2008
## China Could Lead AeroMechanical To The Holy Grail

 

(TSX:V - AMA)

Remember the old line that there is always a silver lining to every storm cloud?

AMA's March 5th Webcast took that one step further by providing a golden lining to the announcement that final approval for the China deal is rescheduled to June 30th.

No doubt investors will be disappointed to hear that the regulatory approval that would allow AMA's technology to be installed on a large percentage of China's vast civil aviation fleet - the approval investors were expecting last month - is now put over to the predicted date in the summer.

But the gold lining is that once that long sought-after regulatory approval is granted, the Webcast participants said China's civil aviation authority will send a formal request to Boeing and Airbus to install AMA's technology at the factory level on all new planes China orders.

That's what AMA CEO Bill Tempany said in summing up answers provided by executives from Skyblue, AMA's joint venture business partner in China.

"I think what you said," Mr. Tempany said to the Skyblue executives "is that as soon as (the) approval is done, there will be a formal request to put it (AMA's technology) on their production lines?"

The rest of the Webcast participants - Michael Fang, AMA's Vice President-China, and Skyblue's President and COO - agreed.

AMA has been trying for years to tap into the Holy Grail of the airline business by getting the large aircraft manufacturers to install AMA's blue box on the factory floor.

Then AMA wouldn't have to wait for individual airlines to bring their contracted aircraft in for the lengthy mandatory maintenance and safety checks that are required before its technology can be installed.

The only issues on the factory floor, will be plant schedules.

Mr. Fang, acting as translator for the Skyblue executives, added to the factory installation issue by stating that an "informal" request by China's civil aviation authority has already been sent to Boeing and Airbus to, "look at AMA's technology on their production (lines.)"

The factory installations came up during a lengthy question period that followed the Webcast.

The Chinese executives predicted that regulatory approval will come by June 30th, followed by first payments to AMA on July 15th.

To hear the entire Webcast and questions please dial either (416) 640-1917 or (877) 289-8525 and enter the passcode 21265096 followed by the pound sign.

Posted by Bob Beaty at 6:00 PM  0 comments

Labels: Aeromechanical Services

Monday, March 3, 2008
## AeroMechanical Update on China



(TSX:V - AMA)

AeroMechancial Services' business partner in China will speak about progress on installation of AeroMechanical's technology onboard China's civil aviation fleet this Wednesday evening (March 5th.)

In a March 3rd news release, AeroMechanical said it will hold a webcast at 7:00 p.m. (Eastern Time) that will feature executives from its China-based business partner, Aircraft Data Communication Company (ADCC.)

Anyone wishing to listen in should type, **http://www.newswire.ca/en/webcast/viewEvent.cgi?eventID=2191640** into their browser.

If you would prefer to hear it over the telephone please call:

(403) - 398 - 9531 (Calgary)

(416) - 644 - 3418 (Toronto)

(800) - 732 - 6179 (Toll-Free)

Anyone wishing to ask questions should email them to: update@amscanada.com

To read the press release on this webcast, please **click here**.

Posted by Bob Beaty at 2:20 PM  0 comments

Labels: Aeromechanical Services


## AeroMechanical In The News



(TSX:V - AMA)

AeroMecha

nical Services was featured in three publications earlier this month ranging from the National Post newspaper, the Dow Jones Newswires service and Alberta Venture Magazine. The latter publication ran a photograph of AeroMechanical founder and President Darryl Jacobs in a trench coat making him look slightly like Hollywood actor Peter Faulk, who played the fictional private detective Columbo. The only difference between Columbo's trench coat and Mr. Jacobs was Mr. Jacobs' coat wasn't soiled with coffee and donought jelly drippings.

Pity.

To view the articles, please click on the links below.

National Post, February 18, 2008 edition
Please click here.

Dow Jones Newswires, February 13th edition.
Please click here.

Alberta Venture Magazine, February 2008 edition.

