**EXHIBIT 54**

This is an important announcement from Aloha Airlines

## Aloha Airlines - Mahalo Nui Loa.

Link to **FAQ Page**

**ALOHA AIRLINES TO SHUT DOWN PASSENGER OPERATIONS AFTER MARCH 31, 2008, ENDING A 61-YEAR TRADITION OF SERVICE TO HAWAII**

**HONOLULU** Aloha Airlines announced today that it will be shutting down its inter-island and transpacific passenger flight operations. Aloha's last day of operations will be Monday, March 31, 2008. On that day, Aloha will operate its schedule with the exception of flights from Hawaii to the West Coast and flights from Orange County to Reno and Sacramento, and Oakland to Las Vegas. Code-share partner United Airlines and other airlines are prepared to assist and accommodate Aloha's passengers who have been inconvenienced.

For more information on United's accommodation options, contact United at 1-800-UNITED1 or www.united.com. Passengers who do not wish to be re-accommodated by another airline should contact their travel agent or credit card company to request a refund. Effective immediately, Aloha will stop selling tickets for travel beyond March 31, 2008.

The shutdown of Aloha's passenger operations will affect about 1,900 employees. Aloha also announced that its air cargo and aviation services units will continue to operate as usual while the U.S. Bankruptcy Court seeks bids from potential buyers. On March 27, 2008, Saltchuk Resources, Inc., announced its intention to buy Aloha's air cargo business.

This is an incredibly dark day for Hawaii, said David A. Banmiller, Aloha's president and chief executive officer. Despite the groundswell of support from the community and our elected officials, we simply ran out of time to find a qualified buyer or secure continued financing for our passenger business. We had no choice but to take this action.

We deeply regret the impact this will have on our dedicated employees who have made Aloha one of the best operating airlines in the country. Aloha Airlines was founded in 1946 to give Hawaii's people a choice in inter-island air transportation.

Unfortunately, unfair competition has succeeded in driving us out of business, bringing to an end a 61-year-old company with a proud legacy of serving millions of travelers in the true spirit of Aloha. We realize that this comes as a devastating disappointment to our frequent flyers and our loyal business partners who have supported this company for many, many years.

###

Copyright Aloha Airlines 2008