**EXHIBIT 55**

# AeroMechanical Services Ltd.

# 2008
# 1st Quarter Report

AeroMechanical Services Ltd.
300, 2421 37 Ave NE
Calgary, Alberta
Canada  T2E 6Y7

Transport Canada Approved Manufacturer 63-04

Phone  (866) or (403) 250-9956
Fax     (403) 291-9717
E-mail  info@amscanada.com
www.amscanada.com

AMA on TSX

2008 FIRST QUARTER REPORT

## LETTER TO THE Shareholders

Dear Shareholders,

The balance sheet strengthened considerably during the first quarter, with more than $6.4 million being brought in through warrants, options, and share subscriptions. This was mainly due to a bought deal financing of $4.5 million dollars completed by Research Capital in March 2008, which provided a very solid footing for the growth we expect for the rest of the year. While only 10 new systems were delivered in the quarter, and the bankruptcy of Aloha Airlines more than overshadowed the signing of an additional 22 aircraft in the quarter, we expect the second quarter and the rest of the year to be much stronger on both the sales and installation fronts. We are now calling for more than 50 new shipments by the halfway mark and while that will drive our losses higher due to the revenue recognition policies the company has adopted. It is interesting to note that the quarterly loss of $2.1 million is down from the fourth quarter loss of $2.4 million mainly because of fewer shipments in Q1. This, combined with one time charges of $73,342 for the write-down of receivables from Aloha, contributed to a poor quarter, and again we expect better cash performance in the second quarter but an even bigger loss as shipments for new aircraft grow.

Gross margin compared to the first quarter is significantly lower due to the fact that revenue in the first quarter of last year includes the Meggitt license fee. afirs UpTime fees are up 2.5 times from last year and will continue to climb as we deliver more and more contracted services to our installed customers. As was pointed out in the annual report, we are in a building phase for delivering value to our customers, with each month bringing on both new aircraft and new services that we can bill our clients. We believe we will see steady growth in our recurring revenues for the rest of this year and beyond as our technical staff catches up with the backlog of work from our existing clients, and we focus our sales efforts on aircraft types for which we already have STCs, data collection programs, and data delivery routines in place. We are also expanding our capabilities to allow increased value to each customer and therefore increased revenues to AMA.

During the first quarter we also converted a lot of raw materials into finished products ready for deliver to our customers. We are in a position where we have either completed afirs units or the components to complete afirs units to deliver to all of our customers outside of China. Once the shipments to China commence, we will have the capacity to build these in time for delivery because we have the facilities in-house to build up to 30 units per month. With all of our customers paying in advance of delivery, we will have the necessary financial resources to meet those commitments as well.

We again want to thank our shareholders for their patience while we build out our business, as well as our board and staff for their dedication in making this dream become a reality. We are receiving great reception in the industry, our customers are happy with our products and services, and our sales team is working hard to expand our footprints globally. We are looking for this to be a banner year.

Yours truly,

Bill Tempany  
CEO

Darryl Jacobs  
President and Founder

## Management Discussion and Analysis

This management discussion and analysis ("MD&A") should be read in conjunction with the unaudited interim consolidated financial statements of AeroMechanical Services Ltd. ('AMA or the Company") for the three months ended March 31, 2008 and the accompanying notes. Additional information with respect to AMA can be found on SEDAR at www.sedar.com.

This MD&A contains forward-looking statements. Forward-looking statements are based on current expectations that involve a number of risks and uncertainties that could cause actual events or results to differ materially from those reflected in the MD&A. Forward-looking statements are based on the estimates and opinions of AMA's management at the time the statements were made. AMA assumes no obligation to update forward-looking statements, should circumstances or management's estimates change.

This MD&A is dated May 22, 2008.

### Overview

AMA is a designer, developer, and service provider of patented innovative solutions to the global aerospace business. The Company's solutions are designed to improve the productivity and profitability of our customers.

The major products of the Company are Automated Flight Information Reporting System (afirs™), UpTime™, Underfloor Stowage Unit, and AeroQ™. These products are marketed globally by a team of several individuals: six based in Calgary, one in Ontario, one in Florida, and one in Switzerland. One of the Calgary staff is currently spending 90% of his time in China dealing with opportunities there. AMA has sales coverage in many countries around the world.

### Financing Activities

On March 13th, 2008 the Company issued 4,500,000 units at $1.00 per unit for proceeds of $4,500,000 and net cash proceeds of $4,010,491. Each unit consists of one common share and one-half of one purchase warrant. One whole warrant may be exercised into one common share at a price of $1.30 if exercised on or before March 13, 2010.

