1  DANIEL P. ALBERS (admitted *pro hac vice*)
2  JOHN P. WAPPEL (admitted *pro hac vice*)
   BARNES & THORNBURG LLP
   One North Wacker Drive, Suite 4400
3  Chicago, IL  60606
   Phone No.: (312) 357-1313
4  Fax No.:  (312) 357-1313
   Email:  dalbers@btlaw.com
5  Email: jwappel@btlaw.com

6
   CHRISTINE H. MCCARTHY (admitted *pro hac vice*)
7  BARNES & THORNBURG LLP
   750 17th Street N.W., Suite 900
8  Washington, D.C. 20006-4675
   Phone No.: (202) 289-1313
9  Fax No.:  (202) 289-1330
10 Email:  cmccarthy@btlaw.com

11 JEFFREY K. LEE, CA Bar No. 212465
   KIMBERLY A. DONOVAN, CA Bar No. 160729
12 GCA LAW PARTNERS LLP
   1891 Landings Drive
13 Mountain View, CA  94043
   Phone No.: (650) 428-3900
14 Fax No.: (650) 428-3901
   Email:  jlee@gcalaw.com
15 Email: kdonovan@gcalaw.com

16 Attorneys for Plaintiffs  STAR NAVIGATION SYSTEMS
   GROUP LTD. and VIRAF KAPADIA
17

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

20                        SAN FRANCISCO DIVISION

| | |
|---|---|
| 21  STAR NAVIGATION SYSTEMS<br>GROUP LTD., and VIRAF S. KAPADIA, | Case No.  C 07-4820 (MMC) |
| 22 | |
| 23         Plaintiffs, and | **DECLARATION OF JOHN P. WAPPEL IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL MEMORANDUM OPPOSING DEFENDANT'S MOTION TO DISMISS** |
| 24  HILARY VIEIRA, | |
| 25         Involuntary Plaintiff, | |
| 26  v. | Honorable Maxine M. Chesney |
| 27  AEROMECHANICAL SERVICES LTD., | Date:  August 22, 2008<br>Time: 9:00 a.m. |
| 28         Defendant. | Place: Courtroom 7, 19th Floor |

Case No. C 07-4820 (MMC)
Declaration of John P. Wappel

I, John P. Wappel, declare:

1. I am over the age of eighteen.
2. I am an attorney with the law firm of Barnes & Thornburg LLP, and have been retained by Star Navigation Systems Group Ltd. in this matter.
3. I make this declaration in support of Plaintiffs' Supplemental Memorandum Opposing Defendant's Motion to Dismiss.
4. Attached as ***Exhibit 1*** is a true and correct copy of an inventor's declaration and power of attorney executed by Viraf S. Kapadia and Hilary Vieira and filed with the U.S. Patent and Trademark Office in connection with the application for U.S. Patent 7,113,852.
5. Attached as ***Exhibit 2*** is a true and correct copy of a chain of electronic mail correspondence between Plaintiffs' counsel Daniel Albers and Mr. Vieira's counsel.
6. Attached as ***Exhibit 3*** is a composite exhibit comprising true and correct copies of electronic mail correspondence between Plaintiffs' counsel, Daniel Albers, and Defendant's counsel and a document attached to said electronic mail correspondence titled "Notice of Depositions and Requests for Production of Documents and Things By Plaintiff Star Navigation Systems Group Ltd."
7. Attached as ***Exhibit 4*** is a true and correct copy of a screen printout showing a document titled "AeroMechanical Services Ltd. Updates on Contract with African Scheduled Service and Charter Airline" available at http://micro.newswire.ca/release.cgi?rkey=1606112762&view=25002-0&Start=0.
8. Attached as ***Exhibit 5*** is a true and correct copy of a screen printout showing a document titled "AeroMechanical Services Ltd. Announces Contract with North American Cargo Airline" available at http://micro.newswire.ca/release.cgi?rkey=1607103677&view=25002-0&Start=0.

Case No. C 07-4820 (MMC)
Declaration of John P. Wappel

1  I declare under penalty of perjury that the foregoing is true and correct to the best of my
2  knowledge.
3  Executed this day, July 18, 2008, at Chicago, Illinois.

4  /s/ *John P. Wappel*
5  John P. Wappel

6  CHDS01 476041