# EXHIBIT 1

BEST AVAILABLE COPY

**DECLARATION AND POWER OF ATTORNEY**
RULE 63 (37 C.F.R. 1.63)
**FOR PATENT APPLICATION**
IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

PW FORM

FOR UTILITY/DESIGN
CIP/PCT NATIONAL/PLANT
ORIGINAL/SUBSTITUTE/SUPPLEMENTAL
DECLARATIONS

AUG 1 4 2003

*As a below named inventor, I hereby declare that my residence, post office address and citizenship are as stated below next to my name, and I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the **INVENTION ENTITLED SYSTEM AND METHOD FOR TRANSPORTATION VEHICLE MONITORING, FEEDBACK AND CONTROL**

the specification of which CHECK applicable BOX(ES)

X   A. ☐ is attached hereto.
BOX(ES)   B. ☒ was filed on January 17, 2003 as U.S. Application No. 10/333,330
          C. ☒ was filed as PCT International Application No. PCT/ IB01 / 01576 on July 20, 2001

and (if applicable to U.S. or PCT application) was amended on ____ (if applicable).

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above. I acknowledge the duty to disclose all information known to me to be material to patentability as defined in 37 C.F.R. 1.56. Except as noted below, I hereby claim foreign priority benefits under 35 U.S.C. 119(a)-(d) or 365(b) of any foreign application(s) for patent or inventor's certificate, or 365(a) of any PCT International Application which designated at least one country other than the United States, listed below and have also identified below any foreign application for patent or inventor's certificate, or PCT International Application(s) filed by me or my assignee disclosing the subject matter claimed in this application and having a filing date (1) before that of the application on which priority is claimed, (2) if no priority claimed, before the filing date of this application:

**PRIOR FOREIGN APPLICATION(S)**

| Number | Country | Day/MONTH/Year Filed | Date first Laid-open or Published | Date Patented or Granted | Priority NOT Claimed |
|---|---|---|---|---|---|

If more prior foreign applications, X box at bottom and continue on attached page.

Except as noted below, I hereby claim the benefit under 35 U.S.C. 119(e) or 120 and/or 365(c) of the indicated United States applications listed below and PCT international applications listed above. Where a priority benefit under 35 U.S.C. 119(e) or 365(c) of any PCT international applications listed above, and, if this is a continuation-in-part (CIP) application, insofar as the subject matter disclosed and claimed in this application is in addition to that disclosed in such prior applications, I acknowledge the duty to disclose all information known to me to be material to patentability as defined in 37 C.F.R. 1.56 which became available between the filing date of each such prior application and the national or PCT international filing date of this application:

**PRIOR U.S. PROVISIONAL, NONPROVISIONAL AND/OR PCT APPLICATION(S)**

| Application No. (series code/serial no.) | Day/MONTH/Year Filed | Status pending, abandoned, patented | Priority NOT Claimed |
|---|---|---|---|
| 60/219,738 | 20 July 2000 | | |
| 60/275,520 | 14 March 2001 | | |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

And I hereby appoint Pillsbury Winthrop LLP, Intellectual Property Group, telephone number (202) 861-3000 (to whom all communications are to be directed), and persons of that firm who are associated with USPTO Customer No. 909 (see below label) individually and collectively my attorneys to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith and with the resulting patent, and I hereby authorize them to delete from that Customer No. the names of persons no longer with their firm, and add new persons of their Firm to that Customer No., and to act and rely on instructions from and communicate directly with the person/assignee/attorney/firm/ organization who/which first sends/sent this case to them and by whom/which I hereby declare that I have consented after full disclosure to be represented unless/until I instruct the above Firm and/or an attorney of that Firm in writing to the contrary.

