Kevin C. McCann (SB# 120874)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
Email:  kevinmccann@paulhastings.com

Robert M. Masters (admitted *pro hac vice*)
Timothy P. Cremen (admitted *pro hac vice*)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th St., N.W.
Washington, DC 20005
Telephone:  (202) 551-1700
Facsimile:  (202) 551-1705
Email:  robertmasters@paulhastings.com
Email:  timothycremen@paulhastings.com
Email:  bhaskarkakarla@paulhastings.com

Attorneys for Defendant
AEROMECHANICAL SERVICES LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STAR NAVIGATION SYSTEMS GROUP LTD., <br><br> Plaintiff, <br><br> v. <br><br> AEROMECHANICAL SERVICES LTD., <br><br> Defendant. | CASE NO. C 07-4820 (MMC) <br><br> **DECLARATION OF TIMOTHY P. CREMEN IN SUPPORT OF AEROMECHANICAL SERVICES, LTD.'S SUPPLEMENTAL REPLY** <br><br> Date:  August 22, 2008 <br> Time:  9:00 AM <br> Place:  Courtroom 7, 19th Floor <br> Honorable Maxine M. Chesney |

**DECLARATION OF TIMOTHY P. CREMEN IN SUPPORT OF AEROMECHANICAL SERVICES, LTD.'S SUPPLEMENTAL REPLY**

1  I, Timothy Cremen, hereby declare:

2  1. I am an attorney with the law firm of Paul, Hastings, Janofsky and Walker, LLP, and have been retained by Aeromechanical Services, Ltd. ("AMS") in this matter.

3  2. I make this declaration in support of AMS's Supplemental Reply.

4  3. Attached as Exhibit A to this Declaration is a true and correct copy of a screen print out of a web page from the U.S. State Department's web site titled "Judicial Assistance in Canada," having the address: http://travel.state.gov/law/info/judicial/judicial_682.html?css=print.

I declare under penalty of perjury that the foregoing is true and correct to the best of my ability.

Dated: August 1, 2008

By: _____
Timothy P. Cremen (admitted *pro hac vice*)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th St., N.W.
Washington, DC 20005
Telephone: (202) 551-1700
Facsimile: (202) 551-1705
Email: timothycremen@paulhastings.com

Case No. C 07-4820 (MMC)  -1-  DECLARATION OF TIMOTHY P. CREMEN IN SUPPORT OF AEROMECHANICAL SERVICES LTD.'S SUPP. REPLY