IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR NAVIGATION SYSTEMS GROUP, LTD., et al., <br><br> Plaintiff, <br><br> v. <br><br> AEROMECHANICAL SERVICES LTD., et al., <br><br> Defendants | No. C-07-4820 MMC <br><br> **ORDER VACATING OCTOBER 24, 2008 HEARING** |

   Before the Court is defendant Aeromechanical Services Ltd.'s Motion to Dismiss, filed September 17, 2008.  Plaintiffs have filed opposition, to which defendant has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision on the parties' submissions, and VACATES the hearing scheduled for October 24, 2008.

   **IT IS SO ORDERED.**

Dated: October 17, 2008

MAXINE M. CHESNEY
United States District Judge