1  DANIEL P. ALBERS (admitted *pro hac vice*)
2  JOHN P. WAPPEL (admitted *pro hac vice*)
   BARNES & THORNBURG LLP
3  One North Wacker Drive, Suite 4400
   Chicago, IL  60606
4  Phone No.: (312) 357-1313
5  Fax No.:  (312) 357-1313
   Email:  dalbers@btlaw.com; jwappel@btlaw.com
6
7  CHRISTINE H. MCCARTHY (admitted *pro hac vice*)
   BARNES & THORNBURG LLP
8  750 17th Street N.W., Suite 900
   Washington, D.C. 20006-4675
9  Phone No.: (202) 289-1313
10 Fax No.:  (202) 289-1330
   Email:  cmccarthy@btlaw.com
11
12 JEFFREY K. LEE, CA Bar No. 212465
   KIMBERLY A. DONOVAN, CA Bar No. 160729
   GCA LAW PARTNERS LLP
13 1891 Landings Drive
   Mountain View, CA  94043
14 Phone No.: (650) 428-3900
   Fax No.: (650) 428-3901
15 Email:  jlee@gcalaw.com; kdonovan@gcalaw.com

16  Attorneys for Plaintiffs STAR NAVIGATION SYSTEMS GROUP LTD. and VIRAF KAPADIA

17                      UNITED STATES DISTRICT COURT

18                     NORTHERN DISTRICT OF CALIFORNIA

19                          SAN FRANCISCO DIVISION

| | |
|---|---|
| STAR NAVIGATION SYSTEMS GROUP LTD., and VIRAF KAPADIA,<br><br>                     Plaintiffs,<br>  v.<br><br> AEROMECHANICAL SERVICES LTD.,<br><br>                     Defendant. | Case No.  C 07-4820 MMC<br><br>**PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br>  AND ORDER THEREON<br>Honorable Maxine M. Chesney |

Case No. C 07-4820 (MMC)
Plaintiff's Notice of Dismissal

# NOTICE OF DISMISSAL

Plaintiffs, Star Navigation Systems Group Ltd. and Viraf Kapadia, by and through their attorneys, hereby dismiss this cause of action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Accordingly, Plaintiff respectfully requests that the Court vacate the hearing scheduled for March 27, 2009 on Defendant Aeromechanical Services LTD.'s motion to dismiss.

Dated:  March 17, 2009

Respectfully submitted,

Daniel P. Albers
John P. Wappel
Christine H. McCarthy
BARNES & THORNBURG LLP

Jeffrey K. Lee, State Bar No. 212465
Kimberly A. Donovan, State Bar No. 160729
GCA LAW PARTNERS LLP

By:   /S/ Jeffrey K. Lee                              .
       Attorneys for Plaintiffs STAR NAVIGATION
       SYSTEMS GROUP LTD. and VIRAF KAPADIA

Dated: March 17, 2009

**IT IS SO ORDERED**
Judge Maxine M. Chesney
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 1 -

Case No. C 07-4820 (MMC)
Plaintiff's Notice of Dismissal