IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR NAVIGATION SYSTEMS GROUP, LTD., et al., <br><br> Plaintiffs, <br><br> v. <br><br> AEROMECHANICAL SERVICES LTD., et al., <br><br> Defendants | No. C-07-4820 MMC <br><br> **ORDER DENYING AS MOOT MOTIONS TO FILE DOCUMENTS UNDER SEAL; DIRECTIONS TO CLERK** |

In light of the Court's March 17, 2009 order granting plaintiffs' request to voluntarily dismiss the instant action, plaintiffs' "Stipulated Motion to File Certain Documents In Support of Supplemental Response to AMS's Motion to Dismiss Third Amended Complaint Under Seal," filed February 27, 2009, and defendant's "Administrative Application to File Its Supplemental Declaration to Star Navigation Systems Group, Ltd.'s Supplemental Opposition Under Seal," filed March 13, 2009, are hereby DENIED as moot.

With respect to the lodged documents submitted by the parties, the Clerk is hereby DIRECTED to follow the procedure set forth in Civil Local Rule 79-5(e).

**IT IS SO ORDERED.**

Dated: March 19, 2009

MAXINE M. CHESNEY
United States District Judge