1  DANIEL P. ALBERS (admitted *pro hac vice*)
2  JOHN P. WAPPEL (admitted *pro hac vice*)
   BARNES & THORNBURG LLP
3  One North Wacker Drive, Suite 4400
   Chicago, IL  60606
4  Phone No.: (312) 357-1313
5  Fax No.:  (312) 357-1313
   Email:  dalbers@btlaw.com; jwappel@btlaw.com
6
7  CHRISTINE H. MCCARTHY (admitted *pro hac vice*)
   BARNES & THORNBURG LLP
8  750 17th Street N.W., Suite 900
   Washington, D.C. 20006-4675
9  Phone No.: (202) 289-1313
10 Fax No.:  (202) 289-1330
   Email:  cmccarthy@btlaw.com
11
   JEFFREY K. LEE, CA Bar No. 212465
12 KIMBERLY A. DONOVAN, CA Bar No. 160729
   GCA LAW PARTNERS LLP
13 1891 Landings Drive
   Mountain View, CA  94043
14 Phone No.: (650) 428-3900
   Fax No.: (650) 428-3901
15 Email: jlee@gcalaw.com; kdonovan@gcalaw.com

16 Attorneys for Plaintiffs STAR NAVIGATION SYSTEMS GROUP LTD. and VIRAF KAPADIA

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                        SAN FRANCISCO DIVISION

| | |
|---|---|
| STAR NAVIGATION SYSTEMS GROUP LTD., and VIRAF KAPADIA,<br><br>                     Plaintiffs,<br>v.<br><br>AEROMECHANICAL SERVICES LTD.,<br><br>                     Defendant. | Case No.  C 07-4820 MMC<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' STIPULATED MOTION TO FILE CERTAIN DOCUMENTS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO AMS'S MOTION FOR SANCTIONS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)<br><br>Honorable Maxine M. Chesney<br>Date:  May 15, 2009<br>Time:  9:00 a.m.<br>Place:  Courtroom No. 7, 19th Floor |

Case No. C 07-4820 (MMC)

PROPOSED ORDER TO SEAL
DOCUMENTS

1  FOR GOOD CAUSE APPEARING, Plaintiffs stipulated motion, pursuant to Civil Local Rules 7-11 and 79-5(d), for an order to place under seal documents Plaintiffs are submitting to the Court in support of their Opposition to AMS's Motion for Sanctions is hereby GRANTED.

The following documents are hereby ordered to be filed under seal:

(1) Exhibit A, attached to the Confidential Declaration of Daniel P. Albers in Opposition to AMS's Motion for Sanctions ("Albers Declaration"), lodged with the Court.

(2) the Confidential Declaration of Daniel P. Albers in Opposition to AMS's Motion for Sanctions ("Albers Declaration"), lodged with the Court; and

(3) the Confidential version of Plaintiffs' Memorandum in Opposition to AMS's Motion for Sanctions, lodged with the Court.

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: May 12, 2009

_____
The Honorable Maxine M. Chesney
United States District Judge

Case No. C 07-4820 (MMC)
PROPOSED ORDER TO SEAL DOCUMENTS