DANIEL P. ALBERS (admitted *pro hac vice*)
JOHN P. WAPPEL (admitted *pro hac vice*)
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, IL 60606
Phone No.: (312) 357-1313
Fax No.: (312) 357-1313
Email: dalbers@btlaw.com; jwappel@btlaw.com

CHRISTINE H. MCCARTHY (admitted *pro hac vice*)
BARNES & THORNBURG LLP
750 17th Street N.W., Suite 900
Washington, D.C. 20006-4675
Phone No.: (202) 289-1313
Fax No.: (202) 289-1330
Email: cmccarthy@btlaw.com

JEFFREY K. LEE, CA Bar No. 212465
KIMBERLY A. DONOVAN, CA Bar No. 160729
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA 94043
Phone No.: (650) 428-3900
Fax No.: (650) 428-3901
Email: jlee@gcalaw.com; kdonovan@gcalaw.com

Attorneys for Plaintiffs STAR NAVIGATION SYSTEMS GROUP LTD. and VIRAF KAPADIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STAR NAVIGATION SYSTEMS GROUP LTD., and VIRAF KAPADIA,<br><br>Plaintiffs,<br><br>v.<br><br>AEROMECHANICAL SERVICES LTD.,<br><br>Defendant. | Case No. C 07-4820 MMC<br><br>**PLAINTIFFS' NOTICE AND STIPULATED ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT NUMBERS 122 AND 123; MEMORANDUM IN SUPPORT; [PROPOSED] ORDER**<br><br>Honorable Maxine M. Chesney |

**NOTICE OF STIPLUATED ADMINISTRATIVE MOTION AND MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS 122 AND 123**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Star Navigation Systems Group LTD and Viraf Kapadia (collectively Plaintiffs or "Star"), hereby move, pursuant to Civil Local Rules 7-11 and 79-5(d) for an order to remove purportedly incorrectly filed documents 122 and 123 from the public docket at Defendant Aeromechanical Services Ltd's ("AMS's") request.

On April 28, 2009, Plaintiffs' counsel received AMS's request and, according to the Court's ECF instructions, contacted the ECF Helpdesk to prevent public access to those documents. The electronic access to both documents was eliminated upon Plaintiffs' request and both ECF entries received the public notation "**FILED IN ERROR. DOCUMENT LOCKED. DOCUMENT TO BE REFILED LATER.**" Defense counsel has stipulated to this motion.

AMS contends that documents 122 and 123 improperly reveal information in violation of a confidentiality agreement between the parties. Plaintiffs' counsel does not agree that such information is improperly revealed, as both documents have been e-filed in redacted form to prevent disclosure. Nevertheless, upon AMS's request and to avoid further dispute, Plaintiffs make this stipulated motion.

This motion is based on this notice of motion and motion, the accompanying memorandum in Support, and any other arguments and evidence presented to this Court.

**MEMORANDUM IN SUPPORT**

On the afternoon of April 24, 2009, in support of their opposition to Defendant Aeromechanical Services LTD's ("AMS's") Motion for Sanctions and pursuant to Civil Local Rule 79-5(d), Plaintiffs Star Navigation Systems Group LTD and Viraf Kapadia (collectively Plaintiffs or "Star") lodged with the Court (1) the Confidential version of Plaintiffs' Memorandum in Opposition to AMS's Motion for Sanctions, and (2) the Confidential Declaration of Daniel P. Albers in Opposition to AMS's Motion for Sanctions ("Albers Declaration"). *See* D.I. 119. Plaintiffs filed a concurrent motion to file those confidential documents under seal. (D.I. 119).

Case No. C 07-4820 (MMC)
Plaintiffs' Admin. Motion to Remove
Incorrectly Filed Documents;
Mem. In Support

- 1 -

In addition, Plaintiffs filed redacted, non-confidential versions of their Memorandum in Opposition ((D.I. 122) and the Albers Declaration (D.I. 123).