Please click here.

Posted by Bob Beaty at 11:31 AM  0 comments

Labels: Aeromechanical Services

Friday, February 29, 2008
## AeroMechanical's Comfortable Financial Pew



Those investors left confused over why AeroMechanical announced a $3 million bought-deal financing after company executives stated they didn't need new money to hit cash-flow break even can be forgiven.

What the late Thursday (February 28th) release failed to mention was why the financing is taking place. It wasn't because AeroMechanical needed the money.
Its September 30th financial statements show it had approximately $4.5 million in working capital and only $385,000 in long-term debt.

But as the Calgary company matures, its customer base changes. They tend to get bigger. And bigger customers often take a long, hard look at a potential supplier's balance sheet to make sure that supplier has sufficient cash to weather any future market storms.
So AeroMechanical took the leap now to top up its financial reserves while the market for its shares is favourable. It is, therefore, a good news story that should give investors and customers greater confidence in AeroMechanical's long-term viability.

To view the full press release please click here.

Posted by Bob Beaty at 11:28 AM  2 comments

Labels: Aeromechanical Services

Monday, February 25, 2008
## AeroMechanical on Discovery Channel



(TSX-V: AMA)

Discovery Channel recently aired a roughly five-minute segment on how AeroMechanical Services (AMA) helped the Indian Air Force set a new record of 80 days to fly around the world in a microlight aircraft.

The story appeared on the world channel's Daily Planet show and aired Feb. 19th and Feb. 20th.

To view the recording please click here.

Posted by Bob Beaty at 8:26 AM  0 comments

Labels: Aeromechanical Services

Wednesday, February 20, 2008
## Two Same-Day Television Appearances Fluff AeroMechanical Shares



Robert McWhirter, President Selective Asset Management

(TSX-V: AMA)

On a day when AeroMecha nical (AMA) was featured on Discovery Channel, a science television show that is distributed around the world, an analyst also praised its

20th broadcasts kept wind in AMA's sails, as other corporate ships fell into doldrums, or worse, on gloomy reports by the Federal Reserve Board about the United States economy.

AMA's shares hit $1.00 briefly before settling to a $0.99 close on relatively healthy volumes of about 244,000 shares.

The Discovery Channel broadcast a segment on how AMA helped the Indian Air Force smash a previous world record for a round-the-world microlight aircraft flight. The segment was aired twice on the evening of Feb. 19th and twice on the morning of Feb. 20th.

On the same day, Robert McWhirter, president of Selective Asset Management appeared on BNN and talked about the value of AMA's technology to the airline industry. He said one of his funds owned AMA stock but he wasn't going to push the buy button again until AMA showed some, "indications of success for installations (of its technolgy.)" McWhirter said he hoped those indicators would appear in the next three months. To view the full interview please click here.

AMA had its technology installed on 95 aircraft as of February 2008 and it had 687 aircraft under contract through 27 airlines to install its communication, tracking and trouble-shooting technology.

One of those 27 airlines was also announced on Feb. 20th as AMA gave details of a contract with an unidentifed North American carrier. While it involved a relatively small number of aircraft - two - the press release also stated the contract held the possibility of contracting other aircraft in its fleet as the airline company expanded.

Please click here to view the full press release.

Posted by Bob Beaty at 2:42 PM  0 comments

Labels: Aeromechanical Services

Newer Posts                    Home                    Older Posts

Subscribe to: Posts (Atom)

**Disclaimer:** The Howard Group is not a registered investment advisor and as such, individuals should consult a registered investment advisor prior to making investment decisions in relation to the companies discussed in this site. The information presented in these website pages was obtained from sources believed to be reliable but is not guaranteed, is not all conclusive

and should not be relied upon as the sole source of information/opinion for making an investment decision. The Howard Group or its employees may own securities in the companies presented in this site. The Howard Group receives remuneration for Investor Relations activities from the companies presented in this site.