The cost of the placement was $489,509 and an additional 315,000 agent options, whereby the agent is entitled to acquire up to that number of underwriter units at a price of $1.00 if exercised on or before September 13, 2009. Each underwriter unit consists of one common share and one-half of one purchase warrant. One whole warrant may be exercised into one common share at a price of $1.30 if exercised on or before March 13, 2010.

The placement was approved by the TSX Venture Exchange on March 27, 2008.

During the first quarter employees, directors, and consultants exercised stock options totaling 481,000 common shares at a weighted average exercise price of $0.33 for gross proceeds of $159,360.

Warrants were exercised during the first quarter totaling 4,476,597 common shares at a weighted average exercise price of $0.39 for gross proceeds of $1,743,412.

### Results of Operations – Three Months Ended March 31, 2008

During the three months ending March 31, 2008 the Company:

#### Revenue

As shown in the following tables the afirs UpTime Rental Revenue and Unearned Revenue are showing the results forecasted. AMA's long term investment in marketing and relationship building has given the Company a strong pipeline of prospective clients around the world. The ongoing revenue streams from our existing client base will continue to expand throughout this and future years.

AMA has adopted a revenue recognition policy, whereby, network access fees are deferred as unearned revenue and revenue is recognized over the initial term of the contracts. In the early stages of the Company's growth this will result in less revenue recognized than cash received.

The effect in the quarter is that we received $608,842 in cash revenues with $398,067 reported as revenue and $210,775 being included in unearned revenue, which compares to $337,698 in cash revenue plus a onetime license fee revenue of $583,200 for a total cash revenue of $920,898 in the first quarter of 2007.

2008 FIRST QUARTER REPORT

## Management Discussion and Analysis

Revenue decreased $439,851 in the first quarter compared to the first quarter of last year. Rental revenues increased by $129,584 over the first quarter of 2007. Sales revenue increased by $17,164 as the result of an increased level of afirs shipments to 10 in the first quarter of 2008 versus 4 in the same quarter of 2007, and the corresponding recognition of revenue associated with the purchase of installation related parts. License fees and interest decreased $586,599 since in the first quarter of 2007 there was a onetime license fee revenue of $583,200.

Revenue is expected to grow at a significantly higher rate than our costs because the Company has the infrastructure, sales people, and support organization in place to support revenue growth. The recognition of the afirs UpTime product superiority and innovation has allowed AMA to continue to be active at several leading industry events. This shows that AMA's products are being recognized as leading edge in this industry.

### Cost of Sales and Gross Margins

Percentage Cost of Sales in the first quarter of 2007 is 85% of Sales compared to 23% in 2007. If the onetime licence fee of $583,200 is removed from the calculation, the percentage cost of sales for the same quarter of 2007 is 75%. This increase is due to increased installations which, when combined with our revenue recognition policy, have the effect of raising the cost of sales. As part of our service we assist new clients with engineering support on their initial installations. This cost is covered in our access fees. Non-routable parts are parts involved in the installation process that are non-reusable (such as cables) and do not form part of the rental asset; they would remain on the aircraft if the afirs unit was extracted. Travel and support costs form part of the non-routable parts and are expensed in the period. The effect is an increase in cost of sales. As we move forward with more clients and the corresponding recurring revenue streams, we will see the cost of sales decline and our margins increase.

First quarter 2008 Gross Margin was 15% compared to first quarter of 2007 of 77%, the second quarter of 2007 of 22%, the third quarter of 41% and the fourth quarter of 2007 gross loss of 67%.

### Net Loss, General Administrative and Marketing Expenses

The net loss in the quarter ending March 31, 2008 was $2,087,512 compared to a loss of $809,265 in the same quarter of 2007, which is an increased loss of $1,278,247. This increase is primarily due a onetime license fee of $583,200 recognized in revenue in 2007 coupled with increased salaries and benefits of $291,684, increased marketing expenses of $85,938, increased general and administrative costs of $160,687, bad debt provision for Aloha Airlines of $73,372, and the write off of obsolete office equipment of $9,548.

Marketing expenses increased by $85,938 to $277,847 over the first quarter in 2007. These figures do not include salaries, and are indicative of the increased activity in the marketing and sales area of our company; however, other previous quarters the magnitude of the increase is diminishing as the level of marketing meets planned levels. We expect that expenses in marketing will remain the same or increase into the future as the Company's focus is on generating new customers. Our plans are to continue to attend shows globally that focus on marketplaces we want our products to penetrate. The costs of the shows are relatively high because of the specific nature of these shows and are consistently held in distant locations. Because our product is a very niche product, attendance at the shows is mandatory as traditional advertising does not yield significant results.