USE ONLY FOR
PILLSBURY WINTHROP

**00909**

(1) INVENTOR'S SIGNATURE: _____ Date: _____

| Name | Vimf | | Kapadia |
|---|---|---|---|
| | First Name | Middle Initial | Family Name |
| Residence | Mississauga | Canada | Canada |
| | City | State/Foreign Country | Country of Citizenship |
| Mailing Address | c/o Star Navigation Systems, Inc., 1020 Matheson Boulevard East, Unit 12, Mississauga, Ontario L4W 4J9 CANADA | | |
| (include Zip Code) | | | |

(2) INVENTOR'S SIGNATURE: _____ Date: _____

| Name | Hilary | | Vieira |
|---|---|---|---|
| | First Name | Middle Initial | Family Name |
| Residence | Mississauga | Canada | Canada |
| | City | State/Foreign Country | Country of Citizenship |
| Mailing Address | c/o Star Navigation Systems, Inc., 1020 Matheson Boulevard East, Unit 12, Mississauga, Ontario L4W 4J9 CANADA | | |
| (include Zip Code) | | | |

☐ FOR ADDITIONAL INVENTORS see attached page.
☐ See additional foreign priorities on attached page (incorporated herein by reference).

Atty. Dkt. No. P301314
(M#)

30191396_1.DOC

PAT-116CN 2/01

# EXHIBIT 2

**From:**     Daniel Albers
**To:**       McClelland, Carman
**Date:**     7/14/2008 10:32:10 AM
**Subject:**  RE: RE: Hilary Vieira Joining US suit as Plaintiff

7/14/08
Dear Mr. McClelland,
    Please advise re my emails of 6/27/08 and 7/2/08. If you are simply not going to respond, please advise of that. I appreciate your courtesy in this regard.
Sincerely,
Dan Albers


7/2/08
Dear Mr. McClelland,
    Please advise re my email of 6/27/08.
Thanks
Dan Albers


6/27/08
Dear Mr. McClelland,
    As you know, Star Navigation added your client, Mr. Vieira, as an involuntary plaintiff in the Second Amended Complaint in the Star/AMS case pending in the Northern District Federal Court in California, USA. I forwarded a cc of that pleading with my email to you of 4/28/08.
    The defendant in that suit, AMS, now complains that your client, Mr. Vieira, is not properly named as an involuntary plaintiff and asserts that he is not subject to service of process in United States Federal Court in the Northern District of California. Is that Mr. Vieira's position as well? Please advise.
    Also, please advise whether Mr. Vieira would accept service of summmons to appear as a nominal defendant in the California action. Finally, please advise what activities Mr. Vieira has ever conducted in California, including whether he has ever been involved in any activities relating to AMS and/or its AFIRS system in California.
Sincerely,
Dan Albers
312-214-8311

>>> "Carman McClelland" <carman@mcclellandlaw.com> 4/29/2008 10:05 AM >>>
Dear Sir
In response to your last message; as you know, pursuant to Notice served on your client, it is our position with respect to the previous agreement between our clients that Star Navigation has utterly failed to live up to its obligations and its breach has nullified any agreement which may have existed.

CARMAN McCLELLAND


202 Main Street North
Brampton, Ontario
L6V 1P1
Phone: 905-793-3026 x 204
Fax:    905-793-2446
www.mcclellandlaw.com

Vice-President & President Elect 2007-2008

Vice President Peel Law Association
Email Confidentiality Notice:
This message is intended only for the use of the individual or entity to
which it is addressed, and may contain information that is privileged,
confidential and exempt from disclosure under applicable law. If the reader
of this message is not the intended recipient, you are hereby notified that
any dissemination, distribution or copying of this communication is strictly
prohibited. If you have received this communication in error. please notify
the sender immediately by email and delete the message.
Thank you.


-----Original Message-----
From: Daniel Albers [mailto:Daniel.Albers@BTLaw.com]
Sent: Monday, April 28, 2008 11:05 AM
To: Carman McClelland
Subject: RE: RE: Hilary Vieira Joining US suit as Plaintiff

4/28/08
Dear Mr. McClelland,
    Attached are file-stamped ccs of the second amended complaint
naming your client Mr. Vieira as an involuntary plaintiff as he would
not agree to be named, which Star Navigation considers to be a further
breach of his agreement with it. In any event, we will send you ccs of
the court filings in this matter unless you advise otherwise. Please
advise if Mr. Vieira changes his mind and agrees to participate as a
named plaintiff in the suit.
Sincerely,
Dan Albers
>>> "Carman McClelland" <carman@mcclellandlaw.com> 4/23/2008 9:35 AM
>>>
Dear Sir,
At this point I have nothing further to add to our previous
communication.