On April 28, 2009, AMS informed Plaintiffs' counsel in Chicago, Illinois, that it believed the filed documents improperly revealed or referenced information precluded from disclosure by the parties' confidentiality agreement, and requested that Plaintiffs' counsel rectify the situation. According to the Court's ECF instructions, Plaintiffs' local counsel contacted the ECF Helpdesk to prevent public access to those documents. The electronic access to both documents was eliminated upon that request and both ECF entries received the public notation "**FILED IN ERROR. DOCUMENT LOCKED. DOCUMENT TO BE REFILED LATER.**"

Plaintiffs counsel does not agree that either document 122 or 123 improperly discloses or references information in violation of the confidentiality agreement. Nevertheless, in reasonable deference to AMS's request, to avoid any further dispute between the parties, and to facilitate the consideration of these documents in support of Plaintiffs' Opposition, Plaintiffs request that Documents 122 and 123 be removed as improperly filed.

Plaintiffs will lodge (rather than file) redacted, non-confidential versions of these documents with the Court to be considered in connection with Plaintiffs' pending Motion to File Documents Under Seal, filed pursuant to Rule 79-5(d). (D.I. 119). Plaintiffs ask that the Court order those documents filed in this case.

### III. CONCLUSION

For all of the foregoing reasons, Plaintiffs respectfully request that Documents 122 and 123 be removed as improperly filed. In addition, Plaintiffs request that the Court order that those redacted documents be filed pursuant to Civil Local Rule 79-5(d).

Case No. C 07-4820 (MMC)
Plaintiffs' Admin. Motion to Remove
Incorrectly Filed Documents;
Mem. In Support

- 2 -

| | |
|---|---|
| Dated:   April 29, 2009 | Respectfully submitted, |
| | Daniel P. Albers<br>John P. Wappel<br>Christine H. McCarthy<br>BARNES & THORNBURG LLP |
| | Jeffrey K. Lee, State Bar No. 212465<br>Kimberly A. Donovan, State Bar No. 160729<br>GCA LAW PARTNERS LLP |
| | By:  /S/ Jeffrey K. Lee                              .<br>    Attorneys for Plaintiffs STAR NAVIGATION<br>    SYSTEMS GROUP LTD. and VIRAF<br>    KAPADIA |

**SO STIPULATED:**

| | |
|---|---|
| Dated:   April 29, 2009 | Kevin C. McCann (SB# 120874)<br>Robert M. Masters<br>Timothy P. Cremen<br>Bhaskar Kakarla<br>PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| | By:   /S/ Timothy P. Cremen (by permission)    .<br>    Attorneys for Defendant AEROMECHANICAL<br>    SERVICES LTD. |

Case No. C 07-4820 (MMC)
Plaintiffs' Admin. Motion to Remove
Incorrectly Filed Documents;
Mem. In Support

- 3 -

## ATTESTATION

I, Jeffrey K. Lee, am counsel for Plaintiffs and the registered ECF user whose username and password are being used to file the foregoing document. In compliance with General Order 45 X.B, I hereby attest that the above-identified counsel for Defendant Aeromechanical Services Ltd., concurred in this filing.

Dated:   April 29, 2009

JEFFREY K. LEE, CA Bar No. 212465
KIMBERLY A. DONOVAN, CA Bar No. 160729
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA  94043
Phone No.: (650) 428-3900
Fax No.: (650) 428-3901
Email: jlee@gcalaw.com
Email: kdonovan@gcalaw.com

By:   /S/ Jeffrey K. Lee

Case No. C 07-4820 (MMC)
Plaintiffs' Admin. Motion to Remove
Incorrectly Filed Documents;
Mem. In Support

- 4 -

# [PROPOSED] ORDER

FOR GOOD CAUSE APPEARING, Plaintiffs stipulated motion, pursuant to Civil Local Rules 7-11 and 79-5(d), for an order to remove purportedly incorrectly filed documents 122 and 123 from the public docket is hereby GRANTED.

The following documents are hereby ordered to be removed:

(1) Document number 122, Non-Confidential version of Plaintiffs' Memorandum in Opposition to AMS's Motion for Sanctions; and

(2) Document number 123, Non-Confidential version of Declaration of Daniel P. Albers in Opposition to AMS's Motion for Sanctions.

IT IS FURTHER ORDERED that plaintiff file in the public record, no later than May 18, 2009, redacted versions of Plaintiffs' Memorandum in Opposition to AMS's Motion for Sanctions and the Declaration of Daniel P. Albers.

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: May 12, 2009

_____
The Honorable Maxine M. Chesney
United States District Judge

Case No. C 07-4820 (MMC)
Plaintiffs' Admin. Motion to Remove
Incorrectly Filed Documents;
Mem. In Support

- 5 -