Salaries continue to be the main cost of doing business for AMA. We are hiring good qualified personnel on an ongoing basis as our customer base grows and AMA is preparing for the growth of the company as a result of our strategic business alliances that are opening many opportunities for rapid growth in sales. As a result, salaries and benefits increased from $913,104 in the first quarter of 2007 to $1,204,788 in the first quarter of 2008. The level of salaries and benefits has leveled out over the last two quarters.

Stock based compensation in the first quarter of 2008 was $28,700 versus $17,483 in the corresponding period of 2007. This was the result of increased non cash cost as the market price of AMA continues to increase. Stock based compensation continues to be an effective non-cash method to attract the senior experienced management that AMA requires to drive the Company forward.

General and administrative expenses increased by $234,059 in the first quarter of 2008 to $498,237 from $264,178 in the first quarter of 2007. AMA's Professional Fees increased by $116,943 in the first quarter of 2008 over 2007, primarily due to legal fees associated with the two ongoing litigations. Bad debt expense increased from nil in the first quarter of 2007 to $73,372 in the first quarter of 2008 as the result of Aloha Airlines filing for Chapter 7 Bankruptcy in April 2008. The amount represents the monthly recurring revenue that had not been paid at the time Aloha filed for Chapter 11 Bankruptcy Protection and was within the norm for the aviation industry. The remaining general and administrative expense increase is related to a $19,958 increase in rent expense and a $5,424 increase in general office expenses over the same period in 2007.

All other expenses are tracking as planned.

## Management Discussion and Analysis

### Research and Development

Research and development costs are being expensed as incurred. The first quarter development costs for 2008 were $76,730 as compared to $49,808 in 2007, an increase of $26,922, which is a result of increased direct research and development activities in the quarter versus the previous year. The quarterly fluctuation is related to the Company's ongoing design, testing, and certification of afirs, and the design and testing of UpTime to add aircraft types to its approved installation list. This fluctuation will continue within the previous ranges as the research and development activities are adjusted to meet contractual obligations. There are also minor expenses being incurred in the preliminary phases of AeroQ.

### Foreign Exchange

All international sales of the Company's products and services are denominated in U.S. dollars. Accordingly, the Company is susceptible to foreign exchange fluctuations. The strength of the Canadian dollar and the fact that a majority of the Company's accounts receivable are denominated in United States dollars would have resulted in foreign exchange losses but purchases of U.S. dollar denominated services and supplies offsets these losses creating foreign exchange loss of $3,290 in the first quarter of 2008 as compared to foreign exchange loss of $1,355 for the same period in 2007.

### Liquidity and Capital Resources

At March 31, 2008 the Company had working capital of $7,245,684 compared to a working capital of $2,235,180 in the same period in 2007, an increase of $5,010,504. The increase in the working capital is attributed primarily to increased cash of $3,503,763 due to increased sales and afirs box shipments, which led to increased receivables of $138,786 and increased unearned revenue of $630,005 as well as increased cash from share offerings in 2007 and 2008. Also, inventory has increased by $1,604,537 which is the result of the stocking up of inventories to meet customer installation schedules for the coming quarters, the movement of assembly in-house from third parties to reduce costs, and turn around times. Other factors are a decrease in prepaid expenses of $26,680 and obligation under capital lease increase of $36,283.

The Company's ability to continue is dependent upon attaining and sustaining profitable operations and obtaining additional financing in order to fund its working capital requirements and on-going operations. The Company's ability to attain profitable operations and positive cash flow in the future is dependent upon various factors, including its ability to acquire new customer contracts, the success of management's continued cost controls, and general economic conditions.

The Company currently has no bank debt and has an operating line of $250,000 which bears an interest rate of Canadian chartered bank prime plus 1.0%, and is secured by assignment of cash collateral and a general security agreement.

### Summary of Quarterly Results

|  | Q2-06 | Q3-06 | Q4-06 | Q1-07 | Q2-07 | Q3-07 | Q4-07 | Q1-08 |
|---|---|---|---|---|---|---|---|---|
| Revenue | $298,852 | $258,813 | $318,473 | $837,218 | $473,122 | $312,684 | $365,680 | $398,067 |
| Loss | 965,349 | 1,176,113 | 1,231,842 | 809,265 | 1,978,629 | 1,693,258 | 2,387,162 | 2,087,512 |
| Loss/Share $ | 0.03 $ | 0.03 $ | 0.02 $ | 0.01 $ | 0.03 $ | 0.03 $ | 0.04 $ | 0.03 |

### Contingencies

The Company is defending itself in actions instigated by the same plaintiff and the Company believes that the amount of liability is undermined at this time, no liability has been accrued for claims on these actions and any amounts awarded as a result of the actions will be reflected in the year the amounts become reasonably estimable. The details are as follows.