CARMAN McCLELLAND


202 Main Street North
Brampton, Ontario
L6V 1P1
Phone: 905-793-3026 x 204
Fax:    905-793-2446
www.mcclellandlaw.com

Vice-President & President Elect 2007-2008

Vice President Peel Law Association
Email Confidentiality Notice:
This message is intended only for the use of the individual or entity
to
which it is addressed, and may contain information that is privileged,
confidential and exempt from disclosure under applicable law. If the
reader

of this message is not the intended recipient, you are hereby notified that
any dissemination, distribution or copying of this communication is strictly
prohibited. If you have received this communication in error. please notify
the sender immediately by email and delete the message.
Thank you.


-----Original Message-----
From: Daniel Albers [mailto:Daniel.Albers@BTLaw.com]
Sent: Tuesday, April 22, 2008 10:53 AM
To: carman@mcclellandlaw.com
Subject: Fwd: RE: Hilary Vieira Joining US suit as Plaintiff

4/22/08
Mr. McClellan--just following up. Any response re Mr. Vieira and my
prior 4/16 email? Please advise.
Thanks
Dan Albers


4/16/08
Mr. McClellan-I have attached my 4/16/08 email response directly to
your email address.
Dan Albers


----------------------------------------
CONFIDENTIALITY NOTICE: This email and any attachments are for the
exclusive and confidential use of the intended recipient. If you
are not the intended recipient, please do not read, distribute or
take action in reliance upon this message. If you have received
this in error, please notify us immediately by return email and
promptly delete this message and its attachments from your computer
system. We do not waive attorney-client or work product privilege
by the transmission of this message.

TAX ADVICE NOTICE: Tax advice, if any, contained in this e-mail
does not constitute a "reliance opinion" as defined in IRS Circular
230 and may not be used to establish reasonable reliance on the
opinion of counsel for the purpose of avoiding the penalty imposed
by Section 6662A of the Internal Revenue Code. The firm provides
reliance opinions only in formal opinion letters containing the
signature of a partner.

# EXHIBIT 3

**Jeffrey Lee**

| | |
|---|---|
| **From:** | Daniel Albers [Daniel.Albers@BTLaw.com] |
| **Sent:** | Wednesday, January 02, 2008 9:58 AM |
| **To:** | Timothy P. Cremen |
| **Cc:** | Bhaskar Kakarla; Kevin C. McCann; Robert M. Masters |
| **Subject:** | Re: Star v. AMS Matter |



2nd 30b6 Notice of
Dep & Produ...
                    1/02/08
Tim and Rob, et al.,
        Happy New Year! We will be filing our response to your motion to dismiss the amended
complaint on 1/4/08. I have attached a slightly revised set of discovery relating to
jurisdiction that we would like to take in response to your motion. I understand from your
12/21/07 letter that you will now not agree to any discovery. If that changes and you will
provide the requested discovery and put off the motion until we have a chance to take it
please let me know.
        As for the merits of your 12/21/07 letter, please be advised that we do not agree
with your assertions. The hyperbole is not helpful in moving this case towards resolution.
Dan Albers

>>> "Cremen, Timothy P." <timothycremen@paulhastings.com> 12/21/2007
7:11 PM >>>
 <<(07-12-21) Letter to BT.pdf>> Dear Mr. Albers,

Please find attached a letter regarding the Star v. AMS matter.


Best,

Tim

_____

_____

Timothy P. Cremen | Paul, Hastings, Janofsky & Walker LLP | 875 15th Street, N.W.,
Washington, D.C. 20005 | direct: 202 551 1838| main: 202 551 1700 | direct fax: 202 551
0238| timothycremen@paulhastings.com | www.paulhastings.com

*******************************************************
IRS Circular 230 Disclosure:    As required by U.S.
Treasury Regulations governing tax practice, you are
hereby advised that any written tax advice contained
herein was not written or intended to be used (and cannot
be used) by any taxpayer for the purpose of avoiding
penalties that may  be imposed under the U.S. Internal
Revenue Code.
*******************************************************

This message is sent by a law firm and may contain
information that is privileged or confidential.  If you
received this transmission in error, please notify the
sender by reply e-mail and delete the message and any
attachments.

For additional information, please visit our website at
www.paulhastings.com.