In September 2007, the Company among others were served with a counterclaim alleging that the Company induced a breach of contract and interfered with economic relationships. The Company maintains that the claims are without merit and no liability has been included in these consolidated interim statements, as management intends to vigorously defend the matter and believes the outcome will be in its favour. On November 7, 2007 the Company filed a Statement of Defense and a counterclaim against three parties for their interference with legally binding contracts, disrupted business, attacks on the Company's reputation, and costs. Any amounts awarded as a result of these actions will be reflected in the year the amounts become reasonably estimable.

In September 2007, the Company was served with a claim of patent infringement seeking unspecified damages. The Company maintains that the claims are without merit and no liability in respect to this action has been included in these consolidated financial statements as

## Management Discussion and Analysis

management intends to vigorously defend the matter and believes the outcome will be in its favour. On December 24, 2007 the Company filed a Motion to Dismiss, which was heard on April 8, 2008 and dismissed with the caveat that the plaintiff could file an amended complaint by April 30, 2008. On April 25, 2008 the plaintiff filed an amended complaint and the Company filed a second Motion to Dismiss on May 12, 2008. Any amounts awarded as a result of these actions will be reflected in the year the amounts become reasonably estimable.

### Commitments

The Company has entered into various leases for its operating premises and equipment. Future minimum annual payments under these operating leases are as follows:

|      | Premises   | Equipment | Total     |
|------|------------|-----------|-----------|
| 2008 | $ 163,249  | $ 16,904  | $ 180,153 |
| 2009 | $ 51,704   | $ 16,777  | $ 68,481  |
| 2010 | $      -   | $ 13,896  | $ 13,896  |
| 2011 | $      -   | $ 11,580  | $ 11,580  |
|      | $ 214,953  | $ 59,157  | $ 274,110 |

In addition, the Company has repayment obligations related to two Government of Canada loan programs. Under the Industrial Research Assistance Program (IRAP), the Company has received $326,907, which is to be repaid as a percentage of gross revenues over a five to ten year period commencing in October 2005. Under the Technology Partnerships Canada (TPC) program, the Company has received $104,523 to be repaid over a ten year period commencing in April 2006.

### Looking Forward

The Company has been developing a sales network around the world to leverage its marketing and delivery capabilities. In January, Meggitt Aerospace, a world leader and supplier of aerospace sensor and monitoring equipment, finalized a licensing agreement with AMA to jointly market our product and services. Meggitt has equipment installed on nearly every jet aircraft in the world with its engine sensor, monitoring systems, and other products. Since the initial signing of an agreement in June 2006, Meggitt has opened doors into the OEM market. AMA is currently completing an RFP for a major manufacturer to be included on their new jets. This is a significant move forward in our current projected marketing timeline.

The Company announced on May 19, 2008 that Mr. Richard Hayden, a Vice President of Meggitt PLC's Sensing Systems Division was joining AMA on July 1, 2008 to head up the new initiative in business aviation. The Company will be providing its patented technology to the business aircraft community. The first initiative will commence immediately on the Hawker Beechcraft family of business aircraft where AMA recently received the required STC from both Transport Canada and the FAA to install provisions to allow for a flight test.

Various strategic relationships leverage our marketing capability worldwide, as these leading organizations have completed their due diligence on AMA's product and service capabilities. The inclusion of AMA as a strategic relationship with Meggitt provides AMA a higher standard of credibility with all customers around the world. We are seeing the results through increased activity in airlines contacting our sales group and being asked to visit and speak with the major OEMs around the world.

The Company, in conjunction with its intense sales efforts, during the first quarter has continued to build on fiscal 2007 initiatives to focus resources on customer installations and deliverables. This will enable AMA to fully maximize the revenue per installed afirs and reduce the time from initial installation of an afirs unit on an aircraft to maximum billing. In addition, these efforts will enhance the ability to grow the revenue base of existing installations through additional service offerings.

## Management Discussion and Analysis

### Changes in Accounting Policies

Effective January 1, 2008, the Company adopted newly issued accounting standard issued by Canadian Institute of Chartered Accountants (CICA) under CICA Handbook Section 3031, Inventories. Prior to the adoption of this standard, the Company's policies related to inventories were largely consistent with the requirements of the new standard. The Company had adopted this policy retrospectively as of January 1, 2008 as provided for in the standard.