DANIEL P. ALBERS
JEFFREY A. RUPPEL
BARNES & THORNBURG LLP
One N. Wacker Drive, Suite 4400
Chicago, IL 60606
Phone No.: (312) 357-1313
Fax No.: (312) 357-1313
Email: dalbers@btlaw.com
Email: jruppel@btlaw.com

CHRISTINE H. MCCARTHY
BARNES & THORNBURG LLP
750 17th Street N.W., Suite 900
Washington, D.C. 20006-4675
Phone No.: (202) 289-1313
Fax No.: (202) 289-1330
Email: cmccarthy@btlaw.com

JEFFREY K. LEE, CA Bar No. 212465
KIMBERLY A. DONOVAN, CA Bar No. 160729
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA 94043
Phone No.: (650) 428-3900
Fax No.: (650) 428-3901
Email: jlee@gcalaw.com
Email: kdonovan@gcalaw.com

Attorneys for Plaintiff
STAR NAVIGATION SYSTEMS GROUP LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STAR NAVIGATION SYSTEMS GROUP LTD., | Case No.  C 07-4820 (MMC) |
| Plaintiff, | **NOTICE OF DEPOSITIONS** |
| v. | **AND REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS BY PLAINTIFF STAR NAVIGATION SYSTEMS GROUP LTD.** |
| AEROMECHANICAL SERVICES LTD., | |
| Defendant. | Honorable Maxine M. Chesney |

- 1 -

Case No. C 07-4820 (MMC)
Plaintiff's Renewed Notice of Deposition and Request
for Production of Documents and Things

|  | Courtroom 7, 19th Floor |
|---|---|
| To: | Kevin C. McCann | Robert M. Masters |
|  | Paul, Hastings, Janofsky & Walker LLP | Timothy P. Cremen |
|  | 55 Second Street | Bhaskar Kakarla |
|  | Twenty-Fourth Floor | Paul, Hastings, Janofsky & Walker LLP |
|  | San Francisco, CA 94105 | 875 15th Street, N.W. |
|  |  | Washington, D.C. 20005 |

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, the Plaintiff Star

Navigation Services Group Ltd. ("Star"), hereby gives notice of its intent to take the deposition

upon oral examination before an officer authorized by law to administer oaths of the following

named persons at the place and times indicated:

| DEPONENT | DATE AND TIME | PLACE |
|---|---|---|
| Aeromechanical Services Ltd. 30 (b)(6) Designated Witness | TBD | Aeromechanical Services Ltd. 300, 2421-37 Ave NE Calgary, AB Canada T2E 6Y7 |
| Carlos A. Gonzalez, Director of U.S. Sales | TBD | Aeromechanical Services Ltd. USA Miami Florida |
| Office Manager | TBD | Aeromechanical Services Ltd. USA Suite 130-310, 2951 Marina Bay Drive League City Texas 77573 |

Pursuant to Rule 30(b)(6) of the Federal Rules, the corporate deponent, Aeromechanical

Services Ltd. ("AMS"), is required to designate one or more of its officers, directors, managing

agents, or other persons who will consent to testify on its behalf as to the subject matters set forth

on the attached Exhibit. "A." The person or persons designated by AMS shall testify as to matters

known or reasonably available to the corporation.

Pursuant to Rules 34(a) and (b) of the Federal Rules, Plaintiff hereby requests that AMS

produce the documents and things set forth and described on the attached Exhibit "B" for

- 2 -

Case No. C 07-4820 (MMC)
Plaintiff's Renewed Notice of Deposition and Request
for Production of Documents and Things

1  Plaintiff to inspect and copy, at last seven days prior to times as indicated for the depositions

2  *supra.*

3       The depositions shall continue as necessary from day-to-day thereafter, or at such other

4
5  place and time as may be agreed upon by counsel, until completed, with such adjournments as to

6  time and place as may be reasonably necessary.  To the extent that the officers, directors,

7  managing agents or other persons designated by AMS are unfamiliar with any of the topics listed

8  in this Notice of Corporate Deposition, they should make a diligent effort to acquaint themselves

9
10 with such matters prior to the deposition.  The deposition testimony may be recorded by

11 stenographic means, by videotape and by instant visual display of the testimony.  You are invited

12 to attend and take such part as is appropriate.