As of January 1, 2008, the Company also adopted CICA Handbook Section 1535, Capital Disclosure, Section 3862, Financial Instruments-Disclosure, and Section 3863, Financial Instruments-Presentation. The new standards have been adopted on a prospective basis with no restatement of prior periods. Section 1535 requires additional disclosures regarding the Company's capital management; financial instruments and the nature, extent and management of risks arising from financial instruments to which the Company may be exposed. The adoption of Section 3863 had no effect on the presentation of the Company's financial instruments.

# Financial **Statements**

## AUDITORS' INVOLVEMENT

National Instrument 51-102, Part 4, subsection 4.3 (3) (a), requires that if an auditor has not performed a review of the interim financial statements there must be an accompanying notice to the interim statements indicating that the interim financial statements have not been reviewed by an auditor.

The auditors of AeroMechanical Services Ltd. have not performed a review of the unaudited interim financial statements for the three month periods ended March 31, 2008 and March 31, 2007.

2008 FIRST QUARTER REPORT

## Financial Statements

**CONSOLIDATED BALANCE SHEET**
**(UNAUDITED)**

|  | March 31 2008 | December 31 2007 |
|---|---:|---:|
| **ASSETS** | | |
| **CURRENT** | | |
| Cash and cash equivalents | $ 5,166,598 | $ 1,945,687 |
| Restricted cash | 284,500 | 284,500 |
| Accounts receivable | 581,267 | 621,726 |
| Prepaid expenses | 235,136 | 349,924 |
| Inventory | 2,031,424 | 1,810,483 |
|  | 8,298,925 | 5,012,320 |
| **PROPERTY AND EQUIPMENT** | 318,192 | 252,826 |
| **RENTAL ASSETS** | 1,096,396 | 981,414 |
| **INTANGIBLE ASSETS** | 34,992 | 34,992 |
|  | $ 9,748,505 | $ 6,281,552 |
| **LIABILITIES** | | |
| **CURRENT** | | |
| Accounts payable and accrued liabilities | $ 652,132 | $ 1,219,977 |
| Current portion unearned revenue – Note 3 | 277,884 | 232,805 |
| Current portion of deferred lease inducement | 12,547 | 13,687 |
| Current portion of loans payable | 79,448 | 52,810 |
| Current portion of obligation under capital lease – Note 4 | 30,810 | 23,681 |
|  | 1,052,821 | 1,542,960 |
| **UNEARNED REVENUE – Note 3** | 793,132 | 689,861 |
| **DEFERRED LEASE INDUCEMENT** | - | 2,281 |
| **LOANS PAYABLE** | 351,982 | 382,679 |
| **OBLIGATION UNDER CAPITAL LEASE – Note 4** | 48,489 | 18,150 |
| **WARRANTY** | 15,851 | 13,842 |
|  | 1,209,454 | 1,106,813 |
| **SHAREHOLDERS' EQUITY** | | |
| **SHARE CAPITAL – Note 5** | 28,720,660 | 23,992,644 |
| **CONTRIBUTED SURPLUS – Note 5** | 2,647,981 | 1,434,034 |
| **DEFICIT** | (23,882,411) | (21,794,899) |
|  | 7,486,230 | 3,831,779 |
|  | $ 9,748,505 | $ 6,281,552 |

AeroMechanical Services Ltd.    8

## Financial Statements

### CONSOLIDATED STATEMENTS OF LOSS AND DEFICIT
### (UNAUDITED)

|  | For the three months ended March 31, 2008 | For the three months ended March 31, 2007 |
|---|---:|---:|
| **REVENUE** | | |
| Rental revenue | $ 270,142 | $ 140,558 |
| Sales revenue | 81,091 | 63,927 |
| License fees and interest | 46,834 | 633,433 |
|  | 398,067 | 837,918 |
| **COST OF SALES** | 339,431 | 190,474 |
| **GROSS MARGIN** | 58,636 | 647,445 |
| **EXPENSES** | | |
| Salaries and benefits | 1,204,788 | 913,104 |
| General and administrative | 498,237 | 264,178 |
| Marketing | 277,847 | 191,909 |
| Stock based compensation | 28,700 | 17,483 |
| Research and development | 76,730 | 49,808 |
| Amortization | 37,854 | 12,912 |
| Interest and bank charges | 9,154 | 5,960 |
| Foreign exchange currency loss | 3,290 | 1,355 |
| Loss on asset disposal | 9,548 | - |
|  | 2,146,148 | 1,456,710 |
| **NET LOSS FOR THE PERIOD** | $ (2,087,512) | $ (809,265) |
| DEFICIT – Beginning of the period | $ (21,794,899) | $ (14,926,585) |
| NET LOSS | (2,087,512) | (809,265) |
| **DEFICIT- END OF THE PERIOD** | $ (23,882,411) | $ (15,735,850) |
| NET LOSS PER SHARE – Basic and Diluted – Note 5 | $ (0.03) | $ (0.01) |