13

14     Dated:  January 02, 2007                 Respectfully submitted,

15
                                              Daniel P. Albers
16                                            Jeffrey A. Ruppel
                                              Christine H. McCarthy
17                                            BARNES & THORNBURG LLP

18                                            *Local Counsel*:

19
                                              Jeffrey K. Lee, State Bar No. 212465
20                                            Kimberly A. Donovan, State Bar No. 160729
                                              GCA LAW PARTNERS LLP
21
                                              By: _____
22
                                                   Attorneys for Plaintiff STAR NAVIGATION
23                                                 SYSTEMS GROUP LTD.

24

25

26

27

28

                                    – 3 –

Case No. C 07-4820 (MMC)
Plaintiff's Renewed Notice of Deposition and Request
for Production of Documents and Things

**EXHIBIT A - SUBJECT MATTERS FOR CORPORATE DEPOSITIONS**

1.  All facts relating to AMS's relationship with ALOHA Airlines and China Eastern Airlines as related to the use of AMS's Automated Flight Information Reporting System ("AFIRS") system, including aircraft that has been equipped, routes flown, demonstrations conducted, support services provided, repairs made, and sales made.

2.  All facts relating to transportation vehicles equipped with the AFIRS system or components of the AFIRS system that pass through, are located in, or originate from the State of California.

3.  All facts relating to the monitoring, use, review, comparison, storage, transmission, formulation, formatting, processing, communication, and receipt of data, information, or signals originating from, passing through, or sent to the State of California, whether during touchdown, takeoff, or in the air as related to the AFIRS system.

4.  All facts relating to employees, sales representatives, vendors, contractors, partners, service providers, associates, services, repairs, support provided, business conducted, communications made into or out of, business trips into and out of, assets owned, and research conducted in the State of California related to the AFIRS system.

5.  All facts relating to services and support provided to customers in the State of California related to the AFIRS system.

6.  All facts relating to the solicitation of business and customers, including advertising, presentations, and sales pitches, conducted in the State of California or to customers located in the State of California related to the AFIRS system.

7.  All facts relating to testing and development conducted in the State of California related to the AFIRS system.

8.  All facts relating to equipment, monitors, transmitters, receivers, computers, base-stations, facilities, distribution centers, or offices located in the State of California for analyzing or compiling data to or from associated with AMS.

- 4 -

Case No. C 07-4820 (MMC)
Plaintiff's Renewed Notice of Deposition and Request
for Production of Documents and Things

9.     All facts relating to the United States Federal Aviation Administration ("FAA") Certification and Supplemental Type Certificate for the AFIRS System, including testing locations.

10.    All facts relating to the AMS's communications with and services provided to Raytheon of Long Beach, California.

11.    All facts relating to the AMS's connections with Meggitt PLC, having headquarters in Simi Valley California, including the installation, support, and selling of the AFIRS system by Meggitt.

12.    All facts relating to AMS's communications with entities located in the State of California via the internet and its website.

13.    All facts relating to the AMS's sales and other activities conducted from its offices based in Miami Florida, League City Texas, and elsewhere in the United States.

14.    All facts relating to the AMS's sales, marketing, and other activities conducted through its wholly-owned subsidiary Flyht Corp, or any other AMS subsidiary, directed towards the State of California.

- 5 -

Case No. C 07-4820 (MMC)
Plaintiff's Renewed Notice of Deposition and Request
for Production of Documents and Things

## EXHIBIT B - ITEMS TO BE INSPECTED AND COPIED

1. All documents or things concerning AMS's relationship with ALOHA Airlines and China Eastern Airlines as related to the use of AMS's Automated Flight Information Reporting System ("AFIRS") system, including aircraft that has been equipped, routes flown, demonstrations conducted, support services provided, repairs made, and sales made.

2. All documents or things concerning transportation vehicles equipped with the AFIRS system or components of the AFIRS system that pass through, are located in, or originate from the State of California.

3. All documents or things concerning the monitoring, use, review, comparison, storage, transmission, formulation, formatting, processing, communication, and receipt of data, information, or signals originating from, passing through, or sent to the State of California, whether during touchdown, takeoff, or in the air as related to the AFIRS system.

4. All documents or things concerning employees, sales representatives, vendors, contractors, partners, service providers, associates, services, repairs, support provided, business conducted, communications made into or out of, business trips into and out of, assets owned, and research conducted in the State of California related to the AFIRS system.

5. All documents or things concerning services and support provided to customers in the State of California related to the AFIRS system.