2008 FIRST QUARTER REPORT

## Financial Statements

**CONSOLIDATED STATEMENT OF CASH FLOWS**
**(UNAUDITED)**

|  | For the three months ended March 31, 2008 | For the three months ended March 31, 2007 |
|---|---:|---:|
| **CASH PROVIDED BY (USED IN):** | | |
| **OPERATING ACTIVITIES** | | |
| Net loss | $ (2,087,512) | $ (809,265) |
| Add items not affecting cash | | |
| Amortization | 37,854 | 12,912 |
| Amortization of rental assets | 31,191 | 18,061 |
| Loss on disposal of property and equipment | 9,548 | - |
| Stock based compensation | 28,700 | 17,483 |
| Warranty expense | 2,009 | 1,896 |
| Non-cash expenses | - | 3,623 |
|  | (1,978,210) | (755,290) |
| Net change in non-cash working capital balances | (488,608) | (4,229) |
|  | (2,466,818) | (759,519) |
| **FINANCING ACTIVITIES** | | |
| Issuance of common shares and warrants | 6,402,771 | - |
| Repayment of capital leases | (9,881) | (3,740) |
| Share issue costs | (489,509) | - |
| Loan repayment | (4,060) | (3,043) |
|  | 5,899,321 | (6,783) |
| **INVESTMENT ACTIVITIES** | | |
| Purchase of property and equipment | (66,919) | (37,299) |
| Proceeds on disposal of property and equipment | 1,500 | - |
| Purchase of rental assets | (146,173) | (221,953) |
|  | (211,592) | (259,252) |
| Change in cash and cash equivalents | 3,220,911 | (1,025,554) |
| Cash and cash equivalents - beginning of period | 1,945,687 | 2,688,389 |
| Cash and cash equivalents - end of period | $ 5,166,598 | $ 1,662,835 |
| **SUPPLEMENTAL INFORMATION** | | |
| Taxes paid | — | - |
| Interest earned | $ 23,627 | $ 18,233 |
| Cash and Cash Equivalents | | |
|     Cash in bank | $ (48,902) | $ 97,335 |
|     Guaranteed investment certificates | 5,215,500 | 1,565,500 |
|  | $ 5,166,598 | $ 1,662,835 |

## Financial Statements

NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS
FOR THE THREE MONTH PERIODS ENDED MARCH 31, 2008 AND 2007
(UNAUDITED)

**NOTE 1  SIGNIFICANT ACCOUNTING POLICIES**

These unaudited interim Consolidated Financial Statements have been prepared in accordance with Canadian Generally Accepted Accounting Principles (GAAP) on a basis consistent with those followed in the most recent audited annual financial statements for the year ended December 31, 2007, except as noted below. These unaudited interim Consolidated Financial Statements do not include all note disclosures required by GAAP for annual consolidated financial statements. Accordingly, these statements should be read in conjunction with the Company's annual audited financial statements for the year ended December 31, 2007.

Effective January 1, 2008, the Company adopted newly issued accounting standard issued by Canadian Institute of Chartered Accountants (CICA) under CICA Handbook Section 3031, Inventories, relating to the method of accounting for inventory and the related disclosures. The Company had adopted the new standard on a retrospective basis and the adoption had no effect on the Company's inventory valuation.

Effective January 1, 2008, the Company also adopted CICA Handbook Section 1535, Capital Disclosure, Section 3862, Financial Instruments- Disclosure, and Section 3863, Financial Instruments-Presentation. The new standards have been adopted on a prospective basis with no restatement of prior periods. Section 1535 requires additional disclosures regarding the Company's capital management (Note 7), while Section 3862 addresses financial instruments and the nature, extent and management of risks arising from financial instruments to which the Company may be exposed (Note 6). The adoption of Section 3863 had no effect on the presentation of the Company's financial instruments.

**NOTE 2  GOING CONCERN**

At March 31, 2008, the Company had working capital of $7,245,684 (2007 - $2,235,180) a deficit of $23,882,411 (2007 - $21,794,899), a loss from operations of $2,087,512 (2007 - $809,265) and negative cash flow from operations of $2,417,988 (2007 - $759,290).