6. All documents or things concerning the solicitation of business and customers, including advertising, presentations, and sales pitches, conducted in the State of California or to customers located in the State of California related to the AFIRS system.

7. All documents or things concerning testing and development conducted in the State of California related to the AFIRS system.

8. All documents or things concerning equipment, monitors, transmitters, receivers, computers, base-stations, facilities, distribution centers, or offices located in the State of California for analyzing or compiling data to or from associated with AMS.

- 6 -

Case No. C 07-4820 (MMC)
Plaintiff's Renewed Notice of Deposition and Request
for Production of Documents and Things

9.  All documents or things concerning the United States Federal Aviation Administration ("FAA") Certification and Supplemental Type Certificate for the AFIRS System, including testing locations.

10. All documents or things concerning AMS's communications with and services provided to Raytheon of Long Beach, California.

11. All documents or things concerning AMS's connections with Meggitt PLC, having headquarters in Simi Valley California, including the installation, support, and selling of the AFIRS system by Meggitt.

12. All documents or things concerning AMS's communications with entities located in the State of California via the internet and its website.

13. All documents or things concerning AMS's sales and other activities conducted from its offices based in Miami Florida, League City Texas, and elsewhere in the United States.

14. All documents or things concerning AMS's sales, marketing, and other activities conducted through its wholly-owned subsidiary Flyht Corp, or any other AMS subsidiary, directed towards the State of California.

– 7 –

Case No. C 07-4820 (MMC)
Plaintiff's Renewed Notice of Deposition and Request
for Production of Documents and Things

## CERTIFICATE OF SERVICE

The foregoing document has been filed with the Clerk of the Court this day, and has been emailed to the parties listed below:

Kevin C. McCann
Paul, Hastings, Janofsky & Walker LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
E-mail: kevinmccann@paulhastings.com

Robert M. Masters
Timothy P. Cremen
Bhaskar Kakarla
Paul Hastings
875 15th Street, N.W.
Washington, DC 20005
Tel: (202) 551-1700
Fax: (202) 551-1705
E-mail: robertmasters@paulhastings.com, timothycremen@paulhastings.com, bhaskarkakarla@paulhastings.com

Dated: January 2, 2008                    BARNES & THORNBURG LLP

By: _____

441231

- 8 -

Case No. C 07-4820 (MMC)
Plaintiff's Renewed Notice of Deposition and Request
for Production of Documents and Things

# EXHIBIT 4

# News Releases

**Attention Business Editors:**

## AeroMechanical Services Ltd. Updates on Contract with African Scheduled Service and Charter Airline

TSX-V Trading Symbol "AMA"
A Tier 2 Industrial Issuer

CALGARY, June 11 /CNW/ - AeroMechanical Services Ltd. ("AMA") is pleased to announce we have received a deposit from the African operator announced in the May 12, 2008 press release in titled "AeroMechanical Services Ltd. Announces Contract with African Scheduled Service and Charter Airline."

AMA has received a deposit in the amount of $626,500 USD for all nineteen aircraft under contract. The terms of the contract are as follows: the contract is for a 5-year term whereby AMA will provide AMA's patented afirs(TM) UpTime(TM) solution on nineteen aircraft (with the possibility to increase it as the size of the carrier's fleet of aircraft increases). Initially, it is intended that installation on two aircraft would begin on or about June 2008, the installation on the second two aircraft would begin on or about July 2008 and the installation on five additional aircraft would begin on or about August 2008 and the remaining will be scheduled for after September 2008.

If AMA is able to install on the nineteen aircraft and provide service for the full term of the agreement, the gross revenues to AMA under this agreement would be approximately $2,874,200.

This disclosure as it relates to this agreement is subject to the following disclaimer:

When a contract is initially signed, the intended number of aircraft, pricing and potential installation schedules is agreed to by the parties. The actual installation schedules as well as the number and types of aircraft are often revised throughout the term of the agreement as the airline realigns its fleet of aircraft with its business requirements. Delays in installations can and do occur which can affect the total value of the contracts such that the revenues noted above may not be fully achieved. Fulfillment of the contract terms may also be affected if there are any changes to government statutes, regulations or rules of the applicable governing bodies. The contract terms and values disclosed herein are based on the original information available to AMA upon execution of the contract and are subject to change. For the actual revenue earned, please see AMA's financial statements including its revenue recognition policy disclosed within the notes to the Audited Annual Financial Statements.