The Company's ability to continue as a going concern is dependent upon attaining and sustaining profitable operations and/or obtaining additional financing in order to fund its ongoing operations. The Company's ability to attain profitable operations and positive cash flow in the future is dependent upon various factors including its ability to acquire new customer contracts, the success of management's continued cost containments and general economic conditions.

There is no assurance that the Company will be successful in attaining and sustaining profitable operations and cash flows or raising additional capital to meets its working capital requirements. If the Company is unable to satisfy its working capital requirements from these sources, the Company's ability to continue as a going concern and to achieve its intended business objectives could be adversely affected.

These interim consolidated statements have been prepared on the basis that the Company will continue to meet its obligations in the ordinary course of business and do not reflect adjustments, that would be necessary if the going concern assumption was not valid such as revaluation to liquidation values and reclassification of balance sheet items.

Financial **Statements**

### NOTE 3  UNEARNED REVENUE

| | |
|---|---:|
| Balance December 31, 2007 | $ 922,666 |
| Installation access fees | 212,102 |
| Earned revenues | (63,752) |
| Balance March 31, 2008 | 1,070,016 |
| | |
| Less current portion | (277,884) |
| | $ 793,132 |

### NOTE 4  OBLIGATIONS UNDER CAPITAL LEASE

During the three month period the Company acquired property and equipment totaling $47,350 which was financed with a capital lease in the amount of $47,350.

### NOTE 5  SHARE CAPITAL

Authorized: Unlimited number of: Common shares Class A, B, and C preferred shares, issuable in series. The preferred shares may be issued in one or more series and the directors are authorized to fix the number of shares in each series and to determine the designation, rights, privileges, restrictions, and conditions attached to the shares of each series.

ISSUED:

a)  Common shares

| | Number of Shares | Value |
|---|---:|---:|
| Balance December 31, 2007 | 72,720,622 | $ 23,992,644 |
| Issued for cash | 4,500,000 | 4,500,000 |
| Bifurcation of warrants issued to contributed surplus | - | (1,435,500) |
| Exercise of employee options | 481,000 | 159,360 |
| Contributed surplus from the exercise of employee options | - | 165,863 |
| Exercise of warrants | 4,476,597 | 1,743,412 |
| Contributed surplus from exercise of warrants | - | 355,920 |
| Share issue costs | - | (761,039) |
| | | |
| Balance March 31, 2008 | 82,178,219 | $ 28,720,660 |

b)  Stock Option Plan

| | Number of Shares | Weighted Average Exercise Price |
|---|---:|---:|
| Outstanding December 31, 2007 | 2,235,668 | $ 0.50 |
| Options exercised | (481,000) | 0.33 |
| Outstanding March 31, 2008 | 1,754,668 | $ 0.53 |

## Financial Statements

c) **Contributed Surplus**

| | |
|---|---:|
| Balance December 31, 2007 | $ 1,434,034 |
| Bifurcation of warrants issued | 1,435,500 |
| Employee stock options exercised | (165,863) |
| Finder fee warrants issued | 271,530 |
| Finder fee warrants exercised | (355,920) |
| Stock based compensation | 28,700 |
| Balance March 31, 2008 | $ 2,647,981 |

d) **Warrants**

| | Number of Warrants | Weighted Average Exercised Price |
|---|---:|---:|
| Balance December 31, 2007 | 9,685,960 | $ 0.51 |
| Warrants granted | 2,722,500 | 1.27 |
| Warrants exercised | (4,476,597) | (0.43) |
| Outstanding March 31, 2008 | 7,931,863 | $ 0.93 |

The calculation of basic loss per share is based on the weighted-average number of common shares outstanding during the three months ending March 31, 2008 of 77,000,209 (2007 – 58,488,823).

**NOTE 6   FINANCIAL INSTRUMENTS AND FINANCIAL RISK MANAGEMENT**

The carrying values of cash, accounts receivable, accounts payable and accrued liabilities approximate their fair value due to the relatively short periods to maturity of these instruments. The fair value of the loans payable could not be determined as the timing of the repayment are difficult to estimate as they are dependent on future revenues.

The nature of these instruments and the Company's operations expose the Company to the following risks:

(a) Credit Risk

Credit risk reflects the risk that the Company may be unable to collect amounts due to the Company from customers for its services, products, or other transactions that may be entered into by the Company. The extent of the risk depends on the credit quality of the party from which the amount is due.