About AeroMechanical Services Ltd.

Designed & Powered by Blender Media

AeroMechanical Services Ltd. provides proprietary technological solutions and services designed to reduce costs and improve efficiencies in the airline industry. The company has successfully commercialized three products and associated services currently marketed to airlines, manufacturers and maintenance organizations around the world. Its premier technology, afirs(TM) UpTime(TM), allows airlines to monitor and manage aircraft operations anywhere, anytime, in real-time.

afirs, UpTime, FLYHT and aeroQ are Trade Marks of AeroMechanical Services Ltd.

The TSX Venture Exchange has not reviewed and does not accept responsibility for the adequacy or accuracy of this press release.

%SEDAR: 00016486E


For further information: on AMA contact: Tom French, CFO, AeroMechanical Services Ltd, (403) 291-7427, tfrench@amscanada.com, www.amscanada.com; Bob Beaty, The Howard Group Inc., Toll Free: 1-888-221-0915, Info@howardgroupinc.com, www.howardgroupinc.com

Index of Releases

**EXHIBIT 5**

# News Releases

**Attention Business Editors:**

## AeroMechanical Services Ltd. Announces Contract with North American Cargo Airline

```
    AeroMechanical Services Ltd.
    TSX-V Trading Symbol "AMA"
    A Tier 2 Industrial Issuer
```

    CALGARY, July 10 /CNW/ - AeroMechanical Services Ltd. ("AMA") is pleased
to announce we have received a contract from a North American cargo airline to
outfit two aircraft with AMA's patented afirs(TM) UpTime(TM) system.

    The terms of the contract are as follows: the contract is for a 7-year
term whereby AMA will provide AMA's patented afirs(TM) UpTime(TM) solution on
two aircraft (with the possibility to increase it as the size of the carrier's
fleet of aircraft increases). If AMA is able to install on the two aircraft
and provide service for the full term of the agreement, the gross revenues to
AMA under this agreement would be approximately $352,646. Initially, it is
intended that installation on one aircraft would begin on or about July 2008,
the installation on the second aircraft would begin on or about August 2008.
AMA has acquired the necessary STC approval to provide the services to this
customer.

    This addition increases the total aircraft under contract with AMA to 726
from 32 carriers. Additionally, AMA has provided 44 new installation kits to
our customers in the first half of the year.

    This disclosure as it relates to this agreement is subject to the
    following disclaimer:

    When a contract is initially signed, the intended number of aircraft,
pricing and potential installation schedules is agreed to by the parties. The
actual installation schedules as well as the number and types of aircraft are
often revised throughout the term of the agreement as the airline realigns its
fleet of aircraft with its business requirements. Delays in installations can
and do occur which can affect the total value of the contracts such that the
revenues noted above may not be fully achieved. Fulfillment of the contract
terms may also be affected if there are any changes to government statutes,
regulations or rules of the applicable governing bodies. The contract terms
and values disclosed herein are based on the original information available to
AMA upon execution of the contract and are subject to change. For the actual
revenue earned, please see AMA's financial statements including its revenue
recognition policy disclosed within the notes to the Audited Annual Financial
Statements.

    About AeroMechanical Services Ltd.

    AeroMechanical Services Ltd. provides proprietary technological solutions
and services designed to reduce costs and improve efficiencies in the airline
industry. The company has successfully commercialized three products and
associated services currently marketed to airlines, manufacturers and
maintenance organizations around the world. Its premier technology, afirs(TM)
Designed & Powered by Blender Media to monitor and manage aircraft operations

anywhere, anytime, in real-time.

afirs, UpTime, FLYHT and aeroQ are Trade Marks of AeroMechanical Services
Ltd.

The TSX Venture Exchange has not reviewed and does not accept
responsibility for the adequacy or accuracy of this press release.

%SEDAR: 00016486E


For further information: on AMA contact: Tom French, CFO, AeroMechanical
Services Ltd, (403) 291-7427, tfrench@amscanada.com, www.amscanada.com; Bob
Beaty, The Howard Group Inc., Toll Free: 1-888-221-0915,
Info@howardgroupinc.com, www.howardgroupinc.com

Index of Releases