The Company employs established credit approval and monitoring practices to mitigate this risk, including evaluating the creditworthiness of new customers and monitoring customer payment performance. The Company also includes the ability to receive payments in advance for both services and product in its contracts with customers as well as the ability to suspend services and ongoing support. The Company establishes an allowance for doubtful accounts that corresponds to the credit risk of its customers, historical trends and economic circumstances.

The Company's accounts receivable aging at the end of the period was consistent with what would be expected in the international aviation industry. During the three month period ended March 31, 2008, the Company recorded bad debt expense of $73,372 to reflect an account that will not be collectible and has a total reserve against receivables totaling $73,372 for the account.

(b) Interest Risk

The Company is exposed to interest rate risk on cash balances earning interest income and to the extent that it may draw on its operating line of credit which calculates interest as a function of variable interest rates. At March 31, 2008, the Company does not carry material liabilities that are exposed to variable interest rates.

## Financial Statements

(c) Liquidity Risk

The Company may be exposed to liquidity risk if it is unable to collect its trade accounts receivable balances on a timely basis and generate additional services revenue, which in turn could impact the Company's ability to meet commitments to creditors. The Company manages its liquidity risks by carrying cash on its balance sheet, by maintaining a conservative capital structure, by prudently managing its credit risks, and by maintaining its relationship with the capital markets to meet any near-term liquidity requirements.

(d) Foreign Exchange Risk

The Company is exposed to foreign exchange risk primarily in the following ways:

(i) Cashflow - the majority of the Company's revenues and a portion of its expenses are denominated in US dollars. Historically, Management has estimated that approximately 95% of its revenues are denominated in US dollars as well as a significant portion of its marketing costs.

(ii) Working Capital – the Company has exposure to foreign exchange risk for working capital items denominated in US dollars. At March 31, 2008, working capital denominated in US dollars was approximately $136,130.

The Company mitigates its exposure to foreign currency risk in the following ways:

(i) Cashflow – the Company mitigates its cashflow exposures by the international nature of the business where a significant amount of marketing related costs are in currencies that naturally hedge the US dollar revenue. The Company has not in the past managed its cashflow foreign currency exposures through the use of financial instruments.

(ii) Working Capital – the Company mitigates its working capital exposure by managing its US dollar denominated working capital items as offsets and thus limit the requirement to convert either to or from US dollars to fulfill working capital payment requirements.

### NOTE 7  CAPITAL MANAGEMENT

The Company's objectives when managing capital are to safeguard the Company's ability to continue as a going concern so that it can continue to seek to provide returns for shareholders and benefits for other stakeholders, to maintain an optimal structure to reduce the cost of capital, and to facilitate the growth strategy of the Company.

The Company monitors its capital management through analysis of cashflow expectations to ensure an adequate amount of liquidity and through the monthly review of financial results and business expectations. The Company considers the shareholders equity to be the capital of the Company.

Based upon the dynamic nature of the aviation and technology markets that the Company engages in, and the low level of tangible assets required, the capital strategy is to carry a very low level of debt, including capital leases. Although a formal debt to equity ratio has not been established by the Company, the ratio of debt to equity has been reducing at the end of each year end to 7% at March 31, 2008.

### NOTE 8  CONTINGENCIES

The Company is defending itself in actions instigated by the same plaintiff and the Company believes that, as the amount of liability is undermined at this time, no liability has been accrued for claims on these actions:

In September 2007, the Company, among others, was served with a counterclaim alleging that the Company induced a breach of contract and interfered with economic relationships. The Company maintains that the claims are without merit and no liability in respect to this action has been included in these consolidated financial statements as management intends to vigorously defend the matter and believes the outcome will be in its favour. On November 7, 2007, the Company filed a statement of defense and a counterclaim against three parties for interference with legally binding contracts, disrupted business, attacks on the Company's reputation, and costs. Any amounts awarded as a result of these actions will be reflected in the year the amounts become reasonably estimable.

In September 2007, the Company was served with a claim of patent infringement seeking unspecified damages. The Company maintains that the claims are without merit and no liability in respect to this action has been included in these consolidated financial statements as management intends to vigorously defend the matter and believes the outcome will be in its favour. On December 24, 2007 the Company filed a Motion to Dismiss, which was heard on April 8, 2008 and dismissed with the caveat that the plaintiff could file an amended complaint by April 30, 2008. On April 25, 2008 the plaintiff filed an amended complaint and the Company filed a second Motion to Dismiss on May 12, 2008. Any amounts awarded as a result of these actions will be reflected in the year the amounts become reasonably estimable.

2008 FIRST QUARTER REPORT

## Financial Statements

**NOTE 9  COMPARATIVE FIGURES**

Certain comparative information has been reclassified to conform with the current period's presentation.